**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**3M Innovative Properties Company and Minnesota Mining and Manufacturing Company,**

**Plaintiffs,**

**v.**

**Avery-Dennison Corporation,**

**Defendant.**

**Civil No. 01-1781 DSD/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: October 2, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

(6)

FILED OCT 02 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials JK

Date: October 10, 2001 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:01-cv-01781 3M Innovative Prop v. Avery-Dennison

---

DOCKET ENTRY

---

ORDER OF RECUSAL (Magistrate Judge Susan R. Nelson) Case referred to Magistrate Judge Franklin L. Noel (4:01 AD 362). Case number remains the same except for Magistrate Judge's initials (01-1781 DSD/FLN). Case number with new initials to be used on all papers and documents submitted to the Court regarding this civil action 01-1781 DSD/FLN. 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500