**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

3M Innovative Properties Company and
Minnesota Mining and Manufacturing Company,
a Delaware Corporation,

Plaintiffs,

v.

Avery Dennison Corporation,
a Delaware Corporation,

Defendant.

Case No. 01-CV-1781 (DSD/FLN)
Judge David S. Doty

**STIPULATION AND ORDER**

---

THIS STIPULATION, is made and entered into by and between Plaintiffs, 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "3M") and Defendant Avery Dennison Corporation ("Avery"), by and through their respective counsel.

WHEREAS, 3M initiated the above-captioned litigation in the United States District Court for the District of Minnesota against Avery on or about September 27, 2001; and

WHEREAS, 3M has served and filed a motion for preliminary injunction; and

WHEREAS, 3M and Avery desire to establish mutually agreeable dates upon which Avery will answer or otherwise respond to the Complaint and serve and file a memorandum in response to 3M's motion for preliminary injunction.

NOW, THEREFORE, 3M and Avery agree and stipulate as follows:

1. 3M and Avery agree that Avery's Answer or other response to the Complaint shall be due on or before **November 7, 2001**;

FILED 10-30-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

2. 3M and Avery agree that Avery's memorandum in opposition to 3M's motion for preliminary injunction, and any material submitted in support thereof, shall be due on or before **November 2, 2001**; and

3. 3M and Avery agree that 3M's reply memorandum in support of its motion for preliminary injunction shall be due on or before **November 9, 2001**; and

4. 3M and Avery agree that the response dates set forth in paragraphs 1-3 immediately above, and the extensions of time which those dates represent, shall not be argued or referenced as a basis for opposing 3M's motion for preliminary injunction.

IN WITNESS WHEREOF, counsel for 3M and Avery have executed this Stipulation and Agreement on the date indicated below.

Dated: October 18, 2001

FISH & RICHARDSON, P.C., P.A.

By: R.J. Zayed / jane

R.J. Zayed, #309849
John C. Adkisson, #266358

60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
(612) 335-5070

**OF COUNSEL**

Frank P. Porcelli
Kurt L. Glitzenstein
Timur S. Engin
FISH & RICHARDSON, P.C., P.A.
225 Franklin Street
Boston, Massachusetts 02110-2804

Carolyn V. Peters
3M Innovative Properties Company
3M Center
P.O. Box 33427
Saint Paul, Minnesota 55133

ATTORNEYS FOR PLAINTIFFS

Dated: October 18, 2001

WINTHROP & WEINSTINE, P.A.

By: ______________________
David P. Pearson, #84712
Brooks F. Poley, #185139

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700

**OF COUNSEL**

Jay R. Campbell
RENNER, OTTO, BOISSELLE & SKLAR, LLP
Nineteenth Floor
1621 Euclid Avenue
Cleveland, Ohio 44115-2183

Roderick G. Dorman
HENNIGAN, BENNETT & DORMAN
601 South Figueroa Street
Suite 3300
Los Angeles, California 90017

ATTORNEYS FOR DEFENDANT

**ORDER**

It is ordered that the dates and conditions set forth in the above Stipulation are hereby adopted and approved.

**BY THE COURT**

______________________
The Honorable Franklin L. Noel
Magistrate Judge, U.S. District Court

idmsmpl:471423_1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500