# 253276

# UNITED STATES DISTRICT COURT
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-cv-1781 (DSD/FLN) **Case Title:** 3M Innovative Properties, et al. v. Avery Dennison Corp.

**Affidavit of Movant**

I, David P. Pearson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jay R. Campbell, an attorney admitted to practice in the Northern District of Ohio, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Avery Dennison Corporation in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] #84712 October 29, 2001

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Jay R. Campbell, am currently a member in good standing of the U.S. District Court for the Northern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jay R. Campbell [signature] October 29, 2001

Type/Print Name Signature Date

Attorney License Number: #0041293

Law Firm Name & Address: Renner, Otto, Boisselle & Sklar, PLL
1621 Euclid Avenue, Cleveland, OH 44114

Telephone: (216) 621-1113

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

OCT 31 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______