UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Innovative Properties Company and
Minnesota Mining and Manufacturing Company,
a Delaware Corporation,

Plaintiffs,

v.

Avery Dennison Corporation,
a Delaware Corporation,

Defendants.

Civil: 01-1781 DSD/FLN

**ORDER**

---

Carolyn V. Peters, R.J. Zayed, and John Adkisson for the Plaintiffs.
David P. Pearson for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on October 29, 2001, on Defendant's Motion to Transfer the Case to the Northern District of Ohio [#2]. The matter has been referred to the undersigned for Order pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.1(c).

Under section 1404(a), the Court must consider "(1) the convenience of the parties, (2) the convenience of the witnesses, and (3) the interests of justice" when deciding a motion to transfer. See Terra Int'l, Inc. v. Mississippi Chem. Corp., 119 F.3d 688, 691 (8th Cir. 1997). Courts generally give deference to the plaintiff's choice of forum and "thus the party seeking a transfer under section 1404(a) typically bears the burden of proving that a transfer is warranted." Id. at 695. Defendant has not met this burden.

FILED 12-5-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The two forums are equally inconvenient for each party, and § 1404(a) provides for transfer to a more convenient forum, not to a forum likely to prove equally convenient. See Nelson v. Master Lease Corp., 759 F.Supp. 1397, 1401 (D. Minn.1991) (noting that "transfer should not be granted if the effect is simply to shift the inconvenience to the party resisting the transfer"). Additionally, Plaintiff 3M resides in this forum and the plaintiff is entitled to deference. Lastly, the patented invention was originated in Minnesota and there is no persuading argument that the interest of justice would be better served in the Northern District of Ohio. Nothing in Nelson v. Bekins Van Lines Co., 747 F. Supp. 532 (D. Minn. 1990) is inconsistent with this conclusion.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Transfer the Case to the Northern District of Ohio [#2] is **DENIED.**

Dated: November 16 2001

Franklin L. Noel
Chief Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500