421287

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 700 Federal Building**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

# MOTION FOR ADMISSION PRO HAC VICE

**Case Number: 01-CV-1781 DSD/JMM** **Case Title: 3M Innovative Properties Company and Minnesota Mining and Manufacturing v. Avery Dennison Corporation**

**Affidavit of Movant**

I, John C. Adkisson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Frank P. Porcelli, an attorney admitted to practice in the ____________ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the ( X ) plaintiff ( ) defendant 3M Innovative Properties and Minnesota Mining and Manufacturing in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature [signature] Date 12/13/2001

Minnesota Attorney License Number: 266358
Law firm Name and Address: Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax: (612) 288-9696

**Affidavit of Proposed Admittee**

I, Frank P. Porcelli, am currently a member in good standing of the U.S. District Court for the __________ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Frank P. Porcelli
Type/Print Name

Signature [signature] Frank P. Porcelli

Date 12/13/01

Attorney License Number: 403440
Law Firm Name and Address: Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Fax: (617) 542-8906

Motion Granted: [signature]
For the Court, Richard D. Sletten, Clerk

Date DEC 14 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**St. Paul, Minnesota 55101**

DEC 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

12/97