421336

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 700 Federal Building**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

# MOTION FOR ADMISSION PRO HAC VICE

**Case Number: 01-CV-1781 DSD/FLN** **Case Title: 3M Innovative Properties Company and Minnesota Mining and Manufacturing v. Avery Dennison Corporation**

**Affidavit of Movant**

I, John C. Adkisson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Kurt L. Glitzenstein, an attorney admitted to practice in the ______________ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the ( X ) plaintiff ( ) defendant 3M Innovative Properties and Minnesota Mining and Manufacturing in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

John C. Adkisson
Signature

12/18/2001
Date

| | |
|---|---|
| Minnesota Attorney License Number: | 266358 |
| Law firm Name and Address: | Fish & Richardson P.C., P.A.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402 |
| Telephone: | (612) 335-5070 |
| Fax: | (612) 288-9696 |

**Affidavit of Proposed Admittee**

I, Kurt L. Glitzenstein, am currently a member in good standing of the U.S. District Court for the __________ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Kurt L. Glitzenstein
Type/Print Name

[signature]
Signature

December 20, 2001
Date

| | |
|---|---|
| Attorney License Number: | 565312 |
| Law Firm Name and Address: | Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, Massachusetts 02110-2804 |
| Telephone: | (617) 542-5070 |
| Fax: | (617) 542-8906 |

Motion Granted: Richard D. Sletten /lli
For the Court, Richard D. Sletten, Clerk

DEC 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED DEC 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________