139116

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1781 DSD/FLN **Case Title:** 3M v. Avery Dennison Corp

**Affidavit of Movant**

I, David P. Pearson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Armand F. Ayazi, an attorney admitted to practice in the Central District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (XX)defendant Avery Dennison Corp. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature | 84712 MN Attorney License # | January 21, 2002 Date

**Affidavit of Proposed Admittee**

I, Armand F. Ayazi, am currently a member in good standing of the U.S. District Court for the Central District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

ARMAND F. AYAZI
Type/Print Name | Signature | 1, 10, 2002 Date

Attorney License Number: California State Bar No. 162893

Law Firm Name & Address: Hennigan, Bennett & Dorman
601 South Figueroa Street
Suite 3300
Los Angeles, California 90017

Telephone: (213) 694-1200

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

FEB 06 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FEB 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK