UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Innovative Properties Company and
Minnesota Mining and Manufacturing Company,
a Delaware Corporation,

Civil: 01-1781 DSD/FLN

Plaintiffs,

v.

**ORDER**

Avery Dennison Corporation,
a Delaware Corporation,

Defendant.

---

R.J. Zayed, Esq., John Adkisson, Esq., and Kevin Rhodes, Esq., for the Plaintiffs.
Roderick Dorman, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on April 1, 2002, on: (1) Defendant's Motion to Partially Stay Discovery Pending Decision on Summary Judgment Or, Alternatively, to Modify Scheduling Order [#63]; and (2) Plaintiffs' Motion to Compel Production of Defendant's Opinions of Counsel [# 66].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Partially Stay Discovery Pending Decision on Summary Judgment Or, Alternatively, to Modify Scheduling Order [#63] is **DENIED**;

2. Plaintiffs' Motion to Compel Production of Defendant's Opinions of Counsel [# 66] is **DENIED as Moot**. Defendant must elect whether or not it will employ its Patent Counsel's opinion as a defense in this case, on or before April 15, 2002, and properly notify all interested parties of such an election.

FILED 4-2-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4/2, 2002

FRANKLIN L. NOEL
United States Magistrate Judge