UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY

and

MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil No. 01-CV-1781 DSD/FLN

**STIPULATION TO AMEND PRETRIAL SCHEDULE**

The parties to the above-captioned litigation, by their respective undersigned counsel, do hereby stipulate and agree as follows:

WHEREAS, the Honorable Franklin L. Noel issued a Pretrial Schedule in the above-referenced matter on January 14, 2002;

WHEREAS, the parties desire to set forth certain additional discovery deadlines in the Pretrial Schedule;

**NOW, THEREFORE,** the parties stipulate that the Court may make and enter an Order adding interim deadlines in the Pretrial Schedule as follows:

1. On March 29, 2002, Plaintiffs will provide Defendant with the following information ("CLAIM AND INFRINGEMENT CONTENTIONS"), which will be complete to the extent then known or reasonably believed by 3M:

(1) identification of each claim which Plaintiffs allege is infringed;

(2) the identity of each product or process of Defendant that Plaintiffs allege infringe each such claim;

(3) whether such infringement is claimed to be literal or under the doctrine of equivalents;

FILED 4-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(4) a Statement of Proposed Claim Construction, which shall contain the following information for each claim in issue without any reference to any accused device or accused process:

(a) identification of any special or uncommon meanings of words or phrases in the claim;

(b) identification of all terms that Plaintiffs contend must be given their ordinary and accustomed meaning to a person of ordinary skill in the relevant art, and identification of such ordinary and accustomed meaning where words other than the words used in the claim are needed or desired to express that meaning;

(c) all references from the specification that Plaintiffs contend support Plaintiffs' proposed construction of each element, limitation, term or phrase in the claim;

(d) all material in the prosecution history that Plaintiffs contend support Plaintiffs' proposed construction of each element, limitation, term or phrase in the claim;

(e) all extrinsic evidence that supports Plaintiffs' proposed construction of the claim, including but not limited to, expert testimony, inventor testimony, dictionary definitions and citations to learned treatises and technical references;

(5) a description, with as much specificity as possible, where each element of each asserted claim is found literally or equivalently in the accused product or process.

2. On April 12, 2002, provided that Plaintiffs have provided the Claim and Infringement Contentions referenced in Paragraph 1 of this Stipulation, Defendant will provide Plaintiffs with the following information, which will be complete to the extent then known or reasonably believed by Avery:

(1) each item of prior art that Defendant contends anticipates any claim or renders it obvious;

(2) a Statement of Proposed Claim Construction, which shall contain the following information for each claim in issue:

(a) identification of any special or uncommon meanings of words or phrases in the claim;

(b) identification of all terms that Defendant contends must be given their ordinary and accustomed meaning to a person of ordinary skill in the relevant art, and identification of such ordinary and accustomed meaning where words other than the words used in the claim are needed or desired to express that meaning;

(c) all references from the specification that Defendant contends support Defendant's proposed construction of each element, limitation, term or phrase in the claim;

(d) all materials in the prosecution history that Defendant contends support Defendant's proposed construction of each element, limitation, term or phrase in the claim;

(e) all extrinsic evidence that supports Defendant's proposed construction of the claim, including but not limited to, expert testimony, inventor testimony, dictionary definitions and citations to learned treatises and technical references.

Dated: March 26, 2002

3M INNOVATIVE PROPERTIES COMPANY
and
MINNESOTA MINING AND
MANUFACTURING COMPANY

By: [signature]

R.J. Zayed (#309849)
John C. Adkisson (#266358)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

OF COUNSEL:
Frank P. Porcelli
Kurt L. Glitzenstein
Timur S. Engin
FISH & RICHARDSON P.C., P.A.
225 Franklin Street
Boston, Massachusetts 02110-2804

Carolyn V. Peters
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY
AND
MINNESOTA MINING AND
MANUFACTURING COMPANY

Dated: March 26, 2002

AVERY DENNISON CORPORATION

By: ______________________

David P. Pearson (#84712)
WINTHROP & WEINSTINE, P.A.
300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 347-0700

Jay R. Campbell
RENNER, OTTO, BOISSELL &
SKLAR, PLL
1621 Euclid Avenue
Cleveland, OH 44114
Tel: (216) 621-1113

Roderick G. Dorman
HENNIGAN, BENNETT & DORMAN
601 South Figueroa Street
Suite 3300
Los Angeles, CA 90017
Tel: (213) 694-1200

Attorneys for Defendant
AVERY DENNISON CORPORATION

stip - contentions.doc

SO ORDERED:

Franklin L. Noel