UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

47-2583

# MOTION FOR ADMISSION PRO HAC VICE

**Case Number: 01-CV-1781 DSD/FLN**

**Case Title: 3M Innovative Properties Company and Minnesota Mining and Manufacturing v. Avery Dennison Corporation**

**Affidavit of Movant**

I, John C. Adkisson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gregory A. Madera, an attorney admitted to practice in the ____________ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the ( X ) plaintiff ( ) defendant 3M Innovative Properties and Minnesota Mining and Manufacturing in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature [signature]  Date 4/2/02

Minnesota Attorney License Number: 266358
Law firm Name and Address: Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax: (612) 288-9696

**Affidavit of Proposed Admittee**

I, Gregory A. Madera, am currently a member in good standing of the U.S. District Court for the __________ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Gregory A. Madera
Type/Print Name

Signature [signature]  Date 5/13/02

Attorney License Number: 313020
Law Firm Name and Address: Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Fax: (617) 542-8906

Motion Granted: [signature]
For the Court, Richard D. Sletten, Clerk RML

Date MAY 15 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAY 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________