UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Innovative Properties Company and
Minnesota Mining and Manufacturing Company,
a Delaware Corporation,

Plaintiffs,

v.

Avery-Dennison Corporation,
a Delaware corporation,

Defendant.

Civil: 01-1781 DSD/FLN

**ORDER**

---

Rabea Zayed, Esq., for Plaintiffs.
Tiffany Blofield. Esq., and David P. Pearson, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on August 1, 2002, on: (1) Defendant's Motion, Counter-Claimant, to Strike Expert Report and Preclude Testimony [#88]; and (2) Plaintiffs' Motion to Clarify the Court's Pre-Trial Scheduling Order or in the Alternative, to Strike Portions of Dr. McHugh's Expert Testimony [#91].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion, Counter-Claimant, to Strike Expert Report and Preclude Testimony [#88] is **GRANTED**;

2. Plaintiffs' Motion to Clarify the Court's Pre-Trial Scheduling Order or in the Alternative, to Strike Portions of Dr. McHugh's Expert Testimony [#91] is **DENIED**.

Dated: Aug 2, 2002

Franklin L. Noel
FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

AUG 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK