UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1781(DSD/FLN)

3M Innovative Properties Company and Minnesota Mining and Manufacturing Company,

Plaintiffs,

v. **ORDER**

Avery Dennison Corporation,

Defendant.

This matter is before the court upon plaintiff's appeal of Magistrate Judge Franklin Noel's August 2, 2002, order granting defendant's motion to strike plaintiff's expert report of Dr. Cohen and denying plaintiff's motion to strike portions of defendant's expert report of Dr. Anthony McHugh. Based on a review of the record herein, the court finds that Magistrate Judge Noel's order is neither clearly erroneous nor contrary to law. 28 U.S.C. 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that the order of the United States Magistrate Judge dated August 2, 2002, is affirmed in all respects.

Dated: September 19, 2002

David S. Doty, Judge
United States District Court

FILED ______
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______