ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (DSD/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**JOINT STIPULATION CONCERNING PROPOSED SCHEDULE FOR THE SUBMISSION AND CONSIDERATION OF AVERY'S MOTION FOR ATTORNEYS' FEES AND ALL SUPPORTING DOCUMENTATION; ORDER THEREON**

WHEREAS, on October 18, 2002 the Court issued an Order granting Defendant Avery Dennison Corporation's ("Avery") Motion for Summary Judgment of Non-Infringement of United States Patent No. 5,897,930;

WHEREAS, judgment for the defendant was entered on December 6, 2002; and

WHEREAS, Avery seeks to recover its attorneys fees expended in its defense of this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AND, SUBJECT TO THE APPROVAL OF THE COURT, ORDERED THAT:

1. Avery shall file its motion for attorneys fees, along with all supporting papers, by January 24, 2003.

2. Any opposition to Avery's motion for attorneys fees from 3M Innovative Properties Company or Minnesota Mining and Manufacturing Company (collectively "3M") shall be filed by February 7, 2003.

3. Avery shall file its reply memorandum in support of its motion for attorneys fees by February 17, 2003.

FILED 12-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

SO STIPULATED.

Dated: December 20, 2002

David P. Pearson (#84712)
Tiffany A. Blofield (#237272)
WINTHROP & WEINSTINE, P.A.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 – Facsimile

Attorneys for Defendant
AVERY DENNISON CORPORATION

Dated: December 20, 2002

R. J. Zayed (#309849)
John C. Adkisson (#266358)
FISH & RICHARDSON, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 335-5070 - Telephone
(612) 288-9696 - Facsimile

Attorneys for Plaintiff
3M INNOVATIVE PROPERTIES
COMPANY and MINNESOTA MINING
AND MANUFACTURING COMPANY

## ORDER THEREON

Pursuant to this stipulation and Local Rule 54.3, the Clerk is hereby directed to set the following schedule for the submission and consideration of Avery Dennison Corporation's motion for attorneys' fees and all supporting documentation:

1. Avery Dennison Corporation ("Avery") shall file its motion for attorneys' fees, along with all supporting papers by January 24, 2003.

2. Any opposition to Avery's motion for attorneys' fees from 3M Innovative Properties Company or Minnesota Mining and Manufacturing Company (collectively "3M") shall be filed by February 7, 2003.

3. Avery shall file its reply memorandum in support of its motion tor attorneys' fees by February 17, 2003.

**IT IS SO ORDERED.**

Dated: December 30, 2002

David S. Doty, Judge
United States District Court