UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1781(DSD/FLN)

3M Innovative Properties
Company, et al.,

Plaintiffs,

v.

Avery Dennison Corporation,

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order filed February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: December 10, 2003

David S. Doty, Judge
U.S. District Court

FILED 12-10-03
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Disqualification by Judge David S. Doty, this case is reassigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel

3M Innovative Properties v. Avery Dennison Corporation

NEW CASE NUMBER 01-1781 JRT/FLN

Use this case number for all future filings.

Dated: December 10, 2003