01-1781 JRT/FLN

# United States Court of Appeals for the Federal Circuit

RECEIVED
BY U.S. MAIL
2004 FEB -2 AM 9:41
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

03-1203

3M INNOVATIVE PROPERTIES COMPANY and
MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs-Appellants,

v.

AVERY DENNISON CORPORATION,

Defendant-Appellee.

## Judgment

***ON APPEAL from the*** UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

***in CASE NO(S).*** 03-1203

***This CAUSE having been heard and considered, it is***

***ORDERED and ADJUDGED:***

REVERSED-IN-PART, VACATED-IN-PART AND REMANDED

***ENTERED BY ORDER OF THE COURT***

***DATED*** DEC 2 2003

Jan Horbaly, Clerk

ISSUED AS A MANDATE: JANUARY 27, 2004

FILED FEB 02 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 1-27-04