**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

3M INNOVATIVE PROPERTIES COMPANY, et al.,

Plaintiffs,

v.

AVERY-DENNISON CORPORATION,

Defendant.

Civil No. 01-1781 JRT/FLN

**NOTICE OF HEARING**

---

A case management conference will be held on March 10, 2003 at 3:00 p.m. in Magistrate Judge Noel's Chambers at the United States District Courthouse, 300 South Fourth Street, Minneapolis, 9W. A status conference will follow the case management conference at 4:30 p.m. in Judge John R. Tunheim's Courtroom, 13E. Judge Tunheim would like a memorandum from the parties that provides a brief summary of the case and an outline of how we should proceed now that the Federal Circuit has issued its opinion. The brief should be no longer than ten pages. Please provide an original and <u>three</u> copies to the Court.

Dated: February 17, 2004

RICHARD D. SLETTEN, Clerk

s/Lou Jean M. Gleason
Lou Jean M. Gleason
Calendar Clerk to Judge Tunheim
612-664-5083