# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY, | ) | COURT MINUTES - CIVIL<br>BEFORE: John R. Tunheim<br>U.S. District Judge |
| Plaintiffs, | ) | Case No: |
| | ) | Date: April 21, 2004 |
| v. | ) | Court Reporter: Kristine Mousseau |
| | ) | Time Commenced: 4:30 p.m. |
| AVERY DENNISON CORPORATION, | ) | Time Concluded: 4:55 p.m. |
| | ) | Time in Court: 0 Hours & 25 Minutes |
| Defendant. | | |

## STATUS CONFERENCE

## APPEARANCES:

Plaintiff: John Adkisson, Jonathan Singer, Juanita Brooks, and Kevin Rhodes
Defendant: David Pearson, Roderick Dorman, Lawrence Hadley

## PROCEEDINGS:

: Dates discussed for the progression of the case - Claim Construction Hearing Scheduled for July 27, 2004 at 9:00 a.m.

s/Lou Jean M. Gleason
Calendar Clerk