# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M Innovative Properties Company, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-1781 JRT/FLN |
| | ) | Date: April 21, 2004 |
| Avery-Dennison Corporation, | ) | Court Reporter: n/a |
| | ) | Time Commenced: 3:00 PM |
| Defendant. | ) | Time Concluded: 4:30 PM |
| | ) | Time in Court: 1 Hours & 30 Minutes |

Hearing on: **Case Management Conference**

## APPEARANCES:

Plaintiff: Juanita Brooks, Jonathan Singer, John Adkisson, Kevin Rhodes, Colene Blank
Defendant: Rod Dorman, Larry Hadley, David Pearson

## PROCEEDINGS:

☒ Case has been remanded from the Federal Circuit, and is generally ready for trial. Defendant has filed a Petition for Certiorari with the US Supreme Court which is still pending. At the conference we discussed whether the trial should be postponed pending a decision on the Defendant's Cert. petition, and the scheduling of various matters presented by the parties.

**IT IS ORDERED**:

1. The Hornickel and Skolnick depositions will go forward as agreed by the parties, to be completed on or before June 1, 2004;

2. The Court of Appeals for the Federal Circuit has construed the terms, "Embossed" and "Multiple Embossed Pattern" and those terms will not be subject to any further claim construction motion practice. The parties agree that other terms have not been previously construed and agree that the Court can construe them based upon written and oral argument without the need for the taking of any evidence. The Court will consider the parties' respective claim construction arguments regarding those terms the parties agree have not been previously construed. The Local Rules governing the making of Dispositive Motions will govern this hearing and the Defendant will file its memorandum first. The parties should contact the District Court's calendar clerk to schedule a hearing on these claim construction issues. The parties' respective written arguments shall be filed and the matter scheduled for hearing on or before September 1, 2004;

3. No further supplementation of expert reports will be permitted;

4. No further dispositive motions will be permitted, other than the claim construction issues referred to above in Paragraph 2;

5. Trial will not be scheduled to occur before October 4, 2004.

☒ Follow-up Case Management Conference will be held by telephone on, Tuesday, October 5, 2004, at 9:00 a.m.

*s/ Franklin L. Noel*
United States Magistrate Judge