UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY

and

MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF 3M'S OPPOSITION TO AVERY'S MOTION TO SET ASIDE PORTIONS OF MAGISTRATE JUDGE NOEL'S APRIL 21, 2004 ORDER**

I, John C. Adkisson, declare as follows:

1. I am a principal with the law firm of Fish & Richardson P.C., P.A., and I am counsel for plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company in the above-captioned case.

2. Attached herewith as Exhibit A is a true and correct copy of Avery Dennison's Memorandum in Support of Its Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,897,930, dated July 2, 2002.

3. Attached herewith as Exhibit B is a true and correct copy of Plaintiffs' Memorandum in Response to Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,897,930, dated July 24, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2004

By: s/John C. Adkisson
John C. Adkisson

60216869