# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2004, I have caused to be electronically filed the foregoing:

3M'S OPPOSITION TO AVERY'S MOTION TO SET ASIDE PORTIONS OF MAGISTRATE JUDGE NOEL'S APRIL 21, 2004 ORDER

DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF 3M'S OPPOSITION TO AVERY'S MOTION TO SET ASIDE PORTIONS OF MAGISTRATE JUDGE NOEL'S APRIL 21, 2004 ORDER

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

David P. Pearson
Winthrop & Weinstine, P.A.
dpearson@winthrop.com

Lawrence M. Hadley
Hennigan, Bennett & Dorman
hadleyl@hbdlawyers.com

Jay R. Campbell
Renner, Otto, Boisselle & Sklar, P.L.L.
jcampbell@rennerotto.com

s/John C. Adkisson
John C. Adkisson, #266358
Attorney for Plaintiffs
Fish & Richardson, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
adkisson@fr.com