IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY DENNISON CORPORATION, | : | |
| Defendant. | : | |

**DECLARATION OF LAWRENCE M. HADLEY**

I, Lawrence M. Hadley, declare and state as follows:

1. I am an attorney with the law firm of Hennigan, Bennett & Dorman, counsel for Avery Dennison Corporation ("Avery") in this matter. I make this Declaration in support of Avery Dennison Corporation's Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify as to these facts.

2. Attached as Exhibit 1 is a true and correct copy of United States Patent No. 5,897,930.

3. Attached as Exhibit 2 is a true and correct copy of selected pages from 3M's Brief for Plaintiffs-Appellants filed with the Federal Circuit March 17, 2003.

4. Attached as Exhibit 3 is a true and correct copy of United States Patent No. 4,713,273.

5. Attached as Exhibit 4 is a true and correct copy of the file history for the '930 patent.

6. Attached as Exhibit 5 is a true and correct copy of page 191 from Webster's II New Riverside Dictionary (1st ed. 1984).

7. Attached as Exhibit 6 is a true and correct copy of United States Patent No. 4,025,159.

8. Attached as Exhibit 7 is a claim chart comparing the language of claim 1 of the '930 patent (using 3M's proposed definitions) to U.S. Patent No. 4,025,159 (assigned to 3M).

9. Attached as Exhibit 8 is a true and correct copy of page 343 from Webster's Third New International Dictionary at 191 (3d ed. 1993).

10. Attached as Exhibit 9 is a true and correct copy of page 1014 from Webster's Ninth New Collegiate Dictionary (9th ed. 1991).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of June, 2004, in Los Angeles, California.

Lawrence M. Hadley