**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**(3M Innovative Properties Company, et al. vs. Avery Dennison Corporation)**
**Civil Action No. 01-CV-1781 (JRT/FLN)**

**EXHIBIT LIST OF EXHIBITS ATTACHED TO**
**DECLARATION OF LAWRENCE M. HADLEY**

**Exhibits 1 Through 3**

1. United States Patent No. 5,897,930
2. Copy of selected pages from 3M's Brief for Plaintiffs-Appellants filed with the Federal Circuit March 17, 2003
3. United States Patent No. 4,713,273

**Exhibit 4A**

4A. File history for the '930 patent from bate numbers A0065 through A0090

**Exhibit 4B**

4B. File history for the '930 patent from bate numbers A0091 through A0107

**Exhibit 4C**

4C. File history for the '930 patent from bate numbers A0108 through A0146

**Exhibits 5 Through 6**

5. Copy of page 191 from Webster's II New Riverside Dictionary (1st ed. 1984)
6. United States Patent No. 4,025,159

**Exhibits 7 Through 8**

7. Claim chart comparing the language of claim 1 of the '930 patent (using 3M's proposed definitions) to U.S. Patent No. 4,025,159 (assigned to 3M)
8. Copy of page 343 from Webster's Third New International Dictionary at 191 (3d ed. 1993)

**Exhibit 9**

9. Copy of page 1014 from Webster's Ninth New Collegiate Dictionary (9th ed. 1991)