Exhibit 1

US005897930A

United States Patent [19]
Calhoun et al.

[11] Patent Number: 5,897,930
[45] Date of Patent: Apr. 27, 1999

[54] MULTIPLE EMBOSSED WEBS

[75] Inventors: Clyde D. Calhoun, Grant; David C. Koskenmaki, St. Paul, both of Minn.

[73] Assignee: Minnesota Mining and Manufacturing Company, St Paul, Minn.

[21] Appl. No.: 08/775,736

[22] Filed: Dec. 31, 1996

[51] Int. Cl.[6] ..................... A61F 13/02; E04F 15/16
[52] U.S. Cl. .................... 428/41.8; 428/156; 428/220
[58] Field of Search .................... 428/42, 202, 343, 428/345, 352, 354, 40, 173, 200, 214, 906, 144, 148, 317.5, 355, 198, 156, 220, 41.8; 427/198, 199, 276, 208.6, 271; 156/209; 264/293, 294

[56] References Cited

U.S. PATENT DOCUMENTS

3,611,919 10/1971 Thomas .......... 101/23
3,887,678 6/1975 Lewicki, Jr. .......... 264/284
4,045,153 8/1977 Maurino et al. .......... 425/440
4,320,162 3/1982 Schultz .......... 428/154
4,551,297 11/1985 Botcher et al. .......... 264/224
5,141,790 8/1992 Calhoun et al. .......... 428/40
5,229,186 7/1993 Tribble et al. .......... 428/156
5,296,277 3/1994 Wilson et al. .......... 428/40
5,300,340 4/1994 Calhoun et al. .......... 428/40
5,344,681 9/1994 Calhoun et al. .......... 428/42
5,362,516 11/1994 Wilson et al. .......... 427/207.1
5,382,464 1/1995 Ruppel et al. .......... 428/172
5,449,540 9/1995 Calhoun et al. .......... 428/42
5,462,765 10/1995 Calhoun et al. .......... 427/198
5,585,178 12/1996 Calhoun et al. .......... 428/343

FOREIGN PATENT DOCUMENTS

1 543 977 4/1979 European Pat. Off. .
0 313 766 3/1989 European Pat. Off. .
2 055 677 3/1981 United Kingdom .
2 290 629 3/1996 United Kingdom .

OTHER PUBLICATIONS

Patent Abstracts of Japan for Kokai 57178718 "Embossing Apparatus" Apr. 11, 1982.

*Primary Examiner*—Lynette F. Smith
*Assistant Examiner*—Datquan Lee
*Attorney, Agent, or Firm*—Gary L. Griswold; John H. Hornickel

[57] ABSTRACT

A carrier web having at least one surface that is multiple, sequentially embossed, wherein depressions created from the prior embossing patterns(s) are preserved during the subsequent embossing pattern(s) even though the subsequent embossing pattern(s) are superimposed on the depressions from the prior embossing pattern(s). The patterns of embossing can be Euclidean or fractal created from machine tools produced using microreplication and other techniques. The carrier webs are useful for release liners for pressure sensitive adhesives and a number of other industrial and consumer applications.

12 Claims, 2 Drawing Sheets




FIG. 1




FIG. 2




FIG.3

## MULTIPLE EMBOSSED WEBS

### FIELD OF INVENTION

This invention relates to embossed webs useful as liners for pressure sensitive adhesives and other industrial applications.

### BACKGROUND OF INVENTION

Pressure sensitive adhesives are useful for the joining of two materials. The interfaces between the adhesive and the materials are vital to the performance of the joined materials. The loss of adhesion at either interface can doom the usage of the materials.

One example of an adhesion interface requiring peak performance is a durable film displaying image graphics adhered to substrates, where the film is a backing material upon which an adhesive layer is added for adhesion to the substrate. Adhesion of a large image graphic film to substrates encounters the problem of entrapped air between the film and the substrate. Anyone who has ever attempted to hang wallpaper can appreciate the frustration that can arise when entrapped air beneath an adhesive-backed film can not be removed easily. The most common solutions to this problem are to remove and reapply the film or to perforate the film to release the entrapped air. Multiple attempts to adhere the same film to a substrate can compromise the pressure sensitive adhesive or increase the probability of uneven or misaligned film on the substrate. Perforating a film mars its appearance. The removal of air bubbles is also labor intensive.

Prior approaches have addressed facile adhesion of image graphics film to substrate by concentrating on specialized topographical constructions of the pressure sensitive adhesive. Commercially superior pressure sensitive adhesives for image graphics are available on image graphic films by 3M of St. Paul, Minn., USA. Pressure sensitive adhesives having this utility are disclosed in a variety of patents. Representative examples of patents describing such materials include U.S. Pat. Nos. 5,296,277 and 5,362,516 (both Wilson et al.) and 5,141,790 (Calhoun et al.). These patents disclose how the adhesive's topography is built from the interface between the adhesive and the release liner. The principal topographical features in the adhesive surface are isolated protrusions from the adhesive surface with identified contact areas.

### SUMMARY OF INVENTION

The art needs a method of obtaining a complex pattern of embossings on a web where the complex pattern is obtained by multiple steps to permit the formation of a wide variety of material(s) in the multiple embossed webs.

One aspect of the present invention provides a solution to the problem of forming complex embossing patterns by forming a web having multiple embossed patterns.

A multiple embossed web can be used as a releasable storage liner for pressure sensitive adhesive or a transfer liner for moving pressure sensitive adhesive from one web to a substrate.

"Embossed" means a topography on a web or on tooling having an effective three-dimensional pattern that generates a difference in surface planar dimension in the liner or the tooling.

"Pattern" means any formation of embossings that can utilize any theory of geometry, including without limitation, Euclidian geometry and fractal geometry.



"Multiple embossed" means two or more embossing patterns are superimposed on the web to create a complex pattern of differing depths of embossing.

Another aspect of the present invention is a carrier web having at least one surface that is multiple, sequentially embossed, wherein depressions created from the prior embossing pattern(s) are substantially preserved during the subsequent embossing pattern(s) even though the subsequent embossing pattern(s) are superimposed on the depressions from the prior embossing pattern(s).

Although the multiple embossing steps could be combined into a single step with the design of a suitable tool or mold, the advantage of multiple steps is that the depressions formed by the prior step(s) can be filled with material prior to the subsequent embossing step(s). The number of same or different materials can be as many as the number of sequential step(s) or can be any subset of them. Once the number of same or different materials reside in the multiple embossed web, they can be removed from their multiple depth depressions for use or for further manufacturing or assembly.

A wide variety of materials can benefit from being introduced into the embossed web. Nonlimiting examples of the materials include adhesives, resins, polymers, particles, slurries, or dispersions.

When the embossed web is meant to be the final article rather than a means of continued manufacturing, the materials introduced into depressions created by a first embossing then are subjected to a subsequent embossing to form the final article. In this embodiment, liquids such as soaps, lubricants, perfumes, and abrasive slurries can fill one or more levels of the embossed depressions.

The multiple embossed webs of the present invention can provide a vast array of combinations given the multitude of embossed patterns, the multiplicity of embossings, and the variety of materials introduced into the embossed web.

While the most common multiple embossing of a carrier web is a double embossed web used as a release liner for pressure sensitive adhesives, the invention is not limited to merely double embossing. A variety of complex embossed patterns can be created to advantage for a number of industrial applications, such as:

- air bleed Segmented Adhesive Transfer Tapes (SATT) (as disclosed in U.S. Pat. Nos. 5,344,681 and 5,449,540 (both Calhoun et al. and incorporated by reference herein) that are: a) positionable, b) repositionable, or c) consist of two different adhesives;
- abrasives that are: a) dual shaped and b) consist of two different mineral sizes;
- scouring pads;
- bumped pads on flexible printed circuits;
- carriers for medicaments or cosmetics;
- and the like.

Another aspect of the invention is a method of embossing, comprising the steps of embossing a carrier web having at least one surface with a first pattern, to create a first pattern of depressions; embossing the surface with a second pattern, to create a second pattern of depressions; wherein the depressions created from the first embossing step are substantially preserved during the second embossing step even though the second embossing step superimposes the second pattern on the depressions created from the first embossing step.

A feature of multiple embossed webs of the present invention is that one pattern of embossing can be used for

one purpose while another pattern of embossing can be used for a different purpose.

Another feature of the multiple embossed webs is the formation of a complex topography on the surface of the web that can be used as a liner for a field of pressure sensitive adhesive, a carrier for abrasive slurries used for later manufacturing, bumped pads for flexible printed circuits, or a carrier for medicaments or cosmetics.

Another feature of the multiple embossed webs is the ability to control the nature of complex topography of the web generated by the multiple embossed patterns.

Another feature of the multiple embossed webs is the ability to control the layered introduction of same or different materials into depressions of differing depths for later use or further manufacturing.

An advantage of the present invention is to create a means of sequential manufacturing of articles using different depths of depressions and same or different materials.

