Exhibit 7

COMPARISON OF CLAIM 1 OF '930 PATENT
(AS CONSTRUED BY 3M)
TO U.S. PATENT 4,025,159 (ASSIGNED TO 3M)

| '930 Patent | 3M's Proposed Construction | '159 Patent |
|---|---|---|
| 1. A carrier web, comprising: | A web that carries or that has carried another material, or that is capable of carrying another material, such as pressure sensitive adhesive; a web is generally planar or sheet material. | Base sheet material 11 meets 3M's definition. |
| at least one surface that has a multiple embossed pattern having a first embossed pattern and a second embossed pattern, | "multiple embossed" refers to the web structure and includes embossed patterns formed separately and simultaneously.<br><br>"embossed" refers to the web structure and includes any "three-dimensional topography." A surface is embossed when another material is embedded into it.<br><br>"pattern" means any formation of embossings that can utilize any theory of geometry, including without limitation, Euclidian geometry and fractal geometry. | Disclosed structure meets 3M's definition. Area beneath embedded spheres 17 form first embossed pattern. Intersecting ridges 13 form second embossed pattern. Patterns are formed separately. |

| '930 Patent | 3M's Proposed Construction | '159 Patent |
|---|---|---|
| wherein the first embossed pattern forms an array of depressions, | "depression" means any reduction in surface height or lowering of one region of the carrier web relative to surrounding regions of the carrier web. An area beneath an embedded material is a depression in the web.<br><br>"array" means arranged in regular order. | Spheres 16 are partially embedded into the web.<br><br>Spheres are arranged in regular order. |
| wherein the depressions of the first embossed pattern are in the second embossed pattern, | Applying term "superimposed" from the definition of "multiple embossed," the two patterns must be in the "same region" of the carrier web. | Spheres are located in the "embossed" pattern. |
| wherein the second embossed pattern comprises lands and ridges between the lands, | A "land" is a lower region of the carrier web.<br><br>A "ridge" is a crest or a relatively long, relatively narrow raised region of the carrier web, located between lands. | Intersecting lines 13 meet 3M's definition of ridges. Areas between lines 13 meet 3M's definition of lands. |
| and wherein the height of the ridges over the lands ranges from about 3 to about 45 $\mu$m. | None offered | Ridge height equals distance from web surface to bottom of cover film 12. Distance between top of microspheres and cover film 12 is as thin as a monomolecular layer of air. Spheres are |

| '930 Patent | 3M's Proposed Construction | '159 Patent |
|---|---|---|
| | | embedded into web surface 40% to 60% of their diameter. Spheres range from 10 to 200 microns. Thus, ridge height ranges from about 4 to 120 microns. |

Exhibit 8

# Webster's Third New International Dictionary

UNABRIDGED

122

1 : the act of carrying : TRANSPORT, CONVEYANCE ⟨the ~ of weapons inside the . . . town —P.A.Rollins⟩ ⟨impassable to any other ~ but a mule —Tobias Smollett⟩ 2 a *archaic* : moral or social behavior : DEPORTMENT ⟨her very prudent ~ —Lord Byron⟩ b : manner of bearing the body : POSTURE ⟨that slender unrigid erectness and the fine ~ of head —Willa Cather⟩ 3 *archaic* : the act or manner of conducting measures or projects : MANAGEMENT, EXECUTION, ADMINISTRATION ⟨the passage and whole ~ of this action —Shak.⟩ 4 : the price or expense of carrying 5 *obs* : something that is carried : BURDEN, LOAD, BAGGAGE 6 *obs* : IMPORT, SENSE ⟨missed the whole ~ of the former chapter⟩ 7 : means of conveyance : VEHICLE: a *obs* : any means of carrying or conveying (as a litter, wheelbarrow, or barge) b : a wheeled vehicle for people; *esp* : a horse-drawn vehicle designed for private use and for comfort or elegance c *Brit* : a railway passenger coach 8 : a wheeled support carrying a burden ⟨a gun ~⟩ ⟨a log ~ in a sawmill⟩ 9 : a movable part of a machine for supporting or carrying some other movable object or part ⟨the ~ on a lathe⟩ ⟨a typewriter ~⟩ 10 a : a frame in or on which something is carried or supported b : the wheeled supporting framework of a carriage or other vehicle : RUNNING GEAR 11 *obs* : a hanger for a sword 12 : the timber or iron joist supporting a wooden staircase 13 : CHAIR 5a

**car·riage·a·ble** \-jəbəl\ *adj* 1 : PORTABLE 2 : passable by carriages

**carriage band** *n* : DRAWBAND

**carriage bolt** *n* : a square-necked threaded bolt with a snaphead

**carriage boot** *n* 1 : a fur-trimmed boot for winter wear made usu. of fabric with a fur or felt lining 2 : ²BOOT 5a

**carriage bow** *n* : a shooting bow made in jointed sections for convenience in carrying



carriage bolt

**carriage dog** *n* : COACH DOG

**carriage folk** *n pl* : people wealthy enough to keep carriages

**carriage forward** *adv, Brit* : with charges to be paid on delivery : COLLECT ⟨the parcels were sent *carriage forward*⟩

**carriage guard** *n* : CRAMP IRON 2

**carriage horse** *n* : a horse esp. adapted for carriage use by appearance and stylish action

**carriage piece** *n* : ROUGHSTRING

**carriage porch** *n* [prob. intended as trans. of F *porte-cochère*] : a roofed structure that extends from the entrance of a building over an adjacent driveway and that shelters callers as they get in or out of their vehicles

**carriage rail** *n* : a track along which the carriage of a typewriter moves by means of ball or roller bearings

**carriage return** *n* : LINE SPACE LEVER

**carriage rod** *n* : a round rod along which the carriage of a typewriter moves

**carriage starter** *n* : one that directs the flow of vehicles taking on passengers at the curbside — compare DOORMAN

**carriage trade** *n* 1 : trade from the well-to-do or the wealthy 2 : people of wealth and social position : upper-class people ⟨a sophisticated, elegantly equipped shop for the *carriage trade* —Welden Reynolds⟩

**carriageway** \'ᵊᵊ,ᵊ\ *n, Brit* : a roadway used by vehicular traffic : HIGHWAY ⟨walk on the right of the ~ —*English Highway Code*⟩; *specif* : LANE 3c ⟨these roads are 150 feet wide with two 22-foot ~s —S.P.B.Mais⟩

