Exhibit 9

OVER 8 MILLION COPIES SOLD!

A Merriam-Webster®

# Webster's Ninth New Collegiate Dictionary

125

**Almost 160,000 entries and 200,000 definitions.**

- **Entries for words often misused or confused include a clear, authoritative guide to good usage.**
- **In an exclusive new feature—entries are dated. How old is a word? When was it first used? The answer is here, but in no other desk dictionary.**
- **The newest in the famous Collegiate series, the most widely approved dictionary for home, school**

[1]**rick** \'rik\ *n* [ME *reek*, fr. OE *hrēac*; akin to ON *hraukr* rick] (bef. 12c) **1 :** a stack (as of hay) in the open air **2 :** a pile of material (as cordwood) split from short logs

[2]**rick** *vt* (1623) **:** to pile (as hay) in ricks

[3]**rick** *vt* [perh. fr. ME *wrikken* to move unsteadily] *chiefly Brit* (ca. 1798) **:** WRENCH, SPRAIN

**rick·ets** \'rik-əts\ *n pl but sing in constr* [origin unknown] (1634) **:** a deficiency disease that affects the young during the period of skeletal growth, is characterized esp. by soft and deformed bones, and is caused by failure to assimilate and use calcium and phosphorus normally due to inadequate sunlight or vitamin D

**rick·ett·sia** \rik-'et-sē-ə\ *n, pl* **-si·as** *or* **si·ae** \-sē-,ē, -,ī\ *also* **-sia** [NL, genus of microorganisms, fr. Howard T. *Ricketts* †1910 Am. pathologist] (1919) **:** any of a family (Rickettsiaceae) of pleomorphic rod-shaped nonfilterable microorganisms that cause various diseases (as typhus) — **rick·ett·si·al** \-sē-əl\ *adj*

**rick·ety** \'rik-ət-ē\ *adj* (1683) **1 :** affected with rickets **2 a :** feeble in the joints ⟨a ~ old man⟩ **b :** SHAKY, UNSOUND ⟨~ stairs⟩

**rick·ey** \'rik-ē\ *n, pl* **rickeys** [prob. fr. the name *Rickey*] (1895) **:** a drink containing liquor, lime juice, sugar, and soda water; *also* **:** a similar drink without liquor

**rick·rack** *or* **ric·rac** \'rik-,rak\ *n* [redupl. of [4]*rack*] (1884) **:** a flat braid woven to form zigzags and used esp. as trimming on clothing

**rick·sha** *or* **rick·shaw** \'rik-,shȯ\ *n* [alter. of *jinrikisha*] (1887) **:** a small covered 2-wheeled vehicle usu. for one passenger that is pulled by one man and that was used orig. in Japan

[1]**ric·o·chet** \'rik-ə-,shā, *Brit also* -,shet\ *n* [F] (1769) **:** a glancing rebound (as of a projectile off a flat surface); *also* **:** an object that ricochets

[2]**ricochet** *vi* **-cheted** \-,shād\ *or* **-chet·ted** \-,shet-əd\; **-chet·ing** \-,shā-iŋ\ *or* **-chet·ting** \-,shet-iŋ\ (1828) **:** to skip with or as if with glancing rebounds

**ri·cot·ta** \ri-'kät-ə\ *n* [It, fr. fem. of pp. of *ricuocere* to cook again, fr. L *recoquere*, fr. *re-* + *coquere* to cook — more at COOK] (1877) **:** a white unripened whey cheese of Italy that resembles cottage cheese; *also* **:** a similar cheese made in the U.S. from whole or skim milk

**ric·tal** \'rik-tᵊl\ *adj* (1825) **:** of or relating to the rictus

**ric·tus** \'rik-təs\ *n* [NL, fr. L, open mouth, fr. *rictus*, pp. of *ringi* to open the mouth; akin to OSlav *regnǫti* to gape] (1827) **1 :** the gape of a bird's mouth **2 a :** the mouth orifice **b :** a gaping grin or grimace

**rid** \'rid\ *vt* **rid** *also* **rid·ded; rid·ding** [ME *ridden* to clear, fr. ON *rythja*; akin to L *ruere* to dig up — more at RUG] (13c) **1** *archaic* **:** SAVE, RESCUE **2 :** to make free **:** RELIEVE, DISENCUMBER ⟨~ the language of impropriety⟩ ⟨be ~ of worries⟩ ⟨get ~ of that junk⟩

