**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

3M Innovative Properties Company, et al. v. Avery Dennis Corporation
Civil Case No. 01-1781 (JRT/FLN)

I hereby certify that on June 14, 2004, I caused the following document:

Proposed Order re: [163] Claim Construction Brief of Defendant Avery Dennison

to be served on the following attorneys:

John C. Adkisson
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
adkisson@fr.com

Juanita R. Brooks
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130-2081

By faxing a copy of the same to the above-referenced attorneys at their last known facsimile number.

Dated: June 15, 2004

**s/ David P. Pearson**
David P. Pearson, #84712
Winthrop & Weinstine, P.A.
Attorneys for Defendant Avery Dennison
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
dpearson@winthrop.com

2124115v1