UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY (formerly known as MINNESOTA MINING AND MANUFACTURING COMPANY),

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**DECLARATION OF JOHN C. ADKISSON**
**IN SUPPORT OF PLAINTIFFS' CLAIM CONSTRUCTION BRIEF**

I, John C. Adkisson, declare as follows:

1. I am a principal with the law firm of Fish & Richardson P.C., P.A., and I am counsel for plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company in the above-captioned case.

2. Attached herewith as Exhibit A is a true and correct copy of U.S. Patent No. 5,897,930.

3. Attached herewith as Exhibit B is a true and correct copy of the Supreme Court of the United States Order denying Avery's petition for writ of certiorari, dated June 21, 2004.

*4.* Attached herewith as Exhibit C is a true and correct copy of excerpts from the *Random House Webster's New Unabridged Dictionary.*

5. Attached herewith as Exhibit D is a true and correct copy of excerpts from the *Webster's Third New Int'l Dictionary*.

6. Attached herewith as Exhibit E is a true and a correct copy of an Office Action from the '930 prosecution history, dated October 20, 1997.

7. Attached herewith as Exhibit F is a true and correct copy of an Amendment, Response and Request for Extension of Time from the ‘930 prosecution history, dated August 3, 1998.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2004

By: **/s/ John C. Adkisson**
John C. Adkisson

60236800.doc