UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY (formerly known as MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs

v.

AVERY DENNISON CORPORATION,

Defendant

Civil Action No. 01-1781 JRT/FLN

**EXHIBIT INDEX**

1. Exhibit A is a true and correct copy of U.S. Patent No. 5,897,930.

2. Exhibit B is a true and correct copy of the Supreme Court of the United States Order denying the petition for writ of certiorari, dated June 21, 2004.

*3.* Exhibit C is a true and correct copy of excerpts from the *Random House Webster's New Unabridged Dictionary*.

4. Exhibit D is a true and correct copy of excerpts from the *Webster's Third New Int'l Dictionary*.

5. Exhibit E is a true and a correct copy of an Office Action from the '930 prosecution history, dated October 20, 1997.

6. Exhibit F is a true and correct copy of an Amendment, Response and Request for Extension of Time from the '930 prosecution history, dated August 3, 1998.