# EXHIBIT B

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 21, 2004

Mr. John A. Dragseth
Fish & Richardson, P.C., P.A.
60 South 6th Street
Minneapolis, MN 55402

Re: Avery Dennison Corporation
v. 3M Innovative Properties Company, et al.
No. 03-1461

Dear Mr. Dragseth:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk