# EXHIBIT C

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

Second Edition

RANDOM HOUSE
NEW YORK

COPYRIGHT © 2001, 1998, 1997, 1996, 1993, 1986 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition*, is a revised and updated edition of The Random House Dictionary of the English Language, Second Edition, Unabridged.

The *Random House Dictionary Database*™, the *Random House Dictionary*™, and the *Random House Dictionary Project*™ are trademarks of Random House, Inc. Random House and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data is available.**

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll free 888-591-1200 or fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

New York Toronto London Sydney Auckland

This book is also sold in a special package containing the CD-ROM version 3.0 for Windows™ 95 and higher versions.

Visit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

9 8 7 6 5 4 3 2 1

ISBN: 0-375-42566-7 (Hardcover/book only)

ISBN: 0-375-42573-X (Hardcover/book and CD-ROM package)

(def. 1) < ML *dēpositōrium;* (def. 2) DEPOSIT + -ORY[1] (n. use of adj. suffix)]

**depos′itory li′brary,** a library designated by law to receive without charge all or a selection of the official publications of a government. [1925–30]

**depos′it slip′,** a slip for listing deposits made to a bank account. Also called **credit slip.** [1900–05]

**de•pot** (dē′pō; *Mil. or Brit.* dep′ō), *n.* **1.** a railroad station. **2.** a bus station. **3.** *Mil.* **a.** a place in which supplies and materials are stored for distribution. **b.** (formerly) a place where recruits are assembled for classification, initial training, and assignment to active units. **4.** a storehouse or warehouse, as a building where freight is deposited. **5.** *Physiol.* a place where body products not actively involved in metabolic processes are accumulated, deposited, or stored. [1785–95; < F *dépot* < L *dēpositum,* n. use of neut. of *dēpositus;* see DEPOSIT] —**Syn. 1, 2.** terminal.

**depr., 1.** depreciation. **2.** depression.

**de•prave** (di prāv′), *v.t.,* **-praved, -prav•ing. 1.** to make morally bad or evil; vitiate; corrupt. **2.** *Obs.* to defame. [1325–75; ME *depraven* (< AF) < L *dēprāvāre* to pervert, corrupt, equiv. to *dē-* DE- + *prāv(us)* crooked + *-āre* inf. suffix] —**dep•ra•va•tion** (dep′rə vā′shən), *n.* —**de•prav′er,** *n.* —**de•prav′ing•ly,** *adv.*

**de•praved** (di prāvd′), *adj.* corrupt, wicked, or perverted. [1585–95; DEPRAVE + -ED[2]] —**de•prav•ed•ly** (di prāv′id lē, -prā′vid-), *adv.* —**de•praved′ness,** *n.* —**Syn.** evil, sinful, debased, reprobate, degenerate; dissolute, profligate; licentious, lewd. See **immoral.**

**de•prav•i•ty** (di prav′i tē), *n., pl.* **-ties.** for 2. **1.** the state of being depraved. **2.** a depraved act or practice. [1635–45; DEPRAVE + -ITY]

**dep•re•cate** (dep′ri kāt′), *v.t.,* **-cat•ed, -cat•ing. 1.** to express earnest disapproval of. **2.** to urge reasons against; protest against (a scheme, purpose, etc.). **3.** to depreciate; belittle. **4.** *Archaic.* to pray for deliverance from. [1615–25; < L *dēprecātus* prayed against, warded off (ptp. of *dēprecārī*), equiv. to *dē-* DE- + *prec(ārī)* to PRAY + *-ātus* -ATE[1]] —**dep′re•cat′ing•ly,** *adv.* —**dep′re•ca′tion,** *n.* —**dep′re•ca′tor,** *n.*
—**Syn. 1.** condemn, denounce, disparage. See **decry.**
—**Usage.** An early and still the most current sense of DEPRECATE is "to express disapproval of." In a sense development still occasionally criticized by a few, DEPRECATE has come to be synonymous with the similar but etymologically unrelated word DEPRECIATE in the sense "belittle": *The author modestly deprecated the importance of his work.* In compounds with *self-,* DEPRECATE has almost totally replaced DEPRECIATE in modern usage: *Her self-deprecating account of her career both amused and charmed the audience.*

**dep•re•ca•tive** (dep′ri kā′tiv, -kə tiv), *adj.* serving to deprecate; deprecatory. [1480–90; (< AF) < LL *dēprecātīvus,* equiv. to *dēprecāt(us)* (see DEPRECATE) + *-īvus* -IVE] —**dep′re•ca′tive•ly,** *adv.*

