# EXHIBIT D

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

484950QPH9796

toward the purchase of annuities
nent
-ri\ *n* -ES [LL *depositarius*, fr. L
1 : one that receives a deposit : one
nakes his deposit; *specif* : a bailee
ORY
ing or acting as a depositary ⟨a ~

'tāshən, (')dē,-\ *n* -s ['*deposit* +
ositing : DEPOSIT **2** *Scots law* : an
owner of personal property gives
ner for safekeeping to be restored

king in which bank credit is in the
of the issue of notes
of a publication deposited by legal
tain specified libraries
ecks and other credit instruments
:s and used as a medium of exchange

POSIT
on *also* ,dēp-\ *n* -s [ME & LL; ME
timony, fr. LL *deposition-, depositio*
aying away, dismissal, testimony,
*situs* (past part. of LL *deponere* to
thority & L, to lay aside, put down)
e at DEPONE] **1** : the act of deposing
posed (as a sovereign from a throne)
⟨the forceful ~ of the vice-regent⟩;
clergyman of an ecclesiastical office
rgyman from the ministry **2 a** : an
estimony : a testifying esp. before a
erted : a statement made : something
ESTIMONY, ALLEGATION; *specif* : testi-
riting under oath or affirmation in
efore a competent officer to replace
of the witness or to supply necessary
procedure — compare AFFIDAVIT
*on*] : DEPOSITION FROM THE CROSS
depositing or the state of being de-
utting down or laying aside (as of a
over or committing for safekeeping
the hands of police) **c** : a placing
down often by a natural process
on . . . more widely than ~ —Samuel
sworth Huntington) ⟨pneumoconi-
eign particles in the substance of the
⟨the . . . ~ of metals on cotton from
rsfall & L.G.Lawrie⟩ ⟨sedimentary
~ of solids from the waters —S.F.
nterment (as of a saint's body) in a
val commemorating a burial **6** ['*de-*
ing deposited : DEPOSIT, SEDIMENT
re than one type of ~ in the dry

ən°l, -shnəl\ *adj* : of, relating to, or
present erosional and ~ topography
G.Worcester⟩
ss : a work of art representing Christ's

demand deposits which can be used
ng checks
of ML *depositum fidei*] : the body of
criptures and tradition proposed by
urch for the belief of the faithful
(r), -z(ə)tə-\ *n* -s [LL, fr. L *depositus*
s; *esp* : one that makes a bank deposit
at a bank
ē, -ōr-, -ri\ *n* -ES ['*deposit* + *-ory*]
vith which something and esp. some-
osited for preservation or safekeeping
) **2** [LL *depositorium*, fr. L *depositus*
place where something is deposited
eping or convenience ⟨an official ~
publications —*Bull. of Bates Coll.*⟩
s stored away in hidden *depositories*
Bennett⟩ ⟨Congress officially became
to America —Cecil Hobbs⟩; *specif*
e depositing of government funds —
BRARY **b** : a device consisting of a
nism on the outside wall of the bank
deposits may be inserted into the
he bank is closed
f or relating to a depository
ond that is often required from a bank
nd municipal governments and that
of the deposit in the event of the bank's

: a library legally designated to receive
ge all or a selected list of U.S. govern-
a library designated by the United
r a selected list of its publications
pany *or* **deposit premium mutual** *n*
company issuing policies at a stated
ovision for assessment
DEPOSIT, *pl of* DEPOSIT
companying a bank deposit and con-
or cash deposited, the date, and de-

ace (as a school, firehouse, or store) at
maintains a small collection of books;
books maintained there
\ *n* -s [in sense 1, fr. L; in sense 2, fr.
EPOSIT] **1** : DEPOSIT 2, 3 **2** : the faith
d to the Christian church — archaic
iogy
**·bi·le** \",mizə'rabə(,)lē\ *or* **depositum**
esə'sa(a)rēəm\ *n, pl* **deposi·ta mise-**
rə'bilēə\ *or* **deposita necessa·ria**
DEPOSIT

perversion, or deterioration ⟨asserted that the present evils of society are the consequence of vicious institutions rather than of ~ human nature —V.L.Parrington⟩ ⟨scavenger birds with ~ habits⟩ — **de·praved·ly** \-v(ə)dlē\ *adv* — **de·praved·ness** \-v(ə)dnəs\ *n* -ES

**depraved appetite** *n* : PICA 2

**de·prave·ment** \-vmənt\ *n* -s : DEPRAVATION

**de·prav·er** \-və(r)\ *n* -s : one that depraves

**de·prav·i·ty** \-ravəd·ē, -ətē, -i\ *n* -ES **1** : the quality or state of being depraved; *specif* : the state of sinfulness natural to unregenerate man according to certain religions **2** : a corrupt act or practice

