# EXHIBIT F

OIPC 220 9W 01 ☎ 612 736 7421 08/03/98 17:15 :01/04 NO:760

8.4.98

Patent
Docket No.: 52773USA5A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: Clyde D. Calhoun and David C. Koskenmaki | Group Art Unit: 1643 |
| Serial No.: 08/775,736 Filed: December 31, 1996 | Examiner: D. Lee |
| For: MULTIPLE EMBOSSED WEBS | VIA FAX: 703-305-3014 |

1601

**AMENDMENT, RESPONSE AND REQUEST FOR EXTENSION OF TIME**

Assistant Commissioner for Patent
Washington D.C. 20231

Dear Sir:

In response to the Office Action mailed April 30, 1998, Applicants amend their claims, submit remarks, and request reconsideration of their application as amended.

Applicants also request a One Month Extension of Time to respond to the Office Action until August 30, 1998 and request the Office to charge Deposit Account 13-3723 in the amount of $110 to cover the fee for such extension.

In the Claims

Please amend Claim 1 as follows:

1. (Twice Amended) A carrier web, comprising:

I hereby certify that this paper is being facsimile transmitted to the United States Patent and Trademark Office on the date shown below:

Date: 3 August 1998 Signed: John H. Hill
John H. Hornickel, Reg. No. 29,393

08/12/1998 BFRIESON 00000001 133723 08775736
01 FC:115 110.00 CH

at least one surface that has a multiple embossed pattern having a first embossed pattern and a second embossed pattern, wherein the first embossed pattern forms an array of depressions, wherein the depressions of the first embossed pattern are in the second embossed pattern, wherein the second embossed pattern comprises lands and ridges between the lands, and wherein the height of the ridges over the lands ranges from about 3 to about 45 µm.

Please cancel Claim 7 without bias or prejudice.

Please amend Claim 8 as follows:

10 8. (Amended) A method of embossing, comprising the steps of:

(a) embossing a carrier web having at least one surface with a first pattern, to create a first pattern of depressions;

(b) embossing the surface with a second pattern, to create a second pattern of depressions comprising lands and ridges;

wherein the depressions created from the first embossing step are substantially preserved during the second embossing step even though the second embossing step superimposes the second pattern on the depressions created by the first embossing step, and wherein the height of the ridges over the lands ranges from about 3 to about 45 µm.

Please cancel the second Claim 11 appearing on page 17.

In Claim 13, line 2, after "radius of", please add -- curvature -- .

Please cancel Claim 18 without bias or prejudice.

## Remarks

The Undersigned appreciated the opportunity with Mr. McGlothlen to meet with the Examiners on July 30, 1998. The Interview Summary correctly describes the discussion and the presentation of a comparison between a sample of commercially

08/775,736
Calhoun et al.
GAU: 1643 (D. Lee)

available adhesive-backed graphic material that can lead to trapped bubbles of air with a sample of a carrier web of the present invention that forms patterns of air egress on adhesive-backed graphic material that can easily dissipate trapped bubbles of air. A piece of the latter sample was provided for the Office file for further review.

Independent Claim 1 has been amended by incorporating the subject matter of Claim 7, now cancelled and from the specification at page 7, lines 23-27 and page 9, lines 19-20. Independent Claim 8 has been similarly amended. Claim 18 has been cancelled because it has been withdrawn from consideration.

Applicants reiterate their position taken during the Interview that there is no interest or opportunity to claim copendency with the various co-assigned Calhoun et al. patents, upon which prior rejections had been withdrawn.

Amendments to Claims 1 and 8 overcome the rejections citing Lewicki, EP 0 313 766 publication, and GB 1 543 977 publication. Each of these three references are concerned with a series of multiple depressions where the larger surface area depressions are almost an order of magnitude larger than the height range claimed between ridges and lands that comprise the result of the second embossing pattern or step, respectively, of Claims 1 and 8: from about 3 to about 45 micrometers.

Expressed in micrometers, Lewicki teaches depressions of a minimum of 254 micrometers (10 mils) at Col. 5, line 51; EP 0 313 766 teaches projections of at least 300 micrometers (0.3 mm) at Col. 4, line 40; and GB 1,543,977 teaches a minimum of 381 micrometers (0.015 inches) at Page 3, line 45. Even the teaching of Calhoun et al. '681 used as a secondary reference for the rejection of some claims in Col. 8, line 12 is normally not less than 250 micrometers (0.25 mm).

Applicants have found two Claims numbered 11 and cancelled the second one. Applicants have also amended Claim 13 to correct a missing word.

As now claimed, Applicants' pending Claims 1, 3-6, 8, 11-15, and 17 are in condition for allowance. Applicants request a Notice of Allowance. If there are any matters that prevent a Notice of Allowance, the Examiner is invited to contact the Undersigned by telephone.

08/775,736
Calhoun et al.
GAU: 1643 (D. Lee)

Respectfully submitted by:

3 August 1998
Date

John H. Hornickel
Registration No. 29,393

3M Office of Intellectual Property Counsel
P.O. Box 33427
St. Paul, Minnesota 55133-3427
Telephone: (651) 733-4998