**CERTIFICATE OF SERVICE**

I certify that on August 10, 2004, I have caused the following documents:

**1. Plaintiffs' Claim Construction Brief; and**

**2. Declaration of John C. Adkisson**

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

| | |
|---|---|
| Honorable John R. Tunheim | tunheim_chambers@mnd.uscourts.gov |

and I certify that I have caused a copy of the proposed order to be forwarded via e-mail and mailed by first class mail, postage paid, as noted below to the following:

David P. Pearson, Esq.
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Lawrence M. Hadley, Esq.
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Date: August 10, 2004

**/s/ John C. Adkisson**
John C. Adkisson

60236895.doc