IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

**3M Innovative Properties Company and Minnesota Mining and Manufacturing Company v. Avery-Dennison Corporation; 01-CV-1781 (JRT/FLN)**

I hereby certify that on August 23, 2004, I caused the following document:

**Avery-Dennison Corporation's Reply Claim Construction Brief**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John C. Adkisson adkisson@fr.com
Juanita R. Brooks brooks@fr.com

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the participants

Dated: August 23, 2004

**s/ David P. Pearson**
David P. Pearson
Winthrop & Weinstine, P.A.
**Attorney for Avery-Dennison Corporation**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
(612) 604-6692; FAX: (612) 604-6892
dpearson@winthrop.com

and

Roderick G. Dorman (SBN 96908)
Lawrence M. Hadley (SBN 157728)
**Attorneys for Avery-Dennison Corporation**
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200; FAX: (213) 694-1234