# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY, | ) | **COURT MINUTES** BEFORE: John R. Tunheim U.S. District Judge |
| Plaintiffs, | ) | Case No: 01-1781 JRT/FLN |
| | ) | Date: August 30, 2004 |
| v. | ) | Deputy: Lou Jean M. Gleason |
| | ) | Court Reporter: Kristine Mousseau |
| AVERY DENNISON CORPORATION, | ) | Time Commenced: 9:25 a.m. |
| | ) | Time Concluded: 10:48 a.m. |
| Defendant. | ) | Time in Court: 1 Hours & 23 Minutes |

**Hearing on: Claim Construction and Appeal of Magistrate Noel's Pretrial Order dated 4/21/04.**

APPEARANCES:

Plaintiff: John C. Adkisson, Jonathan E. Singer, Juanita Brooks, Gregory Madera, and Kevin H. Rhodes
Defendant: David P. Pearson, Roderick G. Dorman, and Lawrence M. Hadley

**IT IS ORDERED:

Defendant's Motion for Review of Magistrate Judge Noel's Order dated 4/21/04 [Docket No. 157] is **GRANTED**. Paragraphs 3 and 4 of the Magistrate Judge's Order [Docket No. 154] are **REVERSED**. The parties will be permitted to file supplemental expert reports reflecting the claim constructions provided by the Federal Circuit and this Court. However, no new experts, experimentation, or other discovery will be permitted. Additionally, following this Court's Order on the claim construction issues, defendant's will be permitted to request the Court's permission to file a motion for summary judgment. The request should be submitted by letter brief of no more than five pages and should be submitted within one week of this Court's order on claim construction. The plaintiff will be permitted respond by letter of no more than five pages within one week of defendant's request.

: **Written order forthcoming on Claim Construction.**

s/Lou Jean M. Gleason
Calendar Clerk