**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

3M INNOVATIVE PROPERTIES COMPANY

and

MINNESOTA MINING AND
MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil No. 01-CV-1781 JRT/FLN

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE THAT R.J. Zayed will and hereby does move the Court for leave to withdraw as counsel for Plaintiffs in this case. No oral argument is requested.

Dated: September 30, 2004

s/ R.J. Zayed
R.J. Zayed (#309849)

Attorney for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY
AND MINNESOTA MINING AND
MANUFACTURING COMPANY

60249026.doc