# CERTIFICATE OF SERVICE

I certify that on September 30, 2004, I have caused the following documents:

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** and
**MOTION TO WITHDRAW AS COUNSEL**

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

**Tiffany Ann Blofield**
tblofield@winthrop.com sernster@winthrop.com

**Jay R Campbell**
jcampbell@rennerotto.com

**Roderick G Dorman**
dormanr@hbdlawyers.com
spearsl@hbdlawyers.com;biserm@hbdlawyers.com;effnere@hbdlawyers.com

**Lawrence M Hadley**
hadleyl@hbdlawyers.com
spearsl@hbdlawyers.com;biserm@hbdlawyers.com;effnere@hbdlawyers.com

**David P Pearson**
dpearson@winthrop.com prodewald@winthrop.com

**Laura A Pfeiffer**
lpfeiffer@winthrop.com lobrien@winthrop.com

and I certify that I have caused the proposed order to be filed with the court via e-mail to the following Judge:

Magistrate Judge Franklin L. Noel

and I certify that I have caused a copy of the proposed order to be set by facsimile and mailed by first class mail, postage paid, as noted below to the following:

David P. Pearson, Esq.
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Lawrence M. Hadley, Esq.
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Dated: September 30, 2004

_s/ R.J. Zayed________________________
R.J. Zayed

60249044.doc