**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

3M INNOVATIVE PROPERTIES COMPANY

and

MINNESOTA MINING AND
MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil No. 01-CV-1781 JRT/FLN

**ORDER**

This matter came on before the undersigned on the motion of R.J. Zayed to withdraw as counsel for Plaintiff (Docket No. 174). Based on the submissions of R.J. Zayed and the entire record of this case, IT IS HEREBY ORDERED that:

R.J. Zayed's Motion is GRANTED [#174].

IT IS SO ORDERED.

Dated: October 1, 2004.

S/ *Franklin L. Noel*
Franklin L. Noel
United States Magistrate Judge

60249025.doc