# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# FOLLOW-UP CASE MANAGEMENT CONFERENCE

3M Innovative Properties Co. et al.,

Plaintiffs,

v.

Avery-Dennison Corp

Defendant.

**COURT MINUTES**

Case Number: 01-1781 JRT/FLN

| | |
|---|---|
| Date: | October 5, 2004 |
| Court Reporter: | n/a |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:15 a.m. |
| Time in Court: | 15 Minutes |

Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: John Adkisson, Juanita Brooks

For Defendant: Larry Hadley, David Pearson

A. DESCRIPTION OF THE CASE

1. Nature of the case: Patent claims

2. Legal and factual issues:

a) Liability: ______

b) Damages: ______

B. THE PLEADINGS

1. All filed? Complete

   a. Anticipated amendments? No

   b. Additional parties? No

2. Jury demand:

   a. yes ☒ no ☐

   b. Any issue with respect to jury demand? ____________

3. Amend Pleadings:

   a. Add parties/claims/defenses n/a

   b. Punitive damages motion ________________________

C. DISCOVERY

1. Limitations on Discovery:

   a) Interrogatories n/a
   b) Depositions n/a
   c) Requests for Admission n/a
   d) Document Requests n/a
   e) Rule 35 Medical Exam ______
   f) Other ____________________________________________

2. Pre-Discovery Disclosures _________________

3. Discovery cut-off Done

4. Other deadlines Within one week after Judge Tunheim rules on claim construction issues, Defendant will, by letter, request permission to file summary judgment motion; Plaintiff will respond, by letter, within one week after Defendant's letter is served.

5. Experts: YES ☒ NO ☐

   a. Identity ___________________________________
      Initial 2 weeks after JRT rules on claim construction issues Rebuttal 2 weeks after initial reports are served

   b. Substance of Testimony ________________________
      Initial See above Rebuttal see above

   c. Depositions; Number _______; Date ______________

D. MOTIONS

1. Non-dispositive n/a

2. Dispositive n/a

E. TRIAL READINESS

a. Estimated Trial Time: ________________________

b. Trial Ready Date: TBA

Follow-up case management conference to be scheduled for a date in mid December, 2004, by telephone

s/Franklin L. Noel
U. S. Magistrate Judge