AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

3M Innovative Properties Co.

V.

Avery-Dennison Corp.

**NOTICE**

CASE Civil 01-1781 JRT/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| BY TELECONFERENCE | DATE AND TIME<br>Friday, December 10, 2004, at 11:00 a.m. |

TYPE OF PROCEEDING

FOLLOW-UP CASE MANAGEMENT CONFERENCE BY TELECONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Franklin L. Noel
United States Magistrate Judge

October 6, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Carolyn V. Peters, Esq.
John C. Adkisson, Esq. & Juanita R. Brooks, Esq.
David P. Pearson, Esq.
Lawrence M. Hadley, Esq.
Roderick G. Dorman, Esq.