IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 16.4(b), Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (since renamed "3M"), hereby request a Case Management Conference before the Honorable John R. Tunheim. Because Plaintiffs' counsel face upcoming scheduling conflicts and jury trials in other jurisdictions, Plaintiffs' counsel is seeking to ascertain the Court's anticipated schedule for trying this case. As such, Plaintiffs respectfully request a Case Management Conference to discuss the Court's preferences for setting a trial date. Plaintiffs are available either in person or by telephone for a Case Management Conference.

Dated: March 17, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND
MANUFACTURING COMPANY

60283307.doc