# CERTIFICATE OF SERVICE

I certify that on March 17, 2005, I have caused the following documents:

**PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE**

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

David P. Pearson
Winthrop & Weinstine
dpearson@winthrop.com

Lawrence M. Hadley
Hennigan, Bennett & Dorman
hadley@hbdlaywers.com

Date: March 17, 2005

s/ John C. Adkisson
John C. Adkisson

COS.doc