# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL HEARING

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Plaintiff, | ) | Case No: 01-1781 |
| | ) | Date: July 6, 2005 |
| v. | ) | Court Reporter: Lorilee Fink |
| | ) | Time Commenced: 1:45 p.m. |
| AVERY DENNISON CORPORATION, | ) | Time Concluded: 2:10 p.m. |
| | ) | Time in Court: 25 Minutes |
| Defendant. | ) | |

Hearing on: Status Conference

## APPEARANCES:

Plaintiff: John C. Adkinson/Jonathan E. Singer (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

Defendant: Lawrence M. Hadley (Hennigan, Bennett & Dorman)
Matthew Spohn (Winthrop & Weinstine)

## PROCEEDINGS:

Status conference held. Argument heard on Defendant's Request for Reconsideration of the Court's June 20, 2005 Memorandum and Opinion Construing Disputed Claims and Defendant's Request for Permission to file a Motion for Summary Judgment. A written Order will be forthcoming regarding these matters.
Discussions held regarding trial setting and scheduling. A firm trial setting of December 12, 2005 at 9:00 a.m. is set. A hearing is scheduled for November 28, 2005 at 11:00 a.m. as a time for a pre-trial conference and to address motions in limine.

IT IS ORDERED:

Written order forthcoming.
Trial Order forthcoming.

s/Sarah E. Bagwell
Calendar Clerk