IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant | Civil Action No. 01-1781 JRT/FLN |

**3M'S MOTION TO STRIKE AVERY'S "SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,897,930 PURSUANT TO FED. R. CIV. P. 26(A)(2)(B)"**

Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company ("3M") move for an Order striking Avery's "Supplemental and Revised Expert Report of Dr. Anthony J. McHugh Regarding Invalidity of U.S. Patent No. 5,897,930 Pursuant to Fed. R. Civ. P. 26(a)(2)(B)." This motion is support by the accompanying memorandum of law and all of the pleadings and proceedings herein.

Dated: August 1, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY

60307967.doc