IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 (JRT/FLN) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S MOTION TO STRIKE PORTIONS OF AVERY'S "SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,897,930 PURSUANT TO FED. R. CIV. P. 26(A)(2)(B)"**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C., P.A., and I am counsel for plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company in the above-captioned case.

2. Attached herewith as Exhibit A is a true and correct copy of an Order from the U.S. Court of Appeals for the Federal Circuit, dated January 20, 2004.

3. Attached herewith as Exhibit B is a true and correct copy of the parties' Stipulation, dated December 6, 2002.

4. Attached herewith as Exhibit C are true and correct copies of excerpts of the claim construction hearing transcript, dated August 30, 2004.

5. Attached herewith as Exhibit D is a true and correct copy of the Supplemental and Revised Expert Report of Dr. Anthony J. McHugh Regarding Invalidity of U.S. Patent No. 5,897,930 Pursuant to Fed. R. Civ. P. 26(a)(2)(B), dated July 11, 2005.

6. Attached herewith as Exhibit E is a true and correct copy of the redlined Supplemental and Revised Rebuttal Expert Report of Dr. Anthony J. McHugh Regarding Non-Infringement of U.S. Patent No. 5,897,930, dated May, 2004.

7. Attached herewith as Exhibit F is a true and correct copy of Avery's Second Supplemental Response to 3M's Interrogatory No. 5, dated June 24, 2002.

8. Attached herewith as Exhibit G is a true and correct copy of Defendant's Amended Claim Construction Contentions and Present List of Invalidating Prior Art, dated May 4, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 1, 2005

By: s/Katherine A. Moerke
Katherine A. Moerke

60306256