# EXHIBIT A

# United States Court of Appeals for the Federal Circuit

## ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the APPELLEE, and the petition for rehearing having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on January 27, 2004.

Circuit Judge SCHALL did not participate in the vote.

FOR THE COURT,

Jan Horbaly
Clerk

Dated: January 20, 2004

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN 20 2004
JAN HORBALY
CLERK

cc: Frank P. Porcelli
Roderick G. Dorman

3M V AVERY DENNISON, 03-1203
(DCT - 01-CV-1781)

Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.