# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (DSD/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF INVALIDITY AND UNENFORCEABILITY PURSUANT TO FED. R. CIV. P. 41(a)(1); ORDER THEREON AND DIRECTING CLERK TO ENTER JUDGMENT**

WHEREAS, on October 18, 2002 the Court issued an Order granting Defendant Avery Dennison Corporation's ("Avery") Motion for Summary Judgment of Non-Infringement of United States Patent No. 5,897,930 ("Order"); and

WHEREAS, the parties desire to obtain an appealable final judgment in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AND, SUBJECT TO THE APPROVAL OF THE COURT, ORDERED THAT:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), Avery's Counterclaims for Declaratory Judgment of Invalidity and Unenforceability are hereby dismissed without prejudice

2. At Avery's option, Avery may reinstate and reassert the foregoing Counterclaims for Declaratory Judgment, as currently pled, without opposition from 3M Innovative Properties Company or Minnesota Mining and Manufacturing Company (collectively "3M"), provided that (a) 3M appeals the Order to the United States Court of Appeals for the Federal Circuit, (b) the Federal Circuit reverses or vacates any portion of the Order and (c) the Federal Circuit remands

FILED 12-6-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-6-02
DEPUTY CLERK

the action to this Court for further proceedings.

3. In the event of a remand to this Court following any appeal, absent an order from this Court based upon a showing of good cause, neither party shall be entitled to engage in new fact or expert discovery, or to supplement or provide additional expert disclosures or reports.

SO STIPULATED.

Dated: December 5, 2002

WINTHROP & WEINSTINE, P.A.

By [signature]
David P. Pearson (#84712)
Tiffany A. Blofield (#237279)

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

Attorneys for Defendant
Avery Dennison Corporation

Dated: December 5, 2002

FISH & RICHARDSON, P.C., P.A.

By [signature]
R. J. Zayed (#309849)
John C. Adkisson (#266358)

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiffs
3M Innovative Properties Company and
Minnesota Mining and Manufacturing
Company

**ORDER THEREON**

Pursuant to this stipulation and the Court's Order of October 18, 2002, the Clerk is hereby directed to enter judgment forthwith under Fed. R. Civ. P. 58: (1) dismissing Plaintiffs' claim of infringement of United States Patent No. 5,897,930 Patent ("the '930 Patent") with prejudice; and (2) dismissing Defendant's Counterclaim for Declaratory Judgment of Invalidity and/or Unenforceability of the '930 Patent without prejudice.

IT IS SO ORDERED.

Dated: 12/6/02

United States District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.

230461\v1