# CERTIFICATE OF SERVICE

I certify that on August 1, 2005, I have caused the following documents:

3M'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF AVERY'S "SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,897,930 PURSUANT TO FED. R. CIV. P. 26(A)(2)(B)"

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S MOTION TO STRIKE PORTIONS OF AVERY'S "SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,897,930 PURSUANT TO FED. R. CIV. P. 26(A)(2)(B)"

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING 3M's MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF AVERY'S "SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,897,930 PURSUANT TO FED. R. CIV. P. 26(A)(2)(B)"

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

United States Magistrate Judge Franklin L. Noel

and I certify that I have caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below to the following:

David P. Pearson
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Lawrence M. Hadley, Esq.
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Date: August 1, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60307908.doc