IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

vs.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-CV-1781 (JRT/FLN)

**CERTIFICATE OF SERVICE OF AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,987,930**

I certify that on August 8, 2005, I have caused the following documents:

1. AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,987,930;

2. DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,987,930; and

3. LOCAL RULE 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY J. MCHUGH REGARDING INVALIDITY OF U.S. PATENT NO. 5,987,930

to be filed electronically with the Clerk of the Court through ECF will send an e-notice of the electronic filing to the following:

Jonathan E. Singer *singer@fr.com*
John C. Adkisson *adkisson@fr.com*
Katherine A. Moerke *moerke@fr.com*
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books *brooks@fr.com*
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

Dated: August 8, 2005

/S/Lawrence M. Hadley
David P. Pearson