Fish & Richardson p.c.,p.a.

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

austin
boston
dallas
delaware
new york
san diego
silicon valley
twin cities
washington, dc

August 11, 2005

**VIA HAND DELIVERY AND ELECTRONIC FILING**

Magistrate Judge Franklin L. Noel
United States Courthouse
300 South 4th Street
Suite 9W
Minneapolis, MN 55415

Re: *3M Innovative Properties Co. et al. v. Avery Dennison Corp.*
USDC-D. MN (Minneapolis) - Civil Action No. 01-1781 JRT/FLN

Dear Magistrate Judge Noel:

I write to correct a statement Avery's counsel made in its Opposition to 3M's Motion to Strike Supplemental and Revised Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,987,930.

In its brief, Avery claims that "Avery's trial counsel never received Magistrate Judge Noel's October 5, 2004 Court Minutes, and did not recall either the telephonic conference or any discussion of deadlines for supplemental reports eight months earlier." Avery Br. at 2. While Plaintiffs cannot speak to what Avery's counsel remembers, Avery's claim that its trial counsel "never received" the Court's October 5, 2004 Minutes is plainly incorrect. According to the attached ECF filing certificate, this Court's October 5, 2004 Minutes were e-mailed directly to Mr. Hadley (who signed the brief), as well as another member of Avery's trial team, Roderick Dorman, as well as Mr. Hadley and Mr. Dorman's assistants.

We look forward to further discussing Plaintiffs' motion with the Court next Monday morning.

Sincerely,

s/John C. Adkisson

JCA/mla

Enclosure
60309485.doc