**From:** ecf-notice@mnd.uscourts.gov [mailto:ecf-notice@mnd.uscourts.gov]
**Sent:** Wednesday, October 06, 2004 12:15 PM
**To:** ecf-notice@mnd.uscourts.gov
**Subject:** Activity in Case 0:01-cv-01781-JRT-FLN 3M Innovative Prop, et al v. Avery-Dennison "Status Conference"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was entered on 10/6/2004 at 12:15 PM CDT and filed on 10/5/2004
**Case Name:** 3M Innovative Prop, et al v. Avery-Dennison
**Case Number:** 0:01-cv-1781
**Filer:**
**Document Number:** 178

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge Franklin L Noel : Follow-up Case Management Conference held on 10/5/2004. (DFL)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=10/6/2004] [FileNumber=348904-0]
[6a3f01f2cf9405d392d5874d6cb42161c00b84aa239161448d88770fde4429d4bbb5
01e78601615f57c29d2c56ed86db95c813ca79041a463989d3fa8f301405]]

**0:01-cv-1781 Notice will be electronically mailed to:**

John C Adkisson adkisson@fr.com, mla@fr.com

Tiffany Ann Blofield tblofield@winthrop.com, sernster@winthrop.com

Juanita R Brooks brooks@fr.com, jkn@fr.com

Jay R Campbell jcampbell@rennerotto.com

Roderick G Dorman dormanr@hbdlawyers.com,

spearsl@hbdlawyers.com,biserm@hbdlawyers.com;effnere@hbdlawyers.com

Lawrence M Hadley hadleyl@hbdlawyers.com,
spearsl@hbdlawyers.com;biserm@hbdlawyers.com;effnere@hbdlawyers.com

David P Pearson dpearson@winthrop.com, prodewald@winthrop.com

Laura A Pfeiffer &nb! sp lpfeiffer@winthrop.com, lobrien@winthrop.com

R J Zayed rzayed@ccvl.com, kjohnston@ccvl.com

**0:01-cv-1781 Notice will not be electronically mailed to:**

Armand F Ayazi
Hennigan Bennett & Dorman
601 Figueroa St S Ste 3300
Los Angeles, CA 90017

Timur Engin
Fish & Richardson
Ste 3100
225 Franklin St
Boston, MA 02110-2804

Kurt L Glitzenstein
Fish & Richardson
Ste 3100
225 Franklin St
Boston, MA 02110-2804

Gregory A Madera
Fish & Richardson
Ste 3100
225 Franklin St
Boston, MA 02110-2804

Carolyn V Peters
3M Company
PO Box 33427
St Paul, MN 55113-3427

Frank P Porcelli
Fish & Richardson
Ste 3100
225 Franklin St
Boston, MA 02110-2804

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## FOLLOW-UP CASE MANAGEMENT CONFERENCE

3M Innovative Properties Co. et al.,

Plaintiffs,

v.

Avery-Dennison Corp

Defendant.

**COURT MINUTES**
Case Number: 01-1781 JRT/FLN

| | |
|---|---|
| Date: | October 5, 2004 |
| Court Reporter: | n/a |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:15 a.m. |
| Time in Court: | 15 Minutes |

Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John Adkisson, Juanita Brooks

For Defendant: Larry Hadley, David Pearson

A. DESCRIPTION OF THE CASE

1. Nature of the case: Patent claims

2. Legal and factual issues:

a) Liability: ______

b) Damages: ______

B. THE PLEADINGS

1. All filed? Complete

   a. Anticipated amendments? No

   b. Additional parties? No

2. Jury demand:

   a. yes ☒ no ☐

   b. Any issue with respect to jury demand? ____________

3. Amend Pleadings:

   a. Add parties/claims/defenses n/a

   b. Punitive damages motion ____________

C. DISCOVERY

1. Limitations on Discovery:

   a) Interrogatories n/a
   b) Depositions n/a
   c) Requests for Admission n/a
   d) Document Requests n/a
   e) Rule 35 Medical Exam ______
   f) Other ____________

2. Pre-Discovery Disclosures ____________

3. Discovery cut-off Done

4. Other deadlines Within one week after Judge Tunheim rules on claim construction issues, Defendant will, by letter, request permission to file summary judgment motion; Plaintiff will respond, by letter, within one week after Defendant's letter is served.

5. Experts: YES ☒ NO ☐

   a. Identity ____________
   Initial 2 weeks after JRT rules on claim construction issues Rebuttal 2 weeks after initial reports are served

   b. Substance of Testimony ____________
   Initial See above Rebuttal see above

   c. Depositions; Number ______; Date ____________

D. MOTIONS

1. Non-dispositive n/a

2. Dispositive n/a

E. TRIAL READINESS

a. Estimated Trial Time: ____________________

b. Trial Ready Date: TBA

Follow-up case management conference to be scheduled for a date in mid December, 2004, by telephone

s/Franklin L. Noel
U. S. Magistrate Judge