# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

3M Innovative Properties Co.,
Plaintiff,
v.

Avery-Dennison Corp.,
Defendant.

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-1781 (JRT/FLN) |
| Date: | August 15, 2005 |
| Tape Number: | 01-1249 |
| Time Commenced: | 10:30 |
| Time Concluded: | 11:05 |
| Time in Court: | 35 Minutes |

APPEARANCES:

For Plaintiff: John Adkisson
For Defendant: David Pearson

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Plaintiff's Motion to Strike Expert Report [#188] is taken under advisement as of August 15, 2005.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Amber S. Lee
Signature of Law Clerk