# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

3M Innovative Properties Co.,

Plaintiff,

v.

Avery-Dennison Corp.,

Defendant.

**NOTICE OF WITHDRAWAL OF COUNSEL LAURA A. PFEIFFER**

Case No: 01-1781 (JRT/FLN)

PLEASE TAKE NOTICE that pursuant to United States District Court Electronic Case Filing Procedure II. A. 6, Electronic Filing and Service of Documents, Laura A. Pfeiffer, of Winthrop & Weinstine, P.A. 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, hereby withdraws from further representation of the above-referenced Defendants and requests to be removed from the Court's records for any future mailings in this matter. **Defendant will continue to be represented by David P. Pearson of Winthrop & Weinstine, P.A. and shall remain on the Court's records for all future mailings and service.**

Dated: August 17, 2005

s/Laura A. Pfeiffer
Laura A. Pfeiffer, #0260125
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff Avery-Dennison Corp.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
lpfeiffer@winthrop.com

2440407v1