**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the **17th** day of August**, 2005**, I caused the following document(s):

1. NOTICE OF WITHDRAWAL OF COUNSEL LAURA A. PFEIFFER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John C. Adkisson adkisson@fr.com

Dated: August 17, 2005

s/Laura A. Pfeiffer
Laura A. Pfeiffer, #0260125
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff Avery-Dennison Corp.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
lpfeiffer@winthrop.com

2441130v1