IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY DENNISON CORPORATION, | : | |
| Defendant. | : | |

# DECLARATION OF DAVID P. PEARSON

I, David P. Pearson, declare and state as follows:

1. I am an attorney with the law firm of Winthrop & Weinstine, P.A., counsel for Avery Dennison Corporation ("Avery") in this matter. I make this Declaration in support of Avery Dennison Corporation's Objections to Magistrate Judge's Order Granting in Part 3M's Motion to Strike Supplemental and Revised Expert Report of Dr. Anthony J. McHugh. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the August 30, 2004 claim construction hearing in this matter.

3. Attached as Exhibit 2 is a true and correct copy of the Supplemental and Revised Expert Report of Dr. Anthony J. McHugh Regarding Invalidity of U.S. Patent No. 5,897,930 Pursuant to Fed. R. Civ. P. 26(a)(2)(B), which Avery served on July 11, 2005.

4. Attached as Exhibit 3 is a true and correct copy of the Rebuttal Expert Report of A. Brent Strong, Ph.D, which 3M served on July 26, 2005.

5. Attached as Exhibit 4 is a true and correct copy of the August 24, 2005 Order of Magistrate Judge Noel in this matter.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of September, 2005, in Minneapolis, Minnesota.

S/David P. Pearson
David P. Pearson

Subscribed and sworn to before me
this 12th day of September, 2005.

s/Elizabeth H. Mulvaney
Notary Public-Minnesota
My commission expires: January 31, 2010

2465641v1