# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Innovative Properties Company and
Minnesota Mining and Manufacturing Company,

Plaintiffs,

v.

Avery-Dennison Corporation,

Defendant.

Civil: 01-1781 JRT/FLN

**ORDER**

---

John Adkisson for Plaintiff
David Pearson for Defendant

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 15, 2005, on Plaintiff's Motion to Strike Defendant's "Supplemental and Revised Expert Report of Dr. Anthony McHugh" regarding the invalidity of U.S. Patent No. 5,897,930 [#188].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike [#188] is **GRANTED in part** and **DENIED in part** as follows:

1) Insofar as Plaintiffs move to strike the supplemental expert report as untimely, the Motion is **denied;**

2) Insofar as Plaintiffs move to strike the portions of the supplemental report that relate to the Wood and McKenzie patents, the Motion is **granted;**

3) Insofar as Plaintiffs move to strike the portions of the supplemental report that relate to previously undisclosed testing that involved photos of Plaintiff's reflective sheeting, the Motion is **granted.**

Dated: August 24, 2005

*s/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge