**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the **12th** day of September**, 2005**, I caused the following document(s):

1. Avery Dennison Corporation's Objections to Magistrate Judge's Order Granting in Part 3M's Motion to Strike Supplemental and Revised Expert Report of Dr. Anthony J. McHugh;
2. Declaration of Lawrence M. Hadley; and
3. Declaration of David P. Pearson

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John C. Adkisson adkisson@fr.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Juanita R. Brooks
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Dated: September 12, 2005

s/David P. Pearson
David P. Pearson, #0084712
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff Avery-Dennison Corp.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
mspohn@winthrop.com

2465937v1