IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

Civil Action No. 01-1781 (JRT/FLN)

v.

AVERY DENNISON CORPORATION,

Defendant.

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING 3M'S RESPONSE TO AVERY'S DENNISON CORPORATION'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING IN PART 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY MCHUGH**

I, Katherine A. Moerke, certify that 3M'S Response to Avery's Dennison Corporation's Objections to Magistrate Judge's Order Granting in Part 3M's Motion to Strike Supplemental and Revised Expert Report of Dr. Anthony McHugh complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 3,466 words.

Dated: September 26, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY

60315265.doc