IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br>Plaintiffs,<br>v.<br>AVERY DENNISON CORPORATION,<br>Defendant. | Civil Action No. 01-1781 (JRT/FLN) |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S RESPONSE TO AVERY'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING IN PART 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY MCHUGH**

I, Katherine A. Moerke, declare as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C., P.A., and I am counsel for plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company in the above-captioned case.

2. Attached herewith as Exhibit A is a true and correct copy of the redlined "Supplemental and Revised Expert Report of Dr. Anthony J. McHugh Regarding Invalidity of U.S. Patent No. 5,897,930 Pursuant to Fed. R. Civ. P. 26(a)(2)(B)," dated May, 2004.

3. Attached herewith as Exhibit B are true and correct copies of excerpts of the transcript of proceedings before the Honorable John R. Tunheim, dated August 30, 2004.

4. Attached herewith as Exhibit C is a true and correct copy of the "Supplemental and Revised Expert Report of Dr. Anthony J. McHugh Regarding Invalidity of U.S. Patent No. 5,897,930 Pursuant to Fed. R. Civ. P. 26(a)(2)(B)," dated July 11, 2005.

5. Attached herewith as Exhibit D is a true and correct copy of the transcript of proceedings before the Honorable Franklin L. Noel, dated August 15, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2005

By s/Katherine A. Moerke
Katherine A. Moerke

60315264.doc