# CERTIFICATE OF SERVICE

I certify that on September 26, 2005, I have caused the following documents:

- ? 3M'S RESPONSE TO AVERY'S DENNISON CORPORATION'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING IN PART 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY MCHUGH

- ? DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S RESPONSE TO AVERY'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING IN PART 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY MCHUGH

- ? LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING 3M'S RESPONSE TO AVERY'S DENNISON CORPORATION'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING IN PART 3M'S MOTION TO STRIKE SUPPLEMENTAL AND REVISED EXPERT REPORT OF DR. ANTHONY MCHUGH

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

Date: September 26, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60315268.doc