**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CIVIL TRIAL CALENDAR COMMENCING Monday, December 12, 2005
at 9:30 a.m., before JUDGE JOHN R. TUNHEIM

---

JURY TRIAL in MINNEAPOLIS Estimated length: 5-7 Days

***3M Innovative Properties Company &***
***Minnesota Mining and Manufacturing Company***

Jonathan E. Singer/John C. Adkisson/Katherine A. Moerke 612-335-5070
Juanita R. Brooks 858-678-5070
(FISH & RICHARDSON, P.C.)

Kevin H. Rhodes 651-736-4533
(3M INNOVATIVE PROPERTY COMPANY)

**v. Civil 01-1781 (JRT/FLN)**

***Avery-Dennison Corporation***

David P. Pearson 612-604-6400
(WINTHROP & WEINSTINE, P.A.)
Roderick G. Dorman/Lawrence M. Hadley 213-694-1200
(HENNEGIN, BENNETT & DORMAN, LLP)
Jay R. Campbell 216-621-1113
(RENNER OTTO BOISSELLE & SKLAR)

---