# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M Innovative Properties Company et al. | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiffs, | ) | |
| | ) | Case No: 01-1781 JRT/FLN |
| v. | ) | Date: October 25, 2005 |
| | ) | Court Reporter: n/a |
| Avery-Dennison Corporation | ) | Time Commenced: 9:30 a.m. |
| | ) | Time Concluded: 12:30 p.m. |
| Defendant. | ) | Time in Court: 3 Hours |
| | ) | |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff: Jonathan Singer & John Adkisson
Defendant: Roderick Dorman

## PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Final pretrial conference held
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☒ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to __________________ at _________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

S/ *Cathy Orlando*
Judicial Assistant