IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**NOTICE OF 3M'S MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14**

PLEASE TAKE NOTICE THAT Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company ("3M"), will bring a Motion to Strike Avery's Untimely Supplemental Response to 3M's Interrogatory No. 14 on November 21, 2005 at 11:00 a.m., before the Honorable Franklin L. Noel, United States Magistrate Judge, 300 South Fourth Street, Courtroom 8E, Minneapolis, MN  55402.

Dated: November 7, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY

60322904.doc