UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF 3M'S MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14**

I, John C. Adkisson, declare as follows:

1. I am a principal with the law firm of Fish & Richardson P.C., P.A., and I am counsel for plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company in the above-captioned case.

2. I discussed Avery's failure to provide supplemental willfulness discovery with Avery's counsel, Larry Hadley, on July 29, 2005.

3. During that discussion, I asked Mr. Hadley what Avery was doing with respect to supplementing discovery related to its willfulness defense, and Mr. Hadley told me that he had not thought about doing so.

4. On October 14, 2005, I met and conferred with Mr. Hadley on the supplementation of Avery's willfulness discovery (along with other issues) in advance of the October 25, 2005 settlement conference with the Court.

5. During that discussion, Mr. Hadley suggested that Avery had no duty to supplement its interrogatory responses regarding willfulness and asked me what outstanding interrogatory covered the request.

6. I responded to Mr. Hadley on October 17, 2005, directing Mr. Hadley's attention to Interrogatory No. 14. In that same correspondence, I reiterated my understanding that Avery would not be supplementing its response to that interrogatory.

7. On November 7, 2005, I met and conferred with Mr. Hadley regarding the instant motion. Mr. Hadley told me that Avery would again supplement its response to Interrogatory No. 14 to include more detail, but that Avery would oppose this motion in all other respects.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2005

By: s/ John C. Adkisson
John C. Adkisson

60322913.doc