**CERTIFICATE OF SERVICE**

I certify that on November 7, 2005, I have caused the following documents:

NOTICE OF 3M'S MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14

3M'S MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING 3M'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14

DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF 3M'S MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S MOTION TO STRIKE AVERY'S UNTIMELY SUPPLEMENTAL RESPONSE TO 3M'S INTERROGATORY NO. 14

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

United States Magistrate Judge Franklin L. Noel

and I certify that I have caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below to the following:

David P. Pearson
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Lawrence M. Hadley, Esq.
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Date: November 7, 2005

s/Katherine A. Moerke________________
Katherine A. Moerke

60322917.doc