UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**AVERY DENNISON CORPORATION'S FINAL NOTICE OF INVALIDATING PRIOR ART**
**35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Defendant Avery Dennison Corporation ("Avery"), hereby provides notice of all prior art upon which Avery intents to rely upon at trial as invalidating the '930 Patent based on claim construction contentions offered by 3M and claim constructions adopted by the Courts in this action:

USPN 1,511,060
USPN 1,541,311
USPN 1,056,482

USPN 2,555,564
USPN 2,592,801
USPN 2,196,804

USPN 3,301,741
USPN 3,944,692
USPN 3,611,919
USPN 3,331,729
USPN 3,036,945
USPN 3,314,838
USPN 3,346,105
USPN 3,413,168
USPN 3,616,156
USPN 3,386,846
USPN 3,993,815
USPN 3,922,435

USPN 3,802,947
USPN 3,615,992
USPN 3,741,786
USPN 3,953,639
USPN 3,409,991
USPN 3,997,702
USPN 3,779,850
USPN 3,927,706
USPN 3,814,647
USPN 3,769,114
USPN 3,887,678
USPN 3,190,178
USPN 3,989,775
USPN 3,554,835

USPN 4,713,273
USPN 4,023,570
USPN 4,397,905
USPN 4,861,635
USPN 4,968,562
USPN 4,994,322
USPN 4,913,926
USPN 4,289,821
USPN 4,322,450
USPN 4,427,732
USPN 4,377,050
USPN 4,761,320
USPN 4,889,234
USPN 4,054,697
USPN 4,151,319
USPN 4,376,151
USPN 4,587,152
USPN 4,556,595
USPN 4,605,592
USPN 4,735,837
USPN 4,855,170
USPN 4,986,866
USPN 4,965,113
USPN 4,873,132
USPN 4,859,512
USPN 4,728,380
USPN 4,430,137
USPN 4,743,488
USPN 4,666,751
USPN 4,775,572
USPN 4,053,669
USPN 4,539,056
USPN 4,333,980

USPN 4,736,048
USPN 4,544,590
USPN 4,163,822
USPN 4,529,654
USPN 4,517,044
USPN 4,092,198
USPN 4,037,816
USPN 4,223,067
USPN 4,546,900
USPN 4,615,754
USPN 4,612,075
USPN 4,329,385
USPN 4,981,544
USPN 4,902,594
USPN 4,288,481
USPN 4,089,731
USPN 4,131,663
USPN 4,035,549
USPN 4,946,527
USPN 4,948,663
USPN 4,737,112
USPN 4,629,663
USPN 4,606,962
USPN 4,568,602
USPN 4,555,284
USPN 4,548,862
USPN 4,547,431
USPN 4,546,037
USPN 4,546,029
USPN 4,518,643
USPN 4,472,480
USPN 4,219,376
USPN 4,214,028
USPN 4,171,397
USPN 4,415,615
USPN 4,374,883
USPN 4,418,120
USPN 4,166,152
USPN 4,726,982
USPN 4,732,800
USPN 4,702,948
USPN 4,109,665
USPN 4,400,422
USPN 4,396,448
USPN 4,552,615
USPN 4,720,325
USPN 4,326,002
USPN 4,325,768

USPN 4,158,073
USPN 4,988,567
USPN 4,630,891
USPN 4,551,297
USPN 4,320,162
USPN 4,045,153
USPN 4,985,342
USPN 4,978,565
USPN 4,930,266
USPN 4,908,273
USPN 4,894,277
USPN 4,822,687
USPN 4,818,610
USPN 4,814,040
USPN 4,385,951
USPN 4,637,943
USPN 4,287,013
USPN 4,783,354
USPN4,025,159
USPN 4,075,049
USPN 4,343,848
USPN 4,237,889
USPN 4,091,154

USPN 5,405,675
USPN 5,141,790
USPN 5,298,791
USPN 5,296,277
USPN 5,362,516
USPN 5,268,228
USPN 5,437,754
USPN 5,449,540
USPN 5,462,765
USPN 5,643,668
USPN 5,906,883
USPN 5,227,233
USPN 5,344,693
USPN 5,866,220
USPN 5,487,929
USPN 5,676,787
USPN 5,194,299
USPN 5,273,805
USPN 5,589,246
USPN 5,591,290
USPN 5,958,309
USPN 5,246,762
USPN 5,008,139
USPN 5,061,535

USPN 5,073,457
USPN 5,080,957
USPN 5,130,185
USPN 5,322,731
USPN 5,344,681
USPN 5,458,983
USPN 5,607,763
USPN 5,625,006
USPN 5,665,446
USPN 5,090,762
USPN 5,039,172
USPN 5,871,607
USPN 5,342,469
USPN 5,705,011
USPN 5,958,447
USPN 5,508,084
USPN 5,203,941
USPN 5,506,031
USPN 5,889,118
USPN 5,599,618
USPN 5,154,956
USPN 5,229,186
USPN 5,158,557
USPN 5,250,253
USPN 5,234,734
USPN 5,693,405
USPN 5,304,272
USPN 5,169,704
USPN 5,051,310
USPN 5,037,680
USPN 5,032,003
USPN 5,698,276
USPN 5,639,530
USPN 5,405,675
USPN 5,147,698
USPN 5,374,468
USPN 5,718,789
USPN 5,858,160
USPN 5,582,102
USPN 5,455,103
USPN 5,425,977
USPN 5,079,058
USPN 5,145,544
USPN 5,691,034
USPN 5,585,178
USPN 5,382,464
USPN 5,300,340
USPN 5,141,740

