# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(c), the undersigned hereby certifies, as counsel for Defendant, that this memorandum of law complies with the type-volume limitation as there are 4,464 words of proportional space type in this memorandum of law. This memorandum of law was prepared using Microsoft Word 2000. I have relied upon the word count of this word processing program and certify that it has been applied specifically to include all text, including headings, footnotes, and quotations.

DATED: November 14, 2005

Respectfully submitted,

s/David P. Pearson
David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(216) 694-1200 - Telephone
(216) 621-1234 - Facsimile