IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, Plaintiffs, | : | Civil Action No. 01-CV-1781 (DSD/JMM) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, Defendant. | : | |

**DECLARATION OF LAWRENCE M. HADLEY**

I, Lawrence M. Hadley, declare and state as follows:

1. I am an attorney with the law firm of Hennigan, Bennett & Dorman, counsel for Avery Dennison Corporation ("Avery") in this matter. I make this Declaration in support of Avery's motion for judgment on the pleadings. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify as to these facts.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiffs' complaint in this lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of November, 2005 at Los Angeles, California.

/S/ Lawrence M. Hadley
Lawrence M. Hadley

**CERTIFICATE OF SERVICE**

On November 14, 2005, I served a copy of the within document described as **DECLARATION OF LAWRENCE HADLEY** by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley