IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AVERY-DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-CV-1781 (JRT/FLN) |

**AFFIDAVIT OF KYLE J. KAISER IN SUPPORT OF AVERY DENNISON CORPORATION'S REPLY MEMORANDUM OF LAW IN OPPOSITION TO 3M'S MOTION TO STRIKE AVERY'S SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I, Kyle J. Kaiser, being first duly sworn upon oath, depose and state:

1. I am an associate with the law firm of Winthrop and Weinstine P.A. I am licensed to practice in the State of Minnesota and in the United States District Court for the District of Minnesota. I represent Defendant Avery-Dennison Corporation in the above-captioned matter.

2. Attached as Exhibit 1 is a fair and accurate copy of the unreported decision *Anchor Wall Systems v. Rockwood Retaining Walls, Inc.*, No. Civ. 99-1356 (JRT/FLN), 2004 WL 2066823 (D. Minn. Sept. 7, 2004), which is cited in the Reply Memorandum.

FURTHER YOUR AFFIANT SAITH NAUGHT.

s/Kyle J. Kaiser -
Kyle J. Kaiser

Subscribed and sworn to
before me this 14 day
of November, 2005.

s/Constance Kerbel White -
Constance Kerbel White
Notary Public

2543262v1