**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the 14th day of November, 2005, I caused the following document(s):

1. Avery Dennison Corporation's Reply Memorandum of Law in Opposition to 3M's Motion to Strike Avery's Supplemental Response to Interrogatory No. 14;
2. Affidavit of John W. Cornell in Support of Avery Dennison Corporation's Reply Memorandum of Law in Opposition to 3M's Motion to Strike Avery's Supplemental Response to Interrogatory No. 14;
3. Affidavit of Larry Hadley in Support of Avery Dennison Corporation's Reply Memorandum of Law in Opposition to 3M's Motion to Strike Avery's Supplemental Response to Interrogatory No. 14;
4. Affidavit of Kyle J. Kaiser in Support of Avery Dennison Corporation's Reply Memorandum of Law in Opposition to 3M's Motion to Strike Avery's Supplemental Response to Interrogatory No. 14; and
5. Word Count Compliance.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John C. Adkisson adkisson@fr.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Juanita R. Brooks
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Dated: November 14, 2005

s/David P. Pearson
David P. Pearson, #0084712
Winthrop & Weinstine, P.A.
**Attorneys for Plaintiff Avery-Dennison Corp.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400

Facsimile: (612) 604-6800
dpearson@winthrop.com

2543284v1