IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br>Plaintiffs,<br>v.<br>AVERY DENNISON CORPORATION,<br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**3M'S MOTION IN LIMINE TO EXCLUDE ANY TESTIMONY AND ARGUMENT BY AVERY CONTRARY TO CLAIM CONSTRUCTIONS BY THE FEDERAL CIRCUIT AND THIS COURT**

3M (3M Innovative Properties Company and Minnesota Mining and Manufacturing Company collectively) moves to exclude any testimony and argument by Avery Dennison Corporation that is contrary to the claim constructions by the Federal Circuit and this Court.

Dated: November 14, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY