IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (DSD/FLN) |
| vs. | : | |
| AVERY DENNISON CORPORATION, | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING AVERY DENNISON'S MOTION IN LIMINE (NO. 1) TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C. §256**

On November 28, 2005, plaintiffs 3M Innovative Properties and Minnesota Mining and Manufacturing Company, by and through its attorneys of record, and defendant Avery Dennison Corporation, by and through its attorneys of record, came before the above-captioned court, the Honorable David S. Doty, United States District Court Judge, presiding, on Avery's Motion in Limine (No. 1) to Exclude Evidence and Argument Regarding 35 U.S.C. §256.

After full consideration of the record, including the parties' briefs, supporting declarations and exhibits, and the arguments of counsel:

IT IS HEREBY ORDERED that defendant's Motion is GRANTED.

DATED: ________________________________

The Honorable David S. Doty
Judge, U.S. District Court.

**CERTIFICATE OF SERVICE**

On November 14, 2005, I served a copy of the within document described as **[PROPOSED] ORDER GRANTING AVERY DENNISON'S MOTION IN LIMINE (NO. 1) TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C. §256** by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley