IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AVERY-DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-CV-1781 (JRT/FLN) |

**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY DENNISON CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE (NO. 1) TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C §256**

I, Lawrence M. Hadley, certify that Avery-Dennison Corporation's Memorandum in Support of its Motion in Limine (No. 1) to Exclude Evidence and Argument Regarding 35 U.S.C §256 complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word XP, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,187 words.

DATED: November 14, 2004

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6892 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
Armand F. Ayazi
HENNIGAN, BENNETT & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO, BOISSELLE & SKLAR, P.L.L.
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-6155 - Facsimile

**CERTIFICATE OF SERVICE**

On November 14, 2005, I served a copy of the within document described as **LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY DENNISON CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE (NO. 1) TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C §256** by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley