IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**3M'S NOTICE OF MOTIONS IN LIMINE**

PLEASE TAKE NOTICE that plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company, will move this Court on November 28, 2005, at 11:00 a.m., in Courtroom 13E, of the Honorable Judge John R. Tunheim, located at U.S. District Court, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, for Orders granting the following motions in limine. The grounds for these motions are set forth in the accompany Memoranda with Exhibits.

1. 3M's Motion in Limine to Exclude All Evidence and Argument Regarding Inventorship;

2. 3M's Motion in Limine to Exclude Any Undisclosed or Untimely Disclosed Evidence and Argument Regarding Avery's Willfulness Defense;

3. 3M's Motion in Limine to Exclude All Evidence and Argument Regarding Other Litigation and Patent Enforcement Involving 3M;

4. 3M's Motion in Limine to Exclude Any Testimony and Argument by Avery Contrary to Claim Constructions by the Federal Circuit and this Court;

5. 3M's Motion in Limine to Exclude Evidence of Avery's '049 Method Patent;

6. 3M's Motion in Limine to Exclude All Evidence and Argument on the References and Testing Struck from Avery's Supplemental Expert Report;

7. 3M's Motion in Limine to Exclude All Evidence and Argument on the References and Testing Struck from Avery's Supplemental Expert Report;

8. 3M's Motion in Limine to Exclude All Evidence and Argument on Prior Art References That Avery Disclosed After the Court's Deadline or Merely Identified in Discovery;

These motions are based on this Notice of Motions in Limine, the Motions, the accompanying Memoranda in Support file concurrently herewith, the arguments of counsel, and all the papers and proceedings in this matter.

Dated: November 14, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY