IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**PLACEHOLDER FOR 3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ANY UNDISCLOSED OR UNTIMELY DISCLOSED EVIDENCE AND ARGUMENT REGARDING AVERY'S WILLFULNESS DEFENSE**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ANY UNDISCLOSED OR UNTIMELY DISCLOSED EVIDENCE AND ARGUMENT REGARDING AVERY'S WILLFULNESS DEFENSE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally:

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: **61**)

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).