UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF 3M'S MOTIONS IN LIMINE**

I, John C. Adkisson, declare as follows:

1. I am a principal with the law firm of Fish & Richardson P.C., P.A., and I am counsel for plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company in the above-captioned case.

2. I discussed Avery's failure to provide supplemental willfulness discovery with Avery's counsel, Larry Hadley, on July 29, 2005.

3. During that discussion, I asked Mr. Hadley what Avery was doing with respect to supplementing discovery related to its willfulness defense, and Mr. Hadley told me that he had not thought about doing so.

4. On October 14, 2005, I met and conferred with Mr. Hadley on the supplementation of Avery's willfulness discovery (along with other issues) in advance of the October 25, 2005 settlement conference with the Court.

5. During that discussion, Mr. Hadley suggested that Avery had no duty to supplement its interrogatory responses regarding willfulness and asked me what outstanding interrogatory covered the request.

6. I responded to Mr. Hadley on October 17, 2005, directing Mr. Hadley's attention to Interrogatory No. 14. In that same correspondence, I reiterated my understanding that Avery would not be supplementing its response to that interrogatory.

7. On November 8, 2005 in a telephone conference that included Mr. Hadley and his co-counsel, Roderick Dorman, Mr. Hadley stated that the Wood and McKenzie references were not "out of the case," and suggested that Avery might introduce the Wood and McKenzie prior art references at trial through a witness other than Dr. McHugh.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2005

By: s/John C. Adkisson
John C. Adkisson

60322913.doc