**CERTIFICATE OF SERVICE**

I certify that on November 14, 2005, I have caused the following documents:

NOTICE OF 3M'S MOTIONS IN LIMINE

3M'S MOTIONS IN LIMINE

DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF 3M'S MOTIONS IN LIMINE

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

David P. Pearson dpearson@winthrop.com
Winthrop & Weinstine

Lawrence M. Hadley hadley@hbdlaywers.com
Hennigan, Bennett & Dorman

and I certify that I have caused copies of the following documents filed under seal:

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT ON PRIOR ART REFERENCES THAT AVERY DISCLOSED AFTER THE COURT'S DEADLINE OR MERELY IDENTIFIED IN DISCOVERY **(Filed under Seal)**

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING INVENTORSHIP **(Filed under Seal)**

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ANY TESTIMONY AND ARGUMENT BY AVERY CONTRARY TO CLAIM CONSTRUCTIONS BY THE FEDERAL CIRCUIT AND THIS COURT **(Filed under Seal)**

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING OTHER LITIGATION AND PATENT ENFORCEMENT INVOLVING 3M **(Filed under Seal)**

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ANY UNDISCLOSED OR UNTIMELY DISCLOSED EVIDENCE AND ARGUMENT REGARDING AVERY'S WILLFULNESS DEFENSE **(Filed under Seal)**

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT ON THE REFERENCES AND TESTING STRUCK FROM AVERY'S SUPPLEMENTAL EXPERT REPORT **(Filed under Seal)**

3M'S MEMORANDUM IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AVERY'S '049 METHOD PATENT **(Filed under Seal)**

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S MOTIONS IN LIMINE **(Filed under Seal)**

to be forwarded as noted to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 | Via Messenger |
| Lawrence M. Hadley, Esq.<br>Hennigan, Bennett & Dorman<br>601 S. Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 | Via Federal Express |

I further certify that I have caused the proposed orders to be filed with the court via e-mail to the following judge:

The Honorable John R. Tunheim tunheim_chambers@mnd.uscourts.gov

and I certify that I have caused a copy of the proposed orders to be forwarded as noted below to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 | Via Messenger |
| Lawrence M. Hadley, Esq.<br>Hennigan, Bennett & Dorman<br>601 S. Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 | Via Federal Express |

Date: November 14, 2005

s/Katherine A. Moerke________
Katherine A. Moerke

60324495.doc