IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**AVERY DENNISON CORPORATION'S
NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFFS' CLAIM FOR CONTRIBUTORY INFRINGEMENT AND INDUCEMENT OF INFRINGEMENT**

TO PLAINTIFFS 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Avery Dennison Corporation ("Avery") hereby moves the Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for an Order granting Avery judgment on the pleadings regarding plaintiffs' claims for contributory infringement and inducement of infringement. The Motion is made on the grounds that plaintiffs' complaint fails to state a claim for contributory and inducement of infringement.

This Motion is based on Avery's Memorandum in Support of its Motion for Judgment on the Pleadings, the accompanying Declaration of Lawrence M. Hadley, as well as the arguments of counsel. The parties have in good faith conferred in an effort to resolve this matter without Court action, but were unable to reach a resolution.

A hearing on this Motion will be held on November 28, 2005 at 10:00 a.m. before the Honorable David S. Doty, Judge of the U.S. District Court, at the U.S. Courthouse, 110 South Fourth Street, Minneapolis, Minnesota 55401.

DATED: November 14, 2005

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile

**CERTIFICATE OF SERVICE**

On November 14, 2005, I served a copy of the within document described as **AVERY DENNISON CORPORATION'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFFS' CLAIM FOR CONTRIBUTORY INFRINGEMENT AND INDUCEMENT OF INFRINGEMENT** by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley