IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**AVERY DENNISON CORPORATION'S NOTICE OF MOTION AND MOTION IN LIMINE (NO. 1) TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C §256, AND MOTION IN LIMINE (NO. 2) TO EXCLUDE ARGUMENT THAT A USED OR SPENT RELEASE LINER INFRINGES THE PATENT-IN-SUIT**

TO PLAINTIFFS 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Avery Dennison Corporation ("Avery") hereby moves the Court in limine for an Order (1) to exclude evidence and argument regarding 35 U.S.C. §256 and (2) to exclude argument that a used or spent release liner infringes the patent-in-suit.

The Motion seeking exclusion of evidence and argument regarding 35 U.S.C. §256 is made on the grounds that such evidence or argument is inadmissible under Rules 401 and 403 of the Federal Rules of Evidence. This Motion is based on Avery's Memorandum in Support of its Motion in Limine (No. 1) to Exclude Evidence and Argument Regarding 35 U.S.C. §256, as well as the arguments of counsel and all papers and pleadings in this matter.

The Motion seeking to exclude argument that a used or spent release liner infringes the patent-in-suit is based in part on Avery's Motion for Judgment on the Pleadings Re Plaintiffs' Claims for Contributory Infringement and Inducement of Infringement and in part on the grounds that such argument should be excluded under Rules 401 and 403 of the Federal Rules of Evidence and Rules 26 and 37 of the Federal Rules of Civil Procedure. This Motion is also based on Avery's Memorandum in Support of its Motion in Limine (No. 2) to Exclude Argument That a Used or Spent Release Liner Infringes the Patent-in-Suit, as well as the arguments of counsel and all papers and pleadings in this matter.

The parties have in good faith conferred in an effort to resolve these matters without Court action, but were unable to reach a resolution.

A hearing on this Motion will be held on November 28, 2005 at 10:00 a.m. before the Honorable David S. Doty, Judge of the U.S. District Court, at the U.S. Courthouse, 110 South Fourth Street, Minneapolis, Minnesota 55401.

DATED: November 14, 2004

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6892 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
Armand F. Ayazi
HENNIGAN, BENNETT & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO, BOISSELLE & SKLAR, P.L.L.
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-6155 - Facsimile

## CERTIFICATE OF SERVICE

I certify that on November 14, 2005 the true and correct copy of the foregoing **AVERY DENNISON CORPORATION'S NOTICE OF MOTION AND MOTION IN LIMINE (NO. 1) TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C §256, AND MOTION IN LIMINE (NO. 2) TO EXCLUDE ARGUMENT THAT A USED OR SPENT RELEASE LINER INFRINGES THE PATENT-IN-SUIT** was served as follows:

John C. Adkisson
Fish & Richardson, P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley