# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

3M Innovative Properties Company et al.,

Plaintiffs,

v.

Avery-Dennison Corp.,

Defendant.

## COURT MINUTES
BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-1781 (JRT/FLN) |
| Date: | November, 21, 2005 |
| Tape Number: | 686-end |
| Time Commenced: | 10:58 a.m. |
| Time Concluded: | 11:44 a.m. |
| Time in Court: | 46 Minutes |

APPEARANCES:

For Plaintiff: John C. Adkisson
For Defendant: David P. Pearson

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Plaintiff's Motion to Strike Avery's Untimely Supplemental Response to 3M's Interrogatory No. 14 [#213] is denied.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Shay A. Agsten
Signature of Law Clerk