IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (DSD/FLN) |
| vs. | : | |
| AVERY DENNISON CORPORATION, | : | |
| Defendant. | : | |

**AVERY DENNISON CORPORATION'S LIMITED NON-OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING OTHER LITIGATION AND PATENT ENFORCEMENT INVOLVING 3M**

Although it is true that 3M as a business practice aggressively enforces patents that are invalid, Avery does not intend and will not at the trial of this matter present any evidence or arguments regarding other lawsuits or patent enforcement actions involving 3M.

3M's proposed order excluding all other "administrative proceedings … involving 3M" is too broad and would exclude the patent prosecution activities leading to the issuance of 3M's United States Patent No. 6,197,397 B1. The '397 patent is a companion patent issued to 3M inventor Frank Sher and others arising out of the same inventive activities that are the subject of the '930 patent in suit. Avery, at trial, will prove that 3M has enforced the '930 patent for years knowing that Frank Sher, an inventor of every product claim in this case, was not a named inventor on the '930 patent. The evidence Avery will rely upon to prove that the '930 patent is invalid under 35 U.S.C. § 102(f) will include Frank Sher's inventive activities, which are in part memorialized in the '397 patent prosecution history.

Accordingly, Avery has no objection to an *in limine* order that modifies 3M's proposed order as follows:

"All evidence and argument regarding other lawsuits, administrative proceedings, or patent enforcement actions involving 3M, with the exception of any Patent Office proceeding leading to the issuance of U.S. Patent No. 6,197,397 B1, are excluded from trial."

DATED: November 21, 2005

Respectfully submitted,

/S/David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile

2553749v1