IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (DSD/JMM) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**DECLARATION OF LAWRENCE M. HADLEY**

I, Lawrence M. Hadley, declare and state as follows:

1. I am an attorney with the law firm of Hennigan, Bennett & Dorman, counsel for Avery Dennison Corporation ("Avery") in this matter. I make this Declaration in support of Avery's Opposition to 3M's Motion In Limine to Exclude All Evidence and Argument Regarding Inventorship. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify as to these facts.

2. Attached as Exhibit 1 is a true and correct copy of a portion of the Notice of Allowability for the application of the '930 patent.

3. Attached as Exhibit 2 is a true and correct copy of portions from the transcript of the deposition of Frank Sher.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of November, 2005 at Los Angeles, California.

/S/ Lawrence M. Hadley
Lawrence M. Hadley

2553733v1