Exhibit 2

A. Yes, they do.
Q. Did you study the -- did you do any studies in connection with the desired dimensions of these intersections?
MR. MADERA: Objection to form.
A. The desired dimensions of the intersections. Yes.
BY MR. HADLEY:
Q. What was that?
A. We looked at the -- we looked at the embossed structure of the intersection in terms of how it was imparted by the embossing tool such that it was sufficiently high and sufficiently continuous.
Q. Why did that matter?
A. If intersections are too low or blocked then it can impede the air flow.
Q. And that would be the air flow in the channels that are made in the adhesive?
A. Yes, that would be ultimately in the air flow of the product.
Q. And going back to the depth for a moment. You were involved in determining the best depths for air egress -- I'm sorry. We were talking about the ridges. Going back to the ridges. Were you involved in determining the best height of the ridges for air egress?

MR. MADERA: Objection to the form.

A. Best height of the ridges that ultimately gives the best air egress, yes.

BY MR. HADLEY:

Q. How did you determine what that height was or range of heights?

A. We used a surface profilometer, or a surface profiler.

Q. How did you use a surface profiler?

A. Surface profiler you can examine a surface of a topographical surface and it will give you the dimensions, the vertical dimensions, of that particular topography using that instrument.

Q. And then did you do tests to determine how various heights affected air egress?

A. I believe so.

Q. And you did this; is that correct?

A. And only me; is that what you're saying?

Q. No. You were involved in this?

A. Yes.

Q. Was anybody else involved with you?

A. Perhaps.

Q. Can you recall who?

A. I worked with Frank Loncar.

Q. Anyone else?

A. And I worked with Larry Meixner.
Q. Anyone else?
A. Not that I can recall at this time.
Q. Did you ultimately determine what depth -- strike that. Did you ultimately determine what height of the ridges imparted the best air channels for air egress?
MR. MADERA: Objection to form.
A. I can't recall.
BY MR. HADLEY:
Q. Do you recall any range that you found worked better than other ranges?
A. Yes. I know that for -- yes.
Q. What ranges did you find worked better?
A. Well, again we're -- again, it's difficult for me to answer this question.
Q. Why is that?
A. Because you have not specified the cross-sectional shape or width of the channel, so you're just talking now about height, and if we're talking about the -- are we talking about the Comply process today?
Q. We're talking about the development of Comply. But let me ask --
A. Okay.
Q. Let me ask this --
MR. MADERA: I'm going to object to the