IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | |
| Plaintiffs, | Civil Action No. 01-CV-1781 (DSD/FLN) |
| vs. | |
| AVERY DENNISON CORPORATION, | |
| Defendant. | |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, David P. Pearson, certify that the following documents comply with Local Rule 7.1(c).

AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING AVERY'S WILLFULNESS DEFENSE

I certify that the above referenced memorandum contains 5,032 words.

AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ANY TESTIMONY AND ARGUMENT BY AVERY CONTRARY TO CLAIM CONSTRUCTION BY THE FEDERAL CIRCUIT AND THIS COURT

I certify that the above referenced memorandum contains 1,806 words.

AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE STRICKEN FROM AVERY'S SUPPLEMENTAL EXPERT REPORT

I certify that the above referenced memorandum contains 3,155 words.

AVERY DENNISON CORPORATION'S LIMITED NON-OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING OTHER LITIGATION AND PATENT ENFORCEMENT INVOLVING 3M

I certify that the above referenced memorandum contains 234 words.

AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING INVENTORSHIP

I certify that the above referenced memorandum contains 1,471 words.

AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN RESPONSE TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT ON PRIOR ART REFERENCES THAT AVERY DISCLOSED AFTER THE COURT'S DEADLINE OR MERELY IDENTIFIED IN DISCOVERY

I certify that the above referenced memorandum contains 300 words.

AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AVERY'S '049 METHOD PATENT

I certify that the above referenced memorandum contains 2,942 words.

I further certify that, in preparation of these memorandums, I used Microsoft Word 2000 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

DATED: November 21, 2005

Respectfully submitted,

s/ David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile