**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the 21st day of November, 2005, I caused the following document(s):

AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING AVERY'S WILLFULNESS DEFENSE

AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ANY TESTIMONY AND ARGUMENT BY AVERY CONTRARY TO CLAIM CONSTRUCTION BY THE FEDERAL CIRCUIT AND THIS COURT

AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE STRICKEN FROM AVERY'S SUPPLEMENTAL EXPERT REPORT

AVERY DENNISON CORPORATION'S LIMITED NON-OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING OTHER LITIGATION AND PATENT ENFORCEMENT INVOLVING 3M

AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING INVENTORSHIP

AFFIDAVIT OF LAWRENCE M. HADLEY IN OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING INVENTORSHIP

AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN RESPONSE TO 3M'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT ON PRIOR ART REFERENCES THAT AVERY DISCLOSED AFTER THE COURT'S DEADLINE OR MERELY IDENTIFIED IN DISCOVERY

AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AVERY'S '049 METHOD PATENT

LR 7.1 (c) WORD COUNT COMPLIANCE CERTIFICATE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John C. Adkisson adkisson@fr.com
Juanita R. Brooks brooks@fr.com

DATED: November 21, 2005

Respectfully submitted,

s/ David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile