IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, Katherine A. Moerke, certify that the following documents comply with Local Rule 7.1(c).

3M'S MEMORANDUM OF LAW IN OPPOSITION TO AVERY'S MOTION IN LIMINE TO EXCLUDE ARGUMENT THAT A USED OR SPENT RELEASE LINER INFRINGES THE PATENT-IN-SUIT

I certify that the above-referenced memorandum contains 1,675 words.

3M'S MEMORANDUM OF LAW IN RESPONSE TO AVERY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C. § 256

I certify that the above-referenced memorandum contains 2,103 words.

3M'S MEMORANDUM OF LAW IN OPPOSITION TO AVERY'S MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFFS' CLAIM FOR CONTRIBUTORY INFRINGEMENT AND INDUCEMENT OF INFRINGEMENT

I certify that the above-referenced memorandum contains 3,551 words.

I further certify that, in preparation of these memorandums, I used Microsoft Word 2003 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Dated: November 21, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY

60325474