IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2005, I have caused the following documents:

3M'S MEMORANDUM OF LAW IN RESPONSE TO AVERY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING 35 U.S.C. § 256

3M'S MEMORANDUM OF LAW IN OPPOSITION TO AVERY'S MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFFS' CLAIM FOR CONTRIBUTORY INFRINGEMENT AND INDUCEMENT OF INFRINGEMENT

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

and I certify that I have caused copies of the following documents filed under seal:

3M'S MEMORANDUM OF LAW IN OPPOSITION TO AVERY'S MOTION IN LIMINE TO EXCLUDE ARGUMENT THAT A USED OR SPENT RELEASE LINER INFRINGES THE PATENT-IN-SUIT

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S MEMORANDA OF LAW IN RESPONSE TO AVERY'S MOTIONS IN LIMINE AND MOTION FOR JUDGMENT ON THE PLEADINGS

to be served as noted to the following:

David P. Pearson
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Via Messenger

Lawrence M. Hadley, Esq.
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Via Federal Express

Date: November 21, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60325471.doc