IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**NOTICE OF CORRECTION OF HEARING TIME OF AVERY-DENNISON CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS RE PLAINTIFFS' CLAIM FOR CONTRIBUTORY INFRINGEMENT AND INDUCEMENT OF INFRINGEMENT**

TO THE COURT AND TO THE PARTIES:

PLEASE TAKE THAT NOTICE that Avery-Dennison Corporation's Notice of Motion for Judgment on the Pleadings re Plaintiffs' Claim for Contributory Infringement and Inducement of Infringement, filed with this Court on November 15, 2005, erroneously noticed the time for said hearing to be 10:00 a.m. on November 28, 2005. Please note that hearing is scheduled for 11:00 a.m. on November 28, 2005.

DATED: November 22, 2005

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile