IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**NOTICE OF CORRECTION OF**
**HEARING TIME OF AVERY-DENNISON CORPORATION'S**
**MOTIONS IN LIMINE NOS. 1 AND 2**

TO THE COURT AND TO THE PARTIES:

PLEASE TAKE THAT NOTICE that Avery-Dennison Corporation's Notice of Motion in Limine (No. 1) to Exclude Evidence and Argument Regarding 35 U.S.C. § 256 and Motion in Limine (No. 2) to Exclude Argument That a Used or Spent Release Liner Infringes the Patent-in-Suit, filed with this Court on November 15, 2005, erroneously noticed the time for said hearings to be 10:00 a.m. on November 28, 2005. Please note that hearing is scheduled for 11:00 a.m. on November 28, 2005.

DATED: November 22, 2005

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile

**CERTIFICATE OF SERVICE**

On November 22, 2005, I served a copy of the within document described as **NOTICE OF CORRECTION OF HEARING TIME OF AVERY-DENNISON CORPORATION'S MOTIONS IN LIMINE NOS. 1 AND 2** by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley