# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number: 01-cv-1781 (DSD/FLN)**
**Case Title: 3M Innovative Properties Co. and Minnesota Mining and Manufacturing v. Avery Dennison Corporation**

**Affidavit of Movant**

I, David P. Pearson, an active member in good standing of the Bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Omer Salik, an attorney admitted to practice in the Bar of the State of California, but not admitted to the Bar of this Court, who will be additional counsel for DEFENDANT, Avery Dennison Corporation, in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

_______________________
Signature

Minnesota Attorney License Number: 84712
Law Firm Name & Address: Winthrop & Weinstine, P.A.
3000 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, MN 55402-4430
Telephone: 612 347-0700 - Fax: 612 347-0600

**Affidavit of Proposed Admittee**

I, Omer Salik, am currently a member in good standing of the U.S. District Court for the Bar of the State of California, but not admitted to the Bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| | | |
|---|---|---|
| Omer Salik | _______________ | 11/25/05 |
| Type/Print Name | Signature | Date |

Attorney License Number: 223056
Law Firm Name & Address: Hennigan Bennett & Dorman
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: 213/694-1200 - Fax: 213/694-1234

Case Number: 01-1781 (DSD/FLN) Judge Assigned: Judge John R. Tunheim and Magistrate Judge Franklin L. Noel

Case Title: *3M Innovative Properties Co. and Minnesota Mining and Manufacturing v. Avery Dennison Corporation*

Motion Granted: ____________________
For the Court, Francis E. Dosal, Clerk ____________________

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**Saint Paul, Minnesota 55101**

idmsmpl:479225_1