UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Innovative Properties Company et al., Civil No. 01-1781 (JRT/FLN)

Plaintiffs,

v. **ORDER**

Avery-Dennison Corp.,

Defendant.

---

John C. Adkisson, for Plaintiff
David P. Pearson, for Defendant

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 21, 2005, on Plaintiffs' Motion to Strike Avery's Untimely Supplemental Response to 3M's Interrogatory No. 14 [#213].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Avery's Untimely Supplemental Response to 3M's Interrogatory No. 14 [#213] is **DENIED**.

DATED: November 25, 2005

s/ *Franklin L. Noel*
United States Magistrate Judge