IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

vs.

AVERY-DENNISON CORPORATION,

Defendant.

Civil Action No. 01-CV-1781 (JRT/FLN)

**AVERY DENNISON CORPORATION'S
DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL**

Defendant Avery Dennison Corporation ("Avery") hereby provides its designation of deposition testimony to be offered into evidence in lieu of live testimony.

Avery designates the deposition of Douglas Lilac. Pursuant to Fed. R. Civ. P. 32(a)(3) and Fed. R. Evid. 804(b)(1), Avery will offer into evidence the parts of Mr. Lilac's deposition testimony listed below only in the event Mr. Lilac does not appear live at trial:

9:5-9

13:13-25

15:1-21

16:1 to 17:4

17:10 to 18:20

21:18 to 22:3

27:2-25

38:12 to 39:5

39:25 to 41:22

46:2-11

127:7 to 129:4

142:9-25

161:21 to 165:15

168:20 to 169:7

169:21 to 170:11

185:9 to 187:12

189:14 to 190:14

204:8 to 205:5

207:10-23

208:10 to 209:4

229:1 to 230:8

239:6 to 240:9

251:25 to 253:20

255:17 to 256:2

263:8 to 266:22

276:20 to 277:1

281:6 to 283:25

DATED: November 28, 2005

Respectfully submitted,

/S/David P. Pearson

David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(216) 694-1200 - Telephone
(216) 621-1234 - Facsimile

2557769v1