IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (DSD/FLN) |
| vs. | : | |
| AVERY DENNISON CORPORATION, | : | |
| Defendant. | : | |

**AVERY DENNISON CORPORATION'S PROPOSED SPECIAL JURY VERDICT FORM**

**INFRINGEMENT**

1. Has plaintiff 3M proven by a preponderance of the evidence that Avery's EZ Series Fleet Marking Film literally infringes any of the following claims of the '930 patent?

Claim 1 of the '930 patent: Yes ____ No ____

[If you answered "No" for Claim 1, you must answer "No" for Claims 2 to 5 below]

Claim 2 of the '930 patent: Yes ____ No ____

Claim 3 of the '930 patent: Yes ____ No ____

Claim 4 of the '930 patent: Yes ____ No ____

Claim 5 of the '930 patent: Yes ____ No ____

If you answered "No" to any of the above questions, go to question 2. Otherwise, go to question 3.

2. Has plaintiff 3M proven by a preponderance of the evidence that Avery's EZ Series Fleet Marking Film infringes, under the doctrine of equivalents, any of the following claims of the '930 patent?

Claim 1 of the '930 patent: Yes ____ No ____

[If you answered "No" for Claim 1, you must answer "No" for Claims 2 to 5 below]

Claim 2 of the '930 patent: Yes ____ No ____

Claim 3 of the '930 patent: Yes ____ No ____

Claim 4 of the '930 patent: Yes ____ No ____

Claim 5 of the '930 patent: Yes ____ No ____

**INVALIDITY**

3. Has defendant Avery Dennison proven it is highly probable that Dr. Sher was a co-inventor of the ‘930 patent?

Yes ____ No ____

4. Has defendant Avery Dennison proven it is highly probable that any of the following claims of the ‘930 Patent were invented by Dr. Sher at a time before the invention by the named inventors of the ‘930 patent?

Claim 1 of the ‘930 patent: Yes ____ No ____

Claim 2 of the ‘930 patent: Yes ____ No ____

Claim 3 of the ‘930 patent: Yes ____ No ____

Claim 4 of the ‘930 patent: Yes ____ No ____

Claim 5 of the ‘930 patent: Yes ____ No ____

5. Has defendant Avery Dennison proven it is highly probable that any of the following claims of the ‘930 Patent are invalid because they are anticipated by U.S. Patent 5,405,675 (the Sawka ‘675 patent)?

Claim 1 of the ‘930 patent: Yes ____ No ____

Claim 2 of the ‘930 patent: Yes ____ No ____

Claim 3 of the ‘930 patent: Yes ____ No ____

Claim 4 of the ‘930 patent: Yes ____ No ____

Claim 5 of the ‘930 patent: Yes ____ No ____

6. Has defendant Avery Dennison proven it is highly probable that any of the following claims of the ‘930 Patent are invalid because they were obvious in light of the prior art considered by the United States Patent & Trademark Office during prosecution of the ‘930 patent in combination with Japan Publication No. 59078285A (the Mitsui patent)?

Claim 1 of the ‘930 patent: Yes ____ No ____

Claim 2 of the ‘930 patent: Yes ____ No ____

Claim 3 of the ‘930 patent: Yes ____ No ____

Claim 4 of the ‘930 patent: Yes ____ No ____

Claim 5 of the ‘930 patent: Yes ____ No ____

7. Has defendant Avery Dennison proven it is highly probable that any of the following claims of the ‘930 Patent are invalid because they were obvious in light of the prior art considered by the United States Patent & Trademark Office during prosecution of the ‘930 patent in combination with Japan Utility Model Application No. 2587198?

Claim 1 of the ‘930 patent: Yes ____ No ____

Claim 2 of the ‘930 patent: Yes ____ No ____

Claim 3 of the ‘930 patent: Yes ____ No ____

Claim 4 of the ‘930 patent: Yes ____ No ____

Claim 5 of the ‘930 patent: Yes ____ No ____

8. Has defendant Avery Dennison proven it is highly probable that any of the following claims of the ‘930 patent are invalid because they are indefinite?

Claim 1 of the ‘930 patent: Yes ____ No ____

Claim 2 of the ‘930 patent: Yes ____ No ____

Claim 3 of the ‘930 patent: Yes ____ No ____

Claim 4 of the ‘930 patent: Yes ____ No ____

Claim 5 of the ‘930 patent: Yes ____ No ___

SO SAY WE ALL.

_________________________

Foreperson

DATED:

DATED: November 28, 2004

Respectfully submitted,

/S/David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6892 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
Armand F. Ayazi
HENNIGAN, BENNETT & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO, BOISSELLE & SKLAR, P.L.L.
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-6155 - Facsimile