IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | |
| Plaintiffs, | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | |
| AVERY-DENNISON CORPORATION, | |
| Defendant. | |

**AVERY DENNISON CORPORATION'S**
**LIST OF PROPOSED VOIR DIRE QUESTIONS**

Defendant Avery Dennison Corporation hereby provides its list of proposed voir dire questions to prospective jurors to (1) assist the Court in determining whether any member of the jury panel should be excused for cause, and (2) assist the Court in selecting a fair and impartial jury. Avery reserves the right to request additional questions based on circumstances raised with individual prospective jurors.

**VOIR DIRE CATEGORY 1**
Juror Availability

1) Would jury service cause a severe financial hardship for you?

2) Do you have a prepaid vacation scheduled during the anticipated duration of this trial?

3) Do you have any medical problems or conditions that would affect your ability to serve as a juror?

4) Do you have any children? How old are they? If chosen for jury duty, would there be hardship involved in the care of your children?

## VOIR DIRE CATEGORY 2

Personal Background/Understanding of Issues

5) What city do you live in?

6) What is the highest level of education you have reached?

a) If at the college level or higher, what degrees do you hold?

b) What were the degrees in?

7) Do you have any educational background, professional training in any of the following?

a) Printing?

b) Graphic arts?

c) Machining?

d) Die and casting?

8) Do you have any educational background or professional training in engineering?

a) If so, what?

9) Are you currently employed?

a) By whom?

b) For how long?

10) If retired or not currently employed, what was your prior occupation?

11) Are you married?

a) If so, is your spouse employed?

b) If so, what is his/her occupation?

c) By who is he/she employed?

12) Do you have children?

a) If so, how many?

b) If they are of working ages, what are their occupations?

13) Have you ever served in the military?

a) In which branch did you serve?

14) Do have any technical training or technical certificates from a trade school or the like?

a) If so, in what area?

**VOIR DIRE CATEGORY 3**
Involvement in Litigation

15) Have you, or any member of your family, or anyone else you know, ever been involved in a lawsuit?

a) In what capacity?

(1) Plaintiff?

(2) Defendant?

(3) Witness?

(4) Juror?

b) What type of case was it?

c) Did the case go to trial?

d) What was the outcome?

e) Do you believe that that experience would interfere with your ability to listen to and evaluate the evidence in this case with an open mind?

f) Do you believe that that experience would interfere with your ability to render a fair and impartial verdict based on the law as I will instruct you?

16) Have you ever served on a jury?

a) When?

b) What type of case?

(1) Criminal?

(2) Civil?

c) Did you reach a verdict?

d) Do you believe that that experience would interfere with your ability to listen to and evaluate the evidence in this case with an open mind?

e) Do you believe that that experience would interfere with your ability to render a fair and impartial verdict based on the law as I will instruct you?

17) Do you or any members of your family own any United States patents?

a) Who?

b) On what invention?

18) Have you or any member of your family ever applied for a United States patent?

a) Who?

b) On what?

c) What was the outcome of the application process?

19) Do you have any strong feelings about the United States Patent & Trademark Office or the U.S. patent system, whether good or bad?

20) Do your or any member of your family derive any income from royalty payments for licensing patents or other intellectual property?

21) Have you, or any company that you work for, ever sued to enforce patents?

22) Have you, or has any company that your work for, ever been sued for patent infringement?

**VOIR DIRE CATEGORY 4**
<u>Knowledge of the Case/Industries</u>

23) Have you heard about or read about this dispute between 3M and Avery Dennison?

24) Have you, or anyone in your family, or anyone you know, ever been employed by any 3M company?

a) If so, who?

b) What position did this person hold?

25) Have you, or has any member of your family, owned stock in any 3M company?

26) Do you have any strong feelings about the integrity of 3M, whether good or bad?

27) Have you ever heard of Avery Dennison Corporation?

a) If so, how?

b) Do you know anyone who has ever been employed by Avery Dennsion?

c) Who and in what position?

d) Do you have any string feelings about the integrity of Avery Dennison , whether good or bad?

28) Have you, or anyone in your family, ever been employed by a company that provides any services for or provides equipment to any 3M company?

a) What is the name of the company?

b) What services or equipment did it provide?

c) During what time period?

**VOIR DIRE CATEGORY 5**

Knowledge of Parties, Entities, Counsel or Witnesses

29) Do you know or have you heard of any of the following attorneys, firms or their employees representing the parties in this case:

a) Fish & Richardson

b) Hennigan, Bennett & Dorman

c) Winthrop & Weinstein

d) Juanita Brooks

e) Jonathan Singer

f) John Adkisson

g) Roderick Dorman

h) Lawrence Hadley

i) David Pearson

30) Do you know or heard of any of the following people who may be witnesses in this case:

a) Alex Cirrillo

b) Clyde Calhoun

c) Frank Sher

d) Larry Meixner

e) Charles Calisto

f) Mark Cavaleri

g) Mike Kesti

h) Brent Strong

i) Michael Hannington

j) Douglas Lilac

k) John Cornell

l) Anthony McHugh

m) William Tritt

31) IF YES TO ANY OF THE ABOVE IN QUESITONS 30 OR 31

a) Whom do you know or have heard about?

b) How did you come to know or hear about [him/it]?

c) What do you know or did you hear about [him/it]?

d) Do you believe that that experience would interfere with your ability to listen to and evaluate the evidence in this case with an open mind?

e) Do you believe that that experience would interfere with your ability to render a fair and impartial verdict based on the law as I will instruct you?

**VOIR DIRE CATEGORY 6**
Fair Trial

32) As a general matter, would you trust a company based in Pasadena, California the same way you would trust a company based in St. Paul, Minnesota?

33) Would you tend to believe the testimony from a witness living in your hometown area the same way you would if the witness were an outsider?

34) Would you have any difficulty following all of the instructions of law that I give you whether or not you agreed with them?

35) Would you have any difficulty rendering a verdict based solely on the evidence presented at trial and not on anything else that you have heard, read or been told about this case?

36) Have you had any experience in your life which you think might influence your judgment in this case?

37) Do you know of any reason whey you can not decide this case fairly and impartially, based solely upon the evidence presented at trial and the law as instructed by the Court?

38) Would you be able to follow my instruction not to discuss this case with anyone, even with members of your family?

39) Is there anything you have not told me that you think I should know?

DATED: November 28, 2005

Respectfully submitted,

/S/David P. Pearson

David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(216) 694-1200 - Telephone
(216) 621-1234 - Facsimile

2557777v1