IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, Plaintiffs, | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | |
| AVERY-DENNISON CORPORATION, Defendant. | |

**AVERY DENNISON CORPORATION'S LIST OF PROSPECTIVE WITNESSES**

Defendant Avery Dennison Corporation hereby provides its list of prospective witnesses. Avery reserves the right to call appropriate rebuttal witnesses in response to previously undisclosed 3M witnesses.

1. Michael E. Hannington

***Current address:***

5110 Turnbury Drive

Madison, Ohio.

***Statement of expected testimony***:

Mr. Hannington will testify regarding (1) his research and development efforts that resulted in Avery's EZ Series Fleet Marking Film, (2) his patent applications on his research and development efforts, (3) his discovery and review of 3M's claimed invention on a "multiple embossed web," (4) communications with and advice from counsel regarding the right to market a graphic film constructed according to Mr. Hannington's novel print embed/emboss technique, (5) Avery's efforts to improve on and design around 3M's 930 patent, (6) the structure and manufacturing process

used for Avery's commercial EZ Series Fleet Marking Film, and (7) his knowledge of art that anticipates the '930 patent and/or renders the '930 patent obvious.

2. Dr. W. Douglas Lilac, Ph.D.

***Current address***:

Dr. Lilac's present address is unknown, but it is believed he resides in the Newport News area of Virginia.

***Statement of expected testimony***:

Dr. Lilac will testify regarding (1) the design and development of Avery's EZ Series Fleet Marking Film, and (2) the structure and manufacturing process used for Avery's commercial EZ Series Fleet Marking Film at the commencement of this action.

3. John W. Cornell

***Current address***:

7590 Auburn Road, #16-J

Concord, Ohio

***Statement of expected testimony***:

Mr. Cornell will testify regarding (1) Avery's determination that it could make and sell the EZ Series Fleet Marking Film without infringing any valid United States patent, and (2) his analysis and counsel of Avery's non-infringement of the '930 patent and the invalidity of the '930 patent.

4. Dr. Anthony J. McHugh, Ph.D.

***Current address***:

1508 Mountain Laurel Drive

Coopersburg, PA

***Statement of expected testimony***:

Dr. McHugh will testify regarding his opinions and bases for his opinions that Avery does not infringe the '930 patent and that the '930 patent is

invalid. Dr. McHugh's opinions and bases for his opinions are set forth in his expert reports for this case.

5. Dr. Clyde Calhoun, Ph. D.

***Current address***:

9810 N. 103rd Street

Stillwater, MN

***Statement of expected testimony***:

Dr. Calhoun will testify as an adverse witness regarding (1) his purported conception and reduction to practice of the alleged inventions claimed in the '930 patent, (2) the prosecution of the application that resulted in the '930 patent, (3) his understanding of the inventions claimed in the '930 patent, (4) his work on the Sher '397 patent, and (5) his knowledge and understanding of prior art relevant to the claims of the '930 and '397 patents.

6. Dr. Frank T. Sher, Ph. D.

***Current address***:

1880 Beechwood Avenue

St. Paul, MN

***Statement of expected testimony***:

Dr. Sher will testify as an adverse witness regarding (1) his contribution to the alleged inventions claimed in the '930 patent, (2) his purported conception and reduction to practice of the alleged inventions claimed in the '397 patent, and (3) his knowledge and understanding of prior art relevant to the claims of the '930 and '397 patent.

DATED: November 28, 2005

Respectfully submitted,

/S/David P. Pearson
David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(216) 694-1200 - Telephone
(216) 621-1234 - Facsimile

2557783v1