**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the 28th day of November, 2005, I caused the following document(s):

AVERY DENNISON CORPORATION'S PROPOSED SPECIAL JURY VERDICT FORM

AVERY DENNISON CORPORATION'S PROPOSED JURY INSTRUCTIONS

AVERY DENNISON CORPORATION'S DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL

AVERY DENNISON CORPORATION'S LIST OF PROSPECTIVE WITNESSES

AVERY DENNISON CORPORATION'S LIST OF PROPOSED VOIR DIRE QUESTIONS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| John C. Adkisson | adkisson@fr.com |
| Juanita R. Brooks | brooks@fr.com |

DATED: November 28, 2005

Respectfully submitted,

s/ David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile