IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**3M'S TRIAL WITNESS LIST**

Pursuant to the Court's October 18, 2005 Local Rule 39.1 Memorandum, 3M (3M Innovative Properties Company and Minnesota Mining and Manufacturing Company collectively) respectfully submits its trial witness list.

| | | |
|---|---|---|
| **PRESIDING JUDGE**<br>Honorable John R. Tunheim | **PLAINTIFFS' ATTORNEY**<br>Juanita Brooks | **DEFENDANT'S ATTORNEY**<br>Roderick G. Dorman |
| **TRIAL DATE**<br>December 12, 2005 | **COURT REPORTER**<br>Kristine Mousseau | **COURTROOM DEPUTY**<br>Sarah Bagwell |

| **Pltf. No.** | **Date Offered** | **Admitted** | **Description of Witnesses** |
|---|---|---|---|
| 1 | | | **Dr. Clyde Calhoun**<br>9810 103rd Street North<br>Stillwater, MN 55082<br><br>Inventor testimony regarding the conception and reduction to practice and the asserted claims of the '930 patent. |

| Pltf. No. | Date Offered | Admitted | Description of Witnesses |
|---|---|---|---|
| 2 | | | **Charles A. Calisto**<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br><br>Testimony regarding 3M's introduction of the Comply™ product, Avery's introduction of the accused product, and the commercial success of Avery's infringing product. |
| 3 | | | **Mark Cavaleri**<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br><br>Testimony regarding testing conducted to determine structure of the accused product. |
| 4 | | | **Alexander Carl Cirillo, Jr.**<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br><br>Testimony regarding the commercial graphics market, 3M's laboratory structure, the development of 3M's Comply™ product, the importance of Comply™ to 3M's Commercial Graphics Division, and 3M's decision to bring suit. |
| 5 | | | **Mike R. Kesti**<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br><br>Testimony regarding Scanning Electron Microscope images of the accused product. |
| 6 | | | **Larry Meixner**<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br><br>Corroboration testimony regarding conception and reduction to practice of the subject matter claimed in the '930 patent. |

| Pltf. No. | Date Offered | Admitted | Description of Witnesses |
|---|---|---|---|
| 7 | | | **Jeffrey Payne**<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br><br>Testimony regarding Scanning Electron Microscope images of the accused product. |
| 8 | | | **Peter Payne**<br>126 Longview Drive<br>Irwin, PA 15642<br><br>Deposition testimony regarding the structure of the accused product. |
| 9 | | | **Dr. Frank Sher**<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br><br>Testimony regarding the development of 3M's commercialized product that practices the subject matter claimed in '930 patent. |
| 10 | | | **Dr. A. Brent Strong**<br>Brigham Young University<br>265 Crabtree Building<br>East Campus Drive<br>Provo, UT 84602<br><br>Expert witness on infringement and validity of the '930 patent. The substance of Dr. Strong's testimony is contained in his expert reports. |

Dated: November 28, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY and MINNESOTA MINING
AND MANUFACTURING COMPANY

60321451