IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**3M'S VOIR DIRE QUESTIONS**

Pursuant to the Court's October 18, 2005 Local Rule 39.1 Memorandum, 3M (3M Innovative Properties Company and Minnesota Mining and Manufacturing Company collectively) respectfully submits the following voir dire questions:

1. Please state your age?

2. What town do you currently live in?

3. Do you have any children? If so, how old are they? Do they live at home?

4. Are you a home owner?

5. What is your last level of education completed?

6. If you have attended college, what was (is) your area of specialization in college, post-graduate or technical school?

7. What is (was) your occupation and by whom are (were) you employed during the last 10 years? Also please describe each employer (for example, was it a small, large, or start-up company, a government agency or were you self-employed).

8. Have you ever started your own business? What kind of business was (is) it?

9. What is (was) your spouse's or significant other's occupation and by whom is (was) your spouse or significant other employed during the last 10 years?

10. Have you ever served on a jury before? If yes, when, and was the trial civil or criminal?

11. Have you ever been sued, been a party to a lawsuit, had your deposition taken or been a witness in court? If so, please explain. Do you have any strong feelings regarding the experience or the outcome?

12. Have you, a relative, or close friend ever invented anything? If so, please explain.

13. Have you or anyone close to you ever worked for a company that patents inventions or ideas? If so, please explain.

14. Have you, a relative or close personal friend of yours ever *applied for or received* a patent, trademark, or copyright? If so, please explain.

15. Does your current employer own any U.S. Patents?

16. Have you formed any impressions of the U.S. Patent and Trademark Office or impressions of the work the Patent Office does?

17. Do you have any strong feelings or opinions about patents or the process by which patents are obtained?

18. Do you have strong views about large corporations? Ever had any disputes or disagreements with a large corporation? Any strong feelings as a result?

19. This is a patent infringement lawsuit between 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company, and Avery-Dennison Corporation. Have you heard of this lawsuit before today? If yes, please describe what you have read or heard about this lawsuit.

20. Have you, any family member, or close friend ever been employed by or had any business affiliation or association with: (1) 3M or (2) Avery-Dennison?

21. Do you know anyone in the courtroom?

22. Now I am going to read a list of the witnesses who may appear in this case. If you are familiar with any of these witnesses, please raise your hand.

Dated: November 28, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY and MINNESOTA MINING
AND MANUFACTURING COMPANY

60326607