IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**3M'S INITIAL DEPOSITION DESIGNATIONS**

Pursuant to the Court's October 18, 2005 Local Rule 39.1 Memorandum, 3M (3M Innovative Properties Company and Minnesota Mining and Manufacturing Company collectively) respectfully submits its initial deposition designations. 3M reserves the right to use additional deposition testimony. 3M also reserves the right to designate additional testimony as rebuttal to Avery Dennison Corporation's deposition designations.

Deposition of Peter F. Payne taken on February 27, 2002:

Page 10, Lines 3-9
Page 14, Lines 2-15
Page 18, Line 4 – Page 19, Line 7
Page 22, Lines 3-22
Page 161, Lines 12-25

Dated: November 28, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke
Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY