**CERTIFICATE OF SERVICE**

I certify that on November 28, 2005, I have caused the following documents:

3M'S INITIAL DEPOSITION DESIGNATIONS

3M'S VOIR DIRE QUESTIONS

3M'S TRIAL WITNESS LIST

3M'S STATEMENT OF THE CASE

3M'S PROPOSED JURY INSTRUCTIONS

3M'S PROPOSED SPECIAL VERDICT FORM

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Tiffany A Blofield<br>Winthrop & Weinstine | tblofield@winthrop.com |
| Roderick G. Dorman<br>Hennigan, Bennett & Dorman | dormanr@hbdlawyers.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

Date: November 28, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60326697.doc