**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the 29th day of November, 2005, I caused the following document(s):

AVERY DENNISON CORPORATION'S STATEMENT OF THE CASE

AVERY DENNISON CORPORATION'S AMENDED PROPOSED JURY INSTRUCTIONS

AVERY DENNISON CORPORATION'S AMENDED PROPOSED SPECIAL JURY VERDICT FORM

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| John C. Adkisson | adkisson@fr.com |
| Juanita R. Brooks | brooks@fr.com |

DATED: November 29, 2005

Respectfully submitted,

s/ David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile