UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**PLAINTIFFS' TRIAL EXHIBIT LIST**

Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "Plaintiffs") submit this Exhibit List pursuant to paragraph 1(e) of the Court's October 18, 2005 Order.

Plaintiffs reserve the right to use additional demonstrative exhibits at trial and to use additional exhibits in rebuttal to Avery's arguments.

Plaintiffs further reserve the right to object to documents on Avery's Exhibit List that have not been provided by Avery and/or produced in discovery.

| **PRESIDING JUDGE**<br>Honorable John R. Tunheim | **PLAINTIFF'S ATTORNEY**<br>Juanita Brooks | **DEFENDANT'S ATTORNEY**<br>Roderick G. Dorman |
|---|---|---|
| **TRIAL DATE**<br>December 12, 2005 | **COURT REPORTER**<br>Kristine Mousseau | **COURTROOM DEPUTY**<br>Sarah Bagwell |

| **Pltf. No.** | **Date Offered** | **Admitted** | **Deposition Exhibit No.** | **Description Of Exhibits** | **Avery Objections** |
|---|---|---|---|---|---|
| 1 | | | | *How To Build Innovative Companies*, Business Week, August 1, 2005 | FRE 402, 403, 602, 802, 901 |
| 2 | | | | *The Making of a Promotion in Motion*, Star Tribune; July 18, 2005 | FRE 402, 403, 602, 802, 901 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 3 | | | | Commercial Graphics Division Laboratory Organizational Chart, December 31, 1995 (3M027724) | |
| 4 | | | | Commercial Graphics Division Organizational Chart, June 7, 2001 (3M027725) | |
| 5 | | | | 3M Controltac Plus Series 160 sample | |
| 6 | | | | 3M Controltac Plus Series 180 sample | |
| 7 | | | | Video of application of ControlTac | FRE 901 |
| 8 | | | | Video of application of Comply with ControlTac | FRE 901 |
| 9 | | | | 3M Comply film samples | FRE 901 |
| 10 | | | | Photo of truck | FRE 901 |
| 11 | | | | Photo of truck | FRE 901 |
| 12 | | | | Photo of truck | FRE 901 |
| 13 | | | | Photo of van | FRE 901 |
| 14 | | | | Photo of bus | FRE 901 |
| 15 | | | | 3M Comply graphic | FRE 901 |
| 16 | | | Calhoun 532 | Clyde Calhoun original Laboratory Notebook No. 91379 (3M013180-3M013298) | |
| 17 | | | Calhoun 533 | Clyde Calhoun and Larry Meixner original Laboratory Notebook No. 106855 (3M013299-3M013420) | |
| 18 | | | P. Payne 1<br>Timmerman 1<br>Kesti 3<br>Skolnick 4 | U.S. Patent No. 5,897,930 Multiple Embossed Webs, Calhoun et al. (3M002584-3M002591) | |
| 19 | | | Kesti 5<br>Hornickel 502 | File history for U.S. Patent No. 5,897,930 (3M003741-3M003834) | |
| 20 | | | Calhoun 534<br>McHugh 204 | U.S. Patent No. 5,141,790 Repositionable Pressure-Sensitive Adhesive Tape, Calhoun et al. (3M002619-3M002630) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 21 | | | | U.S. Patent No. 5,300,340 Electrically Conductive Pressure-Sensitive Adhesive Tape, Calhoun et al. (3M002659-3M002667) | |
| 22 | | | Calhoun 535 | U.S. Patent No. 5,344,681 Patterned Pressure Sensitive Adhesive Transfer Tape, Calhoun et al. (3M002715-3M002724) | |
| 23 | | | | U.S. Patent No. 5,449,540 Patterned Pressure Sensitive Adhesive Transfer Tape, Calhoun et al. (3M002676-3M002685) | |
| 24 | | | Calhoun 536 | U.S. Patent No. 5,462,765 Structured Flexible Carrier Web Bearing a Layer of Silicone on Predetermined Surfaces, Calhoun et al. (3M002686-3M002693) | |
| 25 | | | | U.S. Patent No. 5,585,178 Composite Adhesive Tape, Calhoun et al. (3M002725-3M002735) | |
| 26 | | | Calhoun 537 | U.S. Patent No. 5,437,754 Abrasive Article Having Precise Lateral Spacing Between Abrasive Composite Members, Calhoun (3M020338-3M020350) | |
| 27 | | | Calhoun 539 | U.S. Patent No. 3,413,168 Adhesive Bonding Method Permitting Precise Positioning, Danielson et al. (AVR010819-AVR010824) | |
| 28 | | | Calhoun 540 | U.S. Patent No. 3,331,729 Adhesive Bonding Method and Product, Danielson et al. (AVR010692-AVR010697) | |
| 29 | | | Hornickel 506 | International Publication No. WO 98/29231 Multiple Embossed Webs, Calhoun (3M002821-3M002844) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 30 | | | | Technical Report Summary No. 250, Calhoun, June 26, 1997 (3M021025-3M021033) | |
