UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

vs.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

# DEFENDANT'S TRIAL EXHIBIT LIST (WITH PLAINTIFF'S OBJECTIONS)

| **Presiding Judge**<br>Honorable John R. Tunheim | **Plaintiffs' Attorney**<br>Juanita Brooks | **Defendant's Attorney**<br>Roderick G. Dorman |
|---|---|---|
| **Trial Date**<br>December 12, 2005 | **Court Reporter**<br>Kristine Mousseau | **Courtroom Deputy**<br>Sarah Bagwell |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| 1 | | | | United States Patent No. 5,897,930 - Calhoun | No Objection |
| 2 | | | | Plaintiff's Notice of 30(b)(6) Deposition | No Objection |
| 3 | | | | Exploded Views of Printed Dots | No Objection |
| 4 | | | | Confidentiality Agreement - September 23, 2000 | No Objection |
| 5 | | | | Avery Purchase Order - September 12, 2000 | F.R.E. 401, 403, 602, 801 |
| 6 | | | | Avery Purchase Order - November 17, 2000 | F.R.E. 401, 403, 602, 801 |
| 7 | | | | Avery Purchase Order - December 19, 2000 | F.R.E. 401, 403, 602, 801 |
| 8 | | | | Avery Purchase Order - January 23, 2001 | F.R.E. 401, 403, 602, 801 |
| 9 | | | | Letter to K. Chickletts from M. Timmerman - May 5, 2001 | F.R.E. 401, 403, 602, 801 |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| 10 | | | | Comparison of Dot Pattern Samples - June 2001 | No Objection |
| 11 | | | | Avery Purchase Order - August 21, 2001 | F.R.E. 401, 403, 602, 801 |
| 12 | | | | Trinity Invoice - August 22, 2001 | F.R.E. 401, 403, 602, 801 |
| 13 | | | | Letter to M. Timmerman from K. Chickletts - August 24, 2001 | No Objection |
| 14 | | | | Avery Purchase Order - September 6, 2001 | F.R.E. 401, 403, 602, 801 |
| 15 | | | | Fax to M. Timmerman from L. Harvey - September 7, 2001 | F.R.E. 401, 403, 602, 801 |
| 16 | | | | Packing Slip - October 23, 2001 | F.R.E. 401, 403 602, 801 |
| 17 | | | | E-mail to M. Timmerman from E. Jones re: EZ liner Supply Chain November 18, 2001 | F.R.E. 401, 403, 602, 801 |
| 18 | | | | Truck Bill of Lading - December 17, XXXX | F.R.E. 401, 403, 602, 801 |
| 19 | | | | Job Sheet | F.R.E. 401, 403, 602, 801 |
| 20 | | | | Engraving Certification - May 8, 1997 | F.R.E. 401, 403, 602, 801 |
| 21 | | | | Job Sheet - C. Reese | F.R.E. 401, 403, 602, 801 |
| 22 | | | | Plain Liner Material | No Objection |
| 23 | | | | Printed Liner Material | No Objection |
| 24 | | | | Uteco Schematic | F.R.E. 401, 403, 602, 801 |
| 25 | | | | NOT USED | |
| 26 | | | | Flexographic Printing Manual | F.R.E. 401, 403 |
| 27 | | | | 1993 - 1994 Technical Information Sheets | F.R.E. 401, 403. Subject of motion in limine re Avery arguments contrary to claim constructions offered by the Federal Circuit and this Court. |
| 28 | | | | Article - Processes and Equipment for In-Line Post Extrusion Forming | F.R.E. 401, 403 |
| 29 | | | | Salt Bag Sample | F.R.E. 401, 403 |
| 30 | | | | Drawing | No objection |
| 31 | | | | Marked Uteco Schematic | F.R.E. 401, 403, 602, 801 |
| 32 | | | | Whole Salt Bag | F.R.E. 401, 403, |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | | 602, 801 |
| 33 | | | | Memo to P. Payne from D. Lilac re: Omnova Embossing Trial on February 28, 2001 (OMN133-OMN134) | No Objection |
| 34B | | | | Product Sample | No Objection |
