IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**3M'S COUNTER DESIGNATIONS AND OBJECTIONS TO AVERY'S INITIAL DEPOSITION DESIGNATIONS**

Pursuant to the Court's October 18, 2005 Local Rule 39.1 Memorandum, 3M (3M Innovative Properties Company and Minnesota Mining and Manufacturing Company collectively) respectfully submits its counter designations and objections to Avery Dennison Corporation's deposition designations.

The following are 3M's counter designations of the April 19, 2002 deposition of Douglas Lilac:

Page 92, Lines 10-14
Page 92, Lines 20-25
Page 93, Lines 14-17
Page 94, Lines 10 - Page 95, Line 1
Page 96, Lines 6-13
Page 96, Lines 20-24
Page 97, Lines 6-8
Page 97, Lines 17-18
Page 97, Lines 20-22
Page 97, Line 24
Page 108, Line 25 - Page 109, Line 18
Page 157, Lines 22 - Page 159, Line 1
Page 167, Lines 23 - Page 168, Line 19
Page 169, Lines 8-14
Page 175, Lines 9-21
Page 176, Line14 - Page 177, Line 5
Page 207, Line 24 - Page 208, Line 9
Page 232, Lines 15-17
Page 232, Line 20 - Page 233, Line 14
Page 236, Lines 24 - Page 237, Line 22
Page 237, Line 25 - Page 239, Line 3
Page 239, Line 5
Page 241, Lines 1-19
Page 241, Line 25 - Page 242, Line 25
Page 254, Lines 16-19
Page 262, Lines 4-15

3M objects to the following Avery designations of the deposition of Douglas Lilac based on F.R.E. 401, 403, and as the subject of motion in limine precluding Avery from making arguments contrary to claim constructions offered by the Federal Circuit and this Court.

Page 255, Line 17 – Page 256, Line 2
Page 263, Line 21 – Page 264, Line 15
Page 281, Line 6 – Page 283, Line 25

3M objects to Avery's designation of attorney colloquy, and as such, 3M objects to Avery's designation of Page 252, lines 7-12.

3M maintains its objections to Avery's questioning of the witness. Those objections are reflected in the transcript from Pages 260 to 277.

Dated: December 7, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ John C. Adkisson
Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY and MINNESOTA MINING
AND MANUFACTURING COMPANY