# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| 3M INNOVATIES PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY, | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| | ) | U.S. District Judge |
| Plaintiff, | ) | Case No: 01-1781 (JRT/FLN) |
| | ) | Date: November 28, 2005 |
| v. | ) | Court Reporter: Kristine Mousseau |
| | ) | Time Commenced: 11:40 a.m. |
| AVERY DENNISON CORPORATION, | ) | Time Concluded: 1:05 p.m. |
| | ) | Time in Court: 1 hour and 25 minutes |
| Defendant. | ) | |

Hearing on: Motions in limine hearing
Pretrial Conference

## APPEARANCES:

Plaintiff: John C. Adkinson, Jonathan E. Singer, Juanita Brooks, Katherine Moerke (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

Defendant: David P. Pearson (Wintrop & Weinstine)
Roderick G. Dorman and Omer Salik (Hennigan, Bennett & Dorman)

## PROCEEDINGS:

Arguments heard. Rulings on motions in limine. Pretrial issues and scheduling discussed. Jury trial to begin on Monday, December 12, 2005 at 1:30 p.m.

IT IS ORDERED:

Written order forthcoming.

s/Sarah E. Bagwell
Calendar Clerk