# CERTIFICATE OF SERVICE

I certify that on December 8, 2005, I have caused the following document:

**PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST**

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Tiffany A Blofield<br>Winthrop & Weinstine | tblofield@winthrop.com |
| Roderick G. Dorman<br>Hennigan, Bennett & Dorman | dormanr@hbdlawyers.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

Date: December 8, 2005

s/ John C. Adkisson
John C. Adkisson

60328536.doc