# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| 3M INNOVATIES PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY, | ) | **AMENDED COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge |
| Plaintiff, | ) | Case No: 01-1781 (JRT/FLN)<br>Date: November 28, 2005 |
| v. | ) | Court Reporter: Kristine Mousseau<br>Time Commenced: 11:40 a.m. |
| AVERY DENNISON CORPORATION, | ) | Time Concluded: 1:05 p.m.<br>Time in Court: 1 hour and 25 minutes |
| Defendant. | ) | |

Hearing on: Motions in limine hearing
Pretrial Conference

## APPEARANCES:

Plaintiff: John C. Adkinson, Jonathan E. Singer, Juanita Brooks, Katherine Moerke (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

Defendant: David P. Pearson (Wintrop & Weinstine)
Roderick G. Dorman and Omer Salik (Hennigan, Bennett & Dorman)

## PROCEEDINGS:

Arguments heard. Rulings made on the following motions in limines:

Motion for Judgment on the Pleadings Re Plaintiff's Claims for Contributory Infringement and Inducement by Avery-Dennison Corporation [Docket No. 220]. DENIED.

Motion in Limine *to Exclude Any Testimony and Argument by Avery Contrary to Claim Constructions by the Federal Circuit and This Court* by 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company [Docket No. 229]. DENIED.

Motion in Limine *to Exclude All Evidence and Argument on the References and Testing Struck from Avery's Supplemental Expert Report* by 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company [Docket No. 230]. WITHDRAWN by 3M.

Motion in Limine *to Exclude All Evidence and Argument Regarding Other Litigation and Patent Enforcement Involving 3M* by 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company [Docket No. 233]. GRANTED but modified as to the prosecution of the '397 patent.

Motion in Limine *(1) to Exclude Evidence and Argument Re 35 U.S.C. 256, and Motion in Limine (2) to Exclude Argument that a Used or Spent Release Liner Infringes the Patent-in-Suit* by Avery-Dennison Corporation [Docket No. 234]. DENIED.

Motion in Limine *to Exclude All Evidence and Argument on Prior Art References that Avery Disclosed After the Court's Deadline or Merely Identified in Discovery* by 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company [Docket No. 235]. WITHDRAWN by 3M.

Motion in Limine *to Exclude any Undisclosed or Untimely Disclosed Evidence and Argument Regarding Avery's Willfulness Defense* by 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company [Docket No. 236]. WITHDRAWN by 3M.

Pretrial issues and scheduling discussed. Jury trial to begin on Monday, December 12, 2005 at **1:30 p.m.**

IT IS ORDERED:

Written order forthcoming on the following motions:

Motion in Limine *to Exclude All Evidence and Argument Regarding Inventorship* by 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company [Docket No. 231]

Motion in Limine *to Exclude Evidence of Avery's '049 Method Patent* by 3M Innovative Properties Company, Minnesota Mining and Manufacturing Company, 3M Innovative Properties Company [Docket No. 232]

s/Sarah E. Bagwell
Calendar Clerk