# CERTIFICATE OF SERVICE

On December 12, 2005, I served a copy of the within document described as AVERY DENNISON CORPORATION'S FURTHER BENCH MEMORANDUM RE: ADMISSIBILITY OF AVERY'S EZ FILM PATENT AND PATENT APPLICATIONS AS REBUTTAL TO 3M'S COPYING AND COMMERCIAL SUCCESS CONTENTIONS IN OPPOSITION TO 3M'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AVERY'S '049 METHOD PATENT by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley

2569746v1