IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**CERTIFICATE OF SERVICE**

I certify that on December 12, 2005, I have caused the following documents:

3M'S MEMORANDUM OF LAW IN RESPONSE TO AVERY'S ADDITIONAL BRIEFING ON 3M'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AVERY'S '049 METHOD PATENT

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

and I certify that I have caused copies of the following documents filed under seal:

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S MEMORANDUM OF LAW IN RESPONSE TO AVERY'S ADDITIONAL BRIEFING ON 3M'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AVERY'S '049 METHOD PATENT

to be served as noted to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 | Via Hand Delivery at Court |

Lawrence M. Hadley, Esq.
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Via Hand Delivery at Court

Date: December 12, 2005

s/Katherine A. Moerke
Katherine A. Moerke

60329253.doc