# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

3M INNOVATIVE PROPERTIES COMPANY
AND MINNESOTA MINING AND
MANUFACTURING COMPANY,
Plaintiff,

v.

AVERY DENNISON CORPORATION,
Defendant.

**COURT MINUTES**
Case Number:01-1781 JRT/FLN

| | |
|---|---|
| Date: | December 12, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 1:35 p.m. |
| Time Concluded: | 5:30 p.m. |
| Time in Court: | 4 hours 55 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John C. Adkisson, Jonathan E. Singer, Juanita Brooks (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

For Defendant: David P. Pearson ( Winthrop & Weinstine)
Roderick M. Hadley, Lawrence M. Hadley (Hennigan, Bennett & Dorman)

PROCEEDINGS:

: **Jury Selection.**
: Jury impaneled (List of jurors filed).
: Trial continued to Tuesday, December 13, 2005 at 9:15 a.m

s/Sarah E. Bagwell
Signature of Calendar Clerk