# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND
MANUFACTURING COMPANY,
Plaintiff,
v.

AVERY DENNISON CORPORATION,
Defendant.

## COURT MINUTES
Case Number: 01-1781 JRT/FLN

Date: December 13, 2005
Court Reporter: Kristine Mousseau/Tim Willette
Time Commenced: 9:25 a.m.
Time Concluded: 5:05 p.m.
Time in Court: 6 hours and 30 minutes

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: John C. Adkisson, Jonathan E. Singer, Juanita Brooks (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

For Defendant: David P. Pearson ( Winthrop & Weinstine)
Roderick M. Hadley, Lawrence M. Hadley (Hennigan, Bennett & Dorman)

## PROCEEDINGS:

: Opening statements.
: **JURY Trial Held.**
: Plaintiff's witnesses testified: Alexander Carl Cirillo, Jr., and Dr. Clyde Calhoun.
: Trial continued to Wednesday, December 14, 2005 at 9:15 a.m.

s/Sarah E. Bagwell
Signature of Calendar Clerk