IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**BENCH MEMORANDUM IN SUPPORT OF THE ADMISSIBILITY OF TESTIMONY REGARDING STATEMENTS MADE BY 3M'S CUSTOMERS**

Statements made by 3M's customers regarding the price of 3M's Comply product or the price of Avery's EZ Film are admissible. Each statement either (1) fails to qualify as hearsay because it is not offered for the truth of the matter asserted, or (2) falls within a hearsay exception because it shows the declarant's state of mind. *See* Fed. R. Evid. 801; 803(3). The Eighth Circuit has held that a hearsay statement offered to prove the declarant's state of mind is admissible. *See United States v. Dolan*, 120 F.3d 856, 869 (8th Cir. 1997) (upholding a district court's admission of hearsay because the statement showed the declarant's then existing state of mind); *see also* Fed. R. Evid. 803(3). Testimony regarding statements about the relative price of 3M's product is admissible because it is being offered to show 3M's customers' states of mind.

The admissibility of customer statements similar to those made by 3M's customers has been specifically addressed in other circuits. In *Grove Fresh Distributors Inc. v. New*

*England Apple Products*, customers had stated they had switched products because one was less expensive. 969 F.2d 552, 556 (7th Cir. 1992) ("[W]itnesses testified to statements made to them by former customers of Grove Fresh. Essentially the testimony is that the customers switched to Veryfine juice because it is cheaper."). Although the plaintiff wanted to use the statements as proof that the competitor's product was cheaper, "[t]he statements [were] admissible only for showing a customer's motives . . . ." *Id.*; *see also J.F. Feeser, Inc. v. Serv-A-Portion, Inc.*, 909 F.2d 1524, 1535 n.11 (3rd Cir. 1990) ("'[S]tatements of a customer as to his reasons for not dealing with a supplier are admissible for this limited purpose,' *i.e.*, the purpose of proving customer motive, but not as evidence of the facts recited as furnishing the motives.") (quoting *Herman Schwabe, Inc. v. United Shoe Mach. Corp.*, 297 F.2d 906, 914 (2d Cir. 1962)). Testimony regarding 3M's customers' statements about product cost is not being offered to prove the cost of either 3M's or Avery's product. It is being offered to prove the declarant's state of mind, and is admissible.

A customer hearsay statement offered to prove the customer's state of mind falls squarely into the hearsay exception at Federal Rule of Evidence 803(3). *See Kos Pharms., Inc. v. Andrx Corp.*, 369 F.3d 700, 710 (3d Cir. 2004) ("Statements of the second type (Dr. B says 'I find these names confusing.') are admissible as 'statement[s] of the declarant's then existing state of mind.'") (quoting Fed. R. Evid. 803(3)); *The Beacon Mututal Ins. Co. v. Onebeacon Ins. Corp.*, 376 F. Supp. 2d 251, 262 (D.R.I. 2005) ("Where Beacon sought to introduce evidence of actual confusion on the part of a member of the public (as manifested by a statement equivalent to: 'I'm confused') via the

live testimony of an employee, the testimony was admissible under the then-existing state of mind exception to the hearsay rule."). Accordingly, because statements made by 3M's customers regarding the cost of Avery's EZ Film or the cost of 3M's Comply are being offered to show 3M's customers' states of mind, these statements are admissible under Federal Rule of Evidence 803(3).

Dated: December 15, 2005

FISH & RICHARDSON P.C., P.A.

By: s/John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY AND
MINNESOTA MINING AND
MANUFACTURING COMPANY