IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil No. 01-CV-1781 (JRT/FLN) |

**STIPULATION BETWEEN THE PARTIES**

Avery hereby stipulates that the height of the ridges over the lands in its EZ Film Liner is within the range of from about 3 to about 45 µm recited in Claim 1 of the '930 Patent, and that the average height of the ridges over the lands is 21 microns.

Dated: December 14, 2005

WINTHROP & WEINSTINE, P.A.

By: s/David P. Pearson

David P. Pearson
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone (612) 604-6400

Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017
Telephone (213) 694-1200

Attorneys for Defendant
AVERY DENNISON CORPORATION

Dated: December 14, 2005

FISH & RICHARDSON P.C., P.A.

By: s/John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY and MINNESOTA MINING
AND MANUFACTURING COMPANY

60214919