IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil No. 01-CV-1781 (JRT/FLN) |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' BENCH MEMORANDUM IN SUPPORT OF THE ADMISSIBILITYOF TESTIMONY REGARDING STATEMENTS MADE BY 3M'S CUSTOMERS**

I, John C. Adkisson, certify that Plaintiffs' Bench Memorandum in Support of the Admissibility of Testimony Regarding Statements Made by 3M's Customers complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 530 words.

Dated: December 15, 2005

s/John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY AND
MINNESOTA MINING AND
MANUFACTURING COMPANY

60330002.doc