IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**CERTIFICATE OF SERVICE**

I certify that on December 15, 2005, I have caused the following documents:

1. BENCH MEMORANDUM IN SUPPORT OF THE ADMISSIBILITY OF TESTIMONY REGARDING STATEMENTS MADE BY 3M'S CUSTOMERS;

2. LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' BENCH MEMORANDUM IN SUPPORT OF THE ADMISSIBILITY OF TESTIMONY REGARDING STATEMENTS MADE BY 3M'S CUSTOMERS; and

3. STIPULATION BETWEEN THE PARTIES

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

Date: December 15, 2005

s/John C. Adkisson
John C. Adkisson

60330004.doc