# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND
MANUFACTURING COMPANY,
Plaintiff,

v.

AVERY DENNISON CORPORATION,
Defendant.

**COURT MINUTES**
Case Number: 01-1781 JRT/FLN

Date: December 16, 2005
Court Reporter: Kristine Mousseau/Tim Willette
Time Commenced: 9:15 a.m.
Time Concluded: 2:45 p.m.
Time in Court: 5 hours and 30 minutes

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John C. Adkisson, Jonathan E. Singer, Juanita Brooks (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

For Defendant: David P. Pearson ( Winthrop & Weinstine)
Roderick M. Hadley, Lawrence M. Hadley (Hennigan, Bennett & Dorman)

PROCEEDINGS:

: **JURY Trial Held.**
: Plaintiff's witnesses testified: Dr. A. Brent Strong (continued).
: Plaintiff rests.
: Defendant's witnesses: Michael E. Hannington.
: Trial continued to Monday, December 19, 2005 at 9:15 a.m.

s/Sarah E. Bagwell
Signature of Calendar Clerk