# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND
MANUFACTURING COMPANY,
Plaintiff,

v.

AVERY DENNISON CORPORATION,
Defendant.

## COURT MINUTES
Case Number: 01-1781 JRT/FLN

| | |
|---|---|
| Date: | December 19, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 9:15 a.m. |
| Time Concluded: | 3:00 p.m. |
| Time in Court: | 4 hours 45 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: John C. Adkisson, Jonathan E. Singer, Juanita Brooks (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

For Defendant: David P. Pearson ( Winthrop & Weinstine)
Roderick M. Hadley, Lawrence M. Hadley (Hennigan, Bennett & Dorman)

## PROCEEDINGS:

: Defendant's Rule 50 motion argued. Motion denied in part ruling deferred in part.
: **JURY Trial Held.**
: Defendant's witnesses: Michael E. Hannington (continued). Dr. Anthony J. McHugh testified.
: Trial continued to Tuesday, December 20, 2005 at 9:15 a.m.

s/Sarah E. Bagwell
Signature of Calendar Clerk