**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

3M INNOVATIVE PROPERTIES COMPANY, and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil No. 01-1781 (JRT/FLN)

**SPECIAL VERDICT FORM**

**DRAFT #2**

We, the Jury in this case, make these answers to the following questions:

**DIRECT INFRINGEMENT**

**Literal Infringement**

**1.** Did 3M prove that it is **more probable than not** that Avery's EZ Series Fleet Marking Film literally infringed any of the following claims of the '930 patent? Please refer to Instruction __.

Claim 1 of the '930 patent: **YES** ____ **NO**_____

Claim 2 of the '930 patent: **YES** ____ **NO**_____

Claim 3 of the '930 patent: **YES** ____ **NO**_____

Claim 4 of the '930 patent: **YES** ____ **NO**_____

Claim 5 of the '930 patent: **YES** ____ **NO**_____

**Infringement Under the Doctrine of Equivalents**

**2.** Did 3M prove that it is **more probable than not** that Avery's EZ Series Fleet Marking Film infringed, under the doctrine of equivalents, any of the following claims of the '930 patent? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 2 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 3 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 4 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 5 of the '930 patent: | **YES ____** | **NO_____** |

**INDIRECT INFRINGEMENT**

**Inducing Infringement**

**3.** Did 3M prove that it is **more probable than not** that Avery has induced infringement of any of the asserted claims of 3M's '930 patent? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 2 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 3 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 4 of the '930 patent: | **YES ____** | **NO_____** |
| Claim 5 of the '930 patent: | **YES ____** | **NO_____** |



**DRAFT #2**

**Contributory Infringement**

**4.** Did 3M prove that it is **more probable than not** that Avery has contributed to the infringement of any of the asserted claims of 3M's '930 patent? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 2 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 3 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 4 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 5 of the '930 patent: | **YES** ____ | **NO**_____ |

**VALIDITY**

**Prior Inventorship**

**5.** Did Avery prove that it is **highly probable** that any of the following claims of the '930 patent were invented by Dr. Sher at a time before the invention by the named inventors of the '930 patent? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 2 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 3 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 4 of the '930 patent: | **YES** ____ | **NO**_____ |
| Claim 5 of the '930 patent: | **YES** ____ | **NO**_____ |



**DRAFT #2**

**Inventorship**

**6.** Did Avery prove that it is **highly probable** that Dr. Sher was a co-inventor of the ’930 patent? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 2 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 3 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 4 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 5 of the ’930 patent: | **YES** ____ | **NO**_____ |

**Anticipation**

**7.** Did Avery prove that it is **highly probable** that any of the following claims of the’930 patent are invalid because they are anticipated by U.S. Patent 5,405,675 (the Sawka ’675 patent)? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 2 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 3 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 4 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 5 of the ’930 patent: | **YES** ____ | **NO**_____ |



**DRAFT #2**

**Obviousness**

**8.** Did Avery prove that it is **highly probable** that any of the following claims of the ’930 patent are invalid because they were obvious in light of the prior art considered by the United States Patent & Trademark Office during prosecution of the ’930 patent in combination with Japan Publication No. 59078285A (the Mitsuie patent)? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 2 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 3 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 4 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 5 of the ’930 patent: | **YES** ____ | **NO**_____ |

**9.** Did Avery prove that it is **highly probable** that any of the following claims of the ’930 patent are invalid because they were obvious in light of the prior art considered by the United States Patent & Trademark Office during prosecution of the ’930 patent in combination with Japan Utility Model Application No. 2587198? Please refer to Instruction __.

| | | |
|---|---|---|
| Claim 1 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 2 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 3 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 4 of the ’930 patent: | **YES** ____ | **NO**_____ |
| Claim 5 of the ’930 patent: | **YES** ____ | **NO**_____ |



**DRAFT #2**

**YOU HAVE COMPLETED YOUR DELIBERATIONS. PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BELOW.**

FOREPERSON=S SIGNATURE

DATE



**DRAFT #2**