IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2005, I have caused the following documents:

1. 3M'S MEMORANDUM OF LAW REGARDING THE INTENT REQUIRED FOR INDUCING INFRINGEMENT; AND

2. LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING 3M'S MEMORANDUM OF LAW REGARDING THE INTENT REQUIRED FOR INDUCING INFRINGEMENT.

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

David P. Pearson
Winthrop & Weinstine
dpearson@winthrop.com

Lawrence M. Hadley
Hennigan, Bennett & Dorman
hadley@hbdlaywers.com

Date: December 19, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60330520.doc