IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2005, I have caused the following documents:

1. 3M'S PROPOSED MODIFICATIONS TO THE COURT'S DRAFT JURY INSTRUCTIONS NOS. 19, 30, AND 31 AND PROPOSED CURATIVE INSTRUCTION ON AVERY'S METHOD PATENT

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

Date: December 19, 2005

s/ Katherine A. Moerke
Katherine A. Moerke

60330553.doc