# CERTIFICATE OF SERVICE

On December 20, 2005, I served a copy of the within document described as **AVERY DENNISON CORPORATION'S BENCH MEMORANDUM RE: ADMISSIBILITY OF J.P. HEI 7-138541 (EX. 543) PRIOR ART REFERENCE WITHOUT CAUTIONARY JURY INSTRUCTION** by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Fish & Richardson, P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley

2578469v1