UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

## PLAINTIFFS' AMENDED TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| **PRESIDING JUDGE**<br>Honorable John R. Tunheim | **PLAINTIFF'S ATTORNEY**<br>Juanita Brooks | **DEFENDANT'S ATTORNEY**<br>Roderick G. Dorman |
| **TRIAL DATE**<br>December 12, 2005 | **COURT REPORTER**<br>Kristine Mousseau | **COURTROOM DEPUTY**<br>Sarah Bagwell |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 1 | | | | *How To Build Innovative Companies*, Business Week, August 1, 2005 | FRE 402, 403, 602, 802, 901 |
| 2 | | | | *The Making of a Promotion in Motion*, Star Tribune; July 18, 2005 | FRE 402, 403, 602, 802, 901 |
| 3 | 12/13 | ✓ | | Commercial Graphics Division Laboratory Organizational Chart, December 31, 1995 (3M027724) | N. |
| 4 | | | | Commercial Graphics Division Organizational Chart, June 7, 2001 (3M027725) | |
| 5 | | | | 3M Controltac Plus Series 160 sample | |
| 6 | | | | 3M Controltac Plus Series 180 sample | |

SCANNED
DEC 21 2005
U.S. DISTRICT COURT MPLS

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 7 | | | | Video of application of ControlTac | FRE 901 |
| 8 | | | | Video of application of Comply with ControlTac | FRE 901 |
| 9 | | | | 3M Comply film samples | FRE 901 |
| 10 | | | | Photo of truck | FRE 901 |
| 11 | | | | Photo of truck | FRE 901 |
| 12 | | | | Photo of truck | FRE 901 |
| 13 | | | | Photo of van | FRE 901 |
| 14 | | | | Photo of bus | FRE 901 |
| 15 | | | | 3M Comply graphic | FRE 901 |
| 16 | 12/13 | ✓ | Calhoun 532 | Clyde Calhoun original Laboratory Notebook No. 91379 (3M013180-3M013298) | CC |
| 17 | 12/13 | ✓ | Calhoun 533 | Clyde Calhoun and Larry Meixner original Laboratory Notebook No. 106855 (3M013299-3M013420) | CC |
| 18 | 12/13 | AC | P. Payne 1<br>Timmerman 1<br>Kesti 3<br>Skolnick 4 | U.S. Patent No. 5,897,930 Multiple Embossed Webs, Calhoun et al. (3M002584-3M002591) | ✓ |
| 19 | | | Kesti 5<br>Hornickel 502 | File history for U.S. Patent No. 5,897,930 (3M003741-3M003834) | |
| 20 | 12/13 | CC | Calhoun 534<br>McHugh 204 | U.S. Patent No. 5,141,790 Repositionable Pressure-Sensitive Adhesive Tape, Calhoun et al. (3M002619-3M002630) | ✓ |
| 21 | | | | U.S. Patent No. 5,300,340 Electrically Conductive Pressure-Sensitive Adhesive Tape, Calhoun et al. (3M002659-3M002667) | |
| 22 | | | Calhoun 535 | U.S. Patent No. 5,344,681 Patterned Pressure Sensitive Adhesive Transfer Tape, Calhoun et al. (3M002715-3M002724) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 23 | | | | U.S. Patent No. 5,449,540 Patterned Pressure Sensitive Adhesive Transfer Tape, Calhoun et al. (3M002676-3M002685) | |
| 24 | | | Calhoun 536 | U.S. Patent No. 5,462,765 Structured Flexible Carrier Web Bearing a Layer of Silicone on Predetermined Surfaces, Calhoun et al. (3M002686-3M002693) | |
| 25 | | | | U.S. Patent No. 5,585,178 Composite Adhesive Tape, Calhoun et al. (3M002725-3M002735) | |
| 26 | | | Calhoun 537 | U.S. Patent No. 5,437,754 Abrasive Article Having Precise Lateral Spacing Between Abrasive Composite Members, Calhoun (3M020338-3M020350) | |
| 27 | | | Calhoun 539 | U.S. Patent No. 3,413,168 Adhesive Bonding Method Permitting Precise Positioning, Danielson et al. (AVR010819-AVR010824) | |
| 28 | | | Calhoun 540 | U.S. Patent No. 3,331,729 Adhesive Bonding Method and Product, Danielson et al. (AVR010692-AVR010697) | |
| 29 | | | Hornickel 506 | International Publication No. WO 98/29231 Multiple Embossed Webs, Calhoun (3M002821-3M002844) | |
| 30 | | | | Technical Report Summary No. 250, Calhoun, June 26, 1997 (3M021025-3M021033) | |
| 31 | 12/14 | ✓ | | Larry Meixner original Laboratory Notebook No. 106026 (3M013420.001-3M013424) | LM |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 32 | | | Sher 524 | Frank Sher original Laboratory Notebook No. 106434 (3M024325-3M024340) | |
| 33 | | | Sher 526 | Frank Sher original Laboratory Notebook No. 107698 (3M024341-3M024359) | |
| 34 | | | Sher 528 | Frank Sher original Laboratory Notebook No. 109032 (3M024360-3M024387) | |
