# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,
Plaintiff,

v.

AVERY DENNISON CORPORATION,
Defendant.

**AMENDED COURT MINUTES**
Case Number: 01-1781 JRT/FLN

| | |
|---|---|
| Date: | December 21, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 1:00 p.m. |
| Time in Court: | 3 hours 30 minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John C. Adkisson, Jonathan E. Singer, Juanita Brooks (Fish & Richardson)
Kevin H. Rhodes (3M Innovative Properties Company)

For Defendant: David P. Pearson (Winthrop & Weinstine)
Roderick M. Hadley, Lawrence M. Hadley (Hennigan, Bennett & Dorman)

PROCEEDINGS:

: **JURY Trial Held.**
: Closing arguments.
: Jury received case at 12:57 p.m.
: Verdict Rec'd at 3:58 p.m. for:
  : Plaintiff

s/Sarah E. Bagwell
Signature of Calendar Clerk