# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY, and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil No. 01-1781 (JRT/FLN)

**SPECIAL VERDICT FORM**

We, the Jury in this case, make these answers to the following questions:

## DIRECT INFRINGEMENT

**Literal Infringement**

**1.** Did 3M prove that it is more probable than not that Avery's EZ Series Fleet Marking Film literally infringes any of the following claims of the '930 patent?

Claim 1 of the '930 patent: **YES** ✓ **NO** ____

If you answer "No" on Claim 1, you need not answer claims 2 - 5.

Claim 2 of the '930 patent: **YES** ✓ **NO** ____

Claim 3 of the '930 patent: **YES** ✓ **NO** ____

Claim 4 of the '930 patent: **YES** ✓ **NO** ____

Claim 5 of the '930 patent: **YES** ✓ **NO** ____

SCANNED
DEC 22 2005
U.S. DISTRICT COURT MPLS

FILED 12-21-2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Infringement Under the Doctrine of Equivalents**

**2.** Did 3M prove that it is more probable than not that Avery's EZ Series Fleet Marking Film infringes, under the doctrine of equivalents, any of the following claims of the '930 patent?

Claim 1 of the '930 patent: **YES** ✓ **NO**____

If you answer "No" on Claim 1, you need not answer claims 2 - 5.

Claim 2 of the '930 patent: **YES** ✓ **NO**____

Claim 3 of the '930 patent: **YES** ✓ **NO**____

Claim 4 of the '930 patent: **YES** ✓ **NO**____

Claim 5 of the '930 patent: **YES** ✓ **NO**____

## INDIRECT INFRINGEMENT

**Inducing Infringement**

**3.** Did 3M prove that it is more probable than not that Avery has induced infringement of any of the following claims of the '930 patent?

Claim 1 of the '930 patent: **YES** ✓ **NO**____

If you answer "No" on Claim 1, you need not answer claims 2 - 5.

Claim 2 of the '930 patent: **YES** ✓ **NO**____

Claim 3 of the '930 patent: **YES** ✓ **NO**____

Claim 4 of the '930 patent: **YES** ✓ **NO**____

Claim 5 of the '930 patent: **YES** ✓ **NO**____

## VALIDITY

**Inventorship**

**4.** Did Avery prove that it is highly probable that claim 1 of the '930 patent is invalid because Frank Sher was a co-inventor of the '930 patent?

**YES** ____ **NO** ✓

**Prior Invention**

**5.** Did Avery prove that it is highly probable that claim 1 of the '930 patent is invalid because it was invented by Frank Sher at a time before the invention by the named inventors of the '930 patent?

**YES** ____ **NO** ✓

**Anticipation**

**6.** Did Avery prove that it is highly probable that any of the following claims of the '930 patent are invalid because they are anticipated by U.S. Patent 5,405,675 (the Sawka '675 patent)?

Claim 1 of the '930 patent: **YES** ____ **NO** ✓

If you answer "No" on Claim 1, you need not answer claims 2 - 5.

Claim 2 of the '930 patent: **YES** ____ **NO** ____

Claim 3 of the '930 patent: **YES** ____ **NO** ____

Claim 4 of the '930 patent: **YES** ____ **NO** ____

Claim 5 of the '930 patent: **YES** ____ **NO** ____

**Obviousness**

**7.** Did Avery prove that it is highly probable that any of the following claims of the '930 patent are invalid because they would have been obvious at the time the invention was made in light of United States Patent No. 3,887,678 – (the Lewicki '678 patent) and United States Patent No. 5,141,790 – (the Calhoun '790 patent) in combination with Japan Publication No. 59078285A (the Mitsui patent)?

Claim 1 of the '930 patent: **YES** ____ **NO** ✓

If you answer "No" on Claim 1, you need not answer claims 2 - 5.

Claim 2 of the '930 patent: **YES** ____ **NO** ____

Claim 3 of the '930 patent: **YES** ____ **NO** ____

Claim 4 of the '930 patent: **YES** ____ **NO** ____

Claim 5 of the '930 patent: **YES** ____ **NO** ____

**8.** Did Avery prove that it is highly probable that any of the following claims of the '930 patent are invalid because they would have been obvious at the time the invention was made in light of United States Patent No. 3,887,678 – (the Lewicki '678 patent) and United States Patent No. 5,141,790 – (the Calhoun '790 patent) in combination with GB Patent Specification No. 1,511,060 – (the Unitika '060 patent)?

Claim 1 of the '930 patent: **YES** ____ **NO** ✓

If you answer "No" on Claim 1, you need not answer claims 2 - 5.

Claim 2 of the '930 patent: **YES** ____ **NO** ____

Claim 3 of the '930 patent: **YES** ____ **NO** ____

Claim 4 of the '930 patent: **YES** ____ **NO** ____

Claim 5 of the '930 patent: **YES** ____ **NO** ____

**YOU HAVE COMPLETED YOUR DELIBERATIONS. PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BELOW.**

Batrice G Murphy
FOREPERSON'S SIGNATURE

December 21, 2005
DATE