AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

3M Innovative Properties Company, and
Minnesota Mining and Manufacturing Company

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 01-1781 (JRT/FLN)

Avery Dennison Corporation

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment is entered in favor of the Plaintiffs and against Defendant. Plaintiffs recover from Defendant their costs of action

December 23, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Mary Kaye Conery
(By) Mary Kaye Conery, Deputy Clerk

s/John R. Tunheim
----------------------------------------------------------
John R. Tunheim
United States District Judge