IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br>Plaintiffs,<br>v.<br>AVERY DENNISON CORPORATION,<br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**3M'S MOTION FOR A PERMANENT INJUNCTION**

Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company ("3M") move for an Order to permanently enjoin defendant Avery Dennison Corporation and its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, from infringing United States Patent No. 5,897,930 by making, using, selling, offering for sale or importing into the United States Avery's EZ Series Fleet Marking Film, or any other product no more than colorably different from that product.

Dated: December 29, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY