IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil No. 01-CV-1781 (JRT/FLN) |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING 3M'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION**

I, Katherine A. Moerke, certify that 3M's Memorandum of Law in Support of Its Motion for a Permanent Injunction complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,531 words.

Dated: December 29, 2005

FISH & RICHARDSON P.C., P.A.

By: s/Katherine A. Moerke

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Katherine A. Moerke (#312277)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks
(Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES
COMPANY and MINNESOTA MINING
AND MANUFACTURING COMPANY

60331873.doc