# CERTIFICATE OF SERVICE

I certify that on December 29, 2005, I have caused the following documents:

3M'S NOTICE OF MOTION FOR A PERMANENT INJUNCTION

3M'S MOTION FOR A PERMANENT INJUNCTION

3M'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION

LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING 3M'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

David P. Pearson — dpearson@winthrop.com
Winthrop & Weinstine

Lawrence M. Hadley — hadley@hbdlaywers.com
Hennigan, Bennett & Dorman

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

The Honorable John R. Tunheim — tunheim_chambers@mnd.uscourts.gov

and I certify that I have caused a copy of the proposed orders to be forwarded as noted below to the following:

David P. Pearson — Via Messenger
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Lawrence M. Hadley, Esq. — Via Federal Express
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Date: December 29, 2005

s/Katherine A. Moerke
Katherine A. Moerke