**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil No. 01-1781 (JRT/FLN)

**ORDER**

Juanita R. Brooks, **FISH & RICHARDSON - SAN DIEGO**, 12390 El Camino Real, San Diego, CA 92130; John C. Adkisson, Jonathan E. Singer, & Katherine A. Moerke, **FISH & RICHARDSON PC, PA – MN**, 60 South Sixth Street, Suite 3300, Minneapolis, MN 55402; and Kevin H. Rhodes, **3M COMPANY**, PO Box 33427, St. Paul, MN 55113-3427, for plaintiffs.

Roderick G. Dorman and Omer Salik, **HENNIGAN BENNETT & DORMAN**, 601 Figueroa Street South Suite 3300, Los Angeles, CA 90017; and David P. Pearson, **WINTHROP & WEINSTINE, PA**, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629, for defendant.

The parties have requested permission to contact the jurors who served in the trial of this case. Counsel is permitted to contact the jurors initially by letter only and jurors must acquiesce before counsel may speak with jurors by telephone.

**IT IS HEREBY ORDERED** that the parties' request to obtain the full name and address of each juror who sat in the above-entitled matter is **GRANTED**.

The Court's Jury Clerk shall provide plaintiffs' and defendants' counsel with the jurors' full names and addresses.

Dated: January 9, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge