IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**CERTIFICATE OF SERVICE**

I certify that on January 10, 2006, I have caused 3M's letter dated January 10, 2006 to Judge John R. Tunheim to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Roderick G. Dorman<br>Hennigan, Bennett & Dorman | dormanr@hbdlawyers.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |

Date: January 10, 2006

s/ John C. Adkisson
John C. Adkisson

690330558.doc