**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 (JRT/FLN)<br><br>**ORDER** |

Juanita R. Brooks, **FISH & RICHARDSON - SAN DIEGO**, 12390 El Camino Real, San Diego, CA 92130; John C. Adkisson, Jonathan E. Singer, & Katherine A. Moerke, **FISH & RICHARDSON PC, PA – MN**, 60 South Sixth Street, Suite 3300, Minneapolis, MN 55402; and Kevin H. Rhodes, **3M COMPANY**, PO Box 33427, St. Paul, MN 55113-3427, for plaintiffs.

Roderick G. Dorman and Lawrence M. Hadley, **HENNIGAN BENNETT & DORMAN**, 601 Figueroa Street South Suite 3300, Los Angeles, CA 90017; and David P. Pearson, **WINTHROP & WEINSTINE, PA**, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629, for defendant.

This matter came before the undersigned regarding the briefing schedules for the motion for a permanent injunction brought by 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company ("3M") filed on December 29, 2005 and the post-trial motions brought by Avery Dennison Corporation ("Avery") on January 10, 2006.

Based on the submissions of the parties and the entire record of this case, IT IS HEREBY ORDERED that the following briefing schedule governs these motions:

| | |
|---|---|
| January 20, 2006 | Avery's Opposition to Motion for Permanent Injunction |
| February 10, 2006 | Avery's Post-Trial Motions |
| January 23, 2006 | 3M's Reply in Support of Motion for Permanent Injunction |
| March 3, 2006 | 3M's Oppositions to Avery Post-Trial Motions |
| March 17, 2006 | Avery's Replies in Support of Post-Trial Motions |

Dated: January 17, 2006
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge