# CERTIFICATE OF SERVICE

On January 20, 2006, I served a copy of the within document described as **AVERY DENNISON CORPORATION'S OPPOSITION TO 3M'S REQUEST FOR IMMEDIATE ENTRY OF A PERMANENT INJUNCTION**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| John C. Adkisson | adkisson@fr.com |
| Juanita R. Brooks | brooks@fr.com |

/S/ Lawrence M. Hadley
Lawrence M. Hadley

2609845v1