IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION**

I, Katherine A. Moerke, declare as follows:

1. Attached hereto as Exhibit A are true and correct copies of the Declaration of Robert E. Barr dated January 12, 2006 and an e-mail from Mike Roughton, Graphics Division N.A., Vice President and General Manager, regarding "Avery Dennison's Easy Apply ™ technology ruling details" dated January 10, 2006.

2. Attached hereto as Exhibit B are true and correct copies of the Declaration of Waldemar Pollok dated January 23, 2006 and an e-mail from Jelle Kroes, Avery Graphics Europe, Marketing & Sales Director, regarding "Information on Avery Easy Apply products" dated January 13, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2006

By: s/Katherine A. Moerke
Katherine A. Moerke

60336239.doc