# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**DECLARATION OF ROBERT E. BARR**

I, Robert E. Barr, declare as follows:

1. I received the attached e-mail from a 3M distributor on January 11, 2006. The distributor also distributes Avery's "EZ-Film" products. I have redacted the distributor's name out of confidentiality concerns.

2. It is my understanding that the e-mail was sent to the 3M distributor by Avery Dennison Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2006

By: ____________________
Robert E. Barr

FYI

[redacted]

[redacted]

-----Original Message-----
From: Holly.Corbin@averydennison.com
[mailto:Holly.Corbin@averydennison.com]
Sent: Tuesday, January 10, 2006 8:39 AM
Cc: tim.o'rourke@averydennison.com; David.Harris@averydennison.com;
Ron.Winter@averydennison.com; Jeannette.Risdon@averydennison.com;
michelle.amescua@averydennison.com; terrah.cathey@averydennison.com
Subject: Avery Dennison's Easy Apply (tm) technology ruling details

(Embedded image moved to file: pic18935.jpg)

| Mike Roughton | Graphics Division, N.A. |
| Vice President and General Manager |

| 250 Chester Street |
| Painesville, OH 44077 |
| Tel : 440.358.2737 |
| Fax: 440.358.2712 |
| mike.roughton@averydennison.com |

January 10, 2006

Dear Valued Customers:

You may have recently read of legal proceedings between Avery Graphics and
3M Commercial Graphics Division surrounding Avery Dennison's Easy Apply(tm)
technology. Many customers have contacted us with questions regarding this
situation, so we would like to provide some detail around the decision.

To give you background, on December 21, 2005, a jury in the Federal
District Court for the District of Minnesota determined that Avery
Dennison Corporation's Easy Apply(tm) technology graphics films infringe the
product claims of 3M's U.S. Patent No. 5,897,930, entitled "Multiple
Embossed Webs". Avery Dennison Corporation will be filing post-trial
motions challenging the recent jury verdict on the product claims.

If the trial court upholds the jury verdict on the product claims, Avery
intends to appeal the verdict to the Federal Circuit Court of Appeals. In
the event Avery Dennison is precluded from selling its Easy Apply(tm)
technology graphics films product as currently structured pending appeal,
Avery Dennison is planning to manufacture and sell non-infringing
alternative products to meet the productivity improvement needs of its
varied customer base.

Following this letter, you will find a list of Frequently Asked Questions
you may have about the jury verdict, Easy Apply(tm) technology, and how this
may affect you. The legal process is ongoing. We will keep in contact with
you should there be any changes. In the meantime, if you have additional
questions please contact your Avery Graphics sales representative.

(Embedded image moved to file: pic17451.jpg)
Sincerely,

Mike Roughton

Attachment

FREQUENTLY ASKED QUESTIONS

Can you share details from the initial court decision in October 2003
where Avery prevailed? The ruling is public record and can be accessed at:

http://www.ll.georgetown.edu/federal/judicial/fed/opinions/03opinions/0
3-120
3.html

Can Avery continue to sell Easy Apply(tm) technology products? Yes,
until
the court orders otherwise, and if the court does issue such an order,
Avery Graphics plans to modify the Easy Apply(tm) technology products
to
enable future sales.

What's the potential liability for Avery and its customers? Damages
are
Avery Graphics' responsibility - there is no liability or cost to you
or
your customers for products purchased from Avery or made by Avery.

What are Avery's next steps? Are we going to file an appeal? We are in
the midst of post-trial motions. We expect these to be completed
sometime
in January or early February. An appeal is in the process of being
prepared.

Is the jury verdict the final outcome? This case, as with all cases,
is
not over because of the jury verdict. Should the post trial motions or
any
subsequent ruling result in a final judgment that would preclude Avery
Dennison from selling its current EZ graphics films product, Avery
Dennison is planning to manufacture and sell alternative products, to
meet
the productivity improvement needs of its varied customer base.

What about my inventory, should I sell it or return it? Your inventory
decisions are clearly yours, but in Avery's view, it's business as
usual
pending further court rulings. Should there be a need to transition to
an
alternative film construction, Avery will handle the transition as we
do
any other product change, i.e. you will have the option to return your
existing inventory to make room for the updated Avery product.

How will this matter be concluded? Avery has acted and continues to
act
in good faith based on its belief in its legal position, but litigation
is
by its nature uncertain especially when you consider that the jury
consisted of people with no expertise in graphic films. However, we
believe our job as a valued supplier is to deliver great products that
meet the needs of our customers. Regardless of the ultimate outcome of
this court case, we plan to continue to provide great products that
meet
the needs of our customers.

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

atthifgm.dat