# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**DECLARATION OF WALDEMAR POLLOK**

I, Waldemar Pollok, declare as follows:

1. I am a sales and marketing manager for Commercial Graphics in Europe.

2. I received the attached e-mail via facsimile from a 3M customer on January 17, 2006. The customer's name has been redacted out of confidentiality concerns.

3. It is my understanding that the e-mail was sent to the 3M customer by Avery Dennison Corporation.

I declare under penalty of perjury that the foregoing is true and correct

Dated: January 23, 2006

By: W. Pollok
Waldemar Pollok

**Hauptidentität**

**Von:** "Avery Dennison" <Linda.Wijnand@eu.averydennison.com>
**An:**
**Gesendet:** Freitag, 13. Januar 2006 12:40
**Betreff:** Information on Avery Easy Apply products

Hazerswoude, The Netherlands, 12 January 2006

You may already have heard or read about a U.S. court case in which our Easy Apply products are the subject of a patent infringement claim. We would like to take this opportunity to update you personally on the situation.

Last month in Minnesota, USA, a jury in the federal District Court decided that Avery Dennison Corporation's Easy Apply graphics films infringe 3M's US patent for so-called "Multi Embossed Webs". We are therefore making post-trial motions to challenge the jury's verdict, and expect to hear the Judge's decision shortly. Should the decision go against us, we will of course appeal.

In the meantime, it's important for you to know that it's 'business as usual'. You can continue to order and supply Avery Easy Apply products to your customers.

We already have actions in hand in case the Judge's decision is unfavourable for us. You will be pleased to hear that Avery has alternative technical options under development to deliver ease of application for Avery Graphics products. Many of Avery's current product offerings are not affected by this case or decision.

We hope this outline of events answers any initial questions you may have - but if you have any specific concerns, please do not hesitate to contact us. We will of course keep you informed of important developments as they take place.

With best regards,

Jelle Kroes
Marketing & Sales Director
Avery Graphics Europe