# CERTIFICATE OF SERVICE

I certify that on January 23, 2006, I have caused the following documents:

DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

I certify that I have caused copies of the following documents filed under seal:

3M'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION

to be forwarded as noted to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 | Via Messenger |
| Roderick G. Dorman, Esq.<br>Hennigan, Bennett & Dorman<br>601 S. Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 | Via Federal Express |

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

| | |
|---|---|
| The Honorable John R. Tunheim | tunheim_chambers@mnd.uscourts.gov |

and I certify that I have caused a copy of the proposed orders to be forwarded to the following:

David P. Pearson
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Roderick G. Dorman
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Date: January 23, 2006

s/Katherine A. Moerke__________________
Katherine A. Moerke

60334227