IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, Defendant. | : | |

**AVERY DENNISON CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL, ON ISSUES OF INVALIDITY**

**[ORAL ARGUMENT REQUESTED]**

TO PLAINTIFFS 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Avery Dennison Corporation ("Avery") hereby moves the Court, pursuant to Rules 50(b) and 59(a) of the Federal Rules of Civil Procedure, for an Order granting Avery judgment as a matter of law or, alternatively, a new trial, on the issues of whether claims 1-5 of U.S. Patent 5,897,930 ("the '930 patent") are invalid as anticipated or obvious pursuant to 35 U.C.S. § 102(a) and 103.

Avery makes this motion on the grounds set forth in its prior motion and in the memorandum of law accompanying this motion.

Additionally Avery respectfully asks that the Court grant oral argument on Avery's post-trial motions.

DATED: February 10, 2006

Respectfully submitted,

By /S/ Lawrence M. Hadley

David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(216) 694-1200 - Telephone
(216) 621-1234 - Facsimile