IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELEIF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY**

I, Lawrence M. Hadley, certify that Avery-Dennison Corporation's Regarding AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELEIF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word XP, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.
I further certify that the above referenced memorandum contains 3,721 words.

DATED: February 10, 2006

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile