IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

On February 10, 2006, I served a copy of the within documents listed as below by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the listed documents on this date, addressed as set forth below.

1. AVERY DENNISON CORPORATION'S NOTICE OF MOTION AND MOTION FOR A NEW TRIAL ON ISSUES OF INVALIDITY [REQUEST FOR BRIEFING SCHEDULE AND ORAL ARGUMENT];

2. AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR A NEW TRIAL ON ISSUES OF INVALIDITY;

3. LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE

4. AVERY DENNISON CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL, ON ISSUES OF INFRINGEMENT [REQUEST FOR BRIEFING SCHEDULE AND ORAL ARGUMENT;

5. AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL ON ISSUES OF INFRINGEMENT;

6. LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE

7. AVERY DENNISON CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELEIF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY [ORAL ARGUMENT REQUESTED]; and

8. AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELEIF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY;

9. LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE

Jonathan E. Singer
John C. Adkisson
Katherine A. Moerke
Fish & Richardson, P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley