IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**AVERY DENNISON CORPORATION'S AMENDED NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELEIF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY**

**[ORAL ARGUMENT REQUESTED]**

TO PLAINTIFFS 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Avery Dennison Corporation ("Avery") hereby moves the Court, pursuant to Rules 59(e) and 60(b)(6) of the Federal Rules of Civil Procedure, for an Order to alter or amend judgment by vacating or setting aside the judgment, or alternatively, for relief from judgment. Additionally, pursuant to Fed. R. Civ. P. 15(a), Avery moves for an Order to Amend its Answer and Counterclaims on its defense of unenforceability. Avery has attached its proposed Amended Answer and Counterclaims to its prior notice of motion and motion. Avery further requests that the

Court grant a bench trial on the issues of inequitable conduct raised in its proposed Amended Answer and Counterclaims.

Avery makes this motion on the grounds set forth in its prior motion and in the memorandum of law accompanying this motion.

Additionally Avery respectfully asks that the Court grant oral argument on Avery's post-trial motions.

DATED: February 10, 2006

Respectfully submitted,

By /S/ Lawrence M. Hadley

David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(216) 694-1200 - Telephone
(216) 621-1234 - Facsimile