IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF 3M'S MEMORANDA IN OPPOSITION TO AVERY DENNISON CORPORATION'S POST TRIAL MOTIONS**

I, Katherine A. Moerke, declare as follows:

1. Attached hereto as Exhibit A is a true and correct copy of an email from Larry Hadley to John Adkisson dated May 21, 2004.

2. Attached hereto as Exhibit B are true and correct excerpts of the trial transcripts dated December 12–December 21, 2005.

3. Attached hereto as Exhibit C is a true and correct copy of United States Patent 5,897,930 marked as Plaintiffs' Trial Exhibit 18.

4. Attached hereto as Exhibit D is a true and correct copy of British Patent Specification 1,511,060 marked as Defendant's Trial Exhibit 512.

5. Attached hereto as Exhibit E is a true and correct copy of a letter from Jonathan Singer to Roderick Dorman dated January 11, 2006.

6. Attached hereto as Exhibit F is a true and correct copy of a letter from Larry Hadley to Jonathan Singer dated January 12, 2006.

7. Attached hereto as Exhibit G is a true and correct copy of an SEM of Avery's EZ film product marked as Defendant's Trial Exhibit 78.

8. Attached hereto as Exhibit H is a true and correct copy of a document entitled "Avery Instructional Bulletin" marked as Plaintiffs' Trial Exhibit 231.

9. Attached hereto as Exhibit I is a true and correct copy of United States Patent 5,405,675 marked as Defendant's Trial Exhibit 85.

10. Attached hereto as Exhibit J is a true and correct copy of United States Patent 6,197,397 marked as Plaintiffs' Trial Exhibit 51.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2006

By: s/Katherine A. Moerke
Katherine A. Moerke

60343622.doc