# EXHIBIT E

FISH & RICHARDSON P.C.,P.A.

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA FAX**

January 11, 2006

Roderick G. Dorman
Hennigan, Bennett & Dorman
601 S. Figueroa Street
Suite 3300
Los Angeles, CA 90017

Re: *3M Innovative Properties Company v. Avery Dennison Corporation*
Court File No. 01-1781 JRT/FLN

Dear Rod:

We are writing regarding Avery's post-trial motion on "issues of enforceability." (Doc. No. 345.) Because Avery has waived any right to further litigate the defense of inequitable conduct, 3M will move for its fees and costs if Avery refuses to withdraw this motion and proceeds to file any additional briefing, thus forcing 3M to respond.

Simply put, Avery has no good-faith basis to seek judgment or a new trial on the issue of inequitable conduct. Putting aside the factual merits of the defense—of which there are none—as a procedural matter, Avery has no good faith basis as to why the defense has not been waived. Both Avery's answer and Avery's amended answer—filed after 3M moved to strike Avery's original answer for violating Federal Rule of Civil Procedure 9(b)—pled inequitable conduct based on United States Patent No. 5,405,675 (i.e., the Sawka reference). In April, 2002, Avery moved to file a second amended answer to allege inequitable conduct based on references including the Unitika '060 patent (Doc. No. 76), but Magistrate Judge Noel denied this motion (Doc. No. 85). Avery never appealed that decision to the District Court. The law is clear that Avery's failure to appeal this decision to the District Judge waived Avery's right to later challenge this decision and raise the issue again. *See, e.g., Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) ("Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein.").

Moreover, it is my understanding that Avery agreed, upon return of this case to the district court, that inequitable conduct would not be part of this case. But even if this were not the case, Avery did not even attempt to raise the issue of inequitable conduct

over the Unitika reference upon remand. Indeed, Avery did not even bother to list the Unitika '060 patent on its agreed upon list of prior art before the trial of this case, and was only allowed to raise the reference after trial had begun. (Doc. No. 263.)

Accordingly, Avery's attempt to inject this defense back into the case, after trial of the matter, is wholly unsupported and frivolous. Should 3M be forced to respond to this motion, it will seek its costs and fees for doing so.

Very truly yours,

Jonathan E. Singer

JES/sls
cc: David Pearson, Esq.

60334164.doc

```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0276 |
| RECIPIENT ADDRESS | ##25272#12136941234 |
| DESTINATION ID | |
| ST. TIME | 01/11 17:48 |
| TIME USE | 00'56 |
| PAGES SENT | 3 |
| RESULT | OK |

# FISH & RICHARDSON P.C.,P.A.

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

**Date** January 11, 2006

**To** Roderick G. Dorman
Hennigan, Bennett & Dorman
601 S. Figueroa Street
Suite 3300
Los Angeles, CA 90017
Telephone: (213) 694-1200

**Facsimile number** 13400-001LL1 / (213) 694-1234

**From** Jonathan E. Singer

**Re** 3M Innovative Properties Company v. Avery Dennison Corporation
Our Ref.: 13400-001LL1

**Number of pages including this page** 3

**Message** See attached

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0275 |
| RECIPIENT ADDRESS | ##25272#6046892 |
| DESTINATION ID | |
| ST. TIME | 01/11 17:47 |
| TIME USE | 00'50 |
| PAGES SENT | 3 |
| RESULT | OK |

# FISH & RICHARDSON P.C.,P.A.

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

**Date** January 11, 2006

**To** David P. Pearson , Esq.
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6400

**Facsimile number** (612) 604-6892

**From** Jonathan Singer

**Re** 3M Innovative Properties Co. et al. v. Avery Dennison Corp.
Civil Action No. 01-1781 JRT/FLN

**Number of pages including this page** 3

**Message** Please see attached.