# EXHIBIT G

Pltf # 78
Civ. 01-1781 (JRT/FLN)

