UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AVERY DENNISON CORPORATION<br><br>Defendant. | ) | No. 01-CV-1781 (JRT/FLN) |

**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY DENNISON CORPORATION'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELIEF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY**

Pursuant to Local Rule 7.1(c), the undersigned hereby certifies, as counsel for Defendant, that this memorandum of law complies with the type-volume limitation as there are 3,646 words of proportional space type in this memorandum of law. Including the 3,721 words in Avery's Memorandum of Law in Support of Its Motion to Alter or Amend Judgment, or Alternatively, for Relief from Judgment, and Request for New Bench Trial on Issues of Enforceability, the total number of words in both memoranda equals 7,367. This memorandum of law was prepared using Microsoft Word 2000. I have relied upon the word count of this word processing program and certify that it has been applied specifically to include all text, including headings, footnotes, and quotations.

DATED: March 17, 2006

Respectfully submitted,

/S/ David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(216) 694-1200 - Telephone
(216) 621-1234 - Facsimile