IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-CV-1781 (DSD/FLN)<br><br>**DATE: August 30, 2006**<br>**TIME: 10:30 a.m.**<br>**CTRM: 13E**<br><br>**Hon. John R. Tunheim** |

**AVERY DENNISON CORPORATION'S NOTICE OF HEARING ON MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELIEF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, August 30, 2006, at 10:30 a.m., on or as soon thereafter as counsel may be heard before the Honorable John R. Tunheim, Judge of the United States District Court for the District of Minnesota in Courtroom 13E of the United States District Court for the District of Minnesota, at Minneapolis, Defendant and Counterclaimant Avery Dennison Corporation ("Avery") will bring on for hearing its Motion to Alter or Amend Judgment, or Alternatively, for Relief from Judgment, and Request for New Bench Trial on Issues of Enforceability.

DATED: August 21, 2006

Respectfully submitted,

By /S/ David P. Pearson

David P. Pearson
Kyle J. Kaiser
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 621-1234 - Facsimile