**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the 21st day of August, 2006, I caused the following document(s):

AVERY DENNISON CORPORATION'S NOTICE OF HEARING ON MOTION TO ALTER OR AMEND JUDGMENT, OR ALTERNATIVELY, FOR RELIEF FROM JUDGMENT, AND REQUEST FOR NEW BENCH TRIAL ON ISSUES OF ENFORCEABILITY

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| John C. Adkisson | adkisson@fr.com |
| Juanita R. Brooks | brooks@fr.com |

DATED: August 21, 2006

By /S/ David P. Pearson

David P. Pearson
Kyle J. Kaiser
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 347-0700 - Telephone
(612) 347-0600 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 621-1234 - Facsimile