UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO POST-TRIAL DISCOVERY**

PLEASE TAKE NOTICE that on October 30, 2006 at 10:30 a.m. before Magistrate Judge Franklin L. Noel, Judge of the United States District Court, United States Courthouse, 300 South Fourth Street, Courtroom 9W, Minneapolis, Minnesota, plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "3M"), will move this Court to compel Defendant to provide responses to post-trial discovery.

Pursuant to L.R. 7.1(a)(1), Plaintiffs will file their memorandum in support of this motion, supporting exhibits and a proposed order no later than October 16, 2006.

Dated: October 11, 2006

FISH & RICHARDSON P.C.

By: s/ John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY

60388157.doc