IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**CERTIFICATE OF SERVICE**

I certify that on October 11, 2006, I have caused the following documents:

1. PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO POST-TRIAL DISCOVERY; and

2. PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO POST-TRIAL DISCOVERY

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlaywers.com |

Dated: October 11, 2006

By: s/ John C. Adkisson
John C. Adkisson

60388163.doc