IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**PLACEHOLDER FOR DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO POST-TRIAL DISCOVERY**

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

DECLARATION OF JOHN C. ADKISSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO POST-TRIAL DISCOVERY

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 61)

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).