IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

## CERTIFICATE OF SERVICE

I certify that on October 16, 2006, I have caused the following documents:

1. LR 7.1(c) Word Count Compliance Certificate regarding 3M's Memorandum in Support of Its Motion to Compel Defendant to Provide Responses to Post-Trial Discovery; and

2. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

David P. Pearson
Winthrop & Weinstine
dpearson@winthrop.com

Lawrence M. Hadley
Hennigan, Bennett & Dorman
hadley@hbdlaywers.com

and I certify that I have caused a copy of the following:

1. 3M's Memorandum in Support of Its Motion to Compel Defendant to Provide Responses to Post-Trial Discovery (Filed under Seal); and

2. Declaration of John C. Adkisson (Filed under Seal).

to be filed conventionally under seal with the Clerk of Court and to be forwarded as noted to the following:

Lawrence M. Hadley, Esq. — VIA FEDERAL EXPRESS
Hennigan, Bennett & Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

David P. Pearson — VIA HAND DELIVERY
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

Magistrate Judge Franklin L. Noel — noel_chambers@mnd.uscourts.gov

and I certify that I have caused a copy of the proposed order to be forwarded via e-mail to the following:

David P. Pearson, Esq. — dpearson@winthrop.com
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Lawrence M. Hadley, Esq. — hadleyl@hbdlaywers.com
Hennigan, Bennett & Dorman
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Date: October 16, 2006

s/ John C. Adkisson
John C. Adkisson

60389022.doc