IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AVERY-DENNISON CORPORATION,<br><br>Defendant. | ) | Civil Action No. 01-CV-1781 (JRT/FLN) |

**NOTICE OF APPEAL OF DEFENDANT AVERY-DENNISON CORPORATION TO THE UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT**

PLEASE TAKE NOTICE that Defendant AVERY-DENNISON CORPORATION hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment [336] (attached hereto as Exhibit A) entered by the United States District Court for the District of Minnesota in the above-captioned case on December 23, 2005, and from all subsequent and interlocutory orders relating to that Final Judgment, including, but not limited to: [181] Memorandum and Opinion, Order on Claim Construction dated June 20, 2005; [183] Order Denying Defendant's Request to File Motion for Reconsideration of the Court's June 20, 2005 Memorandum and Opinion, Order and Denying Defendant's Request to File Motion for Summary Judgment; [211] Order Affirming Magistrate Judge's Order on Motion to Strike Portions of Defendant's Supplemental Expert Report dated October 21, 2005; [303] Civil Minute Order Denying: Defendant's Motion for Judgment on the Pleadings dated November 28, 2005; [307] Amended Civil Minute Order re Motions in Limine dated December 9, 2005; [331] The Court's Final Instructions to the Jury dated December 21, 2005; [335] Special Verdict Form dated December 21, 2005; [373] Order Modifying Permanent Injunction dated April 25, 2006;

[375] Order Denying: Avery's Motion for New Trial on Issues of Invalidity, Avery's Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial on Issues of Infringement; Avery's Motion to Alter Judgment or Amend Judgment, or Alternatively, for Relief from Judgment, and Request for New Bench Trial on Issues of Enforceability; and, [377] Order Vacating Court's Memorandum Opinions and Orders dated March 17, 2006 [368] and April 25, 2006 [373] and Granting Plaintiff's Motion for Permanent Injunction [337] (attached hereto as Exhibits B-K (respectively)).

Respectfully submitted,

Date: October 23, 2006

By: s/ David P. Pearson .

David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

Of Counsel:
Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 621-1234