# CERTIFICATE OF SERVICE

On October 23, 2006 I served a copy of the within document **NOTICE OF APPEAL OF DEFENDANT AVERY-DENNISON CORPORATION TO THE UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT** by submitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below:

Jonathan E. Singer
John C. Adkisson
Katherine A. Moerke
FISH & RICHARDSON, P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Brooks
FISH & RICHARDSON, P.C.
12390 El Camino real
San Diego, California 92130-2081

s/ David P. Pearson .
David P. Pearson

2969771v1