Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641007886
Cashier ID: dbell
Transaction Date: 10/23/2006
Payer Name: WINTHROP WEINSTINE

---

NOTICE OF APPEAL/DOCKETING FEE
For: WINTHROP WEINSTINE
Case/Party: D-MNX-0-01-CV-001781-001
Amount: $455.00

---

CHECK
Check/Money Order Num: 140976
Amt Tendered: $455.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

JRT

SCANNED
OCT 23 2006
U.S. DISTRICT COURT MPLS