# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 Federal Building<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN 56537<br>(218) 739-5758 |

October 24, 2006

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 01-1781
Federal Circuit Case #:
Case Caption: 3M Innovative Properties, et al v. Avery-Dennison

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

_X_ Federal Circuit Appeal Information Sheet *

_X_ Notice of Appeal

_X_ Pleading(s) being appealed

_X_ Docket entries

_____ Other:

The Statutory filing fee has:

_X_ been paid. Receipt number: 4007886

_____ not been paid:

- ____ USA appealed
- ____ In Forma Pauperis
- ____ Fee wasn't included with the appeal
- ____ Motion Pending
- ____ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Amy Linner
Deputy Clerk

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

_X_ United States District Court for the District of Minnesota

___ United States Court of International Trade

___ United States Court of Federal Claims

___ United States Court of Appeals for Veterans Claims

Type of Case: Patent

3M Innovative Properties Company, Minnesota Mining and Manufacturing Company v. Avery-Dennison Corporation

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 384

Date of Judgment / Order 6/20/05, 7/8/05, 10/21/05, 11/28/05, 12/23/05, 4/25/06, 9/25/06

Cross or related appeal? n/a

Date of Notice of Appeal 10/23/06

Appellant is: ___ Plaintiff _X_ Defendant ___ Other: ___

FEES: Court of Appeals docket fee paid? ___ Yes ___ No

U.S. Appeal? ___ Yes ___ No

In forma pauperis? ___ Yes ___ No

Is this matter under seal? ___ Yes ___ No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Court Reporter (name and telephone): Kristine Mousseau 612-664-5106

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.