Plaintiff's Attorneys: 3M Innovative Properties and Minnesota Mining and Manufacturing

**David J F Gross**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7000

**Frank P Porcelli**
Fish & Richardson
225 Franklin St Ste 3100
Boston, MA 02110-2804
617-521-7808

**Gregory A Madera**
Fish & Richardson PC, PA
60 S 6th St Ste 3300
Minneapolis, MN 55402
612-335-5070

**John C Adkisson**
Fish & Richardson PC, PA
60 S 6th St Ste 3300
Minneapolis, MN 55402
612-335-5070

**Jonathan E Singer**
Fish & Richardson PC, PA
60 S 6th St Ste 3300
Minneapolis, MN 55402
612-335-5070

**Juanita R Brooks**
Fish & Richardson - San Diego
12390 El Camino Real
San Diego, CA 92130
858-678-5070

**Katherine A Moerke**
Fish & Richardson PC, PA
3300 Dain Rauscher Plz
60 S 6th St Ste 3300
Minneapolis, MN 55402
(612) 335-5070

**Kevin H Rhodes**
3M Company, OIPC
PO Box 33427
St Paul, MN 55133-3427
651-736-4533

**Kurt L Glitzenstein**
Fish & Richardson - MA
225 Franklin St Ste 3100
Boston, MA 02110-2804
(617) 542-5070

**R J Zayed**
Carlson Caspers Vandenburgh & Lindquist
225 S 6th St Ste 3200
Mpls, MN 55402
612-436-9643