Defendants Attorneys: Avery-Dennison Corporation

**David P Pearson**
Winthrop & Weinstine, PA
225 S 6th St Ste 3500
Mpls, MN 55402-4629
612-604-6692

**Tiffany A Blofield**
Winthrop & Weinstine, PA
225 S 6th St Ste 3500
Mpls, MN 55402-4629
612-604-6684

**Jay R Campbell**
Renner Otto Boisselle & Sklar
1621 Euclid Ave - 19th Fl
Cleveland, OH 44115-2191
216-621-1113

**Laura A Pfeiffer**
Winthrop & Weinstine, PA
225 S 6th St Ste 3500
Mpls, MN 55402-4629
612-604-6400
*TERMINATED: 08/17/2005*

**Lawrence M Hadley**
Hennigan Bennett & Dorman LLP
601 S Figueroa St Ste 3300
Los Angeles, CA 90017
213-694-1200

**Omer Salik**
Hennigan, Bennett & Dorman, LLP
601 S Figueroa St Ste 3300
Los Angeles, CA 90017
213-694-1031

**Roderick G Dorman**
Hennigan Bennett & Dorman LLP
601 S Figueroa St Ste 3300
Los Angeles, CA 90017
213-694-1006