UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION**

Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "3M") hereby withdraw their Motion to Compel Defendant to Provide Responses to Post-Trial Discovery, which is scheduled to be heard on October 30, 2006 at 10:30 a.m., before Magistrate Judge Franklin L. Noel, Judge of the United States District Court, United States Courthouse, 300 South Fourth Street, Courtroom 9W, Minneapolis, Minnesota.

Plaintiffs have withdrawn this motion based on (1) Avery's representation that it will provide the information requested in 3M's motion in verified form on or before October 27, 2006; and (2) Avery's agreement that it will not raise jurisdictional objections to this Court hearing relating to damages while the liability aspects of this case are pending on appeal. This notice of withdrawal is without prejudice to 3M's right and ability to present any of the arguments advanced in support of the withdrawn motion in subsequent proceedings.

Dated: October 24, 2006

FISH & RICHARDSON P.C.

By: s/ John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY

60390751.doc