# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

| | | |
|---|---|---|
| ___ | U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101 | Phone (651) 848-1100 |
| X | U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN 55415 | Phone (612) 664-5000 |
| ___ | U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802 | Phone (218) 529-3500 |

| | | |
|---|---|---|
| **DATE:** November 1, 2006 | | **CIVIL FILE NUMBER:** 01-1781 JRT/FLN |
| **CASE TITLE:** 3M Innovative Properties, et al v. Avery Dennison (federal circuit number not yet issued) | | |
| | The above entitled action was:___ removed from county court, ___ transferred from another district, and filed in ___ Minneapolis___ St. Paul ___ Duluth, on ___________, and assigned to Judge ______________ and to Magistrate ______________ Please direct future filings to the office indicated at the top of this form. | |
| | The above entitled action was filed in this court on ______________, and assigned to Judge ___________ and referred to Magistrate Judge ______________ The file will be maintained at the Clerk's office in the District of Minnesota in ___________ Please note for future reference. cc to: | |
| | Discovery documents are returned pursuant to Federal Rule of Civil Procedure 5(d). | |
| | A certified copy of the Order of Remand is enclosed. | |
| | The above entitled action is being transferred to your court pursuant to Order of Judge______________ filed on ______________ A certified copy of the order and docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. | |
| | A Bill of Costs is to be submitted on Form AO133. The form, and a guide entitled "Taxation of Costs in a Civil Case in the United States District Court for the District of Minnesota" for use by attorneys and legal staff are available on our website: www.mnd.uscourts.gov. | |
| | Your original documents are returned as <u>copies</u> of state court documents were submitted upon removal of the action to federal court. | |
| | Your in forma pauperis application was approved. Please complete the enclosed Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the clerk's office. | |
| X | OTHER: | The above entitled action is on appeal in your court. A transcript purchase order was filed in our court. Enclosed are 10 transcripts Docket #'s 390-399. Please acknowledge receipt of this file by returning a date-stamped copy of this notice. |

Deputy Clerk: ______________

Amy Linner