IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2006, I have caused the following documents:

1. Plaintiffs' Notice of Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00;

2. Plaintiffs' Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00;

3. LR 7.1(c) Word Count Compliance Certificate Regarding Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00; and

4. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

David P. Pearson — dpearson@winthrop.com
Winthrop & Weinstine

Lawrence M. Hadley — hadley@hbdlaywers.com
Hennigan, Bennett & Dorman

and I certify that I have caused a copy of the following:

1. Plaintiffs' Memorandum of Law in Support of Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00; and

2. Declaration of Sara Cotton; and

3. Declaration of Robert Shultz

to be filed conventionally under seal with the Clerk of Court and to be forwarded as noted to the following:

Lawrence M. Hadley, Esq. VIA FEDERAL EXPRESS
Hennigan, Bennett & Dorman
856 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

David P. Pearson VIA HAND DELIVERY
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

I further certify that I have caused the proposed order to be filed with the court via e-mail to the following judge:

Judge John R. Tunheim
tunheim_chambers@mnd.uscourts.gov

and I certify that I have caused a copy of the proposed order to be forwarded via e-mail to the following:

David P. Pearson, Esq. dpearson@winthrip.com
Winthrop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402

Lawrence M. Hadley, Esq. hadley1@hbdlaywers.com
Hennigan, Bennett & Dorman
856 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Dated: November 20, 2006

By: s/Sara Cotton
Sara Cotton

60395094.doc