UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**PLAINTIFFS' AMENDED NOTICE OF MOTION TO ENFORCE PARTIES' DAMAGES AGREEMENT AND FOR JUDGMENT IN THE AMOUNT OF $5,897,062.00**

PLEASE TAKE NOTICE that on February 5, 2007 at 4:00 p.m. before Judge John R. Tunheim, United States District Court Judge, United States Courthouse, 300 South Fourth Street, Courtroom 13E, Minneapolis, Minnesota, plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "3M"), will move this Court to enforce the parties' damages agreement and for judgment in the amount of $5,897,062.00.

Dated: January 3, 2007

FISH & RICHARDSON P.C.

By: s/ John C. Adkisson

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Sara Cotton (#386426)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY

60403230.doc