EXHIBIT 1A

(19) Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) EP 1 011 955 B1

(12) EUROPEAN PATENT SPECIFICATION

(45) Date of publication and mention of the grant of the patent:
**02.04.2003 Bulletin 2003/14**

(21) Application number: **97927979.1**

(22) Date of filing: **03.06.1997**

(51) Int Cl.⁷: **B29C 59/02**, C09J 7/02

(86) International application number:
**PCT/US97/09711**

(87) International publication number:
**WO 98/029231 (09.07.1998 Gazette 1998/27)**

# (54) MULTIPLE EMBOSSED WEBS

MEHRFACH GEPRÄGTE BAHN

BANDES A GAUFRAGE PAR PHASES MULTIPLES

(84) Designated Contracting States:
**CH DE DK ES FR GB IT LI NL SE**

(30) Priority: **31.12.1996 US 775736**

(43) Date of publication of application:
**28.06.2000 Bulletin 2000/26**

(60) Divisional application:
**02020535.7 / 1 277 818**

(73) Proprietor: **MINNESOTA MINING AND MANUFACTURING COMPANY**
**St. Paul, Minnesota 55133-3427 (US)**

(72) Inventors:
- **CALHOUN, Clyde, D.**
  **Saint Paul, MN 55133-3427 (US)**
- **KOSKENMAKI, David, C.**
  **Saint Paul, MN 55133-3427 (US)**

(74) Representative: **VOSSIUS & PARTNER**
**Siebertstrasse 4**
**81675 München (DE)**

(56) References cited:
**EP-A- 0 313 766**
**EP-A- 0 429 269**
**WO-A-93/01047**
**GB-A- 1 543 977**
**GB-A- 2 055 677**
**GB-A- 2 290 629**
**US-A- 3 887 678**

- **PATENT ABSTRACTS OF JAPAN vol. 007, no. 024 (M-189), 29 January 1983 & JP 57 178718 A (KANTOU LEATHER KK), 4 November 1982,**

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

EP 1 011 955 B1

## Description

### Field of Invention

[0001] This invention relates to embossed webs useful as liners for pressure sensitive adhesives and other industrial applications.

### Background of Invention

[0002] Pressure sensitive adhesives are useful for the joining of two materials. The interfaces between the adhesive and the materials are vital to the performance of the joined materials. The loss of adhesion at either interface can doom the usage of the materials.

[0003] One example of an adhesion interface requiring peak performance is a durable film displaying image graphics adhered to substrates, where the film is a backing material upon which an adhesive layer is added for adhesion to the substrate. Adhesion of a large image graphic film to substrates encounters the problem of entrapped air between the film and the substrate. Anyone who has ever attempted to hang wallpaper can appreciate the frustration that can arise when entrapped air beneath an adhesive-backed film can not be removed easily. The most common solutions to this problem are to remove and reapply the film or to perforate the film to release the entrapped air. Multiple attempts to adhere the same film to a substrate can compromise the pressure sensitive adhesive or increase the probability of uneven or misaligned film on the substrate. Perforating a film mars its appearance. The removal of air bubbles is also labor intensive.

[0004] Prior approaches have addressed facile adhesion of image graphics film to substrate by concentrating on specialized topographical constructions of the pressure sensitive adhesive. Commercially superior pressure sensitive adhesives for image graphics are available on image graphic films by 3M of St. Paul, Minnesota, USA. Pressure sensitive adhesives having this utility are disclosed in a variety of patents. Representative examples of patents describing such materials include U.S. Patent Nos. 5,296,277 and 5,362,516 (both Wilson et al.) and 5,141,790 (Calhoun et al.). These patents disclose how the adhesive's topography is built from the interface between the adhesive and the release liner. The principal topographical features in the adhesive surface are isolated protrusions from the adhesive surface with identified contact areas.

[0005] EP-A-0 313 766 discloses a method and apparatus for preparing textured apertured film in which apertured polymeric film for use as a liquid permeable facing material on absorbent products such as diapers and sanitary napkins is textured by a dual embossing process. The film is preferably embossed first with a pronounced textile-like pattern, then embossed with a finely engraved finish roll to produce a thin, smooth film with a matte finish while retaining the appearance of the previously embossed pattern. The embossing sequence may be reversed for some applications.

### Summary of Invention

[0006] The art needs a method of obtaining a complex pattern of embossings on a web where the complex pattern is obtained by multiple steps to permit the formation of a wide variety of material(s) in the multiple embossed webs.

[0007] The present invention provides a carrier web according to claim 1 and a method of embossing according to claim 4.

[0008] One aspect of the present invention provides a solution to the problem of forming complex embossing patterns by forming a web having multiple embossed patterns.

[0009] A multiple embossed web can be used as a releasable storage liner for pressure sensitive adhesive or a transfer liner for moving pressure sensitive adhesive from one web to a substrate.

[0010] "Embossed" means a topography on a web or on tooling having an effective three-dimensional pattern that generates a difference in surface planar dimension in the liner or the tooling.

[0011] "Pattern" means any formation of embossings that can utilize any theory of geometry, including without limitation, Euclidian geometry and fractal geometry.

[0012] "Multiple embossed" means two or more embossing patterns are superimposed on the web to create a complex pattern of differing depths of embossing.

[0013] Another aspect of the present invention is a carrier web having at least one surface that is multiple, sequentially embossed, wherein depressions created from the prior embossing patterns) are substantially preserved during the subsequent embossing pattern(s) even though the subsequent embossing pattern(s) are superimposed on the depressions from the prior embossing pattern(s).

[0014] Although the multiple embossing steps could be combined into a single step with the design of a suitable tool or mold, the advantage of multiple steps is that the depressions formed by the prior step(s) can be filled with material prior to the subsequent embossing step(s). The number of same or different materials can be as many as the number of sequential step(s) or can be any subset of them. Once the number of same or different materials reside in the multiple embossed web, they can be removed from their multiple depth depressions for use or for further manufacturing or assembly.

[0015] A wide variety of materials can benefit from being introduced into the embossed web. Nonlimiting examples of the materials include adhesives, resins, polymers, particles, slurries, or dispersions.

[0016] When the embossed web is meant to be the final article rather than a means of continued manufacturing, the materials introduced into depressions created by a first embossing then are subjected to a subse-

quent embossing to form the final article. In this embodiment, liquids such as soaps, lubricants, perfumes, and abrasive slurries can fill one or more levels of the embossed depressions.

[0017] The multiple embossed webs of the present invention can provide a vast array of combinations given the multitude of embossed patterns, the multiplicity of embossings, and the variety of materials introduced into the embossed web.

[0018] While the most common multiple embossing of a carrier web is a double embossed web used as a release liner for pressure sensitive adhesives, the invention is not limited to merely double embossing. A variety of complex embossed patterns can be created to advantage for a number of industrial applications, such as:

- air bleed Segmented Adhesive Transfer Tapes (SATT) (as disclosed in U.S. Pat. Nos. 5.344,681 and 5,449,540 (both Calhoun et al.)) that are: a) positionable, b) repositionable, or c) consist of two different adhesives;
- abrasives that are: a)dual shaped and b) consist of two different mineral sizes;
- scouring pads;
- bumped pads on flexible printed circuits;
- carriers for medicaments or cosmetics;

and the like.

[0019] Another aspect of the invention is a method of embossing, comprising the steps of embossing a carrier web having at least one surface with a first pattern, to create a first pattern of depressions; embossing the surface with a second pattern, to create a second pattern of depressions; wherein the depressions created from the first embossing step are substantially preserved during the second embossing step even though the second embossing step superimposes the second pattern on the depressions created from the first embossing step.

[0020] A feature of multiple embossed webs of the present invention is that one pattern of embossing can be used for one purpose while another pattern of embossing can be used for a different purpose.

[0021] Another feature of the multiple embossed webs is the formation of a complex topography on the surface of the web that can be used as a liner for a field of pressure sensitive adhesive, a carrier for abrasive slurries used for later manufacturing, bumped pads for flexible printed circuits, or a carrier for medicaments or cosmetics.

[0022] Another feature of the multiple embossed webs is the ability to control the nature of complex topography of the web generated by the multiple embossed patterns.

[0023] Another feature of the multiple embossed webs is the ability to control the layered introduction of same or different materials into depressions of differing depths for later use or further manufacturing.

[0024] An advantage of the present invention is to create a means of sequential manufacturing of articles using different depths of depressions and same or different materials.

[0025] Another advantage of the present invention is the ability of pressure sensitive adhesive to permit fluid egress (e.g., plasticizer, exhaust gases or entrapped air) from the adhesive interface with a supporting substrate without specialized compositions or formulations of the pressure sensitive adhesive.

[0026] Another advantage of the present invention is the ability to use a variety of types of pressure sensitive adhesives while also providing an ability to "outgas" the pressure sensitive adhesive after adhesion of the web to the substrate. Included among such types of pressure sensitive adhesives are those disclosed in U.S. Patent Nos. 5,296,277 and 5,362,516 (both Wilson et al.) and 5,141,790 (Calhoun et al.). An example of the use of multiple embossed webs of the present invention is as a release liner.

[0027] Other features and advantages will become apparent from the embodiments of the invention described in relation to the following drawings.

## Brief Description of Drawings

[0028] Fig. 1 is a cross-sectional view of a web after a first embossing step.

[0029] Fig. 2 is a cross-sectional view of the web of Fig. 1 after a second embossing step.

[0030] Fig. 3 is a scanning electron micrograph of a double embossed web of the present invention.

## Embodiments of the Invention

[0031] Fig. 1 depicts a web 10 having a surface 12 with one pattern 14 of embossings made according to a first embossing step of the present invention. Fig. 2 depicts that web 10 having the surface 12 (with embossing pattern 14) having been subjected to a second pattern 16 of embossings made according to the present invention.

[0032] Web 10 can be any web known to those skilled in the art that is capable of being embossed. Nonlimiting examples of webs include a variety of commercial materials from Minnesota Mining and Manufacturing Company (3M) of St. Paul, Minnesota and other commercial manufacturers of liner products such as Rexam Release Corporation of Oakbrook, Illinois or Daubert Coated Products of Westchester, Illinois. When webs of the invention are used as release liners, such liners are typically polyethylene coated papers with commercial silicone release coatings; polyethylene coated poly(ethylene terephthalate) films with commercial silicone release coatings; or cast polypropylene films which can be embossed with pattern(s) while making such films, and thereafter coated with commercial silicone release coatings. Additional useful liners are identified in the Calhoun et al. and Wilson et al. patents.

[0033] A multiple embossed web 10 seen in Fig. 2 can have any dimensions required for the sequential formation of a complex topography. For example, web 10 has a thickness T where there is no embossing, a thickness X caused by embossings of pattern 14, and a thickness Y caused by embossing of pattern 16. Due to conservation of material, if the planar dimensions of the web 10 do not or are not permitted to expand, embossing by pattern 14, pattern 16, or both can actually increase the thickness of the web 10 compared with original thickness T, like the formation of mountains from the movement of large land masses. Ridges can be formed from the embossing of large lands, where the ridge height exceeds the original thickness of the release liner.

[0034] Regardless of conservation of material, the percentage of thickness X to thickness T can range from about 1% to about 99%, meaning that the depth of depressions caused in surface 12 by pattern 14 can range from a minor fraction of thickness T to almost the entire original thickness T.

