
Avery Dennison Graphics Division Europe : Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer
File Edit View Favorites Tools Help
http://www.europe.averygraphics.com/main/FL.asp?chapterid=24
Visit our special promotions!
Home | Site Map Products Downloads FAQ About us
AVERY DENNISON
Graphics Division Europe
Home > Distributors > Search
Quick Search
Advanced Search
Search
Select your country
Switzerland
Select material
Digital printing
Sign making
Screen printing
Offset printing
Reflective
Labels
search
Antalis AG
Industriestr. 20
5242
Lupfig
T: +41 56 4645111
save to personal archive
Kunzli Papier
Steinhaldenstr. 5
8954
Geroldswil
T: +41 1 7478947
save to personal archive
Sihl + Eika Papier AG
Zurcherstrasse 68
Postfach
8800
Thalwil
T: +41 1 7236000
save to personal archive
Spandex AG
Oberglatterstr. 13
8153
Rümlang
T: +41 1 8188666
save to personal archive
HOME I PRODUCTS I DATASHEETS I DISTRIBUTORS I MY PAGE I FAQ I ABOUT US I
SITE MAP I CONTACT US I INVESTOR RELATIONS I AVERYDENNISON.COM
© 1996-2004 Avery Dennison Corporation. All rights reserved. Legal & Privacy Notices
Done
Internet



Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.europe.averygraphics.com/mar/L.asp?chapterid=24

Visit our special promotions!

Home | Site Map | Products | Downloads | FAQ | About us

AVERY DENNISON
Graphics Division Europe

Home > Distributors > Search

Quick Search

Search

Select your country

Germany

Select material

- Digital printing
- Sign making
- Screen printing
- Offset printing
- Reflective
- Labels

Search

Colormy AG
Feltenstr. 82-86
50676
Köln
T: 0800 2656769
save to personal archive

Deutsche adp Vertriebs GmbH
Untere Sonnenstr. 3
84030
Ergolding
T: +49 871 1433763
save to personal archive

Deutsche adp Vertriebs GmbH
Gewerbepark im Mittelfeld 15
64519
Hohenossig
T: +49 34294 8350
save to personal archive

Deutsche adp Vertriebs GmbH
Badenstedter Str. 60
30453
Hannover
T: +49 511 92194-0
save to personal archive

Deutsche adp Vertriebs GmbH
In der Fleute 53
42389
Wuppertal
T: +49 202 6092341
save to personal archive

EBB-Folien
Kunstwiesenweg 24
76456
Kuppenheim
T: +49 7222 49091
save to personal archive

Done

Internet


Avery Dennison Graphics Division Europe - Self adhesive films papers graphics media digital pri - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Visit our special promotions!
Home | Site Map
Products
Downloads
FAQ
About us
AVERY DENNISON
Home>Distributors>Search
Quick Search
Search
Select your country
Denmark
Select material
Digital printing
Sign making
Screen printing
Offset printing
Reflective
Labels
Search
2605
T: 4329 7000
save to personal archive
Kludsminde 4
8300
T: +45 86 541744
save to personal archive
DK - 2610
T: + 44 92 73 04
save to personal archive
Valdemar Poulsensvej 7
POSTBOX 429
7100
T: +45 75 722100
save to personal archive
HOME | PRODUCTS | DATASHEETS | DISTRIBUTORS | MY PAGE | FAQ | ABOUT US |
SITE MAP | CONTACT US | INVESTOR RELATIONS | AVERYDENNISON.COM
© 1996-2004 Avery Dennison Corporation. All rights reserved
Internet



Avery Dennison Graphics Division Europe - Self adhesive films papers graphics media digital pri - Microsoft Internet Explorer

Address http://www.europe.averygraphics.com/marFL.asp?chapterId=24

Visit our special promotions!

