3M

Denmark

**PATENT- OG VAREMÆRKESTYRELSEN**

Helgeshøj Allé 81
2630 Taastrup
Tlf. + 45 43 50 80 00
Fax + 45 43 50 80 01
CVR-nr. 17039415
pvs@dkpto.dk
www.dkpto.dk
Bank: Jyske Bank
Konto: 8109 1024125

ØKONOMI- OG
ERHVERVSMINISTERIET

Computer Packages Annuity Service.
414 Hungerford Drive
Rockville
Maryland 20850
United States of America

ANSØGER
MINNESOTA MINING AND MANUFACTURING COMPANY
3M Center,
P.O. Box 33427
St. Paul,
Minnesota 55133-3427
United States of America

## Kvittering (Receipt)

Sag: 97927979.1 /1011955

| Indbetalingsdato | Bilagsnummer | Beskrivelse | Gebyrart | Beløb |
|---|---|---|---|---|
| 23-06-05 | WS0550863 | Årsgebyr 9. gebyrår | 1009 | 2.050,00 |
| | | TOTAL | | 2.050,00 |

Referencenummer. . . . 76605

Vedr.: . . . . . . . . . . . Flere gange præget bane

Indleveringsdato. . . . . 03-06-97

Eventuelt manglende gebyrer vil senere blive opkrævet - Gebyrer for rettighedssager er ikke momspligtige

ELZABURU
Estab 1865

Alberto de Elzaburu
Alfonso D Rivera Elzaburu
Miguel A Baz
Enrique Armijo
Germán Burgos
Luis H de Larramendi
Doris Bandín
Roberto Martínez
Antonio Tavira
Antonio Castán
Ignacio D Rivera Elzaburu
Jesús Gómez Montero
Pablo González-Bueno

Javier Cervera
Begoña Larrondo
Heinrich Möhring
Juan Antonio Rubiano
José Manuel Cruz
Luis Beneyto
Xavier Lamíquiz
José Ignacio San Martín
Miguel Ángel Medina
Manuel Illescas
Luis Baz
Ramón Cañizares
Víctor Carbayo
Enrique Armijo Ch

Javier Fdez-Lasquetty
Concepción Chacón
Ana Donate
Catherine Bonzom
Juan José Caselles
Fernando Ilardia
Rosa Torrecillas
Laura Alonso
Javier Úbeda-Romero
Pedro Saturio
Luis Soriano
Juan M Sáinz de Marles
Francisco J Sáez
Carlos Morán M
Juan Antonio Romero
Sofía D Rivera Elzaburu

I Arocas
A Vila
L Moraleda
G Armijo
M Glez Gordon
C Sanz
M Vázquez
M García Muñoz
M Amores
R de la Colina
I Navarro

Continuadores de
Julio de Vizcarrondo 1865-1889
F de Elzaburu Vizcarrondo 1880-1921
Alberto de Elzaburu F 1920-1974
Oscar de Elzaburu F 1924-1985
Oficina Vizcarelza Sres Elzaburu

Abogados y Agentes
P. Industrial e Intelectual

Agentes Europeos de Patentes
European Patent Attorneys

Agentes Europeos de Marcas
ante la OAMI/OHIM Alicante
European TM Attorneys

Ingenieros, Biólogos
Físicos y Químicos

Agente Registrador .ES (ESNIC)
Traductores Jurados

Telegramas: VIZCARELZA
Teléfono: (34) 91 700 9400
Telefax: (34) 91 319 3810
Videoconf: (34) 91 702 0788
Correo-e: elzaburu@elzaburu.es
Pág web: www.elzaburu.es

Miguel Ángel, 21
28010 Madrid, España

VOSSIUS & PARTNER
POB 86 07 67
81634 Munich
GERMANY

Attn.: Dr. Gerhard Hermann

CONFIRMACION
CONFIRMATION

S/Your ref: D1763 EP/ES

N/Our ref: MVG/VAL.PE-39441

EINGEGANGEN
Vossius & Partner
26. Okt. 2005
Frist
Interv.:

21 October 2005

FAX Nº: 0-49-89-413 04 111
WITH CONFIRMATION

Re: European Patent No. 1014955
In the name of MINNESOTA MINING & MANUFACTURING COMPANY

---

Dear Dr. Gerhard Hermann,

We acknowledge receipt of your October 20 fax regarding the case in caption. We have checked Spanish Patent Office records. Please find enclosed a copy of this information.

