Deze percentages uitgedrukt met betrekking tot voering 20 resulteren in ongeveer dezelfde percentages voor de omgekeerde topografie van de microverveelvoudigde kleefstof. Zoals echter omgeschreven in U.S. Pat. No 5.296.277 (Wilson et al.) is het vlakke kleefoppervlak van hun pinnen van belang. Daarom wordt de onderhavige uitvinding niet beperkt door deze percentages die betrekking hebben op het gebied van indeukingen 29 bij het aanbrengen van het volume van indeukingen 29 of de configuratie die wordt gebruikt om deze indeukingen te maken. Met andere woorden, de indeukingen 29 kunnen elke door de vakman gewenste vaste vorm aannemen binnen de hierboven uitgedrukte percentages.

Bij het embosseren van patroon 24 om de vlakken 27 te vervaardigen komt er materiaal terecht in de richels 28. Gelijk bergen worden gevormd uit de beweging van grote landmassa's, stijgen de richels 28 op uit oppervlak 22. Terwijl het embosseren van vlakken slechts resulteert in een diepte van enkele micrometers, varieert de hoogte van de richels die uit vlak 22 oprijzen van ca. 3 tot ca. 45 μm, bij voorkeur van ca. 5 tot ca. 30 μm, en met de meeste voorkeur van ca. 6 tot ca. 20 μm.

De diepte van de reliëfs voor het optionele patroon 26 kan variëren van ca. 4 tot ca. 200 μm, bij voorkeur van ca. 8 tot ca. 100 μm, en met de meeste voorkeur van ca. 10 tot ca. 30 μm. Aangezien patroon 26 wordt geëmbosseerd voor patroon 24, worden de hier aangegeven diepten veroorzaakt door een cumulatief effect van beide reliëfs en niet noodzakelijkerwijze door de hoogte van het embosseringgereedschap.

Bovendien moet het duidelijk zijn voor de vakman dat de afmeting van het benodigde embosseringgereedschap groter kan zijn dan de diepte van het gewenste reliëf, vanwege visco-elastische eigenschappen van de voering 20 die wordt geëmbosseerd.

De "zijwanden" van reliëfs voor patroon 24, patroon 26 of elke combinatie daarvan kunnen elke gewenste vorm hebben, variërend van een constante krommingstraal tot elke veelhoekige vorm met ten minste 2 vlakken binnen patroon 24 of 26. Niet-uitputtende voorbeelden van reliëfvormen, in dwarsdoorsnede, zijn onder meer gebogen, rechthoekig, trapezevormig, driehoekig, bimodaal en dergelijke. U.S. Pat. No. 5.296.277 (Wilson et al.)

beschrijft een aantal te overwegen variabelen bij het vormen van indeukingen 29 teneinde pinnen in de microverveelvoudigde kleefstof ter verkrijgen.

De breedte van de reliëfs in patroon 24, patroon 26 of elke combinatie daarvan kan naar behoefte variëren. In Fig. 1 bijvoorbeeld is de breedte van de reliëfs die de vlakken 27 en indeukingen 29 vormen relatief uniform voor oppervlak 22. Binnen oppervlak 22 kan het patroon voor vloeistofuittreding echter variëren, ongeveer zoals bij zijrivieren in een stroomgebied.

Voor het maken van microkanalen voor vloeistofuittreding zou men bijvoorbeeld gebruik kunnen maken van een voering 20 met een patroon 24 die richels 28 maakt met een uiteindelijke breedte, nadat de visco-elastische eigenschappen een evenwicht hebben bereikt, van minder dan ca. 200 µm en bij voorkeur tussen ca. 50 en 120 µm. De richels 28 in Fig. 1 zijn ca. 100 µm breed.

Precisie van de topografische vorming van voering 20 kan worden bereikt met behulp van diverse gereedschapstechnieken. De gereedschapsindustrie kan gereedschappen ontwikkelen met elk gewenst patroon. Zo kunnen er euclidische geometrische patronen worden gemaakt van elke afmeting, vorm en reliëfdiepte en in elk gewenst aantal stappen.

Gereedschappen kunnen variëren van vlakpersen tot cilindrische trommels tot andere gebogen vormen, afhankelijk van hoe de embosseringstappen moeten worden gebruikt.

Niet-uitputtende voorbeelden van bronnen voor gereedschap zijn onder meer commerciële bronnen voor fotolithografische printplaten en cilinders, platen en cilinders met precisiegravering, met lasers bewerkte platen en cilinders en dergelijke.

Fig. 3 toont een rasterelektronenmicrografie van een laag 30 microverveelvoudigde kleefstof vervaardigd uit voering 20 zoals afgebeeld in Fig. 1.

De kleefstoflaag 30 heeft een oppervlak 32 met een topografie die in feite een kopie is van het omgekeerde van de topografie van oppervlak 22 veroorzaakt door de patronen 24 en 26. Zoals hierboven verklaard hoe de overbrenging van de topografie van het gereedschap naar de voering naar de kleefstof geschiedt, tonen Fig. 1 en 3 het fotografische bewijs van de essentiële

verveelvoudiging van de topografie tijdens het overbrengen. Hierdoor kan de topografie van voering 20 de resulterende topografie bepalen van oppervlak 32 van kleeflaag 30 die de holten van de microgeëmbosseerde voering 20 vult.

Oppervlak 32 heeft de topografische kenmerken van een reeks onderling verbonden microkanalen 37, in essentie overeenkomende richels 28 en een reeks optionele pinnen 39 die in essentie overeenkomen met de indeukingen 29. De duur van de microkanalen en pinnen is afhankelijk van de chemische samenstelling van de gekozen kleefstof en de omstandigheden van het aanbrengen.

Laag 30 kan worden gecoat in elke dikte groter dan de hoogte van richels 28 van voering 20. De gewenste dikte bedraagt ten minste ca. 5 µm. Voor het aanbrengen van afbeeldingen op verticale ondersteunende substraten kan de dikte bij voorkeur variëren tussen ten minste ca. 20 µm en ca. 50 µm.

Om de topografie van oppervlak 32 te verkrijgen kunnen kleefstoffen worden gekozen uit een verscheidenheid aan conventionele kleefstofformules.

Niet-uitputtende voorbeelden van kleefstoffen zijn onder meer drukgevoelige kleefstoffen, smeltlijmen of door warmte geactiveerde kleefstoffen die drukgevoelig zijn op het moment van aanbrengen, zoals de drukgevoelige kleefstoffen beschreven in U.S. Pat. No. 4.994.322 (Delgado et al.); U.S. Pat. No. 4.968.562 (Delgado); EPO Publication 0 570 515; EPO Publication 0 617 708; drukgevoelige kleefstoffen beschreven in U.S. Pat. No. 5.296.277 en 5.362.516 (beide Wilson et al.) en 5.141.790 (Calhoun et al.) en PCT Octrooi Application Serial No. WO US96/1687 (Keller et al.) en elk ander type drukgevoelige kleefstof beschreven in Satas, et al., Handbook of Pressure Sensitive Adhesives, 2nd Ed. (Von Nostrand Reinhold, N.Y. 1989).

De chemische en polymere eigenschappen van de kleefstof kunnen dienen om de vierde dimensie, de duur, van de driedimensionale microverveelvoudigde kleefstoffen van de uitvinding te bepalen. Kennis van de reologie, zoals kruipelasticiteit, van een kleefstof kan helpen bij het bepalen of en hoe snel de microkanalen 37 zich na aanbrenging sluiten.

Laag 30 van de kleefstof kan oppervlak 22 van voering 20 geheel of gedeeltelijk bedekken. De overblijvende delen van het oppervlak kunnen worden bedekt door (een) andere kleefstofformule(s) of onbedekt blijven om een

patroon van microververveelvoudigde kleefstof op een folie aan te brengen. Patrooncoating van kleefstoffen staat beschreven in PCT Octrooi Publication WO96/15715 (Yasis et al.).

Als bijvoorbeeld verschillende reologische eigenschappen op een bepaalde folie gewenst zijn, dan zou men kleeflagen met een patrooncoating kunnen aanbrengen – bijvoorbeeld concentrisch – om te bepalen hoe snel bepaalde delen van de microkanalen 37 zich sluiten. Analoog aan het voorbeeld van de zijrivier, zou het kleeflaagpatroon dat aan de relatieve binnenzijde van oppervlak 32 is gecoat sneller stromen en de microkanalen afsluiten voor vloeistoftoetreding, terwijl de microkanalen van de relatieve omtrek van het oppervlak 32 een constante 'drainage' van vloeistoffen zouden toestaan van de binnenkant van het kleefraakvlak naar de buitenrand.

Naast kleefstoffen kunnen ook andere materialen worden gebruikt om een van de meervoudige reliëfpatronen te vullen als kleefstof wordt gebruikt om een of meer andere meervoudige reliëfpatronen te vullen. Zo kunnen in de indeukingen 29 bijvoorbeeld niet-klevende uitsteeksels worden gevormd of kunnen de indeukingen worden gevuld met andere kleefstofformules. Aangezien patroon 26 wordt geëmbosseerd voor patroon 24, wordt het niet-klevende materiaal of de andere kleefstofformule toegevoegd aan de indeukingen 29 na het embosseren van patroon 26 en voor het embosseren van patroon 24. Vervolgens wordt laag 30 gecoat over oppervlak 22, hetgeen resulteert in een kleefstoflaag 30 met daarop niet-klevende uitsteeksels 39.

Niet-klevende uitsteeksels kunnen worden gemaakt van elk materiaal dat gebruik kan maken van de topografische eigenschappen van voering 20 en dat compatibel is met de prestaties van de kleefstof en het gewenste kleefstofgebruik. Niet-uitputtende voorbeelden van niet-klevende materialen zijn onder andere de materialen die zijn beschreven in de octrooien van Calhoun et al. en Wilson et al. Het doel van het gebruik van dergelijke uitsteeksels wordt eveneens beschreven in deze octrooien.

Voering 20 kan bestaan uit alle verwijder- of transferstrips die bij vaklieden bekend zijn voor gebruik met kleefstoffen en die geschikt zijn voor microembossering. Niet-uitputtende voorbeelden van voeringen zijn onder meer een verscheidenheid aan commercieel verkrijgbare materialen van 3M of

St. Paul, Minnesota en andere commerciële producenten van voeringproducten zoals Rexam Release Corporation uit Oakbrook, Illinois of Daubert Coated Products te Westchester, Illinois. Dergelijke voeringen bestaan gewoonlijk uit met polyethyleen gecoat papier met commerciële siliconen verwijdercoatings; met polyethyleen gecoate poly(ethyleentereftalaat) folies met commerciële siliconen verwijdercoatings; of gegoten polypropyleen folies die tijdens de fabricage van dergelijke folies kunnen worden geëmbosseerd met een of meer patronen en die daarna kunnen worden gecoat met commerciële siliconen verwijdercoatings. Andere nuttige voeringen worden genoemd in de octrooien van Calhoun et al. en Wilson et al.

Elke folie kan in contact worden gebracht met het grote kleefstofoppervlak tegenover het grote kleefstofoppervlak of de grote kleefstofoppervlakken gevormd door de topografie van voering 20. Aangezien de folie in lagen op de kleefstof wordt gelamineerd nadat de topografie van kleefstof 30 is microverveelvoudigd uit voeringpatroon 24 en optioneel uit patroon 26, wordt het aanzien van een blootgesteld groot oppervlak tijdens het gebruik niet negatief beïnvloed door de topografie van de microverveelvoudigde kleefstof. Door dit voordeel kan folie door middel van elke commerciële techniek, waaronder elektrografie, inkjet, zeefdruk, flexodruk, elektronisch snijden of andere afbeeldings- of grafische technieken, worden voorzien van afbeeldingen.

Als alternatief kunnen beide grote oppervlakken van kleeflaag 30 worden microverveelvoudigd met behulp van dezelfde of verschillende voeringen 20 om tijdens het gebruik dezelfde of andere hechtingseigenschappen te verkrijgen op de twee verschillende kleefraakvlakken.

Zo kunnen bijvoorbeeld verschillende typen vloeistofuittreding gewenst zijn voor de verschillende kleefraakvlakken: namelijk uittreding van gassen bij het ene raakvlak en uittreding van vloeistoffen bij het andere.

Een ander voorbeeld is de vorming van een kleefstoftopografie op het raakvlak tussen de folie en de kleefstof met het specifieke doel om een patroon in de folie te maken, waarbij de kleefstoftopografie wordt gebruikt om dat patroon tot stand te brengen.

Nog een andere mogelijke uitvoeringsvorm is het gebruik van dezelfde of andere kleefstoffen met dezelfde of andere topografieën waarbij twee of meer kleefstoffen samen worden gelamineerd alvorens te worden gehecht aan de folie en het ondersteunende substraat. Als de chemische samenstelling van de verschillende kleefstoffen bekend is, kunnen in de X-Y dimensies van het kleefstof-kleefstof-raakvlak doorlopende kanalen worden aangebracht zonder dat dit ten koste gaat van de kleefkracht van het kleefstoflaminaat op de folie of het ondersteunende substraat.

Niet-uitputtende voorbeelden van folies die nuttig zijn voor contact met klevende oppervlakken van de onderhavige uitvinding zijn onder andere folies van het merk Controltac™ zoals geleverd door 3M, folies zoals beschreven in PCT Octrooi Application Serial No. WO US96/19683, folies, metalen platen, ceramische platen, polymeervellen, trillingdempende materialen, reflecterende folies, retroreflecterende folies, materialen met topcoating, dragers voor industriële tapes, dragers voor hypoallergene tapes en combinaties daarvan.