Another advantage of the present invention is the ability of pressure sensitive adhesive to permit fluid egress (e.g., plasticizer, exhaust gases or entrapped air) from the adhesive interface with a supporting substrate without specialized compositions or formulations of the pressure sensitive adhesive.

Another advantage of the present invention is the ability to use a variety of types of pressure sensitive adhesives while also providing an ability to "outgas" the pressure sensitive adhesive after adhesion of the web to the substrate. Included among such types of pressure sensitive adhesives are those disclosed in U.S. Pat. Nos. 5,296,277 and 5,362,516 (both Wilson et al.) and 5,141,790 (Calhoun et al.), the disclosures of which are incorporated by reference therein. An example of the use of multiple embossed webs of the present invention is as a release liner as disclosed in copending U.S. patent application Ser. No. 08/775,844 (Sher et al.) (Attorney Docket 52771USA9A) incorporated by reference herein.

Other features and advantages will become apparent from the embodiments of the invention described in relation to the following drawings.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a cross-sectional view of a web after a first embossing step.

FIG. 2 is a cross-sectional view of the web of FIG. 1 after a second embossing step.

FIG. 3 is a scanning electron micrograph of a double embossed web of the present invention.

## EMBODIMENTS OF THE INVENTION

FIG. 1 depicts a web 10 having a surface 12 with one pattern 14 of embossings made according to a first embossing step of the present invention. FIG. 2 depicts that web 10 having the surface 12 (with embossing pattern 14) having been subjected to a second pattern 16 of embossings made according to the present invention.

Web 10 can be any web known to those skilled in the art that is capable of being embossed. Nonlimiting examples of webs include a variety of commercial materials from Minnesota Mining and Manufacturing Company (3M) of St. Paul, Minn. and other commercial manufacturers of liner products such as Rexam Release Corporation of Oakbrook, Ill. or Daubert Coated Products of Westchester, Ill. When webs of the invention are used as release liners, such liners are typically polyethylene coated papers with commercial silicone release coatings; polyethylene coated poly(ethylene terephthalate) films with commercial silicone release coatings; or cast polypropylene films which can be embossed with pattern(s) while making such films, and thereafter coated with commercial silicone release coatings. Additional useful liners are identified in the Calhoun et al. and Wilson et al. patents.

A multiple embossed web 10 seen in FIG. 2 can have any dimensions required for the sequential formation of a complex topography. For example, web 10 has a thickness T where there is no embossing, a thickness X caused by embossings of pattern 14, and a thickness Y caused by embossing of pattern 16. Due to conservation of material, if the planar dimensions of the web 10 do not or are not permitted to expand, embossing by pattern 14, pattern 16, or both can actually increase the thickness of the web 10 compared with original thickness T, like the formation of mountains from the movement of large land masses. For example, in copending application Ser. No. 08/775,844, (Attorney Docket 52771 USA9A), ridges can be formed from the embossing of large lands, where the ridge height exceeds the original thickness of the release liner.

Regardless of conservation of material, the percentage of thickness X to thickness T can range from about 1% to about 99%, meaning that the depth of depressions caused in surface 12 by pattern 14 can range from a minor fraction of thickness T to almost the entire original thickness T.

The percentage of thickness Y to thickness T can range from about 1% to about 99%, meaning that the depth of depressions caused in surface 12 by pattern 16 can range from a minor fraction of thickness T to almost the entire original thickness T. Further, web 10 has a total area "A", a first area "B" having depressions created during embossing of pattern 14 and an area "C" having depressions created during embossing of pattern 16. FIG. 2 shows how depressions formed in pattern 14 cover the entire surface 12 of web 10 and also reside in the larger depressions formed in pattern 16. Thus, total area A=area B, and all of area C resides within area B. However, multiple embossed webs of the present invention can have a vast variety of complex topographies according to the needs of those skilled in the art.

The percentage of B to A can range from about 1% to about 100%, meaning that surface 12 can be embossed with a pattern 14 ranging from a minor fraction of surface 12 so embossed with pattern 14 to the entire surface 12 being embossed with pattern 14.

The percentage of C to A can range from about 1% to about 100%, meaning that surface 12 can be embossed with a pattern 16 ranging from a minor fraction of surface 12 so embossed with pattern 16 to the entire surface 12 being embossed with pattern 16.

The shape of embossings for either pattern 14, pattern 16, or both, can range from a constant radius of curvature to a polygonal shape of at least 2 surfaces within the depression in web 10 causing the embossing.

The width of embossings in pattern 14, pattern 16, or both can range from about 1 μm to about 10,000 μm.

FIG. 3 shows an example of the complex topography that can be created on webs of the present invention for use as a release liner as disclosed in copending U.S. patent application Ser. No. 08/775,844 (Sher et al.) (Attorney Docket 52771USA9A) incorporated by reference herein. This scanning electron micrograph shows a liner 20 having a surface 22 with one pattern 24 of interconnected embossings and a second pattern 26 of embossings. More than two patterns can be added.

A careful viewing of FIG. 3 shows pattern 24 comprising both relatively planar lands 27, i.e., large squares that have

been depressed from the initial surface 22 of liner 20 and a series of ridges 28 formed from the material moved from the lands 27 during the embossing process. Pattern 26 forms an array of depressions 29.

A sequential manufacturing process for web 10 or liner 20 determines the order of embossings. The manufacturing of the double embossed liner 20 actually requires the formation of the smaller embossing pattern 26 first, followed by the formation of the larger embossing pattern 24, second. Between the time of making the two embossing patterns, a desired material can be introduced into second embossing pattern 26, such as glass beads, in a manner as disclosed in U.S. Pat. No. 5,296,277 (Wilson et al.), incorporated by reference herein.

The resulting multiple microembossed liner 20 has a total area "A", a first area "B" for lands 27 created during embossing of pattern 24, and an area "C" for ridges 28 created during embossing of pattern 24, and an area "D" for depressions 29 residing in both lands 27 and ridges 28. FIG. 2 shows how one depression 29 can reside in a ridge 28. Thus, A=B+C and all of area D resides within either area B or C, or both.

The patterns 24 and 26 can be varied according to requirements in the art recognizing that the patterns are superimposed on one another. For example, in FIG. 3, lands 27 are discontinuous, because separate projections on the tooling for forming pattern 24 do not intersect with one another. Likewise, depressions 29 are discontinuous because separate projections on the tooling for forming pattern 26 do not intersect with one another.

The result of pattern 24 creates separated lands 27 from one another, and the result of pattern 26 creates separated depressions 29 from one another. The connected ridges 28 are a by-product of the embossing of separated lands 27.

In other words, the topography of the tool(s) is an obverse image of the final topography of the microreplicated adhesive, with the liner 20 serving as the inverse image for transferring the image of the tool(s) to the microreplicated adhesive. Therefore, the topography(ies) of the embossing tool(s) for liner 20 is essentially the topography of the microreplicated adhesive.

When a liner 20 is used to contact adhesive to obtain a topography produced from patterns 24 and 26, the percentage area of lands 27 to surface 22 (B to A) can range from about 35% to about 99%. Desirably, the percentage can range from about 50% to about 98%. Preferably, the percentage can range from about 60% to about 97%. More preferably, the percentage can range from about 70% to about 96%. Most preferably, the percentage of B to A can range from about 85% to about 95% to provide adequate fluid egress without adversely affecting adhesion to the supporting substrate. The percentage areas, respectively, of ridges 28 to surface 22 (C to A) are the remainders.

The percentage area of depressions 29 to surface 22 (D to A) can range from about 1% to about 70%. Preferably, the percentage can range from about 2% to about 25%. Most preferably, the percentage of D to A can range from about 3% to about 15% because of a balance of repositionability of the adhesive to final adhesive bond strength.

These percentages expressed with respect to the liner 20 cause approximately the same percentages on the inverted topography of an adhesive contacting the liner 20. However, as described in U.S. Pat. No. 5,296,277 (Wilson et al.), the planar adhesive surface of their pegs is important. Therefore, this invention is not limited by these percentages concerning the area of depressions 29 when creating the volume of depressions 29 or the geometry used to achieve those depressions. In other words, the depressions 29 can assume any solid geometric desired by those skilled in the art, within the percentage areas expressed above.

The embossing of pattern 24 to create lands 27 moves material into ridges 28. Like the formation of mountains from the movement of large land masses, ridges 28 rise from surface 22. While the depth of embossing of lands only results in a depth of a few micrometers, ridges rise from surface 22 to a height ranging range from about 3 to about 45 μm, preferably from about 5 to about 30 μm, and most preferably from about 6 to about 20 μm.

The depth of embossings for pattern 26 can range from about 4 to about 200 μm, preferably from about 8 to about 100 μm, and most preferably from about 10 to about 30 μm. Because the embossing of pattern 26 occurs before the embossing of pattern 24, the depths identified here are the cumulative effect of both embossings, not necessarily the height of the embossing tool.

Moreover, it should be apparent to those skilled in the art that the size of the embossing tooling needed may exceed the depth of embossing desired because of viscoelastic properties of the liner 20 being embossed.