**car·rick bend** \'karik-\ *n* [*carrick* prob. fr. obs. E *carrick* carrack, fr. ME *carryk* — more at CARRACK] : a knot used to join the ends of two large ropes or hawsers



carrick bend

**carrick bitts** *n pl* : heavy upright pieces of timber supporting each end of the windlass of a ship

**car·rick·ma·cross** \'karikmə,krȯs\ *or* **carrickmacross lace** *n, usu cap C* [fr. *Carrickmacross*, Ireland, where it is made] : a guipure or appliqué lace of Irish origin usu. having floral or foliage designs

**carried** *adj* [fr. past part. of *carry*] *dial Brit* : RAPT, ABSTRACTED, LIGHT-HEADED, VAIN

**car·ri·er** \'karēə(r) *also* 'ker-\ *n* -s [ME *cariere*, fr. *carien* to carry + *-ere* -er] 1 : one that carries : BEARER, MESSENGER ⟨the air is but . . . a ~ of the sounds —Francis Bacon⟩ 2 a : an individual, partnership, corporation, or any organization engaged in transporting passengers or goods for hire by land, water, or air; *specif* : COMMON CARRIER b : a transportation line holding a government contract for carrying mail between post offices c : a postal employee who delivers or collects mail ⟨a rural ~⟩ d : a worker who transfers materials, equipment, or products from one part of an establishment to another — called also *distributor* e : one that delivers newspapers to subscribers on a specified route — called also *newsboy* 3 : CARRIER PIGEON 4 : a device for holding something while it is carried: as a : a conduit or drain for conveying liquids or gases b : a receptacle made of wood, metal, or paperboard used to ship small containers (as baskets for fruits and vegetables) — compare CRATE c : a frame or a box attached to a vehicle (as a bicycle or automobile) for carrying objects securely or conveniently d : a device or machine part that carries or drives another part: as (1) : CONVEYER 2a (2) : DOG 3d e *railroading* (1) : a grooved roller that works in a stand and that supports and permits the longitudinal movement of a signal pipeline (2) : a device for supporting and guiding a wire line used in signaling 5 a : a boat that takes the catch from a fishing fleet to market b : AIRCRAFT CARRIER 6 *usu cap* a : an Athapaskan people of south-central British Columbia b : a member of such people 7 *usu cap* : the language of the Carrier people 8 a : a person, animal, or plant that harbors and disseminates the specific microorganism or other agent causing an infectious disease from which it has recovered or to which it is immune and that may therefore become a spreader of a disease ⟨~ of typhoid fever⟩ ⟨~ of plant viruses⟩ — compare RESERVOIR, VECTOR b : an individual possessing a specified gene and capable of transmitting it to offspring but not of showing its typical expression; *esp* : one that is heterozygous for a recessive factor 9 : a usu. inactive substance used in association with an active substance esp. for aiding in the application of the active substance: as a : a support for a catalyst b : an insoluble substance used in the preparation of certain pigments as a base upon which to precipitate the coloring matter c : a dyeing assistant that penetrates the textile fibers and aids diffusion and absorption of the dye d : a chemical element (as a stable isotope) or a compound associated with a radioactive element (as for giving a ponderable quantity for use in reactions) e : a vehicle serving esp. as a diluent (as for an insecticide or a drug) 10 a : a substance (as a catalyst) by whose agency some element or group is transferred from one compound to another ⟨iron is a ~ of oxygen⟩ b : a fertilizer or fertilizer component considered as a source of a plant nutrient ⟨ammonium nitrate is a nitrogen ~⟩ 11 : CARRIER'S STAMP 12 a : a spool or bobbin holder in a braiding machine b : a yarn feeder in a machine knitting full-fashioned hosiery 13 *or* **carrier current** *or* **carrier wave** : an electric wave or alternating current whose modulations are used as signals in radio, television, telephonic, or telegraphic transmission 14 : an organization acting as an underwriter or insurer

**carrier pigeon** *n* 1 : a pigeon used to carry messages; *specif* : one of a fancy chiefly English breed of pigeons of large size having long wings and body, much bare skin about the eyes, and a greatly developed carunculated cere 2 : HOMING PIGEON

**carrier shell** *n* : the carrier snail or its shell

**carrier's lien** *n* : a common-law lien for freight conferring the right to retain the property only until the claim is paid

**carrier snail** *n* : a marine snail of the genus *Xenophora*

**carrier's option** *n* : the option allowed to a carrier of fixing freight charges on the basis of either the weight of the goods or the space occupied

**carrier's stamp** *n* : a stamp issued in the U.S. from 1842 to 1861 by a government or private carrier or by a postmaster to pay for delivery of mail from post office to addressee, government service being limited to carriage between post offices — compare POSTMASTER'S STAMP

**carriole** *var of* CARIOLE

**car·ri·on** \'karēən *also* -er-\ *n* -s *often attrib* [ME *carion*, *caroine*, fr. AF *caroine*, fr. (assumed) VL *caronia*, irreg. fr. L *carn-*, *caro* flesh — more at CARNAL] 1 *obs* : a dead body : CARCASS, CORPSE ⟨croaking like so many ravens about a ~ —Charles Johnstone⟩ 2 : the dead and putrefying flesh of an animal : flesh that is unfit for food ⟨we killed a tiger and a wolf; but God be thanked, we were not so reduced as to eat ~ —Daniel Defoe⟩ 3 a : a scavenging animal ⟨enemy dead were left to rot or be eaten by ~⟩ b : a worthless or noxious animal : VERMIN 4 : something that is corrupt, vile, or rotten ⟨Roman fashionable society hated Caesar, and any ~ was welcome to them which would taint his reputation —J.A.Froude⟩

**carrion beetle** *n* : any of numerous beetles of the genera *Necrophorus* and *Silpha* (family Silphidae) that feed chiefly on dead animals though a few (as *S. bituberosa*) attack economic plants — see SPINACH CARRION BEETLE

**carrion buzzard** *n* : an American vulture of the family Cathartidae

**carrion crow** *n* : the common European black crow (*Corvus corone*)

**carrion flower** *n* 1 : an American catbrier (*Smilax herbacea*) whose flowers smell like carrion 2 : a plant of the genus *Stapelia*

**carrion fly** *n* : a fly that lays its eggs in decaying flesh; *specif* : a widespread and destructive blowfly (*Phormia terrae-novae*)

**carrion fungus** *n* : STINKHORN

**carrion hawk** *n* : CARACARA

**carrion poisoning** *n, Austral* : botulism of sheep

**car·ri·on's disease** \,karē¦ōnz-\ *n, usu cap C* [after Daniel A. *Carrión* †1886 Peruvian medical student, who voluntarily contracted the disease and died from it] : BARTONELLOSIS

**car·ritch** \'karich, -ij\ *n* -ES [back-formation fr. *carritches*, taken as pl., alter. of ¹*catechise*] *Scot* : CATECHISM — often used in pl. but sing. in constr.