**rid·dance** \'rid-ᵊn(t)s\ *n* (1535) **1 :** an act of ridding **2 :** DELIVERANCE, RELIEF — often used in the phrase *good riddance*

**rid·den** \'rid-ᵊn\ *adj* (1653) **1 :** being harassed, oppressed, or obsessed by — usu. used in combination ⟨guilt-*ridden*⟩ ⟨debt-*ridden*⟩ **2 :** excessively full of or supplied with — usu. used in combination ⟨slum-*ridden*⟩

[1]**rid·dle** \'rid-ᵊl\ *n* [ME *redels, ridel*, fr. OE *rǣdelse* opinion, conjecture, riddle; akin to OE *rǣdan* to interpret — more at READ] (bef. 12c) **1 :** a mystifying, misleading, or puzzling question posed as a problem to be solved or guessed **:** CONUNDRUM, ENIGMA **2 :** something or someone difficult to understand *syn* see MYSTERY

[2]**riddle** *vb* **rid·dled; rid·dling** \'rid-liŋ, -ᵊl-iŋ\ *vi* (1571) **:** to speak in or propound riddles ~ *vt* **1 :** to find the solution of **:** EXPLAIN **2 :** to set a riddle for **:** PUZZLE — **rid·dler** \-lər, -ᵊl-ər\ *n*

[3]**riddle** *n* [ME *riddil*, fr. OE *hriddel*; akin to L *cribrum* sieve, *cernere* to sift — more at CERTAIN] (bef. 12c) **:** a coarse sieve

[4]**riddle** *vt* **rid·dled; rid·dling** \'rid-liŋ, -ᵊl-iŋ\ (13c) **1 :** to separate (as grain from chaff) with a riddle **:** SCREEN **2 :** to pierce with many holes ⟨*riddled* the car with bullets⟩ **3 :** to spread through **:** PERMEATE ⟨a book *riddled* with errors⟩

**rid·dling** \'rid-liŋ, -ᵊl-iŋ\ *adj* (1591) **:** containing or presenting riddles

[1]**ride** \'rīd\ *vb* **rode** \'rōd\ *or chiefly dial* **rid** \'rid\; **rid·den** \'rid-ᵊn\ *or chiefly dial* **rid** *or* **rode; rid·ing** \'rīd-iŋ\ [ME *riden*, fr. OE *rīdan*; akin to OHG *rītan* to ride, OIr *ríadaim* I ride] *vi* (bef. 12c) **1 a :** to sit and travel on the back of an animal that one directs **b :** to travel in or on a conveyance **2 :** to travel as if on a conveyance **:** be borne ⟨*rode* on a wave of popularity⟩ **3 a :** to lie moored or anchored ⟨a ship ~*s* at anchor⟩ **b :** SAIL **c :** to move like a floating object ⟨the moon *rode* in the sky⟩ **4 :** to become supported on a point or surface **5 a :** to travel over a surface ⟨the car ~*s* well⟩ **b :** to move on the body ⟨shorts that ~ up⟩ **6 :** to continue without interference ⟨let it ~⟩ **7 a :** to be contingent **:** DEPEND ⟨plans on which the future ~*s*⟩ **b :** to become bet ⟨a lot of money *riding* on the favorite⟩ ~ *vt* **1 a :** to travel on ⟨~ a bike⟩ ⟨~ the bus⟩ **b :** to move with like a rider ⟨~ the waves⟩ **2 a :** to traverse by conveyance ⟨*rode* 500 miles⟩ **b :** to ride a horse in ⟨~ a race⟩ **3 :** SURVIVE, OUTLAST — usu. used with *out* ⟨*rode* out the gale⟩ **4 :** to traverse on horseback to inspect or maintain ⟨~ fence⟩ **5 :** to mount in copulation **6 a :** OBSESS, OPPRESS ⟨*ridden* by anxiety⟩ **b :** to harass persistently **:** NAG **c :** TEASE, RIB **7 :** CARRY, CONVEY **8 :** to project over **:** OVERLAP **9 :** to give with (a punch) to soften the impact **10 :** to keep in partial engagement by resting a foot continuously on the pedal ⟨~ the clutch⟩ — **rid·able** *or* **ride·able** \'rīd-ə-bəl\ *adj* — **ride circuit :** to hold court in the various towns of a judicial circuit — **ride for a fall :** to court disaster — **ride herd on :** to keep a check on — **ride high :** to experience success