**dep•re•ca•to•ry** (dep′ri kə tôr′ē, -tōr′ē), *adj.* **1.** of the nature of or expressing disapproval, protest, or depreciation. **2.** apologetic; making apology. [1580–90; < LL *dēprecātōrius,* equiv. to L *dēprecā(rī)* (see DEPRECATE) + *-tōrius* -TORY[1]] —**dep′re•ca•to′ri•ly,** *adv.* —**dep′re•ca•to′ri•ness,** *n.*

**de•pre•ci•a•ble** (di prē′shē ə bəl, -shə bəl), *adj.* **1.** capable of depreciating or being depreciated in value. **2.** capable of being depreciated for tax purposes. [DEPRECI(ATE) + -ABLE]

**de•pre•ci•ate** (di prē′shē āt′), *v.,* **-at•ed, -at•ing.** —*v.t.* **1.** to reduce the purchasing value of (money). **2.** to lessen the value or price of. **3.** to claim depreciation on (a property) for tax purposes. **4.** to represent as of little value or merit; belittle. —*v.i.* **5.** to decline in value. [1640–50; < LL *dēpretiātus* undervalued (ptp. of *dēpretiāre,* in ML sp. *dēpreciāre*), equiv. to L *dē-* DE- + *preti(um)* PRICE + *-ātus* -ATE[1]] —**de•pre′ci•at′ing•ly,** *adv.* —**de•pre′ci•a′tor,** *n.*
—**Syn. 4.** disparage, decry, minimize.
—**Usage. 4.** See **deprecate.**

**de•pre•ci•a•tion** (di prē′shē ā′shən), *n.* **1.** decrease in value due to wear and tear, decay, decline in price, etc. **2.** such a decrease as allowed in computing the value of property for tax purposes. **3.** a decrease in the purchasing or exchange value of money. **4.** a lowering in estimation. [1730–40, *Amer.;* DEPRECIATE + -ION]

**de•pre•ci•a•to•ry** (di prē′shē ə tôr′ē, -tōr′ē, -prē′shə-), *adj.* tending to depreciate. Also, **de•pre•ci•a•tive** (di prē′shē ā′tiv, -shə tiv). [1795–1805; DEPRECIATE + -ORY[1]] —**de•pre′ci•a′tive•ly,** *adv.*

**dep•re•date** (dep′ri dāt′), *v.,* **-dat•ed, -dat•ing.** —*v.t.* **1.** to plunder or lay waste to; prey upon; pillage; ravage. —*v.i.* **2.** to plunder; pillage. [1620–30; < LL *dēpraedātus* plundered (ptp. of *dēpraedārī*), equiv. to L *dē-* DE- + *praed(ārī)* to plunder (see PREY) + *-ātus* -ATE[1]] —**dep′re•da′tor,** *n.* —**dep•re•da•to•ry** (dep′ri dā′tə rē, di pred′ə tôr′ē, -tōr′ē), *adj.*

**dep•re•da•tion** (dep′ri dā′shən), *n.* the act of preying upon or plundering; robbery; ravage. [1475–85; < LL *dēpraedātiōn-* (s. of *dēpraedātiō*) a plundering, equiv. to *dēpraedāt(us)* (see DEPREDATE) + *-iōn-* -ION] —**dep′re•da′tion•ist,** *n.*

**4.** *Med.* a sedative. Cf. **stimulant** (def. 1). **5.** *Chem.* any agent capable of diminishing a specific property of a substance. [1875–80; DEPRESS + -ANT]

**de•pressed** (di prest′), *adj.* **1.** sad and gloomy; dejected; downcast. **2.** pressed down, or situated lower than the general surface. **3.** lowered in force, amount, etc. **4.** undergoing economic hardship, esp. poverty and unemployment. **5.** being or measured below the standard or norm. **6.** *Bot., Zool.* flattened down; greater in width than in height. **7.** *Psychiatry.* suffering from depression. [1375–1425; late ME; see DEPRESS, -ED[2]]
—**Syn. 1.** saddened, morose, despondent, miserable; blue; morbid. —**Ant. 1.** happy.

**depressed′ ar′ea,** a region where unemployment and a low standard of living prevail. [1925–30]

**de•press•ing** (di pres′ing), *adj.* serving to depress; inducing a state of depression: *depressing news.* [1780–90; DEPRESS + -ING[2]] —**de•press′ing•ly,** *adv.*