**dep·re·cate** \'deprə,kāt, -rē,-, *usu* -ād·+V\ *vt* -ED/-ING/-S [L *deprecatus*, past part. of *deprecari* to avert by prayer, intercede for fr. *de-* + *precari* to pray — more at PRAY] **1** *obs* : SUPPLICATE, BESEECH **2 a** *archaic* : to pray against (as an evil) **b** : to seek to avert (as by supplication) ⟨smilingly placed himself opposite him, with the look of one who ~*s* an expected reproof —J.C.Powys⟩ ⟨it would bring about the war we all dread and ~ —A.L.Guérard⟩ **3** : to disapprove of often with mildness ⟨a man who advocates aesthetic effort and ~*s* social effort —Thomas Hardy⟩ ⟨shook her head, *deprecating* such wit —Arnold Bennett⟩ **4** [influenced in meaning by *depreciate*] : DEPRECIATE ⟨a shy self-*deprecating* manner⟩ ⟨insisted that he was merely a private citizen and *deprecated* any public honors paid to him —Robert Graves⟩ **syn** see DISAPPROVE

**deprecating** *adj* : depreciating or tending to depreciate; *esp* : APOLOGETIC ⟨he managed a ~ smile at the compliment⟩ — **dep·re·cat·ing·ly** *adv*

**dep·re·ca·tion** \,==ˈkāshən\ *n* -s [MF & L; MF, prayer, fr. L *deprecation-, deprecatio* prayer, act of averting by prayer, fr. *deprecatus* + *-ion-, -io* -ion] **1** : a prayer that an evil may be removed or prevented **2** : an act of deprecating: **a** : an often mild expression of disapproval **b** : depreciation esp. of oneself

**dep·re·ca·tive** \'==,kād|iv, -,kə|, |t|, |ēv *also* |əv\ *adj* [LL *deprecativus*, fr. *deprecatus* + *-ivus* -ive] : DEPRECATORY — **dep·re·ca·tive·ly** \|əvlē, -li\ *adv*

**dep·re·ca·to·ry** \-,kə,tōrē, -ōr-, -ri\ *adj* [LL *deprecatorius*, fr. L *deprecatus* + *-orius* -ory] : DEPRECATING

**de·pre·cia·ble** \də'prēsh(ē)əbəl, (')dē¦p-\ *adj* : that can or may depreciate in valuation

**de·pre·ci·ate** \də'prēshē,āt, dē'-, *usu* -ād·+V\ *vb* -ED/-ING/-S [LL *depretiare* (often spelled *depreciare* in later MSS), fr. *de-* + *pretium* price — more at PRICE] *vt* **1** : to lessen in price or estimated value : lower the worth of ⟨the owner's right to ~ such property —*Jour. of Accountancy*⟩ — opposed to *appreciate* **2** : to represent as of little value or claim to esteem : UNDERVALUE, DISPARAGE, BELITTLE ⟨objected to scholars *depreciating* the craftsmen —S.F.Mason⟩ ~ *vi* : to become depreciated : fall in value or esteem ⟨perishable goods ~ rapidly⟩ ⟨a *depreciating* currency⟩ **syn** see DECRY

**de·pre·ci·at·ing·ly** *adv* : in a way that depreciates

**de·pre·ci·a·tion** \də,prēshē'āshən, (,)dē,-\ *n* -s [*depreciate* + *-ion*] : the act or process of depreciating or the state of being depreciated : loss of value ⟨the rapid ~ of currency⟩ ⟨made some bitter remarks in ~ of his enemies⟩ ⟨estimated the degree of ~ in a car after a year's use⟩

**depreciation accounting** *n* : a branch of accounting that deals with systematically distributing or allocating the cost or other basic value of a fixed asset over its estimated useful life by periodic charges to expense or against revenue

**depreciation charge** *n* : an amount in accounting that is commonly a fixed percentage of the original cost of a property and that is periodically charged off to expense or against revenue in order to compensate for the depreciation of the property

**depreciation insurance** *n* : insurance that is added to a fire insurance policy by endorsement and that covers the difference between the actual cash value and the replacement cost of the insured property

**de·pre·cia·tive** \də'prēshē,ād·iv, dē'-, -sh(ē)əd·-\ *adj* : DEPRECIATING, DISPARAGING — **de·pre·cia·tive·ly** \-d·əvlē\ *adv*

**de·pre·ci·a·tor** \-shē,ād·ə(r)\ *n* -s [LL *depretiator* (often spelled *depreciator* in later MSS), fr. *depretiatus* + L *-or*] : one that depreciates