USPN 5,087,494
USPN 5,017,255
USPN 5,354,597
USPN 5,501,679
USPN 5,429,856
USPN 5,458,719
USPN 5,338,590
USPN 5,278,271
USPN 5,650,215
USPN 5,529,828
USPN 5,310,576
USPN 5,211,597

USPN 6,197397
USPN 6,203,885 B1
USPN 6,123,890
USPN 6,083,616
USPN 6,315,851 B1
USPN 6,015,606
USPN 6,077,560
USPN 6,129,971
USPN 6,217,981
USPN 6,074,745
USPN 6,060,159
USPN 6,183,671

JP 09114383A1
JP 01684502 A
JP 07090231 A
JP 09141812 A
JP 04031478 A
JP 05261867 A
JP 05254066 A
JP 05254061 A
JP 03231981 A
JP 08100155 A
JP 02025229
JP 08048951 A1
JP 08048951 A2

JP 11323790A2
JP 10274940A2

JP 2229875 A
JP 2587198
JP 271629
JP 2075679 A

JP 3-243677

JP 3062874 A

JP 59078285 A
JP 5-309885
JP 5269846
JP 59-53787
JP 5314259 A
JP 5271629 A
JP 55129477A1
JP 55129477A2
JP 5,9053787
JP 5229270 A
JP 59053787 A

JP 6-212131
JP 61254334 A
JP 63193982A
JP 60204643A1
JP 60204643A2
JP 63223081A
JP 6-184502
JP 61293281 A
JP 6184502 A

JP 7-138541

JP 85-0111156
JP 8225776 A
JP 8193830 A

JP 9235525 A1
JP 9-157612
JP 9277460
JP 9235525
JP 9114383A2
JP 9277460 A
JP 63-031734
JP 57-178718
JP 56-074045
JP 06-270043
JP 9309166
JP 8164580
JP 4043034
JP 3231981
JP 2196653
JP 272328
JP 3243677
JP 367043

0 429 269 A1

DE 3,417,746 A1

DE 4,411,562 A1
DE 4,411,562 C2

EP 0,459,059A2
EP 0,580,981B1
EP 0,479,223 B1
EP 0,752,498 A3
EP 0,752,498 A2
EP 0,784,544 B1
EP 0,429,269 A1
EP 0,725,809B1
EP 0,313,766B1
EP 0,288,733B1
EP 0,602,599A1
EP 0,622,431 A1
EP 0,705,894 A2
EP 0,572,227 A1
EP 0,508,722 A1
EP 0,539,099 A3
EP 0,352,998 B1
EP 0,547,593 A1
EP 0,257,984 B1
EP 0,696,603 A1
EP 0,336,431 A3
EP 0,683,216 A1
EP 0,336,431 B1
EP 0,669,350 A1
EP 0,274,875 A1
EP 0,529,546 A1
EP 0,570,512 B1
EP 0,529,546 B1
EP 0,507,878 B1
EP 0,570,515 B1
EP 0,336,693 B1
EP 0,279,579 B1

EP 1,0119,55A1
EP 175,513 B

EP 276,557 A
EP 276,557 B
EP 257,984 A
EP 439,941 A
EP 439,941 B
EP 411,820 A

EP 411,820 B
EP 444,354 B
EP 521,875 B
EP 500,590 B
EP 609,603 A
EP 647,256 B
EP 88301088
EP 90312546

GB 1,511,060
GB 1,510,810
GB 1,541,311
GB 2,290,692
GB 2,019,315
GB 9,512,661.1
GB 1,543,977

WO 9718276A1
WO 9829231

PCT/US 99/03414
PCT/US 99/23020

PCT/WO 00/69985
PCT/WO 073083A1
PCT/WO 073082A1
PCT/WO 00/69985

PCT/WO 85/04602

PCT/WO 99/65999
PCT WO 99/35201
PCT/WO 98/29516
PCT/WO 97/23577
PCT/WO 97/26286
PCT/WO 95/33575
PCT/WO 95/33565A1
PCT/WO 96/11116
PCT/WO 95/11945
PCT/WO 93/03107
PCT/WO 92/05314
PCT/WO 98/27857
PCT/WO 99/23020
PCT/WO 99/35201
PCT/WO 99/61321
PCT/WO 99/00271
PCT/WO 97/01776
PCT/WO 97/31077
PCT/WO 9632248

PCT/WO 9816362A1
PCT/WO 93/0512
PCT/WO 98/18878
PCT/WO 93/03107
PCT/WO 97/46631
PCT/WO 9420585
PCT/WO 95/11945 A
PCT/WO 9400525 A
PCT/WO 97/25268 A
PCT/WO 9725256 A
PCT/WO 91/15365 A
PCT/WO 9107277 A
PCT/WO 95/11655
PCT/WO 94/13465
PCT/WO 93/01047

RE 23,843
RE 24,906
RE 23,910

CA app 232,709

DATED: November 10, 2005

HENNIGAN, BENNETT & DORMAN LLP

By /s/ Lawrence M. Hadley
Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTEIN, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO, BOISSELLE & SKLAR, P.L.L.
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-6155 - Facsimile

**CERTIFICATE OF SERVICE**

On November 10, 2005, I served a copy of the within document described as **AVERY DENNISON CORPORATION'S FINAL NOTICE OF INVALIDATING PRIOR ART 35 U.S.C. § 282** by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic file the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Brooks
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/s/ Lisa Spears
Lisa Spears