| 31 | | | | Larry Meixner original Laboratory Notebook No. 106026 (3M013420.001-3M013424) | |
| 32 | | | Sher 524 | Frank Sher original Laboratory Notebook No. 106434 (3M024325-3M024340) | |
| 33 | | | Sher 526 | Frank Sher original Laboratory Notebook No. 107698 (3M024341-3M024359) | |
| 34 | | | Sher 528 | Frank Sher original Laboratory Notebook No. 109032 (3M024360-3M024387) | |
| 35 | | | Sher 529 | Frank Sher original Laboratory Notebook No. 110125 (3M024388-3M024528) | |
| 36 | | | Sher 531 | Frank Sher original Laboratory Notebook No. 111690 (3M024529-3M024562) | |
| 37 | | | | Frank Sher original Laboratory Notebook No. 113671 (3M024563-3M024596) | |
| 38 | | | | Frank Sher original Laboratory Notebook No. 115373 (3M024597-3M024620) | |
| 39 | | | | Frank Sher original Laboratory Notebook No. 116801 (3M024621-3M024657) | |
| 40 | | | | Frank Sher original Laboratory Notebook No. 118494 (3M024658-3M024696) | |
| 41 | | | | Frank Sher original Laboratory Notebook No. 119983 (3M024697-3M024782) | |
| 42 | | | | Frank Sher original Laboratory Notebook No. 121171 (3M024783-3M024852) | |
| 43 | | | | Frank Sher original Laboratory Notebook No. 122473 (3M024853-3M024892) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 44 | | | | Frank Sher original Laboratory Notebook No. 123970 (3M024893-3M024972) | |
| 45 | | | | Frank Sher original Laboratory Notebook No. 125354 (3M024973-3M025027) | |
| 46 | | | Sher 525 | Notebook Excerpt (3M018504-3M018505) | |
| 47 | | | Sher 527 | Notebook Excerpt (3M018492-018503) | |
| 48 | | | Sher 530 | 3M original Technical Notebook No. 111408; 3M024490-3M024528 | |
| 49 | | | Sher 517 | Patent Appl. Pub. No. 2001/0004484 A1 Cling Films Having a Microreplicated Topography and Methods of Making and Using Same, Sher et al. (AVR013708-AVR013715) | |
| 50 | | | Sher 520 | Technical Report Summary (3M015037-3M015050) | |
| 51 | | | Hornickel 500<br>Sher 515<br>Skolnick 6 | U.S. Patent No. 6,197,397 Adhesives Having a Microreplicated Topography and Methods of Making and Using Same, Sher et al. (3M025244-3M025266) | |
| 52 | | | Sher 516<br>Skolnick 7 | U.S. Patent No. 6,203,885 Cling Films Having a Microreplicated Topography and Methods of Making and Using Same, Sher et al. (3M025532-3M025539) | |
| 53 | | | Fleming 632 | 1996 Monthly Highlight Report (3M015078) | |
| 54 | | | | 3M Product Bulletin – Controltac Plus Electrostatic Graphic Film with Comply Performance 8640C (ES) (3ME000869-3ME000873) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 55 | | | | Introduction of 3M Polyolefin Films and 3M Comply Performance (3M000122-3M000124) | FRE 402, 403, 802 |
| 56 | | | | Trip Report by Charles Calisto (3M000082-3M000083) | FRE 802 |
| 57 | | | | E-mail from Ken Bowman to Charles Calisto et al re Ryder Yellow Status Report, December 7, 1998 (3M000094-3M000095) | FRE 402, 802 |
| 58 | | | | 3M letter from Charles Calisto to Ronald Moore re Special Warranty for Ryder TRS, December 2, 1998 (3M000092-3M000093) | FRE 402, 403, 802 |
| 59 | | | | E-mail from Jeffrey Emslander to Daniel Pohl et al re Samples to Calaway, December 1, 1998 (3M000106) | FRE 402, 802 |
| 60 | | | | Handwritten Letter to Charles Calisto re Ryder TRS Program, November 19, 1998 (3M000107-3M000108) | FRE 802 |
| 61 | | | Fleming 612 | Memo from Charles Calisto to R. Morris et al re SGIA New Product Announcement Update, September 11, 1998 (3M000125-3M000126) | FRE 802 |
| 62 | | | Calisto 1 | Declaration of Charles Calisto; October 5, 2001 | FRE 802 |
| 63 | | | | Exhibit A to Declaration of Charles Calisto; October 5, 2001: Photographs of various applications using 3M materials | FRE 901 |
| 64 | | | | Exhibit B to Declaration of Charles Calisto; October 5, 2001: Commercial Graphics Division Sales For Controltac, Comply and Scotchcal | FRE 802, 901 |