| 35B | | | | Product Sample | No Objection |
| 36B | | | | Product Sample | No Objection |
| 37B | | | | Product Sample | No Objection |
| 38B | | | | Product Sample | No Objection |
| 39B | | | | Product Sample | No Objection |
| 40B | | | | Product Sample | No Objection |
| 41B | | | | Product Sample | No Objection |
| 42 | | | | Raw Materials Specification (OMN33-OMN38) | No Objection |
| 43 | | | | Letter to K. Chickletts from R. Schramm re: pricing re toll embossing - July 30, 2001 (OMN49-0MN59) | F.R.E. 401, 403, 602, 801 |
| 44 | | | | Daily Production Recap - January 9, 2002 (OMN257-OMN278) | F.R.E. 401, 403, 602, 801 |
| 45 | | | | Production Schedule - December 7, 2000 (OMN255-OMN256) | F.R.E. 401, 403, 602, 801 |
| 46 | | | | Memo to J. Coulter, B. Davison, M. DeMark, M. McGowan, P. Payne, J. Pomeroy, M. Ricketts from M. Burd re: Pre-Trial Notes - Avery Paper Trial - August 23, 2000 (OMN172) | F.R.E. 401, 402, 403, 602, 801 |
| 47 | | | | Memo to R. Rywalski, R. Nagucki re: Processes - January 11, 2002 (OMN18) | F.R.E. 401, 402, 403, 602, 801 |
| 48 | | | | Fax to R. Rywalski from J. Cornell re: Complaint (OMN1-OMN14) | F.R.E. 401, 402, 403, 602, 801 |
| 49 | | | | Indemnification Agreement - August 1, 2000 (OMN20-OMN22) | F.R.E. 401, 402, 403, 602, 801 |
| 50 | | | | Letter to John Cornell from W. Tritt re: Investigation of U.S. Patent No. 5,897,930 pricing re: toll embossing - July 30, 2001 with exhibits (AVR018430-AVR018617) | F.R.E. 401, 402, 403, 602, 801 |
| 51 | | | | United States Patent No. DES. 412,731 | F.R.E. 401, 402, 403 |
| 52 | | | | Conceptual Samples to Improve Air Egress - June 2000 (AVR016026-AVR016031) | No Objection |
| 53 | | | | Lamination of ECR 9084 (No Beads) Adhesive to Glass EM-1189 Assi Doman Liner Flexo Printed w/ 20% Diamonds and Dots 1.1 Point Pattern at SPD using UV Dielectric Blue Print | No Objection |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | Embedded on HL-100 (Sample 13A) (AVR005800-AVR005803) | |
| 54 | | | | E-mail to M. Hannington, D. Lilac A. DeKrom from K. Kuiper re: EASP Sub-project Process Developments - September 5, 2000 (AVR008418-AVR008421) | No Objection |
| 55 | | | | Memo to L.H. Koo from P. Servaas re: R&D Graphics Europe September 2000 Report - October 10, 2000 (AVR006385-AVR006386) | No Objection |
| 56 | | | | Global Technology Steering Meeting - March 2&3, 2000 (AVR005408-AVR005409) | No Objection |
| 57 | | | | Memo to P. Payne from D. Lilac re: Omnova Embossing Trial on February 28, 2001 - February 27, 2001 (OMN133-OMN134) | No Objection |
| 58 | | | | Project Update - March 23, 2001(AVR009205-AVR009210) | No Objection |
| 59 | | | | Memo to L. Galloway from D. Lilac re March Monthly Report (AVR009405-AVR009406) | No Objection |
| 60 | | | | Declaration of Michael E. Hannington | No Objection |
| 61 | | | | E-mail to H. van der Bent from K. Kuiper re: EASAP Product Features Sign Off Sheet - August 2, 2000 (AVR016590-AVR016593) | No Objection |
| 62 | | | | E-mail to P. Servas, L. Galloway, D. Lilac et al from K. Kuiper re: EASAP Project Organization - August 21, 2000 (AVR014934-AVR014936) | No Objection |
| 63 | | | | E-mail to K. Kuiper N. Bihary from M. Hannington re EASAP Sub-project Process Developments - September 9, 2000 (AVR008585-AVR008588) | No Objection |