| 35 | | | Sher 529 | Frank Sher original Laboratory Notebook No. 110125 (3M024388-3M024528) | |
| 36 | | | Sher 531 | Frank Sher original Laboratory Notebook No. 111690 (3M024529-3M024562) | |
| 37 | | | | Frank Sher original Laboratory Notebook No. 113671 (3M024563-3M024596) | |
| 38 | | | | Frank Sher original Laboratory Notebook No. 115373 (3M024597-3M024620) | |
| 39 | | | | Frank Sher original Laboratory Notebook No. 116801 (3M024621-3M024657) | |
| 40 | | | | Frank Sher original Laboratory Notebook No. 118494 (3M024658-3M024696) | |
| 41 | | | | Frank Sher original Laboratory Notebook No. 119983 (3M024697-3M024782) | |
| 42 | | | | Frank Sher original Laboratory Notebook No. 121171 (3M024783-3M024852) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 43 | | | | Frank Sher original Laboratory Notebook No. 122473 (3M024853-3M024892) | |
| 44 | | | | Frank Sher original Laboratory Notebook No. 123970 (3M024893-3M024972) | |
| 45 | | | | Frank Sher original Laboratory Notebook No. 125354 (3M024973-3M025027) | |
| 46 | 12/14 | ✓ | Sher 525 | Notebook Excerpt (3M018504-3M018505) | FS |
| 47 | 12/14 | ✓ | Sher 527 | Notebook Excerpt (3M018492-018503) | FS |
| 48 | | | Sher 530 | 3M original Technical Notebook No. 111408; 3M024490-3M024528 | |
| 49 | | | Sher 517 | Patent Appl. Pub. No. 2001/0004484 A1 Cling Films Having a Microreplicated Topography and Methods of Making and Using Same, Sher et al. (AVR013708-AVR013715) | |
| 50 | 12/13 | AC | Sher 520 | Technical Report Summary (3M015037-3M015050) | ✓ |
| 51 | 12/14 | ✓ | Hornickel 500<br>Sher 515<br>Skolnick 6 | U.S. Patent No. 6,197,397 Adhesives Having a Microreplicated Topography and Methods of Making and Using Same, Sher et al. (3M025244-3M025266) | [illegible] |
| 52 | | | Sher 516<br>Skolnick 7 | U.S. Patent No. 6,203,885 Cling Films Having a Microreplicated Topography and Methods of Making and Using Same, Sher et al. (3M025532-3M025539) | |
| 53 | | | Fleming 632 | 1996 Monthly Highlight Report (3M015078) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 54 | | | | 3M Product Bulletin – Controltac Plus Electrostatic Graphic Film with Comply Performance 8640C (ES) (3ME000869-3ME000873) | |
| 55 | | | | Introduction of 3M Polyolefin Films and 3M Comply Performance (3M000122-3M000124) | FRE 402, 403, 802 |
| 56 | [illegible] | [illegible] | ChCa | Trip Report by Charles Calisto (3M000082-3M000083) | FRE 802 |
| 57 | | | | E-mail from Ken Bowman to Charles Calisto et al re Ryder Yellow Status Report, December 7, 1998 (3M000094-3M000095) | FRE 402, 802 |
| 58 | | | | 3M letter from Charles Calisto to Ronald Moore re Special Warranty for Ryder TRS, December 2, 1998 (3M000092-3M000093) | FRE 402, 403, 802 |
| 59 | | | | E-mail from Jeffrey Emslander to Daniel Pohl et al re Samples to Calaway, December 1, 1998 (3M000106) | FRE 402, 802 |
| 60 | | | | Handwritten Letter to Charles Calisto re Ryder TRS Program, November 19, 1998 (3M000107-3M000108) | FRE 802 |
| 61 | | | Fleming 612 | Memo from Charles Calisto to R. Morris et al re SGIA New Product Announcement Update, September 11, 1998 (3M000125-3M000126) | FRE 802 |
| 62 | | | Calisto 1 | Declaration of Charles Calisto; October 5, 2001 | FRE 802 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 63 | | | | Exhibit A to Declaration of Charles Calisto; October 5, 2001: Photographs of various applications using 3M materials | FRE 901 |
| 64 | | | | Exhibit B to Declaration of Charles Calisto; October 5, 2001: Commercial Graphics Division Sales For Controltac, Comply and Scotchcal | FRE 802, 901 |
| 65 | | | | Exhibit C to Declaration of Charles Calisto; October 5, 2001: U.S. Comply Sales | |
| 66 | | | | Exhibit D to Declaration of Charles Calisto; October 5, 2001: Avery EZ Series Sales and Marketing Bulletin | |
| 67 | | | | Exhibit E to Declaration of Charles Calisto; October 5, 2001: EZ 1000 Fleet Marking Film Product Data Bulletin, June 26, 2001 | |
| 68 | | | | Avery's sales figures for EZ Film through September 2005 | FRE 402 |