[0035] The percentage of thickness Y to thickness T can range from about 1% to about 99%, meaning that the depth of depressions caused in surface 12 by pattern 16 can range from a minor fraction of thickness T to almost the entire original thickness T. Further, web 10 has a total area "A", a first area "B" having depressions created during embossing of pattern 14 and an area "C" having depressions created during embossing of pattern 16. Fig. 2 shows how depressions formed in pattern 14 cover the entire surface 12 of web 10 and also reside in the larger depressions formed in pattern 16. Thus, total area A = area B, and all of area C resides within area B. However, multiple embossed webs of the present invention can have a vast variety of complex topographies according to the needs of those skilled in the art.

[0036] The percentage of B to A can range from about 1% to about 100%, meaning that surface 12 can be embossed with a pattern 14 ranging from a minor fraction of surface 12 so embossed with pattern 14 to the entire surface 12 being embossed with pattern 14.

[0037] The percentage of C to A can range from about 1% to about 100%, meaning that surface 12 can be embossed with a pattern 16 ranging from a minor fraction of surface 12 so embossed with pattern 16 to the entire surface 12 being embossed with pattern 16.

[0038] The shape of embossings for either pattern 14, pattern 16, or both, can range from a constant radius of curvature to a polygonal shape of at least 2 surfaces within the depression in web 10 causing the embossing.

[0039] The width of embossings in pattern 14, pattern 16, or both can range from about 1 μm to about 10,000 μm.

[0040] Fig. 3 shows an example of the complex topography that can be created on webs of the present invention for use as a release liner. This scanning electron micrograph shows a liner 20 having a surface 22 with one pattern 24 of interconnected embossings and a second pattern 26 of embossings. More than two patterns can be added.

[0041] A careful viewing of Fig. 3 shows pattern 24 comprising both relatively planar lands 27, i.e., large squares that have been depressed from the initial surface 22 of liner 20 and a series of ridges 28 formed from the material moved from the lands 27 during the embossing process. Pattern 26 forms an array of depressions 29.

[0042] A sequential manufacturing process for web 10 or liner 20 determines the order of embossings. The manufacturing of the double embossed liner 20 actually requires the formation of the smaller embossing pattern 26 first, followed by the formation of the larger embossing pattern 24, second. Between the time of making the two embossing patterns, a desired material can be introduced into second embossing pattern 26, such as glass beads, in a manner as disclosed in U. S. Pat. No. 5,296,277 (Wilson et al.).

[0043] The resulting multiple microembossed liner 20 has a total area "A", a first area "B" for lands 27 created during embossing of pattern 24, and an area "C" for ridges 28 created during embossing of pattern 24, and an area "D" for depressions 29 residing in both lands 27 and ridges 28. Fig. 2 shows how one depression 29 can reside in a ridge 28. Thus, A = B+C and all of area D resides within either area B or C, or both.

[0044] The patterns 24 and 26 can be varied according to requirements in the art recognizing that the patterns are superimposed on one another. For example, in Fig. 3, lands 27 are discontinuous, because separate projections on the tooling for forming pattern 24 do not intersect with one another. Likewise, depressions 29 are discontinuous because separate projections on the tooling for forming pattern 26 do not intersect with one another.

[0045] The result of pattern 24 creates separated lands 27 from one another, and the result of pattern 26 creates separated depressions 29 from one another. The connected ridges 28 are a by-product of the embossing of separated lands 27.

[0046] In other words, the topography of the tool(s) is an obverse image of the final topography of the microreplicated adhesive, with the liner 20 serving as the inverse image for transferring the image of the tool(s) to the microreplicated adhesive. Therefore, the topography(ies) of the embossing tool(s) for liner 20 is essentially the topography of the microreplicated adhesive.

[0047] When a liner 20 is used to contact adhesive to obtain a topography produced from patterns 24 and 26, the percentage area of lands 27 to surface 22 (B to A) can range from about 35% to about 99%. Desirably, the percentage can range from about 50% to about 98%. Preferably, the percentage can range from about 60% to about 97%. More preferably, the percentage can range from about 70% to about 96%. Most preferably, the percentage of B to A can range from about 85% to about 95% to provide adequate fluid egress without adversely affecting adhesion to the supporting substrate.

The percentage areas, respectively, of ridges 28 to surface 22 (C to A) are the remainders.

[0048] The percentage area of depressions 29 to surface 22 (D to A) can range from about 1% to about 70%. Preferably, the percentage can range from about 2% to about 25%. Most preferably, the percentage of D to A can range from about 3% to about 15% because of a balance of repositionability of the adhesive to final adhesive bond strength.

[0049] These percentages expressed with respect to the liner 20 cause approximately the same percentages on the inverted topography of an adhesive contacting the liner 20. However, as described in U.S. Pat. No. 5,296,277 (Wilson et al.), the planar adhesive surface of their pegs is important. Therefore, this invention is not limited by these percentages concerning the area of depressions 29 when creating the volume of depressions 29 or the geometry used to achieve those depressions. In other words, the depressions 29 can assume any solid geometric desired by those skilled in the art, within the percentage areas expressed above.

[0050] The embossing of pattern 24 to create lands 27 moves material into ridges 28. Like the formation of mountains from the movement of large land masses, ridges 28 rise from surface 22. While the depth of embossing of lands only results in a depth of a few micrometers, ridges rise from surface 22 to a height ranging range from about 3 to about 45 µm, preferably from about 5 to about 30 µm, and most preferably from about 6 to about 20 µm.

[0051] The depth of embossings for pattern 26 can range from about 4 to about 200 µm, preferably from about 8 to about 100 µm, and most preferably from about 10 to about 30 µm. Because the embossing of pattern 26 occurs before the embossing of pattern 24, the depths identified here are the cumulative effect of both embossings, not necessarily the height of the embossing tool.

[0052] Moreover, it should be apparent to those skilled in the art that the size of the embossing tooling needed may exceed the depth of embossing desired because of viscoelastic properties of the liner 20 being embossed.

[0053] The "sidewalls" of embossings for any of pattern 24, pattern 26, or any combination of them, can be any shape desired, ranging from a constant radius of curvature to any polygonal shape of at least 2 surfaces within the pattern 24 or 26. Nonlimiting examples of shapes of embossing, in cross-section, include curved, rectangular, trapezoidal, triangular, bimodal, and the like. U.S. Pat. No. 5,296,277 (Wilson et al.) describes some of the variables to be considered when forming depressions 29 in order to provide pegs in an adhesive.

[0054] The width of embossings in any of pattern 24, pattern 26, or any combination of them, can vary as needed. For example, in Fig. 3, the width of embossings that create lands 27 and depressions 29 are relatively uniform for surface 22. However, the pattern can vary across surface 22 for fluid egress, not unlike a tributary-river configuration in a watershed.

[0055] For example, to create microchannels for fluid egress, one could use a liner 20 having a pattern 24 creating ridges 28 having a final width, after viscoelastic properties have reached equilibrium, of less than about 200 µm and preferably from about 50 to 120 µm. The ridges 28 in Fig. 3 are about 100 µm wide.

[0056] Precision of topographical formation of web 10 or 20 can be achieved using a variety of machining techniques. The machine tool industry is capable of creating tools with any pattern desired by those skilled in the art. Euclidean geometric patterns can be formed with any pattern of size, shape and depth of embossing projection in any number of steps.

[0057] Tools can range from planar presses to cylindrical drums to other curvilinear shapes, depending on how it is desired to employ the embossing steps.

[0058] Nonlimiting examples of sources of tooling include commercial sources of photolithographic printing plates and cylinders, precision engraved plates and cylinders, laser machined plates and cylinders, and the like.

## Usefulness of the Invention

[0059] A multiple embossed web of the present invention can be used for the formation of materials that utilize the complex topography of the surface of the web. Because the multiple embossings of the web occur sequentially, material can be placed in the depressions caused by first pattern being formed before the second embossing pattern is applied.

[0060] Unexpectedly, the later embossing pattern(s) does not appreciably disrupt the earlier embossing pattern(s) in order to provide a controlled complex topography to the surface of a web.

[0061] When pressure sensitive adhesive is the desired material to be formed in the pattern(s) embossed in the web 10 or 20, such pressure sensitive adhesives can be selected from a variety of conventional adhesive formulations to achieved the meshed topography on web 10 or 20.

[0062] Nonlimiting examples of adhesives include pressure sensitive adhesives, hot melt or heat activated adhesives that are pressure sensitive at the time of application such as pressure sensitive adhesives disclosed in U.S. Pat. No. 4,994,322 (Delgado et al.); U.S. Pat. No. 4,968,562 (Delgado); EPO Publication 0 570 515; EPO Publication 0 617 708; pressure sensitive adhesives disclosed in U.S. Patent Nos. 5,296,277 and 5,362,516 (both Wilson et al.) and 5,141,790 (Calhoun et al.) and PCT Patent Application Serial No. WO US96/1687 (Keller et al.) and any other type of pressure sensitive adhesive disclosed in Satas, et al., Handbook of Pressure Sensitive Adhesives, 2nd Ed. (Von Nostrand Reinhold, N.Y. 1989).

[0063] When other materials such as soaps, lubri-

cants, perfumes, abrasive slurries, or any other solution, emulsion, dispersion, or other liquid are desired to be used with webs of the present invention, one skilled in the art without departing from the scope of the present invention can readily determine the array of combinations possible, given the multitude of possible embossed patterns, the multiplicity of possible embossings, and the variety of possible materials to be introduced into the embossed carrier web operating as a transfer article or as a final article for storage of the other material. With some materials, such as soaps or perfumes, the embossed web is preferably used as the final article.

[0064] Commercially available soaps, perfumes, slurries, lubricants, and the like can be used with webs of the present invention.

[0065] Further embodiments are described in the examples.

Examples

Example 1

[0066] An embossed Controltac™ Plus liner (commercially available from 3M, St. Paul, MN) with empty depressions was embossed with a metal tool having 0.25 mm diameter posts that were arranged in a square lattice pattern to provide 190 posts/cm$^2$. Commercial Controltac™ Plus liners have depressions of about 50-75 µm in diameter and about 10-15 µm deep arranged in a square lattice pattern to provide 1120 depressions/cm$^2$. The depth of the second embossing was varied from a few µm to about 15 µm. Examination of the surface of the liner using scanning electron microscopy revealed depressions from the (commercial) first emboss at the bottom of the depressions produced from the second embossing. At the greater depths of the second emboss, it appeared that the diameter of the depressions from the first emboss had a slight reduction in diameter when compared to their initial size. However, the second embossing step did not remove the presence of the depressions created by the first embossing step. A multiple embossed web was formed.

Example 2

[0067] A second embossed Controltac™ Plus liner with its depressions filled with a glass bead slurry was embossed a second time with a tool having square posts 2.5 mm on a side and separated by intersecting grooves 0.38 mm wide. After the second embossing step, an adhesive tape was laminated to the surface of the liner and then delaminated for examination under an optical microscope. Clumps of glass beads were observed on the surface of the adhesive of the tape with the adhesive surface having intersecting grooves matching the pattern of the tool used in the second embossing. The resulting tape was a positionable adhesive tape with a topography of air channels after application of the tape to a substrate.