Home | Site Map | Products | Downloads | Distributors | ... | FAQ | About us

AVERY DENNISON
Graphics Division Europe

Home>Distributors>Search

Quick Search

Advanced Search

Search

Select your country

Spain

Select material

- Digital printing
- Sign making
- Screen printing
- Offset printing
- Reflective
- Labels

Search

Antalis
C/ Pintores, 10 P. Industrial Velilla de San Antonio Sector XIII
Velilla de San Antonio
28891
Madrid
T: +34 91 6604121
save to personal archive

Comercial Arteplástica
Show all offices in this country
Pol. Ind. Can Batalló Crta. BV5122 - Km 0
08495
Fogars de la Selva
T: + 34 972 864658
save to personal archive

Gestion Grafica Canaria
Show all offices in this country
Arco, 20
35004
Las Palmas de Gran Canaria
T: +34 928 291426
save to personal archive

Grenberg
Duquesa D'Orleans, 40-46
08034
Barcelona
T: +34 93 2806530
save to personal archive

Montaner Cuts
Gremi Fusters, 21 Nave 5
P.I. Son Castelló
07009
Palma de Mallorca
T: +34 97 1431823
save to personal archive

Spandex España S.A
Ctra. Sant Boi, 244
08620

http://www.europe.averygraphics.com/marFL.asp?ChapterID=65&FromChapterID=24&ItemName=DistID_TypeID&MainID=025_1&Type=Distribut

Internet


Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer
File Edit View Favorites Tools Help
http://www.europe.averygraphics.com/mark1.asp?chapterid=24
Visit our special promotions!
Home | Site Map Products Downloads FAQ About us
AVERY DENNISON Graphics Division Europe
Home > Distributors > Search
Quick Search
Advanced Search
Search
Select your country
France
Select material
Digital printing
Sign making
Screen printing
Offset printing
Reflective
Labels
Search
Axelum (signs)
Rue des Vieilles Vignes, Z1 Paris Est
77421
Croissy Beaubourg
T: + 33 1 64 80 85 60
save to personal archive
Oce France
32, avenue du Pave Neuf
93882
Noisy le Grand Cedex
T: 0145924040
save to personal archive
POITOU ADHESIFS
5, rue des imprimeurs , ZI République II
86000
Poitiers
T: 05 49 52 29 37
save to personal archive
Rangheard
Département Arts Graphiques
82 Rue Elisee Reclus
Parc des Pivelles
69150
Decines Cedex
T: +33 4 72815757
save to personal archive
Spandex France
Burospace, Bâtiment 7 bis
91571
Bievres Cedex
T: +33 1 69 35 24 50
save to personal archive
HOME | PRODUCTS | DATASHEETS | DISTRIBUTORS | MY PAGE | FAQ | ABOUT US |
SITE MAP | CONTACT US | INVESTOR RELATIONS | AVERYDENNISON.COM
Done
Internet


Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer
Visit our special promotions!
Home | Site Map
Products
About us
AVERY DENNISON
Graphics Division Europe
Home > Distributors > Search
Quick Search
Search
Select your country
United Kingdom
Select material
Digital printing
Sign making
Screen printing
Offset printing
Reflective
Labels
search
A & P Display (West Midlands)
Unit 4, Hanover Drive, Gravelly Industrial Park
Erdington
B24 8HZ
Birmingham
T: +44 121 3272191
save to personal archive
A & P Display (East Midlands)
Huntsman House, Mansion Close
Moulton Park
NN3 6LA
Northampton
T: +44 1604 494115
save to personal archive
A & P Display (North East)
Unit 1, Brocklands Way, Beldon Business Park
NE35 9LZ
Beldon
T: +44 191 537 7111
save to personal archive
A & P Display (North West)
Texas Rd ,Trafford Park
M17 1JT
Manchester
T: +44 161 876 4050
save to personal archive
A & P Display (North)
Huntsman House, Stourton Link
Pontefract Road, Hunslet
LS10 1DD
Leeds
T: +44 113 3572424
save to personal archive
A & P Display (Northern Ireland)
Huntsman House,
Nicholson Drive, Mallusk
Newtownabbey, Co. Antrim BT36 4FB
Done
Internet


Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital prt - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Visit our special promotions!
Home | Site Map
Products
AVERY DENNISON
Graphics Division Europe
Home> Distributors> Search
Quick Search
Search
Select your country
Italy
Select material
Digital printing
Sign making
Screen printing
Offset printing
Reflective
Labels
search
ASI Distribuzioni Grafiche srl
Via Mottola km 2,200
Via Cicerone/Zona Ind.le
74015
Martina Franca (TA)
T: +39 080 4804006
save to personal archive
Avezzano Settore Commerciale snc
Via B. Telesio 30
80141
Napoli (NA)
T: +39 081 7514952
save to personal archive
Caledonia - Divisione Autoadesivi
S.S. Paullese, km 10
20090
Caleppio di Settala (MI)
T: +39 02 9568601
save to personal archive
DFS Srl
Str. Com. Di None 32
10092
Beinasco (TO)
T: +39 011 3490069
save to personal archive
Dueci Grafica srl
Via Giuditta Levato 17
00043
Ciampino Roma (RM)
T: +39 06 79365417
save to personal archive
Eureadria Group srl
Via G. Galilei, 32
31048
S. Biagio di Callalta (TV)
T: +39 0422 895477
save to personal archive
Done
Internet


Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital prt - Microsoft Internet Explorer
Visit our special promotions!
Home | Site Map
Products
Downloads
FAQ
About us
AVERY DENNISON
Graphics Division Europe
Home > Distributors > Search
Quick Search
Search
Select your country
The Netherlands
Select material
Digital printing
Sign making
Screen printing
Offset printing
Reflective
Labels
Search
Industrieweg 38
1521 NE
Wormerveer
T: +31 75 6470670
save to personal archive
ModoVanGelder
Joan Muyskenweg 32
1009 CG
Amsterdam
T: 31 20 560 5332
save to personal archive
Oce Display Graphics Nederland
Burgemeester Burgerslaan 40
5245 NH
Rosmalen
T: 077-6815493
save to personal archive
Spandex Benelux B.V
Koningsschot 39
3905 PR
Veenendaal
T: +31 318 530111
save to personal archive
Done
Internet


Avery Dennison Graphics Division Europe - Self-adhesive films papers graphics media digital pri - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Address http://www.europe.averygraphics.com/nonfl.asp?chapterid=24
Visit our special promotions!
Home | Site Map
Products
FAQ
About us
AVERY DENNISON
Graphics Division Europe
Home> Distributors> Search
Quick Search
Search
Select your country
Sweden
Select material
Digital printing
Sign making
Screen printing
Offset printing
Reflective
Labels
search
Ote-Svenska AB
Sollentunavägen 84 - Box 734
191 27
Sollentuna
T: 08-703 40 00
save to personal archive
R&D Spandex AB
Industrigatan 34
312 34
Laholm
T: +46 (0) 430 73829
save to personal archive
Schneidler Grafiska AB
Malsagatan 1
P.O. Box 16
164 93 Kista
T: +46 (0) 8 632 5000
save to personal archive
HOME | PRODUCTS | DATASHEETS | DISTRIBUTORS | MY PAGE | FAQ | ABOUT US |
SITE MAP | CONTACT US | INVESTOR RELATIONS | AVERYDENNISON.COM
© 1996-2004 Avery Dennison Corporation. All rights reserved. Legal & Privacy Notices
Done
Internet

# 3M's Exhibits 1-16
# 3M's Writ of Summons in English
# Dagvaarding

# Ex. 1

Ex. 8

Ex. 8.1

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**

ANNEX I
Sample 1005
Topographic Data from Area 2 Figures 1 - 3

TITLE: Sample 1005




Figure 1

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**

TITLE: Sample 1005




Figure 2

TITLE: Sample 1005




Figure 3

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**
ANNEX II
Sample 1007
Topographic Data from Area 2 Figures 1-3

TITLE: Sample 1007




Figure 1

TITLE: Sample 1007




Figure 2

# 3 CORPORATE RESEARCH ANALYTICAL LABORATORIES
## LIGHT MICROSCOPY LABORATORY

TITLE: Sample 1007






Figure 3

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**
Topographic Data from Area 3 Figures 4-6

TITLE: Sample 1007




Figure 4

TITLE: Sample 1007




Figure 5

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**

TITLE: Sample 1007



2 Point Profile



Figure 6

# 3 CORPORATE RESEARCH ANALYTICAL LABORATORIES
## LIGHT MICROSCOPY LABORATORY

Topographic Data from Area 4 Figures 7-9

TITLE: Sample 1007



2 Point Profile




Figure 7

TITLE: Sample 1007



2 Point Profile




Figure 8

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**

TITLE: Sample 1007



2 Point Profile



Figure 9

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**
Topographic Data from Area 5 Figures 10-12

TITLE: Sample 1007



2 Point Profile



Figure 10

TITLE: Sample 1007



2 Point Profile



Figure 11

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**

TITLE: Sample 1007



2 Point Profile



Figure 12

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**
ANNEX III
"Sample #2"
Topographic Data from Area 2 Figures 1 - 3