We can state that this patent is in force in Spain:
- The translation been filed on April 4, 2003,
- The corresponding Spanish patent number is 2191182, and
- Last annuity (9th) was paid on July 8, 2005.

We expect to have provided you with the necessary data, but in case you need any further information, please do not hesitate to contact us.

Yours faithfully,

ELZABURU

María Vázquez
María Vázquez Grande

ICS/I:\MVG\cartas y faxes\VP-39441, contestación información estado de patente.doc

**ELZABURU**
Estab 1865

SITADEX Expediente:E 97927979 (1) Fecha: 21/10/05 11:47:30
PATENTE EUROPEANR.PUBLICACION OEPM 2191182

PATENTE PCT US97/09711 NRO.PUBL.PCT: WO98/29231 NRO.PUBL.EU: 1011955
FECHA SOLICITUD .............:03.06.1997 LAS.EN P C T
FECHA DE PRESENTACION .......:03.06.1997 .
TITULO .....: BANDAS CON MULTIPLES ESTAMPACIONES.
SOLICITANTE.: MINNESOTA MINING AND MANUFACTURING COMPANY,
DNI ........: ------- NACIONALIDAD: XX NO FIGURA
DOMICILIO ..: 3M CENTER, P.O. BOX 33427
LOCALIDAD ..: ST. PAUL, MINNESOTA 55133-3
PAIS DE RESIDENCIA ...................: US ESTADOS UNIDOS DE AMERICA
AGENTE .....: 0578 (9) DIEZ DE RIVERA DE ELZABURU, ALFONSO

- - - - - - - - - - - - - - ESTADOS DESIGNADOS - - - - - - - - - - - - - -

VIA EPO. . . . . . . . . .: CH DE DK ES FR GB IT LI NL SE
VIA OAPI . . . . . . . . .: BF BJ CF CG CI CM GA GN ML MR NE SN TD TG
VIA ARIPO. . . . . . . . .: GH KE LS MW SD SZ UG
VIA EAPO . . . . . . . . .: AM AZ BY KG KZ MD RU TJ TM

- - - - - - - - - - - - - - - - INVENTORES - - - - - - - - - - - - - - -
- 01.- US - CALHOUN, CLYDE, D.; 02.- US - KOSKENMAKI, DAVID, C.;

- - - - - - - - - - - - - - - CLASIFICACIONES - - - - - - - - - - - - - -
-B 29C 59/02,C 09J7/02,

- - - - - - - - - - - - DECLARACIONES DE PRIORIDAD - - - - - - - - - - -
- 31.12.1996 US 775736

- - - - - - - - - - - - - - ACTOS DE TRAMITACION - - - - - - - - - - - -
- -
09.07.1998 PUBLICACION SOLICITUD PCT
28.06.2000 PUBLICACION SOLICITUD O.E.P.
03.07.2000 IDIOMA DE PROCEDIMIENTO INGLES
02.04.2003 PUBLICADA CONCESION O.E.P.
10.04.2003 SOLICIT. EFECTIVIDAD EN ESPAÑA
01.09.2003 PUBL.REMISION TRADUC.FASCICULO

- - - - - - - - - - - - - - ANOTACIONES DE PAGOS - - - - - - - - - - - -
- -
08.07.2003 PAGO 07 ANUALIDAD
08.07.2004 PAGO 08 ANUALIDAD
08.07.2005 PAGO 09 ANUALIDAD
******FIN DE LISTA ******

MINISTERIO
DE INDUSTRIA, TURISMO
Y COMERCIO

INGRESO DE TASAS
POR TÍTULOS DE CONCESIÓN Y
MANTENIMIENTO DE DERECHOS
POR REGULACIÓN DE EXENCIONES DE TASAS, LICENCIAS
DE PLENO DERECHO, FIANZAS Y COMPLEMENTOS
(Sin entrega de documentación)

3M

Oficina Española
de Patentes y Marcas

C.I.F.: Q2820005C
Código de operación: 62

APELLIDOS O RAZÓN SOCIAL: **MINNESOTA MINING AND MANUFACTU**
NOMBRE:
REPRESENTANTE (código): 0685-8 GARRIDO PASTOR JO SE GABRIEL
EXPEDIENTE (modalidad, nº dígito): E1011955 P

| CLAVE | AÑO | CONCEPTO | IMPORTE INGRESADO |
|---|---|---|---|
| IP09 | 2005 | 9 anualidad | 144,89 |