Folies voor afbeeldingen worden onverwacht verbeterd door de microverveelvoudigde kleefstofoppervlakken van de onderhavige uitvinding. Folies voor afbeeldingen met kleefoppervlakken volgens de onderhavige uitvinding kunnen worden gebruikt om ervoor te zorgen dat vloeistof gedurende een van tevoren bepaalde tijd uittreedt volgens de reologie van de kleefstoffen (kruipelasticiteit, modules, etc.).

Zo kan een vakman bijvoorbeeld de uitstroom van vloeistof bepalen, maar de instroom van vloeistof minimaliseren bij het kleefraakvlak door (a) een geschikte kleefstof te kiezen en (b) een topografie te maken volgens de onderhavige uitvinding en (c) de kleefstof op de juiste manier aan te brengen op het ondersteunende substraat. Hierdoor ontstaat luchtdoorlatendheid tijdens het aanbrengen, maar wordt daarna het oppervlak tussen de kleefstof en het ondersteunende substraat afgedicht.

Folies voor afbeeldingen kunnen worden vervaardigd met twee verschillende typen kleefstoffen in de verschillende diepten van de patronen op voering 20 om het aanbrengen van een dergelijke folie te vergemakkelijken. Deze constructie is een alternatief voor de producten beschreven in de

hierboven genoemde octrooien van Calhoun en Wilson, maar kan op soortgelijke wijze functioneren.

Kleefstofoppervlakken volgens de onderhavige uitvinding verbeteren de economische waarde door de fabricagekosten te verlagen, de loonkosten tijdens het aanbrengen te verlagen en onderhoud te minimaliseren dat een gevolg is van problemen met het kleefstofraakvlak.

Kleefstofoppervlakken volgens de onderhavige uitvinding kunnen worden aangebracht bij lagere temperaturen, waar onvoldoende hechting van een kleefstof aan een substraat bij de lagere temperatuur een probleem is omdat de kleefstof het oppervlak van het substraat te langzaam "nat maakt". In de loop der tijd kan de grootte van het contactoppervlak veranderen, waarbij mogelijk lucht wordt ingesloten. Zonder microkanalen zoals verzorgd door de microverveelvoudigde kleefoppervlakken volgens de onderhavige uitvinding kan de vloeistof niet uittreden.

Bij het aanbrengen van schilderingen of afbeeldingen op een ondersteunend substraat wordt gewoonlijk een golvende beweging gemaakt. Dergelijke afbeeldingen profiteren van de kleefstoftopografie van de onderhavige uitvinding omdat, verrassend genoeg, de microkanalen van de kleefstof tijdens het aanbrengen van de afbeelding op het substraat niet alleen het uittreden van vloeistoffen bevorderen, maar ook het aanbrengproces met zijn tijdelijke hoge druk overleven en tenslotte routes voor vloeistofuittreding uit achterblijvende luchtblazen creëren.

Verdere kenmerken, voordelen en uitvoeringsvormen worden beschreven in de voorbeelden.

<u>Voorbeelden</u>

**Monsteranalyses:**

Voering- en kleefstofmonsters werden geëvalueerd met behulp van een JSM-6400 (JEOL, Tokio, Japan) rasterelektronenmicroscoop, optische microscopie met een JENA JENAVERT (Jena, Duitsland) invallend lichtmicroscoop, een Bausch & Lomb stereomicroscoop (Bausch & Lomb, Rochester, NY) of

interferometriemicroscopie met behulp van een WYKO RST oppervlakteprofileerder (WYKO Corp., Tucson, AZ). Voor sommige evaluaties van voeringen werd tevens gebruik gemaakt van een Surtronic 3P tasterprofilometer (Rank Taylor-Hobson, Inc., Leicester, U.K.).

**Proeven:**

Pelproef: de kleefproeven werden uitgevoerd met een aangepaste versie van de ASTM-methode D3330 (1992) en de Pressure Sensitive Tape Council-methode PSTC-1 (1989). Met bijtende stoffen geëtste en met zuur gereinigde aluminium proefpanelen (6061 T6, Q-Panel Co., Phoenix, Arizona) en gelakte aluminium proefpanelen (Fruehauf, Indianapolis, IN) werden gereinigd met DuPont "PrepSol" en gedroogd. Monsters van drukgevoelige kleefstof en folie op voering werden in stroken geknipt van 2,54 cm breed. De verwijderstrip werd verwijderd en de stroken werden aangebracht op de panelen met behulp van een PA-1 Hand Applicator (verkrijgbaar bij Minnesota Mining and Manufacturing Company (3M) St. Paul, MN) met een snelheid van ca. 2,5 centimeter per seconde of met een Vanquisher rollaminator (Stoughton Machine and Manufacturing Co., Inc., Stoughton Wisconsin) met een druk van 2,76 bar (40 psi) en een snelheid van ca. 2,5 cm per seconde. Voor registratiedoeleinden werd op elke monsterstrook een steunstrook van 2,54 cm breed 3M Scotchcal™ Film Series 3650 kleeffolie gelamineerd. De steunfolie diende om te voorkomen dat de monsterfolies en drukgevoelige kleefstof tijdens de pelproef overmatig werden uitgerekt. Na 24 uur in een ruimte met een constante temperatuur en vochtigheid bij 22°C en 50% relatieve vochtigheid of na 7 dagen op 66°C gevolgd door 24 uur isotopische homogenisatie in de ruimte met constante temperatuur en vochtigheid werd de peladhesie gemeten met een pelhoek van 180 graden bij een snelheid van 30,5 centimeter per minuut met behulp van een Lloyd 500 treksterktebepaler (Lloyd Instruments, Segensworth Fareham England).

Kruipelasticiteitsproef: er werd een sandwich vervaardigd bestaande uit een drukgevoelige kleefstoflaag (ca. 125 micron dik) tussen twee vellen van 48

micron dik poly(ethyleentereftalaat) folie door de drukgevoelige kleefstof als een coating aan te brengen op een vel van de polyesterfolie, deze op 66°C te drogen tot een constant gewicht (ten minste ca. 20 minuten), zodat ongeveer de helft van de dikte van het proefspecimen overbleef en vervolgens de gecoate constructie dubbel te vouwen. De proefstukken werden uit deze sandwich gesneden en de gemiddelde dikte ($h$) van de drukgevoelige kleefstoflaag werd bepaald met behulp van een schuifmaat en door de dikte van de polyesterfolies ervan af te trekken. Twee proefstukken van gelijk formaat werden uitgeponst en in de kruipelasticiteitreometer met parallelle platen geplaatst, met een stuk aan elke kant van de middenplaat en waarbij een buitenplaat contact maakte met het blootgestelde oppervlak van elk van de proefstukken. Een uiteinde van de middenplaat werd aangesloten op een lineair variabele transducer die de verplaatsing van de plaat meet (als gevolg van materiaalbeweging) en die aan een opnameapparaat een elektrisch signaal afgeeft dat evenredig is met de verplaatsing. De parallelle platen werden in een horizontale opstelling geplaatst en de twee buitenste platen werden vervolgens stevig op elkaar geklemd om de tussengeplaatste lagen ca. 10% samen te drukken. Aan het andere uiteinde van de middenplaat werd een haak bevestigd aan een flexibele draad die horizontaal van de haak liep en vervolgens naar beneden over een katrol, waarbij de buitenste platen in een vaste stand werden gehouden. Aan het vrije uiteinde van de draad werd een geschikt gewicht bevestigd (voldoende om het monster meetbaar te vervormen over een afstand niet groter dan de dikte van het monster), waarna het opnameapparaat werd gestart. Bij deze voorbeelden werd een gewicht van 500 g gebruikt om de spanning ($f$) toe te passen. Op het opnameapparaat werden de tijd (t) en de verplaatsing ($X$, d.w.z. de specifieke vervorming) afgelezen. Vervolgens werd de kruipelasticiteit bij een bepaalde temperatuur berekend aan de hand van de vergelijking:

$$J_{(t)} = 2AX/hf$$

waarbij $t$ het tijdstip is waarop de meting wordt verricht, $A$ het gebied is van een vlak van de drukgevoelige kleefstofmonsters, $h$ de dikte van de kleefmassa, $X$ de verplaatsing bij tijd $t$ (waarbij $X$ minder is dan $h$) en $f$ de

kracht veroorzaakt door het gewicht dat gekoppeld is aan de draad die is verbonden met de middenplaat. Als $A$ wordt uitgedrukt in $cm^2$, $h$ in cm, $X$ in cm en $f$ in dynes, dan wordt de elasticiteitswaarde $J_{(t)}$ gegeven in $cm^2$/dyne. Als voorbeeld wordt een kruipelasticiteitswaarde $J$ die is berekend met een tijd van 3 minuten hier aangegeven als $J_{(3\ min)}$. Na tijd $t$ mag het gewicht worden verwijderd, zodat de drukgevoelige kleefstof kan ontspannen (relax) of herstellen. Na wat extra tijd *t relax* kan de elasticiteit opnieuw worden bepaald. Voorbeeld: als een gewicht gedurende 3 minuten wordt toegepast en vervolgens wordt verwijderd en de elasticiteit na nog eens 3 minuten wordt bepaald, dan wordt de relaxwaarde $J$ hier aangegeven als $J_{(3\ min.+3\ min.\ relax)}$. Op grond van de proefvoorwaarden kan ook een herstelpercentage worden berekend: % herstel = $100\%x[J_{(t)}-J_{(t+t\ relax)}]/J_{(t)}$.

<u>Schuifproef ten behoeve van manipuleerbaarheid:</u> een horizontale glasplaat werd verwarmd tot 40-43°C en gereinigd met methylethylketon (MEK). Een proefmonster (d.w.z. drukgevoelige kleefstof op de aangegeven drager) van ca. 2,5 bij 7,5 cm werd gedurende ca. 10 seconden plat op de glasplaat gelegd met de drukgevoelige kleefstofkant naar beneden. De eindrand van het monster werd opgetild en zijwaarts weggetrokken. Voor deze proef werden de volgende beoordelingen gehanteerd:

1. monster kon vrij schuiven
2. monster schoof makkelijk met enige weerstand
3. monster schoof met aanzienlijke weerstand vanwege hechting aan de plaat, maar kon zonder beschadiging worden opgetild
4. monster hechtte aan de plaat en kon niet zonder beschadiging worden verplaatst

<u>Proef met warme aanbrenging/hernieuwde aanbrenging:</u> een horizontale glasplaat werd verwarmd tot 40-43°C en gereinigd met methylethylketon (MEK). Een proefmonster van ca. 2,5 bij 7,5 cm werd gedurende ca. 10 seconden plat op de glasplaat gelegd met de drukgevoelige kleefstofkant naar

beneden en de randen werden met een vinger met een "druk" van ca. 500 g aangedrukt om de omtrek overal contact te laten maken met de glasplaat (vanaf de rand tot ca. 0,5 cm inwaarts). Vervolgens werd het monster met een vinger rondom en naar het midden van het monster aangedrukt om te voorkomen dat de drukgevoelige kleefstof zou loslaten en om te voorkomen dat de gehele luchtblaas zich naar de rand van het monster zou verplaatsen. Het op die manier aangebrachte monster werd vervolgens beoordeeld op de aanwezigheid of afwezigheid van opgesloten luchtbellen. De strook werd langzaam van de opstelling gepeld en opnieuw aangebracht volgens dezelfde procedure. Dit werd nog een derde maal herhaald. Voor deze proef werden de volgende beoordelingen gehanteerd:

| | |
|---|---|
| "slecht" | monster vertoonde na de eerste aanbrenging opgesloten luchtbellen (wat aangeeft dat geen waarneembare luchtdoorlatende eigenschappen aanwezig waren) |
| "redelijk" | monster vertoonde geen luchtbellen na de eerste aanbrenging, maar vertoonde wel luchtbellen na de tweede of derde hernieuwde aanbrenging |
| "goed" | bij geen van de drie aanbrengingen en hernieuwde aanbrengingen werden luchtbellen aangetroffen (waarmee luchtdoorlatende eigenschappen werden aangetoond voor de eerste aanbrenging en behoud van de luchtdoorlatende eigenschappen bij de daaropvolgende hernieuwde aanbrengingen). Ook waren de microkanalen in de drukgevoelige kleefstoflaag van monsters met de beoordeling "goed" nog steeds aanwezig na de eerste en tweede verwijderingstappen. |

Proef met koude aanbrenging: proefmonsters werden vooraf gemaskeerd met SCPM-3 (3M) premask tape. Van de vooraf met folie gemaskeerde monsters werden voorbeeldstroken van ca. 5 bij 23 cm gesneden. De monsters en de Fruehauf gelakte proefpanelen werden ten minste 20 minuten geconditioneerd op de proeftemperatuur. De monsterstroken werden aangebracht op de

proefpanelen met een beweging van een PA-1 Hand Applicator onder een constante hoek van 45 graden en een snelheid van ca. 1,5 m/min. De constante aanbrengingsdruk werd geleverd door boven op de rolstrijker gemonteerde gewichten van 2 kg, 4 kg of 6 kg. De vooraf aangebrachte maskering werd onmiddellijk van de aangebrachte strook verwijderd onder een hoek van 180 graden en met een pelsnelheid van ca. 1,5 m/min. Het proefpaneel met de aangebrachte folies werd vervolgens gedurende 5 minuten verwarmd tot 66°C om eventuele blazen te vormen. Mate en omvang van de blaasvorming werden beoordeeld op een schaal van 1 tot 10, waarbij 1 stond voor geen blaasvorming en 10 voor een compleet mislukte aanhechting van het foliemonster. Het aanzien van de monsters loopt parallel met hun beoordeling. Bijzonder goed zijn beoordelingen van minder dan of gelijk aan 5-6 bij een gewicht van 2 kg, 3-4 bij 4 kg en 1-3 bij 6 kg.