The "sidewalls" of embossings for any of pattern 24, pattern 26, or any combination of them, can be any shape desired, ranging from a constant radius of curvature to any polygonal shape of at least 2 surfaces within the pattern 24 or 26. Nonlimiting examples of shapes of embossing, in cross-section, include curved, rectangular, trapezoidal, triangular, bimodal, and the like. U.S. Pat. No. 5,296,277 (Wilson et al.) describes some of the variables to be considered when forming depressions 29 in order to provide pegs in an adhesive.

The width of embossings in any of pattern 24, pattern 26, or any combination of them, can vary as needed. For example, in FIG. 3, the width of embossings that create lands 27 and depressions 29 are relatively uniform for surface 22. However, the pattern can vary across surface 22 for fluid egress, not unlike a tributary-river configuration in a watershed.

For example, to create microchannels for fluid egress, one could use a liner 20 having a pattern 24 creating ridges 28 having a final width, after viscoelastic properties have reached equilibrium, of less than about 200 μm and preferably from about 50 to 120 μm. The ridges 28 in FIG. 3 are about 100 μm wide.

Precision of topographical formation of web 10 or 20 can be achieved using a variety of machining techniques. The machine tool industry is capable of creating tools with any pattern desired by those skilled in the art.

Euclidean geometric patterns can be formed with any pattern of size, shape and depth of embossing projection in any number of steps.

Tools can range from planar presses to cylindrical drums to other curvilinear shapes, depending on how it is desired to employ the embossing steps.

Nonlimiting examples of sources of tooling include commercial sources of photolithographic printing plates and cylinders, precision engraved plates and cylinders, laser machined plates and cylinders, and the like.

Usefulness of the Invention

A multiple embossed web of the present invention can be used for the formation of materials that utilize the complex topography of the surface of the web. Because the multiple embossings of the web occur sequentially, material can be

placed in the depressions caused by first pattern being formed before the second embossing pattern is applied.

Unexpectedly, the later embossing pattern(s) does not appreciably disrupt the earlier embossing pattern(s) in order to provide a controlled complex topography to the surface of a web.

When pressure sensitive adhesive is the desired material to be formed in the pattern(s) embossed in the web 10 or 20, such pressure sensitive adhesives can be selected from a variety of conventional adhesive formulations to achieved the meshed topography on web 10 or 20.

Nonlimiting examples of adhesives include pressure sensitive adhesives, hot melt or heat activated adhesives that are pressure sensitive at the time of application such as pressure sensitive adhesives disclosed in U.S. Pat. No. 4,994,322 (Delgado et al.); U.S. Pat. No. 4,968,562 (Delgado); EPO Publication 0 570 515; EPO Publication 0 617 708; pressure sensitive adhesives disclosed in U.S. Pat. Nos. 5,296,277 and 5,362,516 (both Wilson et al.) and 5,141,790 (Calhoun et al.) and U.S. patent application Ser. No. 08/559,037 (Keller et al.), all incorporated by reference and any other type of pressure sensitive adhesive disclosed in Satas, et al., *Handbook of Pressure Sensitive Adhesives*, 2nd Ed. (Von Nostrand Reinbold, N.Y. 1989), the disclosure of which is incorporated by reference.

When other materials such as soaps, lubricants, perfumes, abrasive slurries, or any other solution, emulsion, dispersion, or other liquid are desired to be used with webs of the present invention, one skilled in the art without departing from the scope of the present invention can readily determine the array of combinations possible, given the multitude of possible embossed patterns, the multiplicity of possible embossings, and the variety of possible materials to be introduced into the embossed carrier web operating as a transfer article or as a final article for storage of the other material. With some materials, such as soaps or perfumes, the embossed web is preferably used as the final article.

Commercially available soaps, perfumes, slurries, lubricants, and the like can be used with webs of the present invention.

Further embodiments are described in the examples.

## EXAMPLES

### Example 1

An embossed Controltac™ Plus liner (commercially available from 3M, St. Paul, Minn.) with empty depressions was embossed with a metal tool having 0.25 mm diameter posts that were arranged in a square lattice pattern to provide 190 posts/cm$^2$. Commercial Controltac™ Plus liners have depressions of about 50–75 $\mu$m in diameter and about 10–15 $\mu$m deep arranged in a square lattice pattern to provide 1120 depressions/cm$^2$. The depth of the second embossing was varied from a few $\mu$m to about 15 $\mu$m. Examination of the surface of the liner using scanning electron microscopyrevealed depressions from the (commercial) first emboss at the bottom of the depressions produced from the second embossing. At the greater depths of the second emboss, it appeared that the diameter of the depressions from the first emboss had a slight reduction in diameter when compared to their initial size. However, the second embossing step did not remove the presence of the depressions created by the first embossing step. A multiple embossed web was formed.

### Example 2

A second embossed Controltac™ Plus liner with its depressions filled with a glass bead slurry was embossed a



second time with a tool having square posts 2.5 mm on a side and separated by intersecting grooves 0.38 mm wide. After the second embossing step, an adhesive tape was laminated to the surface of the liner and then delaminated for examination under an optical microscope. Clumps of glass beads were observed on the surface of the adhesive of the tape with the adhesive surface having intersecting grooves matching the pattern of the tool used in the second embossing. The resulting tape was a positionable adhesive tape with a topography of air channels after application of a tape to a substrate.

### Example 3

A release liner consisting of three layers with the core being 97 microns poly(ethylene terephthalate), 21–22 microns polyethylene with a matte finish on a back side layer, and 21–22 microns polyethylene with a glossy finish on the front side with a silicone release coating on the glossy side was microembossed with small pits on the glossy silicone-coated side and the pits filled with fine glass beads according to the procedure described in U.S. Pat. No. 5,362,516. The pits were about 70 microns diameter 18–19 microns deep in a square lattice of 300 micron spacing. A second emboss pattern was imposed upon the release liner by passing the release liner between an 85 durometer silicone rubber roll and an engraved metal roll. The engraved pattern was recessed lines (micro-grooves) with dimensions about 80 microns wide and 24 microns deep. The grooves were 1.3 mm apart and formed a square grid with grooves oriented 45 degrees to the circumference of the roll. The set point temperatures were 110° C. for the silicone roll and 104° C. for the engraved roll. The rolls were forced together with about 22 N/mm nip force by air cylinders. The release liner was passed through this arrangement at about 1.6 cm/sec. This formed a pattern of continuous intersecting ridges on the glossy silicone-coated side of the release liner. The ridges had a curved top and filleted junction with the base. Average dimensions of the ridges were about 85 microns wide, 18–19 microns high, and spaced the same as the engraved pattern. The intersections of the ridges were 16–19 microns high on average. This pattern was superimposed on the first microembossed pattern and did not substantially change the first pattern, except where individual pits were raised to the top of a ridge or sheared at the side of a ridge (see FIG. 3). The liner was analyzed with time-of-flight secondary ion mass spectrometry (TOF-SIMS) using a pulsed 25 keV $Ga^+$primary ion beam, with a beam diameter of about 1 micron, rastered over an area of 400×400 microns. A uniform silicone distribution was shown over the liner both on and off the microembossed ridge areas.

An acrylic pressure sensitive adhesive solution (described as Adhesive Solution 1 in U.S. Pat. No. 5,296,277 and modified with 18.5 per hundred resin (phr) of a resin—Nirez™ 2019 from Arizona Chemical Co.) was prepared and dried at 66° C. for 10 minutes to form an adhesive film about 32 microns thick. The exposed adhesive side were laminated at room temperature to a 46 micron thick plasticized, white flexible and conformable vinyl film identical to that used in 3M™ Controltac™ Plus Graphic Marking Film Series 180-10. The lamination used a Vanquisher roll laminator (Stoughton Machine and Manufacturing Co., Inc., Stoughton Wisconsin) at 200 kPa (30 psi) gauge pressure and a speed of about 2.5 cm/second to afford an essentially flat construction. After removal of the release liner the exposed pressure sensitive adhesive surface had continuous recessed micro-channels and intersections (corresponding to the micro-ridges of the removed release liner).

The pressure sensitive adhesive had an average measured channel dimensions of about 80 microns wide and about 15–18 microns deep and a uniform array of 8–12 micron high protruding mounds of glass beads corresponding to the pits on the liner.

The samples were also applied by finger pressure or by PA-1 Hand Applicator to flat substrates. Samples with the microchanneled pressure sensitive adhesive layer required no special application technique, were easily applied, and afforded evenly adhered graphic films with virtually no entrapped air bubbles. Any air pockets purposely formed by buckling the film were easily pressed out during application or after application. Air pocket elimination did not require that the air pocket be pressed as a bulge in the film to the edge of the sample (i.e., requiring pressure sensitive adhesive debond in adjacent areas as the pocket moves). The results also show that air bleed was in a lateral (X-Y dimensions) direction and did not require z-axis air dissipation through the films or lifting of the graphic film from the substrate. All samples adhered well to the substrates and showed no signs of undesired edge lifting.