**car·ri·witch·et** \,karə'wichət, 'ᵊᵊ,ᵊᵊ\ *or* **car·witch·et** \kär'w-, 'ᵊ,ᵊᵊ\ *n* -s [origin unknown] : a hoaxing or riddling question

**car·ri·zo** \kə'rē(,)zō, -(,)sō\ *n* -s [Sp, irreg. fr. L *caric-*, *carex* reed grass, sedge — more at CAREX] : a reed grass of the genus *Phragmites*

**car·roc·cio** \kə'rō(,)chō, -òchē,ō\ *n, pl* **carroc·ci** \-ō(,)chē\ [It — more at CAROCHE] : a large wheeled vehicle bearing a standard and used in medieval times esp. by Italian free cities to serve as a rallying point for an army in battle

**car·roll·ite** \'karə,līt\ *n* -s [*Carroll* co., Maryland, its locality + E *-ite*] : a mineral $CuCo_2S_4$ consisting of a light steel-gray copper cobalt sulfide

**carrom** *var of* CAROM

**car·ro·ma·ta** \,karə'mäd·ə\ *n* -s [PhilSp, alter. of Sp *carromato* horse-drawn covered cart, fr. It *carromatto* low 4-wheeled cart without sides, fr. *carro* cart, vehicle (fr. L *carrus*) + *matto* mad, crazy, fr. L *mattus* stupid, drunk — more at CAR, MAT] *Philippines* : a light 2-wheeled boxlike passenger vehicle usu. drawn by a single native pony



carromata

**car·ron·ade** \,karə¦nād\ *n* -s [*Carron*, village in Scotland, where it was first made + E *-ade*] : an obsolete short light iron cannon differing from guns and howitzers in having no trunnions and used on ships to throw heavy shot at close quarters and on shore as a howitzer

**car·ron oil** \'karən-\ *n* [fr. *Carron*, Scotland; fr. its use in treating the burns of workmen in the ironworks there] : a lotion of equal parts of linseed oil and limewater formerly applied to burns and scalds — called also *lime liniment*

**car·ros·se·rie** \kärōsrē\ *n, pl* **carrosseries** \-rē(z)\ [F, fr. *carrosse* carriage (fr. It *carrozza*, fr. *carro* cart, vehicle, fr. L *carrus*) + *-erie* -ery — more at CAR] : the carriage body of an automobile — compare CHASSIS

¹**car·rot** \'karət *also* -er, *usu* -əd·+V\ *n* -s [MF *carotte*, fr. LL *carota*, modif. of Gk *karōton*; prob. akin to Gk *kara* head — more at CEREBRAL] 1 a : a biennial plant (*Daucus carota*) having a yellow or orange-red tapering root that is used as a vegetable b : the root of this plant 2 : something felt to resemble a carrot in shape or color: a : a spindle-shaped bundle of rolled and twisted tobacco leaves b : a red-haired person 3 : a chemical agent used in producing hatter's felt from fur 4 [so called fr. the traditional method of urging a donkey on by holding a carrot in front of him] : a promised often illusory reward or advantage used esp. as a political enticement ⟨failed to offer the community either the ~ of private enterprise or the stick of compulsion —D.B.Copland⟩

²**carrot** \"\ *vt* -ED/-ING/-S [so called fr. the color of fur so treated] : to treat (fur) with a chemical agent (as a solution of mercuric nitrate) to improve the felting property — **car·rot·er** \-əd·ə(r)\ *n* -s

**carrot aphid** *n* : an aphid (*Cavariella aegopodii*) of Australia and Tasmania that is highly destructive to carrots, parsnips, and celery

**carrot beetle** *n* : a large reddish or dark brown beetle (*Ligyrus gibbosus*) of the family Scarabaeidae that in the adult stage injures carrots by attacking the roots

**carrotene** *or* **carrotin** *var of* CAROTENE

**carrot family** *n* : UMBELLIFERAE

**carrot oil** *or* **carrot-seed oil** *n* : either of two oils obtained from seeds of the carrot: a : a light-yellow essential oil having a spicy odor and used in liqueurs, flavors, and perfumes b : a golden yellow fatty oil that is rich in vitamin A and that is used in coloring butter and margarine

**carrot red** *n* 1 : the color of the carrot : a moderate to strong orange that is lighter than Mars yellow and redder and darker than zinc orange or sunburst 2 : a moderate reddish orange that is yellower and duller than crab apple or flamingo

**carrot rust fly** *also* **carrot fly** *n* : a small two-winged fly (*Psila rosae*) whose larva burrows in the roots of the carrot

**carrot soft rot** *n* : a soft rot of carrots caused by a bacterium (*Erwinia carotovora*)

**carrottop** \'ᵊᵊ,ᵊ\ *n, slang* : a red-haired person

**carrotweed** \'ᵊᵊ,ᵊ\ *n* [so called fr. the resemblance of the leaves to those of the carrot] : a ragweed (*Ambrosia elatior*)

**carrotwood** \'ᵊᵊ,ᵊ\ *n* [so called fr. the color of the fruit] : a wood derived from an Australian tree (*Blighia anacardioides*) of the family Sapindaceae having compound leaves and white flowers in axillary racemes

**car·roty** \-əd·ē, -ətē, -i\ *adj, sometimes* -ER/-EST 1 : resembling carrots in color ⟨~ hair⟩ 2 : having hair the color of carrots

**car·rou·sel** *or* **car·ou·sel** \,karə'sel, 'ᵊᵊ,ᵊ *also* -er- *or* -zel\ *n* -s [F *carrousel*, fr. It *carosello* tourney in which the contestants threw balls of clay at each other, prob. fr. It dial. (Neapolitan) *carusello* ball of clay, fr. *caruso* shorn head, boy] 1 a : a tournament in which troops of horsemen execute various evolutions b : a riding exhibition performed to music in dancelike patterns by a group on horseback 2 a : MERRY-GO-ROUND b : a conveyer (as for assembly-line work) on which objects are placed and carried around a complete circuit on a horizontal plane

**carrow** *n* -s [IrGael *cearrbhach*; akin to ScGael *cearrach* gambler, dexterous] *Irish* : an itinerant gambler

**carr-price reaction** \'kär'prīs-\ *n, usu cap C&P* [fr. the names *Carr & Price*] : a reaction of antimony trichloride and vitamin A in chloroform solution that gives a blue color and is used for the identification and assay of vitamin A