[2]**ride** *n* (1759) **1 :** an act of riding; *esp* **:** a trip on horseback or by vehicle **2 :** a way (as a road or path) suitable for riding **3 :** any of various mechanical devices (as at an amusement park) for riding on **4 a :** a trip on which gangsters take a victim to murder him **b :** something resembling such a trip ⟨take the taxpayers for a ~⟩ **5 :** a means of transportation **6 :** the qualities of travel comfort in a vehicle

**rid·er** \'rīd-ər\ *n* (14c) **1 :** one that rides **2 a :** an addition to a document often attached on a separate piece of paper **b :** a clause appended to a legislative bill to secure a usu. distinct object **3 :** something used to overlie another or to move along on another piece — **rid·er·less** \-ləs\ *adj*

**rid·er·ship** \'rīd-ər-,ship\ *n* (1968) **:** the number of persons who ride a system of public transportation

[1]**ridge** \'rij\ *n* [ME *rigge*, fr. OE *hrycg*; akin to OHG *hrukki* ridge, back, L *cruc-, crux* cross, *curvus* curved — more at CROWN] (bef. 12c) **1 :** an elevated body part (as along the backbone) **2 a :** a range of hills or mountains **b :** an elongate elevation on an ocean bottom **3 :** an elongate crest or a linear series of crests **4 :** a raised strip (as of plowed ground) **5 :** the line of intersection at the top between the opposite slopes or sides of a roof — **ridged** \'rijd\ *adj*

[2]**ridge** *vb* **ridged; ridg·ing** *vt* (1523) **:** to form into a ridge ~ *vi* **:** to extend in ridges

**ridge·ling** *or* **ridg·ling** \'rij-liŋ\ *n* [perh. fr. [1]*ridge*; fr. the supposition that the undescended testis remains near the animal's back] (1555) **1 :** a partially castrated male animal **2 :** a male animal having one or both testes retained in the inguinal canal

**ridge·pole** \'rij-,pōl\ *n* (1788) **1 :** the horizontal pole at the top of a tent **2 :** the highest horizontal timber in a roof against which the upper ends of the rafters are fixed



*1* ridgepole, *2* rafters

**ridgy** \'rij-ē\ *adj* (1697) **:** having or rising in ridges

[1]**rid·i·cule** \'rid-ə-,kyü(ə)l\ *n* [F or L; F, fr. L *ridiculum* jest] (1690) **:** the act of exposing to laughter **:** DERISION, MOCKERY

[2]**ridicule** *vt* **-culed; -cul·ing** (ca. 1700) **:** to make fun of — **rid·i·cul·er** *n*

*syn* RIDICULE, DERIDE, MOCK, TAUNT, TWIT mean to make an object of laughter of. RIDICULE implies a deliberate often malicious belittling ⟨consistently *ridiculed* everything she said⟩ DERIDE suggests contemptuous and often bitter ridicule ⟨*derided* their efforts to start their own business⟩ MOCK implies scorn often ironically expressed as by mimicry or sham deference ⟨youngsters began to *mock* the helpless wino⟩ TAUNT suggests jeeringly provoking insult or challenge ⟨terrorists *taunted* the hostages⟩ TWIT usu. suggests mild or good-humored teasing ⟨students *twitted* their teacher about his tardiness⟩

**ri·dic·u·lous** \rə-'dik-yə-ləs\ *adj* [L *ridiculosus* (fr. *ridiculum* jest, fr. neut. of *ridiculus*) or *ridiculus*, lit., laughable, fr. *ridēre* to laugh; akin to Skt *vrīḍate* he is ashamed] (1550) **:** arousing or deserving ridicule **:** ABSURD, PREPOSTEROUS *syn* see LAUGHABLE — **ri·dic·u·lous·ly** *adv* — **ri·dic·u·lous·ness** *n*

[1]**rid·ing** \'rīd-iŋ\ *n* (14c) **:** the action or state of one that rides

[2]**riding** *adj* (15c) **1 :** used for or when riding ⟨a ~ horse⟩ ⟨~ boots⟩ **2 :** operated by a rider ⟨a ~ mower⟩

[3]**ri·ding** \'rīd-iŋ\ *n* [ME *-redying* or *trithing*, alter. of (assumed) OE *thrithing*, fr. ON *thrithjungr* third part, fr. *thrithi* third; akin to OE *thridda* third — more at THIRD] (1514) **1 :** one of the three administrative jurisdictions into which Yorkshire, England, was formerly divided **2 :** an administrative jurisdiction or electoral district in a British dominion (as Canada)

**rid·ley** \'rid-lē\ *n* [prob. fr. the name *Ridley*] (1942) **:** a sea turtle (*Caretta kempii* or *Lepidochelys kempii*) found off the Atlantic coast of the U.S.