**de•pres•sion** (di presh′ən), *n.* **1.** the act of depressing. **2.** the state of being depressed. **3.** a depressed or sunken place or part; an area lower than the surrounding surface. **4.** sadness; gloom; dejection. **5.** *Psychiatry.* a condition of general emotional dejection and withdrawal; sadness greater and more prolonged than that warranted by any objective reason. Cf. **clinical depression. 6.** dullness or inactivity, as of trade. **7.** *Econ.* a period during which business, employment, and stock-market values decline severely or remain at a very low level of activity. **8. the Depression.** See **Great Depression. 9.** *Pathol.* a low state of vital powers or functional activity. **10.** *Astron.* the angular distance of a celestial body below the horizon; negative altitude. **11.** *Survey.* the angle between the line from an observer or instrument to an object below either of them and a horizontal line. **12.** *Phys. Geog.* an area completely or mostly surrounded by higher land, ordinarily having interior drainage and not conforming to the valley of a single stream. **13.** *Meteorol.* an area of low atmospheric pressure. [1350–1400; ME (< AF) < ML *dēpressiōn-* (s. of *dēpressiō*), LL: a pressing down, equiv. to L *dēpress(us)* (see DEPRESS) + *-iōn-* -ION]
—**Syn. 4.** discouragement, despondency.

**Depres′sion glass′,** inexpensive, machine-pressed, usually translucent glassware, including dishware, vases, etc., mass-produced in the U.S. from the late 1920's to the 1940's and often used as giveaways, as to induce customers to buy goods or movie tickets.

**de•pres•sive** (di pres′iv), *adj.* **1.** tending to depress. **2.** characterized by depression, esp. mental depression. —*n.* **3.** a person suffering from a depressive illness. [1610–20; DEPRESS + -IVE] —**de•pres′sive•ly,** *adv.* —**de•pres′sive•ness,** *n.*

**de•pres•so•mo•tor** (di pres′ō mō′tər), *adj. Physiol., Med.* causing a retardation of motor activity: *depressomotor nerves.* [DEPRESS + -O- + MOTOR]

**de•pres•sor** (di pres′ər), *n.* **1.** a person or thing that depresses. **2.** *Surg.* an instrument for pressing down a protruding part, as a tongue depressor. **3.** *Anat.* **a.** a muscle that draws down a part of the body, as the corner of the mouth. Cf. **levator. b.** Also called **depres′sor nerve′.** a nerve that, when stimulated, induces a decrease in activity, as a slowed heartbeat. [1605–15; < LL, deriv. of L *dēprimere* (see DEPRESS, -TOR)]

**de•pres•sur•ize** (dē presh′ə rīz′), *v.,* **-ized, -iz•ing.** —*v.t.* **1.** to remove the air pressure from (a pressurized compartment of an aircraft or spacecraft). **2.** to relieve the tensions of; cause to relax: *A week's vacation should depressurize me.* —*v.i.* **3.** to lose air pressure: *The airplane cabin depressurized almost instantly.* Also, *esp. Brit.,* **de•pres′sur•ise′.** [1940–45; DE- + PRESSURIZE] —**de•pres′sur•i•za′tion,** *n.* —**de•pres′sur•iz′er,** *n.*

**dep•ri•va•tion** (dep′rə vā′shən), *n.* **1.** the act of depriving. **2.** the fact of being deprived. **3.** dispossession; loss. **4.** removal from ecclesiastical office. **5.** privation. [1525–35; < ML *dēprīvātiōn-* (s. of *dēprīvātiō*), equiv. to *dēprīvāt(us)* deprived (ptp. of *dēprīvāre;* see DEPRIVE, -ATE[1]) + *-iōn-* -ION]

**de•prive** (di prīv′), *v.t.,* **-prived, -priv•ing. 1.** to remove or withhold something from the enjoyment or possession of (a person or persons): *to deprive a man of life; to deprive a baby of candy.* **2.** to remove from ecclesiastical office. [1275–1325; ME *depriven* < AF, OF *depriver* < ML *dēprīvāre,* equiv. to L *dē-* DE- + *prīvāre* to deprive (*prīv(us)* PRIVATE + *-āre* inf. suffix)] —**de•priv′a•ble,** *adj.* —**de•priv′al,** *n.* —**de•priv•a•tive** (di priv′ə tiv), *adj.* —**de•priv′er,** *n.*
—**Syn. 1.** See **strip.**

**de•prived** (di prīvd′), *adj.* marked by deprivation; lacking the necessities of life, as adequate food and shelter: *a deprived childhood.* [1545–55; DEPRIVE + -ED[2]]

**de•pro•fes•sion•al•ize** (dē′prə fesh′ə nl īz′), *v.t.,* **-ized, -iz•ing. 1.** to remove from professional control, influence, manipulation, etc. **2.** to cause to appear or become unprofessional; discredit or deprive of professional status: *a campaign to deprofessionalize the nation's doctors.* Also, *esp. Brit.,* **de′pro•fes′sion•al•ise′.** [1880–85; DE- + PROFESSIONALIZE]

***de pro•fun•dis*** (dā prō fŏŏn′dis), *Latin.* out of the depths (of sorrow, despair, etc.).