**de·pre·ci·a·to·ry** \-sh(ē)ə,tōrē\ *adj* : DEPRECIATING, DISPARAGING

**dep·re·date** \'deprə,dāt\ *vb* -ED/-ING/-S [LL *depraedatus*, past part. of *depraedari*, fr. L *de-* + *praedari* to plunder — more at PREY] *vt* : to lay waste : prey upon : PLUNDER, PILLAGE, DESPOIL ⟨*depredating* the surrounding countryside⟩ ~ *vi* : to make depredations : PLUNDER ⟨if you ~ in that country, we'll have to clash —J.E.Haley⟩

**dep·re·da·tion** \,deprə'dāshən\ *n* -s [ME *depredacioun*, fr. MF or LL; MF *depredation*, fr. LL *depraedation-, depraedatio*, fr. *depraedatus* + L *-ion-, -io* -ion] **1 a** : the act of depredating or the state of being depredated : an act of plundering, despoiling, or making inroads **b depredations** *pl* : RAVAGES ⟨trying to ease the ~*s* of the disease⟩ **2** *Scots law* : the forcible driving away of cattle in large numbers

**dep·re·da·tor** \'deprə,dād·ə(r)\ *n* -s [LL *depraedator*, fr. *depraedatus* + L *-or*] : one that plunders or despoils : PILLAGER

**dep·re·da·to·ry** \'deprədə,tōrē; də'predə-, dē'-; 'deprə,dād·ərē\ *adj* : tending to depredate : characterized by depredation : PLUNDERING

**deprehend** *vt* [L *deprehendere*, fr. *de-* + *prehendere* to lay hold of, seize — more at PREHENSILE] **1** *obs* : SEIZE, CAPTURE **2** *obs* : to take by surprise **3** *obs* : PERCEIVE, DETECT — **deprehension** *n* -s *obs*

**de·press** \də'pres, dē'-\ *vt* -ED/-ING/-ES [ME *depressen*, fr. MF *depresser*, fr. L *depressus*, past part. of *deprimere* to press down, fr. *de-* + *-primere* (fr. *premere* to press) — more at PRESS] **1** : to put down or overcome forcibly : CRUSH, SUBJUGATE **2** : to press down ⟨~ a typewriter key⟩ : LOWER; as **a** : to cause to sink, fall, or assume a lower level, position, point, situation, or attitude ⟨~*ed* the mounted gun⟩ ⟨~*ed* areas below sea level⟩ ⟨where the highway goes through ... bridge

dent always has a ~ effect on a crowd —Ken Purdy⟩ **b** : creating economic depression ⟨other government policies were ~ —R.C.Leffingwell⟩ **c** : lowering or tending to lower functional or vital activity ⟨a drug with a ~ effect on heart rate⟩

[2]**depressant** \"\ *n* -s : something that depresses: as **a** : a reagent (as cyanide) that depresses in ore flotation **b** : an agent that causes the lessening or depressing of some specified property ⟨pour-point ~⟩ ⟨foam ~⟩ ⟨perspiration ~⟩ **c** : an agent that reduces exaggerated functional activity (as irritability or spasm) of tissues ⟨a ~ of intestinal spasm⟩

**depressed** *adj* **1 a** : DEJECTED, DISPIRITED **b** : DEPRESSIVE **2 a** : vertically flattened ⟨a ~ cactus⟩ **b** : having the central portion lower than the margin ⟨a ~ pustule⟩ **c** : lying flat or prostrate ⟨~ herb⟩ **d** : dorsoventrally flattened **3 a** : being in, suffering from, or caused by a state or period of economic depression ⟨a ~ industry⟩ ⟨~ areas⟩ ⟨~ conditions⟩ **b** : economically or socially below standard, oppressed, or underprivileged ⟨peasants are deserting the villages and streaming into the towns to form the kind of ~ proletariat that existed in England during the industrial revolution —George Woodcock⟩ ⟨the ~ peoples of the ghetto⟩; *esp* : constituting or belonging to the lowest social and economic class usu. characterized by unsatisfactory living and working conditions ⟨the most notable of the ~ classes in India is the class of untouchables⟩ **syn** see DOWNCAST

**depressed arch** *n* : DROP ARCH

**depressed center car** *or* **depressed well car** : a railroad flatcar constructed with a low center section and used to handle oversized loads which otherwise would not clear tunnels or other way structures

**depressed fracture** *n* : a fracture esp. of the skull in which the fragment is depressed below the normal surface

**de·press·ibil·i·ty** \də,presə'biləd·ē, (,)dē,-, -ətē, -i\ *n* -ES : the quality or state of being depressed : susceptibility to being depressed