| 65 | | | | Exhibit C to Declaration of Charles Calisto; October 5, 2001: U.S. Comply Sales | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 66 | | | | Exhibit D to Declaration of Charles Calisto; October 5, 2001: Avery EZ Series Sales and Marketing Bulletin | |
| 67 | | | | Exhibit E to Declaration of Charles Calisto; October 5, 2001: EZ 1000 Fleet Marking Film Product Data Bulletin, June 26, 2001 | |
| 68 | | | | Avery's sales figures for EZ Film through September 2005 | FRE 402 |
| 69 | | | | 3M advertisement materials: Comply Performance, Setting the Performance Standard of Tomorrow. Today (3M000901-3M000928) | FRE 402, 802 |
| 70 | | | Calisto 703 | Graph re: Comply Sales Impact (3ME011753-3ME011754) | FRE 402, 802, 901 |
| 71 | | | Calisto 704 | 3M Comply Performance Sales Action Plan (3M000564-3M000573) | FRE 402, 802 |
| 72 | | | | Press Release: 3M Comply Performance is Here; Revolutionary Adhesive Technology Marks the Beginning of a New Age in Graphic Marking Films; April 29, 1999 (3M017341-3M017343) | FRE 402, 802 |
| 73 | | | | Muenkel March 15, 2000 e-mail re sale to Ryder (3M017336-3M017338) | FRE 402, 802 |
| 74 | | | | Avery EZ film sample | |
| 75 | | | | Mike Kesti original Laboratory Notebook No.127329 (3M021794-3M021815, 3M021942-3M021943) | |
| 76 | | | | Mike Kesti original Laboratory Notebook No. 125091 (3M021816-3M021830) | |
| 77 | | | Kesti 4 | Amended Declaration of Michael R. Kesti, 10/26/01 | FRE 802 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 78 | | | | Exhibit A to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 79 | | | | Exhibit B to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 80 | | | | Exhibit C to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 81 | | | | Exhibit D to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 82 | | | | Exhibit E to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 83 | | | | Exhibit F to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 84 | | | | Exhibit G1 to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 85 | | | | Exhibit G2 to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 86 | | | | Exhibit G3 to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 87 | | | | Exhibit G4 to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 88 | | | | SEM images (3M021944-3M021947) | |
| 89 | | | | SEM images and Veeco data (3M021958-3M022038 ) | |
| 90 | | | | Brent Strong May 6, 2002 Expert Report | FRE 802 |
| 91 | | | | Exhibit A to Brent Strong May 6, 2002 Expert Report: Brent Strong's CV | FRE 802 |
| 92 | | | | Exhibit B to Brent Strong May 6, 2002 Expert Report: Brent Strong's deposition and trial testimony list | FRE 802 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 93 | | | | Exhibit C to Brent Strong May 6, 2002 Expert Report: Materials reviewed and considered by Brent Strong when forming expert report opinion | FRE 802 |
| 94 | | | J. Payne 707 | Exhibit D-1 to Brent Strong May 6, 2002 Expert Report (3M024174) | |
| 95 | | | J. Payne 707 | Exhibit D-2 to Brent Strong May 6, 2002 Expert Report (3M024175) | |
| 96 | | | J. Payne 707 | Exhibit D-3 to Brent Strong May 6, 2002 Expert Report (3M024205) | |
| 97 | | | J. Payne 707 | Exhibit D-4 to Brent Strong May 6, 2002 Expert Report (3M024206) | |
| 98 | | | J. Payne 707 | Exhibit D-5 to Brent Strong May 6, 2002 Expert Report (3M024207) | |
| 99 | | | J. Payne 707 | Exhibit D-6 to Brent Strong May 6, 2002 Expert Report (3M024208) | |
| 100 | | | J. Payne 707 | Exhibit E-1 to Brent Strong May 6, 2002 Expert Report (3M024176) | |
| 101 | | | J. Payne 707 | Exhibit E-2 to Brent Strong May 6, 2002 Expert Report (3M024177) | |
| 102 | | | J. Payne 707 | Exhibit E-3 to Brent Strong May 6, 2002 Expert Report (3M024178) | |
| 103 | | | J. Payne 707 | Exhibit E-4 to Brent Strong May 6, 2002 Expert Report (3M024179) | |
| 104 | | | J. Payne 707 | Exhibit E-5 to Brent Strong May 6, 2002 Expert Report (3M024180) | |
| 105 | | | J. Payne 707 | Exhibit E-6 to Brent Strong May 6, 2002 Expert Report (3M024181) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 106 | | | J. Payne 707 | Exhibit E-7 to Brent Strong May 6, 2002 Expert Report (3M024182) | |