| 64 | | | | E-mail to D. Lilac, A. DeKrom, M. Hannington et al from H. van der Bent re: Evaluation EASAP Samples - September 19, 2000 (AVR007963-AVR007964) | No Objection |
| 65 | | | | E-mail to K. Reinhart, K. Kuiper from A. DeKrom re: Application tests using EASAP Prototype at Graphics-Painesville (AVR007804) | No Objection |
| 66 | | | | E-mail to K. Kuiper from I. Pradeep re: Pattern Height Measurement on Four | No Objection |

| **Avery Exh. No.** | **Date Offered** | **Marked** | **Admitted** | **Description of Exhibits** | **3M's Objections** |
|---|---|---|---|---|---|
| | | | | Samples - October 3, 2000 (AVR000364-AVR000365) | |
| 67 | | | | Laboratory Notebook No. 758- Lilac - August 1, 2000 (AVR016828-AVR016932) | F.R.E. 602, 801 |
| 68 | | | | Laboratory Notebook No. 760 - Lilac - August 22, 2000 (AVR017162-AVR017266) | F.R.E. 602, 801 |
| 69 | | | | Laboratory Notebook No. 775 - Lilac - January 23, 2001 (AVR017056-AVR017161) | F.R.E. 602, 801 |
| 70 | | | | Memo to P. Payne, M. Burd from D. Lilac re: Omnova Embossing Trial on January 10, 2001 (OMN145-OMN146) | F.R.E. 602, 801 |
| 71 | | | | Laboratory Notebook No. 780 - Lilac - April 9, 2001 (AVR016991-AVR017055) | F.R.E. 602, 801 |
| 72 | | | | Project Update - February 2001(AVR009211-AVR009212) | No objection |
| 73 | | | | Memo to L. Galloway from D. Lilac re: Technical Update/Review (AVR009286-AVR009387) | No objection |
| 74 | | | | Tactic 3.2a EASAP (AVR012025-AVR012029) | No objection |
| 75 | | | | Drawing | F.R.E. 401, 402, 403. Subject of motion in limine re Avery offered evidence contrary to claim constructions of this Court and the Federal Circuit. |
| 76 | | | | E-mail to J. Cornell from B. Tritt re: EASAP Project (AVR018194-AVR018198) | No Objection |
| 77 | | | | Spreadsheet for related patents | F.R.E. 401, 402, 403 , 602, 801 |
| 78 | | | | Spreadsheet for related patents | F.R.E. 401, 402, 403, 602, 801 |
| 79 | | | | E-mail to I. Pradeep, M. Prakash from D. Edwards re: EASAP IP Meeting - June 8, 2000 (AVR018215-AVR018216) | F.R.E. 401, 402, 403, 602, 801 |
| 80 | | | | E-mail to J. Cornell, B. Tritt, M. Hannington et al from L. Galloway re: EASAP IP Meeting - June 21, 2001 | F.R.E. 401, 402, 403, 602, 801 |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | (AVR018217-AVR018223) | |
| 81 | | | | PCT Application NO. PCT/US01/12958 - April 23, 2001 (AVR018242-AVR018287) | F.R.E. 401, 402, 403. Subject of motion in limine re exclusion of Avery's method patent. |
| 82 | | | | Plaintiff's Second Notice of Taking Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | No objection |
| 83 | | | | Notice of 30(b)(6) Deposition | No objection |
| 84 | | | | File History 5,405,675 (3M024209-3M024318) | No objection |
| 85 | | | | United States Patent No. 5,405,675 - Sawka | No objection |
| 86 | | | | United States Patent No, 5,897,930 - Calhoun | No Objection |
| 87 | | | | Late Submission of Declaration Under 37 CFR 1.53(d) | No objection |
| 88 | | | | United States Patent No. 6,197,397 - Sher | No Objection |
| 89 | | | | United States Patent No. 6,203,885 - Sher | No Objection |
| 90 | | | | Untied States Patent No. 5,382,464 - Ruppel | No Objection |
| 91 | | | | Untied States Patent No. 4,320,162 - Schulz | No Objection |