| 69 | 12/15 | ✓ | | 3M advertisement materials: Comply Performance, Setting the Performance Standard of Tomorrow. Today (3M000901-3M000928) | FRE 402, 802 Ch Ca |
| 70 | | | Calisto 703 | Graph re: Comply Sales Impact (3ME011753-3ME011754) | FRE 402, 802, 901 |
| 71 | | | Calisto 704 | 3M Comply Performance Sales Action Plan (3M000564-3M000573) | FRE 402, 802 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 72 | | | | Press Release: 3M Comply Performance is Here; Revolutionary Adhesive Technology Marks the Beginning of a New Age in Graphic Marking Films; April 29, 1999 (3M017341-3M017343) | FRE 402, 802 |
| 73 | | | | Muenkel March 15, 2000 e-mail re sale to Ryder (3M017336-3M017338) | FRE 402, 802 |
| 74 | 12/16 | ✓ | BS | Avery EZ film sample | |
| 75 | | | | Mike Kesti original Laboratory Notebook No.127329 (3M021794-3M021815, 3M021942-3M021943) | |
| 76 | | | | Mike Kesti original Laboratory Notebook No. 125091 (3M021816-3M021830) | |
| 77 | | | Kesti 4 | Amended Declaration of Michael R. Kesti, 10/26/01 | FRE 802 |
| 78 | 12/16 | ✓ | BS | Exhibit A to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 79 | 12/15 | ✓ | BS | Exhibit B to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 80 | | | | Exhibit C to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 81 | | | | Exhibit D to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 82 | | | | Exhibit E to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 83 | | | | Exhibit F to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 84 | | | | Exhibit G1 to Amended Declaration of Michael R. Kesti, 10/26/01 | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 85 | | | | Exhibit G2 to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 86 | 12/15 | ✓ | MC | Exhibit G3 to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 87 | | | | Exhibit G4 to Amended Declaration of Michael R. Kesti, 10/26/01 | |
| 88 | | | | SEM images (3M021944-3M021947) | |
| 89 | | | | SEM images and Veeco data (3M021958-3M022038 ) | |
| 90 | | | | Brent Strong May 6, 2002 Expert Report | FRE 802 |
| 91 | | | | Exhibit A to Brent Strong May 6, 2002 Expert Report: Brent Strong's CV | FRE 802 |
| 92 | | | | Exhibit B to Brent Strong May 6, 2002 Expert Report: Brent Strong's deposition and trial testimony list | FRE 802 |
| 93 | | | | Exhibit C to Brent Strong May 6, 2002 Expert Report: Materials reviewed and considered by Brent Strong when forming expert report opinion | FRE 802 |
| 94 | | | J. Payne 707 | Exhibit D-1 to Brent Strong May 6, 2002 Expert Report (3M024174) | |
| 95 | | | J. Payne 707 | Exhibit D-2 to Brent Strong May 6, 2002 Expert Report (3M024175) | |
| 96 | | | J. Payne 707 | Exhibit D-3 to Brent Strong May 6, 2002 Expert Report (3M024205) | |
| 97 | 12/16 | ✓ | J. Payne 707 | Exhibit D-4 to Brent Strong May 6, 2002 Expert Report (3M024206) | |
| 98 | | | J. Payne 707 | Exhibit D-5 to Brent Strong May 6, 2002 Expert Report (3M024207) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 99 | | | J. Payne 707 | Exhibit D-6 to Brent Strong May 6, 2002 Expert Report (3M024208) | |
| 100 | | | J. Payne 707 | Exhibit E-1 to Brent Strong May 6, 2002 Expert Report (3M024176) | |
| 101 | | | J. Payne 707 | Exhibit E-2 to Brent Strong May 6, 2002 Expert Report (3M024177) | |
| 102 | | | J. Payne 707 | Exhibit E-3 to Brent Strong May 6, 2002 Expert Report (3M024178) | |
| 103 | 12/15 | ✓ | J. Payne 707 | Exhibit E-4 to Brent Strong May 6, 2002 Expert Report (3M024179) | BS |
| 104 | 12/16 | ✓ | J. Payne 707 | Exhibit E-5 to Brent Strong May 6, 2002 Expert Report (3M024180) | BS |
| 105 | | | J. Payne 707 | Exhibit E-6 to Brent Strong May 6, 2002 Expert Report (3M024181) | |
| 106 | | | J. Payne 707 | Exhibit E-7 to Brent Strong May 6, 2002 Expert Report (3M024182) | |
| 107 | | | J. Payne 707 | Exhibit E-8 to Brent Strong May 6, 2002 Expert Report (3M024200) | |
| 108 | | | J. Payne 707 | Exhibit E-9 to Brent Strong May 6, 2002 Expert Report (3M024201) | |
| 109 | | | J. Payne 707 | Exhibit E-10 to Brent Strong May 6, 2002 Expert Report (3M024202) | |