Example 3

[0068] A release liner consisting of three layers with the core being 97 microns poly(ethylene terephthalate), 21-22 microns polyethylene with a matte finish on a back side layer, and 21-22 microns polyethylene with a glossy finish on the front side with a silicone release coating on the glossy side was microembossed with small pits on the glossy silicone-coated side and the pits filled with fine glass beads according to the procedure described in U.S. Pat. No. 5,362,516. The pits were about 70 microns diameter 18-19 microns deep in a square lattice of 300 micron spacing. A second emboss pattern was imposed upon the release liner by passing the release liner between an 85 durometer silicone rubber roll and an engraved metal roll. The engraved pattern was recessed lines (micro-grooves) with dimensions about 80 microns wide and 24 microns deep. The grooves were 1.3 mm apart and formed a square grid with grooves oriented 45 degrees to the circumference of the roll. The set point temperatures were 110° C for the silicone roll and 104° C for the engraved roll. The rolls were forced together with about 22 N/mm nip force by air cylinders. The release liner was passed through this arrangement at about 1.6 cm/sec. This formed a pattern of continuous intersecting ridges on the glossy silicone-coated side of the release liner. The ridges had a curved top and filleted junction with the base. Average dimensions of the ridges were about 85 microns wide, 18-19 microns high, and spaced the same as the engraved pattern. The intersections of the ridges were 16-19 microns high on average. This pattern was superimposed on the first microembossed pattern and did not substantially change the first pattern, except where individual pits were raised to the top of a ridge or sheared at the side of a ridge (see Fig. 3). The liner was analyzed with time-of-flight secondary ion mass spectrometry (TOF-SIMS) using a pulsed 25 keV $Ga^+$ primary ion beam, with a beam diameter of about 1 micron, rastered over an area of 400X400 microns. A uniform silicone distribution was shown over the liner both on and off the microembossed ridge areas.

[0069] An acrylic pressure sensitive adhesive solution (described as Adhesive Solution 1 in US Patent 5,296,277 and modified with 18.5 per hundred resin (phr) of a resin – Nirez™ 2019 from Arizona Chemical Co.) was prepared and dried at 66°C for 10 minutes to form an adhesive film about 32 microns thick. The exposed adhesive side were laminated at room temperature to a 46 micron thick plasticized, white flexible and conformable vinyl film identical to that used in 3M™ Controltac™ *Plus* Graphic Marking Film Series 180-10. The lamination used a Vanquisher roll laminator (Stoughton Machine and Manufacturing Co., Inc., Stoughton, Wisconsin) at 200 kPa (30 psi) gauge pressure and a speed of about 2.5 cm/second to afford an

essentially flat construction. After removal of the release liner the exposed pressure sensitive adhesive surface had continuous recessed micro-channels and intersections (corresponding to the micro-ridges of the removed release liner).

[0070] The pressure sensitive adhesive had average measured channel dimensions of about 80 microns wide and about 15-18 microns deep and a uniform array of 8-12 micron high protruding mounds of glass beads corresponding to the pits on the liner.

[0071] The samples were also applied by finger pressure or by a PA-1 Hand Applicator to flat substrates. Samples with the microchanneled pressure sensitive adhesive layer required no special application technique, were easily applied, and afforded evenly adhered graphic films with virtually no entrapped air bubbles. Any air pockets purposely formed by buckling the film were easily pressed out during application or after application. Air pocket elimination did *not* require that the air pocket be pressed as a bulge in the film to the edge of the sample (i.e., requiring pressure sensitive adhesive debond in adjacent areas as the pocket moves). The results also show that air bleed was in a lateral (X-Y dimensions) direction and did not require z-axis air dissipation through the films or lifting of the graphic film from the substrate. All samples adhered well to the substrates and showed no signs of undesired edge lifting.

[0072] In comparison, control samples were prepared from the "pit-only liner" having only embossing pattern 26 but not embossing pattern 24. The control samples required great care to prevent entrapment of many air bubbles. The trapped bubbles and pockets in the control samples prepared from the "pit-only liner" could not be pressed out without lifting the graphic or pushing the pocket under the sample as it lifted.

[0073] The invention is not limited to the above embodiments. The claims follow.

## Claims

1. A carrier web (20), comprising:

   at least one surface (22) that is a multiple embossed pattern, having a first embossed pattern (26) and a second embossed pattern (24), wherein the first embossed pattern forms an array of depressions (29), wherein the depressions of the first embossed pattern are in the second embossed pattern, wherein the second embossed pattern comprises lands (27) and ridges (28) between the lands, and wherein the height of the ridges over the lands ranges from about 3 to about 45 µm.

2. The web of Claim 1,
   wherein the surface (22) can be embossed with any pattern ranging from a minor fraction of an area of the surface to the entire area of the surface.

3. The web of Claim 1 or Claim 2,
   wherein a shape of embossings for any pattern (26,24) can range from a constant radius of curvature to a polygonal shape of at least 2 surfaces and
   wherein a width of embossings in any pattern can range from about 1 µm to about 10,000 µm.

4. A method of embossing, comprising the steps of:

   (a) embossing a carrier web having at least one surface (22) with a first pattern (26), to create a first pattern of depression (29),
   (b) embossing the surface with a second pattern (24) to create a second pattern of depressions comprising lands (27) and ridges (28),

   wherein the depressions created from the first embossing step are substantially preserved during the second embossing step even though the second embossing step superimposes the second pattern on the depressions created from the first embossing step, and wherein the height of the ridges over the lands ranges from about 3 to about 45 µm.

5. The method of Claim 4, wherein depressions (29) created from the first embossing step can be used for one purpose while depressions created from the second embossing step can be used for a different purpose.

6. The method of Claim 4 or Claim 5, further comprising the step of filling depressions (29) created by the first embossing step with a material before performing the second embossing step.

7. The method of any of Claims 4-6, further comprising the step of filling depressions created by the second embossing step.

8. A method of using a web of any of Claims 1-4 as a release liner for a pressure sensitive adhesive.

9. A method of using a web of any of Claims 1-4 as a final article for storage of another material.

## Patentansprüche

1. Trägerbahn (20) mit:

   mindestens einer Oberfläche (22), bei der es sich um ein mehrfach geprägtes Muster handelt, mit einem ersten geprägten Muster (26) und einem zweiten geprägten Muster (24), wobei das erste geprägte Muster eine Anordnung

von Vertiefungen (29) bildet, wobei die Vertiefungen des ersten geprägten Musters im zweiten geprägten Muster liegen, wobei das zweite geprägte Muster Felder (27) und Grate (28) zwischen den Feldern aufweist und wobei die Höhe der Grate über den Feldern im Bereich von etwa 3 bis etwa 45 µm liegt.

2. Bahn nach Anspruch 1, wobei die Oberfläche (22) mit jedem Muster im Bereich von einem kleinen Bruchteil einer Flächengröße der Oberfläche bis hin zur gesamten Flächengröße der Oberfläche geprägt sein kann.

3. Bahn nach Anspruch 1 oder Anspruch 2, wobei eine Form von Prägungen für jedes Muster (26, 24) im Bereich von einem konstanten Krümmungsradius bis hin zu einer Polygonalform mindestens zweier Oberflächen liegen kann und wobei eine Breite von Prägungen in jedem Muster im Bereich von etwa 1 µm bis etwa 10.000 µm liegen kann.

4. Prägeverfahren mit den folgenden Schritten:

(a) Prägen einer Trägerbahn, die mindestens eine Oberfläche (22) hat, mit einem ersten Muster (26), um ein erstes Muster von Vertiefungen (29) zu erzeugen;
(b) Prägen der Oberfläche mit einem zweiten Muster (24), um ein zweites Muster von Vertiefungen mit Feldern (27) und Graten (28) zu erzeugen;

wobei die im ersten Prägeschritt erzeugten Vertiefungen während des zweiten Prägeschritts im wesentlichen erhalten bleiben, obwohl der zweite Prägeschritt das zweite Muster den im ersten Prägeschritt erzeugten Vertiefungen überlagert, und wobei die Höhe der Grate über den Feldern im Bereich von etwa 3 bis etwa 45 µm liegt.

5. Verfahren nach Anspruch 4, wobei im ersten Prägeschritt erzeugte Vertiefungen (29) für einen Zweck verwendet werden können, während im zweiten Prägeschritt erzeugte Vertiefungen für einen anderen Zweck verwendet werden können.

6. Verfahren nach Anspruch 4 oder Anspruch 5, ferner mit dem Schritt des Füllens von Vertiefungen (29), die durch den ersten Prägeschritt erzeugt werden, mit einem Material vor Durchführen des zweiten Prägeschritts.

7. Verfahren nach einem der Ansprüche 4 bis 6, ferner mit dem Schritt des Füllens von Vertiefungen, die durch den zweiten Prägeschritt erzeugt werden.

8. Verfahren zur Verwendung einer Bahn nach einem der Ansprüche 1 bis 4 als Trennkaschierung für einen druckempfindlichen Kleber.

9. Verfahren zur Verwendung einer Bahn nach einem der Ansprüche 1 bis 4 als Fertigartikel zur Speicherung eines anderen Materials.

**Revendications**

1. Bande support (20) comprenant :

au moins une surface (22) qui est un motif à gaufrage multiple, ayant un premier motif (26) gaufré et un second motif (24) gaufré, dans laquelle le premier motif gaufré forme un réseau de dépressions (29) dans laquelle les dépressions du premier motif gaufré sont dans le second motif gaufré, dans laquelle le second motif gaufré comprend des surfaces d'appui (27) et des arêtes (28) entre les surfaces d'appui, et dans lequel la hauteur des arêtes sur les surfaces d'appui est dans une gamme entre environ 3 et environ 45 µm.

2. Bande selon la revendication 1, dans lequel la surface (22) peut être gaufrée avec un motif quelconque situé dans une gamme entre une fraction mineure d'une aire de la surface et l'aire entière de la surface.

3. Bande selon la revendication 1 ou la revendication 2, dans lequel une forme de gaufrages pour un motif quelconque (26, 24) peut être dans une gamme entre un rayon de courbure constant et une forme polygonale d'au moins 2 surfaces et dans lequel une largeur des gaufrages dans un motif quelconque peut varier dans une gamme d'environ 1 µm à environ 10 000 µm.

4. Procédé de gaufrage, comprenant les étapes consistant à :

(a) gaufrer une bande support ayant au moins une surface (22) avec un premier motif (26) pour créer un premier motif de dépressions (29),
(b) gaufrer la surface avec un second motif (24) pour créer un second motif de dépressions comprenant des surfaces d'appui (27) et des arêtes (28),

dans lequel les dépressions créées par la première étape de gaufrage sont essentiellement préservées pendant la seconde étape même lorsque la seconde étape de gaufrage superpose le second motif sur

les dépressions créées par la première étape de gaufrage, et dans lequel la hauteur des arêtes sur les surfaces d'appui est dans une gamme entre environ 3 et environ 45 µm.

5. Procédé selon la revendication 4, dans lequel les dépressions (29) créées par la première étape de gaufrage peuvent être utilisées pour une application tandis que les dépressions créées par la seconde étape de gaufrage peuvent être utilisées pour une application différente.

6. Procédé selon la revendication 4 ou la revendication 5, comprenant en outre l'étape consistant à remplir les dépressions (29) créées par la première étape de gaufrage avec une matière avant de réaliser la seconde étape de gaufrage.