TITLE: Sample 2005




Figure 1

TITLE: Sample 2005




Figure 2

# 3 CORPORATE RESEARCH ANALYTICAL LABORATORIES
# LIGHT MICROSCOPY LABORATORY

TITLE: Sample 2005






Figure 3

3 **CORPORATE RESEARCH ANALYTICAL LABORATORIES**
**LIGHT MICROSCOPY LABORATORY**
Topographic Data from Area 3 Figures 4 – 6

TITLE: Sample 2005



2 Point Profile




Figure 4

TITLE: Sample 2005



2 Point Profile




Figure 5

# 3 CORPORATE RESEARCH ANALYTICAL LABORATORIES
# LIGHT MICROSCOPY LABORATORY

TITLE: Sample 2005






Figure 6

E. BLUM & CO.
PATENT- UND MARKENANWÄLTE VSP
VORDERBERG 11, 8044 ZÜRICH
TEL 043 222 56 00, FAX 043 222 56 01
mail@eblum.ch

EINGEGANGEN
Vossius & Partner
24. Okt. 2005
Frist
bearb.: smt

Fax Nr. 0049 89 41 304 111
z.Hd. Hr. Dr. Gerhard Hermann

Herren Patentanwälte
Vossius & Partner
Postfach 86 07 67
**D-81634 München**

Zürich, 24. Oktober 2005
Patente/rw/ak
Unsere Ref: 08834EPCH
Ihre Ref: D1763EP/CH

Schweizer Patent Nr. 1 011 955 EP vom 3. Juni 1997
Inhaber: Minnesota Mining and Manufacturing Company

---

Sehr geehrter Herr Dr. Hermann,

Als Beilage erhalten Sie eine Kopie der amtlichen Bestätigung, dass das europäische Patent in der Schweiz validiert wurde.
Nach heutiger telefonischer Bestätigung vom Schweizer Patentamt ist die im Juni 2005 fällig gewesene 9. Jahresgebühr bezahlt und das Patent in Kraft ist

Mit freundlichen Grüssen
E. BLUM & CO.
i.V.

Rolf Weiss

125 JAHRE E. BLUM & CO. PATENTANWÄLTE VSP

VORDERBERG 11, CH-8044 ZÜRICH, SCHWEIZ, TEL +41 1 261 54 54, FAX +41 1 251 67 17, mail@eblum.ch

02.07

Eidgenössisches
Institut für Geistiges Eigentum
Einsteinstrasse 2
3003 Bern

| | | | |
|---|---|---|---|
| Inhaber: | Minnesota Mining and | | |
| Akte: | 08834EPCH | | |
| Patentgesuch Nr.: | 97927979.1 | vom | 03.06.1997 |
| Patent Nr.: | 1011955 | erteilt am | 02.04.2003 |

Hiermit reichen wir eine Kopie einer Uebersetzung des oben genannten Patents ein

Vollmacht zu Gunsten von E. Blum & Co., Zürich liegt bei

Beilagen: Beschreibung

Zürich, 01. Juli 2003 RW

E. Blum & Co.
i.V.

Eingangs- / Eintragungsbestätigung

Bern, 07. JULI 2003

Eidgenössisches Institut für Geistiges Eigentum

Schutzrechtsregister des Eidgenössischen Instituts für Geistiges Eigentum

**Disclaimer**
Diese Daten stellen keinen rechtsverbindlichen Registerauszug des Eidgenössischen Instituts für Geistiges Eigentum dar. Für die Richtigkeit und Vollständigkeit wird keine Gewähr übernommen.

## swissreg-Auszug - EP Patent

| | |
|---|---|
| Druckdatum: | 24.10.2005 |
| Patent-Nr.: | 01011955 |
| Erteilungsdatum / B-Publ.: | 02.04.2003 |
| Publ. der Anmeld. / A-Publ.: | 28.06.2000 |
| Maximale Schutzdauer (Jahre): | 20 |
| Anmelde-Nr.: | 97927979 |
| Anmeldedatum: | 03.06.1997 |

### MEHRFACH GEPRÄGTE BAHN

**Jahresgebühr/en**
9. Jahresgebühr bezahlt bis 30.06.2006

**Patentinhaber/in**
MINNESOTA MINING AND MANUFACTURING COMPANY
3M Center, P.O. Box 33427
St. Paul, Minnesota 55133-3427
US-Vereinigte Staaten v. Amerika