INGRESADO EUROS (En letra): Ciento cuarenta y cuatro euros con ochenta y nueve c
entimos ************************************************

CLAVE PARA "La Caixa" APLICACIÓN "PAT"
REFERENCIA: 50136911717

90999210020015013691171 7

VALIDACIÓN MECÁNICA: 2100 9776 360006 144,89 08.07.2005 08.07.2005
IP092005 E1011955
MINNESOTA MINING AND MANUFACTU 0685-8

C/ Panamá, 1
28071 Madrid

3M 5277ES007A

EJEMPLAR PARA EL INTERESADO

# CABINET REGIMBEAU

*Propriété Intellectuelle*

*Conseils en Propriété Industrielle*
*European Patent and Trademark Attorneys*



Jean-Jacques MARTIN
Robert SCHRIMPF
Jacques WARCOIN
Francis AHNER
Christian TEXIER
Eric LE FORESTIER
...n-Robert CALLON DE LAMARCK
Marc LEVIEILS
Jérôme COLLIN
Franck TETAZ

Olivier LABEY
Jean-Claude HERMANN
Daniel LE FAOU
Jean-Yves BRANGER
Emmanuel POTDEVIN
Frédérique FAIVRE PETIT
Isabelle THILL
Michel PERNELLE
Nicolas TORNO
Olivier PRATS
Axelle TRICHARD
Isabelle MENDELSOHN
Hélène CORRET
Claire MOUGET-GONIOT
Martine BLOCH-WEILL
Isabelle PINAUD
Françoise BOMER
Aymeric VIENNE
Marie AUDREN
Emmanuelle LEVY
Julie BRUN
Olivier CLAVEAU
Nadine ROCABOY
Thomas MOISAND
Barbara CASADEWALL
Emmanuelle LIMOUZY
Anne BOGARD
Eric ROUSSEL
Stephanie DOUARD
Aimée DADOUN
Magali TOUROUDE
Jean-Jacques BOUILLET
Hector RECOULES
Nicolas RUIZ
Clarisse LE SALVER
Lois HEIBLIG
Yohan REBOUSSIN
Mélanie AZEVEDO
Cécile BOUNEAUD
Sylvain THIVILLIER

Evelyne ROUX
*Direction Juridique*

VEILLE ET DOCUMENTATION
Isabelle CLÉRY
Véronique CLOT
Claire LEMONNIER
Virginie PROUTEAU
SERVICES ADMINISTRATIFS
Isabelle HAY
(Brevets)
Josiane AIZEL
(Marques, Dessins et Modèles)
COMPTABILITÉ
Catherine BOURDONNEC

*Membre d'une association agréée.*
*règlement par chèque est accepté.*


CONFIRMATION

**Vossius & Partner**
**POB 86 07 67**
**81 634 München**
**ALLEMAGNE**

**Friday, 21 October 2005**

EINGEGANGEN
Vossius & Partner
26. Okt. 2005
Frist
bearb.: mm

**Via facsimile: 00-49-89-413-04-111**
+ mail

**For the attention to Mr Gerhard Hermann**
Re: EP patent in FR : 1 011 955 (97 927979)
Your Ref: D1763 EP/FR- Our Ref : CT/VEC – B525164FR

---

Dear Sir,

We thank you for your facsimile dated October 20th, 2005.

Please be advised that:

- the Cabinet Regimbeau filed the translation in French of the European patent n° EP 1 011 955 in the name Minnesota Mining and Manufacturing Company to the French Patent Office on June 16th 2003. The filing of the translation was published in the French Patent Official Bulletin n° 2005-51 dated December 19th, 2003. All the documents relating to the filing were sent to 3M.

- The Cabinet Regimbeau is not in charge of the payment of the annual fees. However, we have phoned to the French Patent Office and found out that the 9th annual fee was validly paid on June 17th, 2005 by Computer Package Annuity.

Please let us know if you wish official documents confirming this information (such as copy of the relevant page of the Official Bulletin n° 2005-51, copy of the translation, Official Statement on the payment of annual fees).

You will find enclosed our corresponding debit note.