<u>Proef met ingedeukt paneel:</u> in een 0,7 mm dik aluminium proefpaneel werd met een halfbolvormige valhamer met een puntdiameter van 2,5 cm een ronde indeuking gemaakt. De indeuking had een diameter van ca. 2,8 cm op het paneelvlak en was ca. 0,6 cm diep. Een proefmonster van 7,5 bij 7,5 cm werd boven de indeuking geplaatst en vlak op het paneel en strak over de indeuking aangebracht. Met behulp van een PA-1 Hand Applicator met een beschermmof (SA-1, verkrijgbaar bij 3M) werd het monster op het paneel gedrukt met een gewicht van ca. 1 kg. Vervolgens werd de folie met een duim in de indeuking gedrukt. Daarbij werd een gewicht van ten minste 3 kg toegepast. De mate waarin het monster zich in de indeuking voegde en uniform contact maakte met de indeuking in het paneel werd als volgt beoordeeld:

- 0 monster voegde zich niet in belangrijke mate in de indeuking tegen de druk van de ingesloten lucht
- 1 monster kon voor ca. 50% in de indeuking worden gedrukt
- 2 monster voegde zich bij indrukken grotendeels in de indeuking met achterlating van kleine luchtbellen
- 3 monster voegde zich bij indrukken langzaam (meer dan 5 seconden) en volledig in de indeuking

4 monster voegde zich bij indrukken snel (minder dan 5 seconden) en volledig in de indeuking

<u>Proef met klinknagelpaneel:</u> een proefmonster werd met de hand over een 2,5 mm hoge ronde klinknagel met een diameter van 12 mm gedrukt op een vlak Fruehauf-paneel met klinknagels, te beginnen bij de randen van het monster 3,8 cm van het midden van de klinknagel. Het monster werd met beide duimen (met een duimdruk van ca. 750 g per duim) met een cirkelvormige beweging langs de randen neergedrukt om een grote luchtblaas onder de folie in te sluiten. Vervolgens werd de folie aan de rand van de luchtblaas ingedrukt in de richting van de klinknagel met de duimen aan tegengestelde kanten van de klinknagel en met halfcirkelvormige bewegingen in wisselende richtingen met een steeds kleiner wordende omtrek om de duimen langs de rand van de luchtblaas te houden (ca. 750 g per duim). De kracht werd beperkt teneinde de folie niet te breken. Door deze procedure ontstond onder het monster een grote luchtblaas die niet onder de folie naar de rand van het monster kon worden gedrukt door loslaten van de drukgevoelige kleefstof. De tijd werd vastgesteld die nodig was om de luchtblaas te verdrijven en de folie tot binnen 2 mm van de klinknagel vast te zetten. Als na 5 minuten werken met de folie een grote luchtblaas achterbleef, werd de diameter van de luchtblaas bepaald. Bij monsters met de beste luchtverdrijving duurde het in het algemeen minder dan ca. 30 tot 60 seconden om de folie tot aan de klinknagel vast te zetten. Bij de slechtste monsters bleven na 5 minuten werken luchtblazen van ca. 35 mm (of groter) ingesloten.

<u>Proef met luchtdoorlatendheid:</u> een rond proefmonster met een diameter van 4,4 cm werd met 4 bewegingen van een rubber rol (specificaties zoals aangegeven in de specifieke voorbeelden) aangebracht op een acrylpaneel. Het monster werd gecentreerd boven een opening in het paneel met een diameter van 6,4 mm. Met de kant met het monster naar boven werd het paneel vastgeklemd in een pakking om de opening te centreren boven een verdiepte kamer in een luchtdoorvoeropstelling. Na 5 minuten werd de opstelling aangesloten op een luchtleiding (totaalvolume 45 $cm^3$) en in eerste instantie op

een druk gebracht van 50 inch (127 cm) water zoals bepaald met een op het systeem aangesloten manometer. Het systeem werd afgesloten met een klep en de tijdsduur waarbinnen de druk terugviel tot 25 inch (63,5 cm) water werd bepaald. De slechtste monsters, zoals representatief voor folies met drukgevoelige kleefstoflagen zonder microkanalen, vertoonden zelfs na enkele dagen nog geen luchtdoorlatendheid. Voor drukgevoelige kleefstoffen met een lagere kleefkracht moet de eerste druk zodanig worden bijgesteld dat het monster niet merkbaar loskomt van het paneel.

<u>Proef met klinknagelpaneel met ribbels:</u> met de hand werd een monster aangebracht op een gelakt geribbeld aluminium Fruehauf-paneel van 10 bij 30,5 cm met vier 2,5 mm hoge ronde klinknagels met een diameter van 12 mm. Het monster was groot genoeg om een aanzienlijk deel van het paneel te bedekken. Geëvalueerd werd het gemak waarmee het monster in de verdiepingen en vormvolgend over de klinknagels kon worden gedrukt om insluiting van lucht te voorkomen.

**Voorbeelden:**

Drukgevoelige kleefstofoplossing 1

Geprepareerd werd een acryl drukgevoelige kleefstofoplossing (beschreven als Adhesive Solution 1 in US Octrooi 5.296.277 en aangepast met 18,5 phr van een hars – Nirez™ 2019 van Arizona Chemical Co.). De gemiddelde kruipelasticiteit bij 3 minuten op 21°C, $J_{(3\ min)}$, van de uit deze oplossing geprepareerde drukgevoelige kleefstof bedroeg 0,53 sq. cm./dyne en de relaxed kruipelasticiteit bij 21°C, $J_{(3\ min.+3\ min.\ relax)}$, bedroeg 0,08 sq. cm/dyne.

Drukgevoelige kleefstofoplossing 2

Geprepareerd werd isooctyl acrylaat-acrylzuur (98:2) copolymeer als oplossing in ethylacetaat en heptaan met een gehalte aan vaste stof van ca. 28%. De gemiddelde kruipelasticiteit bij 3 minuten op 21°C, $J_{(3\ min)}$, van de uit deze oplossing geprepareerde drukgevoelige kleefstof bedroeg 1,64 sq. cm./dyne en de relaxed kruipelasticiteit bij 21°C, $J_{(3\ min.+3\ min.\ relax)}$, bedroeg 0,52 sq. cm/dyne.

Drukgevoelige kleefstofoplossing 3

Geprepareerd werd een acryl drukgevoelige kleefstofoplossing (beschreven als Adhesive Solution 2 in US Octrooi 5.296.277 en bevattende 1 deel van de crosslinker-oplossing) met een gehalte aan vaste stof van ca. 25%.

Drukgevoelige kleefstofoplossing 4

Gecombineerd werden Kraton 1107 hars (20 delen en verkrijgbaar bij Shell Chemical Company, Westbrook, IL), Escorez 1310LC (20 delen) en tolueen (60 delen). De gemiddelde kruipelasticiteit bij 3 minuten op 21°C, $J_{(3\ min)}$, van de uit deze oplossing geprepareerde drukgevoelige kleefstof bedroeg 0,11 sq. cm./dyne en de relaxed kruipelasticiteit bij 21°C, $J_{(3\ min.\ +\ 3\ min.\ relax)}$, bedroeg 0,004 sq. cm/dyne.

Drukgevoelige kleefstofoplossing 5

Geprepareerd werd een latex acryl drukgevoelige kleefstof (beschreven in Voorbeeld 1 van US 4.629.663) met een gehalte aan vaste stof van ca. 54%.

Drukgevoelige kleefstofoplossing 6

Geprepareerd werd een latex drukgevoelige kleefstof (geprepareerd volgens de procedures van US Octrooi 5,196,246 met ca. 72% droog gewicht van de acryl drukgevoelige kleefstofcomponent). De gemiddelde kruipelasticiteit bij 3 minuten op 21°C, $J_{(3\ min)}$, van de uit deze oplossing geprepareerde drukgevoelige kleefstof bedroeg 0,63 sq. cm./dyne en de relaxed kruipelasticiteit bij 21°C, $J_{(3\ min.\ +\ 3\ min.\ relax)}$, bedroeg 0,08 sq. cm/dyne.

Drukgevoelige kunstharskleefstof 7

Een drukgevoelige kleefstof soortgelijk aan drukgevoelige kleefstof 1, maar zonder toegevoegde crosslinker, werd uit de oplossing geïsoleerd als een hars met 100% vaste stof voor smeltlijmcoating.

Drukgevoelige kleefstofoplossing 8

Geprepareerd werd een drukgevoelige kleefstofoplossing (Adhesive Solution 2 van US Octrooi 5.296.277 zodanig aangepast dat de alkylacrylaat component 2-methylbutylacrylaat was en onder toevoeging van 1,8 deel van de crosslinker-oplossing) met een gehalte aan vaste stof van ca. 35-40%.

Drukgevoelige kleefstofoplossing 9

De drukgevoelige kleefstofoplossing 1 (100 phr) werd aangepast door toevoeging van 5 phr Pycal 94 (verkrijgbaar bij ICI Americas, Wilmington, DE).

Drukgevoelige kleefstofoplossing 10

Geprepareerd werd isooctyl acrylaat-acrylzuur (94:6) copolymeer als een oplossing in ethylacetaat en heptaan met een gehalte aan vaste stof van ca. 45%. Met 100 delen van de oplossing werden gemengd 20 delen Foral 85 (verkrijgbaar bij Hercules, Inc., Wilmington, DE), 7,5 delen Hercolyn-D (verkrijgbaar bij Hercules, Inc.) en 7,5 deel Pycal 94 (verkrijgbaar bij ICI Americas). Aan 100 delen van de gecombineerde oplossing werd toegevoegd 1,5 deel van een oplossing van 5% crosslinker (beschreven in US Octrooi 5.296.277) in tolueen.

Voorbeelden 1-4

Een verwijderstrip bestaande uit vier lagen waarvan de kern bestaat uit 97 micron dik poly(ethyleentereftalaat), 21-22 micron dik polyethyleen met een mat afgewerkte achterlaag en 21-22 micron dik polyethyleen met een glanzend afgewerkte voorzijde met een siliconen verwijdercoating aan de glanzende zijde, werd microgeëmbosseerd aan de glanzende zijde door de verwijderstrip tussen een rol van siliconenrubber met een diameter van 15 cm en 85 durometer en een gegraveerde metalen rol met een diameter van 15 cm door te halen. Het in de metalen rol gegraveerde patroon bestond uit elkaar kruisende verzonken lijnen (microgroeven) die een vierkant raster vormden met de microgroeven onder een hoek van 45 graden met de omtrek van de rol. De nominale afmetingen van de groeven in de metalen rol staan vermeld in

onderstaande tabel. De rol van siliconenrubber en de gegraveerde rol werden verwarmd door olie door de rollen te laten circuleren. De ingestelde temperaturen voor de olieverwarmer staan aangegeven in onderstaande tabel. De rollen werden door middel van luchtcilinders samengedrukt met een knijpkracht van ca. 22 N/mm. De verwijderstrip werd door deze opstelling geleid met een snelheid van ca. 1,6 cm/sec. Hierdoor vormde zich een patroon van doorlopend verhoogde elkaar kruisende microrichels (en in essentie vlakke gedeelten tussen de opstaande richels) aan de zijde met de glanzende siliconencoating van de verwijderstrip. Ook de snijpunten waren verhoogd. De richels hadden een gebogen top en een afgeronde verbinding met de basis. De gemiddelde richelafmetingen staan vermeld in de onderstaande tabel. De richels hadden dezelfde onderlinge afstand als het gegraveerde patroon. Een op soortgelijke wijze microgeëmbosseerde strip als hierboven beschreven werd onderworpen aan een secundaire ionen-spectrumanalyse met looptijdmethode (TOF-SIMS) met gebruik van een gepulseerde 25 keV Ga* primaire ionenstraal, met een straaldiameter van ca. 1 micron, gerasterd over een oppervlak van 400x400 micron. Hieruit bleek een uniforme siliconenverdeling over de voering, zowel op als naast de microgeëmbosseerde richelgebieden.

De drukgevoelige kleefstofoplossing 1 werd als coating op elke microgeëmbosseerde verwijderstrip aangebracht en gedurende 10 minuten gedroogd bij 66°C om een kleeffolie van ca. 32 micron dik te vormen. Er werd een controlemonster geprepareerd met gebruik van een soortgelijke strip die niet was voorzien van microgeëmbosseerde richels. De blootgestelde kleefstofkant daarvan werd op kamertemperatuur gelamineerd tot een 46 micron dikke witte flexibele geplastificeerde en vormvolgende vinyl (PVC) folie identiek aan die zoals gebruikt in 3M™ Controltac™ *Plus* Graphic Marking Film Series 180-10. Voor het lamineren werd gebruik gemaakt van een Vanquisher rollaminator (Stoughton Machine and Manufacturing Co., Inc., Stoughton Wisconsin) bij een manometerdruk van 200 kPa (30 psi) en een snelheid van ca. 2,5 cm/seconde om een in essentie vlakke constructie te verkrijgen. Na verwijdering van de verwijderstrip was het blootgestelde drukgevoelige kleefstofoppervlak voorzien van doorlopende verzonken

microkanalen en kruisingen (overeenkomend met de microrichels van de verwijderde verwijderstrip). De gemiddelde kanaalafmetingen staan vermeld in de onderstaande tabel. Uit de resultaten bleek dat via de kanalen luchtbellen en grote luchtblazen gemakkelijk met de hand konden worden weggedrukt tijdens of na aanbrengen van de folie op een oppervlak. Derhalve konden de folies veel sneller worden aangebracht dan de controlefolie, terwijl het uniforme aanzien van de aangebrachte grafische folie behouden bleef. De monsters hechtten goed aan de substraten en vertoonden geen ongewenste randverheffing. Het controlemonster zonder microkanalen moest met meer nauwkeurigheid worden aangebracht, omdat anders luchtbellen en een ongelijkmatig uitziende afbeelding ontstonden. Onder de aangebrachte controlefolie ingesloten luchtbellen konden niet worden weggedrukt.