In comparison, control samples were prepared from the "pit-only liner" having only embossing pattern **26** but not embossing pattern **24**. The control samples required great care to prevent entrapment of many air bubbles. The trapped bubbles and pockets the control samples prepared from the "pit-only liner" could not be pressed out without lifting the graphic or pushing the pocket under the sample as it lifted.

The invention is not limited to the above embodiments. The claims follow.

What is claimed is:

1. A carrier web, comprising:

at least one surface that has a multiple embossed pattern having a first embossed pattern and a second embossed pattern, wherein the first embossed pattern forms an array of depressions, wherein the depressions of the first embossed pattern are in the second embossed pattern, wherein the second embossed pattern comprises lands and ridges between the lands, and wherein the height of the ridges over the lands ranges from about 3 to about 45 μm.

2. The web of claim 1, wherein a depth of depressions caused in the surface by any embossing pattern can range from a minor fraction of an original thickness of web to almost the entire original thickness.

3. The web of claim 1, wherein the surface can be embossed with any pattern ranging from a minor fraction of an area of the surface to the entire area of the surface.

4. The web of claim 1, wherein a shape of embossings for any pattern can range from a constant radius of curvature to a polygonal shape of at least 2 surfaces.

5. The web of claim 1, wherein a width of embossings in any pattern can range from about 1 μm to about 10,000 μm.

6. A method of embossing, comprising the steps of:

(a) embossing a carrier web having at least one surface with a first pattern, to create a first pattern of depressions;

(b) embossing the surface with a second pattern, to create a second pattern of depressions comprising lands and ridges;

wherein the depressions created from the first embossing step are substantially preserved during the second embossing step even though the second embossing step superimposes the second pattern on the depressions created by the first embossing step, and wherein the height of the ridges over the lands ranges from about 3 to about 45 μm.

7. The method of claim 6, further comprising the step of filling depressions created by the first embossing step with a material before performing the second embossing step.

8. The method of claim 7, further comprising the step of filling depressions created by the second embossing step.

9. The method of claim 6, wherein the surface can be embossed during any embossing step in an area ranging from a minor fraction of the area of the surface to the entire area of the surface.

10. The method of claim 6, wherein a shape of embossings for any embossing step can range from a constant radius of curvature to a polygonal shape of at least 2 surfaces.

11. The method of claim 6, wherein a width of embossings for any embossing step can range from about 1 μm to about 10,000 μm.

12. A method of using a web of claim 1 as a release liner for a pressure sensitive adhesive, comprising the step of filling the multiple embossed pattern with a pressure sensitive adhesive.

* * * * *

Exhibit 2

Appeal
3B1

No. 03-1203

# United States Court of Appeals
## For the Federal Circuit

**3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,**

PLAINTIFFS-APPELLANTS,

*v.*

**AVERY DENNISON CORPORATION,**

DEFENDANT-APPELLEE.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA IN CASE NO. 01-CV-1781, JUDGE DAVID S. DOTY.

## BRIEF FOR PLAINTIFFS-APPELLANTS

FRANK P. PORCELLI
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070
*Attorney for Plaintiffs-Appellants*

JOHN C. ADKISSON
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

*Of Counsel:*
ROBERT E. HILLMAN
GREGORY A. MADERA
KURT L. GLITZENSTEIN
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

KEVIN H. RHODES
3M INNOVATIVE PROPERTIES COMPANY
OFFICE OF INTELLECTUAL PROPERTY COUNSEL
3M Center
P.O. Box 33427
St. Paul, MN 55133-3427

"embossed," the phrase "multiple embossed pattern" as used in claim 1 refers to the structure – in particular, the topography – of the claimed carrier web, not to a specific method of creating such a structure. A surface of the carrier web has a "multiple embossed pattern" if the shape or contour of the surface of the carrier web exhibits (at least) two embossed patterns. These two distinct patterns are superimposed on the carrier web to create a complex pattern of differing depths of embossing. [A44 (2:1-3).] That is the definition of "multiple embossed pattern" set forth in the specification, and that is the definition that the District Court should have adopted in interpreting "multiple embossed pattern" in claim 1.

To distinguish between the two embossed patterns comprising the "multiple embossed pattern," claim 1 calls one "a first embossed pattern," and the other "a second embossed pattern." [A48 (9:35-36).] The terms "first" and "second" signify only that there are two embossed patterns on the carrier web, not the order in which those patterns were created, or even that they must be created in sequence.

### 1. Claim 1 Does Not Recite A Method of Forming A "Multiple Embossed Pattern," But Rather Refers to Structure.

Claim 1 does not recite any steps required to make a "multiple embossed pattern." Instead, it defines a "multiple embossed pattern" as the combination of two structural elements: a "first embossed pattern" and a "second embossed

pattern." [A48 (9:34-36).] These two patterns are themselves structural in nature – they are topographies on at least one surface of the web. The purely structural nature of product claim 1 is reinforced by its contrast with method claim 6, which clearly calls out a series of steps, and in a particular sequence.

Indeed, the remainder of claim 1's language reinforces the purely structural nature of the two embossed patterns that comprise the "multiple embossed pattern." The first pattern forms "an array of depressions," and the "second" pattern comprises "lands and ridges between lands." [A48 (9:37-39).] The depressions of the first pattern are "in" the second pattern, and the height of the ridges over the lands ranges from "about 3 to about 45μm." [A48 (9:37-42).] All of these terms refer to the topography of the liner surface, not to a particular process for creating that topography.

The District Court conceded that the word "sequential" does not appear in claim 1, yet it nonetheless concluded that the claim language "first embossed pattern" and "second embossed pattern" restricts a "multiple embossed pattern" to "multiple embossments *which are applied one after the other*." [A11.] (emphasis added) But mere use of the terms "first" and "second" cannot, as the District Court reasoned, transform claim 1 into a product-by-process claim, much less a product-by-sequential-two-step-process claim.

Exhibit 3

**United States Patent** [19]
**Freedman**

[11] **Patent Number: 4,713,273**
[45] **Date of Patent: Dec. 15, 1987**

[54] **COMPOSITE FACESTOCKS AND LINERS**

[75] Inventor: **Melvin S. Freedman**, Beachwood, Ohio

[73] Assignee: **Avery International Corporation**, Pasadena, Calif.

[21] Appl. No.: **853,772**

[22] Filed: **Apr. 18, 1986**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 699,204, Feb. 5, 1985, abandoned.

[51] **Int. Cl.**[4] .......................... **C09J 7/02**; B32B 27/08
[52] **U.S. Cl.** .................................. **428/40**; 156/244.11; 428/213; 428/319.3; 428/323; 428/324; 428/343; 428/352; 428/354; 428/409; 428/516; 428/518; 428/914
[58] **Field of Search** ................... 428/202, 40, 41, 343, 428/352, 354, 409, 516, 518, 213, 323, 319.3, 324; 156/244.11, 244.24

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,377,050 3/1983 Renholts .......................... 428/202 X
4,517,044 5/1985 Arnold .......................... 428/202 X
4,529,654 7/1985 Drum .......................... 428/202 X
4,544,590 10/1985 Egan .......................... 428/40

*Primary Examiner*—Thomas J. Herbert
*Attorney, Agent, or Firm*—Pearne, Gordon, McCoy & Granger

[57] **ABSTRACT**

Film-forming means are coextruded to form all plastic multilayer liners and facestocks for pressure-sensitive labels, tapes, decals, signs, bumper stickers, and other products formed from sheet and roll stock. Fill means in a charge for the liner coextrusion affects stiffness and dimensional stability of the liner and/or affects the roughness of a liner face or faces. The film materials of the layers of the constructions are selected according to the cost/benefit characteristics of candidate materials considering the functional or operational requirements of the layer in question.

**30 Claims, 11 Drawing Figures**




FIG.1
FIG.2
FIG.3A
RELEASE COATING STATION
ADHESIVE COATING STATION
FIG.3B
FIG.3C
DIE CUTTING STATION
FIG.3D
FIG.4 (PRIOR ART)
FIG.5
FIG.6
FIG.7
FIG.8

## COMPOSITE FACESTOCKS AND LINERS

This application is a continuation-in-part of application Ser. No. 699,204, filed Feb. 5, 1985, now abandoned.

The present invention relates to web stock for display products such as labels, signs and the like, and more particularly to constructions and methods of making film facestocks for such display products, liners for such facestocks, and to the combined constructions including the facestocks and liners.

## BACKGROUND OF THE INVENTION

It has long been known to manufacture and distribute pressure-sensitive adhesive stock for display products such as labels and signs by providing a layer of face material for the label or sign backed by a layer of pressure sensitive adhesive which in turn is covered by a release liner. The liner protects the adhesive during shipment and storage. With specific reference to labels, the liner also allows for efficient handling and dispensing of individual labels which have been die-cut from the layer of face material while leaving the liner uncut.

Many label and sign applications require that the face material be a polymeric film material which can provide properties lacking in paper, such as weatherability (for outdoor signs), strength, water resistance, abrasion resistance, gloss and other properties. Because material cost in the manufacture of such film facestocks are relatively high, the desirability of reducing material costs without sacrifice of quality has long been apparent, but little or nothing has been accomplished toward this end.