¹**car·ry** \'karē, -i *also* -er-\ *vb* -ED/-ING/-ES [ME *carien*, fr. ONF *carier* to transport in a vehicle, fr. *car* vehicle, fr. L *carrus* — more at CAR] *vt* 1 : to move while supporting (as in a vehicle or in one's hands or arms) : move an appreciable distance without dragging : sustain as a burden or load and bring along to another place ⟨gas, oil, water, and food [are] available at desert hamlets, but extra supplies should be *carried* —*Amer. Guide Series: Calif.*⟩ ⟨her legs refused to ~ her further —Ellen Glasgow⟩ 2 : CONVEY ⟨~ the news⟩ ⟨~ a message⟩ : TAKE ⟨*carried* his complaint to the president⟩ 3 *chiefly* . . . audience with one⟩ 5 : to get possession or control of (as in a contest or by effort or force) : WIN, CAPTURE ⟨~ a town by storm⟩ ⟨~ off the prize⟩ 6 : to transfer from one place (as a book or column) to another ⟨~ an account to the ledger⟩ ⟨~ a number in adding⟩ 7 : CHANNEL, CONDUCT : contain and direct the course of ⟨the canal *carries* the water⟩ ⟨the drain *carries* sewage⟩ 8 a : to hold, wear, or have upon one's person ⟨he *carries* a watch⟩ b : to be burdened or ladened with : bear upon or within one ⟨~ an unborn child⟩ 9 : to hold or contain without apparent effort or discomposure ⟨he knows how to ~ his liquor⟩ 10 : to have as a mark, attribute, or property ⟨~ a scar⟩ : IMPLY, INVOLVE ⟨the crime *carried* a heavy penalty⟩ 11 : to hold (the body or some part of it) as if well-supported ⟨he *carries* his head high⟩ 12 : to behave (oneself) in a specified manner : DEMEAN ⟨~ himself proudly⟩ 13 : to sustain the weight or burden of : BEAR ⟨pillars ~ an arch⟩ 14 : to bear as a crop : SUPPORT, MAINTAIN ⟨~ livestock⟩ — usu. used of land 15 a : to sing with reasonable correctness of pitch ⟨he can ~ a tune⟩ b : SING, PLAY ⟨only two men to ~ the violins⟩ ⟨he *carried* the tenor⟩ 16 a : to keep in stock : maintain on hand for sale ⟨a department store *carries* hardware⟩ b : to have or maintain on a list or record ⟨~ a person on a payroll⟩ 17 : to maintain and cause to continue through financial support or personal effort ⟨he has *carried* the magazine single-handedly⟩ 18 : to extend, prolong, or continue in space, time, or degree ⟨~ the chimney through the roof⟩ ⟨~ the war into Africa⟩ ⟨~ a principle too far⟩ 19 a : to gain victory for (a principle or a candidate); *esp* : to secure the adoption or passage of (a motion or bill) b : to succeed in (an election) : win a majority of votes in (as a legislative body or a state) ⟨the bill *carried* the Senate⟩ 20 *archaic* : MANAGE, CONDUCT, PROSECUTE 21 : PUBLISH ⟨newspapers ~ weather reports⟩ : BROADCAST ⟨the committee's proceedings were *carried* on a network⟩ 22 a : to bear the charges (as interest or insurance) of holding or having (as stocks or merchandise) from one time to another ⟨a packing house *carries* meat for future export⟩ b (1) : to keep on one's books as a debtor : await payment by ⟨a merchant *carries* a customer⟩ (2) : to keep on one's books as a debt ⟨~ an account⟩ c : to hold (issues of new securities) in anticipation of a rise in price 23 *hunting* a : to keep and follow ⟨the dog could not ~ the scent⟩ b : SUPPORT ⟨this land will ~ a scent⟩ 24 : to hold (the staff of a color or a guidon) at the carry 25 : to hoist and maintain (a sail) in use ⟨the ship *carried* too much sail⟩ 26 : to cover (a distance) or pass (an object) at a single stroke in golf ⟨his drive *carried* the bunker⟩ 27 a : to propel and control (a puck) along the playing surface with a hockey stick : DRIBBLE b *basketball* : ²PALM c 28 a *of a student* : to be enrolled in (as a course) ⟨~ both French and Spanish this semester⟩ b *of a teacher* : TEACH ⟨~ a class⟩ ⟨no instructor will be asked to ~ more than three sections of freshman English⟩ 29 a : to allow (an opponent) to make a good showing by lessening one's opposition b : to perform with sufficient ability to make up for the poor performance of (a partner or teammate) ~ *vi* 1 : to act as a bearer : convey something — often used in the phrase *fetch and carry* 2 a : to reach or penetrate to a distance : sustain flight ⟨voices ~ well over water⟩ ⟨a golf drive will not ~ against the wind⟩ b : to project itself to a distance with full effect — usu. used of a work of art c : to convey itself to a reader or audience : get across — usu. used of a literary or dramatic work 3 : to undergo or admit of carriage in a specified way ⟨a load that *carries* easily⟩ 4 *of a horse* : to hold head and neck properly esp. when in action 5 *hunting* a (1) *of a running animal* : to collect mud on the feet ⟨a hare *carries* on wet plowland⟩ (2) *of soft ground* : to stick to the feet of a running animal b *of a hunting dog* : to keep and follow the scent 6 *falconry* : to fly away with the quarry 7 *of a goalkeeper* : to take more than the legal number of steps while in possession of the soccer ball 8 : to win adoption (as in a legislative body) ⟨the motion *carried* by a vote of 71 to 25⟩