**ri·dot·to** \ri-'dät-(,)ō\ *n, pl* **-tos** [It, retreat, place of entertainment, fr. redoubt — more at REDOUBT] (1722) **:** a public entertainment consisting of music and dancing often in masquerade popular in 18th century England

**ri·el** \rē-'el\ *n* [origin unknown] (1956) — see MONEY table

**Rie·mann·ian geometry** \rē-,män-ē-ən-\ *n* [G. F. B. *Riemann*] (1904) **:** a non-Euclidean geometry in which straight lines are geodesics and in which the parallel postulate is replaced by the postulate that every pair of straight lines intersects

**Rie·mann integral** \,rē-,män-, -mən-\ *n* (1914) **:** a definite integral defined as the limit of sums found by partitioning the interval comprising the domain of definition into subintervals, by finding the sum of products each of which consists of the width of a subinterval multiplied by the value of the function at some point in it, and by letting the maximum width of the subintervals approach zero

**Ries·ling** \'rēz-liŋ, 'rē-sliŋ\ *n* [G] (1833) **:** a white wine that ranges from dry to very sweet and is made from a single variety of grape orig. grown in Germany

**ri·fam·pin** \rī-'fam-pən\ *or* **ri·fam·pi·cin** \rī-'fam-pə-sən\ *n* [*rifamycin* (an antibiotic produced from a bacterium, fr. which it is derived) + ampi*cillin* or *ampicillin* (which it resembles in efficacy)] (1966) **:** a semisynthetic antibiotic $C_{43}H_{58}N_4O_{12}$ that acts against some viruses and bacteria esp. by inhibiting RNA synthesis

**rife** \'rīf\ *adj* [ME *ryfe*, fr. OE *rȳfe*; akin to ON *rīfr* abundant] (12c) **1 :** prevalent esp. to an increasing degree ⟨fear was ~ in the people⟩ **2 :** ABUNDANT, COMMON **3 :** copiously supplied **:** ABOUNDING — usu. used with *with* ⟨~ with rumors⟩ — **rife** *adv* — **rife·ly** *adv*

[1]**riff** \'rif\ *n* [prob. by shortening & alter. fr. *refrain*] (1938) **:** an ostinato phrase in jazz typically supporting a solo improvisation; *also* **:** a piece based on such a phrase

[2]**riff** *vi* (1950) **:** to perform a jazz riff

[3]**riff** *vb* [short for *riffle*] (1952) **:** RIFFLE, SKIM ⟨~ pages⟩

**Riff** \'rif\ *n, pl* **Riffs** *or* **Riffi** \'rif-ē\ *or* **Riff** (1903) **:** a Berber of the Rif in northern Morocco

**Riff·ian** \'rif-ē-ən\ *n* (1867) **:** RIFF

[1]**rif·fle** \'rif-əl\ *vb* **rif·fled; rif·fling** \'rif-(ə-)liŋ\ *vi* (1752) **1 :** to form, flow over, or move in riffles **2 :** to flip cursorily **:** THUMB ⟨~ through files⟩ ~ *vt* **1 :** to ruffle slightly **:** RIPPLE **2 a :** to leaf through hastily; *specif* **:** to leaf (as a stack of paper) by sliding a thumb along the edge of the leaves **b :** to shuffle (playing cards) by separating the deck into two parts and riffling with the thumbs so the cards intermix **3 :** to manipulate (small objects) idly between the fingers

[2]**riffle** *n* [perh. alter. of *ruffle*] (1792) **1 a :** a shallow extending across a streambed and causing broken water **b :** a stretch of water flowing over a riffle **2 :** a small wave or succession of small waves **:** RIPPLE **3 a :** any of various contrivances (as blocks or rails) laid on the bottom of a sluice or launder to make a series of grooves or interstices to catch and retain a mineral (as gold) **b :** a groove or interstice so formed **4 :** a cleat or bar fastened to an inclined surface in a gold-washing apparatus to catch and hold mineral grains **5** [[1]*riffle*] **a :** the act or process of shuffling (as cards) **b :** the sound made while doing this

[3]**riffle** *vt* **rif·fled; rif·fling** \'rif-(ə-)liŋ\ (1949) **:** to run through a riffle or over a series of riffles ⟨~ ground ore⟩

**rif·fler** \'rif-lər\ *n* [F *rifloir*, fr. *rifler* to file, rifle] (ca. 1797) **:** a small filing or scraping tool