**de·press·ible** \də'presəbəl, dē'-\ *adj* : capable of being depressed

**depressing** *adj* : that depresses : causing esp. emotional depression ⟨hot weather is enervating and severe cold although temporarily stimulating is permanently ~ —C.C.Furnas⟩ ⟨a ~ sense of all the stupidity —Floyd Dell⟩ ⟨that is a ~ book⟩ — **de·press·ing·ly** *adv* — **de·press·ing·ness** *n* -ES

**de·pres·sion** \-eshən\ *n* -s [in sense 1, fr. ME *depressioun*, fr. ML *depression-, depressio*, fr. LL, act of pressing down, fr. L *depressus* (past part. of *deprimere* to press down) + *-ion-, -io* -ion; in other senses, partly fr. MF & LL; MF *depression* act of pressing down, lowering, fr. LL *depression-, depressio*; partly fr. *depress* + *-ion* — more at DEPRESS] **1 a** : the angular distance of a celestial object below the horizon **b** (1) : the angular distance of an object beneath the horizontal plane that passes through the observer (2) *med* : a displacement downward or inward **2** : the act of depressing or the quality or state of being depressed: as **a** *archaic* : ABASEMENT, HUMBLING, DEGRADATION ⟨the ~ of a haughty nobleman⟩ **b** : a pressing down : LOWERING, SINKING ⟨a quick ~ of the typewriter key⟩ ⟨recommend a ~ of the roadway where it goes under the bridge⟩ ⟨a rapid ~ of the mercury in the thermometer⟩ **c** : the state of feeling depressed : DISPIRITEDNESS, DEJECTION ⟨a chronic ~ of mind⟩ ⟨a physical reaction marked by ~ and languor⟩ **d** (1) : reduction, diminution, impoverishment, or depreciation in activity, strength, amount, quality, force, yield, value, or significance ⟨a ~ in trade⟩ ⟨a series of confiscations which completed the ~ of the English interest in the south —F.M.Stenton⟩ ⟨~ in Indian arts which may result in their disappearance —*Report: (Canadian) Royal Commission on Nat'l Development*⟩ ⟨as a surface mulch sawdust causes a ~ of nitrates⟩ (2) : a lowering of vitality or functional activity : the state of being below normal in physical or mental vitality **3** : an instance of depression: as **a** : a region of low barometric pressure surrounded by higher pressures : LOW **b** (1) : a place or part that is depressed ⟨a slight ~ at the base of my left forefinger —Sidney Lovett⟩ (2) : [3]HOLLOW 1 ⟨an open-air auditorium located in a natural ~ encircled by magnolias, oaks and sweet gum —*Amer. Guide Series: La.*⟩ **c** : a period of low general economic activity marked by mass unemployment, deflation, a decreasing use of resources, and a low level of investment **4** : a mental disorder of psychoneurotic or psychotic proportions characterized by sadness, retardation of motor and certain vegetative processes, feelings of inadequacy and self-depreciation, and often by suicidal attempts — compare MANIC-DEPRESSIVE PSYCHOSIS **syn** see SADNESS

**de·pres·sion·al** \-shən°l,-shnəl\ *adj* : of or relating to depression or a depression

**de·pres·sion·ary** \-shə,nerē\ *adj* : DEPRESSIONAL ⟨such unemployment . . . will tend to cause a ~ movement in the whole economy —Gabriel Kolko⟩

**depression of the dew point** : the number of degrees that the dew point is lower than the temperature

**depression slide** *n* : a glass slide that has a concavity in one surface over which a cover glass can be placed and that is used in biology for hanging-drop cultures and for the microscopic study of small specimens

**depression spring** *n* : a spring where the earth's surface is coincident with the water table

[1]**de·pres·sive** \də'presiv, dē'-, -sēv *also* -səv\ *adj* [*depress* + *-ive*] : tending to depress : involving, marked by, or affected with depression : DEPRESSING — **de·pres·sive·ly** \-səvlē, -li\ *adv*

[2]**depressive** \"\ *n* -s : one who is depressed; *specif* : one afflicted with manic-depressive psychosis in its depressive phase

**de·pres·sor** \-sə(r)\ *n* -s [LL, fr. L *depressus* + *-or*] : something that depresses: as **a** : a muscle that depresses or draws down a part — compare LEVATOR **b** : a device or appliance that depresses a part ⟨a tongue ~⟩ **c** : a nerve or nerve fiber that decreases the activity or the tone of an organ **d** : DEPRESSANT **e** : a substance (as a drug) that lowers blood pressure **f** : a substance that retards or prevents a chemical reaction or process

**depressor nerve** *n* : a nerve whose stimulation tends to de-