| 107 | | | J. Payne 707 | Exhibit E-8 to Brent Strong May 6, 2002 Expert Report (3M024200) | |
| 108 | | | J. Payne 707 | Exhibit E-9 to Brent Strong May 6, 2002 Expert Report (3M024201) | |
| 109 | | | J. Payne 707 | Exhibit E-10 to Brent Strong May 6, 2002 Expert Report (3M024202) | |
| 110 | | | J. Payne 707 | Exhibit E-11 to Brent Strong May 6, 2002 Expert Report (3M024203) | |
| 111 | | | J. Payne 707 | Exhibit E-12 to Brent Strong May 6, 2002 Expert Report (3M024204) | |
| 112 | | | J. Payne 707 | Exhibit F-1 to Brent Strong May 6, 2002 Expert Report (3M024183) | |
| 113 | | | J. Payne 707 | Exhibit F-2 to Brent Strong May 6, 2002 Expert Report (3M024184) | |
| 114 | | | J. Payne 707 | Exhibit F-3 to Brent Strong May 6, 2002 Expert Report (3M024185) | |
| 115 | | | J. Payne 707 | Exhibit F-4 to Brent Strong May 6, 2002 Expert Report (3M024186) | |
| 116 | | | J. Payne 707 | Exhibit F-5 to Brent Strong May 6, 2002 Expert Report (3M024187) | |
| 117 | | | J. Payne 707 | Exhibit F-6 to Brent Strong May 6, 2002 Expert Report (3M024188) | |
| 118 | | | J. Payne 707 | Exhibit F-7 to Brent Strong May 6, 2002 Expert Report (3M024189) | |
| 119 | | | J. Payne 707 | Exhibit F-8 to Brent Strong May 6, 2002 Expert Report (3M024171) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 120 | | | J. Payne 707 | Exhibit F-9 to Brent Strong May 6, 2002 Expert Report (3M024172) | |
| 121 | | | J. Payne 707 | Exhibit F-10 to Brent Strong May 6, 2002 Expert Report (3M024173) | |
| 122 | | | J. Payne 707 | Exhibit G-1 to Brent Strong May 6, 2002 Expert Report (3M024190) | |
| 123 | | | J. Payne 707 | Exhibit G-2 to Brent Strong May 6, 2002 Expert Report (3M024191) | |
| 124 | | | J. Payne 707 | Exhibit G-3 to Brent Strong May 6, 2002 Expert Report (3M024192) | |
| 125 | | | J. Payne 707 | Exhibit G-4 to Brent Strong May 6, 2002 Expert Report (3M024193) | |
| 126 | | | J. Payne 707 | Exhibit G-5 to Brent Strong May 6, 2002 Expert Report (3M024194) | |
| 127 | | | J. Payne 707 | Exhibit G-6 to Brent Strong May 6, 2002 Expert Report (3M024195) | |
| 128 | | | J. Payne 707 | Exhibit G-7 to Brent Strong May 6, 2002 Expert Report (3M024196) | |
| 129 | | | J. Payne 707 | Exhibit G-8 to Brent Strong May 6, 2002 Expert Report (3M024197) | |
| 130 | | | J. Payne 707 | Exhibit G-9 to Brent Strong May 6, 2002 Expert Report (3M024198) | |
| 131 | | | J. Payne 707 | Exhibit G-10 to Brent Strong May 6, 2002 Expert Report (3M024199) | |
| 132 | | | J. Payne 707 | Exhibit H-1 to Brent Strong May 6, 2002 Expert Report | |
| 133 | | | | EXHIBIT NUMBER NOT USED | |
| 134 | | | J. Payne 707 | Exhibit H-2 to Brent Strong May 6, 2002 Expert Report | |
| 135 | | | J. Payne 707 | Exhibit I-1 to Brent Strong May 6, 2002 Expert Report | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 136 | | | J. Payne 707 | Exhibit I-2 to Brent Strong May 6, 2002 Expert Report | |
| 137 | | | J. Payne 707 | Exhibit I-3 to Brent Strong May 6, 2002 Expert Report | |
| 138 | | | J. Payne 707 | Exhibit I-4 to Brent Strong May 6, 2002 Expert Report | |
| 139 | | | J. Payne 707 | Exhibit I-5 to Brent Strong May 6, 2002 Expert Report | |
| 140 | | | | Brent Strong July 5, 2005 Supplemental Expert Report | FRE 802 |
| 141 | | | | Exhibit B to Brent Strong July 5, 2005 Supplemental Expert Report | FRE 802 |
| 142 | | | | Declaration of Brent Strong, November 9, 2001 | FRE 802 |
| 143 | | | | Declaration of Brent Strong, July 23, 2002 | FRE 802 |
| 144 | | | | EXHIBIT NUMBER NOT USED | |
| 145 | | | | Video of inspection at deposition of Mark Timmerman, January 30, 2002 | |
| 146 | | | | Video of inspection at deposition of Peter Payne, February 27, 2002 | |
| 147 | | | | Hannington March 20, 1999 e-mail to Boisele re “RTU” for embossed liner (AVR018474-AVR018476) | |
| 148 | | | | Hannington November 19, 1999 e-mail to Servaas (AVR018307) | |
| 149 | | | | Brent Strong May 29, 2002 Rebuttal Expert Report | FRE 802 |