| 92 | | | | United States Patent No. 3,611,919 - Thomas | No Objection |
| 93 | | | | United States Patent Application Publication US 2001/0052384 A1 - Hannington | F.R.E. 401, 402, 403. Subject of motion in limine re exclusion of Avery's method patent. |
| 94 | | | | United States Patent Application Publication US 2005/0208252 A1 - Hannington | F.R.E. 401, 402, 403. Subject of motion in limine re exclusion of Avery's method patent. |
| 95 | | | | Untied States Patent Application Publication US 2004/0213993 A1 - Hannington | F.R.E. 401, 402, 403. Subject of motion in limine re exclusion of Avery's method patent. |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| 96 | | | | United States Patent Application Publication US 2001/0031353 A1 - Hannington | F.R.E. 401, 402, 403. Subject of motion in limine re exclusion of Avery's method patent. |
| 97 | | | | Not Used | |
| 98 | | | | Declaration of Charles A. Calisto | No Objection |
| 99 | | | | Declaration of Dr. Michael R. Kesti - October 5, 2001 | No Objection |
| 100 | | | | United States Patent No. 5,897,930 | No Objection |
| 101 | | | | Declaration of Dr. Michael R. Kesti - October 22, 2001 | No Objection |
| 102 | | | | File History 5,897,930 | No Objection |
| 103 | | | | United States Court of Appeals for the Federal Circuit Decision 3M Innovative Properties Company v. Avery Dennison Corporation, 350 F3d 1365, 2003 | No Objection |
| 104 | | | | Order re: Preliminary Injunction - February 15, 2002 | F.R.E. 401, 402, 403 |
| 105 | | | | Order re: Summary Judgment - October 19, 2002 | F.R.E. 401, 402, 403 |
| 106 | | | | Plaintiff's Response to Interrogatory No. 5 - February 4, 2002 | No Objection |
| 107 | | | | Plaintiff's Supplemental Response to Request for Admission No. 12 as contained in Plaintiff's Supplemental Response to Avery's First Set of Interrogatories - April 4, 2002 | No Objection |
| 108 | | | | Plaintiff's Supplemental Response to Request for Admission No. 13 as contained in Plaintiff's Supplemental Response to Avery's First Set of Interrogatories - April 4, 2002 | No Objection |
| 109 | | | | Plaintiff's Supplemental Response to Request for Admission No. 11 as contained in Plaintiff's Supplemental Response to Avery's First Set of Interrogatories - May 4&6, 2002 | No Objection |
| 110 | | | | Laboratory Notebook No. 783 - Cleary (AVR011363-AVR011466) | F.R.E. 403, 602, 801 |
| 111 | | | | Laboratory Notebook No. 739 - Nupp - January 20, 2000 (AVR016933-AVR016990) | F.R.E. 403, 602, 801 |
| 112 | | | | Laboratory Notebook No. 691 - Hannington (AVR017267-AVR017346) | No Objection |
| 113 | | | | Laboratory Notebook No. 746 - | No Objection |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | Hannington- February 28, 2000 (AVR017347-AVR017451) | |
| 114 | | | | Laboratory Notebook No. 734 - Hannington - December 27, 1999 (AVR017454-AVR017561) | No Objection |
| 115 | | | | Laboratory Notebook No. 724 - Hannington - June 28, 1999 (AVR017562-AVR017669) | No Objection |
| 116 | | | | Laboratory Notebook No. 723 - Hannington - June 1999 (AVR017670-AVR017777) | No Objection |
| 117 | | | | Laboratory Notebook No. 733 - Hannington - December 15, 1999 (AVR017778-AVR017885) | No Objection |