| 110 | 12/16 | ✓ | J. Payne 707 | Exhibit E-11 to Brent Strong May 6, 2002 Expert Report (3M024203) | BS |
| 111 | | | J. Payne 707 | Exhibit E-12 to Brent Strong May 6, 2002 Expert Report (3M024204) | |
| 112 | | | J. Payne 707 | Exhibit F-1 to Brent Strong May 6, 2002 Expert Report (3M024183) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 113 | | | J. Payne 707 | Exhibit F-2 to Brent Strong May 6, 2002 Expert Report (3M024184) | |
| 114 | | | J. Payne 707 | Exhibit F-3 to Brent Strong May 6, 2002 Expert Report (3M024185) | |
| 115 | | | J. Payne 707 | Exhibit F-4 to Brent Strong May 6, 2002 Expert Report (3M024186) | |
| 116 | | | J. Payne 707 | Exhibit F-5 to Brent Strong May 6, 2002 Expert Report (3M024187) | |
| 117 | | | J. Payne 707 | Exhibit F-6 to Brent Strong May 6, 2002 Expert Report (3M024188) | |
| 118 | | | J. Payne 707 | Exhibit F-7 to Brent Strong May 6, 2002 Expert Report (3M024189) | |
| 119 | | | J. Payne 707 | Exhibit F-8 to Brent Strong May 6, 2002 Expert Report (3M024171) | |
| 120 | | | J. Payne 707 | Exhibit F-9 to Brent Strong May 6, 2002 Expert Report (3M024172) | |
| 121 | | | J. Payne 707 | Exhibit F-10 to Brent Strong May 6, 2002 Expert Report (3M024173) | |
| 122 | 12/20 | ✓ | J. Payne 707 | Exhibit G-1 to Brent Strong May 6, 2002 Expert Report (3M024190) | AM |
| 123 | 12/16 | ✓ | J. Payne 707 | Exhibit G-2 to Brent Strong May 6, 2002 Expert Report (3M024191) | |
| 124 | | | J. Payne 707 | Exhibit G-3 to Brent Strong May 6, 2002 Expert Report (3M024192) | |
| 125 | 12/16 | ✓ | J. Payne 707 | Exhibit G-4 to Brent Strong May 6, 2002 Expert Report (3M024193) | BS |
| 126 | | | J. Payne 707 | Exhibit G-5 to Brent Strong May 6, 2002 Expert Report (3M024194) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 127 | 12/16 | ✓ | J. Payne 707 | Exhibit G-6 to Brent Strong May 6, 2002 Expert Report (3M024195) | BS |
| 128 | | | J. Payne 707 | Exhibit G-7 to Brent Strong May 6, 2002 Expert Report (3M024196) | |
| 129 | | | J. Payne 707 | Exhibit G-8 to Brent Strong May 6, 2002 Expert Report (3M024197) | |
| 130 | | | J. Payne 707 | Exhibit G-9 to Brent Strong May 6, 2002 Expert Report (3M024198) | |
| 131 | | | J. Payne 707 | Exhibit G-10 to Brent Strong May 6, 2002 Expert Report (3M024199) | |
| 132 | | | J. Payne 707 | Exhibit H-1 to Brent Strong May 6, 2002 Expert Report | |
| 133 | | | | EXHIBIT NUMBER NOT USED | |
| 134 | | | J. Payne 707 | Exhibit H-2 to Brent Strong May 6, 2002 Expert Report | |
| 135 | | | J. Payne 707 | Exhibit I-1 to Brent Strong May 6, 2002 Expert Report | |
| 136 | | | J. Payne 707 | Exhibit I-2 to Brent Strong May 6, 2002 Expert Report | |
| 137 | | | J. Payne 707 | Exhibit I-3 to Brent Strong May 6, 2002 Expert Report | |
| 138 | | | J. Payne 707 | Exhibit I-4 to Brent Strong May 6, 2002 Expert Report | |
| 139 | 12/16 | | J. Payne 707 | Exhibit I-5 to Brent Strong May 6, 2002 Expert Report | BS |
| 140 | | | | Brent Strong July 5, 2005 Supplemental Expert Report | FRE 802 |
| 141 | | | | Exhibit B to Brent Strong July 5, 2005 Supplemental Expert Report | FRE 802 |
| 142 | | | | Declaration of Brent Strong, November 9, 2001 | FRE 802 |
| 143 | | | | Declaration of Brent Strong, July 23, 2002 | FRE 802 |
| 144 | | | | EXHIBIT NUMBER NOT USED | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 145 | | | | Video of inspection at deposition of Mark Timmerman, January 30, 2002 | |
| 146 | | | | Video of inspection at deposition of Peter Payne, February 27, 2002 | |
| 147 | 12/16 | MH | | Hannington March 20, 1999 e-mail to Boisele re "RTU" for embossed liner (AVR018474-AVR018476) Unredact. | |
| 148 | | | | Hannington November 19, 1999 e-mail to Servaas (AVR018307) | |
| 149 | | | | Brent Strong May 29, 2002 Rebuttal Expert Report | FRE 802 |
| 150 | | | | Exhibit A to Brent Strong May 29, 2002 Rebuttal Expert Report | FRE 802 |
| 151 | | | | Brent Strong July 8, 2002 Rebuttal Expert Report | FRE 802 |
| 152 | | | | Exhibit A to Brent Strong July 8, 2002 Rebuttal Expert Report | FRE 802 |
| 153 | | | | Brent Strong July 26, 2005 Supplemental Rebuttal Expert Report | FRE 802 |