7. Procédé selon l'une quelconque des revendications 4 à 6, comprenant en outre l'étape consistant à remplir les dépressions créées par la seconde étape de gaufrage.

8. Procédé d'utilisation d'une bande selon l'une quelconque des revendications 1 à 4 comme couverture anti-adhérente pour un adhésif sensible à la pression.

9. Procédé d'utilisation d'une bande selon l'une quelconque des revendications 1 à 4 comme article final pour le stockage d'un autre matériau.




FIG. 1




FIG. 2




FIG.3

Titel: Weefsels met meervoudig reliëf

Beschrijving

Deze uitvinding heeft betrekking op weefsels met reliëf die gebruikt kunnen worden als beschermlaag voor drukgevoelige kleefmiddelen en andere industriële toepassingen.

Achtergrond van de uitvinding

Drukgevoelig kleefmiddel is nuttig bij het samenvoegen van twee materialen. De raakvlakken tussen de materialen en het kleefmiddel zijn doorslaggevend voor de sterkte van de verbinding tussen die materialen. Verlies van adhesie op één van beide raakvlakken kan de verbonden materialen nutteloos maken.

Eén voorbeeld van een kleefverbinding die optimaal moet presteren, is een duurzame laag met afbeeldingen die is bevestigd op een ondergrond, waarbij de laag een steunmateriaal is, waarop een kleeflaag is bevestigd voor de verbinding met de ondergrond. De bevestiging van grote lagen met afbeeldingen op een ondergrond kent het probleem van ingesloten lucht tussen de laag en die ondergrond. Iedereen, die wel eens heeft behangen, kent de ergernis die ontstaat door lucht die is opgesloten achter materiaal met een kleeflaag en moeilijk verwijderd kan worden. De meest gebruikelijke oplossingen voor dit probleem zijn het verwijderen en opnieuw aanbrengen van het materiaal en het doorprikken van het materiaal om de opgesloten lucht te laten ontsnappen. Meervoudige pogingen om dezelfde laag op een ondergrond aan te brengen, kunnen leiden tot verminderde kleefkracht of een ongelijkmatig of onjuist op de ondergrond aangebrachte laag. Het doorprikken van de laag ontsiert het uiterlijk. Bovendien is het verwijderen van luchtbellen arbeidsintensief.

Voorgaande benaderingen van het probleem van het oppervlakkig bevestigen van een laag met afbeeldingen op een ondergrond concentreerden zich op gespecialiseerde topografische constructies van het drukgevoelige kleefmiddel. In de handel is uitstekend drukgevoelig kleefmiddel voor lagen met afbeeldingen verkrijgbaar, bijvoorbeeld dat van 3M in St. Paul, Minnesota, USA. Drukgevoelig kleefmiddel dat van dergelijke constructies is voorzien, wordt in diverse patenten uiteengezet. Representatieve voorbeelden

van patenten die dergelijke materialen beschrijven, zijn o.a. de Amerikaanse patenten nrs. 5.296.277 en 5.362.516 (beide van Wilson e.a.) en nr. 5.141.790 (Calhoun e.a.). Deze patenten laten zien hoe de topografie van het kleefmiddel wordt gevormd vanuit het raakvlak van het kleefmiddel en de beschermlaag. De voornaamste topografische kenmerken in het kleefoppervlak zijn losstaande uitstulpingen boven het klevende oppervlak met duidelijke contactvlakken (vgl. volgende alinea).

EP-A-0 313 766 beschrijft een methode en apparatuur voor het maken van een structuurlaag met openingen, waarin een polymeerlaag met openingen, te gebruiken als een vochtdoorlatend oppervlaktemateriaal op absorberende producten zoals luiers en maandverband, door middel van een tweeledige reliëfbewerking van een structuur wordt voorzien. Bij voorkeur wordt de laag eerst van een reliëf voorzien met een duidelijk textielachtig patroon en daarna gestructureerd met een fijn gegraveerde afwerkingsrol, zodat een dunne, soepele laag ontstaat met een matte afwerking en het uiterlijk van het tevoren aangebrachte reliëfpatroon behouden blijft. Deze bewerkingen kunnen voor sommige toepassingen worden omgedraaid.

<u>Overzicht van de uitvinding</u>

Er is behoefte aan een methode voor het verkrijgen van een complex reliëfpatroon op een weefsel, waarbij dat patroon wordt verkregen via meerdere stappen om de toepassing van een breed scala aan materialen in reliëfweefsels mogelijk te maken. De onderhavige uitvinding voorziet in een dragend weefsel volgens conclusie 1 en een methode voor het aanbrengen van reliëf volgens conclusie 4.

Eén aspect van de onderhavige uitvinding biedt een oplossing voor het probleem van het vormen van complexe reliëfpatronen door het maken van een weefsel dat is voorzien van meerdere reliëfpatronen.

Een weefsel met meervoudig reliëf kan worden gebruikt als een verwijderbare beschermlaag bij de opslag van drukgevoelig kleefmiddel of als overdrachtlaag bij het verplaatsen van drukgevoelig kleefmiddel van het weefsel naar een ondergrond.

"Reliëf" betekent een topografie op een weefsel of een werktuig dat een duidelijk driedimensionaal patroon heeft en daardoor een verschil genereert in de oppervlaktedimensies van de beschermlaag of het werktuig.

"Patroon" betekent elke samenstelling van reliëfs die zonder enige beperking gebruik kan maken van elke meetkundige theorie, inclusief de Euclidische meetkunde en fractals.

"Met meervoudig reliëf" betekent dat twee of meer reliëfpatronen over elkaar heen op het weefsel worden aangebracht, zodat een complex patroon van reliëfs met verschillende diepten ontstaat.

Een ander aspect van de onderhavige uitvinding is een dragend weefsel met tenminste één oppervlak dat achtereenvolgens van meerdere reliëfs wordt voorzien, waarbij de indrukken van de eerste reliëfpatronen bij het aanbrengen van een volgend patroon bewaard blijven, hoewel dat volgende patroon over de al aangebrachte reliëfpatronen heen wordt gemaakt.

Hoewel deze achtereenvolgende stappen voor het aanbrengen van een reliëf door het ontwerpen van een geschikt werktuig of een geschikte mal in één stap gecombineerd zouden kunnen worden, is het voordeel van meerdere stappen dat de indrukken gevormd bij vorige stappen vóór het uitvoeren van een volgende stap met een bepaald materiaal kunnen worden opgevuld. Het aantal identieke of verschillende materialen kan net zo groot zijn als het aantal opeenvolgende stappen of elke deelverzameling daarvan. Zodra het aantal identieke of verschillende materialen in het weefsel met meervoudig reliëf aanwezig is, kunnen deze uit de indrukken van verschillende diepten worden verwijderd om opnieuw gebruikt, verder bewerkt of gemonteerd te worden.

Een groot aantal materialen kan profiteren van de voordelen van weefsels met reliëf. Slechts enkele voorbeelden van zulke materialen zijn kleefstoffen, harsen, polymeren, vezels, slurries en dispersies.

Als het weefsel met reliëf bedoeld is als eindproduct in plaats van als halffabrikaat, worden de in de bij de eerste reliëfvorming gemaakte indrukken aangebrachte materialen onderworpen aan een tweede reliëfvorming om zo het eindproduct te worden. In deze uitvoeringsvorm kunnen vloeistoffen zoals

zeep, smeermiddelen, parfums en schuurpasta's één of meerdere niveaus van de gemaakte indrukken opvullen.

De weefsels met meervoudig reliëf volgens de onderhavige uitvinding kunnen een breed scala aan combinaties bieden, gezien de hoeveelheid reliëfpatronen, de hoeveelheid mogelijke reliëfs en de verscheidenheid aan materialen waarmee het reliëfweefsel kan worden opgevuld.

Hoewel de meest voorkomende meervoudige reliëfbewerking op een dragend weefsel de dubbele reliëfvorming is, die wordt gebruikt als verwijderbare beschermlaag voor drukgevoelig kleefmiddel, is deze uitvinding niet beperkt tot alleen dubbele reliëfvorming. Er kan een veelheid aan complexe reliëfpatronen worden gevormd die in een aantal industriële toepassingen benut kan worden, zoals:

- luchtdoorlatende Segmented Adhesive Transfer Tapes (SATT), zoals beschreven in Amerikaanse patenten nrs. 5.344.681 en 5.449.540 (beiden van Calhoun e.a.), die a) positioneerbaar zijn, b) herplaatsbaar zijn of c) uit twee verschillende kleefmiddelen bestaan;

- schuurmiddelen die a) uit twee elementen bestaan en b) bestaan uit twee mineralen van verschillende omvang;

- schuursponsjes;

- stootkussentjes op flexibele printplaatjes;

- verpakkingen voor medicijnen of cosmetische artikelen, e.d.

Een ander aspect van deze uitvinding is een methode van reliëfvorming die bestaat uit de stappen van het maken van een reliëf op een dragend weefsel met tenminste één oppervlak met een eerste patroon, het aanbrengen van een eerste patroon van indrukken, het maken van een tweede reliëfpatroon op het oppervlak en het creëren van een tweede patroon van indrukken, waarbij de indrukken gemaakt in de eerste stap in principe bij de tweede reliëfvormende stap bewaard blijven, hoewel deze tweede stap het tweede patroon over de indrukken uit de eerste stap heen plaatst.

Eén van de kenmerken van een weefsel met meervoudig reliëf volgens de onderhavige uitvinding is dat één reliëfpatroon voor het ene doel gebruikt kan worden en een ander patroon voor een ander doel.

Een ander kenmerk van weefsels met meervoudig reliëf is de creatie van een complexe topografie op het oppervlak van het weefsel, die gebruikt kan worden als beschermlaag voor drukgevoelig kleefmiddel als drager voor vloeibare schuurmiddelen die in een volgend fabricageproces worden gebruikt, als stootkussentjes voor flexibele printplaten, of als verpakking voor medicijnen of cosmetische producten.

Een volgend kenmerk van weefsels met meervoudig reliëf is het vermogen om de aard van de complexe topografie van het weefsel dat door de diverse reliëfpatronen wordt gegenereerd, te regelen.

Nog een kenmerk van weefsels met meervoudig reliëf is het vermogen om het gelaagd inbrengen van hetzelfde materiaal of van verschillende materialen in de indrukken van verschillende diepten te regelen, zodat dit materiaal later gebruikt of verder verwerkt kan worden.

Een voordeel van de onderhavige uitvinding is het creëren van een middel voor het achtereenvolgens verwerken van artikelen door gebruik te maken van de verschillende diepten van de indrukken en van hetzelfde materiaal of verschillende materialen.

Een ander voordeel van de onderhavige uitvinding is het feit dat drukgevoelig kleefmiddel de uitloop van vloeistoffen (plastificator, vrijkomend gas, ingesloten lucht) vanuit het raakvlak met de ondergrond mogelijk maakt zonder de noodzaak van een speciale samenstelling of formule van het drukgevoelige kleefmiddel.

Nog een voordeel van de onderhavige uitvinding is het vermogen om vele verschillende soorten drukgevoelig kleefmiddel te kunnen toepassen, terwijl ook de mogelijkheid bestaat om het kleefmiddel na het vastmaken van het weefsel op de ondergrond van gassen te ontdoen. Tot deze drukgevoelige kleefmiddelen behoren die middelen die genoemd worden in de Amerikaanse patenten nrs. 5.296.277 en 5.362.516 (beide van Wilson e.a.) en 5.141.790

(Calhoun e.a.). Een voorbeeld van het gebruik van weefsels met meervoudig reliëf volgens de onderhavige uitvinding is de toepassing als beschermlaag.