**Vertreter/in**
E. Blum & Co. Patentanwälte
Am Vorderberg 11
8044 Zürich

**Erfinder/in**
CALHOUN, Clyde, D.
P.O. Box 33427
Saint Paul, MN 55133-3427
US-Vereinigte Staaten v. Amerika
KOSKENMAKI, David, C.
P.O. Box 33427
Saint Paul, MN 55133-3427
US-Vereinigte Staaten v. Amerika

**Internationale Patent-Klassifikation**
B29C-059/02; C09J-007/02

**Prioritäten**
US 775736 31.12.1996

**Internationale Anmeldung**
PCT US1997009711 03.06.1997

**Internationale Veröffentlichung**
WO 1998029231 09.07.1998

Zurück Drucken In den Warenkorb Schliessen

Eidgenössisches Institut für Geistiges Eigentum
Institut Fédéral de la Propriété Intellectuelle
Istituto Federale della Proprietà Intellettuale
Swiss Federal Institute of Intellectual Property
Einsteinstrasse 2 · CH-3003 Bern · Telefon +41 (0)31 325 25 25 · Fax +41 (0)31 325 25 26 · www.ige.ch
Postkonto 30-4000-1 · SWIFT-Code POFI CH BE · IBAN CH6809000000300040001 · MWST-Nr. 321 351

3M

Ressourcen und Dienstleistungen

## Bescheinigung

| | |
|---|---|
| Datum | 25. Juni 2005 |
| Unser Zeichen | PAdmin jgb/01011955 |
| Direktwahl | +41 31 322 49 46 |
| Ihr Zeichen | 08834EPCH |

Computer Packages Inc.
414 Hungerford Drive
Suite 300
ROCKVILLE/MD 20850
USA

**Bescheinigung zu Rechnungs-Nr. 5607032 / Schutztitel EPP 01011955**

Das Eidgenössische Institut für Geistiges Eigentum bescheinigt, dass folgende Rechnung von CHF 420.00 vom Empfänger dieses Schreibens am 22. Juni 2005 ordentlich bezahlt wurde:

| | |
|---|---|
| Rechnungs-Nr. | 5607032 |
| vom | 30. April 2005 |
| zahlbar bis | 30. September 2005 |
| mit Inhalt: | 9. Jahresgebühr à CHF 420.00 zu Schutztitel EPP 01011955 |

Die Gebühr von CHF 30.-- für diese Bescheinigung wird Ihnen separat in Rechnung gestellt.

Mit freundlichen Grüssen
Rechnungswesen

VOSSIUS & PARTNER

Patentanwälte Rechtsanwälte

VOSSIUS & PARTNER · POB 86 07 67 · 81634 Munich · Germany

BRINKHOF
De Lairessestraat 111-115
R. E. Ebbink

1075 HH Amsterdam
NIEDERLANDE

PATENTANWÄLTE
EUROPEAN PATENT ATTORNEYS
EUROPEAN TRADEMARK ATTORNEYS

DR. VOLKER VOSSIUS, Dipl.-Chem.
(bis 1992; danach in anderer Kanzlei)
DR. PAUL TAUCHNER, Dipl.-Chem.
DR. DIETER HEUNEMANN, Dipl.-Phys.
DR. PETER A. RAUH, Dipl.-Chem.
DR. GERHARD HERMANN, Dipl.-Phys.
JOSEF SCHMIDT, Dipl.-Ing.
DR. HANS-RAINER JAENICHEN, Dipl.-Biol.
DR. ALEXA V. UEXKÜLL, M.Sc.
DR. RUDOLF WEINBERGER, Dipl.-Chem.
AXEL STELLBRINK, Dipl.-Ing.
DR. JOACHIM WACHENFELD, Biol.
DR. FRIEDERIKE STOLZENBURG, Dipl.-Biol.
RAINER VIKTOR, Dipl.-Ing.
DR. NATALIA BERRYMAN, Dipl.-Chem.
DR. JÜRGEN MEIER, Dipl.-Biol.
DR. STEFAN FICKERT, Dipl.-Chem.
DR. KATHARINA HAAS, Dipl.-Chem.