Sincerely Yours,

Christian Texier


...REAU DE PARIS - SIÈGE SOCIAL
. rue de Chazelles, 75847 Paris Cedex 17 - France
..: +33 (0) 1 44 29 35 00 - Fax: +33 (0) 1 44 29 35 99
E-mail : paris@regimbeau.fr - www.regimbeau.fr

BUREAU DE RENNES - Saint-Grégoire
Espace performance - Bât. K-35769 St-Grégoire Cedex
Tél.: +33 (0)2 23 25 26 50 - Fax: +33 (0)2 23 25 26 59
E-mail: rennes@regimbeau.fr

BUREAU DE LYON - Tour Crédit Lyonnais
129, rue Servient - 69326 Lyon Cedex 03 - France
Tél.: +33 (0) 4 26 84 34 40 - Fax: +33 (0) 4 26 84 34 49
E-mail : lyon@regimbeau.fr

BUREAU DE MUNICH - Allemagne
Eduard-Schmid-Strasse 2 - 81541 Munich
Tél : +49 89 6242980
E-mail : munich@regimbeau.fr

*Cabinet REGIMBEAU - MARTIN, SCHRIMPF, WARCOIN, AHNER, TEXIER, LE FORESTIER, CALLON*
*Société Civile au capital de 30 489,80 € - R.C.S. PARIS D 784 661 357 - N° T.V.A. Intracommunautaire FR 14 784 661 357*


10/04

DATE 16JUN05 REPORT 02D219 PAGE 1
FRANC(EPC ) 3M
FRANCE

LIST OF ANNUITIES FROM 01JAN2005 TO 31JUN2005

COMPUTER PACKAGES INC.
414 HUNGERFORD DR. #300
ROCKVILLE MD. 20850 U.S.A.

| APPLICATION NO./ PATENT NO. | PUBLICATION NO. | DATE | YEAR | AMOUNT | LATE FEE | TITLE HOLDER/ CLNT CASE NUMBER | SUBCASE | TARIF |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTURING 3M 54605FR004 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTU 3M 41102FR006 | B | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTURING 3M 50767FR009 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTURING 3M 53843FR004 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTURING 3M 54054FR004 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTURING 3M 48188FR003 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTU 3M 49488FR003 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTU 3M 42854FR004 | A | |
| 97927979.1 1011955 | 1011955 | 03JUN97 | 9 | 135.00 | | MINNESOTA MINING AND MANUFACTURING 3M 52773FR007 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTURING 3M 53017FR007 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTURING 3M 53947FR005 | A | |
| [redacted] | | | | | | MINNESOTA MINING AND MANUFACTU 3M 45499FR003 | A | |

Lloyd Wise

Patents Designs Trade Marks
London
Manchester
Hong Kong
Singapore
Beijing

Lloyd Wise
Commonwealth House
1-19 New Oxford Street
London
WC1A 1LW

Telephone: +44 (0) 20 7571 6200
Facsimile: +44 (0) 20 7571 6250
E-mail: london@lloydwise.co.uk
Website: www.lloydwise.com

Chartered Patent Attorneys
European Patent Attorneys
Registered Trade Mark Attorneys
European Trade Mark Attorneys

OUR REF: PB – 94645GB

YOUR REF: D1763 EP/GB

26th October, 2005

BY FACSIMILE PAGE 1 OF 3

Vossius & Partner,
POB 86 07 67,
81634 Munich,
Germany

EINGEGANGEN
Vossius & Partner
26. Okt. 2005
Frist
bearb.
smt

For the attention of Dr. Gerhaard Hermann

Dear Sirs,

Re: European Patent (UK) No. 1011955
MINNESOTA MINING AND MANUFACTURING COMPANY

We confirm the above European patent is in force in the United Kingdom. We attach an extract from the British Register of Patents which confirms the renewal fee in respect of the 9th year was paid on 25th May, 2005 and the next renewal fee is due on 3rd June, 2006.