Tabel 1. Gegevens voor Voorbeelden 1-4

| | Voorbeeld 1 | Voorbeeld 2 | Voorbeeld 3 | Voorbeeld 4 |
|---|---|---|---|---|
| Nominale groefbreedte gegraveerde rol (micron) | 75 | 75 | 75 | 0 |
| Nominale groefdiepte gegraveerde rol (micron) | 50 | 25 | 25 | 0 |
| Onderlinge groefafstand gegraveerde rol (mm) | 2.5 | 0.77 | 0.77 | 0 |
| Ingestelde temperatuur gegraveerde rol (°C) | 110 | 104 | 110 | geen embossering |
| Ingestelde temperatuur siliconenrol (°C) | 121 | 113 | 121 | geen embossering |
| Breedte voeringrichel (micron) | 220 | 190 | 225 | 0 |
| Hoogte voeringrichel (micron) | 28 | 30 | 25 | 0 |
| Kanaalbreedte drukgevoelige kleefstof (micron) | 195-240 | 150-190 | 200-220 | 0 |
| Kanaaldiepte drukgevoelige kleefstof (micron) | 23-30 | 23-25 | 15-19 | 0 |
| Beoordeling schuifproef | 4 (poor) | 4 (poor) | 4 (poor) | 4 (poor) |
| Beoordeling proef met warme aanbrenging | "good" | "good" | "good" | "poor" |
| Resultaten proef met klinknagelpaneel | 30 seconds | 10 seconds | 10 seconds | 39 mm after 5 min. |

poor = slecht good = goed
seconds = seconden after 5 min. = na 5 min.

Voorbeeld 5

Een voering werd microgeëmbosseerd volgens de algemene procedure van Voorbeelden 1-3 teneinde een matrix van richels te verkrijgen soortgelijk aan Voorbeelden 1-3, maar met richelafmetingen van ca. 165 micron breed, 25-30 micron hoog en een onderlinge richelafstand van 2,5 mm (van een gegraveerde rol met een diameter van 15 cm met nominale groefafmetingen van 75 micron breed en 50 micron diep, onderlinge groefafstand 2,5 mm). De ingestelde punttemperaturen van de olieverwarmers waren 113°C voor de siliconenrol en 107°C voor de gegraveerde rol. De rollen werden met luchtcilinders samenperst met een knijpkracht van ca. 22 N/mm. De verwijderstrip werd door deze opstelling geleid met een snelheid van ca. 1,6 cm/sec. De drukgevoelige kleefstofoplossing 7 werd als smeltlijmcoating aangebracht op de voering bij een temperatuur van 218°C teneinde een nominaal 35 micron dikke drukgevoelige kleefstoflaag te verkrijgen. Uit analyses bleek dat de warm geperste drukgevoelige kleefstof de oppervlakken tussen de richels had gevuld en zich goed rond en over de richels had gevoegd. Een geplastificeerde witte PVC-folie (beschreven in Voorbeelden 1-4) van 46 micron werd op de blootgestelde drukgevoelige kleefstoflaag op de voering gelamineerd. De folieconstructie kreeg in de proef met warme aanbrenging de beoordeling "goed" en bij de proef met het ingedeukte paneel de beoordeling 4 (uitstekend).

Voorbeelden 6-8

Een polypropyleenfolie met een basisgewicht van ca. 68 g/m$^2$ werd microgeëmbosseerd op een van groeven voorziene gekoelde metalen rol teneinde twee elkaar kruisende reeksen parallelle richels te verkrijgen die in essentie vlakke vierkante of ruitvormige gebieden tussen de richels vormen. Het via microembossering aangebrachte oppervlak werd ten behoeve van lossing voorzien van een siliconencoating. De drukgevoelige kleefstofoplossing 5 werd als coating aangebracht op de van richels voorziene verwijderstrip en gedroogd op 66°C om een ca. 64 micron dikke laag drukgevoelige kleefstof te verkrijgen. Na lamineren van de aangegeven vormvolgende folie werd de drukgevoelige folie geëvalueerd door middel van de luchtdoorlatendheidproef.

Uit de resultaten, samengevat in onderstaande tabel, bleek de gewenste eigenschap van luchtdoorlatendheid, waardoor kleine en grote bellen konden worden weggedrukt tijdens of nadat de grafische folie was aangebracht. De monsters werden aangebracht op glasplaten en na diverse dagen op kamertemperatuur maakten de drukgevoelige kleefstoflagen niet volledig contact met het glas in de verzonken kanaalgebieden (d.w.z. de kanalen bleven open). Na van het substraat te zijn verwijderd en opnieuw te zijn aangebracht bleken de monsters luchtdoorlatende eigenschappen te vertonen.

Tabel 2. Gegevens voor Voorbeelden 6-8

| | Vormvolgende folie | Voering-onderlinge kanaalafstand in drukgevoelige kleefstof (mm) | Nominale voeringrichelhoogte (micron) | Kanaalbreedte in drukgevoelige kleefstof | Oppervlakteaanzien | Proef met klinknagelpaneel | Proef met luchtdoorlatendheid |
|---|---|---|---|---|---|---|---|
| Voorbeeld 6 | 178 micron Teslin (van PPG) | 1.27 | 50 | 0.4 mm | Redelijk | 15-20 sec. | 17 sec. (175g, 5 cm roller) 43 sec. (2.4 kg, 4.5 cm roller) |
| Voorbeeld 7 | 46 micron geplastificeerd PVC | 2.54 | 50 | 0.3 mm | Slecht | 15 sec. | 6 sec. (175g, 5 cm roller) |
| Voorbeeld 8 | 46 micron | 2.54 | 13 | 0.3 mm | Aanvaardbaar | - | 30 sec. (2.4 kg, 4.5 cm roller) |

Voorbeelden 9-33

Een verwijderstrip zoals beschreven in Voorbeelden 1-4 werd microgeëmbosseerd met kleine putjes op de glanzende zijde met siliconencoating en de putjes werden gevuld met fijne glasparels volgens de procedure beschreven in U.S. Octrooi nummer 5.362.516. De putjes hadden een diameter van ca. 70 micron en waren 18-19 micron diep in een vierkant raster met een tussenruimte van 300 micron. In de verwijderstrip werd een tweede patroon geëmbosseerd door de verwijderstrip door een rol van siliconenrubber van 85 durometer en een gegraveerde metalen rol te voeren. Het gegraveerde patroon bestond uit verzonken lijnen (microgroeven) met afmetingen van ca. 80 micron breed en 24 micron diep. De groeven hadden een onderlinge afstand van 1,3 mm en vormden een vierkant raster waarin de groeven een hoek van 45 graden maakten met de omtrek van de rol. De ingestelde punttemperaturen van de olieverwarmers bedroegen 110°C voor de siliconenrol en 104°C voor de gegraveerde rol. De rollen werden met luchtcilinders samengedrukt met een knijpkracht van ca. 22 N/mm. De verwijderstrip werd door deze opstelling gevoerd met een snelheid van ca. 1,6 cm/sec. Hierdoor ontstond een patroon van doorlopend elkaar kruisende richels aan de zijde met de glanzende siliconencoating van de verwijderstrip. De vormen van de richels waren soortgelijk aan de richels zoals beschreven in Voorbeelden 1-3. De richels waren gemiddeld ca. 85 micron breed, 18-19 micron hoog en hadden dezelfde onderlinge afstand als het gegraveerde patroon. De kruisingen van de richels waren gemiddeld 16-19 micron hoog. Dit patroon werd aangebracht boven op het eerste microgeëmbosseerde patroon en veroorzaakte geen belangrijke verandering in het eerste patroon, behalve waar individuele putjes terechtkwamen bovenop of aan de zijkant van een richel (zie de figuren 1 en 2). De voering werd onderworpen aan een secundaire ionen-spectrumanalyse met looptijdmethode (TOF-SIMS) zoals in de Voorbeelden 1-4. Hieruit bleek een uniforme siliconenverdeling over de voering, zowel op als naast de microgeëmbosseerde richelgebieden.

De aangegeven drukgevoelige kleefstof werd als coating aangebracht op de dubbel microgeëmbosseerde verwijderstrip, die vervolgens gedurende 10

minuten werd gedroogd bij 66°C om een doorlopend kleverige agressieve drukgevoelige kleefstoflaag te vormen. De dikte van de gedroogde drukgevoelige kleefstoflagen bedroeg bij benadering: 30 micron voor kleefstof 1, 28 micron voor kleefstof 2, 36 micron voor kleefstof 4 en 23 micron voor kleefstof 6. De blootgestelde kant van de kleefstoffolie op de dubbel microgeëmbosseerde verwijderstrip werd gelamineerd op in essentie ondoordringbare flexibele folies met behulp van een rollaminator zoals beschreven in Voorbeelden 1-3. De folies bestonden uit 46 micron dik geplastificeerd wit PVC zoals beschreven in Voorbeelden 1-3, 100 micron dik geplastificeerd wit PVC, 48 micron dik transparant poly(ethyleen tereftalaat), 100 micron dik polyethyleenfolie en ondoorlatend 15 micron dik aluminiumfolie. De folies waren in verschillende mate vormvolgend. De polyester- en aluminiumfolies hadden onvoldoende rek om te worden geëvalueerd door middel van de proef met het ingedeukte paneel. De drukgevoelige kleefstoffen hadden gemiddelde gemeten kanaalafmetingen van ca. 80 micron breed en ca. 15-18 micron diep en een uniforme verdeling van uitstekende hoopjes glasparels van 8-12 micron hoog, overeenkomend met de putjes op de strip. Ten behoeve van vergelijking werden twee typen controlemonsters gebruikt: een type controlemonster werd geprepareerd uit een "voering met alleen putjes" (d.w.z. hetzelfde voeringmateriaal had alleen de gevulde putjes van de eerste embossering, maar geen bij de tweede embossering aangebrachte richels); de controlemonsters van het tweede type waren constructies van de Voorbeelden 1-3 geprepareerd van "voeringen met alleen richels" zonder de putjes van de eerste embossering.

De resulterende folie/drukgevoelige kleefstoflaminaten werden geëvalueerd met de proef met warme aanbrenging/hernieuwde aanbrenging, de proef met het ingedeukte paneel, de proef met het klinknagelpaneel en de schuifproef voor manipuleerbaarheid. De pelproef werd uitgevoerd op representatieve monsters om het bij de gebruikte drukgevoelige kleefstoffen waargenomen kleefvermogen aan te geven (van matig tot hoog). Na 7 dagen bij 66°C werden de monsters verwijderd en onderzocht op de aanwezigheid of afwezigheid van de microkanalen. De resultaten (Tabel 3) geven aan dat de constructies

vervaardigd met de dubbel microgeëmbosseerde voering makkelijker manipuleerbaar zijn (zoals blijkt uit de beoordelingen van de schuifproef van 1-3) dan controlemonsters geprepareerd van de "voeringen met alleen richels" zonder uitstekende hoopjes glasparels (schuifproefbeoordeling van 4 - slecht). De resultaten tonen tevens de laterale (X-Y-dimensies) luchtdoorlatendheideigenschappen van de monsters met microkanalen in vergelijking met de minimale luchtdoorlatendheideigenschappen bij controlemonsters geprepareerd van de "voeringen met alleen putjes".

De monsters werden ook aangebracht met vingerdruk of met een PA-1 Hand Applicator op vlakke substraten. Monsters met de drukgevoelige kleefstoflaag met microkanalen vereisten geen speciale aanbrengingtechniek, konden gemakkelijk worden aangebracht en resulteerden in gelijkmatig aangehechte grafische folies met praktisch geen opgesloten luchtbellen. Alle opzettelijk door buiging van de folie gevormde luchtblazen konden tijdens of na de aanbrenging gemakkelijk worden weggedrukt. Voor het verwijderen van luchtblazen was het niet nodig om de luchtblaas als een bobbel in de folie naar de rand van het monster te drukken (d.w.z. zodat bij het bewegen van de blaas de drukgevoelige kleefstof in naastgelegen gebieden moest lossen). Uit de resultaten blijkt tevens dat de lucht werd verdreven in laterale richting (X-Y-dimensies), dat geen z-as luchtafvoer via de folies nodig was en dat de grafische folie niet van het substraat hoefde te worden gelicht. Alle monsters hechtten goed aan de substraten en vertoonden geen tekenen van ongewenste randverheffing. Ter vergelijking, bij de controlemonsters die waren geprepareerd van de "voering met alleen putjes" moest met grote voorzichtigheid te werk worden gegaan om te voorkomen dat vele luchtbellen werden opgesloten. De opgesloten luchtbellen en -blazen bij de controlemonsters die waren geprepareerd van de "voering met alleen putjes" konden niet worden gladgestreken zonder de afbeelding op te lichten en de bel onder de folie naar de rand van het monster te drukken door loslaten van de drukgevoelige kleefstof. Dit laatstgenoemde proces was moeilijk bij veel van de drukgevoelige kleefstoffen.

Monsters van Voorbeeld 9 en Controlevoorbeeld 10 werden onderworpen aan de luchtdoorlatendheidproef. Bij Voorbeeld 9 duurde de proef 139 seconden, terwijl bij Controlevoorbeeld 10 geen belangrijke drukval kon worden waargenomen na 5,26 X $10^{6}$ seconden (langer dan 6 dagen).