Because the cost of paper generally compares favorably with the cost of film materials, and because paper liners also have other highly desirable characteristics, the liners used with film facestocks have generally comprised paper web stock coated with a very thin layer of silicone-based release agent. The paper web's outer or "back" face has the roughness required to track well on the smooth steel rolls used in high speed manufacturing. The inner release-coated face of the paper web is uneven enough to slightly roughen the surface of the adhesive protected by the liner, thus preventing subsequent air entrapment and bubble formation between label and container in labeling applications.

However, paper readily absorbs and desorbs moisture, leading to curling and distortion of film facestock with which a paper liner is used. This is particularly a problem with sheet facestock used, say, for signs and decals. Moisture absorption and curling have been reduced to a degree by coating the outside face of the paper liner with a thin moisture barrier layer of film material, but edge absorption or gradual moisture transmission through the moisture barrier itself have largely thwarted efforts to eliminate the problem of curling of the liner and consequent distortion of the film facestock.

Another disadvantage of paper is its relative mechanical weakness. This is particularly a drawback in high speed packaging of high volume consumer products where labeling machinery must dispense rolls of liner-carried labels at high speed. A break in the paper liner-forces shutdown of the entire packaging line until the labeling operation is properly reset. As line speeds have continued to increase in recent years, the severity of this problem has led some mass packagers to specify that labels are to be carried on polyester film liner. The great strength of the polyester film eliminates the liner breakage problem, but at a price which reflects very much higher material costs than those associated with paper.

## THE PRESENT INVENTION

The present invention opens the way to substantial cost savings in the manufacture of film facestocks while at the same time maintaining the desirable characteristics of the film facestocks which has been used prior to this invention. In a word, costs are greatly reduced at little or no sacrifice of quality, and even with a gain in quality in some instances.

In another aspect, the present invention replaces paper liner stock by liner stock of polymeric film material. This is done in such a way as to simulate those characteristics of paper that provide for good web tracking and adequate prevention of the problem of air entrapment and bubbling. At the same time, the problems of curling and paper breaking are eliminated because the film material used according to the invention is inherently moisture-insensitive and is much stronger than paper. All this is accomplished at little or no increase over the cost associated with paper liners. In a word, quality is greatly improved at little or no increase in costs, and even with a reduction in costs in some instances.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, all of which are highly diagrammatic,

FIGS. 1 and 2 are fragmentary cross sections of two different liner constructions embodying the invention;

FIGS. 3A-3D illustrate certain steps in the manufacture and use of product embodying the invention;

FIG. 4 is a fragmentary cross section of a prior-art liner;

FIGS. 5-7 are fragmentary cross sections of three different facestock constructions embodying the inventions; and

FIG. 8 illustrates a manufacturing step related to the facestock of the invention.

Liner stock constructions illustrating the invention will be described first. A prototypical example is illustrated in FIG. 1, which shows a multilayer web construction generally indicated by the reference numeral 10. The multilayer construction 10 includes a core or base layer 12, and skin layers 14 and 16. A first face, generally indicated by the reference numeral 18, is the outer or "back" face of the liner stock. This face is identified with the side of the web that will contact and be guided by the smooth steel rolls of the manufacturing line in which the liner stock is to be employed. A second face, generally indicated by the reference numeral 20, is the inner face of the liner. This face is identified with the side of the liner nearest the adhesive to be protected by the liner.

The layers 12, 14, and 16 comprise polymeric film materials and are formed by simultaneous extrusion from any suitable known type of coextrusion die such as, for example, a Cloeren "vane" die heretofore employed, for example, to form multilayer films used in food packaging applications. The layers 12, 14, and 16 are firmly adhered to each other in a permanently combined state to provide a unitary coextrudate for all three layers, although any one or more polymers or copolymers which will form firmly adherent films when coextruded and which are otherwise suitable, particularly in respect of heat resistance and hardness, may be employed, such as polypropylene, acrylonitrile butadiene

styrene, nylon, polystyrene, and other appropriate extrudable thermoplastics.

The core or base layer of the coextrudate is loaded with filler material to provide a continuous phase of the film-forming material itself and a discontinuous phase of the filler material. Thus, in the example of FIG. 1 the core or base layer **12** is loaded with mica filler **22** in naturally occurring platelet form. Mica is presently preferred as filler for its heat resistance and for its flatness which enhances its contribution to film stiffness, but other fillers having a high aspect ratio (ratio between greatest and least dimensions) may be used, such as wollastonite, glass fibers, talc, graphite platelets, graphite fibers, boron fibers, sapphire fibers, steel fibers, or polymeric or polyester fibers, e.g., DuPont's Kevlar. The filler comprises between about 5% and 40% by weight of the core layer and is mixed into the charge of film-forming resin which is fed to the extrusion orifice associated with formation of the core layer **12**.

The naturally occurring platelet form of the mica **22** is seen edge-on in the diagrammatic illustration of FIG. 1, the individual platelets having significant width as well as length. These platelets orient themselves in the machine direction when passing through the extrusion die so as to be oriented lengthwise of the resulting extrudate as indicated in the drawing. These platelets contribute significantly to enhancing the heat resistance or dimensional stability and the stiffness of the extrudate film. The mica as used in commercial manufacture is a mined product containing "impurities" of inorganic ore particles such as quartz or feldspar which tend to be prune-shaped or lumpy rather than being acicular (non-rounded) or plate-like as is the mica. These lumpy particles **22a** may include some particles whose bulk approaches or exceeds a majority of the thickness of the layer **12** in which they are contained. The particles **22a**, and particularly the larger of such particles, act through the skin **16** to roughen or contribute to the roughness of the outer face thereof. They may also similarly contribute to the roughening of the outer face of the layer **14**, i.e., the back face of the liner. Such filler is mixed into the charge of film-forming resin which is fed to the extrusion orifice associated with formation of the skin layer **14**.

In most applications, the extrudate is hot-stretched, a stretch ratio of about 5:1 being employed, or a somewhat lower or higher ratio may be employed, say, from about 4:1 to about 9:1. Thus, using a 5:1 ratio, overall extrudate thickness may be reduced from say 16 mils at the extruding nozzle to say 3.2 mils after stretching. Typical final thicknesses of the skin layer **14** and **16** may be from about one-tenth of a mil to several tenths of a mil, or even a mil or more, with the core **12** making up the remainder of the thickness. Stretching causes voids **29** to form adjacent to or around the lumpy particles **22a** and, to some extent, at the mica platelets **22**. The particles act as "seed" for the discontinuous voids. The voids form in a one-to-one relationship with those of the particles that do act as seeds, so that each void has its own associated particle. Occasionally the size and position of either type of particle as compared to film thickness may be such that void formation incident to stretching also causes rupture of a skin layer so that the fill particle is exposed at one face of the construction, as is shown in connection with a specific lumpy particle **22b** in FIG. 1. This may occur at either face. It is to be noted, however, that the voids **29** are isolated from each other. The roughening effect of the filler may occur either directly through the bumpiness caused by the filler distorting the extruded film in the thickness direction or directly by breakthrough of filler particles to the surface as in the case of particle **22b**.

The thicknesses mentioned above are not intended to be limiting, and it is contemplated that in general overall thickness of the stretched extrudate may vary from half a mil or less to 10 or more mils. To date, constructions of from 1.5 to 6.5 mils have been made.

When the extrudate is to be hot-stretched, and in accordance with accepted hot-stretching techniques, after extrusion and initial chilling the extrudate is reheated to say 275° F. and stretched at the nip between two rolls, the second of which turns at a defined multiple of the turning speed of the first, to thereby define the desired stretch ratio. The stretched extrudate is then further heated to say 300° F. to thereby "heat set" the stretched films.

The use of mica platelets or other high-aspect-ratio fillers in the coextrudate of the present invention is mentioned above. So far as we are aware, it is new to use mica platelets or other high-aspect-ratio filler particles to remove unwanted limpness from an extruded flexible thermoplastic film, even a monoextrusion. Also, it is believed to be novel, even as to a non-extrusion, to provide a multiphase film wherein high-aspect-ratio particles, as distinguished from cicular particles such as calcium carbonate, act as "seeds" for discontinuous void formation.

Rather than as a byproduct of the mining of acicular or high-aspect-ratio filler such as mica, cicular filler may be deliberately included in the extrudate in the presence or absence of an acicular filler. For example, relatively fine cicular particles may be adequate to provide desired roughening for very thin extrudates, so that, for example, relatively fine calcium carbonate particles or silica or other relatively fine cicular particles may be used in thin coextrudates or monoextrusions, with the dimensional relationships of particles and film being chosen so that roughening is accomplished.

It will be understood by those in the industry that at least some materials used as fillers may also be used in small amounts as additives, such as a coloring agent, an antistatic, an antioxidant, a whitening or coloring means, or for other similar purposes. However, such other uses do not generally affect the mechanical behavior or nature of the formed film, and do not represent filling of the film as contemplated by the invention.