SYN BEAR, CONVEY, TRANSPORT, TRANSMIT: CARRY indicates moving to a location some distance away while supporting or maintaining off the ground. Orig. indicating movement by car or cart, it is a natural word to use in ref. to cargoes and loads on trucks, wagons, planes, ships, or even beasts of burden. It has spread widely from its original meaning and may be substituted in most situations for the following words. BEAR in this sense may more strongly suggest maintaining or holding aloft the weight involved, more incidentally the fact of its being moved. It may also suggest some special kind of carrying or carriage, for instance, one attended by ceremony ⟨over his head was *borne* a rich canopy —Samuel Johnson⟩ ⟨two boats were lowered; one . . . *bore* the captain —B.N.Cardozo⟩ CONVEY may be used of passage or carriage in which the nature of the sustaining and moving agency is less significant, noteworthy, definite, or individual ⟨irrigation water *conveyed* from rivers⟩ ⟨he looked white and tired and listless, even his bristling hair and mustache *conveyed* his depression —H.G.Wells⟩ TRANSPORT refers to carriage in bulk or number over an appreciable distance and, typically, by a customary or usual carrier agency ⟨how many merchants and carriers . . . must have been employed in *transporting* the materials from some of those workmen to others who often live in a very distant part of the country —Adam Smith⟩ TRANSPORT is also used to signify the carrying of persons into very distant or strange spheres, esp. by unusual instrumentalities ⟨the astrophysicist with the aid of his spectroscope *transports* himself through millions of miles to worlds incredibly terrifying and beautiful —Waldemar Kaempffert⟩ TRANSMIT is sometimes used as a synonym for *send* or *ship* in reference to tangible things ⟨*transmit* baggage⟩ but it is now much more commonly used in ref. to agencies that impart or communicate more intangible items ⟨the typewriter has become the direct means of *transmitting* even poetry to the page —T.S.Eliot⟩ ⟨such a youth has come into an inheritance of illusions as important and perhaps as valuable as anything else which his ancestors have *transmitted* to him —J.W.Krutch⟩ — **carry a torch** *or* **carry the torch** 1 : CRUSADE 2 : to be in love esp. without success or return : cherish a longing or a devotion ⟨she still *carries a torch* for him even though their engagement is broken⟩ — **carry one's bat** *of a cricket batsman* : to be not out at the close of play or of one's side's innings — **carry the ball** : to perform or assume the chief role : bear the major portion of work or responsibility — **carry the banner** : to be destitute

²**carry** \"\ *n* -ES 1 a : a vehicle, receptacle, or contrivance used for carrying; *specif, dial Brit* : a 2-wheeled barrow 2 : the range of a gun or projectile or of a struck or thrown ball : carrying power 3 *chiefly Scot* a : the drift of the clouds b : CLOUDS, SKY 4 a : the act or method of carrying ⟨fireman's ~⟩ ⟨one-hand ~⟩ b : a portage esp. between two bodies of navigable water 5 : the position assumed by a color bearer or guidon bearer with color staff or guidon in position for marching 6 : ⁴RUSH 4 7 : the holding of securities with borrowed money esp. to secure a higher rate of return than the interest paid for the money borrowed

**car·ry·all** \'karē,ȯl *also* -er-\ *n* -s [by folk etymology fr. F *carriole* — more at CARIOLE] 1 a : a light covered carriage having four wheels and seats for four or more persons and usu. drawn by one horse b : a passenger automobile having a closed body and two facing seats along the sides 2 [¹*carry* + *all*] : a capacious bag or case 3 : a carrier with a scraperlike self-loading device drawn by a tractor, pushed by a bulldozer, or self-propelled and used esp. for hauling earth and crushed rock

**carry away** *vt* 1 : to cause the death of : carry off 2 : to break off : DEMOLISH ⟨the gale *carried away* the foremast⟩ 3 : to drive or draw out of the control of reason and judgment (as by passion, flattery, or charm) ⟨the girl was *carried away* by her pity —Winston Churchill⟩ ~ *vi* 1 : to break off (as of a mast) : become swept away ⟨the bridge *carried away*⟩ 2 : to lose rigging ⟨the ship *carried away* in the storm⟩

**carry back** *vt* : to deduct (a loss or an unused credit) from taxable income of a prior period ⟨*carry back* an unused excess-profits-tax credit⟩

**carry-back** \'ᵊᵊ,ᵊ\ *n* -s : a loss sustained or a portion of a credit not used in a given period that may be deducted from taxable

**carriage band** *n* : DRAWBAND
**carriage bolt** *n* : a [illegible] threaded bolt with a snaphead
**carriage boot** *n* **1** : a fur-trimmed boot for winter wear made usu. of fabric with a fur or felt lining **2** : ²BOOT 5a
**carriage bow** *n* : a shooting bow made in jointed sections for convenience in carrying


carriage bolt

**carriage dog** *n* : COACH DOG
**carriage folk** *n pl* : people wealthy enough to keep carriages
**carriage forward** *adv, Brit* : with charges to be paid on delivery : COLLECT ⟨the parcels were sent *carriage forward*⟩
**carriage guard** *n* : CRAMP IRON 2
**carriage horse** *n* : a horse esp. adapted for carriage use by appearance and stylish action
**carriage piece** *n* : ROUGHSTRING
**carriage porch** *n* [prob. intended as trans. of F *porte-cochère*] : a roofed structure that extends from the entrance of a building over an adjacent driveway and that shelters callers as they get in or out of their vehicles
**carriage rail** *n* : a track along which the carriage of a typewriter moves by means of ball or roller bearings
**carriage return** *n* : LINE SPACE LEVER
**carriage rod** *n* : a round rod along which the carriage of a typewriter moves
**carriage starter** *n* : one that directs the flow of vehicles taking on passengers at the curbside — compare DOORMAN
**carriage trade** *n* **1** : trade from the well-to-do or the wealthy **2** : people of wealth and social position : upper-class people ⟨a sophisticated, elegantly equipped shop for the *carriage trade* —Welden Reynolds⟩
**carriageway** \'ˌˌ\ *n, Brit* : a roadway used by vehicular traffic : HIGHWAY ⟨walk on the right of the ~ —*English Highway Code*⟩; *specif* : LANE 3c ⟨these roads are 150 feet wide with two 22-foot ~s —S.P.B.Mais⟩
**car·rick bend** \'karik-\ *n* [*carrick* prob. fr. obs. E *carrick* carrack, fr. ME *carryk* — more at CARRACK] : a knot used to join the ends of two large ropes or hawsers