| 150 | | | | Exhibit A to Brent Strong May 29, 2002 Rebuttal Expert Report | FRE 802 |
| 151 | | | | Brent Strong July 8, 2002 Rebuttal Expert Report | FRE 802 |
| 152 | | | | Exhibit A to Brent Strong July 8, 2002 Rebuttal Expert Report | FRE 802 |
| 153 | | | | Brent Strong July 26, 2005 Supplemental Rebuttal Expert Report | FRE 802 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 154 | | | | U.S. Patent No. 3,611,919 Method and Apparatus for Multiple Embossing of Continuous Webs, Thomas (3M002592-3M002596) | |
| 155 | | | McHugh 205 | U.S. Patent No. 3,887,678 Mechanically Embossed Resilient Laminar Floor Material, Lewicki (3M002597-3M002603) | |
| 156 | | | | U.S. Patent No. 4,045,153 Molding Apparatus Including One Piece Flexible Mold and Means to Restrict the Deformation of the Mold, Maurino et al. (3M002604-3M002609) | |
| 157 | | | | U.S. Patent No. 4,320,162 Multi-Ply Fibrous Sheet Structure and Its Manufacture, Schulz (3M002610-3M002615) | |
| 158 | | | | U.S. Patent No. 4,551,297 Method of Making an Embossing Cylinder, Bötcher et al. (3M002616-3M002618) | |
| 159 | | | McHugh 207 | U.S. Patent No. 5,229,186 Deep Embossed Plastic Film, Tribble et al. (3M002632-3M002638) | |
| 160 | | | | U.S. Patent No. 5,296,277 Positionable and Repositionable Adhesive Articles, Wilson et al. (3M002639-3M002658) | |
| 161 | | | | U.S. Patent No. 5,362,516 Method of Preparing an Adhesive Article, Wilson et al. (3M002694-3M002710) | |
| 162 | | | | U.S. Patent No. 5,382,464 Multi-Ply Embossed Paper and Manufacturing Method and Apparatus, Ruppel et al. (3M002668-3M002675) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 163 | | | | European Patent No. EP 1 543 977 Substrate for Liquid Discharge Head, Liquid Discharge Head Using Substrate for Liquid Discharge Head and Method of Manufacturing the Same, Ibe et al. (3M020090-3M020099) | |
| 164 | | | | European Patent No. EP 0 313 766 Method and Apparatus for Preparing Textured Apertured Film, Cabe et al. (3M002746-3M002756) | |
| 165 | | | | EP 2 055 677A (3M020100-3M020104) | |
| 166 | | | | EP 2 290 629A (3M020105-3M020199) | |
| 167 | | | | Patent Abstracts of Japan for Kokai 57178718 "Embossing Apparatus" (3M026460) | |
| 168 | | | Fleming 603 | Complaint | |
| 169 | | | Fleming 624 | The EA System presentation (3M016294-3M016320) | FRE 802 |
| 170 | | | Fleming 627 | EA Liner Easy Application presentation, 1998 (3ME031704-3ME031716) | FRE 802 |
| 171 | | | Hannington 52 | Conceptual samples to improve air egress June 2000 presentation (AVR016026-AVR 016031) | |
| 172 | | | Hannington 53 | Lamination of ECR 9084 adhesive presentation (AVR005800-AVR005803) | |
| 173 | | | Hannington 54 | Kuiper September 5, 2000 e-mail to Hannington re EASAP sub-project process developments (AVR008418-AVR008421) | |
| 174 | | | Hannington 55 | Servaas October 10, 2000 memo to Koo re executive summary (AVR006385-AVR006386) | |
| 175 | | | Hannington 56 | Product concept presentation (AVR005408-AVR005409) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 176 | | | Hannington 57 | Lilac February 27, 2001 memo to Payne re Omnova embossing trial on February 28, 2001 (OMN133-OMN134) | |
| 177 | | | Hannington 58 | Avery project update for FT1000 upgrade, March 23, 2001 (AVR009205-AVR009210) | |
| 178 | | | Hannington 59 | Lilac March 30, 2001 memo to Galloway re March monthly report (AVR009405-AVR009406) | |
| 179 | | | Hannington 60 | Declaration of Michael E. Hannington, November 1, 2001 | |
| 180 | | | Hornickel 503 | File History 6,197,397 | |
| 181 | | | Lilac 61 | Kuiper August 2, 2000 e-mail to Van der Bent re EASP product features (AVR016590-VR016593) | |
| 182 | | | Lilac 62 | Kuiper August 21, 2000 e-mail to Servaas re EASAP project organization (AVR014934-AVR 014936) | |
| 183 | | | Lilac 63 | Hannington September 9, 2000 e-mail to Kuiper re EASAP sub-project process developments (AVR008585-AVR008588) | |