| 118 | | | | Laboratory Notebook No. 732 - Hannington - October 26, 1999 (AVR017886-AVR017992) | No Objection |
| 119 | | | | Laboratory Notebook No. 725 - Hannington - July 22, 1999 (AVR017995-AVR018109) | No Objection |
| 120 | | | | Laboratory Notebook No. 742 - Hannington - February 14, 2000 (AVR018110-AVR018193) | No Objection |
| 200 | | | | Rebuttal Expert Report of Dr. Anthony J. McHugh Regarding Non-Infringement of U.S. Patent No. 5,897,930 | No Objection |
| 201 | | | | Drawing | No Objection |
| 202 | | | | Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,897,930 | No Objection |
| 203 | | | | Utility Model Application No. 2587198 - Pressure Sensitive Adhesive Sheet (3M018116-3M018128) | No Objection |
| 204 | | | | United States Patent No. 5,141,790 - Calhoun | No Objection |
| 205 | | | | United States Patent No. 3,887,678 - Lewicki | No Objection |
| 206 | | | | Addendum to Expert Report of D. Anthony J. McHugh Regarding Invalidity of United States Patent No. 5,897,930 | No Objection |
| 207 | | | | United States Patent No. 5,229,186 - Tribble | No Objection |
| 208 | | | | CD - McHugh ( AVR19624) | F.R.E. 401, 402, 403, 602, 801. 3M does not have a copy of this |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | | Exhibit, and have asked Avery to provide a copy of it. 3M reserves the right to further object to this object to this Exhibit once Avery provides 3M with a copy. |
| 209 | | | | Reserved | 3M reserves the right to object to all "reserved" exhibits when and if they are provided to 3M. |
| 210 | | | | Reserved | |
| 211 | | | | Reserved | |
| 212 | | | | Reserved | |
| 213 | | | | Reserved - | |
| 214 | | | | Reserved - Animation | |
| 215 | | | | Reserved - Animation | |
| 216 | | | | Reserved - Demonstrative | |
| 217 | | | | Reserved - Demonstrative | |
| 218 | | | | Reserved - Demonstrative | |
| 219 | | | | Reserved - Demonstrative | |
| 220 | | | | Reserved - Demonstrative | |
| 500 | | | | United States Patent No. 6,197,397 - Sher | No Objection |
| 501 | | | | Company Chronology (3M017730) | F.R.E. 401, 402, 403, 602, 801 |
| 502 | | | | File History 5,897,930 | No Objection |
| 503 | | | | File History 6,197,397 | No Objection |
| 504 | | | | Intellectual Protection (3M017849-3M017850) | F.R.E. 401, 402, 403, 602, 801 |
| 505 | | | | United States Patent 5,405,675, - Sawka | No Objection |
| 506 | | | | PCT Application NO. WO 98/29231 - July 9, 1998 (3M002821-3M002844) | No Objection |
| 507 | | | | PCT Written Opinion - December 16, 1998 (3M002845-3M002850) | F.R.E. 401, 402, 403 |
| 508 | | | | PCT Examination Report - June 17 1998 (3M002857-3M002863) | F.R.E. 401, 402, 403 |
| 509 | | | | Letter to European Patent Office from J. Hornickel re: Response to Written Opinion dated September 16, 1998 (3M002821-3M002856) | F.R.E. 401, 402, 403, 602, 801 |
| 510 | | | | Structured Films - Patent abstract | F.R.E. 401, 402, |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | (3M017854-3M017855) | 403 |
| 511 | | | | United States Patent No. 5,298,791 - Liberty (3M018144-3M018152) | F.R.E. 401, 402, 403 |
| 512 | | | | Patent Specification - 1 511 060 - London Application No. 40186/75 (3M020426-3M020432) | F.R.E. 401, 402, 403 |
| 513 | | | | File History 6,203,885 | F.R.E. 401, 402, 403 |