| 154 | | | | U.S. Patent No. 3,611,919 Method and Apparatus for Multiple Embossing of Continuous Webs, Thomas (3M002592-3M002596) | |
| 155 | | | McHugh 205 | U.S. Patent No. 3,887,678 Mechanically Embossed Resilient Laminar Floor Material, Lewicki (3M002597-3M002603) | |
| 156 | | | | U.S. Patent No. 4,045,153 Molding Apparatus Including One Piece Flexible Mold and Means to Restrict the Deformation of the Mold, Maurino et al. (3M002604-3M002609) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 157 | | | | U.S. Patent No. 4,320,162 Multi-Ply Fibrous Sheet Structure and Its Manufacture, Schulz (3M002610-3M002615) | |
| 158 | | | | U.S. Patent No. 4,551,297 Method of Making an Embossing Cylinder, Bötcher et al. (3M002616-3M002618) | |
| 159 | | | McHugh 207 | U.S. Patent No. 5,229,186 Deep Embossed Plastic Film, Tribble et al. (3M002632-3M002638) | |
| 160 | | | | U.S. Patent No. 5,296,277 Positionable and Repositionable Adhesive Articles, Wilson et al. (3M002639-3M002658) | |
| 161 | | | | U.S. Patent No. 5,362,516 Method of Preparing an Adhesive Article, Wilson et al. (3M002694-3M002710) | |
| 162 | | | | U.S. Patent No. 5,382,464 Multi-Ply Embossed Paper and Manufacturing Method and Apparatus, Ruppel et al. (3M002668-3M002675) | |
| 163 | 12/19 | ✓ | | European Patent No. EP 1 543 977 Substrate for Liquid Discharge Head, Liquid Discharge Head Using Substrate for Liquid Discharge Head and Method of Manufacturing the Same, Ibe et al. (3M020090-3M020099) | AM [illegible] |
| 164 | 12/19 | ✓ | | European Patent No. EP 0 313 766 Method and Apparatus for Preparing Textured Apertured Film, Cabe et al. (3M002746-3M002756) | AM |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 165 | | | | EP 2 055 677A (3M020100-3M020104) | |
| 166 | | | | EP 2 290 629A (3M020105-3M020199) | |
| 167 | | | | Patent Abstracts of Japan for Kokai 57178718 "Embossing Apparatus" (3M026460) | |
| 168 | | | Fleming 603 | Complaint | |
| 169 | | | Fleming 624 | The EA System presentation (3M016294-3M016320) | FRE 802 |
| 170 | | | Fleming 627 | EA Liner Easy Application presentation, 1998 (3ME031704-3ME031716) | FRE 802 |
| 171 | | | Hannington 52 | Conceptual samples to improve air egress June 2000 presentation (AVR016026-AVR 016031) | |
| 172 | | | Hannington 53 | Lamination of ECR 9084 adhesive presentation (AVR005800-AVR005803) | |
| 173 | | | Hannington 54 | Kuiper September 5, 2000 e-mail to Hannington re EASAP sub-project process developments (AVR008418-AVR008421) | |
| 174 | | | Hannington 55 | Servaas October 10, 2000 memo to Koo re executive summary (AVR006385-AVR006386) | |
| 175 | | | Hannington 56 | Product concept presentation (AVR005408-AVR005409) | |
| 176 | | | Hannington 57 | Lilac February 27, 2001 memo to Payne re Omnova embossing trial on February 28, 2001 (OMN133-OMN134) | |
| 177 | | | Hannington 58 | Avery project update for FT1000 upgrade, March 23, 2001 (AVR009205-AVR009210) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 178 | | | Hannington 59 | Lilac March 30, 2001 memo to Galloway re March monthly report (AVR009405-AVR009406) | |
| 179 | | | Hannington 60 | Declaration of Michael E. Hannington, November 1, 2001 | |
| 180 | 12/14 | LM | Hornickel 503 | File History 6,197,397 | |
| 181 | | | Lilac 61 | Kuiper August 2, 2000 e-mail to Van der Bent re EASP product features (AVR016590-VR016593) | |
| 182 | | | Lilac 62 | Kuiper August 21, 2000 e-mail to Servaas re EASAP project organization (AVR014934-AVR 014936) | |
| 183 | | | Lilac 63 | Hannington September 9, 2000 e-mail to Kuiper re EASAP sub-project process developments (AVR008585-AVR008588) | |
| 184 | | | Lilac 64 | Van der Bent September 19, 2000 e-mail to Lilac re evaluation EASAP samples (AVR007963- AVR007964) | |
| 185 | | | Lilac 65 | DeKrom September 1, 2000 e-mail to Rinehart re application tests using ASAP prototype (AVR007804) | |
| 186 | | | Lilac 66 | Iyer October 3, 2000 e-mail to Kuiper re pattern height measurement on samples (AVR000364-AVR000365) | |