Overige kenmerken en voordelen zullen duidelijk worden aan de hand van de uitvoeringsvormen van de uitvinding zoals die in relatie tot de onderstaande tekeningen worden beschreven.

Korte beschrijving van de tekeningen

Figuur 1 is een doorsnede van een weefsel na een eerste reliëfvorming.

Figuur 2 is een doorsnede van het weefsel uit figuur 1 na een tweede reliëfvorming.

Figuur 3 is een microscopische opname van een weefsel met een tweevoudig reliëf volgens de onderhavige uitvinding.

Uitvoeringsvormen van de uitvinding

Figuur 1 toont een weefsel 10 met een oppervlak 12 en één reliëfpatroon 14 dat is aangebracht met een eerste reliëfvorming volgens de onderhavige uitvinding. Figuur 2 laat hetzelfde weefsel 10 zien met oppervlak 12 (en reliëfpatroon 14) dat is onderworpen aan een tweede patroon van reliëfvorming 16, aangebracht volgens de onderhavige uitvinding.

Het weefsel 10 kan elk weefsel zijn, waarvan ingewijden weten dat het geschikt is voor het aanbrengen van een reliëf. Niet-beperkende voorbeelden zijn o.a. een groot aantal commerciële materialen van de Minnesota Mining and Manufacturing Company (3M) in St. Paul, Minnesota en van andere fabrikanten van beschermlagen zoals Rexam Release Corporation (Oakbrook, Illinois) of Daubert Coated Products (Westchester, Illinois). Als weefsels volgens de onderhavige uitvinding worden gebruikt als beschermlaag zijn die meestal van papier met een polyethyleen coating en een in de handel verkrijgbare siliconencoating, van een met polyethyleen gecoate PET-film met een siliconencoating, of van gegoten polypropyleen films die bij de productie van reliëf kunnen worden voorzien en daarna met een normaal verkrijgbare siliconencoating worden bedekt. Beter toepasbare beschermlagen worden genoemd in de patenten van Calhoun e.a. en Wilson e.a.

Een weefsel met meervoudig reliëf 10 zoals afgebeeld in figuur 2 kan elke afmeting hebben die voor het aanbrengen van een complexe topografie nodig is. Weefsel 10 heeft bijvoorbeeld een dikte T op plaatsen waar geen reliëf is, een dikte X die is veroorzaakt door het reliëf van patroon 14 en een dikte Y door het reliëf van patroon 16. Als de oppervlakteafmetingen van het weefsel niet groter (mogen) worden, kan de reliëfvorming door patroon 14, 16 of beide in feite leiden tot een toename van de dikte van het weefsel 10 in vergelijking met de originele dikte T doordat de hoeveelheid materiaal behouden blijft, vergelijkbaar met de vorming van bergen door de verplaatsing van grote landmassa's. Bij het indrukken van grotere vlakken kunnen randen worden gevormd die hoger zijn dan de originele dikte van de beschermlaag.

Los van het behoud van materiaal kan het percentage met dikte X ten opzichte van dikte T uiteenlopen van ongeveer 1 tot 99%, wat inhoudt dat de diepte van de indrukken in oppervlak 12 veroorzaakt door patroon 14 kan variëren van een minimale fractie van dikte T tot bijna de gehele originele dikte T.

Het percentage met dikte Y ten opzichte van dikte T kan uiteenlopen van ongeveer 1 tot ongeveer 99%, hetgeen betekent dat de diepte van de indrukken aangebracht door patroon 16 in oppervlak 12 kan variëren van een minimale fractie van dikte T tot vrijwel de gehele originele dikte T.

Verder heeft weefsel 10 een totale oppervlakte "A", een eerste gebied "B" met indrukken ontstaan door de reliëfvorming van patroon 14 en een gebied "C" met indrukken gemaakt door het patroon 16. Figuur 2 toont hoe de indrukken van patroon 14 het gehele oppervlak 12 van weefsel 10 bedekken en ook aanwezig zijn in de grotere indrukken van patroon 16. Dus het totale oppervlak A = gebied B en het hele gebied C bevindt zich binnen gebied B. Weefsels met meervoudig reliëf overeenkomstig de onderhavige uitvinding kunnen echter een grote hoeveelheid complexe topografieën herbergen, geheel volgens de geavanceerde eisen die eraan gesteld worden.

Het percentage B ten opzichte van A kan variëren tussen ca. 1 en 100%, hetgeen betekent dat oppervlak 12 van een reliëfpatroon 14 kan worden voorzien dat uiteenloopt van een minimale fractie van oppervlak 12 van een reliëfpatroon 14 tot aan het gehele oppervlak 12.

Het percentage C ten opzichte van A kan variëren tussen ca. 1 en 100%, hetgeen inhoudt dat oppervlak 12 van een reliëfpatroon 16 kan worden voorzien dat uiteenloopt van een minimale fractie van oppervlak 12 van een reliëfpatroon 16 tot aan het gehele oppervlak 12.

De vorm van het reliëf van patroon 14, 16 of beide kan uiteenlopen van een constante krommingsstraal tot een polygonale vorm van ten minste 2 oppervlakken die binnen de indruk in weefsel 10 een reliëf veroorzaken.

De breedte van het reliëf in patroon 14, 16 of beide kan variëren van ca. 1 µm tot ca. 10.000 µm.

Figuur 3 toont een voorbeeld van de complexe topografie die overeenkomstig de onderhavige uitvinding op weefsels gecreëerd kan worden voor het gebruik als beschermlaag. Deze microscopische opname toont een beschermlaag 20 met een oppervlak 22 en een patroon 24 van onderling verbonden reliëfs, aangevuld met een tweede reliëfpatroon 26. Er kunnen ook meer dan twee patronen worden aangebracht.

Bij een nauwkeurige bestudering van figuur 3 blijkt dat patroon 24 bestaat uit relatief grote indrukken 27, d.w.z. grote blokken die in het originele oppervlak 22 van de beschermlaag 20 zijn gedrukt, en een aantal randen 28 die zijn ontstaan uit het bij de reliëfvorming uit de indrukken 27 verplaatste materiaal. Patroon 26 vormt een stelsel van indrukken 29.

De volgorde van de reliëfbewerkingen op weefsel 10 of beschermlaag 20 wordt bepaald door middel van een sequentieel bewerkingsproces. De totstandkoming van de beschermlaag 20 met dubbel reliëf vereist dat eerst het kleinere reliëfpatroon 26 wordt gemaakt en daarna pas het grotere reliëfpatroon 24. Tussen de tijdstippen waarop het eerste en het tweede patroon wordt aangebracht, kan desgewenst een bepaald materiaal, bijvoorbeeld glaskorreltjes, in het eerste reliëf 26 worden ingebracht op de manier die wordt beschreven in het Amerikaanse patent nr. 5.296.277 (Wilson e.a.).

De hierdoor ontstane en van meervoudig microreliëf voorziene beschermlaag 20 heeft een totale oppervlakte “A”, een eerste gebied “B” met de indrukken die zijn gemaakt door reliëfpatroon 24, een gebied “C” voor de

randen 28 die door hetzelfde patroon 24 zijn ontstaan en een gebied "D" voor de indrukken 29 die zich zowel in de vlakken 27 en de randen 28 bevinden. Figuur 2 laat zien hoe er een indruk 29 kan bestaan in een rand 28. Dus, A = B + C, en het gehele gebied D bevindt zich in gebied B of C, of in beide.

Aangezien ze boven op elkaar worden aangebracht, kunnen de patronen 24 en 26 naar behoefte worden gewijzigd. In figuur 3 zijn bijvoorbeeld de laaggelegen stukken 27 discontinu, doordat de afzonderlijke projecties op het gereedschap voor het vormen van patroon 24 niet met elkaar overeenkomen. Op dezelfde manier zijn de indrukken 29 ook discontinu, doordat de afzonderlijke projecties op het gereedschap voor het vormen van patroon 26 niet met elkaar overeenkomen.

Patroon 24 creëert van elkaar gescheiden laaggelegen gebieden 27 en het resultaat van patroon 26 creëert een aantal van elkaar gescheiden indrukken 29. De met elkaar verbonden randen 28 zijn een bijproduct van de vorming van de laaggelegen delen 27.

Met andere woorden: de topografie van het gereedschap is een afdruk van de voorzijde van de uiteindelijke topografie van het kleefmiddel, waarbij de beschermlaag 20 dient als het negatief dat het beeld van het gereedschap naar het kleefmiddel overbrengt. De topografie van het reliëfgereedschap voor de beschermlaag 20 is dus in principe gelijk aan die van het kleefmiddel.

Als een beschermlaag 20 wordt gebruikt om een topografie resulterend uit patroon 24 of 26 over te brengen naar een kleefmiddel kan het oppervlaktepercentage aan laaggelegen gebieden 27 ten opzichte van het oppervlak 22 (B t.o.v. A) variëren van ca. 35 tot ca. 99%. Het gewenste percentage ligt tussen ca. 50 en 98%, en bij voorkeur varieert het tussen ca. 60 en 97%. Nog beter is het als dit percentage ligt tussen ca. 70 en 96%. Het allerbeste is een percentage B t.o.v. A dat ligt tussen ongeveer 85 en 95%, waardoor een goede vloeistofuittreding mogelijk is zonder nadelige invloed op de ondergrond. De percentages gebieden voor de randen 28 ten opzichte van het oppervlak 22 (C t.o.v. A) zijn de respectievelijke overblijvende percentages.

Het percentage gebieden met indrukken 29 ten opzichte van het oppervlak 22 (D t.o.v. A) kan variëren van ca. 1 tot ca. 70%. Bij voorkeur ligt dit percentage tussen ongeveer 2 en ca. 25%. Het beste is een percentage D

t.o.v. A dat ligt tussen ca. 3 en ca. 15%, vanwege de balans tussen de verwijderbaarheid en de uiteindelijke verbindingskracht van het kleefmiddel.

Deze percentages met betrekking tot de beschermlaag 20 zorgen voor ongeveer dezelfde percentages op de inverse topografie van een kleefmiddel dat met deze beschermlaag in contact komt. Zoals echter wordt beschreven in het Amerikaanse patent nr. 5.296.277 (Wilson e.a.) is vooral het klevende oppervlak van de polyethyleenglycolen van het gebied van belang. Daardoor wordt deze uitvinding bij het bepalen van het volume van de indrukken 29 niet beperkt door de percentages betreffende het oppervlak van het laaggelegen gebied 29 of door de geometrie waarmee ze zijn gecreëerd. Met andere woorden: de indrukken 29 kunnen elke door de experts gewenste vaste geometrie aannemen binnen de bovengenoemde gebiedspercentages.

De reliëfvorming van patroon 24 voor het creëren van laaggelegen gebieden 27 verplaatst materiaal naar de randen 28. Net zoals het ontstaan van bergen door de verplaatsing van grote landmassa's, stijgen de randen 28 boven het oppervlak 22 uit. Terwijl het indrukken van gebieden resulteert in een verlaging van het oppervlak met enkele micrometers, stijgen de randen boven het oppervlak 22 uit tot een hoogte tussen ca. 3 en ca. 45 μm, bij voorkeur tussen ca. 5 en ca. 30 μm en het liefst tussen ca. 6 en ca. 20 μm.