RECHTSANWÄLTE

HELGA TREMMEL
DR. JOHANN PITZ
BARBARA GUGGENMOS, Dipl.-Chem.
DR. THURE SCHUBERT
SIMONE SCHÄFER
JENNIFER CLAYTON-CHEN
DR. NIELS HÖLDER, LL.M.

EUROPEAN PATENT ATTORNEYS

DR. RENATE BARTH, Dipl.-Chem.
DR. URSULA ENGLBRECHT, Dipl.-Chem.
DR. PETER EINMAYR, Dipl.-Chem.
DR. OLAF MALEK, Dipl.-Biol.

Partnerschaftsregister Amtsgericht München PR 89

EP-Patent in DE 697 20 548.7-08
Minnesota Mining & Manufacturing Company
Our Ref.: D1763 EP/DE

October 20, 2005
GH/UD

Dear Richard,

This is to confirm that European Patent 1 011 955 has been validated and is still in force in Germany, where it bears the serial no. 697 20 548.7-08.

Very truly yours,

Dr. Gerhard Hermann

Visiting Address:
VOSSIUS & PARTNER
Siebertstrasse 3
81675 Munich / Germany

Postal Address:
VOSSIUS & PARTNER
POB 86 07 67
81634 Munich / Germany

Communication:
Tel.: +49-(0)89-413 04-0
Fax: +49-(0)89-413 04-111
Fax trademarks: /-400

E-Mail: info@vossiusandpartner.com
E-Mail trademarks:
trademarks@vossiusandpartner.com
www.vossiusandpartner.com

DATE 29JUN05 REPORT 02D221 PAGE 1
GERWE(EPC ) 3M
GERMANY

LIST OF ANNUITIES FROM 01JAN2005 TO 31JUN2005

COMPUTER PACKAGES INC.
414 HUNGERFORD DR. #300
ROCKVILLE MD. 20850 U.S.A.

| APPLICATION NO./ PATENT NO. | PUBLICATION NO. | DATE | YEAR | AMOUNT | LATE FEE | TITLE HOLDER/ CLNT CASE NUMBER | SUBCASE | TARIF |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTURING 3M 54605DE004 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTU 3M 41102DE006 | B | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTURING 3M 53843DE004 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTURING 3M 54054DE004 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 3M INNOVATIVE PROPERTIES COMPA 3M 50767DE009 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTU 3M 49488DE003 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTU 3M 42854DE004 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | 3M INNOVATIVE PROPERTIES COMPA 3M 53947DE005 | A | |
| 97927979.1 69720548.7 | 1011955 | 03JUN97 | 9 | 290.00 | | MINNESOTA MINING AND MANUFACTURING 3M 52773DE007 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTURING 3M 53017DE007 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTURING 3M 51478DE003 | A | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | MINNESOTA MINING AND MANUFACTU 3M 41957DE003 | A | |

**Empfang1** WGL an GH

| | |
|---|---|
| **Von:** | Susanne Nord [no@chashude.dk] |
| **Gesendet:** | Dienstag, 25. Oktober 2005 13:47 |
| **An:** | infp@vossiusandpartner.com |
| **Betreff:** | DK/EP 1011955. Minnesota Mining and Manufacturing Company. Your ref.: D17693 EP/DK. My ref.: 76605 OC/No |

Dear Dr. Gerhard Hermann

Referring to your telefax of 20 October 2005 I hereby confirm that the above patent is in force.

I apologize for the error.

EINGEGANGEN
Vossius & Partner
25. Okt. 2005
Frist
bearb.:

Yours faithfully
CHAS. HUDE A/S

Susanne Nord
Patents Department
**********************************************
Direct phone: +45 33 19 35 17
E-mail: no@chashude.dk

Chas. Hude A/S
H. C. Andersens Boulevard 33
DK-1780 Copenhagen V - Denmark
Telephone: +45 33 15 45 14
Telefax: +45 33 15 45 35 (patents)
Telefax: +45 33 15 51 08 (trade marks)
E-mail: chashude@chashude.dk
Home page: www.chashude.dk

Confidentiality Notice: This e-mail and any attachments are legally privileged and confidential and for the use of the addressee only. Should you have received this e-mail in error, please notify us by replying to the sender and delete the e-mail. Unauthorised use, disclosure or copying of the contents of this e-mail, or any similar action, is prohibited.