Yours faithfully,

P.A. BOWMAN
LLOYD WISE

ar

Partners: Paul A Bowman, Edmond A Hitchcock, Alec Findlay, James R Greene-Kelly, Mark D Irons, Sheila J Wallace, Robin M Waldren, Steven Howe, Graeme Hall, Graeme D McCallum, Tim Walsh, Wil Arends
Assisted by: Anna Reeve, Kate Steel, Anna Hally, Louise Hall, Kasturi Lahiri
Consultants: Peter C. Allam, Anthony C Rackham, John Bluff

## PATENTS STATUS INFORMATION

# FULL DETAILS

**REGISTER ENTRY FOR EP1011955**

European Application No EP97927979.1 filing date 03.06.1997

Priority claimed:
31.12.1996 in United States of America - doc: 775736

PCT EUROPEAN PHASE
PCT Application PCT/US1997/009711 Publication No WO1998/029231 on 09.07.1998

Designated States CH DE DK ES FR GB IT LI NL SE

Title MULTIPLE EMBOSSED WEBS

Applicant/Proprietor
MINNESOTA MINING AND MANUFACTURING COMPANY, 3M Center, P.O. Box 33427, St. Paul, Minnesota 55133-3427, United States of America [ADP No. 50012772006]

Inventors
D. CLYDE CALHOON, P.O. Box 33427, Saint Paul, MN 55133-3427, United States of America [ADP No. 68618594001]

C. DAVID KOSKENMAKI, P.O. Box 33427, Saint Paul, MN 55133-3427, United States of America [ADP No. 68775196001]

Classified to
B29C C09J

Address for Service
MINNESOTA MINING AND MANUFACTURING COMPANY, 3M Center, P.O. Box 33427, St. Paul, Minnesota 55133-3427, United States of America [ADP No. 50012772006]

EPO Representative
VOSSIUS & PARTNER, Siebertstrasse 4, 81675 München, Federal Republic of Germany [ADP No. 50685452002]

Publication No EP1011955 dated 28.06.2000
Publication in English

Examination requested 13.07.1999

Patent Granted with effect from 02.04.2003 (Section 25(1)) with title MULTIPLE EMBOSSED WEBS

---

23.05.2003 Notification of change of Address For Service name and address of MINNESOTA MINING AND MANUFACTURING COMPANY, 3M Center, P.O. Box 33427, St. Paul, Minnesota 55133-3427, United States of America [ADP No. 50012772006]
to
LLOYD WISE, Commonwealth House, 1-19 New Oxford Street, LONDON,

WC1A 1LW, United Kingdom [ADP No. 00000117001]
dated 21.03.2003. Official evidence filed on EP REG MAN

**** END OF REGISTER ENTRY ****

---

RENEWALS DATA

| | |
|---|---|
| Date Filed | 03.06.1997 |
| Date Not in Force | |
| Date of Last Renewal | 25.05.2005 |
| Year of Last Renewal | 9 |
| Date Next Renewal Due | 03.06.2006 |
| Status | PATENT IN FORCE |

---

New Enquiry

Italy

CONTI CORRENTI POSTALI - Ricevuta di Versamento - BancoPosta

€ sul C/C n. 81016008

di Euro 202,00

duecentodue/00

importo in lettere

INTESTATO A:
Ag.Entrate Centro Op.vo Pescara
BREVETTI EUROPEI

ESEGUITO DA:
BUGNION SpA - Via Pellicceria, 2
33100 Udine

AVVERTENZA:
In caso di errato versamento, l'istanza di rimborso dovrà essere presentata all'Ufficio delle Entrate territorialmente competente (domicilio fiscale del richiedente)

66/196 02 27-06-05 R2
0213 €*202,00*
VCY 0171 €*1,00*
C/C 81016008

BOLLO DELL'UFF. POSTALE

MINNESOTA MINING AND MANUFACTU

Indicare gli estremi del titolo di protezione e della tassa:
prev.epo 97927979.1 dep.03.06.1997 9a Annual.
conc. il 02.04.03 al n. 00001011955

(611)3M 52773IT007 A (IT061605)

# PORTA, CHECCACCI & ASSOCIATI
BREVETTI E MARCHI

PORTA, CHECCACCI
& ASSOCIATI S.p.A.
Via Trebbia, 20
I-20135 MILANO
ITALY
Tel.: + 39 02 58300018
Fax + 39 02 58301263
mail@pcapatlaw.it
www.pcapatlaw.it

C.F. e P.IVA/VAT: IT 10809060154
Capitale Sociale €140.000 i.v.
CCIAA Milano n.1409632
Trib. MI n.331972/8204/22

Roberto PORTA
Giorgio CHECCACCI
Claudio BOTTERO
Luca M. GEONI
Elisa RICCARDI
Paolo CASTIGLIA