Een vierkant monster van 7,5 bij 7,5 cm van Voorbeeld 14 werd onderworpen aan de proef met warme aanbrenging/hernieuwde aanbrenging. Het aangebrachte monster werd van de opstelling afgepeld en 7 maal opnieuw aangebracht en telkens was er sprake van een uitstekende uniforme aanbrenging zonder opgesloten luchtbellen. De folie met de daarop aangebrachte drukgevoelige kleefstof van Voorbeeld 27 werd op soortgelijke wijze 30 maal opnieuw aangebracht met dezelfde uitstekende resultaten.

Het oppervlakteprofiel van de foliezijde van de laminaatconstructie van Voorbeeld 9 (met gebruik van een voering met microrichels van ca. 18-19 micron hoog) vertoonde bij vergelijking met het oppervlakteprofiel van Voorbeeld 10 (eerste controletype zonder microrichels in de voering) geen sporen van doordruk van het microgeëmbosseerde patroon door de dunne vormvolgende vinylfolie. De oppervlaktetopografie van de foliezijde van beide constructies varieerde ca. 2 micron van de laagste tot de hoogste punten.

Tabel 3. Gegevens voor Voorbeelden 9-33

| Voorbeeld | Drukgevoelige kleefstofoplossing | Folie (maat in µm) | Voering met richels van tweede micro-embossering | Pelproef, gelakt paneel N/2,54 cm breed | | | Beoordeling schuifproef | Beoordeling proef met warme aanbrenging/hernieuwde aanbrenging | Beoordeling proef met ingedeukt paneel | Resultaten proef met klinknagelpaneel |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 uur CTH | 7 dagen 66°C | Kanalen op gepeld monster? | | | | |
| 9 | 1 | PVC (46) | Ja | 21 | 29 | Ja | 1-2 | "goed" | 4 | 30 sec. |
| 10 | 1 | " | Nee | | | | 1 | "slecht" | 0 | 37 mm na 5 min. |
| 11 | 1 | PVC (100) | Ja | | | | 3 | "goed" | 3 | 30 sec. |
| 12 | 1 | " | Nee | | | | 2-3 | "slecht" | 0 | 42 mm na 5 min. |
| 13 | 1 | PET (46) | Ja | 12 | 22 | Ja | 2 | "goed" | - | 45 sec. |
| 14 | 1 | " | Nee | | | | 3 | "slecht" | - | 38 mm na 5 min. |
| 15 | 1 | polyolefin (100) | Ja | | | | 2 | "goed" | 1-3 | 35 sec. |
| 16 | 1 | " | Nee | | | | 1-2 | "slecht" | 0 | 39 mm na 5 min. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | aluminum (15) | Yes | | | | 1 | "good" | - | 5-10 sec. |
| 18 | 2 | PVC (46) | Yes | 12 | 17 | No | 1-2 | "good" | 1-2 | 15 sec. |
| 19 | 2 | " | No | | | | 1-2 | "poor" | 0 | 35 mm after 5 min. |
| 20 | 2 | PVC (100) | Yes | | | | 1-2 | "good" | 3 | 35 sec. |
| 21 | 2 | PET (48) | Yes | 7 | 12 | No | 1-2 | "good" | - | 25 sec. |
| 22 | 2 | Polyolefin (100) | Yes | | | | 1-2 | "good" | 2 | 15 sec. |
| 23 | 2 | " | No | | | | 1 | "poor" | 0 | 44 mm after 5 min. |
| 24 | 4 | PVC (46) | Yes | 23 | 34 | No | 3 | "good" | 3 | 10 sec. |
| 25 | 4 | " | No | | | | 2 | "poor" | 0 | 35 mm after 5min. |
| 26 | 4 | PVC (100) | Yes | | | | 2 | "good" | 3 | 11 sec. |
| 27 | 4 | PET (48) | Yes | 4.1 | 5.0 | No | 3 | "good" | - | 18 sec. |
| 28 | 4 | Polyolefin (100) | Yes | | | | 2 | "good" | 3 | 13 sec. |
| 29 | 6 | PVC (46) | Yes | 12 | 13 | Yes | 2 | "good" | 4 | 30 sec. |
| 30 | 6 | " | No | | | | 1 | "poor" | 0 | 38 mm after 5 min. |

Yes=Ja No=Nee "good"=goed "poor"=slecht after=na aluminum=aluminium

0951518



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 6 | PVC (100) | Yes | | | | 2 | "good" | 4 | 25 sec. |
| 32 | 6 | PET (48) | Yes | 6 | 10 | Yes | 2 | "good" | [illegible] | 60-90 sec. |
| 33 | 6 | olefin (100) | Yes | | | | 2 | "good" | 4 | 40 sec. |

Yes=Ja "good"=goed

0951518

Voorbeelden 34-42

Folieconstructies werden geprepareerd volgens de procedure van Voorbeeld 9 met gebruik van verschillende met een gegraveerde rol aangebrachte groefafmetingen of -patronen en embosseeromstandigheden. Het gegraveerde groevenpatroon op de embosseerrollen gebruikt voor Voorbeelden 34-41 was een vierkant raster georiënteerd zoals in Voorbeeld 9 en bestond bij Voorbeeld 42 uit een reeks onderling verbonden zeshoeken in een "honingraat" opstelling in plaats van vierkanten. De onderlinge afstand bij de laatstgenoemde werd gemeten tussen de parallelle zijden van de zeshoeken. De microgeëmbosseerde voeringrichels hadden dezelfde onderlinge afstand als de met de rol gegraveerde kanalen. Het coating- en lamineerproces was hetzelfde als in Voorbeeld 9 voor drukgevoelige kleefstofoplossing 1 en Voorbeeld 5 voor drukgevoelige kleefstofoplossing 7.

Tabel 4. gegevens voor Voorbeelden 34-42

| | Vb. 34 | Vb. 35 | Vb. 36 | Vb. 37 | Vb. 38 | Vb. 39 | Vb. 40 | Vb. 41 | Vb. 42 |
|---|---|---|---|---|---|---|---|---|---|
| Drukgevoelige kleefstofoplossing of hars | 1 | 7 | 1 | 7 | 1 | 1 | 1 | 1 | 1 |
| Rasterindeling, square=vierkant, hexagon=zeshoek | square | square | square | square | square | square | square | square | hexagon |
| Onderlinge kanaalafstand (mm) | 2.5 | 2.5 | 1.3 | 1.3 | 1.3 | 1.3 | 0.8 | 0.8 | 2.5 |
| Kanaalbreedte drukgevoelige kleefstof (micron) | 150 | 120 | 130 | 140 | 80 | 105 | 130 | 105 | 500 bimodal |
| Kanaaldiepte drukgevoelige kleefstof (micron) | 20 | 18 | 20 | 10 | 15 | 7 | 20 | 19 | 16 |
| Beoordeling schuifproef | 1 | 3.5 | 3.5 | 2.5 | 2 | 2 | 4 | 3.5 | 1 |
| Beoordeling proef met warme aanbrenging/ hernieuwde aanbrenging "good"=goed "fair"=redelijk bimodal=bimodaal | "good" | "fair" | "good" | "good" | "good" | "good" | "good" | "good" | "good" |
| Beoordeling proef met ingedeukt paneel | 3.5 | 3 | 3.5 | 4 | 4 | 4 | 3.5 | 3 | 4 |

Voorbeelden 43-49.

Een verwijderstrip bestaande uit papier (ca. 114 micron), polyethyleen (ca. 25 micron) met een matte afwerking aan de achterzijde, polyethyleen (ca. 25 micron) met een glanzende afwerking aan de voorzijde en een siliconencoating aan de glanzende zijde werd microgeëmbosseerd met kleine putjes en de putjes werden gevuld met fijne glasparels zoals beschreven in US Octrooi 5.362.516. De putjes hadden een diameter van ca. 100 micron en waren 22 micron diep in een vierkant raster met een tussenruimte van 300 micron. Vervolgens werden de voeringen geëmbosseerd volgens de methoden van Voorbeelden 1-3 behalve dat de voering van Voorbeeld 43 niet werd microgeëmbosseerd en geen doorlopende richels had. De voeringen van de Voorbeelden 45, 46 en 49 hadden richels waarvan de vorm gelijksoortig was aan die van Voorbeelden 1-3 met de onderlinge afstand en oriëntatie zoals aangegeven in onderstaande Tabel 5. De voeringen van Voorbeelden 44, 47 en 48 hadden bimodale richels met een groef in het midden van de richel die niet zo diep was als de richelhoogte aan de randen van de richel. Voor Voorbeelden 43-48 werd drukgevoelige kleefstofoplossing 1 als coating aangebracht op de voering en gedroogd bij 66°C en gelamineerd op gegoten geplastificeerde witte 46 micron PVC-folie. Voor Voorbeeld 49 werd drukgevoelige kleefstofoplossing 3 gebruikt. Microscopie toonde duidelijk beide uitstekende hopen die zorgden voor de schuiffunctie en de verzonken elkaar kruisende kanalen in de blootgestelde drukgevoelige kleefstoflagen na verwijdering van de voering. De Voorbeelden 44, 47 en 48 toonden bimodale kanalen met een ondiep centrum naast diepere holten. De gemiddelde gemeten kanaalbreedten bestaan uit de gecombineerde afstand tussen de buitenranden en de diepten van de kanalen werden vastgesteld in de diepste valleigedeelten van de kanalen. De resultaten zijn samengevat in de volgende tabel:

Tabel 5. Gegevens voor Voorbeelden 43-49

| Voorbeeld | 43 | 44 | 45 | 46 | 47 | 48 | 49 |
|---|---|---|---|---|---|---|---|
| Temp. gegraveerde rol (°C) | - | 107 | 111 | 111 | 110 | 110 | 107 |
| Temp. siliconen rol (°C) | - | 121 | 116 | 116 | 116 | 116 | 121 |
| Knijpkracht (N/mm) | - | 11 | 11 | 11 | 11 | 11 | 16.5 |
| Nominale kanaalbreedte gegraveerde rol (micron) | - | 76 | 51 | 51 | 127 | 127 | 76 |
| Richelhoek t.o.v. rolomtrek (graden) | - | 45 | 0 | 0 | 45 | 45 | 45 |
| Breedte voeringrichel (micron) | 0 | 150-160 | 100 | 100 | 250 | 250 | 150-160 |
| Hoogte voeringrichel (micron) | 0 | 18-20 | 10-18 | 10-15 | 15-20 | 15-20 | 15-20 |
| Dikte drukgevoelige kleefstof (micron) | 32 | 30 | 48 | 33 | 41 | 30 | 25 |
| Afstand voeringrichel/kanaal in drukgevoelige kleefstof (mm) | 0 | 0.77 | 0.77 | 0.77 | 1.27 | 1.27 | 0.77 |
| Kanaaldiepte drukgevoelige kleefstof (micron) | 0 | 14 | 14 | 9 | 10 | 13 | — |
| Kanaalbreedte drukgevoelige kleefstof (micron) | 0 | 170 | 87 | 75 | 220 | 250 | — |
| Klinknagelpaneelproef "after"=na | 40 mm after 5 min. | 10 sec. | 20 sec | 30 sec | 25-30 sec | 30 sec | 20 sec |
| Luchtdoorlatendheidproef-175g/5cm rol (sec) | >3600 | < 1 | 40 | — | 21 | — | — |
| Luchtdoorlatendheidproef-1235g/7,5cm rol (sec) | >173000 | <1 | 50 | — | 22 | — | 31sec |
| Proef met klinknagelpaneel met ribbels | poor | very good | fair-good | fair-good | fair | fair-good | — |

poor=slecht very good=zeer goed fair good=redelijk goed fair=redelijk

Voorbeelden 50-58.

Gelamineerde folieconstructies werden geprepareerd volgens de algemene procedures van Voorbeelden 9 en 44 met gebruikmaking van een verwijderstrip gemaakt van dubbel microgeëmbosseerd met polyethyleen gecoat poly(ethyleentereftalaat) (PET) of met polyethyleen gecoat papier met een siliconen verwijdercoating. De drukgevoelige kleefstof en folie was dezelfde als die in Voorbeeld 9. Het patroon en de oriëntatie van de twee reeksen elkaar kruisende parallelle richels op de voering en de bijbehorende microkanalen van de drukgevoelige kleefstof staan aangegeven in onderstaande tabel. De resulterende kanaalafmetingen van de drukgevoelige kleefstoflaag werden veranderd door de groefafmetingen te wijzigen van de gegraveerde plaat die werd gebruikt voor het embosseren van de verwijderstrip of door de embosseeromstandigheden te wijzigen (temperatuur en druk). De resultaten van de evaluaties staan vermeld in onderstaande tabel.