Release means is provided on or at the second face or inner side **20** and may comprise a release coating **26** of silicone or other material providing release characteristics (e.g., fluorocarbon) on the skin layer **16**, or a release surface presented due to the presence of release components in the skin **16** itself. When a silicone release coat **26** is used, the skin layer **16**, being of polypropylene or other material having the good silicone holdout properties of plastics, helps assure good release action and avoidance of blocking by substantially acting as a stop against absorption of the release layer into the core layer and thereby maintaining the uniformity of the release coating **26** after it is applied.

FIG. 2 illustrates a liner stock construction **110** which is similar in many ways to the construction **10** of FIG. 1, and in which similar components are numbered as in FIG. 1 but with the addition of **100** to each reference number. In the construction **110** of FIG. 2, however, there is no separate skin layer on the "back" side or first

face 118. Instead, the first face 118 comprises the outer or exposed side of the core layer 112.

In the constructions shown in FIGS. 1 and 2, the first and second faces are roughened by the mechanical effect of the filler material, predominantly the lumpy particles 22a or 122a. Each face should have a roughness of at least about 10 Sheffield units.

As to the minimum roughness of the back face (such as face 18 or face 118) which contacts the steel guide rolls on a manufacturing line, it has been found that the coefficient of friction of the film, as measured against glass, increases with decreasing roughness, so that one would expect the smoothest film, having the highest coefficient of friction, to track the best. Surprisingly however, when roughness of the back face is reduced to less than about the mentioned minimum Sheffield value, tracking of the film deteriorates with decreasing roughness, even though the coefficient of friction is being increased.

As to the minimum roughness of the other face (such as face 20 or 120), it has been found that at least the mentioned minimum Sheffield value is necessary to avoid problems of air entrapment during label application, with higher levels being required in some instances, as will be more fully discussed below.

Both the continuous phase of the core layer 12 (or 112) and the discontinuous phase of filler material 22 (or 122) are dimensionally stable under conditions of moisture absorption or desorption such as may occur during long periods of warehousing in humid or dry climates. The same is true of the skin layer 14 of FIG. 1. The skins 16 and 116 are similarly stable. The dimensional stability of each liner construction is therefore independent of humidity conditions and the construction therefore remains flat (not curled or distorted) under different humidity conditions as encountered at different geographic locations or at the same location at different times. The core layers, as well as the skins of the constructions 10 and 110, are free of all but isolated voids and are substantially free of connected or continuous-phase voids so that the web also remains flat and undistorted under varying web temperature conditions as encountered in hot air drying of inks or coatings for facestocks with which the liner is used.

One accepted test of flatness uses a test sheet of the stock being tested which is 36 inches long and 24 inches wide. The sheet is considered flat if it exhibits a lift of no more than $\frac{1}{4}$ inch at any corner, edge or interior area portion under the humidity condition or conditions encountered. Such a stock may test "flat" at say 50% relative humidity, a humidity level commonly used at present for quality testing at the factory, but may fail the same test under greater or lesser humidities, particularly where an extreme change in humidity is encountered in the field. In contrast, test sheets of the constructions of the present invention, such as constructions 10 and 110, exhibit less than $\frac{1}{8}$ inch lift, and in fact little or no discernible lift, under any humidity condition that can be expected to be encountered, say from 5% to 100% relative humidity.

In the manufacture of the liner of FIG. 1, charges A, B, and C, corresponding respectively to layers 16, 12, and 14, may be prepared for coextrusion through a coextrusion die 30, as schematically illustrated in FIG. 3A. By preselection, charge A contains no filler, charge B contains filler within the ranges specified earlier, and charge C contains no filler or a lower degree of filler. Upon coextrusion through the die 30, the charges form a multilayer extrudate to which the silicone release coating 26 (FIG. 1) may be applied at station R to provide the multilayer web construction 10. Or, the charge for layer 16 may include release components to inherently generate a release surface at the outer face of the layer. If the release coating 26 is applied, it is dried or cured following application by any suitable means (not shown). Prior to application of the release coating at station R, the formed films may be hot-stretched in a known manner to provide machine direction orientation of the liner 10. This is generally done for "roll liner," but generally not for "sheet liner," which terms are defined below.

In accordance with well-known practice in the industry, the release face of a release liner may be coated with a layer of pressure-sensitive adhesive for subsequent transfer of the adhesive to the facestock with which the liner is employed. When the facestock is combined with the liner, the adhesive is joined to the facestock. Later, the liner is removed to expose the adhesive, which now remains permanently joined to the facestock.

Thus, as indicated in FIG. 3A, adhesive may be applied at station S following drying or cure of the release coat previously applied at station R. This may be a tandem coating operation, or the adhesive coating may be on a separate coating line. Or, the adhesive may be applied at some later time prior to the combining of the release liner 10 with facestock. The combining of the liner with a facestock 32 is diagrammatically illustrated in FIG. 3B. FIG. 3C diagrammatically illustrates the die-cutting of the facestock 32, at a station T, into a series of pressure-sensitive labels 34 carried by the release liner 10. As is well known, this step is usually performed by rotary cutting dies and involves the stripping of the matrix (not shown) of waste or trim surrounding the formed labels. FIG. 3D illustrates the application of the labels 34 to passing workpieces 36 by use of a peelback edge 38 to dispense the labels 34 by progressively removing the liner from them in a well-known manner to thereby expose the adhesive side 39 of the labels and project the labels into contact with passing workpieces.

FIG. 4 diagrammatically illustrates a film of conventional or prior art facestock 32 with pressure-sensitive adhesive 40 permanently combined therewith, such facestock being employed in the methods or procedures of the invention at the stage illustrated at the right end of FIG. 3B or the left end of FIG. 3C. At this stage, the adhesive 40 (not shown in FIGS. 3A to 3D) may be releasably carried on the liner 10 of the invention (on or with which it may have been previously coated or combined, as by the previously mentioned coating step at station S). Alternatively, the adhesive 40 may have been directly coated on or combined with the facestock 32 prior to the combining of the facestock with the liner 10. The liner 10 is not shown in FIG. 4; if it were, this figure would illustrate one aspect of the present invention, namely, the combining of a conventional type of facestock with a coextruded liner of the type taught herein.

Where the adhesive contacts the inner face of the liner 10, either at station S or upon the combining of the facestock with the liner 10 if the adhesive is originally coated on or combined with the facestock, the roughness of face 20 of the liner 10 is imparted to the adhesive. When the adhesive is later exposed, as at face 39 in the step illustrated in FIG. 3D, the exposed adhesive

face exhibits the roughness imparted by face 20 of the liner. This roughness performs an important function in eliminating or minimizing air entrapment during label application and the resultant forming of blisters or high spots on the applied label.

As indicated above, a roughness of at least about 10 Sheffield units at the adhesive-contacting face is required for avoiding or minimizing air entrapment during label application. However greater roughness generally is better from the standpoint of avoiding air entrapment, and roughnesses of 150 or more may be necessary in some applications, depending on such factors as bottle surface, bottle shape, amount, type and temperature of adhesive, and line speed.

Meanwhile, the reverse or back face 18 of the liner 10, also roughened at least to the specified minimum degree, tracks smoothly and securely and without slippage on the steel idler rolls and drive rolls (not shown) used to guide or drive the liner 10 in any of the stages of FIGS. 3A to 3D.

It will be understood that the operations shown in FIGS. 3A to 3D will often be done at different locations by different manufacturers, or they may be combined. For example, the steps of FIG. 3A may be performed by a liner and adhesives manufacturer, the steps of FIGS. 3B and 3C may be performed by a label manufacturer on one continuous pass, rather than being interrupted by a wind-unwind sequence as illustrated, and the steps of FIG. 3D may be performed by a packager of manufactured products.

Facestock which is formed into labels is usually wound and unwound in roll form and is therefore one form of what is known as "roll stock" or "roll facestock," and the accompanying liner is called "roll liner." Facestock in roll form may also be utilized as continuous tape. The foregoing relates to roll stock and roll liner. In many respects, the invention also applies, however, to "sheet liner" used with "sheet stock" which might be formed as indicated in FIGS. 3A and 3B but would then be cut into sheets and decorated (by screen printing, for example) for use as decals, bumper stickers, thermal die-cut signs, and the like. Materials and procedures used for sheet stock and sheet liner may be the same or may differ to some degree from those used for roll stock and roll liner, but the principles of the construction and manufacture of the liner can be similar whether it be liner for roll stock or sheet stock.

The release liner 110 of FIG. 2 may be roll liner or sheet liner. This liner 110, may be extruded in a manner similar to that indicated in FIG. 3A, but with only two charges corresponding to the layers 116 and 112. The charge corresponding to layer 116 has no filler and the charge corresponding to layer 112 includes the filler 122, 122a mixed therein.

The thickness of liner 10 or 110 may be say 3.2 mils with the skin layers 14 and 16 or 116 each being one or several tenths of a mil thick and the core or base 12 or 112 making up the remainder.