carrick bend

**carrick bitts** *n pl* : heavy upright pieces of timber supporting each end of the windlass of a ship
**car·rick·ma·cross** \ˌkarikməˌkrȯs\ *or* **carrickmacross lace** *n, usu cap C* [fr. *Carrickmacross*, Ireland, where it is made] : a guipure or appliqué lace of Irish origin usu. having floral or foliage designs
**carried** *adj* [fr. past part. of *carry*] *dial Brit* : RAPT, ABSTRACTED, LIGHT-HEADED, VAIN
**car·ri·er** \'karēə(r) *also* 'ker-\ *n* -s [ME *cariere*, fr. *carien* to carry + *-ere* -er] **1** : one that carries : BEARER, MESSENGER ⟨the air is but . . . a ~ of the sounds—Francis Bacon⟩ **2 a** : an individual, partnership, corporation, or any organization engaged in transporting passengers or goods for hire by land, water, or air; *specif* : COMMON CARRIER **b** : a transportation line holding a government contract for carrying mail between post offices **c** : a postal employee who delivers or collects mail ⟨a rural ~⟩ **d** : a worker who transfers materials, equipment, or products from one part of an establishment to another — called also *distributor* **e** : one that delivers newspapers to subscribers on a specified route — called also *newsboy* **3** : CARRIER PIGEON **4** : a device for holding something while it is carried: as **a** : a conduit or drain for conveying liquids or gases **b** : a receptacle made of wood, metal, or paperboard used to ship small containers (as baskets for fruits and vegetables) — compare CRATE **c** : a frame or a box attached to a vehicle (as a bicycle or automobile) for carrying objects securely or conveniently **d** : a device or machine part that carries or drives another part: as (1) : CONVEYER 2a (2) : DOG 3d **e** *railroading* (1) : a grooved roller that works in a stand and that supports and permits the longitudinal movement of a signal pipeline (2) : a device for supporting and guiding a wire line used in signaling **5 a** : a boat that takes the catch from a fishing fleet to market **b** : AIRCRAFT CARRIER **6** *usu cap* **a** : an Athapaskan people of south-central British Columbia **b** : a member of such people **7** *usu cap* : the language of the Carrier people **8 a** : a person, animal, or plant that harbors and disseminates the specific microorganism or other agent causing an infectious disease from which it has recovered or to which it is immune and that may therefore become a spreader of a disease ⟨~ of typhoid fever⟩ ⟨~ of plant viruses⟩ — compare RESERVOIR, VECTOR **b** : an individual possessing a specified gene and capable of transmitting it to offspring but not of showing its typical expression; *esp* : one that is heterozygous for a recessive factor **9** : a usu. inactive substance used in association with an active substance esp. for aiding in the application of the active substance: as **a** : a support for a catalyst **b** : an insoluble substance used in the preparation of certain pigments as a base upon which to precipitate the coloring matter **c** : a dyeing assistant that penetrates the textile fibers and aids diffusion and absorption of the dye **d** : a chemical element (as a stable isotope) or a compound associated with a radioactive element (as for giving a ponderable quantity for use in reactions) **e** : a vehicle serving esp. as a diluent (as for an insecticide or a drug) **10 a** : a substance (as a catalyst) by whose agency some element or group is transferred from one compound to another ⟨iron is a ~ of oxygen⟩ **b** : a fertilizer or fertilizer component considered as a source of a plant nutrient ⟨ammonium nitrate is a nitrogen ~⟩ **11** : CARRIER'S STAMP **12 a** : a spool or bobbin holder in a braiding machine **b** : a yarn feeder in a machine knitting full-fashioned hosiery **13** *or* **carrier current** *or* **carrier wave** : an electric wave or alternating current whose modulations are used as signals in radio, television, telephonic, or telegraphic transmission **14** : an organization acting as an underwriter or insurer
**carrier pigeon** *n* **1** : a pigeon used to carry messages; *specif* : one of a fancy chiefly English breed of pigeons of large size having long wings and body, much bare skin about the eyes, and a greatly developed carunculated cere **2** : HOMING PIGEON
**carrier shell** *n* : the carrier snail or its shell
**carrier's lien** *n* : a common-law lien for freight conferring the right to retain the property only until the claim is paid
**carrier snail** *n* : a marine snail of the genus *Xenophora*
**carrier's option** *n* : the option allowed to a carrier of fixing freight charges on the basis of either the weight of the goods or the space occupied
**carrier's stamp** *n* : a stamp issued in the U.S. from 1842 to 1861 by a government or private carrier or by a postmaster to pay for delivery of mail from post office to addressee, government service being limited to carriage between post offices — compare POSTMASTER'S STAMP
**carrier suppression** *n* : a method of signal transmission in which the power associated essentially with the carrier frequency is not transmitted
**carries** *pres 3d sing of* CARRY, *pl of* CARRY

**carrion fungus** *n* : STINKHORN
[illegible]
**carrion poisoning** *n, Austral* : botulism of sheep
**car·ri·on's disease** \ˌkarēˈōnz-\ *n, usu cap C* [after Daniel A. *Carrión* †1886 Peruvian medical student, who voluntarily contracted the disease and died from it] : BARTONELLOSIS
**car·ritch** \'karich, -ij\ *n* -ES [back-formation fr. *carritches*, taken as pl., alter. of ˈ*catechise*] *Scot* : CATECHISM — often used in pl. but sing. in constr.
**car·ri·witch·et** \ˌkarəˈwichət\ *or* **car·witch·et** \kär'w-\ *n* -s [origin unknown] : a hoaxing or riddling question
**car·ri·zo** \kəˈrē(ˌ)zō, -(ˌ)sō\ *n* -s [Sp, irreg. fr. L *caric-, carex* reed grass, sedge — more at CAREX] : a reed grass of the genus *Phragmites*
**car·roc·cio** \kəˈrō(ˌ)chō, -ōchēˌō\ *n, pl* **carroc·ci** \-ō(ˌ)chē\ [It — more at CAROCHE] : a large wheeled vehicle bearing a standard and used in medieval times esp. by Italian free cities to serve as a rallying point for an army in battle
**car·roll·ite** \'karəˌlīt\ *n* -s [*Carroll* co., Maryland, its locality + E *-ite*] : a mineral $CuCo_2S_4$ consisting of a light steel-gray copper cobalt sulfide
**carrom** *var of* CAROM
**car·ro·ma·ta** \ˌkarəˈmädə\ *n* -s [PhilSp, alter. of Sp *carromato* horse-drawn covered cart, fr. It *carromatto* low 4-wheeled cart without sides, fr. *carro* cart, vehicle (fr. L *carrus*) + *matto* mad, crazy, fr. L *mattus* stupid, drunk — more at CAR, MAT] *Philippines* : a light 2-wheeled boxlike passenger vehicle usu. drawn by a single native pony