| 184 | | | Lilac 64 | Van der Bent September 19, 2000 e-mail to Lilac re evaluation EASAP samples (AVR007963- AVR007964) | |
| 185 | | | Lilac 65 | DeKrom September 1, 2000 e-mail to Rinehart re application tests using ASAP prototype (AVR007804) | |
| 186 | | | Lilac 66 | Iyer October 3, 2000 e-mail to Kuiper re pattern height measurement on samples (AVR000364-AVR000365) | |

| **Pltf. No.** | **Date Offered** | **Admitted** | **Deposition Exhibit No.** | **Description Of Exhibits** | **Avery Objections** |
|---|---|---|---|---|---|
| 187 | | | McHugh 200 | Rebuttal Expert Report of Dr. Anthony McHugh Regarding Infringement of U.S. Patent No. 5,897,930, June 7, 2002 | FRE 802 |
| 188 | | | McHugh 201 | Hand-drawn sketch | |
| 189 | | | McHugh 202 | Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,897,930, May 6, 2002 | FRE 802 |
| 190 | | | McHugh 206 | Addendum to Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,897,930, May 10, 2002 | FRE 802 |
| 191 | | | | Expert Report of Dr. Anthony McHugh Regarding Unenforceability of U.S. Patent No. 5,897,930, June 12, 2002 | FRE 802 |
| 192 | | | | Rebuttal Expert Report of Dr. Anthony McHugh Regarding Non-Infringement of U.S. Patent No. 5,897,930, June 25, 2002 | FRE 802 |
| 193 | | | | Expert Report of Dr. Anthony McHugh In Rebuttal To Further Expert Report of Dr. A. Brent Strong Regarding Non-Infringement of U.S. Patent No. 5,897,930, July 11, 2002 | FRE 802 |
| 194 | | | | Supplemental and Revised Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,897,930, July 11, 2005 | FRE 802 |
| 195 | | | | Supplemental and Revised Rebuttal Expert Report of Dr. Anthony McHugh Regarding Non-Infringement of U.S. Patent No. 5,897,930, July 18, 2005 | FRE 802 |
| 196 | | | | McHugh documents (AVR019077-AVR019622) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 197 | | | J. Payne 706 | Expert Report of Jeffrey Payne, May 6, 2002 | FRE 802 |
| 198 | | | | Exhibit A to Expert Report of Jeffrey Payne, May 6, 2002: Jeffrey Payne's CV | FRE 802 |
| 199 | | | | Exhibit B to Expert Report of Jeffrey Payne, May 6, 2002 (3M027054) | |
| 200 | | | | Exhibit C to Expert Report of Jeffrey Payne, May 6, 2002 (3M027055) | |
| 201 | | | | Exhibit D to Expert Report of Jeffrey Payne, May 6, 2002 (3M027055) | |
| 202 | | | | Exhibit E to Expert Report of Jeffrey Payne, May 6, 2002 (3M027054) | |
| 203 | | | | Exhibit F to Expert Report of Jeffrey Payne, May 6, 2002 (3M027054) | |
| 204 | | | | Exhibit G to Expert Report of Jeffrey Payne, May 6, 2002 (3M027052) | |
| 205 | | | | Exhibit H to Expert Report of Jeffrey Payne, May 6, 2002 (3M027052) | |
| 206 | | | | Exhibit I to Expert Report of Jeffrey Payne, May 6, 2002 (3M027053) | |
| 207 | | | | Exhibit J to Expert Report of Jeffrey Payne, May 6, 2002 (3M027053) | |
| 208 | | | | Exhibit K to Expert Report of Jeffrey Payne, May 6, 2002 (3M027053) | |
| 209 | | | J. Payne 711 | March 13, 2002 fax re: Avery samples (3M027044) | FRE 802, 901 |
| 210 | | | J. Payne 712 | Payne March 21, 2002 memo to Peters re sample description and preparation (3M027043) | FRE 402, 802, 901 |
| 211 | | | P. Payne 34A | Sample removed from accumulator | FRE 402, 901 |
| 212 | | | P. Payne 35A | Sample removed from directly before the put-on roll | FRE 402, 901 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 213 | | | P. Payne 36A<br>P. Payne 36B<br>P. Payne 36C | Sample showing above the squeegee roll | FRE 402, 901 |
| 214 | | | P. Payne 37A<br>P. Payne 37B<br>P. Payne 37C | Sample showing on the squeegee roll | FRE 402, 901 |
| 215 | | | P. Payne 38A | Sample showing area between the exit of squeegee roll and the beginning of the rubber roll | FRE 402, 901 |
| 216 | | | P. Payne 39A<br>P. Payne 39B<br>P. Payne 39C | Sample showing area in contact with the rubber bed roll | FRE 402, 901 |
| 217 | | | P. Payne 40A<br>P. Payne 40B<br>P. Payne 40C | Sample showing material after it exited the first cooling roll the four inch green cooling roll | FRE 402, 901 |