| 514 | | | | Utility Model Application No. 2587198 - Translated from Japanese (3M018116-3M018128) | No Objection |
| 515 | | | | United States Patent No. 6,197,397 - Sher | No Objection |
| 516 | | | | United States Patent No. 6,203,885 - Sher | No Objection |
| 517 | | | | United Stated Patent Application Publication No. 2001/0004484 A1 - Sher | No Objection |
| 518 | | | | Comply Adhesive System Presentation - December 10,1999 (3M017757-3M017777) | F.R.E. 401, 402, 403 |
| 519 | | | | First EA Liner Trial at Nevada - February 13, 1997 (3M019121-3M019125) | F.R.E. 401, 402, 403 |
| 520 | | | | Technical Report Summary - June 26, 1997 (3M015037-3M015050) | No Objection |
| 521 | | | | E-mail to F. Sher from H. Endoh re: Comply Liner Release Levels - October 5, 2000 (3ME028499-3ME028500) | F.R.E. 401, 402, 403 |
| 522 | | | | CG Comply Presentation - April 21, 1999 (3ME031907-3ME031960) | F.R.E. 401, 402, 403 |
| 523 | | | | Today's Situation (3M000623) | F.R.E. 401, 402, 403 |
| 524 | | | | 3M Technical Notebook No. 106434 - Sher (3M024325-3M024340) | No Objection |
| 525 | | | | Pages 6 & 103 from 3M Technical Notebook No. 106434 (3M018504-3M018505) | No Objection |
| 526 | | | | 3M Technical Notebook No. 107698 - Sher (3M024341-3M024359) | No Objection |
| 527 | | | | Pages 27 - 32, & 38-43 from 3M Technical Notebook No. 106434 (3M018492-3M018503) | No Objection |
| 528 | | | | 3M Technical Notebook No. 109032 - Sher (3M024360-3M024387) | No Objection |
| 529 | | | | 3M Technical Notebook No. 110125 - Sher (3M024388-3M024489) | No Objection |
| 530 | | | | 3M Technical Notebook No. 111408 - | No Objection |

| **Avery Exh. No.** | **Date Offered** | **Marked** | **Admitted** | **Description of Exhibits** | **3M's Objections** |
|---|---|---|---|---|---|
| | | | | Sher (3M024490-3M024528) | |
| 531 | | | | 3M Technical Notebook No. 111690 - Sher (3M024529-3M024562) | No Objection |
| 532 | | | | 3M Technical Notebook No. 91379 - Calhoun (3M013180-3M013298) | No Objection |
| 533 | | | | 3M Technical Notebook No. 106855 - Calhoun (3M013299-3M013420) | No Objection |
| 534 | | | | United States Patent No. 5,141,790 - Calhoun | No Objection |
| 535 | | | | United States Patent No. 5,344,681 - Calhoun | No Objection |
| 536 | | | | United States Patent No. 5,462,765 - Calhoun | No Objection |
| 537 | | | | United States Patent No. 5,437,754 - Calhoun | No Objection |
| 538 | | | | United States Patent No. 5,300,340 - Calhoun | No Objection |
| 539 | | | | United States Patent No. 3,413,168 - Danielson | No Objection |
| 540 | | | | United States Patent No. 3,331,729 - Danielson | No Objection |
| 541 | | | | Presentation re: Develop System for Easier and Faster Application of Adhesive Backed Marking Films and Tapes (3M017735-3M017755) | F.R.E. 401, 402, 403 |
| 542 | | | | E-mail with attached Japanese translation (3M018224-3M018244) | F.R.E. 401, 402, 403, 602 |
| 543 | | | | E-mail with attached Japanese translation (3M018161-3M018173) | F.R.E. 401, 402, 403, 602 |
| 600 | | | | Avery's Re-Notice of Taking Deposition 30(b)(6) | No Objection |
| 601 | | | | Avery's Re-Notice of Request for Inspection of Real Property Objects and Things | F.R.E. 401, 402, 403 |
| 602 | | | | Notice of Deposition | No Objection |