| 187 | | | McHugh 200 | Rebuttal Expert Report of Dr. Anthony McHugh Regarding Infringement of U.S. Patent No. 5,897,930, June 7, 2002 | FRE 802 |
| 188 | | | McHugh 201 | Hand-drawn sketch | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 189 | | | McHugh 202 | Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,897,930, May 6, 2002 | FRE 802 |
| 190 | | | McHugh 206 | Addendum to Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,897,930, May 10, 2002 | FRE 802 |
| 191 | | | | Expert Report of Dr. Anthony McHugh Regarding Unenforceability of U.S. Patent No. 5,897,930, June 12, 2002 | FRE 802 |
| 192 | | | | Rebuttal Expert Report of Dr. Anthony McHugh Regarding Non-Infringement of U.S. Patent No. 5,897,930, June 25, 2002 | FRE 802 |
| 193 | | | | Expert Report of Dr. Anthony McHugh In Rebuttal To Further Expert Report of Dr. A. Brent Strong Regarding Non-Infringement of U.S. Patent No. 5,897,930, July 11, 2002 | FRE 802 |
| 194 | | | | Supplemental and Revised Expert Report of Dr. Anthony McHugh Regarding Invalidity of U.S. Patent No. 5,897,930, July 11, 2005 | FRE 802 |
| 195 | | | | Supplemental and Revised Rebuttal Expert Report of Dr. Anthony McHugh Regarding Non-Infringement of U.S. Patent No. 5,897,930, July 18, 2005 | FRE 802 |
| 196 | | | | McHugh documents (AVR019077-AVR019622) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 197 | | | J. Payne 706 | Expert Report of Jeffrey Payne, May 6, 2002 | FRE 802 |
| 198 | | | | Exhibit A to Expert Report of Jeffrey Payne, May 6, 2002: Jeffrey Payne's CV | FRE 802 |
| 199 | | | | Exhibit B to Expert Report of Jeffrey Payne, May 6, 2002 (3M027054) | |
| 200 | | | | Exhibit C to Expert Report of Jeffrey Payne, May 6, 2002 (3M027055) | |
| 201 | | | | Exhibit D to Expert Report of Jeffrey Payne, May 6, 2002 (3M027055) | |
| 202 | | | | Exhibit E to Expert Report of Jeffrey Payne, May 6, 2002 (3M027054) | |
| 203 | | | | Exhibit F to Expert Report of Jeffrey Payne, May 6, 2002 (3M027054) | |
| 204 | | | | Exhibit G to Expert Report of Jeffrey Payne, May 6, 2002 (3M027052) | |
| 205 | | | | Exhibit H to Expert Report of Jeffrey Payne, May 6, 2002 (3M027052) | |
| 206 | | | | Exhibit I to Expert Report of Jeffrey Payne, May 6, 2002 (3M027053) | |
| 207 | | | | Exhibit J to Expert Report of Jeffrey Payne, May 6, 2002 (3M027053) | |
| 208 | | | | Exhibit K to Expert Report of Jeffrey Payne, May 6, 2002 (3M027053) | |
| 209 | | | J. Payne 711 | March 13, 2002 fax re: Avery samples (3M027044) | FRE 802, 901 |
| 210 | | | J. Payne 712 | Payne March 21, 2002 memo to Peters re sample description and preparation (3M027043) | FRE 402, 802, 901 |
| 211 | | | P. Payne 34A | Sample removed from accumulator | FRE 402, 901 |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 212 | | | P. Payne 35A | Sample removed from directly before the put-on roll | FRE 402, 901 |
| 213 | | | P. Payne 36A<br>P. Payne 36B<br>P. Payne 36C | Sample showing above the squeegee roll | FRE 402, 901 |
| 214 | | | P. Payne 37A<br>P. Payne 37B<br>P. Payne 37C | Sample showing on the squeegee roll | FRE 402, 901 |
| 215 | | | P. Payne 38A | Sample showing area between the exit of squeegee roll and the beginning of the rubber roll | FRE 402, 901 |
| 216 | | | P. Payne 39A<br>P. Payne 39B<br>P. Payne 39C | Sample showing area in contact with the rubber bed roll | FRE 402, 901 |
| 217 | | | P. Payne 40A<br>P. Payne 40B<br>P. Payne 40C | Sample showing material after it exited the first cooling roll the four inch green cooling roll | FRE 402, 901 |
| 218 | | | P. Payne 41A<br>P. Payne 41B<br>P. Payne 41C | Sample showing area downstream from the four inch cooling roll | FRE 402, 901 |
| 219 | 12/15 | | P. Payne 42 | Avery raw material specification (OMN33-OMN38) | |
| 220 | | | P. Payne 50 | Schramm January 31, 2001 e-mail to Maynard re Avery embossed liner printing (OMN79-OMN87) | Objection as to handwriting only FRE 901 |
| 221 | | | Strong 605 | Identification of samples obtained by Dr. Strong at OMNOVA from Peter Payne video deposition and OMNOVA inspection | FRE 402, 802, 901 |