De diepte van het reliëf van patroon 26 kan uiteenlopen van ca. 4 tot ca. 200 μm, bedraagt bij voorkeur tussen ca. 8 en ca. 100 μm en ligt in het optimale geval tussen ca. 10 en ca. 30 μm. Doordat de reliëfvorming van patroon 26 plaatsvindt voor die van patroon 24, zijn de hier genoemde diepten het cumulatieve effect van beide reliëfvormingen en niet noodzakelijkerwijs de hoogte van het reliëfgereedschap.

Bovendien zullen de kenners op dit terrein begrijpen dat de omvang van het benodigde reliëfgereedschap vanwege de visco-elasticiteit van de te bewerken beschermlaag 20 groter kan zijn dan het gewenste reliëf.

De "zijmuren" van reliëfs 24, 26 of een combinatie daarvan kunnen elke gewenste vorm krijgen, uiteenlopend van een constante krommingsstraal tot een polygonale vorm met tenminste 2 oppervlakken binnen patroon 24 of 26. Niet-beperkende voorbeelden van reliëfvormen, in doorsnede, zijn o.a. gebogen, rechthoekig, trapezoïde, driehoekig, bimodaal, e.d. Amerikaans patent nr.

5.296.277 (Wilson e.a.) beschrijft een aantal variabelen die in acht moeten worden genomen bij het vormen van indrukken 29 voor de toediening van polyethyleenglycolen aan een kleefmiddel.

De breedte van het reliëf in patroon 24, 26 of enige combinatie daarvan kan naar wens worden aangepast. In figuur 3 is de breedte van het reliëf dat zorgt voor de laaggelegen gebieden 27 en de indrukken 29 op het oppervlak 22 bijvoorbeeld relatief uniform. Het patroon kan echter over het oppervlak 22 variëren ten behoeve van de vloeistofuittreding, ongeveer zoals een zijrivier in een hoofdrivier stroomt.

Om microkanalen voor vloeistofuittreding te maken kan bijvoorbeeld een beschermlaag 20 worden gebruikt met een patroon 24 en randen 28 met, nadat de visco-elastische eigenschappen een evenwicht hebben bereikt, een uiteindelijke breedte van minder dan ongeveer 200 μm en bij voorkeur van ca. 50 tot 120 μm. De randen 28 in figuur 3 zijn ongeveer 100 μm breed.

Een verfijning van de topografische formatie van weefsel 10 of 20 kan met diverse bewerkingstechnieken worden bereikt. Er kunnen instrumenten worden gemaakt met alle patronen die door de experts worden gevraagd. Ook Euclidische geometrische patronen, ongeacht de omvang, vorm of diepte van het reliëf en het aantal stappen in de bewerking, zijn mogelijk.

De instrumenten kunnen uiteenlopen van vlakpersen tot cilindrische trommels en andere kromlijnige vormen, afhankelijk van de gewenste stappen in de reliëfvorming.

Niet-beperkende voorbeelden van bronnen van instrumenten zijn o.a. commerciële bronnen van fotolithografische printplaten en -cilinders, nauwkeurig gegraveerde platen en cilinders en met de laser bewerkte platen en cilinders.

Nut van de uitvinding

Een weefsel met meervoudig reliëf volgens de onderhavige uitvinding kan worden gebruikt voor het formeren van materialen die de complexe topografie van het oppervlak van het weefsel benutten. Doordat de verschillende stappen van reliëfvorming op het weefsel na elkaar

plaatsvinden, kan er materiaal in de indrukken van het eerst gevormde patroon worden geplaatst voordat het tweede reliëfpatroon wordt toegepast.

In tegenstelling tot wat verwacht kan worden, tasten latere reliëfpatronen de eerder gevormde reliëfs niet noemenswaardig aan, zodat op een goed beheersbare manier een complexe topografie op het weefsel kan worden aangebracht.

Als het door één of meerdere reliëfpatronen op het weefsel 10 of 20 te vormen materiaal een kleefmiddel is, kan dit worden geselecteerd uit vele conventionele lijmformules die geschikt zijn om een rasterpatroon van het weefsel 10 of 20 over te nemen.

Niet-beperkende voorbeelden van kleefmiddelen zijn o.a. drukgevoelige kleefmiddelen, kleefmiddelen die werken onder invloed van warmte en drukgevoelig zijn op het moment van gebruik, zoals de drukgevoelige kleefmiddelen beschreven in het Amerikaanse patent nr. 4.994.322 (Delgado e.a.), Amerikaans patent nr. 4.968.562 (Delgado), EPO-publicatie 0 570 515, EPO publicatie 0 617 708, drukgevoelige kleefmiddelen zoals beschreven in de Amerikaanse patenten nrs. 5.296.277 en 5.362.516 (beide Wilson e.a.) en 5.141.790 (Calhoun e.a.), PCT patentaanvraag nr. WO US96/1687 (Keller e.a.) en alle andere soorten drukgevoelige kleefmiddelen die worden genoemd in de 2e editie van het Handbook of Pressure Sensitive Adhesives van Satas e.a. (Von Nostrand Reinhold, N.Y., 1989).

Wanneer er behoefte is om andere materialen, zoals zeep, smeermiddelen, parfum, vloeibare schuurmiddelen of andere oplossingen, emulsies, dispersies of andere vloeistoffen te gebruiken met een weefsel van de onderhavige uitvinding, kan elke deskundige zonder afbreuk te doen aan de strekking van de onderhavige uitvinding eenvoudig het scala aan mogelijke combinaties vaststellen, uitgaande van het grote aantal mogelijke reliëfpatronen en de veelheid aan materialen die kunnen worden ingebracht in het van een reliëf voorziene dragende weefsel dat dienst doet als een overdrachtsmedium of als eindproduct voor de opslag van het andere materiaal. Bij bepaalde producten, zoals zeep of parfum, is het weefsel bij voorkeur te gebruiken als eindproduct.

De weefsels van de onderhavige uitvinding kunnen worden toegepast bij alle in de handel verkrijgbare soorten zeep, parfums, slurries, smeermiddelen, e.d.

In de voorbeelden worden verdere uitvoeringsvormen beschreven.

## Voorbeelden

### Voorbeeld 1

Een van reliëf voorziene Controltac™ Plus-beschermlaag (in de handel verkrijgbaar bij 3M, St. Paul, Minnesota) met lege indrukken werd van reliëf voorzien door een metalen instrument met punten met een diameter van 0,25 mm die in een vierkant rasterpatroon met een dichtheid van 190 punten per $cm^2$ zijn geplaatst. Commerciële Controltac™ Plus-beschermlagen hebben indrukken met een diameter van ca. 50 tot 75 µm en ongeveer 10 - 15 µm diep, geplaatst in een rasterpatroon zodat er 1120 indrukken per $cm^2$ ontstaan. De diepte van de tweede indruk werd gevarieerd van een paar µm tot ca. 15 µm. Onderzoek van het oppervlak van de beschermlaag met een elektronenmicroscoop liet indrukken zien vanuit de bodems van (commerciële) eerste indrukken die door de tweede reliëfvorming waren aangebracht. Op de grotere diepte van de tweede reliëfvorming bleek dat de diameter van de bij de eerste reliëfvorming aangebrachte indrukken een kleine reductie in diameter hadden ondergaan ten opzichte van de initiële omvang. De tweede stap in de reliëfvorming had echter de aanwezigheid van de eerst aangebrachte indrukken niet aangetast. Aldus werd een weefsel met meervoudig reliëf gecreëerd.

### Voorbeeld 2

Een tweede van reliëf voorziene Controltac™ Plus-beschermlaag met indrukken gevuld met een slurrie van glaskorreltjes werd opnieuw van reliëf voorzien met een instrument met punten met een diameter van 2,5 mm aan één zijde die van elkaar werden gescheiden door elkaar snijdende groeven van 0,38 mm breedte. Na deze tweede stap van reliëfvorming werd kleefband op het oppervlak van de beschermlaag gelamineerd en vervolgens weer verwijderd om onder een optische microscoop onderzocht te worden. Er werden stukjes van glaskorrels gevonden op het klevende oppervlak van het kleefband en het oppervlak van de beschermlaag vertoonde elkaar kruisende groeven die

overeenkwamen met het patroon van het voor de tweede reliëfvorming gebruikte instrument. De resulterende band was een herplaatsbare kleefband met een topografie van luchtkanalen die ontstond na het aanbrengen van de band op een ondergrond.

Voorbeeld 3

Een beschermlaag bestaande uit drie lagen, met een kernlaag van polyethyleen tereftalaat van 97 micron dik, een 21-22 micron polyethyleenlaag met een doffe afwerking op de achterzijde en een 21-22 micron dikke laag polyethyleen met glanzende afwerking op de voorzijde met daarop een verwijderbare siliconencoating, werd op die glanzende met siliconen bedekte laag van een microreliëf van kleine putjes voorzien die volgens de procedure beschreven in het Amerikaanse patent nr. 5.362.516 met kleine glaskorreltjes werden gevuld. De putjes hadden een diameter van ongeveer 70 micron en een diepte van 18-19 micron en lagen in een rechthoekig raster met tussenruimten van 300 micron. Op deze beschermlaag werd een tweede reliëfpatroon aangebracht door de laag tussen een 85 durometer siliconenrubberen rol en een gegraveerde metalen rol heen te leiden. Het gegraveerde patroon bestond uit dieperliggende lijnen (microgroeven) van ca. 80 micron breed en 24 micron diep. De groeven lagen 1,3 mm uit elkaar en vormden een rechthoekig raster dat in een hoek van 45° ten opzichte van de omtrek van de rol was geplaatst. De ingestelde temperaturen waren 110° C voor de siliconenrol en 104° C voor de gegraveerde rol. De rollen werden door luchtcilinders tegen elkaar geperst met een drukkracht van 22 N/mm. De beschermlaag werd met een snelheid van ca. 1,6 cm/seconde door deze opstelling heen geleid. Dat leidde tot een patroon van voortdurend elkaar snijdende randen op de glanzende met siliconen bedekte zijde van de beschermlaag. De randen hadden een ronde top en een afgeronde verbinding met de bodem. De gemiddelde afmetingen van de randen waren: ca. 85 micron breed en 18-19 micron hoog, met dezelfde tussenruimten als het gegraveerde patroon. De snijpunten van de randen waren gemiddeld 16-19 micron hoog. Dit patroon werd over het eerste microreliëfpatroon heen aangebracht en veroorzaakte daarin geen wezenlijke veranderingen, behalve daar waar afzonderlijke putjes werden opgestuwd naar de top van een rand of aan de zijkant van een rand werden afgesneden (zie figuur 3). De beschermlaag werd geanalyseerd met time-of-flight secondary ion mass spectrometry (TOF-SIMS), met gebruikmaking van een 25 keV $Ga^+$ pulserende ionenstraal met een bundeldiameter van ca. 1 micron,

gerasterd over een gebied van 400 x 400 micron. Er werd een uniforme verdeling van siliconen over de beschermlaag vastgesteld, zowel op als naast de gebieden met randen.