Paola MERLINI
Simona CIANNESI
Cristina GAZZETTA
Emilio MAZZOLI
Pier Carlo CONTESSINI
Roberta DI GIACOMO

* Italian Patent Agent
* Italian Trademark Agent
* European Patent Attorney
* European Trademark Attorney
* San Marino IP Agent

EINGEGANGEN
Vossius & Partner
21. Okt. 2005
Frist
bearb.:

Mr. Gerhard Hermann
**VOSSIUS & PARTNER**
Siebertstrasse 3
D-81675 München
Germany

| BY FACSIMILE |
|---|
| To: 0049 89 41304111 |
| No. of pages: 4 |
| Mail confirmation: NO |

Milano, October 21, 2005

Your ref.: **D1763 EP/IT**
Our ref.: **3MU846EIT/ER/fp**

Re: European Patent No. **1011955**
in the name of MINNESOTA MINING AND MANUFACTURING COMPANY

---

Dear Mr. Hermann,

In response to your fax letter dated October 20, 2005, please be informed that the above-identified European patent was validated in ITALY on **27 June 2003** under serial number **26179BE/2003** (see copy enclosed of the official filing receipt).

Unfortunately, we do not know whether the Italian national phase is still in force because our office was not responsible for the payment of annuities.

Annuities should have been paid by COMPUTER PACKAGES INC. on behalf of 3M Innovative Properties Company (see copy of 3M letter dated April 1, 2003).

Should you need any further information or clarification, please do not hesitate to contact us.

Yours Sincerely,
PORTA, CHECCACCI & ASSOCIATI

Elisa Riccardi

IN ASSOCIATION WITH

PORTA, CHECCACCI & ASSOCIATI S.r.l.
Via 25 Marzo, 1/b
47891 Borgo Maggiore
REPUBLIC OF SAN MARINO
from Italy: Tel.: 0549 907722
Fax: 0549 987140
from other countries:
Tel.: + 378 907722
Fax: + 378 987140
Email: sanmarino@pcapatlaw.it
http://www.pcapatlaw.it

ALL'UFFICIO ITALIANO BREVETTI E MARCHI
Via Molise, 19
Roma

27 GIU 2003

Oggetto: Traduzione del testo del Brevetto Europeo No. **1011955** (art. 4 D.P.R. 8-1-1979, n°32)

La **MINNESOTA MINING AND MANUFACTURING COMPANY**, con sede in 3M Center, P.O. Box 33427, St. Paul, Minnesota 55133-3427, U.S.A., tramite i Mandatari Roberto Porta (No. 383 BM), Giorgio Checcacci (No. 442 BM), Claudio Bottero (No. 491 BM), Avv. Luca M. Geoni (No. 584 M), Paolo Castiglia (No. 845 B), Simona Giannesi (No. 858 B) ed Elisa Riccardi (No. 812 BM), domiciliati presso PORTA, CHECCACCI & ASSOCIATI S.p.A. in Viale Sabotino 19/2, Milano, ove elegge domicilio in Italia agli effetti di legge, ai fini previsti dal citato art. 4

DEPOSITA PRESSO CODESTO UFFICIO

l'allegata traduzione in lingua italiana del testo nel quale l'Ufficio Europeo dei Brevetti ha concesso il brevetto europeo rilasciato per l'Italia di cui è titolare, No. **1011955**, avente per titolo: **"Velo a goffratura multipla"**, depositato il **03-06-1997** con domanda Internazionale pubblicata al No. **WO 98/29231** (EP **97927979.1**) classificazione **B29C59/02, C09J7/02.**

---

Timbro e firma del Mandatario

Milano, 27-06-2003.

Ing. Giorgio CHECCACCI
N. Iscriz. ALBO 442BM

Allegati:
4 copie del presente formulario
1 esemplare della traduzione
Disegni **(No. 2 tavole)**
Dichiarazione di riferimento a procura generale

---

(spazio riservato all'Ufficio)
CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA DI MILANO

No. d'ordine 26179 BE/2003

La presente istanza con i documenti allegati è stata ricevuta da questo Ufficio in data 27 GIU. 2003

L'UFFICIALE ROGANTE

(timbro C.C.I.A.A. e firma)

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA DI MILANO € 3 N. 123518

CAMERA DI COMMERCIO INDUSTRIA ARTIGIANATO E AGRICOLTURA DI MILANO € 10 N. 061244

CAMERA DI COMMERCIO IND. ART. E AGRICOLTURA · MILANO

| Office of Intellectual Property Counsel<br>3M Innovative Properties Company | 3M Center, PO Box 33427<br>St. Paul, MN 55133-3427 USA |
|---|---|

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION MAY CONTAIN CONFIDENTIAL OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE PERSON OR ENTITY NAMED BELOW.