Tabel 6. Gegevens voor Voorbeelden 50-58

| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 |
|---|---|---|---|---|---|---|---|---|---|
| Voorbeeld | PET | PET | PET | PET | PET | PET | PET | paper | paper |
| Type voering | square | square | square | square | square | square | square | diamond | square |
| Oriëntatie* | 45° | 45° | 45° | 45° | 45° | 45° | 45° | 30° | 0° |
| Kanaalafstand (mm) | 2.5 | 2.5 | 2.5 | 2.5 | 1.3 | 1.3 | 1.3 | 2.5 | 0.8 |
| Kanaalbreedte drukgevoelige kleefstof (micron) | 120 | 110 | 100 | 90 | 100 | 95 | 110 | 450 (bimodaal kanaal) | 75 |
| Kanaaldiepte drukgevoelige kleefstof (micron) | 12 | 11 | 8 | 7 | 7-11 | 6-9 | 5-8 | 10 | 6-9 |
| Pinhoogte (µm) | 5-9 | 7-9 | 7-10 | 6-10 | 10-13 | 8-10 | 10-13 | up to 16 | 13-18 |
| Proef met warme aanbrenging/hernieuwde aanbrenging | 2 | 1-2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 |
| Proef met ingedeukt paneel | 3 | 2 | 1-2 | 1 | 3 | 2-3 | 0 | 0 | 0-1 |
| Proef met klinknagelpaneel | — | — | — | — | 90 sec. | 120 sec. | 195 sec. | 20 sec. | 30 sec. |
| Schuifproef | 1 | 2 | 2 | 2 | 2 | 2-3 | 1-2 | 1 | 1 |

*Oriëntatie t.o.v. rolomtrek
paper=papier square=vierkant diamond=ruit up to=t/m

Voorbeelden 59-66

De voering met microrichels uit Voorbeeld 9 werd gecoat met drukgevoelige kleefstofoplossing 1 zoals in Voorbeeld 9 bij verschillende dikten zoals afgebeeld in Tabel 7 en gelamineerd op 46 micron dik geplastificeerde witte PVC-folie. In alle gevallen was sprake van goede aanbrengingeigenschappen

ongeacht de dikte van de kleefstof. Verrassenderwijze bleven de microkanalen voor vloeistofuittreding aanwezig, ongeacht de dikte van de kleefstof.

Tabel 7. Gegevens voor Voorbeelden 59-66

| Voorbeeld | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 |
|---|---|---|---|---|---|---|---|---|
| Nominale dikte van drukgevoelige kleefstof 1 (micron) | 18 | 25 | 30 | 36 | 43 | 46 | 51 | 58 |
| Proef met warme aanbrenging/ hernieuwde aanbrenging | "good" | "good" | "good" | "good" | "good" | "good" | "good | "good" |

"good"=goed

Voorbeeld 67

Er werden monsters gesneden uit de voering/drukgevoelige kleefstof/folieconstructies van de Voorbeelden 9, 13, 18, 21, 24, 27, 29 en 32. De glasplaten werden gereinigd met reinigingsmiddel, gespoeld met water en gedroogd met een papieren handdoek. Stukken (7,5, cm bij 7,5 cm) van de eerste reeks foliemonsters werden gesneden, afgepeld van de verwijderstrip met microrichels en aangebracht op het glas met behulp van een 7,5 cm brede rol van 40 durometer met een gewicht van 1235 g. De breedte van de "kanalen" die geen contact maakten met het glas werd bepaald met behulp van microscopisch onderzoek door het glas. Het oppervlaktepercentage van de open kanalen relatief ten opzichte van het totale contactgebied van het monster met het glazen raakvlak werd berekend uit de breedtes van de kanalen, de onderlinge kanaalafstanden en het geschatte percentage nog steeds open oorspronkelijke kanalen. De glasplaatpanelen met de daaraan gekleefde monsters werden geplaatst in een ruimte van 22°C en een relatieve vochtigheid van 50% of in een oven van 66°C (CTH). Na de aangegeven monstertijden werden de kanalen onderzocht om te zien of de meeste open en doorlopend waren gebleven en bij benadering werd het oppervlak van de kanalen berekend. Toen in deze voorbeelden het berekende

oppervlaktepercentage verminderde tot ca. 5% of minder hadden individuele kanalen de neiging om op willekeurige wijze afgesloten te raken, waardoor de oppervlaktebedekking moeilijk meetbaar werd. Een berekening van 0% geeft aan dat in feite geen kanalen meer over waren.

Tabel 8. Gegevens voor Voorbeeld 67

| | | | % gebied als open microkanalen op glazen raakvlak | | | | |
|---|---|---|---|---|---|---|---|
| Monster van | Drukgevoelige kleefstof | Folie | 1 uur bij CTH | 24 uur bij CTH | 8 dagen bij CTH | 24 uur bij 66° C | 8 dagen bij 66°C |
| Vb. 9 | 1 | PVC (46 micron.) | 14 | 11 | 11 | 11 | 11 |
| Vb.13 | 1 | PET (48 micron ) | 11 | 11 | 11 | 10 | 10 |
| Vb. 18 | 2 | PVC | 10 | <5 | 0 | 0 | 0 |
| Vb. 21 | 2 | PET | 11 | 5 | <1 | 0 | 0 |
| Vb. 24 | 4 | PVC | 12 | 12 | 12 | 7 | 0 |
| Vb. 27 | 4 | PET | 10 | 12 | 12 | 10 | <5 |
| Vb. 29 | 6 | PVC | 12 | 12 | - | 10 | 9 |
| Vb. 32 | 6 | PET | 12 | 12 | - | 11 | 10 |

Voorbeeld 68

Er werden monsters gesneden uit de voering/drukgevoelige kleefstof/folieconstructies van de Voorbeelden 9, 13, 18, 21, 24, 29 en 32 (met gebruik van 46 micron PVC- of 48 micron PET-folies). De stukken werden onderworpen aan de proef met warme aanbrenging/hernieuwde aanbrenging en de schuifproef en werden geregistreerd als de beginresultaten. De voeringen met microrichels werden verwijderd en de foliemonsters werden gelamineerd op een relatief gladde verwijderstrip van met siliconen gecoat papier met behulp van een Vanquisher rollaminator met een druk van 200 kPa (30 psi) en een snelheid van ca. 2,5 cm/sec. Voor de Voorbeelden 18 en 24 werden tevens controlemonsters geëvalueerd waarop de microrichels nog op de voering aanwezig waren. De monsters werden gedurende 1 week in een oven van 66°C

geplaatst en vervolgens uit de oven genomen om op kamertemperatuur te komen. De verwijderstrip werd verwijderd en de drukgevoelige kleefstof werd onderzocht op de aanwezigheid van in essentie doorlopend onderling verbonden microkanalen. Vervolgens werden de monsters onderworpen aan de schuifproef en aan de proef met warme aanbrenging.

Tabel 9. Gegevens voor Voorbeeld 68

| Monster uit | Drukgevoelige kleefstof | | Eerste resultaten voor omwisseling van voering | | | Monsters met omgewisselde voering na 7 dagen op 66°C | | | Controlemonsters met voeringen met microrichels na 7 dagen op 66°C | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Beoordeling schuifproef | Kanalen aanwezig? | Beoordeling warme aanbrenging/hernieuwde aanbrenging | Beoordeling schuifproef | Kanalen aanwezig? | Beoordeling warme aanbrenging/hernieuwde aanbrenging | Beoordeling schuifproef | Kanalen aanwezig? | Beoordeling warme aanbrenging/hernieuwde aanbrenging |
| Vb. 9 | 1 | PVC | 1-2 | Yes | "good" | 4 | Yes | "good" | - | - | - |
| Vb. 13 | 1 | PET | 2 | Yes | "good" | 4 | Yes | "good" | - | - | - |
| Vb. 18 | 2 | PVC | 1-2 | Yes | "good" | 4 | No | "poor" | 1 | Yes | "good" |
| Vb. 21 | 2 | PET | 1-2 | Yes | "good" | 4 | No | "poor" | - | - | - |
| Vb. 24 | 4 | PVC | 3 | Yes | "good" | 4 | No | "poor" | 1 | Yes | "good" |
| Vb. 29 | 6 | PVC | 2 | Yes | "good" | 4 | Yes | "good" | - | - | - |
| Vb. 32 | 6 | PET | 2 | Yes | "good" | 4 | Yes | "good" | - | - | - |

"good"=goed "poor"=slecht Yes=Ja No=Nee

Voorbeelden 69-72

Drukgevoelige kleefstofoplossing 9 en drukgevoelige kleefstofoplossing 10 werden elk apart gecoat op de verwijderstrip met microrichels zoals beschreven in Voorbeeld 9 en 10 minuten gedroogd op 66°C om overeenkomende drukgevoelige kleefstoflagen van 37 micron en 32 micron dikte te verkrijgen. Een geplastificeerde witte PVC-folie van 46 micron werd op de blootgestelde drukgevoelige kleefstofoppervlakken gelamineerd. Op gelijksoortige wijze werden controlemonsters geprepareerd met gebruik van de voering uit Voorbeeld 10 met alleen gevulde putjes van de eerste embossering. De gegevens in onderstaande tabel tonen een verbeterde aanbrenging van de voorbeelden van de uitvinding in vergelijking met de controlemonsters.

Tabel 10. Gegevens voor Voorbeelden 69-72

| Vb. | Drukgevoelige kleefstofoplossing | Voering met in tweede embossering aangebrachte richels | Beoordeling schuifproef | Beoordeling proef met warme aanbrenging/ hernieuwde aanbrenging | Beoordeling proef met ingedeukt paneel | Resultaten proef met klinknagelpaneel |
|---|---|---|---|---|---|---|
| 69 | 9 | Yes | 2 | "good" | 1-2 | 20 sec. |
| 70 | 9 | No | 2 | "poor" | 0 | 36 mm after 5 min. |
| 71 | 10 | Yes | 3 | "fair" | 1 | 20 sec. |
| 72 | 10 | No | 3 | "poor" | 0 | 36 mm after 5 min. |

"good"=goed "poor"=slecht "fair"=redelijk
Yes=Ja No=Nee after=na

Voorbeeld 73

Een verwijderstrip zonder putjes van de eerste embossering werd voorzien van een reeks microrichels zoals beschreven in Voorbeelden 1-3. De micorichels hadden een onderlinge afstand van 1,27 mm, waren ca. 110 micron breed en ca. 15 micron hoog. Een doorzichtige grafische markeerconstructie werd geprepareerd door de voering met microrichels te coaten met drukgevoelige kleefstofoplossing 8, 10 minuten gedroogd op 66°C om een 33 micron dikke laag te verkrijgen en door een 50 micron dikke rode doorzichtige vinylfolie (zoals gebruikt in Scotchcal™ Translucent Film Series 3630-33) op het

blootgestelde oppervlak van de drukgevoelige kleefstoflaag te lamineren. Er werd een controlemonster geprepareerd met gebruik van de voering van Voorbeeld 4. De daaruit ontstane constructies werden van de verwijderstrip gepeld en met een PA-1 Hand Applicator aangebracht op heldere polycarbonaatpanelen. Het controlemonster vertoonde bellen en had een niet-uniform aanzien, in het bijzonder wanneer bekeken vanaf de polycarbonaatzijde terwijl verlicht vanaf de foliezijde. Het monster volgens de onderhavige uitvinding had een uniform aanzien en was visueel acceptabel. De monsters werden gedurende 5 minuten in een oven van 93°C geplaatst. In het monster volgens de onderhavige uitvinding werd geen verandering waargenomen, terwijl het controlemonster meer luchtbellen vertoonde. Andere monsters op polycarbonaat werden gedurende 3 dagen in een oven van 66°C geplaatst. Opnieuw bleek het monster van de huidige uitvinding uniform, terwijl het controlemonster grote blazen vertoonde.

Voorbeeld 74

De folieconstructies van de Voorbeelden 18-23 werden in stukken van 2,5 bij 7,5 cm geknipt. Elk stuk werd los, maar gelijkmatig op een schone glazen verwarmingsplaat van 40°C gelegd en de randen werden met een vinger met ca. 500 g "kracht" aangedrukt om uniform contact te maken met de omtrek van de glazen plaat (van de rand tot ca. 0,5 cm inwaarts). (Dit was dezelfde procedure die werd gebruikt om de proef met de warme aanbrenging/hernieuwde aanbrenging op te zetten.) Elk monster werd vervolgens op de verwarmingsplaat gelaten zonder extra aanbrengingsdruk. De drukgevoelige kleefstoflaag werd de tijd gelaten om te vervloeien op de glasplaat om contact te bieden voor het restant van het monster. Grote luchtbellen werden ingesloten in de controlemonsters zonder microkanalen in de drukgevoelige kleefstoflaag en verhinderden dat de monsters zich vlak en op uniforme wijze hechtten aan de glasplaat. Monsters met microkanalen in de drukgevoelige kleefstoflaag vervloeiden vlak en hechtten zich uniform aan de glasplaat na een monstertijd van minder dan 10 minuten.

Voorbeelden 75-77

De monsters werden geprepareerd volgens de methode in respectievelijk Voorbeelden 38, 39 en 10. Strips materiaal van 2,54 bij 18 cm werden uit het monster gesneden waarbij de lengterichting van de strip overeenkwam met de bewerkingsrichting van het monster. Ongeveer 7,6 cm van de voering werd van een strip verwijderd en de kleefzijde werd aangebracht op stijve substraten met behulp van een 3M PA-1 Hand Applicator. De aanbrengtechniek benadert meer de feitelijke veldtechniek voor het aanbrengen van afbeeldingen. De substraten bestonden uit Alodine A1, Fruehauf witgelakt A1, 3M™ Controltac™ *Plus* Graphic Marking Film Series 180-10 aangebracht op A1 en 3M™ 9270 UV Ink gedrukt op 3M™ Controltac™ *Plus* Graphic Marking Films Series 180-10 aangebracht op A1. De desbetreffende gegevens staan in Tabel 11. De resultaten tonen aan dat in essentie dezelfde peladhesies werden verkregen bij de monsters met drukgevoelige kleefstof met microkanalen en bij de controlemonsters.