Available mined mica supplies with their "impurities" may have the following typical particle size distribution:

TABLE I

Particle Size Distribution of Mica (Percent By Weight Of Sample On Or Through Screen)

| Screen Size | Mica No. 1 | Mica No. 2 | Mica No. 3 |
|---|---|---|---|
| +200 | 0.4 | 0.0 | 5.0 |
| +325 | 15.8 | 38.4 | 23.4 |
| −325 | 83.4 | 61.6 | 71.6 |

Note:
+ = retained on screen
− = through screen
Mica No. 1 = acicular
Mica No. 2 = cicular
Mica No. 3 = same as 2 with different grading

Since the mesh opening of a 200 mesh screen is 2.9 mils and that of a 325 mesh screen is 1.7 mils, it can be seen that the larger particles in these samples have dimensions exceeding the majority of core or base thickness or even the core thickness itself. (Mica number 3 in the above table is generally unsatisfactory due to 5% content of particles retained on a screen with 2.9 mil mesh openings). Thus it will be understood that considerable surface roughness may be "thrust on" a manufacturer utilizing these fillers to a point where the question is not one of achieving desired minimums but of minimizing roughness. For example, a back face roughness exceeding a relatively low Sheffield value will cause a "dit" (dimple plus pit) problem when the liner is combined with a very smooth soft facestock such as flexible polyvinyl chloride and then wound for storage or transport, since the facestock directly contacts the rough back face in the wound condition. Other only somewhat less dit-prone facestocks include semirigid polyvinyl chloride, polyethylene, and polypropylene, and these may tolerate Sheffield roughnesses of up to about 150. Facestocks of polystyrene, polycarbonate and thermoplastic polyester are more capable of resisting the formation of dits up to Sheffield roughnesses of about 300 or more. Facestocks intended to have rough surfaces that wholly or partially mask any dits that are formed will of course tolerate considerable roughness insofar as the formation of dits is concerned.

In accordance with generally established post-extrusion finishing practice, the coextrudate may pass from the extrusion nozzle through a nip formed by chilled finishing rolls, often a polished steel roll and a silicone rubber roll. The extrudate face on the steel roll side receives a gloss finish and the opposite face receives a matte finish. Generally the face with the matte finish is the guide roll contacting face, such first face 18 or 118, while the opposite face, such as second face 20 or 120, is the face with the gloss finish. However, both sides may be given a matte or a gloss finish if desired.

In some circumstances, roughness at a face, particularly the first face, may be provided simply by the matte finishing or embossing effect of a post-extrusion roll of the coextruder. In other words filler may not be necessary to the required roughening effect at a face, and the situation becomes one of avoiding over-roughening due to use of filler.

It will therefore be understood that, looked at from the manufacturing standpoint of minimizing roughening when dit-prone facestock is to be employed or when for other reasons avoidance of over-roughening in a given application is a concern, the invention involves the concept of attenuating the roughening effect of the filler by coextruding at least a second unfilled or relatively unfilled charge along with the filled charge to form the resulting coextrudate, with the second charge forming a skin that tends to smooth the bumps caused by the filler.

Generally, the thicker the formed skin, the greater the smoothing action. The smoothing may result from the greater "evening out" effect of the thicker skin, and/or from the accomplishment of full coverage without skin rupture over filler particles which would be otherwise exposed, such as particle **22b** in FIG. 1.

Turning now to facestock, prototypical examples of film facestocks illustrating the invention are seen in FIGS. 5 and 6. In FIG. 5, a multilayer web construction, generally indicated by the reference numeral **50**, comprises a coextrudate including a core layer **52**, a skin layer **54** on the face side of the coextrudate, and a skin layer **56** on the inner side of the coextrudate opposite the face side. Combined on the inner side of the coextrudate is a pressure-sensitive adhesive layer **58**. In FIG. 6, a multilayer web construction, generally indicated by the numeral **50a**, comprises layers **52a**, **54a**, **56a**, and **58a** generally corresponding to the layers **52**, **54**, **56**, and **58** in FIG. 5. However, in FIG. 6, tie layers **53** join the core layer **52a** to the skin layers **54a** and **56a**.

The coextrudates of FIGS. 5 and 6 are similar to the previously described liner stock in that they comprise polymeric film materials, are formed by simultaneous extrusion from a suitable known type of coextrusion die, and are adhered to each other in a permanently combined state to provide a unitary coextrudate. The FIG. 5 construction is used when the materials of the core and skins are such that these layers firmly adhere or bond to each other when coextruded as adjacent film layers. The FIG. 6 construction, with the tie layers **53**, is used when the core and skin materials do not sufficiently adhere or bond to each other when they are extruded together. Generally, the construction of FIG. 5 is presently used for roll film facestock and that of FIG. 6 for sheet film facestocks because, while polyethylene is presently preferred as the core material for both applications, roll film facestocks and sheet film facestocks generally use different skin materials, and the presently preferred material for the skin of the roll film facestock (ethylene vinyl acetate) is compatible with polyethylene in respect of inherent adhesion or bonding, while the presently preferred material for the skin of the sheet film facestock (polyvinyl chloride) is not.

The materials of the layers of constructions **50** and **50a** are selected according to the cost/benefit characteristics of candidate materials considering the functional or operational requirements of the layer in question. An important concept of the invention is the application of this principle to the manufacture of facestock by forming the facestock as a coextrudate of materials so selected.

Thus, the facestock at its outside surface may require high weatherability and printability and good uniformity and control of surface texture, whether gloss or matte, whereas these qualities either are not necessary or are required in far lesser degree in the core of the facestocks. The latter, however, must be such as to give the facestock opacity and the desired degree of stiffness, as well as sufficient body and strength, and represents generally the great bulk of the total material used in the construction. The stiffness of this core material should be between about 10 and 100 Gurley. The inner surface of the film coextrudate must give good anchorage for the adhesive.

The presently preferred material for the core layers **52** and **52a** in many facestock applications is polyethylene of low, medium, or high density of between about 0.915 and 0.965 specific gravity. This is a relatively low cost, extrudable film-forming material whose stiffness (ranging through decreasing degrees of flexibility to semirigid) may be determined by the density selected, and whose body and strength are sufficient for most uses. Polyethylene of lower densities, down to a specific gravity of 0.890, may be employed for greater flexibility.



Another preferred material for the core layers **54** or **54a** is polypropylene (or a propylene copolymer) having a flex modulus range of between about 130,000 and 250,000 psi at 73° F., depending on the stiffness desired.

Polyethylene vinyl acetate is generally the presently preferred material for both skin layers **54** and **56** in roll film applications, while polyvinyl chloride is generally the presently preferred material for both skin layers **54a** and **56a** in sheet film applications. A suitable resin for tie layer **53** in this instance is "CXA", marketed by DuPont. Another material for forming tie layers is "Plexar" marketed by Chemplex Co. Other specific materials are also available for performing the tying function in coextrusion operations. The outer surface of the skin layer **54** or **54a** is corona-treated in a known manner to increase printability of the skin.

The preferred identity of the outer and inner skin layer material at present is partly a choice of convenience in reduction to practice, and it is contemplated that these materials often will not be identical in actual manufacture. For example, polyethylene vinyl acetate might be the material of choice for the outer skin, but polyethylene acrylic acid might be used on the inner skin for better anchorage to, say, an acrylic adhesive of choice.

Other materials for the skin layers include meltable film-forming substances used alone or in combination, such as polyethylene methyl polyacrylic acid, polyethylene ethyl acrylate, polyethylene methyl acrylate, acrylonitrile butadiene styrene polymer, nylon, polybutylene, polystyrene, polyurethane, polysulfone, polyvinylidene chloride, polypropylene, polycarbonate, polymethyl pentene, styrene maleic anhydride polymer, styrene acrylonitrile polymer, ionomers based on sodium or zinc salts or ethylene/methacrylic acid, polymethyl methacrylates, cellulosics, fluoroplastics, polyacrylonitriles, and thermoplastic polyesters.

While the foregoing examples of facestocks have employed skin layers on each side of the core, there are instances where a skin layer is employed only on the outer side of the construction, such as the construction **60** shown in FIG. 7, which employs the single skin layer **66** on the outer side of a core layer **62**. In this instance, the pressure-sensitive adhesive layer **68** is directly adjacent the core layer. For example, such a construction could be used for the manufacture of high durability labels. Material presently preferred for the core layer in such instance is polyvinyl chloride or acrylonitrile butadiene styrene, and for the skin layer, polyvinylidene fluoride.

It will be understood from the foregoing that multilayer film facestocks have been provided having a relatively thick core layer of polymeric film material which contributes the majority of the stock's dimensional stability and stiffness, having a cojoined, relatively thin, ink-printable skin layer at least at the face side of the construction, and having a pressure-sensitive adhesive layer combined at the sides of the construction opposite the face side. From a method standpoint, this is accomplished by coextruding a plurality of at least two charges of film-forming resin to form a coextrudate

having a relatively thick core layer and at least one relatively thin skin layer after preselecting the charge for the core layer, as by selection of density or flex modulus, to provide the degree of stiffness suitable for the label or sign application, and after preselecting the charge for the skin layer to provide a skin adapted to the intended decorating process, and combining the coextrudate with a pressure-sensitive adhesive layer.