carromata

**car·ron·ade** \ˌkarəˈnād\ *n* -s [*Carron*, village in Scotland, where it was first made + E *-ade*] : an obsolete short light iron cannon differing from guns and howitzers in having no trunnions and used on ships to throw heavy shot at close quarters and on shore as a howitzer
**car·ron oil** \'karən-\ *n* [fr. *Carron*, Scotland; fr. its use in treating the burns of workmen in the ironworks there] : a lotion of equal parts of linseed oil and limewater formerly applied to burns and scalds — called also *lime liniment*
**car·ros·se·rie** \kärosrē\ *n, pl* **carrosseries** \-rē(z)\ [F, fr. *carrosse* carriage (fr. It *carrozza*, fr. *carro* cart, vehicle, fr. L *carrus*) + *-erie* -ery — more at CAR] : the carriage body of an automobile — compare CHASSIS
¹**car·rot** \'karət *also* -er, *usu* -əd·+V\ *n* -s [MF *carotte*, fr. LL *carota*, modif. of Gk *karōton*; prob. akin to Gk *kara* head — more at CEREBRAL] **1 a** : a biennial plant (*Daucus carota*) having a yellow or orange-red tapering root that is used as a vegetable **b** : the root of this plant **2** : something felt to resemble a carrot in shape or color: **a** : a spindle-shaped bundle of rolled and twisted tobacco leaves **b** : a red-haired person **3** : a chemical agent used in producing hatter's felt from fur **4** [so called fr. the traditional method of urging a donkey on by holding a carrot in front of him] : a promised often illusory reward or advantage used esp. as a political enticement ⟨failed to offer the community either the ~ of private enterprise or the stick of compulsion —D.B.Copland⟩
²**carrot** \"\ *vt* -ED/-ING/-S [so called fr. the color of fur so treated] : to treat (fur) with a chemical agent (as a solution of mercuric nitrate) to improve the felting property — **car·rot·er** \-ədə(r)\ *n* -s
**carrot aphid** *n* : an aphid (*Cavariella aegopodii*) of Australia and Tasmania that is highly destructive to carrots, parsnips, and celery
**carrot beetle** *n* : a large reddish or dark brown beetle (*Ligyrus gibbosus*) of the family Scarabaeidae that in the adult stage injures carrots by attacking the roots
**carrotene** *or* **carrotin** *var of* CAROTENE
**carrot family** *n* : UMBELLIFERAE
**carrot oil** *or* **carrot-seed oil** *n* : either of two oils obtained from seeds of the carrot: **a** : a light-yellow essential oil having a spicy odor and used in liqueurs, flavors, and perfumes **b** : a golden yellow fatty oil that is rich in vitamin A and that is used in coloring butter and margarine
**carrot red** *n* **1** : the color of the carrot : a moderate to strong orange that is lighter than Mars yellow and redder and darker than zinc orange or sunburst **2** : a moderate reddish orange that is yellower and duller than crab apple or flamingo
**carrot rust fly** *also* **carrot fly** *n* : a small two-winged fly (*Psila rosae*) whose larva burrows in the roots of the carrot
**carrot soft rot** *n* : a soft rot of carrots caused by a bacterium (*Erwinia carotovora*)
**carrottop** \'ˌˌ\ *n, slang* : a red-haired person
**carrotweed** \'ˌˌ\ *n* [so called fr. the resemblance of the leaves to those of the carrot] : a ragweed (*Ambrosia elatior*)
**carrotwood** \'ˌˌ\ *n* [so called fr. the color of the fruit] : a wood derived from an Australian tree (*Blighia anacardioides*) of the family Sapindaceae having compound leaves and white flowers in axillary racemes
**car·roty** \-ədē, -ətē, -i\ *adj, sometimes* -ER/-EST **1** : resembling carrots in color ⟨~ hair⟩ **2** : having hair the color of carrots
**car·rou·sel** *or* **car·ou·sel** \ˌkarəˈsel, 'ˌˌ *also* -er- *or* -zel\ *n* -s [F *carrousel*, fr. It *carosello* tourney in which the contestants threw balls of clay at each other, prob. fr. It dial. (Neapolitan) *carusello* ball of clay, fr. *caruso* shorn head, boy] **1 a** : a tournament in which troops of horsemen execute various evolutions **b** : a riding exhibition performed to music in dancelike patterns by a group on horseback **2 a** : MERRY-GO-ROUND **b** : a conveyer (as for assembly-line work) on which objects are placed and carried around a complete circuit on a horizontal plane
**carrow** *n* -s [IrGael *cearrbhach*; akin to ScGael *cearrach* gambler, dexterous] *Irish* : an itinerant gambler
**carr-price reaction** \'kär'prīs-\ *n, usu cap C&P* [fr. the names *Carr & Price*] : a reaction of antimony trichloride and vitamin A in chloroform solution that gives a blue color and is used for the identification and assay of vitamin A
¹**car·ry** \'karē, -i *also* -er-\ *vb* -ED/-ING/-ES [ME *carien*, fr. ONF *carier* to transport in a vehicle, fr. *car* vehicle, fr. L *carrus* — more at CAR] *vt* **1** : to move while supporting (as in a vehicle or in one's hands or arms) : move an appreciable distance without dragging : sustain as a burden or load and bring along to another place ⟨gas, oil, water, and food [are] available at desert hamlets, but extra supplies should be *carried* —*Amer. Guide Series: Calif.*⟩ ⟨her legs refused to ~ her further —Ellen Glasgow⟩ **2** : CONVEY ⟨~ the news⟩ ⟨~ a message⟩ : TAKE ⟨*carried* his complaint to the president⟩ **3** *chiefly dial* : CONDUCT, ESCORT, LEAD, GUIDE ⟨he *carried* her to the party⟩ ⟨~ the cow through the gate⟩ **4** : to lead along or influence by mental or emotional appeal : MOVE, SWAY ⟨~ an [...] in space, time, or degree ⟨~ the chimney through the roof⟩ ⟨~ the war into Africa⟩ ⟨~ a principle too far⟩ **19 a** : to gain victory for (a principle or a candidate); *esp* : to secure the adoption or passage of (a motion or bill) **b** : to succeed in (an election) : win a majority of votes in (as a legislative body or a state) ⟨the bill *carried* the Senate⟩ **20** *archaic* : MANAGE, CONDUCT, PROSECUTE **21** : PUBLISH ⟨newspapers ~ weather reports⟩ : BROADCAST ⟨the committee's proceedings were *carried* on a network⟩ **22 a** : to bear the charges (as interest or insurance) of holding or having (as stocks or merchandise) from one time to another ⟨a packing house *carries* meat for future export⟩ **b** (1) : to keep on one's books as a debtor : await payment by ⟨a merchant *carries* a customer⟩ (2) : to keep on one's books as a debt ⟨~ an account⟩ **c** : to hold (issues of new securities) in anticipation of a rise in price **23** *hunting* **a** : to keep and follow ⟨the dog could not ~ the scent⟩ **b** : SUPPORT ⟨this land will ~ a scent⟩ **24** : to hold (the staff of a color or a guidon) at the carry **25** : to hoist and maintain (a sail) in use ⟨the ship *carried* too much sail⟩ **26** : to cover (a distance) or pass (an object) at a single stroke in golf ⟨his drive *carried* the bunker⟩ **27 a** : to propel and control (a puck) along the playing surface with a hockey stick : DRIBBLE **b** *basketball* : ²PALM c **28 a** *of a student* : to be enrolled in (as a course) ⟨~ both French and Spanish this semester⟩ **b** *of a teacher* : TEACH ⟨~ a class⟩ ⟨no instructor will be asked to ~ more than three sections of freshman English⟩ **29 a** : to allow (an opponent) to make a good showing by lessening one's opposition **b** : to perform with sufficient ability to make up for the poor performance of (a partner or teammate) ~ *vi* **1** : to act as a bearer : convey something — often used in the phrase *fetch and carry* **2 a** : to reach or penetrate to a distance : sustain flight ⟨voices ~ well over water⟩ ⟨a golf drive will not ~ against the wind⟩ **b** : to project itself to a distance with full effect — usu. used of a work of art **c** : to convey itself to a reader or audience : get across — usu. used of a literary or dramatic work **3** : to undergo or admit of carriage in a specified way ⟨a load that *carries* easily⟩ **4** *of a horse* : to hold head and neck properly esp. when in action **5** *hunting* **a** (1) *of a running animal* : to collect mud on the feet ⟨a hare *carries* on wet plowland⟩ (2) *of soft ground* : to stick to the feet of a running animal **b** *of a hunting dog* : to keep and follow the scent **6** *falconry* : to fly away with the quarry **7** *of a goalkeeper* : to take more than the legal number of steps while in possession of the soccer ball **8** : to win adoption (as in a legislative body) ⟨the motion *carried* by a vote of 71 to 25⟩