| 218 | | | P. Payne 41A<br>P. Payne 41B<br>P. Payne 41C | Sample showing area downstream from the four inch cooling roll | FRE 402, 901 |
| 219 | | | P. Payne 42 | Avery raw material specification (OMN33-OMN38) | |
| 220 | | | P. Payne 50 | Schramm January 31, 2001 e-mail to Maynard re Avery embossed liner printing (OMN79-OMN87) | Objection as to handwriting only FRE 901 |
| 221 | | | Strong 605 | Identification of samples obtained by Dr. Strong at OMNOVA from Peter Payne video deposition and OMNOVA inspection | FRE 402, 802, 901 |
| 222 | | | Strong 607A | Depiction of the areas of the liner that marked 36 through 40 | FRE 402, 901 |
| 223 | | | Timmerman 3 | Trinity Packaging Examples 1-3 | |
| 224 | | | Timmerman 13 | Chickletts August 24, 2001 letter to Timmerman regarding new Avery specifications | |
| 225 | | | Timmerman 22 | Plain liner material | |
| 226 | | | Timmerman 23 | Printed liner material | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 227 | | | Tritt 76 | Tritt October 13, 2000 e-mail to Cornell re EASAP project (AVR018194-AVR018198) | FRE 402 |
| 228 | | | | Excerpt from Avery website – Easy Apply Technology – A Revolutionary Way to Maximize Your Productivity (3M027108) | |
| 229 | | | | Abandoned Hannington patent application (3M027109-3M027723) | |
| 230 | | | | Sawka sample | FRE 402, 901 |
| 231 | | | | Avery Application Instructions (AVR008687-AVR008690) | |
| 232 | | | | Galloway May 23, 2001 e-mail to Rinehart re FT to EZ transition letter (AVR010648-AVR010649) | |
| 233 | | | | DeKrom November 17, 2000 e-mail to Olszewski et al. re EASAP Coatability – Thank You (AVR007769) | |
| 234 | | | | Rinehart April 12, 2001 e-mail to Maglott re Calaway/Ryder (AVR009478-AVR009482) | |
| 235 | | | | Presentation – "FT 2000", April 20, 2001 (AVR012047-AVR012053) | |
| 236 | | | | Product Line Strategy Meeting, June 5, 2000 (AVR010650-AVR010656) | |
| 237 | | | | Lilac February 9, 2001 e-mail to Maglott re FT2000 PDB (AVR009348-AVR009352) | |
| 238 | | | | Galloway April 17, 2001 e-mail to Lilac et al re Lower Cost EASAP (AVR009542) | |
| 239 | | | | Avery Dennison Communications Recommendations for EZ 1000 product launch, September 6, 2001 (AVR010594-AVR010597) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 240 | | | | Presentation: "FT100 Fleet Marking Films Graphics Materials Division" (AVR018298-AVR018306) | |
| 241 | | | | Lilac February 3, 2001 e-mail to Rinehart re FT1000 upgrade timeline (AVR009296) | |
| 242 | | | | Rinehart March 26, 2001 e-mail to Galloway et al re Ryder Yellow (AVR009557) | |
| 243 | | | | Galloway April 11, 2001 e-mail to Karavolos re Calaway/Ryder (AVR009470) | |
| 244 | | | | DeKrom e-mail to Rinehart re EASAP – Lab Print Trial (AVR007741-AVR007743) | |
| 245 | | | | Rinehart March 28, 2001 e-mail to Jones at al re Ryder Yellow (AVR010097) | |
| 246 | | | | DeKrom September 1, 2000 e-mail to Rinehart et al re application tests using EASAP prototype at Graphics-Painesville (AVR007804) | |
| 247 | | | | Product Data Bulletin: FT 1000 Series / S-4000 / 90# Sta-Flat Liner Cast Vinyl Film (Revision 1), August 28, 2000 (AVR008683-AVR008684) | |
| 248 | | | | Product Data Bulletin: EZ 1000 Fleet Marking Film / Removable / 90# StaFlat Liner, June 26, 2001 (AVR008685-AVR008686) | |
| 249 | | | | 3M Product Bulletin: 3M Controltac Plus Graphic Marking Film with Comply Performance 3540C (AVR004032- AVR004037) | |
| 250 | | | | Van Dyke April 10, 1998 e-mail to Fridley et al re Minutes: 4/10 Repositionability Meeting (AVR004786) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 251 | | | | McCaslin January 13, 1999 e-mail to Hermans re characterization of 3M Comply construction (AVR006601) | |
| 252 | | | | Presentation: 3M Comply Material Overview (AVR006602-AVR006607) | |
| 253 | | | | McCaslin January 8, 1999 memo from Iyer re 3M Comply FleetMarking Film Sample (AVR006608-AVR006614) | |
| 254 | | | | Servaas November 9, 2000 e-mail to Galloway re 3M Comply picture (AVR006615-AVR006616) | |