| 603 | | | | Complaint and Demand for Jury Trial | Objection (F.R.E. 401, 402, 403) to the extent Avery intends to offer excess pages contained in exhibit beyond Complaint. |
| 604 | | | | Process Variable Information Report - April 25, 2002 | F.R.E. 401, 402, 403, 602 |
| 605 | | | | 40 Maker Threadup Diagram (Complay 2nd Station) - March 20, 2000 | F.R.E. 401, 402, 403, 602 |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | (3M024319) | |
| 606 | | | | Drawing | F.R.E. 401, 402, 403, 602 |
| 607 | | | | Comply Liner Manufacturing Strategy (3M014171) | F.R.E. 401, 402, 403, 602 |
| 608 | | | | Production of SCW598 One-Trip Comply on 40 Maker (3M006620-3M006629) | F.R.E. 401, 402, 403, 602 |
| 609 | | | | Comply Chronology (3M017730) | F.R.E. 401, 402, 403, 602, 801, duplicative of Exhibit #501. |
| 610 | | | | 180-10 Comply Process Flow Chart (3M013826) | F.R.E. 401, 402, 403, 602, 801 |
| 611 | | | | Comply Products TAB Review, NPCS Stage 3 Sign-off - November 14, 2001 (3M014154-3M014348) | F.R.E. 401, 402, 403, 602, 801 |
| 612 | | | | Memo to R. Moms, R. Lane, J. Spolidoro et al from C. Calisto, D. Pohl, et al re: SGIA New Product Announcement Update - September 11, 1998 (3M000125-3M000126) | No Objection |
| 613 | | | | Report - Production SCW598 - November 1,2000 (3M006645-3M006649) | F.R.E. 401, 402, 403, 602, 801 |
| 614 | | | | Report - Production SCW598 - July 10, 2000 (3M006585-3M006589) | F.R.E. 401, 402, 403, 602, 801 |
| 615 | | | | Report - Embossed 3.7 MIL PET Film - January 19, 2001 (3M006382-3M006392) | F.R.E. 401, 402, 403, 602, 801 |
| 616 | | | | Report - Production SCW598 - September 5, 2000 (3M006635-3M006639) | F.R.E. 401, 402, 403, 602, 801 |
| 617 | | | | Process Variable Information - Effective date June 6, 2001 (3M006408-3M006414) F.R.E. 401, 402, 403, 602, 801 | F.R.E. 401, 402, 403, 602, 801 |
| 618 | | | | Use Ancillary for Waterbased Adhesive - Effective date December 21, 2001 (3M006677-3M006691) | F.R.E. 401, 402, 403, 602, 801 |
| 619 | | | | Receptor Coat Info - Effective date July 13, 2000 (3M005570-3M005580) | F.R.E. 401, 402, 403, 602, 801 |
| 620 | | | | Document Commercial Graphics Division - Effective November 7, 2001 (3M005137-3M005147) | F.R.E. 401, 402, 403, 602, 801 |
| 621 | | | | Experiment Document - January 29, 2000 (3M010473-3M010478) | F.R.E. 401, 402, 403, 602, 801 |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| 622 | | | | Maker 40 Diagrams of Embosser Stations (3M014172-3M014174) | F.R.E. 401, 402, 403, 602, 801 |
| 623 | | | | Microreplication Tooling - December 7, 2000 (3M016499-3M016507) | F.R.E. 401, 402, 403, 602, 801 |
| 624 | | | | The EA System (3M016294-3M016320) | No Objection |
| 625 | | | | Microreplication Diagrams - March 1997 (3ME011740-3ME011741) | F.R.E. 401, 402, 403, 602, 801 |
| 626 | | | | EA Adhesives - May 21, 1997 (3ME011708-3ME011737) | F.R.E. 401, 402, 403, 602, 801 |
| 627 | | | | EA Liner - EA = Easy Application - A. Urban 1998 (3ME031704-3ME031716) | No Objection |
| 628 | | | | Power Point slides from Microreplication Technology Meeting - June 7, 1999 (3ME011673-3ME011706) | F.R.E. 401, 402, 403, 602, 801 |
| 629 | | | | Comply Liner Air Bleed Test Procedures - July 25, 2000 (3M010498-3M010501) | F.R.E. 401, 402, 403, 602, 801 |