| 222 | | | Strong 607A | Depiction of the areas of the liner that marked 36 through 40 | FRE 402, 901 |
| 223 | | | Timmerman 3 | Trinity Packaging Examples 1-3 | |
| 224 | | | Timmerman 13 | Chickletts August 24, 2001 letter to Timmerman regarding new Avery specifications | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 225 | | | Timmerman 22 | Plain liner material | |
| 226 | | | Timmerman 23 | Printed liner material | |
| 227 | | | Tritt 76 | Tritt October 13, 2000 e-mail to Cornell re EASAP project (AVR018194-AVR018198) | FRE 402 |
| 228 | | | | Excerpt from Avery website – Easy Apply Technology – A Revolutionary Way to Maximize Your Productivity (3M027108) | |
| 229 | | | | Abandoned Hannington patent application (3M027109-3M027723) | |
| 230 | | | | Sawka sample | FRE 402, 901 |
| 231 | 12/15 | ✓ | QnCa | Avery Application Instructions (AVR008687-AVR008690) | |
| 232 | | | | Galloway May 23, 2001 e-mail to Rinehart re FT to EZ transition letter (AVR010648-AVR010649) | |
| 233 | | | | DeKrom November 17, 2000 e-mail to Olszewski et al. re EASAP Coatability – Thank You (AVR007769) | |
| 234 | | | | Rinehart April 12, 2001 e-mail to Maglott re Calaway/Ryder (AVR009478-AVR009482) | |
| 235 | | | | Presentation – "FT 2000", April 20, 2001 (AVR012047-AVR012053) | |
| 236 | | | | Product Line Strategy Meeting, June 5, 2000 (AVR010650-AVR010656) | |
| 237 | | | | Lilac February 9, 2001 e-mail to Maglott re FT2000 PDB (AVR009348-AVR009352) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 238 | | | | Galloway April 17, 2001 e-mail to Lilac et al re Lower Cost EASAP (AVR009542) | |
| 239 | | | | Avery Dennison Communications Recommendations for EZ 1000 product launch, September 6, 2001 (AVR010594-AVR010597) | |
| 240 | | | | Presentation: "FT100 Fleet Marking Films Graphics Materials Division" (AVR018298-AVR018306) | |
| 241 | | | | Lilac February 3, 2001 e-mail to Rinehart re FT1000 upgrade timeline (AVR009296) | |
| 242 | | | | Rinehart March 26, 2001 e-mail to Galloway et al re Ryder Yellow (AVR009557) | |
| 243 | | | | Galloway April 11, 2001 e-mail to Karavolos re Calaway/Ryder (AVR009470) | |
| 244 | | | | DeKrom e-mail to Rinehart re EASAP – Lab Print Trial (AVR007741-AVR007743) | |
| 245 | | | | Rinehart March 28, 2001 e-mail to Jones at al re Ryder Yellow (AVR010097) | |
| 246 | | | | DeKrom September 1, 2000 e-mail to Rinehart et al re application tests using EASAP prototype at Graphics-Painesville (AVR007804) | |
| 247 | | | | Product Data Bulletin: FT 1000 Series / S-4000 / 90# Sta-Flat Liner Cast Vinyl Film (Revision 1), August 28, 2000 (AVR008683-AVR008684) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 248 | | | | Product Data Bulletin: EZ 1000 Fleet Marking Film / Removable / 90# StaFlat Liner, June 26, 2001 (AVR008685-AVR008686) | |
| 249 | | | | 3M Product Bulletin: 3M Controltac Plus Graphic Marking Film with Comply Performance 3540C (AVR004032- AVR004037) | |
| 250 | | | | Van Dyke April 10, 1998 e-mail to Fridley et al re Minutes: 4/10 Repositionability Meeting (AVR004786) | |
| 251 | | | | McCaslin January 13, 1999 e-mail to Hermans re characterization of 3M Comply construction (AVR006601) | |
| 252 | | | | Presentation: 3M Comply Material Overview (AVR006602-AVR006607) | |
| 253 | | | | McCaslin January 8, 1999 memo from Iyer re 3M Comply FleetMarking Film Sample (AVR006608-AVR006614) | |
| 254 | | | | Servaas November 9, 2000 e-mail to Galloway re 3M Comply picture (AVR006615-AVR006616) | |
| 255 | 12/19 | ✓ | M.H. | Hannington October 30, 1998 e-mail DeKrom re Weekly Report, (AVR006992) | |
| 256 | | | | DeKrom December 19, 2000 e-mail to Rinehart re 3M Comply (AVR007755-AVR007756) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 257 | | | | E-mail from Anita Lundberg to Kevin Rinehart re Instructional Bulletin 4.03, April 16, 2001 (AVR007821-AVR007823) | |
| 258 | | | | Kishi October 24, 2000 e-mail to Edwards re EASAP adhesive coatability (AVR007905-AVR007908) | |