Vervolgens werd een drukgevoelige klevende acryloplossing gemaakt (in het Amerikaanse patent 5.296.277 beschreven als lijmoplossing 1, gemodificeerd met 18,5 per honderd kunsthars (phr = per hundred resin) van de kunsthars Nirez™ 2019 van Arizona Chemical Co.) en 10 minuten gedroogd bij een temperatuur van 66° C, zodat er een lijmlaag van ca. 32 micron dikte ontstond. De kleefzijde werd bij kamertemperatuur gelamineerd tot een 46 micron dikke geplastificeerde, witte, flexibele en vervormbare vinyllaag, identiek aan die laag die wordt gebruikt in de serie 180-10 Controltac™ *Plus* Graphic Marking Film van 3M™. Het lamineren vond plaats met een Vanquisher rollaminator (Stoughton Machine and Manufacturing Co., Inc. in Stoughton, Wisconsin) bij een meterdruk van 200 kPa (30 psi) en een snelheid van ca. 2,5 cm per seconde, zodat een volstrekt platte constructie werd verkregen. Na verwijdering van de beschermlaag had het bewerkte drukgevoelige lijmoppervlak doorlopende ingedrukte microkanalen en kruisingen (corresponderend met de microranden van de verwijderde beschermlaag).

Het drukgevoelige kleefmiddel had gemeten gemiddelde kanaalafmetingen van ca. 80 micron breed en ca. 15-18 micron diep en een uniforme reeks van 8-12 micron hoog uitstekende randen van glaskorreltjes die overeenkwamen met de putjes in de beschermlaag.

De monsters werden ook met de hand of met een PA-1 Hand Applicator opgebracht op vlakke ondergronden. De monsters met de drukgevoelige lijmlaag met microkanalen vereisten geen speciale technieken bij het aanbrengen, waren gemakkelijk aan te brengen en resulteerden in gelijkmatig geplakte grafische lagen die vrijwel geen luchtbellen insloten. Opzettelijk door het omvouwen van de laag veroorzaakte luchtbellen konden tijdens of na het aanbrengen gemakkelijk worden verwijderd. Bij deze verwijdering van luchtbellen was het *niet* nodig om de lucht als een bel onder de laag naar de rand van het monster te duwen (d.w.z. het losmaken van de kleeflaag in naastgelegen gebieden tijdens het bewegen van de luchtbel). De resultaten tonen ook aan dat de luchtuittreding verliep in laterale richting (X/Y-dimensies) en er geen luchtverdrijving langs de z-as optrad door de laag heen

of door het van de ondergrond losmaken van de laag. Alle monsters vertoonden een goede hechting op de ondergrond en vertoonden geen tekenen van ongewenst omkrullen van de randen.

Ter vergelijking werden controlemonsters voorbereid van de beschermlaag met alleen putjes, d.w.z. met alleen het reliëfpatroon 26 en niet het reliëfpatroon 24. Deze controlemonsters werden met veel zorg voorbereid om het insluiten van vele luchtbellen te voorkomen. De in de slechts van putjes voorziene controlemonsters ingesloten luchtbellen konden niet worden verwijderd zonder de laag plaatselijk te verwijderen of de luchtbel onder het monster door naar de rand te bewegen.

De uitvinding is niet beperkt tot bovenstaande uitvoeringsvormen. Hieronder volgen de conclusies.

Conclusies

1. Een dragend weefsel (20) dat bestaat uit: ten minste één oppervlak (22) dat een meervoudig reliëfpatroon bevat met een eerste reliëfpatroon (26) en een tweede reliëfpatroon (24), waarbij het eerste reliëfpatroon een reeks indrukken (29) vormt en waarbij de indrukken van het eerste reliëfpatroon zich in het tweede reliëfpatroon bevinden, waarbij het tweede reliëfpatroon bestaat uit laaggelegen delen (27) en randen (28) tussen die laagten, waarbij de hoogte van de randen boven de laagten uiteenloopt van ca. 3 tot ca. 45 µm.

2. Het weefsel overeenkomstig conclusie 1, waarbij het oppervlak (22) van reliëf kan worden voorzien volgens alle mogelijke patronen, variërend van een kleine fractie van het oppervlak tot het gehele oppervlak.

3. Het weefsel overeenkomstig conclusie 1 of 2, waarbij de vorm van de reliëfs voor elk patroon (26, 24) kan variëren van een constante krommingsstraal tot een polygonale vorm van ten minste 2 oppervlakken en waarbij de breedte van de reliëfs in elk patroon kan variëren van ca. 1 µm tot ca. 10.000 µm.

4. Een methode van reliëfvorming die bestaat uit de volgende stappen:
(a) het aanbrengen van een reliëf op een dragend weefsel met ten minste één oppervlak (22) met een eerste patroon (26) voor het creëren van een eerste patroon van indrukken (29);
(b) het aanbrengen van een reliëf met een tweede patroon (24) voor het creëren van een tweede patroon van indrukken dat bestaat uit laaggelegen gebieden (27) en randen (28);
waarbij de door de eerste stappen van reliëfvorming gecreëerde indrukken in hoge mate bewaard blijven bij de tweede stap van reliëfvorming, hoewel deze tweede stap van reliëfvorming het tweede patroon over de bij de eerste stap van reliëfvorming gecreëerde indrukken heen aanbrengt, en waarbij de hoogte van de randen boven de laaggelegen delen varieert van ca. 3 tot ca. 45 µm.

5. De methode overeenkomstig conclusie 4, waarbij de door de eerste stap van reliëfvorming gecreëerde indrukken (29) gebruikt kunnen worden

voor het ene doel terwijl de indrukken gemaakt door de tweede stap van reliëfvorming voor een ander doel kunnen worden gebruikt.

6. De methode overeenkomstig conclusie 4 of 5 die verder nog bestaat uit de stap van het met een materiaal vullen van indrukken (29) die door de eerste stap van reliëfvorming zijn gecreëerd voordat de tweede stap van reliëfvorming wordt uitgevoerd.

7. De methode van één van de conclusies 4-6 die verder nog bestaat uit de stap van het vullen van de indrukken die bij de tweede stap van reliëfvorming zijn gemaakt.

8. Een methode voor het gebruik van een weefsel overeenkomstig één van de conclusies 1-4 als beschermlaag voor een drukgevoelig kleefmiddel.

9. Een methode voor het gebruik van een weefsel overeenkomstig één van de conclusies 1-4 als een eindproduct voor de opslag van een ander materiaal.

# Online European Patent Register - Results

**Status of the database as of 30-09-2005 (dd-mm-yyyy)**

**Choose your View:** All data mentioned in Rule 92 and EPIDOS, including file history

Return to Search Screen

**Most recent event**

| | |
|---|---|
| No opposition filed within time limit | |
| Date of publication | 24-03-2004 [2004/13] |

**Publication numbers, publication type and publication dates**

| | |
|---|---|
| | EP1011955 A1 09-07-1998 [2000/26] |
| | EP1011955 B1 02-04-2003 [2003/14] |
| Date of grant | 02-04-2003 [2003/14] |
| | WO9829231 09-07-1998 [2000/26] |

**Application numbers and filing date**

| | |
|---|---|
| | EP19970927979 (97927979.1) |
| Date of filing | 03-06-1997 [2000/26] |
| | WO1997US09711 |

**Date of publication of search report**

| | |
|---|---|
| Date of international search report | 09-07-1998 |
| International Searching Authority | EP |

**Priority number, priority date**

US19960775736 31-12-1996 [2000/26]

**Classification (IPC) and bulletin number**

B29C59/02, C09J7/02 [2000/26]

**Designated states**

CH , DE , DK , ES , FR , GB , IT , LI , NL , SE [2000/26]

**English title**

MULTIPLE EMBOSSED WEBS [2000/26]

**French title**

BANDES A GAUFRAGE PAR PHASES MULTIPLES [2000/26]

**German title**

MEHRFACH GEPRÄGTE BAHN [2002/47]
[
*VIELFÄLTIGE GEPRÄGTE BAHN [2000/26]*
]

**Designated states, applicant name, address**

FOR ALL DESIGNATED STATES
MINNESOTA MINING AND MANUFACTURING COMPANY
3M Center, P.O. Box 33427
St. Paul, Minnesota 55133-3427/US [2000/26]

**Inventor name, address**

01 / CALHOUN, Clyde, D. / P.O. Box 33427 / Saint Paul, MN 55133-3427 / US
02 / KOSKENMAKI, David, C. / P.O. Box 33427 / Saint Paul, MN 55133-3427 / US [2000/26]

**Representative name, address**

VOSSIUS & PARTNER
Siebertstrasse 4
81675 München/DE [2000/26]

**Filing language**

EN

**Procedure language**

EN

**Location of file and fax number for file inspection requests**

| | |
|---|---|
| Application is treated in (/fax-nr) | MUNICH/(+49-89) 23994465 |

**PCT: Acts performed for entry into EPO regional phase**

| | |
|---|---|
| Acts performed for entry into the regional phase | 13-07-1999 |
| - National basic fee paid | 13-07-1999 |

| | |
|---|---|
| - Designation fee(s) paid | 13-07-1999 |
| - Examination fee paid | 13-07-1999 |
| **Examination procedure** | |
| Date of request for preliminary examination | 17-06-1998 |
| request for examination | 13-07-1999 [2000/26] |
| Examination report(s) A.96(2), R.51(2) | |
| date dispatch/time-limit/reply | 20-09-2001/M06/26-03-2002 |
| communication R.51(4) dispatched | 22-05-2002 |
| - approval (yes or no) | no |
| - later approval | 20-09-2002 |
| communication R.51(6) dispatched | 04-10-2002 |
| payment of fee for grant/fee for printing | 14-01-2003/14-01-2003 |
| **Divisional Application(s)** | |
| Divisional application/publication number(s) | EP20020020535/EP1277818 |
| **Opposition procedure** | |
| no opposition filed,time-limit expired on | 05-01-2004 [2004/13] |
| **Renewal fees** | |
| Renewal fee A.86 (patent year / paid) | 03/21-05-1999<br>04/23-05-2000<br>05/23-05-2001<br>06/24-06-2002 |
| **Documents cited in the European Search** | |
| | [ ] See references of WO 9829231A1 |

[ End of Data ]

Return to Search Screen
03-10-2005 09:55:33


Avery Easy Apply - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites Media
http://www.easy-apply.com/home.html
Go
AVERY® EASY APPLY
about easy apply product range special offer
Done
Internet


Avery Easy Apply - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites Media
Links nu.nl Volkskrant Boek9 Portal EPO Tutor. Octrooreg. Uitspraken HvEG Gerechten Handelsreg. Tel.gids 9292 Zoekplaats Zonnet Hotmail Filmladder
Address http://www.easy-apply.com/about.html
Go
ABOUT EASY APPLY
A Revolutionary way to maximize your productivity
Easier application
More forgiving
Outstanding dry repositionability
Cover all and clear removable
Excellent printability
Read all about it
Air is removed via tiny channels, turning the application into true child's play
about easy apply product range special offer
Internet

Avery Easy Apply - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites Media

Links nu.nl Volkskrant Boek9 Portal EPO T-action Octrooireg. Uitzenden HvJEG Gerechten Handelsreg. Telgids 9292 Zoekplaats Zonnet Hotmail Filmladder

Address http://www.easy-apply.com/about_01.html Go

## ABOUT EASY APPLY

**A Revolutionary Way to Maximize Your Productivity.**
The embossed liner of Avery Easy Apply products create air egress channels in the adhesive, a new way to provide smooth coverage and fewer wrinkles. Projects are quicker and easier – a significant advantage over other self-adhesive films.