If you are not the intended recipient, please do not read, use, disclose, distribute or copy this transmission.

If this transmission was received in error, please immediately notify me by telephone directly at (651) 736-5300 or (651) 733-1500, and we will arrange for its return at no cost to you. Thank you.

# FACSIMILE

Date: April 1, 2003 4:19:27 PM
Number of pages
including cover sheet: 13

To:
Porta, Checcacci & Associati
Italy

Your Ref:
Phone:
Fax No. *8-011-39-02-58-30-12-63#

From:
Mary Hoff
Office of Intellectual Property Counsel
3M Innovative Properties Company

Our Ref:
Phone: (651) 736-5300
Fax No. (651) 736-7586

Remarks: ☒ Urgent ☐ Acknowledge ☐ Reply ASAP ☐ Please Comment

Please note: All annuities identified on the attached renewal reminders will be paid by Computer Packages Inc. Please do not send reminders for future annuities due on this case.

Mary Hoff
Patent Tax Administrator

# PORTA, CHECCACCI & ASSOCIATI

BREVETTI E MARCHI

OFFICE OF INTELLECTUAL PROPERTY COUNSEL
3M INNOVATIVE PROPERTIES COMPANY

MAR 24 2003

REFERRED TO ______

CVP

Viale Sabotino, 19/2
I-20135 MILANO
ITALY
Tel.: + 39 02 55300013
Fax: + 39 02 55301203
EMail: mail@pcapatlaw.it
http://www.pcapatlaw.it

PORTA, CHECCACCI & ASSOCIATI S.p.A.
Sede Legale: Viale Sabotino, 19/2
20135 MILANO
C.F. e R.E.A.: [illegible]
P.IVA: IT [illegible]
Capitale Sociale € [illegible] i.v.
CCIAA Milano n. [illegible]
Cass. Trib. MI n. [illegible]

Ing. Roberto PORTA ****
Ing. Giorgio CHECCACCI *****
Ing. Claudio BOTTERO *****
Ing. Luca M. GERONI ***
Dr. Paola MERLINI
Ing. Paolo GASTIGLIA **
Ing. Simona GIANNESI **
Ing. Elisa RICCARDI ****
Ing. Francesca GIOVANNINI
Dr. Cristina GAZZETTA **

* Italian Patent Agent
** Italian Trademark Agent
*** European Patent Attorney
**** European Trademark Attorney
***** San Marino IP Agent

IN ASSOCIATION WITH

PORTA, CHECCACCI & ASSOCIATI S.A.
Via 25 Marzo, 1/b
47895 Borgo Maggiore
REPUBLIC OF SAN MARINO
from Italy: Tel.: 0549 907722
Fax: 0549 957140
from other countries
Tel.: + 378 907722
Fax: + 378 957140
Email: sanmarino@pcapatlaw.it
http://www.pcapatlaw.it

3M INNOVATIVE PROPERTIES COMPANY
Office of Intellectual Property Counsel
3M Center - P.O. Box 33427
St. Paul, MN 55133-3427
U.S.A.

Milano, March 14, 2003

Your ref.: 52773EP03A IT007

Our ref.: 3MU846EIT/CB/fp

Re: European Patent No. 1011955 (Italian National phase)
In the name of Minnesota Mining and Manufacturing Company

**RENEWAL REMINDER**

This is to remind you that the following renewal fee is due for keeping in force the above-identified patent application:

| ANN. No. | DUE DATE | TOTAL |
|---|---|---|
| 7° | 30 JUNE 2003 | US$ 169 |

Please send us your <u>instructions</u> as to the payment of the aforementioned renewal fee at your earliest convenience, preferably <u>by 31 May 2003.</u>

In the present case, this annuity - which falls due within four months after the grant of the European Patent - may also be paid, without surcharge, <u>within 31 August 2003.</u>

While thanking you for your attention to this matter, we remain

Yours Faithfully
PORTA, CHECCACCI & ASSOCIATI
[signature]
Claudio Bottero