Tabel 11. Gegevens voor Voorbeelden 75-77

| | | Pelkracht per 2,5 cm breedte/standaardafwijking (N) | | |
|---|---|---|---|---|
| Substraat | Monsteromstandigheden | Vb. 75 | Vb. 76 | Controle Vb. 77 |
| Aluminium | Geen veroudering | 36/3 | 36/3 | 37/1 |
| " | 21°C, 24 uur | 38/1 | 39/2 | 40/2 |
| " | 66°C, 7 dagen | 40/1 | 39/1 | 40/4 |
| " | 32/90% RH, 14 dagen | 38/1 | 39/4 | 39/1 |
| Gelakt aluminium | Geen veroudering | 24/1 | 24/2 | 25/1 |
| " | 21°C, 24 uur | 28/1 | 29/1 | 29/1 |
| " | 66°C, 7 dagen | 33/1 | 32/3 | 35/1 |
| " | 32°C/90% RH, 14 dagen | 29/1 | 28/3 | 30/1 |
| Controltac™ *Plus* Film | Geen veroudering | 24/1 | 26/2 | 24/1 |
| " | 21°C, 24 uur | 30/1 | 28/1 | 26/1 |
| " | 66°C, 7 dagen | 21/3 | 21/1 | 21/2 |
| Controltac™ *Plus* Film gecoat met UV-inkt | Geen veroudering | 12/1 | 12/2 | 12/1 |
| " | 21°C, 24 uur | 21/1 | 19/1 | 21/1 |
| " | 66°C, 7 dagen | 28/1 | 28/1 | 28/4 |

Voorbeelden 78-83

De monsters werden geprepareerd volgens respectievelijk Voorbeelden 38, 39 en 10, behalve dat bij Voorbeelden 78, 79 en 80 de film die op de gecoate voering werd gelamineerd bestond uit een reflecterende folie zoals gebruikt in 3M™ Scotchlite™ Reflective Sheeting Series 850. Voor de voorbeelden 81, 82 en 83 werd als folie een reflecterende folie gebruikt zoals gebruikt in 3M™ Scotchlite™ Reflective Sheeting Series 690. Een monster van elke reflecterende constructie werd aan een aluminiumpaneel gehecht dat pas was gelakt met een tweecomponenten urethaanlak. De lak was met opzet onvolledig uitgehard. De gelakte panelen met de daarop aangebrachte folie werden een nacht uitgehard, waardoor de urethaanlak $CO_2$ kon afgeven. Na 24 uur werd het aantal blaren geteld dat zich onder de folieconstructie had gevormd. Een uitstekend resultaat zou nul blaren zijn. De gegevens staan in onderstaande tabel. De ontgassingproef toont aan dat de monsters met de drukgevoelige kleefstoflaag met microkanalen uitstekende resultaten gaven, terwijl de controlemonsters blaren vertoonden.

Tabel 12. Gegevens voor Voorbeelden 78-83

| Voorbeeld: | 78 | 79 | 80 | 81 | 82 | 83 |
|---|---|---|---|---|---|---|
| Preparatie: | Vb. 38 | Vb. 39 | Vb. 10 | Vb. 38 | Vb. 39 | Vb. 10 |
| Voering met richels | Yes | Yes | No | Yes | Yes | No |
| Reflecterende folie | 580 | 580 | 580 | 680 | 680 | 680 |
| Blaren per $m^2$ | 0 | 0 | 4500-8000 | 0 | 0 | 4500-8000 |

Yes=Ja No=Nee

Voorbeeld 84

Een folieconstructie van Voorbeeld 9 werd onderworpen aan de proef met koude aanbrenging. Ter vergelijking werd een controlemonster zonder microkanalen getest. Folies volgens de uitvinding kunnen worden aangebracht bij lagere temperaturen zonder dat dit ten koste gaat van het aanzien van de markeringen. De gegevens zijn samengevat in Tabel 13.

Tabel 13. Gegevens voor Voorbeeld 84 en controlemonster

| Aanbrenging-temperatuur (°C) | Aanbrengingge-wicht (kg) | Proef met koude aanbrenging - Voorbeeld 84 | Controlemonster proef met koude aanbrenging |
|---|---|---|---|
| 10 | 6 | 1 | 2 |
| 10 | 4 | 1 | 3 |
| 10 | 2 | 1 | 7 |
| 4.4 | 6 | 1 | - |
| 4.4 | 4 | 1 | 5 |
| 4.4 | 2 | 1 | - |

Voorbeeld 85

Een monster van 12,7 bij 3,8 cm van Voorbeeld 48 werd aangebracht op een dichte Nalgene™ polyethyleenfles (Nalge uit Rochester, NY) met 500 ml benzine. Ook na 2 weken hadden zich geen uitgasblaren afkomstig van de benzine gevormd onder het monster, terwijl zich grote blaren hadden gevormd onder een controlemonster van 3M™ Controlac™ *Plus* Series 180 folie (zonder verzonken kanalen in de drukgevoelige kleefstoflaag). Monsters van Voorbeelden 71 en 72 (50 bij 75 cm) werden op een soortgelijke manier getest. Na 3 dagen vertoonde het monster van Voorbeeld 71 alleen een grote blaar en een paar kleinere blaren, terwijl het controlemonster van Voorbeeld 72 vele grote blaren vertoonde.

Voorbeelden 86-89

De volgende vier voorbeelden illustreren de veelzijdigheid van het gebruik van producten volgens de uitvinding in diverse processen voor het aanbrengen van afbeeldingen.

Voorbeeld 86

Een monster van Voorbeeld 36 werd bedrukt met behulp van het Scotchprint™ warm laminatieproces. Een vooraf bedrukte 3M™ Scotchprint™ 8601 Transfer

Media werd met de bedrukte zijde naar beneden op de vinylfolie geplaatst. De sandwich van microgeëmbosseerde voering, kleefstof, 46 micron dikke vinylfolie en bedrukt siliconenpapier werd door een Scotchprint™ Model "C" warme laminator (3M Co.) gevoerd. De omstandigheden voor de laminator waren: temperatuur 96°C, manometerdruk 440 kPa en een doorvoersnelheid van ca. 1 cm per seconde. Na de laminator te zijn gepasseerd werd het siliconenpapier eraf gepeld waarbij de kleurenafbeelding aan de vinylfolie bleef gehecht. Daarop volgend genoteerde WYKO RST-gegevens toonden aan dat de microkanalen in de drukgevoelige kleefstoflaag een nominale breedte hadden van 80 micron en een gemiddelde diepte van 14 micron. Deze gegevens gaven aan dat het warme laminatieproces de vorm of afmetingen van de microkanalen niet in belangrijke mate veranderde. De vinylfolieconstructie met de afbeelding kreeg in de proef met warme aanbrenging/hernieuwde aanbrenging de beoordeling "goed". Voorts hadden de microkanalen geen nadelige invloed op het overbrengingsproces of op het aanzien van de afbeelding.

Voorbeeld 87

Een grafische folie van Voorbeeld 9 (ca. 25 bij 30 cm) met een daarop aangebrachte drukgevoelige kleefstof werd door middel van zeefdruk bedrukt met behulp van een 3M™ Scotchcal™ UV Screen Printing Ink Series 9700 met een raster van 390, gehard met een American Ultraviolet Co. vacuümbelichtingsraam (Murray Hill, NJ) bij 0,168 J/cm$^2$, via zeefdruk voorzien van een heldere overdruk en opnieuw gehard. De resulterende afbeelding zag er uitstekend uit. Monsters van de afbeelding werden geëvalueerd en hadden uitstekende aanbrengingeigenschappen. De beoordeling van de schuifproef was 2, de beoordeling van de proef met warme aanbrenging/hernieuwde aanbrenging was "goed", de beoordeling van de proef met het ingedeukte paneel was 4 en de proef met het klinknagelpaneel duurde slechts 25 seconden.

Voorbeeld 88

Dit voorbeeld werd geprepareerd volgens de procedures van Voorbeeld 9, behalve dat een met een PET inkjet bedrukbare witte folie van 58 micron met dezelfde inkjet receptorcoating als 3M™ Scotchprint™ 8501 Clear Ink Jet Film werd gebruikt. De constructie werd van een afbeelding voorzien op een Hewlett Packard Design Jet 755 CM inkjetprinter met de instellingen "Best" en "Clear Film Mode". Er ontstond een acceptabele kleurenafbeelding. De folie werd geëvalueerd en kreeg in de proef met warme aanbrenging/hernieuwde aanbrenging de beoordeling "goed" en in de schuifproef een beoordeling van 3.

Voorbeeld 89

Op een snijplaat werden letters (3 en 4 cm hoog) in de drukgevoelige grafische folie van Voorbeeld 9 gesneden. Het gewicht werd zodanig ingesteld dat het mes ook een lichte insnijding in het oppervlak van de verwijderstrip maakte. Het gebied rond de letters kon gemakkelijk worden verwijderd. Op enkele van de folieletters werd met de hand prespace tape (3M™ SCPS-2) gelamineerd. De voering werd verwijderd en de folieletters met de daaraan gehechte prespace tape werden met de hand zonder plastic rolstrijker aangebracht op een helder, glad polycarbonaatpaneel. (In de dagelijkse praktijk resulteert dit proces in een slechtere aanbrenging.) De prespace tape werd eraf gepeld en de letters werden met de hand neergedrukt om een uniforme aanbrenging te verkrijgen zonder zichtbare onder de letters ingesloten bellen. In een proces dat gewoonlijk leidt tot slechte aanbrengingresultaten werden de letters tevens aangebracht zonder gebruik van de prespace tape. Opnieuw werd een uniform contact van de drukgevoelige kleefstof met het paneel bereikt, resulterend in uniform aangebrachte markeringen. Ook werden geen bellen gevormd nadat het paneel gedurende 2 uur in een oven van 66°C was geplaatst.

Voorbeeld 90

De algemene procedure van Voorbeelden 1-3 werd gebruikt om de van meerdere coatings voorziene PET verwijderstrip te embosseren met een metalen rol met een gegraveerd patroon van parallelle elkaar niet kruisende V-groeven van 90 graden (tussenruimte 1,3 mm) georiënteerd parallel aan de omtrek van de rol. Hierdoor ontstond een verwijderstrip met driehoekige

richels van ca. 80 micron breed en 17 micron hoog. Drukgevoelige kleefstof 1 werd als coating op de voering aangebracht en gelamineerd op wit geplastificeerd PVC van 46 micron zoals beschreven in de Voorbeelden 1-3 om een gladde folieconstructie te verkrijgen. Na verwijdering van de voering was de drukgevoelige kleefstoflaag voorzien van parallelle V-groef microkanalen van ca. 85 micron breed en 17 micron diep. De folieconstructie werd geëvalueerd en kreeg in de schuifproef een beoordeling van 4, in de proef met warme aanbrenging/hernieuwde aanbrenging de beoordeling "goed" met de microkanalen dwars op of in de lengterichting van de strip, in de proef met het ingedeukte paneel de beoordeling 3 en de proef met het klinknagelpaneel duurde 85 seconden. Tijdens de proef met het ingedeukte paneel werd er rond de omtrek van het monster een zeepoplossing aangebracht. Bij de twee randen van het monster die via de microkanalen verbonden waren met de cirkelvormige indeuking vormden zich bellen, die duidden op het ontsnappen van lucht.

Voorbeeld 91

De procedures van Voorbeeld 90 werden herhaald, maar de microgeëmbosseerde verwijderstrip was de papieren voering met meerdere coatings zoals beschreven in Voorbeelden 43-49 met gevulde tijdens de eerste micro-embossering aangebrachte putjes. De gemeten microkanalen in de drukgevoelige kleefstof waren ca. 86 micron breed en 18 micron diep en de uitstekende pinnen waren ca. 14 micron hoog. De folieconstructie werd geëvalueerd en kreeg in de schuifproef een beoordeling van 1, in de proef met warme aanbrenging/hernieuwde aanbrenging de beoordeling "goed" met de microkanalen dwars op de strip, de beoordeling "redelijk" met de microkanalen in de lengterichting van de strip, in de proef met het ingedeukte paneel de beoordeling 3 en de proef met het klinknagelpaneel duurde 90 seconden.

Voorbeeld 92

Een papieren verwijderstrip met meerdere coatings, soortgelijk aan de verwijderstrip zoals microgeëmbosseerd in Voorbeeld 44, behalve dat de putjes van de eerste embossering niet waren gevuld met glasparels, werd

microgeëmbosseerd om in een vierkant raster elkaar doorlopend doorsnijdende microrichels van ca. 100 micron breed en 17 micron hoog te verkrijgen met een onderlinge afstand 1,3 mm en met een oriëntatie van 45 graden ten opzichte van de omtrek van de rol. Uit deze voering werd de folieconstructie geprepareerd door middel van de procedure van Voorbeeld 44. Verrassenderwijze toonden analyses zowel verzonken microkanalen als uitstekende pinnen van drukgevoelige kleefstof. Het monster kon worden gemanipuleerd bij kamertemperatuur en de schuifproef resulteerde in een beoordeling van 3. De beoordeling van de proef met warme aanbrenging/hernieuwde aanbrenging was "goed", de beoordeling van de proef met het ingedeukte paneel was 3-4 en de proef met het klinknagelpaneel duurde 20 seconden.

Voorbeeld 93

Er werd een folieconstructie geprepareerd zoals beschreven in Voorbeeld 9, behalve dat een flexibele polyethyleenfilm van 13 mm (de drager voor Tegaderm™ tape van 3M) werd gelamineerd op de drukgevoelige kleefstoflaag op de dubbel microgeëmbosseerde verwijderstrip. Uit dezelfde folie werd een controlemonster geprepareerd zonder microrichels in de voering (geen microkanalen in de drukgevoelige kleefstof). Monsters van 5 bij 5 cm werden op de rug van een persoon geplakt. Na een zware inspanning, waarbij zweet werd geproduceerd, werden de monsters vijf minuten later onderzocht op wateropeenhoping en beoordeeld op een schaal van 1-5, waarbij 1 het beste was. Het monster met drukgevoelige kleefstof met microkanalen kreeg een beoordeling van 2. Het controlemonster kreeg een beoordeling van 5 en vertoonde waterblazen tussen de drukgevoelige kleefstoflaag en de huid.