Thus, in the manufacture of the facestock **50** seen in FIG. **5**, charges D, E, and F, corresponding respectively to layers **52**, **54**, and **56**, may be prepared for coextrusion through a coextrusion die **70**, as schematically illustrated in FIG. **8**. Charge E for the core layer is preselected to provide the suitable degree of stiffness, charge D is preselected to allow for good printability (usually following corona treatment of the formed film) and for weatherability if indicated, and charge F is preselected for good adhesive anchorage. As previously indicated, often charges D and F for the skin layers may be the same, and in some applications, the skin layer on the inner or adhesive side, corresponding to charge F, is eliminated. The coextrudate **54**, **52**, **56** forming the facestock may be hot-stretched.

The coextrudate may be directly coated with the adhesive **58**, or the adhesive **58** may be transferred from a liner with which the facestock is combined. In particular, the coextrudate of cojoined facestock layers **54**, **52**, **56** may be substituted for the facestock **32** of FIGS. **3B** to **3D**, and the adhesive **58** may be the adhesive applied at the coating station S in FIG. **3A**. The result is an all plastic facestock/liner combination in which both the facestock and liner are multilayered.

Instead of being coated or combined on the formed coextrudate as just described, the adhesive **58** may be coextruded along with the film-forming layers **54**, **52**, **56**. The invention also contemplates simultaneously extruding both liner and facestock as by simultaneously charge of adhesive **58**, which would for example be extruded through an additional orifice adjacent to the orifice for charge F. This would require provision of release means for the liner prior to contact of the liner by the adhesive.

The facestock construction **50a** is manufactured in a manner similar to the manufacture of facestock **50**. The additional tie layers **53** are coextruded along with the layers **52a**, **54a**, and **56a**.

It shoud be evident that this disclosure is by way of example and that various changes may be made by adding, modifying or eliminating details without departing from the fair scope of the teaching contained in this disclosure. The invention is therefore not limited to particular details of this disclosure except to the extent that the following claims are necessarily so limited.

What is claimed is:

**1.** A liner comprising a multilayer web construction for use with label, tape or sign stock, said web construction comprising a coextrudate in the form of at least two firmly adhered layers, at least one of said layers comprising a multiphase layer including a continuous phase of polymeric film material and a discontinuous phase of filler material, said liner having at least one face that is roughened at least in part by the mechanical effect of the filler material contained in said coextrudate, to a roughness of at least about 10 Sheffield units, a release face provided on one face of said liner.

**2.** A liner as in claim **1**, wherein said release face comprises a release coating.

**3.** A liner as in claim **1**, wherein at least two layers of the coextrudate contain filler.

**4.** A liner as in claim **1**, wherein the roughness of each face of said liner is at least about 10 Sheffield units.

**5.** A liner as in claim **4**, wherein each of said faces is roughened at least in part by the mechanical effect of the filler.

**6.** A liner as in claim **1**, wherein said web construction comprises a core or base layer, a first skin layer on the side of said core or base layer associated with a first face, a second skin layer on the side of said core or base layer associated with a second face, and release means at said second face, said core or base layer comprising said at least one multiphase layer with its filler therein, and said first skin layer also having filler therein.

**7.** A liner as in claim **6**, wherein said second face is roughened at least in part by the mechanical effect of the filler in said core or base, acting through said second skin.

**8.** A liner as in claim **6**, wherein said filler in said core or base layer comprises between about 5% and 40% by weight.

**9.** Roll or sheet stock for pressure-sensitive labels, tapes, signs, or other graphics comprising a liner web construction as in claim **1** combined with face-stock by a pressure-sensitive adhesive layer which is releasably supported on said release means.

**10.** Roll or sheet stock as in claim **9**, wherein the face of said adhesive adjoining said release means is roughened at least in part by said mechanical effect of said filler in said coextrudate, whereby upon separation of said pressure-sensitive adhesive and facestock from said liner web construction the exposed face of said adhesive exhibits the surface roughness imposed by said filler.

**11.** A liner comprising a multilayer web construction for use with label, tape, or sign stock, said web construction comprising a coextrudate in the form of a multiphase core or base layer and a skin layer on at least one side of the core or base layer, said core or base layer including a continuous phase of polymeric film material and a discontinuous phase of filler material, said filler material comprising by weight a minority of the total core composition, both said phases being dimensionally stable under conditions of moisture absorption or desorption, both said layers being substantially free of connected voids, whereby dimensional stability of said construction is independent of humidity conditions, and said construction therefore remains flat under varying humidity conditions as encountered at different geographic locations or at the same location at different times, and under varying web temperature conditions as encountered in hot air drying of inks or coatings for face-stocks with which the liner is used.

**12.** A liner as in claim **11**, the filler in said core or base layer acting through said skin layer to contribute to roughening of the face of said release layer.

**13.** A liner as in claim **11**, said skin layer comprising a polymeric film effective to receive and anchor a release layer while acting as a stop against absorption of said release layer into said core or base layer, and a release layer on said skin layer.

**14.** A liner as in claim **13**, having a skin layer on each side of said core or base layer.

**15.** A liner as in claim **14**, the filler in said core or base layer acting through the skin layer on the side identified with said release layer to contribute to roughening the face of said release layer.

16. A liner as in claim 15, said face of said release layer being roughened to a roughness of at least about 10 Sheffield units.

17. As an article of manufacture, a multiphase thermoplastic flexible extruded film comprising a continuous phase of film-forming plastic compound, a discontinuous phase of filler particles including high-aspectratio filler particles oriented at least in the machine direction, and a phase of voids each located adjacent to or around its own associated filler particle and in isolated relationship to other voids.

18. An article of manufacture as in claim 17, in which said filler includes mica platelets.

19. A multilayer facestock for use in pressure-sensitive label, tape or sign applications comprising a coextrudate of cojoined layers comprising a relatively thick core or base layer of polymeric film material of a stiffness of between 10 and 100 Gurley and which contributes the majority of the dimensional stability and stiffness of labels or signs cut or formed from the facestock, and at least one relatively thin skin layer, said skin layer being on the face side of the coextrudate and having an ink-printable surface, and a pressure-sensitive adhesive layer combined at the side of said coextrudate opposite said face side.

20. Stock as in claim 19, including a second skin layer on the core or base layer between the core or base layer and the adhesive layer.

21. Stock comprising the adhesive bearing face stock of claim 19 combined on its adhesive side with a releasable liner.

22. Stock as in claim 19, in which said core or base material is polyethylene of a specific gravity of between about 0.890 and 0.965 or a polypropylene polymer or copolymer with a flex modulus range of between 130,000 and 250,000 psi at 73° F.

23. Stock as in claim 22, in which said skin layer comprises polyethylene vinyl acetate or polyvinyl chloride.

24. Stock as in claim 19, said coextrudate having a tie layer between said core or base layer and said at least one skin layer.

25. Stock as in claim 24, said coextrudate having a tie layer between said core layer and each skin layer.

26. A liner comprising a multilayer web construction for use with label, tape and sign stock, said web construction comprising oriented stretched coextrudate in the form of at least two firmly adhered layers, at least one of said layers comprising a multi-phase layer including a continuous phase of polymeric film material, a discontinuous phase of solid filler material and a discontinuous phase of voids associated with and partly surrounding particles of said solid filler material.

27. A liner as in claim 26, said solid filler material including particles whose major dimension exceeds a majority of the thickness of the layer in which they are received.

28. A liner as in claim 27, said solid filler material including high-aspect-ratio particles oriented in the lengthwise direction and lumpy particles which on the average occupy a greater proportion of the thickness of the coextrudate than do the high-aspect-ratio particles.

29. A liner as in claim 28, said lumpy particles including particles whose major dimension exceeds the majority of the thickness of the layer in which they are received.

30. A multilayer stock for use in pressure-sensitive label, tape or sign applications comprising a facestock and a releasable liner, said facestock comprising a coextrudate of cojoined layers comprising a relatively thick core or base layer of polymeric film material of a stiffness of between 10 and 100 Gurley and which contributes the majority of the dimensional stability and stiffness of labels or signs cut or formed form the facestock, and at least one relatively thin skin layer, said skin layer being on the face side of the coextrudate and having an ink-printable surface, and a pressure-sensitive adhesive layer combined at the side of said coextrudate opposite said face side, said releasable liner being combined on the adhesive side of said facestock, said releasable liner comprising a multilayer web liner construction, said multilayer web liner construction comprising a coextrudate in the form of at least two firmly adhered layers, at least one of said layers comprising a multiphase layer including a continuous phase of polymeric film material and a discontinuous phase of filler material, said liner having at least one face that is roughened at least in part by the mechanical effect of the filler material contained in said coextrudate, to a roughness of at least about 10 Sheffield units, and a release face provided on one face of said liner for releasable contact with said pressure-sensitive adhesive layer of said facestock.

* * * * *