**syn** BEAR, CONVEY, TRANSPORT, TRANSMIT: CARRY indicates moving to a location some distance away while supporting or maintaining off the ground. Orig. indicating movement by car or cart, it is a natural word to use in ref. to cargoes and loads on trucks, wagons, planes, ships, or even beasts of burden. It has spread widely from its original meaning and may be substituted in most situations for the following words. BEAR in this sense may more strongly suggest maintaining or holding aloft the weight involved, more incidentally the fact of its being moved. It may also suggest some special kind of carrying or carriage, for instance, one attended by ceremony ⟨over his head was *borne* a rich canopy —Samuel Johnson⟩ ⟨two boats were lowered; one . . . *bore* the captain —B.N.Cardozo⟩ CONVEY may be used of passage or carriage in which the nature of the sustaining and moving agency is less significant, noteworthy, definite, or individual ⟨irrigation water *conveyed* from rivers⟩ ⟨he looked white and tired and listless, even his bristling hair and mustache *conveyed* his depression —H.G.Wells⟩ TRANSPORT refers to carriage in bulk or number over an appreciable distance and, typically, by a customary or usual carrier agency ⟨how many merchants and carriers . . . must have been employed in *transporting* the materials from some of those workmen to others who often live in a very distant part of the country —Adam Smith⟩ TRANSPORT is also used to signify the carrying of persons into very distant or strange spheres, esp. by unusual instrumentalities ⟨the astrophysicist with the aid of his spectroscope *transports* himself through millions of miles to worlds incredibly terrifying and beautiful —Waldemar Kaempffert⟩ TRANSMIT is sometimes used as a synonym for *send* or *ship* in reference to tangible things ⟨*transmit* baggage⟩ but it is now much more commonly used in reference to agencies that impart or communicate more intangible items ⟨the typewriter has become the direct means of *transmitting* even poetry to the page —T.S.Eliot⟩ ⟨such a youth has come into an inheritance of illusions as important and perhaps as valuable as anything else which his ancestors have *transmitted* to him —J.W.Krutch⟩
— **carry a torch** *or* **carry the torch 1** : CRUSADE **2** : to be in love esp. without success or return : cherish a longing or a devotion ⟨she still *carries a torch* for him even though their engagement is broken⟩ — **carry one's bat** *of a cricket batsman* : to be not out at the close of play or of one's side's innings — **carry the ball** : to perform or assume the chief role : bear the major portion of work or responsibility — **carry the banner** : to be destitute
²**carry** \"\ *n* -ES **1** : a vehicle, receptacle, or contrivance used for carrying: *specif, dial Brit* : a 2-wheeled barrow **2** : the range of a gun or projectile or of a struck or thrown ball : carrying power **3** *chiefly Scot* **a** : the drift of the clouds **b** : CLOUDS, SKY **4 a** : the act or method of carrying ⟨fireman's ~⟩ ⟨one-hand ~⟩ **b** : a portage esp. between two bodies of navigable water **5** : the position assumed by a color bearer or guidon bearer with color staff or guidon in position for marching **6** : ⁴RUSH 4 **7** : the holding of securities with borrowed money esp. to secure a higher rate of return than the interest paid for the money borrowed
**car·ry·all** \'karēˌȯl *also* -er-\ *n* -s [by folk etymology fr. F *carriole* — more at CARIOLE] **1 a** : a light covered carriage having four wheels and seats for four or more persons and usu. drawn by one horse **b** : a passenger automobile having a closed body and two facing seats along the sides **2** [¹*carry* + *all*] : a capacious bag or case **3** : a carrier with a scraperlike self-loading device drawn by a tractor, pushed by a bulldozer, or self-propelled and used esp. for hauling earth and crushed rock
**carry away** *vt* **1** : to cause the death of : carry off **2** : to break off : DEMOLISH ⟨the gale *carried away* the foremast⟩ **3** : to drive or draw out of the control of reason and judgment (as by passion, flattery, or charm) ⟨the girl was *carried away* by her pity —Winston Churchill⟩ ~ *vi* **1** : to break off (as of a mast) : become swept away ⟨the bridge *carried away*⟩ **2** : to lose rigging ⟨the ship *carried away* in the storm⟩
**carry back** *vt* : to deduct (a loss or an unused credit) from taxable income of a prior period ⟨*carry back* an unused excess-profits-tax credit⟩
**carry-back** \'ˌˌ\ *n* -s : a loss sustained or a portion of a credit not used in a given period that may be deducted from taxable income of a prior period ⟨showed operating losses in 1946 despite heavy tax *carry-backs* allowed by the government —*Newsweek*⟩