| 255 | | | | Hannington October 30, 1998 e-mail DeKrom re Weekly Report, (AVR006992) | |
| 256 | | | | DeKrom December 19, 2000 e-mail to Rinehart re 3M Comply (AVR007755-AVR007756) | |
| 257 | | | | E-mail from Anita Lundberg to Kevin Rinehart re Instructional Bulletin 4.03, April 16, 2001 (AVR007821-AVR007823) | |
| 258 | | | | Kishi October 24, 2000 e-mail to Edwards re EASAP adhesive coatability (AVR007905-AVR007908) | |
| 259 | | | | Avery Press Release: Avery Dennison Introduced 100% Removable Fleet Films – New FT 1000 Fleet Marking Films Offer Higher Removability, Positionability (AVR008681-AVR008682) | |
| 260 | | | | Galloway April 26, 2001 e-mail to Maglott re FT 1000 upgrade summary (AVR009414-AVR009418) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 261 | | | | EZ 2000 Fleet Graphics Film Must-Want List (AVR009451) | |
| 262 | | | | FT 1000 Upgrade Must-Want List (AVR009282) | |
| 263 | | | | Rinehart July 26, 2001 e-mail to Galloway re EZ-2000 commercialization meeting (AVR009456-AVR009457) | |
| 264 | | | | Hannington February 25, 1999 e-mail to DeKrom et al re Weekly Report for 2/26/99 (AVR014361-AVR014362) | |
| 265 | | | | Kuiper October 20, 2000 e-mail to Van der Bent re EASAP Teleconference Meeting Minutes – 10/18/00 (AVR016588) | |
| 266 | | | | Presentation: FT2000 Current and Prototype Product Constructions (AVR010320) | |
| 267 | | | | Rinehart February 15, 2001 e-mail to Coleman re FT 2000 (Ease-Up) (AVR010322-AVR010323) | |
| 268 | | | | DeKrom December 5, 2000 e-mail to Galloway re EASAP Cast (AVR007765-AVR007766) | |
| 269 | | | | Avery Graphics™ A7 Reflective EZ Product Data Bulletin, December 10, 2004 | |
| 270 | | | | Avery 6904 Easy Apply Product Data Sheet, June 5, 2002 | |
| 271 | | | | EZ Series Fleet Marking Films advertisement (AVR016242) | |
| 272 | | | | EZ Series Fleet Marking Films advertisement (AVR016243) | |
| 273 | | | | 3M Innovative Properties Company v. Avery Dennison Corporation, 350 F.3d 1365 (Dec. 2, 2003) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 274 | | | | Memorandum Opinion And Order Construing Disputed Claims, June 20, 2005 | Relevance; FRE 403 |
| 275 | | | | Avery Dennison Corporation's Responses to 3M's First Set of Interrogatories (Nos. 1-15), February 4, 2002 | |
| 276 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 7, May 3, 2002 | |
| 277 | | | | Avery Dennison Corporation's Response to 3M's Second Set of Interrogatory (No. 16), May 4, 2002 | |
| 278 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 13, May 13, 2002 | |
| 279 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 4, May 13, 2002 | |
| 280 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 5, May 13, 2002 | |
| 281 | | | | Avery Dennison Corporation's Response to 3M's Second Set of Interrogatories (Nos. 16-23), June 24, 2002 | |
| 282 | | | | Avery Dennison Corporation's Second Supplemental Response to 3M's Interrogatory No. 5, June 24, 2002 | |
| 283 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Second Set of Interrogatory No. 16, July 17, 2002 | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 284 | | | | Avery Dennison Corporation's Second Supplemental Response to 3M's Interrogatory No. 4, July 17, 2002 | |
| 285 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Second Set of Interrogatories (Nos. 17-20), July 17, 2002 | |
| 286 | | | | Avery Dennison Corporation's Third Supplemental Response to 3M's Interrogatory No. 5, August 4, 2005 | |
| 287 | | | | Bulk exhibit (AVR004472, AVR007772, AVR007774, AVR007779, AVR007782, AVR012621, AVR012628) | Relevance; FRE 403 |
| 288 | | | | Bulk exhibit of Hannington e-mails | Relevance; FRE 403 |
| 289 | | | | Samples provided with Roderick Dorman's letter to R.J Zayed dated October 11, 2001[1] | |

[1] Avery has not yet had an opportunity to lodge objections to this exhibit, and 3M has no objection to Avery doing so prior to December 12, 2005.

Dated: December 5, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND
MANUFACTURING COMPANY

60321279.doc