| 630 | | | | CG Comply Presentation - April 21, 1999 (3M013622-3M013663) | F.R.E. 401, 402, 403, 602, 801 |
| 631 | | | | Technical Report Summary - June 26, 1997 (3M015037-3M015050) | No Objection |
| 632 | | | | Monthly Highlight Report - Sher - May 15, 1996 (3M015078) | No Objection |
| 633 | | | | Report re: Nevada EA Embossing Trial 6 Technical and Factory Report - February 1998 (3M016283-3M016288) | F.R.E. 401, 402, 403 |
| 634 | | | | Technical Summary Report through December 1998 (3M013583-3M013621) | F.R.E. 401, 402, 403 |
| 635 | | | | Expert Report of A. Brent Strong Regarding (Cover Page Only) | 3M objects only to the extent Avery is not offering entire report. |
| 636 | | | | Letter to J. Adkisson from B. Strong re: invoices - March 29, 2002 (3M026487 - 3M026498) | No Objection |
| 637 | | | | Letter to J. Adkisson from B. Strong re: involves - January 7, 2002 (3M026610 - 3M026612) | No Objection |
| 638 | | | | Handwritten Statements by Mr. Dorman | F.R.E. 401, 402, 403. Subject of motion in limine re Avery arguments contrary to claim constructions offered by the |

| Avery Exh. No. | Date Offered | Marked | Admitted | Description of Exhibits | 3M's Objections |
|---|---|---|---|---|---|
| | | | | | Federal Circuit and this Court. |
| 639 | | | | Roll Assembly Drawing | No Objection |
| 640 | | | | Handwritten list of Precise Identification Samples Obtained By. Dr. Strong at OMNOVA (from P. Payne Video Depo and OMNOVA Inspection) | No Objection |
| 641 | | | | Hand drawn Diagram of Line (3M026581) | No Objection |
| 642 | | | | Heat Roll/Chill Roll Line | No Objection |
| 643 | | | | Heat Roll/Chill Roll Line | No Objection |
| 644 | | | | Patent Abstracts of Japan Publication No. 59078285A - October 28, 1982 | No Objection |
| 645 | | | | Handwritten Notes re: Avery Product (3M026579) | No Objection |
| 646 | | | | Handwritten Notes (3M026580) | No Objection |
| 647 | | | | Handwritten Notes re: OMNOVA - February 27, 2002 (3M026582-3M026588) | No Objection |
| 648 | | | | Handwritten Notes re: 3M-St. Paul - March 19-20, 2002 (3M026589-3M026593) | No Objection |
| 649 | | | | Letter to J. Adkisson from B. Strong re: invoices - March 1, 2002 (3M026597-3M026608) | No Objection |
| 706 | | | | Expert Report of Jeffrey J. Payne | No Objection |
| 707 | | | | Photograph Exhibits D-I from Expert Report of Dr. Brent Strong (3M024174-3M024199) | No Objection |
| 708 | | | | Article "Application of Vertical Scanning Interferometric Profiler to Paper Surface" by T. Yamauchi, Paper and Timber Vol. 78/No 1-2/1996 | No Objection |
| 709 | | | | Photograph - Exhibit F-3 Stub E-Boundary (3M024185) | No Objection |
| 710 | | | | Photograph - Exhibit F-5 Stub E-Boundary (3M024187) | No Objection |
| 711 | | | | SEM Worksheet - March 13, 2002 (3M027044) | No Objection |
| 712 | | | | Corporate Analytical Technology Center - Memo to C. Peters, J. Marhevka from J. Payne re: analytical request - March 21, 2002 (3M027043) | No Objection |

DATED: December 5, 2005

Respectfully submitted,

/S/David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Jay R. Campbell
RENNER OTTO BOISSELLE & SKLAR
1621 Euclid Avenue, 19th Floor
Cleveland, Ohio 44115
(216) 621-1113 - Telephone
(216) 621-1260 - Facsimile

2563757v1