| 259 | | | | Avery Press Release: Avery Dennison Introduced 100% Removable Fleet Films – New FT 1000 Fleet Marking Films Offer Higher Removability, Positionability (AVR008681-AVR008682) | |
| 260 | | | | Galloway April 26, 2001 e-mail to Maglott re FT 1000 upgrade summary (AVR009414-AVR009418) | |
| 261 | | | | EZ 2000 Fleet Graphics Film Must-Want List (AVR009451) | |
| 262 | | | | FT 1000 Upgrade Must-Want List (AVR009282) | |
| 263 | | | | Rinehart July 26, 2001 e-mail to Galloway re EZ-2000 commercialization meeting (AVR009456-AVR009457) | |
| 264 | | | | Hannington February 25, 1999 e-mail to DeKrom et al re Weekly Report for 2/26/99 (AVR014361-AVR014362) | |
| 265 | | | | Kuiper October 20, 2000 e-mail to Van der Bent re EASAP Teleconference Meeting Minutes – 10/18/00 (AVR016588) | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 266 | | | | Presentation: FT2000 Current and Prototype Product Constructions (AVR010320) | |
| 267 | | | | Rinehart February 15, 2001 e-mail to Coleman re FT 2000 (Ease-Up) (AVR010322-AVR010323) | |
| 268 | | | | DeKrom December 5, 2000 e-mail to Galloway re EASAP Cast (AVR007765-AVR007766) | |
| 269 | | | | Avery Graphics™ A7 Reflective EZ Product Data Bulletin, December 10, 2004 | |
| 270 | | | | Avery 6904 Easy Apply Product Data Sheet, June 5, 2002 | |
| 271 | | | | EZ Series Fleet Marking Films advertisement (AVR016242) | |
| 272 | | | | EZ Series Fleet Marking Films advertisement (AVR016243) | |
| 273 | | | | 3M Innovative Properties Company v. Avery Dennison Corporation, 350 F.3d 1365 (Dec. 2, 2003) | |
| 274 | | | | Memorandum Opinion And Order Construing Disputed Claims, June 20, 2005 | Relevance; FRE 403 |
| 275 | | | | Avery Dennison Corporation's Responses to 3M's First Set of Interrogatories (Nos. 1-15), February 4, 2002 | |
| 276 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 7, May 3, 2002 | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 277 | | | | Avery Dennison Corporation's Response to 3M's Second Set of Interrogatory (No. 16), May 4, 2002 | |
| 278 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 13, May 13, 2002 | |
| 279 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 4, May 13, 2002 | |
| 280 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Interrogatory No. 5, May 13, 2002 | |
| 281 | | | | Avery Dennison Corporation's Response to 3M's Second Set of Interrogatories (Nos. 16-23), June 24, 2002 | |
| 282 | | | | Avery Dennison Corporation's Second Supplemental Response to 3M's Interrogatory No. 5, June 24, 2002 | |
| 283 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Second Set of Interrogatory No. 16, July 17, 2002 | |
| 284 | | | | Avery Dennison Corporation's Second Supplemental Response to 3M's Interrogatory No. 4, July 17, 2002 | |

| Pltf. No. | Date Offered | Admitted | Deposition Exhibit No. | Description Of Exhibits | Avery Objections |
|---|---|---|---|---|---|
| 285 | | | | Avery Dennison Corporation's Supplemental Response to 3M's Second Set of Interrogatories (Nos. 17-20), July 17, 2002 | |
| 286 | | | | Avery Dennison Corporation's Third Supplemental Response to 3M's Interrogatory No. 5, August 4, 2005 | |
| 287 | | | | Bulk exhibit (AVR004472, AVR007772, AVR007774, AVR007779, AVR007782, AVR012621, AVR012628) | Relevance; FRE 403 |
| 288 | 12/19 | ✓ | M.H. | Bulk exhibit of Hannington e-mails | Relevance; FRE 403 |
| 289 | | ✓ | | Samples provided with Roderick Dorman's letter to R.J. Zayed dated October 11, 2001[1] | |
| 290 | 12/13 | ✓ | AC | Global authorization letter; July 17, 1996 (3M026979) | |
| 291 | 12/13 | ✓ | AC | E-mail to Troy, et al. re Avery dated July 26, 2001 (3M020741) | [illegible] |
| 292 | | | | Calisto memo re "Golden Step Award" (3M000066) | |
| 293 | 12/19 | ✓ | MH | Patent, [illegible] MH | |
| 294 | 12/21 | | | | |

[1] Avery has not yet had an opportunity to lodge objections to Exhibit Nos. 289-292, and 3M has no objection to Avery doing to prior to December 12, 2005.

Dated: December 8, 2005

FISH & RICHARDSON P.C., P.A.

By: s/ John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND
MANUFACTURING COMPANY

60328475.doc