**Easier Application:** Easy Apply technology allows air bubbles and wrinkles to simply be pushed down and out, making application easier. Amazingly, you can expect up to 50% saving in application time.

**More Forgiving:** Easy Apply technology gives you the extra help you need to restore mistakes. More forgiving material means less time wasted on rework and less wasted material.

about | product

about easy apply product range special offer

Done Internet



Avery Easy Apply - Microsoft Internet Explorer

Address http://www.easy-apply.com/about_02.html

ABOUT EASY APPLY

Outstanding Dry Repositionability. No more need to wet apply. Once you start applying the vinyl it can be removed and reapplied as many times as you like – for a perfect job, every time

Cover all and Clean Removable.
An extra grey layer between vinyl and adhesive improves opacity hiding any unwanted images. The layer also prevents solvents to migrate into the adhesive resulting in clean removability after use, avoiding costly and unpleasant cleaning work.

Excellent Printability.
The secret of Easy Apply is in the patented liner, not in the face film or the adhesive. You can expect the same trusted printing performance from Easy Apply products as you know from our standard products.

about easy apply | product range | special offer

Avery Easy Apply - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.easy-apply.com/prodrange.html

# PRODUCT RANGE

The new Easy Apply technology is now used in a wide range of Avery's top quality products for screen and digital printing. Products with exactly the right specifications for any job you can come up with

**Screen printing:**

[illegible]

**Digital Printing:**

[illegible]

[illegible]

[illegible]



about easy apply product range special offer

Internet



Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.europe.averygraphics.com/mainFL.asp?ChapterId=45&ProdID=340

Visit our special promotions!

Home | Site Map | Products | Downloads | Distributors | My page | FAQ | About us

AVERY DENNISON
Graphics Division Europe

Home > Products > Find product > Show product

Quick Search
Advanced Search

**Avery® MPI™ 1005 3" Easy Apply**

Avery MPI 1005 3" Easy Apply is a premium quality cast film designed for use in fleetmarking and corporate identification applications providing enhanced ease-of-use during application. Entrapped air can easily be rubbed out without the need to punch the vinyl film. The easy-to-apply feature offers the benefits of faster application of decals and graphics. The vinyl is suitable for use on a variety of super wide format inkjet printer using solvent inks.

Avery MPI 1005 3" Easy Apply is highly recommended for applications on rivets and corrugations and/or prolonged outdoor use, due to it's excellent durability and conformability

Related downloads
- product datasheet
- technical bulletins
- ICC profiles

Supporting products
- Overlaminates

To download pdf files you need Acrobat Reader, download here

Save to personal archive

HOME | PRODUCTS | DATASHEETS | DISTRIBUTORS | MY PAGE | FAQ | ABOUT US | SITE MAP | CONTACT US | INVESTOR RELATIONS | AVERYDENNISON.COM

© 1996-2004 Avery Dennison Corporation. All rights reserved. Legal & Privacy Notices

Internet

Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.europe.averygraphics.com/mainFL.asp?ChapterId=45&ProdID=569

Visit our special promotions!

Home | Site Map | Products | Downloads | Distributors | My Page | FAQ | About us

AVERY DENNISON
Graphics Division Europe

Quick Search
Components
Advanced Search

Home > Products > Find product > Show product

## Avery® MPI™ 1007 Easy Apply

Avery MPI 1007 Easy Apply is a premium quality castfilm designed for use in fleet marking and corporate identification applications providing enhanced ease-of-use during application. Entrapped air can easily be rubbed out without the need to punch the vinyl film. The easy-to-apply feature offers the benefits of faster application of decals and graphics.

Because of the film's excellent durability and conformability, Avery MPI 1007 Easy Apply is highly recommended for applications on rivets and corrugations and/or prolonged outdoor use.

Related downloads
product datasheet

To download pdf files you need Acrobat Reader, download here

Save to personal archive

HOME | PRODUCTS | DATASHEETS | DISTRIBUTORS | MY PAGE | FAQ | ABOUT US |
SITE MAP | CONTACT US | INVESTOR RELATIONS | AVERYDENNISON.COM

© 1996-2004 Avery Dennison Corporation All rights reserved Legal & Privacy Notices

Done Internet

Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri... - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.europe.averygraphics.com/main/...asp?ChapterId=45&ProdID=612

Visit our special promotions!

Home | Site Map | Products | Downloads | Distributors | My Page | FAQ | About us

AVERY DENNISON
Graphics Division Europe

Home > Products > Find product > Show product

Quick Search
Consumables
Advanced Search

**Avery® MPI™ 2005 Easy Apply**

Avery Multi Purpose Inkjet vinyl 2005 Easy Apply is a high quality calendered film designed for use in fleet marking and corporate identification applications providing enhanced ease-of-use during application.

Save to personal archive

**Related downloads**
- product datasheet
- technical bulletins
- ICC profiles

To download pdf files you need Acrobat Reader, download here

HOME | PRODUCTS | DATASHEETS | DISTRIBUTORS | MY PAGE | FAQ | ABOUT US |
SITE MAP | CONTACT US | INVESTOR RELATIONS | AVERYDENNISON.COM

© 1996-2004 Avery Dennison Corporation. All rights reserved Legal & Privacy Notices

Done Internet




AVERY® MPI 2005 EASY APPLY

So wird das Anbringen zum Kinderspiel

AVERY GRAPHICS

# AVERY® MPI 2005 EASY APPLY

Wir haben uns die Frage gestellt, wie sich das Aufbringen selbstklebender Folien weniger aufwändig und zeitlich effizienter gestalten lässt. Schließlich haben wir eine einfache Lösung für dieses Problem gefunden. Mit Hilfe mikroskopisch kleiner Luftkanäle wird das Anbringen von selbstklebenden Folien zu einem Kinderspiel.



## DAS GEHEIMNIS

Wir haben entdeckt, dass das Muster einer Bienenwabe ausgezeichnet dazu beitragen kann, dass Luft beim Anbringen einer selbstklebenden Folie entweicht. Mit dieser Technik können Sie digital bedruckte Folien schnell und blasenfrei auf glatten und gewölbten Oberflächen anbringen. So erreichen Sie hervorragende Klebeergebnisse schneller, besser und einfacher.

## GENÜGSAMER

Mit Avery® MPI 2005 Easy Apply können Sie ohne jede Feuchtigkeit arbeiten. Sie brauchen künftig weder Wasser noch Seife. Und damit ist ein weiterer Vorteil für Sie verbunden. Denn Fehler lassen sich jetzt sehr leicht korrigieren, ohne dass dabei Spuren hinterlassen werden. Denn das Ganze lässt sich dank kleiner 'Ink Dots' einfach neu aufbringen. Diese 'Ink Dots' bilden eine Art Puffer zwischen der dauerhaften Klebeschicht und dem Substrat. Die Folge: Sie benötigen weniger Material und Zeit.

AVERY® MPI 2005 EASY APPLY

So wird das Anbringen zum Kinderspiel

## GELD SPAREN MIT AVERY® MPI 2005 EASY APPLY

Mit Avery® MPI 2005 Easy Apply können Sie richtig Geld sparen. Für die einfache Handhabung sind seine hochausgebildeten Mitarbeiter erforderlich. Wenn etwas schief geht, lässt sich die Folie noch einmal aufbringen. Und sogar nach dem Einsatz kann sie – ohne Spuren zu hinterlassen – entfernt werden, womit sich eine kostspielige und zeitaufwändige Reinigung erübrigt. Die Vorteile der Easy-Apply-Technik werden Sie schon bald in Ihrem Portemonnaie spüren.

## JETZT AUSPROBIEREN UND VERANSTALTUNG GEWINNEN

Wir möchten Sie auffordern, Avery® MPI 2005 Easy Apply in der Praxis einzusetzen. Sie werden sich vielleicht fragen: „Wie kann ein so einfach verwendbares Material beim Praxiseinsatz überhaupt Probleme mit sich bringen?" Versuchen Sie, dieses Muster ohne die Zuhilfenahme Ihrer Hände anzubringen, und bitten Sie einen Bekannten oder eine Bekannte, Sie dabei zu fotografieren. Senden Sie uns dieses Foto zusammen mit der ersten Bestellung von Avery® MPI 2005 Easy Apply (schauen Sie sich auch unser Sonderangebot an). Der Einsender des originellsten Fotos gewinnt eine besondere Veranstaltung, die natürlich auch für seine Kolleginnen und Kollegen gedacht ist. Einzelheiten finden Sie unter **www.easy-apply.com**

## SONDERANGEBOT

Nur was man kennt, kann man mögen. Bestellen Sie jetzt eine Rolle MPI 2005 Easy Apply zum Vorzugspreis von nur € 150 (1,37 x 25 Meter) oder € 300 (1,37 x 50 Meter). Weitere Informationen, technische Daten sowie das Bestellformular finden Sie unter: www.easy-apply.com. Bestellen Sie umgehend und vergessen Sie nicht, uns Ihr Foto zu schicken.

## DIE ENTSCHEIDENDEN VORTEILE VON EASY APPLY

- Vollständig neu auftragbar – blasenfreies Aufkleben.
- Kein nasses Auftragen mehr erforderlich.
- Nach Verwendung lässt es sich spurenfrei entfernen; damit kann man Kosten und unangenehme Reinigungsarbeiten sparen.
- Hohe Deckfähigkeit, alte Abbildungen darunter werden zuverlässig verdeckt.
- Hervorragende Alltagstauglichkeit und beste Druckergebnisse mit Solvent- und Eco-Solvent-Tinten

AVERY DENNISON — GRAPHICS EUROPE — POSTFACH 115 — 2394 ZG HAZERSWOUDE — NEDERLAND
TEL. +31 71 342 1500 — WWW.EASY-APPLY.COM

AVERY
GRAPHICS


Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://www.europe.averygraphics.com/main.asp?ChapterId=32&Show=list
Visit our special promotions!
AVERY DENNISON
Graphics Division Europe
Home | Site Map Products Downloads Distributors FAQ
Home > About us > Locations
Quick Search
Locator
Select your country
The Netherlands
search
Graphics Division Head Office
Rijndijk 86, P.O. Box 118 2394 ZG
Hazerswoude The Netherlands
Tel: +31 71 3421500
Fax: +31 71 3421533
answers@averydennison.com
Route description
save to personal archive
International Customer Service
The Netherlands
Tel: +31 71 3421535
Fax: +31 71 3421544
Route description
save to personal archive
Avery Dennison Graphics Centre
Maatschapslaan 41 2404 CL
Alphen aan den Rijn The Netherlands
Tel: Tel +31 172 421797
Fax: Fax +31 172 244928
Route description
save to personal archive
HOME | PRODUCTS | DATASHEETS | DISTRIBUTORS | MY PAGE | FAQ | ABOUT US |
SITE MAP | CONTACT US | INVESTOR RELATIONS | AVERYDENNISON.COM
© 1996-2004 Avery Dennison Corporation. All rights reserved Legal & Privacy Notices
Internet