Voorbeelden 94-96

Highland™ Brand 3565 tape om dozen te sluiten (polypropyleenfolie met een rubberhars drukgevoelige kleefstof van 3M) werd gelamineerd op de dubbel microgeëmbosseerde verwijderstrip met microrichels van Voorbeeld 9 met behulp van een rollaminator met een Shore A 85 durometer rubberrol op kamertemperatuur en met een gladde metalen steunwals bij een temperatuur

van ca. 93°C, een knijpkracht van 16 N/mm en een snelheid van een meter per minuut. Op soortgelijke wijze werd de tape gelamineerd op twee typen controleverwijderstrippen zonder microrichels: een met hetzelfde voeringmateriaal met alleen gevulde putjes van de eerste embossering (Voorbeeld 95) en een zonder putjes van de eerste embossering (voorbeeld 96). De resultaten staan vermeld in onderstaande tabel:

Tabel 13. Gegevens voor Voorbeelden 94-96

| Voorbeeld | Microkanalen in drukgevoelige kleefstof | Uitstekende pinnen in drukgevoelige kleefstof | Beoordeling schuifproef | Beoordeling proef met warme aanbrenging -hernieuwde aanbrenging | Proef met klinkernagelpaneel |
|---|---|---|---|---|---|
| 94 | Yes | Yes | 1-2 | "good" | 75 seconden |
| 95 | No | Yes | 1 | "poor" | 34 mm after 5 min. |
| 96 | No | No | 4 | "poor" | -- |

"good"=goed "poor"=slecht
Yes=Ja No=Nee after=na

Voorbeeld 97

Een monster van 3M™ Controltac™ *Plus* Graphic Film werd met de foliezijde naar beneden op een glazen plaat gelegd. Met een houten naald werden aan de kant van de voering twee sets elkaar kruisende parallelle lijnen met een tussenruimte van ca. 1,6 mm (vierkant rastergebied) gekrast op een wijze zoals algemeen beschreven in Voorbeeld 1 van U.S. Pat. No. 5.268.228 (Orr). De foliezijde van het laminaat vertoonde zichtbaar uitstekende richels. Het monster werd aangebracht op een glasplaat bij kamertemperatuur en aangebracht met een soortgelijk proces als in de proef met warme aanbrenging/hernieuwde aanbrenging. Er zaten luchtbellen gevangen in het monster en vele kanalen waren afgesloten. Na een monstertijd van 16 uur op kamertemperatuur vormden zich nog meer bellen.

Voorbeelden 98-100

Voorbeeld 98 werd vervaardigd met behulp van een drukgevoelige kleefstof met vormgeheugen, bestaande uit 90 delen isooctylacrylaat, 10 delen acrylzuur, 0,05 delen hexanedioldiacrylaat, 0,30 delen Irgacure 651 photoinitiator van Ciba-Geigy (Hawthorne, NY) en 4 delen poly(octadecylacrylaat) geprepareerd en uitgehard tussen een gladde verwijderstrip en een 50 micron PET-dragerfolie volgens de methode zoals uiteengezet in U.S. Octrooi Application Serial NO. 08/660.219 (Silver et al.) ingediend op 3 juni 1996 om een tape te verkrijgen met ca. 120 micron drukgevoelige kleefstof met vormgeheugen op een drager.

De gladde verwijderstrip werd van de tape verwijderd en een geëmbosseerde verwijderstrip van Voorbeeld 39 werd gebruikt om het vrije oppervlak van de kleefstof te embosseren door de warme kleefstof tegen de op kamertemperatuur geëmbosseerde verwijderstrip te drukken in een WG36 laminator (Robert L. Greig Co., Stoughton, WI) met de bovenste rol op 65°C en de onderste rol op 25°C. De tape was 90° rond de bovenste rol gewonden en de geëmbosseerde voering was om geen van beide rollen gewonden. De luchtdruk tijdens de proeven werd ingesteld op 80 psi (550 kPa). Uit onderzoek van de tape bleek een patroon van microkanalen in het kleefstofoppervlak en pinnen boven het oppervlak die overeenkwamen met het patroon van de verwijderstrip. De afmetingen werden niet gemeten. De beoordeling bij het snel uitvoeren van de proef met warme aanbrenging/hernieuwde aanbrenging was "redelijk". Bij een monster dat gedurende 10 minuten werd verwarmd tot ca. 40-43°C ging de geëmbosseerde topografie verloren en dit monster kreeg in de proef met warme aanbrenging/hernieuwde aanbrenging de beoordeling "slecht". Een monster dat werd beproefd bij 25°C kreeg de beoordeling "goed". De beoordeling van de schuifproef was 2 tot 3. Voorbeeld 99 was identiek aan Voorbeeld 98 behalve dat een geëmbosseerde verwijderstrip van Voorbeeld 73 werd gebruikt. De testresultaten waren dezelfde als in Voorbeeld 98, behalve dat de schuifproef de beoordeling 4 kreeg.

Voorbeeld 100 was identiek aan Voorbeeld 98, behalve dat een nietgeweven stof (zoals gebruikt in 3M™ Micropore™ tape, met siliconen verwijdercoating) werd gebruikt als hulpmiddel voor micro-embossering. De niet geweven stof met verwijdercoating vormde een willekeurig patroon van microkanalen op het kleefstofoppervlak. Het monster kreeg de beoordeling "goed" in de proef met warme aanbrenging/hernieuwde aanbrenging bij een temperatuur van 25°C. Maar bij verwarming tot 40-43°C verdwenen de microkanalen en resulteerde de proef met warme aanbrenging/hernieuwde aanbrenging in de beoordeling "slecht". Deze thermomorfische kleefstoffen tonen aan hoe een kleefstoftopografie vanuit de vierde dimensie kan worden gecontroleerd: via een effectieve tijdsperiode.

Voorbeeld 101

De algemene procedure voor Voorbeelden 1-3 werd gebruikt om zowel verwijderstrippen met siliconen gecoate en van meerdere coatings voorziene PET-folies als papieren verwijderstrippen met meerdere coatings te prepareren met een parallelle reeks driehoekige richels van ca. 4-6 micron hoog en 54 micron breed met een onderlinge afstand van 1,3 mm. Deze voeringen werden op de kleefstofkant van 3M™ Scotchcal™ Heat Activated Translucent Film Series 825 geplaatst en door een hete knijplaminator gevoerd bij 93°C, 30 cm/min en 1,7 N/cm knijpkracht. Vellen (ca. 30 bij 60 cm) van het resulterende materiaal met microkanalen en van controlemateriaal zonder microkanalen werden met de kleefstofkant naar beneden geplaatst op 3M™ Panaflex™ Substrate Series 945 GPS in een warm laminerend vacuüm aanbrengbed bij 46°C en met gesloten vacuümdiafragma. Na een vacuümcyclus van 5 minuten werd de temperatuur gedurende 2 minuten verhoogd tot 93°C. De controlefolie vertoonde aanzienlijke hoeveelheden opgesloten lucht die werden veroorzaakt doordat de rand van de kleeffolie vast kwam te zitten aan het substraat tijdens de eerste aanbrenging voorafgaand aan verwijdering van lucht van onder het monster. Bij het monster met microkanalen was geen sprake van ingesloten lucht en het aanzien van de op het substraat aangebrachte folie was niet merkbaar veranderd door de aanwezigheid van luchtafvoerkanalen.

De uitvinding is niet beperkt tot de bovengenoemde uitvoeringsvormen, maar de reikwijdte wordt bepaald door de begrenzingen van de Conclusies.

Conclusies

1. Een methode voor het beheersen van de topografie van een kleefstofoppervlak, bestaande uit: een microgeëmbosseerd patroon dat bestaat uit een oppervlak met een effectief driedimensionaal patroon dat een maximaal verschil genereert van minder dan 45 μm op het vlakke oppervlak in een doorlopende kleefstof in contact brengen met een laag kleefstof en daar een doorlopend drukgevoelig kleefstofoppervlak vormen met een topografie van ten minste een groot substantieel doorlopend oppervlak dat in essentie het omgekeerde is van het microgeëmbosseerde patroon waarop het kleefstofoppervlak wordt aangebracht, zodanig dat als een kleefstofraakvlak tot stand wordt gebracht tussen de laag kleefstof en een ondersteunend substraat de kleefstof een contactoppervlak heeft van ten minste ca. 35% en vloeistof uit het vlak van het kleefstofraakvlak kan worden verwijderd.

2 De methode volgens Conclusie 1, waarbij de contactstap wordt geselecteerd uit de groep bestaande uit giettechnieken, coatingtechnieken en compressietechnieken.

3. De methode volgens Conclusie 2, waarbij de giettechniek bestaat uit een hulpmiddel met een microgeëmbosseerd patroon, waarbij de coatingtechniek bestaat uit het coaten van een kleefstof op een verwijderstrip met een microgeëmbosseerd patroon, waarbij de compressietechniek bestaat uit het voeren door een knijprol om drukgevoelige kleefstof tegen een verwijderstrip te comprimeren.

4. De methode volgens Conclusie 3, waarbij het microgeëmbosseerde patroon op het hulpmiddel wordt gevormd door etsen, fotolithografie, stereolithografie, microverspaning, kartelen, kerven of snijden.

5. De methode volgens een van de Conclusies 1 tot 4, waarbij het microgeëmbosseerde patroon zich op een verwijderstrip of op een tape-ondergrond bevindt.

6. De methode volgens een van de Conclusies 1 tot 5, waarbij het microgeëmbosseerde patroon bestaat uit twee of meer reliëfpatronen die een complex patroon van verschillende diepten of hoogten van reliëf creëren om de microverveelvoudigde kleefstof te vormen met een complex patroon van verschillende diepten en hoogten.

7. De methode volgens een van de Conclusies 1 tot 6, waarbij de reologie van de kleefstof het microverveelvoudigde kleefstofoppervlak lang genoeg vasthoudt om verwijdering van vloeistoffen van het vlak van het kleefstofraakvlak mogelijk te maken.

8. De methode volgens een van de Conclusies 1 tot 7, verder omvattende de stap waarbij het microverveelvoudigde kleefstofoppervlak in contact wordt gebracht met het ondersteunende substraat om een gecontroleerde afvoer van vloeistof mogelijk te maken van het raakvlak tussen het kleefstofoppervlak en het ondersteunende substraat.

9. De methode volgens Conclusie 6, waarbij verschillende typen materialen worden geïntroduceerd in uithollingen van verschillende diepten in het van meerdere microembosseringen voorziene patroon.

10. Een artikel bestaande uit een laag van drukgevoelige kleefstof met een kleefstofoppervlak met een topografie van ten minste een groot substantieel doorlopend oppervlak met een driedimensionaal patroon met een maximumverschil van minder dan 45 $\mu m$ op het vlakke oppervlak, zodanig dat wanneer een kleefstofraakvlak tot stand wordt gebracht tussen het kleefstofoppervlak en een ondersteunend substraat, de kleefstof een contactoppervlak heeft van ten minste 35%

en vloeistof van het vlak van het kleefstofraakvlak kan worden verwijderd.

11. Een artikel volgens Conclusie 10, waarbij ten minste twee driedimensionale kenmerken in het genoemde patroon elkaar kruisen en zo via microverveelvoudiging een kruising veroorzaken van het omgekeerde van dergelijke driedimensionale kenmerken in het kleefstofoppervlak.

12. Het artikel volgens Conclusie 10 of 11, waarbij het microverveelvoudigde kleefstofoppervlak voorzien is van een complex patroon van verschillende hoogten of diepten.

13. Het artikel volgens een van de Conclusies 10 tot 12, waarbij zich verschillende typen materialen op het kleefstofoppervlak bevinden.

14. Het artikel volgens een van de Conclusies 10 tot 13, waarbij de reologie van de kleefstof de topografie van het kleefstofoppervlak lang genoeg vasthoudt om verwijdering van vloeistoffen van het vlak van het kleefstofoppervlak mogelijk te maken.

15. Het artikel volgens een van de Conclusies 10 tot 14, verder bestaande uit een ondersteunend substraat en een raakvlak tussen het ondersteunende substraat en het kleefstofoppervlak, waarbij de topografie van het kleefstofoppervlak de verwijdering van vloeistoffen van het vlak van het kleefstofraakvlak mogelijk maakt.

16. Een methode voor gebruik van een verwijderstrip met een microgeëmbosseerd patroon, bestaande uit de stappen:
(a) het microgeëmbosseerde patroon dat een oppervlak is met een effectief driedimensionaal patroon dat een maximumverschil van minder dan 45 µm genereert op het vlakke oppervlak in een

doorlopende kleefstof in contact brengen met een laag drukgevoelige kleefstof, en
(b) een drukgevoelig kleefstofoppervlak vormen met een topografie op ten minste een groot substantieel doorlopend oppervlak dat in essentie het omgekeerde is van het microgeëmbosseerde patroon waarmee het kleefstofoppervlak in contact wordt gebracht en met een contactgebied van ten minste 35%.

17. Een verwijderstrip met een oppervlak met een driedimensionale topografie met een maximumverschil van minder dan 45 µm op het platte oppervlak en dat een contactgebied van ten minste 35% genereert in een daarop aangebrachte doorlopende drukgevoelige kleefstof.