# INTERNATIONAL SEARCH REPORT

Interna[...]al Application No
PCT/US 97/09711

A. CLASSIFICATION OF SUBJECT MATTER
IPC 6 B29C59/02 C09J7/02

According to International Patent Classification (IPC) or to both national classification and IPC

B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)
IPC 6 B29C C09J

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WO 93 01047 A (TREDEGAR IND INC) 21 January 1993 | 1-5 |
| Y | see the whole document | 6-8 |
| Y | EP 0 429 269 A (MINNESOTA MINING & MFG) 29 May 1991 cited in the application see the whole document | 6-8 |
| X | EP 0 313 766 A (CHICOPEE) 3 May 1989 see the whole document | 1-5 |
| X | GB 2 055 677 A (EMI LTD) 11 March 1981 see the whole document | 1-5 |
| | -/-- | |

[X] Further documents are listed in the continuation of box C.

[X] Patent family members are listed in annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

4

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 18 September 1997 | 29.09.97 |
| Name and mailing address of the ISA<br>European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax: (+31-70) 340-3016 | Authorized officer<br>Labeeuw, R |

Form PCT/ISA/210 (second sheet) (July 1992)

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/US 97/09711

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 3 887 678 A (LEWICKI JR WALTER J) 3 June 1975<br>see column 5, line 46 - line 55; claims; figures<br>--- | 1-5 |
| X | PATENT ABSTRACTS OF JAPAN<br>vol. 007, no. 024 (M-189), 29 January 1983<br>& JP 57 178718 A (KANTOU LEATHER KK), 4 November 1982,<br>see abstract<br>--- | 1,4 |
| X | GB 2 290 629 A (ALPS ELECTRIC CO LTD) 3 January 1996<br>see claims 1-10,15-17; figures<br>--- | 1,4 |
| A | GB 1 543 977 A (ARMSTRONG CORK CO) 11 April 1979<br>see the whole document<br>----- | 1-5 |

4

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No
PCT/US 97/09711

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| WO 9301047 A | 21-01-93 | US 5229186 A | 20-07-93 |
| | | AU 655560 B | 22-12-94 |
| | | AU 2298592 A | 11-02-93 |
| | | BR 9206250 A | 13-12-94 |
| | | CA 2102692 A | 09-01-93 |
| | | EP 0593594 A | 27-04-94 |
| | | JP 2593046 B | 19-03-97 |
| | | JP 6509132 T | 13-10-94 |
| | | NO 934574 A | 13-12-93 |
| EP 0429269 A | 29-05-91 | US 5141790 A | 25-08-92 |
| | | AU 634594 B | 25-02-93 |
| | | AU 6550590 A | 23-05-91 |
| | | CA 2028052 A | 21-05-91 |
| | | DE 69030993 D | 07-08-97 |
| | | JP 3181578 A | 07-08-91 |
| EP 0313766 A | 03-05-89 | US 4859519 A | 22-08-89 |
| | | AU 2182388 A | 09-03-89 |
| | | CA 1322088 A | 14-09-93 |
| | | DE 3888283 D | 14-04-94 |
| | | DE 3888283 T | 06-10-94 |
| | | ES 2049739 T | 01-05-94 |
| | | JP 1145132 A | 07-06-89 |
| | | JP 2577784 B | 05-02-97 |
| | | PT 88418 B | 29-04-94 |
| GB 2055677 A | 11-03-81 | US 4288481 A | 08-09-81 |
| US 3887678 A | 03-06-75 | US 3953639 A | 27-04-76 |
| | | BE 808359 A | 29-03-74 |
| | | CA 1011638 A | 07-06-77 |
| | | CH 574728 A | 30-04-76 |
| | | DE 2361870 A | 04-07-74 |
| | | FR 2210512 A | 12-07-74 |
| | | GB 1456374 A | 24-11-76 |
| | | JP 49089756 A | 27-08-74 |
| | | LU 68960 A | 12-02-74 |
| | | NL 7317128 A | 18-06-74 |
| | | SE 402418 B | 03-07-78 |

Form PCT/ISA/210 (patent family annex) (July 1992)

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No
PCT/US 97/09711

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| GB 2290629 A | 03-01-96 | JP 8006027 A | 12-01-96 |
| | | JP 8022007 A | 23-01-96 |
| | | DE 19523132 A | 04-01-96 |
| GB 1543977 A | 11-04-79 | US 4131663 A | 26-12-78 |
| | | AU 1176276 A | 04-11-76 |
| | | CA 1077216 A | 13-05-80 |
| | | DE 2612767 A | 18-11-76 |
| | | JP 51136745 A | 26-11-76 |
| | | US 4089731 A | 16-05-78 |
| | | CA 1088711 A | 04-11-80 |
| | | JP 52054756 A | 04-05-77 |

Form PCT/ISA/210 (patent family annex) (July 1992)

**United States Patent** [19]
**Marentic et al.**

[11] **Patent Number: 4,986,496**
[45] **Date of Patent: Jan. 22, 1991**

[54] **DRAG REDUCTION ARTICLE**

[75] Inventors: Francis J. Marentic, Lake Elmo; Terry L. Morris, St. Paul, both of Minn.

[73] Assignee: Minnesota Mining and Manufacturing, St. Paul, Minn.

[21] Appl. No.: 740,239

[22] Filed: May 31, 1985

[51] Int. Cl.[5] ........................ B64C 21/10; B32B 3/00; B32B 7/12

[52] U.S. Cl. .................................. 244/130; 244/200; 428/137; 428/346; 428/480

[58] Field of Search ............... 244/130, 200; 428/137, 428/480, 346

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 24,906 | 12/1960 | Ulrich | 428/480 |
| 2,742,247 | 4/1956 | Lechmann | 244/130 |
| 2,925,174 | 2/1960 | Stow | 428/346 |
| 2,925,231 | 2/1960 | Pfaff, Jr. et al. | 244/12 |
| 2,971,301 | 2/1961 | Boggs | 244/200 |
| 3,117,751 | 1/1964 | Rogers et al. | 244/42 |
| 3,521,837 | 7/1970 | Papst | 244/42 |
| 3,588,005 | 6/1971 | Rethorst | 244/200 |
| 4,114,836 | 9/1978 | Graham et al. | 244/130 |
| 4,258,889 | 3/1981 | Hunt | 244/130 |
| 4,296,899 | 10/1981 | Isenberg | 244/130 |
| 4,434,957 | 3/1984 | Meritz | 244/130 |
| 4,455,045 | 6/1984 | Wheeler | 244/200 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 462224 | 6/1974 | Australia . | |
| 0086474 | 8/1983 | European Pat. Off. . | |
| 0127192 | 5/1984 | European Pat. Off. . | |
| 0008971 | 3/1980 | France | 428/137 |
| 0053573 | 3/1984 | Japan | 428/137 |
| 8001673 | 8/1980 | PCT Int'l Appl. . | |
| 1162171 | 8/1969 | United Kingdom . | |
| 2076741 | 12/1981 | United Kingdom | 428/137 |

OTHER PUBLICATIONS

Automotive Engineering, Feb. 1982, pp. 73-78.
The Christian Science Monitor, Feb. 10, 1984, p. 4.
Research & Development, Mar. 1984, p. 74.
Discover, Apr. 1984, p. 71.
Boats, Mar. 1960, pp. 32, 33, 50.
*Modern Plastics Encyclopedia*, 1977-1978, pp. 340-348.
"Grooves Reduce Aircraft Drag", NASA Tech Briefs, vol. 5, No. 2, Summer 1980.

*Primary Examiner*—Joseph F. Peters, Jr.
*Assistant Examiner*—James M. Kannofsky
*Attorney, Agent, or Firm*—D. M. Sell; J. V. Lilly

[57] **ABSTRACT**

A conformable drag reduction article is provided having a patterned surface capable of reducing drag resistance by fluid flowing thereover.

**17 Claims, 1 Drawing Sheet**






FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7




FIG. 8




FIG. 9

## DRAG REDUCTION ARTICLE

### TECHNICAL FIELD

This invention relates to the reduction of drag caused by fluids (e.g., air, gas, water, etc.) flowing across surfaces. More particularly it relates to articles which can be applied to surfaces to reduce such drag.

### BACKGROUND ART

It has long been a desire to reduce drag caused by the passage of bodies through fluid media. Relatively small reductions in drag can significantly reduce the fuel needed to propel a body. For example, it has been estimated that a one percent reduction in drag across the leading edge of a wing of a Boeing 727 airliner could reduce fuel consumption by more than 20,000 gallons per airplane per year. See *Automotive Engineering*, February, 1982, pp. 73.

The reduction of drag across surfaces of a body also is of benefit in other applications. By way of example, it is desirable to reduce the drag caused by water flowing past the hull of a boat, air flowing past a moving automobile or air flowing past the blades of a windmill fan, airfoil, fan, rotor, stator, inlet, etc. Many other examples are of course known as will be appreciated by those in the art. However, as yet there has not been provided a practical solution to the problem of reducing drag.

Many techniques have been proposed which involve mechanically altering flow control surfaces. For example, the utilization of various devices to direct air into ducts that exit at the trailing edges of the flow control surface has been suggested. See, for example, U.S. Pat. Nos. 2,742,247; 2,925,231; 3,117,751; 3,521,837; 4,114,836; 4,258,889; and 4,296,899.

U.S. Pat. No. 4,434,957 suggests the use of a corrugated control surface. The corrugations that extend transversely to the direction of the fluid flow, temporarily retain vortices formed in the fluid flow on the flow control surface, and aid in regulating their passage across the surface.

U.S. Pat. No. 4,455,045 proposes the use of one or more 3-sided submerged channels in the flow control surface. Each channel includes two divergent walls which form a generally V-shaped ramp which is sloped downward so that the channel widens and deepens toward the downstream flow of the fluid. Such channels are V-shaped in a plane generally parallel to the flow control surface. They are intricate and are most effective when provided in a serial cascade wherein the last channel in the cascade ends at the trailing edge of the flow control surface.

These techniques are expensive, time consuming to employ and do not address the problem of how to reduce drag across the surfaces of existing equipment (e.g., airplanes, automobiles, etc.) in a practical way.

The use of smooth surface coatings on airplane skins has also been suggested. See *Automotive Engineering*, February, 1982, pp. 73–78. However, this article reported that liquid polymeric coatings and adhesively backed films, applied to the flow control surfaces in order to maintain a smooth, protected surface for drag reduction, performed poorly and were unsuitable for areas of high erosion such as wing and tail leading edges and nacelle inlets.

### DISCLOSURE OF THE INVENTION

The present invention provides a practical technique for significantly reducing drag across flow control surfaces. The invention comprises a conformable sheet material which employs a patterned first surface to significantly reduce drag caused by fluid flowing over the surface of a body to which the sheet has been applied. As used herein, conformable means that the article assumes the shape of the surface to which it is applied without cracking or breaking and without the formation of any air bubbles or wrinkles. Additionally, it does not release from the surface even when it is under extreme stress, such as elongation and compression, once it has been applied. For example, the article of the invention will conform exactly to curved surfaces and riveted surfaces such as are encountered on the skin of an airplane.

In a preferred embodiment of the invention, the article is capable of withstanding extended exposure to water, oil, hydraulic fluids and the like without noticeable deterioration in its physical properties or appearance.

The article of the invention is convenient to use and provides a simple yet versatile technique for reducing drag across flow control surfaces. It can be applied to the flow control surfaces of existing equipment or it can be applied to flow control surfaces of new equipment at the time of manufacture. In either case the reduction in drag across the surface of such equipment is virtually identical.

The reduction of drag achieved by the article of the invention varies somewhat depending upon the body to which it is applied and the conditions at which the body operates. However, reductions in drag of up to 10% or more can be achieved with the present invention.

The present invention also provides a method for reducing drag caused by fluid flowing across flow control surfaces. The method includes the steps of positioning the article over the body so that the patterned surface will contact the fluid and provide maximum drag reduction; conforming the article to the shape of the body; and attaching the article to the body.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of one embodiment of the invention.

FIGS. 2 and 3 are cross sectional views of two alternative embodiments of the invention.

FIGS. 4–8 represent greatly enlarged cross sectional views of alternative patterned surfaces useful in the invention.

FIG. 9 represents a cross sectional view of the article of the invention bearing graphic indicia.

### DETAILED DESCRIPTION

The article of the invention may be characterized by a number of tests. For example, the article preferably has a tensile strength of greater than 200 kg/cm$^2$ when measured according to ASTM D 2370. The conformability of the article may be demonstrated by subjecting the article to flexibility tests MIL-P-38477A and MIL-M-43719B. Specifically, the article will show no change after being subjected to the following tests (a) folding the article 20 times at room temperature (e.g., 20° C.); (b) dropping a 2.3 kg steel ball onto the article from a height of 3 meters at a temperature of −29° C.; and (c)

bending the article around a 2.5 cm mandrel at temperatures of from −54° C. to 121° C.

Preferred embodiments also exhibit resistance to a number of solvents. Thus, when tested according to MIL-M-43719B the preferred embodiment shows no change after one hour in jet fuel. When tested according to MIL-P-38477A the preferred embodiment shows no change after either 2 hours at 107° C. in hot oil or 240 hours in salt spray. When tested according to BMS-10-30A, the preferred embodiment of the invention will show no change after 72 hours in TT-S-735 hydrocarbon fluid. Additionally, the preferred embodiment will show less than 0.15 cm edge lift after 72 hours in MIL-L-7808 lubricating oil and less than 0.3 cm edge lift after 24 hours in BMS-3-11.

The article of the invention is typically a film (i.e., it has width to thickness ratio of at least 5:1). Generally it is from 50 to 650 microns thick. Preferably it is from 75 to 160 microns thick when used in high speed applications (e.g., aircraft) and from 150 to 500 microns thick when used in low speed applications (e.g., automobiles). Preferably the films have a weight of less than 300 $g/m^2$ and most preferably a weight of less than 150 $g/m^2$.

Within these guidelines, a number of materials can be utilized to provide the article of the invention. Useful materials include polyolefins (e.g., polyethylene, unoriented polypropylene, ethylene/vinyl acetate polymers, ethylene/ethyl acrylate polymers), vinyl polymers (e.g., polyvinyl chloride, vinyl chloride/vinyl acetate polymers, vinyl chloride/vinyl alcohol polymers, polyvinylidene chloride), polyurethanes (e.g., polyester and polyether urethanes), cellulosic films (e.g. cellulose acetate), and polyamide films (e.g., nylon).

Other materials which may be employed to provide the article are radiation curable materials which generally comprise a radiation curable monomer or prepolymer and an initiator. The monomer or prepolymer generally contains at least two groups capable of reacting to form a polymer. A variety of such materials are known and include materials having functional ethylenically unsaturated groups (e.g., vinyl groups, acrylate and methacrylate groups, etc.).

Plasticizers, extenders, antioxidants, ultraviolet light stabilizers and the like may be utilized in the article of the invention. Plasticizers (sometimes referred to as flexibilizers) are particularly helpful when the material used must be modified in order to meet the flexibility requirements of the invention. Materials useful for these purposes are known. Typically they each comprise up to 5 parts by weight of the article.

While the exact material used to provide the article of the invention is not critical, it is noted that certain materials will be better suited to some applications than others. For example, thermoset flexible materials will be better suited than thermoplastic materials in those uses where high temperatures will be encountered. Water-resistant (e.g., hydrolytically inert) materials will be better suited to use in water environments than water-sensitive materials.

The article of the invention may be inherently adhesive, that is it need not have a separate layer of adhesive applied to it. Such articles may be either passively adhesive or actively adhesive. In the former case the adhesive may be activated by solvents, heat, pressure, or the like prior to application of the article to a substrate. In the latter case, such activation would not be necessary.



In the event that a separate layer of adhesive is employed, it is noted that the adhesive may be selected from a wide variety of materials such as heat activated adhesives, solvent (organic or inorganic) activated adhesives, or pressure sensitive adhesives. These adhesives preferably are compatible with the carrier to which they are applied and are resistant to water, oil, hydraulic fluids and the like. Furthermore, the separate adhesive layer preferably does not separate from the carrier during use.

Pressure-sensitive adhesives represent a preferred adhesive for use as a separate layer. Examples of useful pressure-sensitive adhesives include polyacrylate adhesives, natural rubber adhesives and thermoplastic rubber adhesives.

Polyacrylate adhesives comprise a polymer of an acrylate ester of acrylic acid with a non-tertiary alcohol. These adhesives may also contain a minor amount of a copolymerized acid or amide. Adhesives of this type and methods for their preparation are known. See U.S. Pat. No. Re. 24,906.

The polyacrylate pressure-sensitive adhesives may be crosslinked if desired. Techniques for accomplishing this are known and described, for example, in U.S. Pat. No. 2,925,174.

Useful natural rubber adhesives comprise natural rubber and, preferably, a tackifying resin. One such adhesive comprises natural pale crepe rubber (100 parts by weight), polyterpene resin (75 parts by weight), and antioxidant (1 part by weight). However, other useful natural rubber adhesives are also useful and will be apparent to those skilled in the art.

Useful thermoplastic rubbery adhesives comprise a rubbery block copolymer and, preferably, at least one resin compatible with the block copolymer. The rubbery copolymers have the general configuration A-B-A wherein the A units represent a thermoplastic polymer block with a $T_g$ above 20° C. and the B units represent an elastomeric polymer block formed from a conjugated diene. The A units are relatively incompatible with the B units and have an average molecular weight of from about 5,000 to 125,000. Useful A units are styrene and useful B units are polybutadiene or polyisoprene. An example of block copolymer of this type is Shell Chemical Company Kraton 1101, a block copolymer of styrene and butadiene having one butadiene central block of 70,000 molecular weight and two terminal blocks of styrene of 15,000 molecular weight each. Other block copolymers of this type may also be used.

Resins compatible with the block copolymer are known and include, for example, hydrocarbon resins, coumarone-indene resins, dimerized rosins, metal resinates, hydrogenated rosins, poly-terpene resins and heat treated wood rosins. Still other resins are also useful and will be obvious to those skilled in the art.

The thickness of the adhesive layer is not critical to the present invention. Typically, the adhesive layer is from 10 to 50 microns thick.

Whether the article of the invention is inherently adhesive or uses a separate adhesive layer, it preferably adheres over the entire range of conditions normally encountered. Most preferably it exhibits a peel adhesion of at least 0.5 kg/cm width.

The article of the invention may be readily applied to a variety of substrates. Preferably the article is positioned on the substrate such that the patterned surface will provide maximum drag reduction. When the pat-

terned surface comprises parallel peaks and valleys, maximum drag reduction is achieved when the peaks and valleys are generally parallel to the fluid flow. After being positioned, the article may be stretched, if necessary, to conform to the substrate surface and to remove unwanted wrinkles and air bubbles. The film is then adhesively secured to the surface.

Several embodiments of the invention are shown in the drawings. FIG. 1 illustrates an article of the invention comprising a sheet material 10 having a patterned first surface 12.

Sheet material 10 may be inherently adhesive or, alternatively, it may have an adhesive second layer 14 applied to the surface of the sheet opposite patterned surface 12 as shown in FIG. 2.

In yet another embodiment, shown in FIG. 3, the sheet material 10 comprises a carrier 16 and layer 18 bearing the patterned first surface 12. Adhesive second layer 14 may be provided on the surface of carrier 16 which is opposite the layer 18.

The patterned surface 12 shown in FIGS. 1-3 and 9 comprises a series of parallel peaks 20 and valleys 22. The patterned surfaces 12 shown in FIGS. 1-3 have a symmetric, saw tooth cross section.

FIGS. 4-8 illustrate a number of alternative patterned surfaces that may be used in the present invention.

In all of these embodiments, the patterned surfaces comprise a series of essentially parallel valleys separated by a series of essentially parallel peaks. As can be seen from FIGS. 1-9, the cross section of the patterned layer can have a variety of wave forms. For example, the embodiments of FIGS. 1, 2 and 3 have a symmetric saw tooth cross section comprising peaks 20 and valleys 22. All of the peaks are identical as are all of the valleys.

FIG. 4 shows a series of parallel, symmetric, peaks 24 equally separated by flat bottomed valleys 26.

FIG. 5 shows a series of alternating, parallel peaks 28 and 30 separated by parallel valleys 22. Peaks 28 and 30 are parallel to one another but are of alternating heights.

FIG. 6 shows a pattern of repeating, parallel, symmetric, rounded peaks 32. These peaks are separated by a series of parallel, symmetric valleys 34.

FIG. 7 shows a series of parallel, symmetric, peaks 36 having concave side walls. These peaks are separated from one another by a series of parallel, round bottomed valleys 38.

FIG. 8 shows a saw-tooth pattern of alternating, parallel, asymmetric peaks 40 and asymmetric valleys 42.

While only continuous peaks and valleys are shown, a discontinuous pattern of peaks and valleys is also contemplated in this invention. Thus, for example, the peaks and valleys may terminate for a portion of the article. The valleys may either narrow or widen as the peak or valley progresses from one end of the article to the other. Still further, the height and/or width of a given peak or valley may change as the peak or valley progresses from one end of the article to the other.

The dimensions of the peaks and valleys are not critical to the invention provided that whatever patterned surface is employed provides a reduction in drag. The optimum dimensions are somewhat dependent upon the speed at which the substrate to be covered passes through the fluid. However, it has been found that peaks of from 20 to 400 microns high are useful. Within this broad range it is preferred that the peaks be from 20 to 150 microns high for high speed uses (e.g., aircraft) and from 120 to 380 microns high for slow speed uses (e.g., automobiles).



The peak to peak spacing between adjacent peaks likewise is not critical to the invention. It has been found that a spacing of from 20 to 400 microns is useful. Preferably the spacing is from 20 to 150 microns for high speed uses and from 120 to 380 microns for slow speed uses.

The included angle between adjacent peaks can also vary within the scope of this invention. For example, while flat and round bottom valleys are useful, it is preferred that the valleys be generally V-shaped and have an included angle of from 15° to 140° (more preferably from 50° to 60°).

The patterned surface 12 may be provided in-situ on the article of the invention (see FIGS. 1 and 2) or it may be applied thereto as layer 18 to carrier 16 (see FIG. 3). When layer 18 is employed to provide the patterned surface, the same or different materials may be used as are used for carrier 16. When selecting different materials for use as carrier 16 and layer 18 it is highly preferable that the two be compatible and either adhere together by themselves or be capable of being adhered together tenaciously. It is also preferred that the two materials have similar degrees of conformability so that stress at the interface between the two be minimized when the article is applied to a substrate.

In constructions such as are shown in FIG. 3, the carrier is typically from 20 to 250 microns thick and the patterned layer is from 20 to 400 microns thick.

The article of the invention may be prepared by several methods. For example, a sheet material may be extruded through a die capable of forming the patterned surface. Alternatively, the patterned surface may be formed by embossing techniques utilizing heat and/or pressure. Other techniques are also possible as will be understood by those in the art.

A specific useful embossing technique comprises extruding or casting a sheet material and contacting the sheet while it is still hot with an engraved, chilled cylinder which bears the negative structure of the desired patterned surface. The sheet may then be cooled on the cylinder.

Another useful technique comprises applying a radiation curable composition to a flexible carrier, contacting the radiation curable composition with a master bearing the negative structure of the desired pattern, and radiation curing the composition. The resulting structure may be removed from the master.

Yet another useful technique comprises preparing either an organosol or a plastisol composition, partially curing the composition (e.g., by applying heat), applying the partially cured organosol or plastisol to a flexible carrier, contacting the organosol or plastisol surface to a master bearing the negative structure of the desired pattern, and fully curing the organosol or plastisol. Organosol or plastisol may also be used to provide a sheet material such as shown in FIG. 1.

While the foregoing description discusses coating techniques for applying a patterned layer to a carrier, it is also possible to employ laminating techniques and/or adhesives to bond the two together.

Adhesive layers, when used, are applied to the surface of the article opposite the patterned surface. A variety of techniques, such as coating, spraying, or laminating, may be utilized to apply the adhesive layer.

One useful method of applying the adhesive comprises contacting the surface of the carrier opposite the

patterned surface to an adhesive carried on a release liner and passing the construction between rubber rolls. Either hot or cold lamination techniques can be employed.

The article of the invention may be provided as an opaque, translucent or transparent item. Graphic designs 44 may be incorporated into the article, see FIG. 9, preferably between the carrier and the patterned layer. Alternatively, they may be placed on the patterned surface. When the article of the invention is inherently adhesive, the graphic designs 44 may be placed on either major surface.

The article of the invention may be made breathable by, for example, perforating it. While the shape and type of the perforations are not of particular importance it is preferred that they be such that any adhesive used in the article does not flow together and seal the perforations. This can be achieved in many ways including, for example, by making the holes large enough to prevent such flow, and by deadening the adhesive around the walls of the perforations. Moreover, the perforations should not adversely affect the performance of the article, such as by causing it to separate from the substrate or by significantly adversely affecting its drag reduction capability.

With these parameters in mind, it is preferred that the perforations have a maximum dimension of less than 200 microns and preferably one in the range of 10 to 100 microns.

Laser drilling may be used to provide the perforations in the article. It has been found that the perforations provided by this technique are generally conical in shape and have a generally circular cross section. The size of the opening on the surface first struck by the laser is generally wider than that of the opposite surface. The size and shape of the opening is, of course, dependent upon the type of laser employed, the power of the laser, and the time of exposure to the laser beam.

The present invention will be further described in the following examples wherein all "parts" are parts by weight unless otherwise indicated. These examples are provided by way of illustration of the invention and not by way of limitation.

EXAMPLE 1

A drag reduction article according to the invention comprising an extruded film was prepared. A patterned carrier was prepared from the following ingredients:

| COMPONENTS | PARTS |
|---|---|
| Polyvinyl chloride resin ("Diamond" 426 available from B. F. Goodrich) | 100 |
| Monomeric phthalate ("Santicizer" 711 available from Monsanto) | 15 |
| Monomeric phthalate ("Santicizer" 160 available from Monsanto) | 4 |
| Epoxy resin plasticizer ("Paraplex" G-62 available from Rohm and Haas) | 4 |
| Barrium/Cadmium/Zinc ("Ferro" 5649 available from Ferro Corp.) | 0.5 |
| UV light absorber ("Mark" 1413 available from Argus Chemical) | 0.5 |
| Phosphite stabilizer ("Ferro" 5227 available from Ferro Corp.) | 0.5 |
| Octadecanoic acid (available from Humko) | 0.4 |
| Inorganic silica ("Syloid" 244 available from Davidson Chemical) | 1.0 |
| Violet dye ("Violet" ZIRS available from American Cyanamid) | 0.0073 |

The ingredients were mixed together and charged to a 30:1 length:diameter single screw (6.4 cm. diameter) extruder having a die with an 85 cm wide×0.7 cm high opening. The extruder screw had five zones maintained at, respectively, 170° C., 172° C., 174° C., 176° C., and 180° C. The hot extruded film was cast onto an engraved chilled cylinder. The cooled film replicated the groove pattern o of the cylinder. The film was 76.3 cm wide by 0.05 cm thick and had a cross section of the type shown in FIG. 2. The patterned first surface comprised a series of parallel, triangularly shaped ridges extending along the longitudinal axis of the film. The height of the ridges was 300 microns, the peak-to-peak spacing between adjacent ridges was 500 microns, and the included angle between adjacent ridges was 53°.

A pressure sensitive adhesive was prepared as described in RE 24,906 using a blend of 90 parts by weight 2-methyl butyl acrylate and 10 parts by weight acrylic acid.

The adhesive was applied to a silicone liner (SCW 106 from the General Electric Company) using a notched bar to a wet thickness of 125 microns at a coating speed of 51 meters/minute (m/min) and then dried in a forced air oven having four heated zones maintained respectively at 54° C., 65° C., 77° C. and 87° C. The adhesive was then laminated at room temperature to the second surface of the patterned carrier.

The resultant film was tested by removing the release liner and applying it to a curved surface. The film conformed exactly to the surface. The edges of the film did not curl away from the surface after application.

A portion of the film was applied to a flat metal plate and tested for drag reduction. The film provided a reduction in drag of 5% compared to the drag across a smooth flat metal plate.

EXAMPLE 2

A drag reduction article according to the invention comprising a separate patterned surface layer was prepared.

A cast vinyl carrier film was prepared from the formulation used in Example 1 to prepare the patterned carrier. The vinyl resin was applied to a removable paper liner (SCW 174 available from the General Electric Company) at a rate of 390 meters/minute. The vinyl resin was dried and fused in a five zone oven. The zones were maintained respectively at 46° C., 57° C., 143° C., 174° C., and 210° C. The film was cooled to provide a film which was 76.3 cm wide by 100 microns thick and the liner removed.

A plastisol coating was prepared from the following composition:

| COMPONENTS | PARTS |
|---|---|
| Polyvinyl chloride resin ("Geon" 128 available from B. F. Goodrich) | 54.6 |
| Diisodecyl phthalate (available from Monsanto Chemical) | 43.7 |
| Cadmium/Zinc ("Nuostab" 1923 available from Nuodex Tenneco) | 1.7 |

The plastisol coating was applied to a 40 cm width of a first surface of the carrier using a notched bar. The coated film was then dried at 37° C., embossed with an engraved cylinder using heat and pressure and then passed through a forced air oven at a rate of 3 meters/minute to fuse the plastisol. The oven had three zones

maintained respectively at 37° C., 143° C., and 165° C. The resulting patterned surface had the cross section shown in FIG. 2 wherein the patterned surface layer was 300 microns high; the peak-to-peak spacing between adjacent ridges was 500 microns; and the included angle was 53°.

A pressure sensitive adhesive was applied to the surface of the vinyl carrier opposite the patterned surface using the formulation and techniques described in Example 1. When applied to a metal plate, the film conformed exactly to the plate and provided a 5% reduction in drag across the plate.

## EXAMPLE 3

A drag reduction article according to the invention comprising a separate patterned layer was prepared which employed a cast vinyl film (prepared using the ingredients and techniques described in Example 2) and an organosol composition. The organosol composition was prepared from the following ingredients:

| COMPONENTS | PARTS |
|---|---|
| o-& -Xylene | 12.42 |
| Diisobutyl Ketone | 9.4 |
| Mineral Spirits | 5.5 |
| Plasticizer ("Admex" 770 available from Sherex Corp.) | 16.4 |
| Cadmium/Zinc ("Nuostab" V1923 available from Nuodex Tenneco) | 2.2 |
| Substituted acrylonitrile ("Uvinul" N-539 available from Ciba Geigy) | 2.2 |
| Polyvinyl chloride resin ("Geon" 178 available from B. F. Goodrich) | 44.4 |
| Acrylic copolymer ("Elvacite" 2013 Solution available from DuPont) | 7.3 |

The coating was applied to a first surface of the carrier using a notched bar. The coating was then dried at 126° C., embossed with an engraved cylinder using heat and pressure, and fused in a forced air oven having two zones maintained respectively at 20° C. and 170° C.

The resulting patterned surface had a cross section of the type shown in FIG. 2 wherein the patterned surface layer was 80 microns high; the peak-to-peak distance between adjacent ridges was 200 microns; and the included angle was 53°.

A pressure sensitive adhesive was applied to the surface of the carrier opposite to the patterned surface using the formulation and the techniques described in Example 1. When applied to a metal plate, the film conformed exactly to the plate and provided a 5% reduction in drag across the plate.

## EXAMPLE 4

A drag reduction film according to the invention was prepared by preparing a vinyl carrier from the vinyl composition of Example 1. The vinyl composition was coated onto a 75 micron thick polyester liner to a wet thickness of 100 microns and then passed through a forced air oven to dry it. The oven had five zones maintained respectively at 43° C., 99° C., 143° C., 149° C. and 182° C.

A radiation curable composition having the following ingredients was roll coated onto the vinyl film to a thickness of 300 microns.

| COMPONENTS | PARTS |
|---|---|
| Urethane acrylate oligomer ("XP51"-85 available from Cargile) | 67.9 |
| Tetraethylene glycol diacrylate ("SR"-268 available from Sartomer Company) | 19.2 |
| Diethoxyacetophenone ("DEAP" available from Upjohn) | 4.8 |
| Fluorochemical surfactant ("FC"-431 available from Minnesota Mining and Manufacturing Company) | 2.7 |
| N-vinyl pyrrolidone (available from GAF) | 4.9 |
| UV light stabilizer ("Tinuvin" 770 available from Ciba Geigy) | 0.5 |

The resulting construction was then laminated to an engraved surface using a laminator pressure of 3 kg/cm$^2$ and a laminator speed of 9 meters/minute.

The radiation curable composition was exposed through the polyester and carrier to ultraviolet light in a Linde UV Processor from Union Carbide Corporation to cure it. Exposure conditions were:

| | |
|---|---|
| Processor length: | 2.4 meters |
| Processor speed: | 9 meters/min. |
| UV Exposure level: | 2 passes at 1.45 J/cm$^2$ ea. |
| Processor $N_2$ level: | 220 ft$^3$/hr. - ft. width |

The resulting construction was removed from the engraved surface revealing a patterned surface having a cross section similar to that of FIG. 2. The thickness of the patterned surface layer was 33 microns; the peak-to-peak distance between adjacent ridges was 33 microns; and the included angle was 53°. The polyester liner was then removed and a pressure sensitive adhesive laminated to the side of the carrier opposite the patterned surface using the materials and techniques described in Example 1.

The film was applied to a flow control surface on an airplane. The film conformed exactly to the surface and provided a 6.5% reduction in drag across the surface.

## EXAMPLE 5

A drag reduction film was prepared. The radiation curable composition of Example 4 was applied to a polyester film and cured as described in Example 4 to provide a grooved liner. The grooved surface of the liner was treated with a release coating and a polyurethane composition having the following ingredients was applied to the patterned surface of the liner.

| COMPONENT | PARTS |
|---|---|
| Polyester polyol (available from Mobay Chemical as "Desmophen" 670) | 65.9 |
| 0.1 Second cellulose butyrate (available from Eastman Chemical as "CAB" 381-0.1) | 2.4 |
| Methyl isobutyl ketone | 10.9 |
| Polyglycol ether ester (Cellosolve acetate available from Dow Chemical Co.) | 16.8 |
| UV Stabilizer ("Irganox" 1010 available from Ciba Geigy) | 1 |
| UV Stabilizer ("Tinuvin" 328 available from Ciba Geigy) | 1 |
| UV Stabilizer ("Tinuvin" 770 available from Ciba Geigy) | 2 |
| Aliphatic isocyanate (Aliphatic isocyanate available from Mobay Chemical as "Desmodur" N-100) | 36.3 |

-continued

| COMPONENT | PARTS |
|---|---|
| Dibutyl Tin Dilaurate (1% by weight in Xylene) | 0.4 |

The polyurethane composition was cured to a tack free film by sequentially heating it to 65° C. for one minute, 107° C. for one minute, 121° C. for one minute, and 163° C. for one minute. The polyurethane was then fully cured by exposing it to room temperature for 7 days. The film was then stripped from the patterned liner and a pressure sensitive adhesive applied as described in Example 1. The resulting drag reduction film could be applied to and conform to compound surfaces to reduce drag thereacross.

What is claimed:

1. An article capable of reducing the resistance to drag of a fluid flowing thereover, said article comprising a thermoset polymeric sheet formed in situ from the reaction product of an isocyanate with a polyol, said sheet having a first surface contacting said fluid, said first surface comprising a series of parallel peaks separated from one another by a series of parallel valleys.

2. An article according to claim 1 wherein said polyol is selected from the group consisting of polyester polyols and polyether polyols.

3. An article according to claim 1 wherein said polymeric sheet has an adhesive second surface for contacting a substrate.

4. An article according to claim 3 wherein said adhesive second surface is selected from the group consisting of heat activated adhesives, solvent activated adhesives, and pressure-sensitive adhesives.

5. An article according to claim 4 wherein said adhesive second surface comprises a pressure sensitive adhesive.

6. An article according to claim 5 wherein said pressure sensitive adhesive is selected from polyacrylate pressure sensitive adhesives, natural rubber pressure sensitive adhesives and rubbery block copolymer pressure sensitive adhesives.

7. An article according to claim 6 wherein pressure sensitive adhesive is a polyacrylate pressure sensitive adhesive.

8. An article according to claim 7 wherein said polyacrylate pressure sensitive adhesive comprises a polymer of an acrylate ester of acrylic acid with a non-tertiary alcohol.

9. An article according to claim 8 wherein said pressure sensitive adhesive comprises a polymer comprising 90 parts by weight 2-methyl butyl acrylate and 10 parts by weight acrylic acid.

10. An article according to claim 9 wherein said pressure sensitive adhesive is at least partially crosslinked.

11. An article according to claim 1 wherein said first surface has a symmetric saw tooth cross section.

12. A breathable article according to claim 11.

13. An article according to claim 12 wherein breath ability is provided by perforations in said article, said perforations having a diameter of less than 200 microns.

14. An article according to claim 13 wherein adhesive at the walls of said holes is detackified.

15. An article according to claim 13 wherein said perforations have a diameter of about 10 microns.

16. An article which, when applied to a substrate, reduces the drag caused when a fluid flows over the substrate, the article comprising

a crosslinked, thermoset polymeric body comprising the reaction product of an isocyanate-functional material and a polyol-functional material,

a patterned first surface on said body comprising a series of parallel, alternating peaks and valleys.

17. A sheet comprising a radiation-cured, thermoset polyurethane selected from the group consisting of polyester- and polyether-urethanes, said sheet having a series of parallel, alternating peaks and valleys on one surface thereof, said surface reducing the drag caused by a fluid flowing over a body when said sheet is applied to said body so that said surface contacts said fluid.

* * * * *

US005405675A

**United States Patent** [19]

**Sawka et al.**

[11] **Patent Number: 5,405,675**

[45] **Date of Patent: Apr. 11, 1995**

[54] **EMBOSSED MULTILAYER FILM**

[75] Inventors: **Raymond M. Sawka**, Woodbury, Minn.; **Carl W. McMullen**, Roberts, Wis.; **Chia-Tie Ho**, Woodbury, Minn.; **Stefan Weigl**, Neuss, Germany

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **990,791**

[22] Filed: **Dec. 10, 1992**

[51] Int. Cl.[6] .......... **B32B 3/00**

[52] U.S. Cl. .......... **428/195**; 428/200; 428/203; 428/343; 428/413; 428/423.1; 428/480; 428/500; 428/521; 428/522; 428/688

[58] **Field of Search** .......... 428/143, 46, 195, 204, 428/206, 207, 327, 402, 915, 916, 200, 203, 343, 413, 423.1, 480, 500, 521, 522, 688; 156/209, 231; 427/197; 283/91

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 4,214,028 | 7/1980 | Shortway et al. | 428/159 |
| 4,219,376 | 8/1980 | Roman | 156/209 |
| 5,032,003 | 7/1991 | Antes | 350/162.18 |
| 5,037,680 | 8/1991 | Papendick et al. | 428/31 |
| 5,051,310 | 9/1991 | Horn et al. | 428/423.3 |
| 5,169,704 | 12/1992 | Faust et al. | 428/143 |
| 5,304,272 | 4/1994 | Rohrbacker et al. | 156/209 |


FOREIGN PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 0464921 | 8/1992 | European Pat. Off. | B41M 5/00 |
| 2337240 | 4/1975 | Germany . | |
| 2103136 | 4/1990 | Japan . | |
| 2214868 | 9/1989 | United Kingdom . | |


*Primary Examiner*—Patrick J. Ryan
*Assistant Examiner*—William A. Krynski
*Attorney, Agent, or Firm*—Gary L. Griswold; Walter N. Kirn; Steven E. Skolnick

[57] **ABSTRACT**

An embossed multilayer film comprises an embossed base layer and a conformable, substantially uniformly thick protective surface layer that overlies the base layer. In one embodiment, the embossed multilayer film can be re-embossed. In another embodiment, the surface layer is provided by a polyurethane-based material. The invention also relates to a method of providing such an embossed multilayer film.

**33 Claims, 3 Drawing Sheets**






FIG.1



DIMENSION CHANGE ( μm )
20
10
0
-10
-20
-30
-40
-50
-60
-70
TEMPERATURE (°C)
-100
-50
0
50
100
150
200
250
I
II
a
b
c
d


FIG.2


III
I
20
10
0
-10
-20
-30
-40
-50
-60
-70
DIMENSION CHANGE ( μm )
-100
-50
0
50
100
150
200
250
TEMPERATURE (°C)

FIG.3

# EMBOSSED MULTILAYER FILM

## BACKGROUND OF THE INVENTION

1. Field of the Invention

In general, this invention relates to an embossed multilayer film and, more particularly, to a film comprising an embossed base layer and an overlying, conformable, protective surface layer.

2. Description of the Related Art

On site application of paint directly to a surface to be decorated is a time-honored method for providing decorative and functional graphic designs. While this approach provides many desirable aesthetic and physical features including realistic appearance, color flexibility, and durability to abrasion, weather and chemical degradation, it suffers from many disadvantages. Such disadvantages include the need for relatively skilled labor, long application times, and potential contamination to adjacent areas and mechanical equipment.

As a result, various prefabricated graphics have been developed. A typical prefabricated graphic comprises a plastic base film having an adhesive on one surface and, optionally, a design or decoration on the opposite surface. The design or decoration may comprise one or more color layers that provide a mono- or polychromatic appearance. In other instances, the design may be an embossed pattern that imparts a pebbled, sand-blasted, simulated leather or other desirable finish to the plastic film. Combinations of color and embossing may also be used.

Some plastic films conventionally used in graphic designs do not possess sufficiently inherent resistance to the effects of environmental weathering, chemical exposure or abrasion to permit use in outdoor settings without being supplemented by a protective surface layer. Unfortunately, however, the use of protective surface layers in combination with an underlying embossed plastic film has, heretofore, presented difficult problems, solutions to which have long been sought. For example, many protective surface layers comprise relatively rigid and brittle thermoset polymers that are not readily embossed or sufficiently flexible, certain acrylic based materials being particularly notable in this regard. In such constructions, it is not facile to apply the surface layer to the plastic base film and subsequently emboss the multilayer construction.

One possible solution is to apply the surface layer after the plastic base film has been embossed. However, if it is necessary to use heat during application of the surface layer, the embossed pattern may lose some of its sharpness and distinctiveness. In more severe cases, the underlying base film may soften or even melt causing a catastrophic deterioration of the embossed pattern.

While it may be possible to spray the surface layer material onto the embossed base film, this may result in a surface layer of uneven thickness. Depressed areas of the emboss tend to accumulate more surface layer material than elevated flat ridges. Angular transition surfaces between the ridges and the depressions may accumulate more or less surface layer material depending on their profile. A surface layer of variable thickness can detrimentally affect the ability of the underlying base film to resist weathering, chemical exposure and abrasion. Also, low gloss surface layers may display a noticeable variation in gloss if the surface layer is not uniformly thick. Finally, uneven surface layers tend to soften or blur the sharpness of the embossed pattern.

U.S. Pat. No. 4,214,028, "Resinous Polymer Sheet Materials Having Surface Decorative Effects and Methods of Making the Same," issued July 22, 1980 to H. A. Shortway et al. discloses sheet materials that comprise a substrate such as a fibrous backing sheet and/or a blown or unblown resinous sheet polymer. A design is printed on the substrate and portions of the printed design contain a polymerization initiator. The sheet material further includes a wear layer containing reactive polymerizable monomers dispersed or dissolved in a poly(vinyl chloride) resin. The sheet is embossed at a sufficiently elevated temperature to cause the reactive polymerizable monomers overlying the portions of the printed design that contain the polymerization initiator to polymerize and crosslink, this occurring primarily during the embossing process. Reportedly, if crosslinking of the polymerizable reactive monomer takes place too early in the over-all procedure, then the desired embossment may be difficult or even impossible to obtain. It is also stated that if crosslinking of the polymerizable reactive monomer takes place too late, then, perhaps, it may be too late for certain embossed areas of the wear layer to retain their embossment.

Poly(vinyl chloride) (PVC) is a widely used film in the graphics industry. It can be embossed, pigmented or have a color layer screen printed thereon. PVC films are often associated with the use of organic solvents or plasticizers. However, for various health and environmental reasons, it is desirable to reduce or eliminate the use of solvents and plasticizers as well as PVC itself.

Consequently, there is considerable need for a durable embossed graphic that is substantially free of PVC.

## SUMMARY OF THE INVENTION

This invention relates to an embossed multilayer film comprising an embossed base layer and a conformable, substantially uniformly thick protective surface layer that overlies the base layer. In one embodiment, the film can be re-embossed such that the film exhibits a first embossed pattern (such as an overall background pattern) and a second embossed pattern (such as a subsequently applied legend or logo).

In another embodiment, the protective surface layer is a polyurethane-based material that can impart interior surface protection properties to the multilayer film or, for more demanding outdoor applications, weatherability and/or resistance to chemical exposure.

The base layer preferably has a softening temperature (as determined by thermomechanical analysis) of greater than 90° C., more preferably greater than 120° C. so that the embossed pattern is stable at a temperature of at least 80° C., preferably at least 90° C., and most preferably at least 120° C. The base layer may be provided by a wide variety of materials including polyolefins, alkyl acrylate modified polyolefins, acid based ionomers, thermoplastic olefins, ethylene/vinyl acetate copolymers, acrylonitrile-butadiene-sytrene terpolymer, ethylene-propolyene-diene-monomer terpolymer, as well as suitable blends and mixtures of any of the foregoing materials. Poly(vinyl chloride) may also be used but is less preferred due to various health and environmental reasons. Preferably, the base layer is provided by a rubber modified ethylene-propylene copolymer or an ionomer of either ethylene/acrylic acid copolymer or ethylene/methacrylic acid copolymer.

The protective surface layer may provide interior surface protection properties or, for more demanding exterior applications, may be weatherable and/or resistant to chemical exposure. In general, polyurethane-based materials are desirable. For example, for interior uses, the protective surface layer may comprise the reaction product of an aromatic diisocyanate and a polyether polyol. For exterior uses, the surface layer preferably comprises the reaction product of an aliphatic diisocyanate and either a polyester polyol, a polycarbonate polyol or a polyacrylic polyol. In some formulations the polyurethane-based material (for both interior and exterior uses) may be blended with a supplemental material such as an acrylic or an epoxy. Polyurethane-based surface layers according to the invention may be crosslinked or uncrosslinked and may be either solvent or aqueous borne. Also useful for exterior settings are protective surface layers that an 80%/20% blend of, respectively, poly(vinylidene fluoride) and poly(methylmethacrylate).

The embossed multilayer films of the invention may further comprise at least one color layer and/or at least one adhesive layer, the latter for bonding the embossed film to a surface.

The invention also relates to a method for providing such embossed multilayer films. The method comprises the steps of providing the base layer and applying a polymerized surface layer of substantially uniform thickness to the base layer. The base layer is then embossed while retaining a surface layer of substantially uniform thickness. The base layer is embossed at a temperature between the softening temperature and the decomposition temperature of the base layer but less than the softening temperature of the surface layer. In certain instances, the surface layer may not have a softening temperature, in which event the embossing temperature should be less than the decomposition temperature of the surface layer. Preferably, the base layer is embossed at a temperature of about 95° C. to 205° C.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be more fully understood with reference to the following drawings in which:

FIG. 1 is a cross-sectional view of an embossed multilayer film according to the invention;

FIG. 2 is a graphical representation of the thermomechanical analysis of a base layer and a surface layer useful in an embossed multilayer film according to the invention; and

FIG. 3 is a graphical representation of the thermomechanical analysis of the base layer shown in FIG. 2 and a different surface layer also useful in an embossed multilayer film according to the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Turning now to the drawings, FIG. 1 illustrates one embodiment of an embossed multilayer film 10 according to the invention. In a broad aspect of the invention, film 10 comprises an embossed base layer 12 and a substantially uniformly thick, conformable protective surface layer 14 that overlies the base layer.

By "embossed" it is meant that base layer 12 permanently retains an embossed pattern at temperatures equal to or above that to which film 10 may be exposed during use. Preferably, the embossed pattern remains stable at temperatures up to about 80° C., more preferably up to about 90° C., and most preferably up to about 120° C. An embossed pattern is considered stable within the scope of the present invention if, at a given temperature, there is no readily observable change in the depth or sharpness of the embossed pattern.

An embossed pattern refers to base layer 12 having an elevation or profile of varying height (i.e., depth). The depth of the embossed pattern preferably represents no more than about one-third of the total thickness of base layer 12. As a result, base layer 12 does not have a substantially uniform thickness once it has been embossed. Although the embossed pattern of FIG. 1 is shown as comprising a series of alternating depressions 16 and ridges 18, this is merely illustrative and the actual embossed pattern may have virtually any shape or design, including a pebbled, sandblasted, brushed, grained, simulated leather, parchment paper appearance, etc. Additionally, the embossed pattern may be a legend, logo, stylized representation, or any decorative or informational combination of alpha-numeric characters.

Advantageously, base layer 12 is re-embossable; that is, base layer 12 may be repeatedly softened, embossed and set during multiple sequential heating and cooling cycles. Consequently, base layer 12 may be provided with a first embossed pattern (for example, a pebbled appearance) over virtually its entire surface, followed by the application (such as by hot-stamping or the like) of a second embossed pattern, (for example, a particular design, logo or legend) which selectively replaces the pebbled pattern in the area of the hot-stamping. Even more generally, base layer 12 is re-embossable in the sense that the base layer may be heated to remove a previously applied embossed pattern so that it can be replaced with an alternative pattern.

Preferably, base layer 12 comprises materials that have a softening temperature which exceeds 90° C. more preferably a softening temperature which exceeds 120° C. The softening temperature for materials which are useful as base layer 12 may be determined by thermomechanical analysis. More specifically, a nitrogen-purged DuPont 943 thermomechanical analyzer (E. I. dupont de Nemours & Co.) fitted with a 5 gram loaded penetration probe and programmed to heat a sample of the base layer material at a rate of 15° C. per minute over the temperature range of −100° to 300° C. was used. Results are reported graphically as a plot of temperature (in °C.) vs. the dimensional change experienced by the sample (in microns).

A representative graph is shown in FIG. 2, the performance of the base layer material being identified by the "curve" labeled "I". The softening temperature of the base layer material is taken as the intersection of the two tangential extensions labeled, respectively, as "a" and "b". Thus, the base layer material identified by curve I has a softening temperature of about 90° to 95° C. The base layer material of curve I was Surlyn TM-1705 (E. I. dupont deNemours and Company) as used in example 2 below.

Suitable base layer materials comprise polyolefins, such as polyethylene, polypropylene and blends and copolymers thereof; alkyl acrylate modified polyolefins, such as ethylene methylacrylate and ethylene ethylacrylate; acid based ionomers, such as ethylene-acrylic acid copolymer and ethylene-methacrylic acid copolymer which have been combined with various metal cations (for example, zinc), as well as blends of these ionomers; thermoplastic olefins such as rubber modified ethylene-propylene copolymers; ethylene/vinyl acetate copolymers; acrylonitrile-butadiene-styrene;

ethylene-propylenediene monomer terpolymer; and suitable blends and mixtures of any of the foregoing materials. Poly(vinyl chloride) may also be used but is less preferred for various health and environmental reasons.

A particularly preferred base layer material comprises a thermoplastic olefin such as an ethylene-propylene copolymer having rubber particles dispersed therein, commercially available examples of which are the Novolen TM family of materials from BASF AG.

Base layer 12 may be cast, blown, extruded or calendared into a wide range of thicknesses, the particular thickness desired depending on the particular application intended for embossed multilayer film 10. For example, if film 10 is intended for motor vehicle applications, base layer thicknesses in the range of about 25 to 350 microns are useful.

Base layer 12 may be clear, opaque, translucent or pigmented to any color depending on the application and the desired visual effect. Conventional pigments, including those which are colored (including white and black), fluorescent, organic and inorganic may be used to provide a monochromatic or polychromatic appearance. Furthermore, a range of aesthetically pleasing visual effects is possible by varying the overall glossiness of base layer 12 from low gloss to high gloss. Optionally, base layer 12 may further comprise various antioxidants to retard or prevent polymer degradation during processing, heat stabilizers to prevent degradation of base layer 12 at elevated temperatures, and ultraviolet radiation stabilizers to enhance the durability of film 10. Useful ultraviolet radiation stabilizers include hydroxybenzophenones, hydroxyphenylbenzotriazoles, alpha-cyanoacrylates, oxanalides, salicylates, and the like. Some pigments, most notably carbon black, may additionally provide ultraviolet radiation protection as well as imparting color to base layer 12. If carbon black is used in base layer 12, it is preferably included at a concentration of about 0.5 to 2.5 weight percent, based on the weight of base layer 12.

The stability of both base layer 12 and the embossed pattern at elevated temperatures may be enhanced by treating the base layer with electron beam radiation after embossing. It is believed that exposure to electron beam radiation induces a small amount of crosslinking in base layer 12 such that the softening temperature of the base layer material increases but not to a point that it no longer exhibits a readily definable softening temperature. In this manner, the embossed pattern is believed to be further set. Typical electron beam radiation exposures range from about 2 to 25 megarads. If, however, base layer 12 receives too much electron beam radiation, the base layer may become overly crosslinked with a consequential loss of flexibility and potential for re-embossability. Hence, base layer 12, even after radiation exposure, should ideally remain re-embossable though at a somewhat higher temperature than if the base film had not been irradiated.

Protective surface layer 14 overlies base layer 12 and may be adhered thereto, either directly or indirectly. By "indirectly" it is meant that other layers may be interposed between surface layer 14 and base layer 12. Importantly, surface layer 14 conforms to the embossed pattern carried by base layer 12 while maintaining a substantially uniform thickness. By "substantially uniform thickness" it is generally meant that there is no readily observable variation in the thickness of the surface layer when a photomicrograph of the full base layer/surface layer construction is viewed in cross-section by the unaided human eye at an enlargement of 62.5×. More specifically, the overall thickness of the surface layer does not vary by more than about 20%, preferably by no more than about 15%, assuming the use of quality manufacturing techniques intended to provide a surface layer of uniform thickness before embossing. In the most preferred embodiments, the dry thickness of surface layer 14 before and after embossing is substantially the same, based on the evaluative criteria described above. Preferably, the dry thickness of surface layer 14 does not exceed about 75 microns. More preferably it does not exceed about 50 microns, and most preferably the dry thickness of surface layer 14 is about 5 to 25 microns.

As explained more fully hereinbelow, the thickness of surface layer 14 remains substantially uniform after embossing because the surface layer does not significantly soften during embossing. As a result, surface layer 14, rather than becoming embossed, conforms to the embossed pattern which is imparted to base layer 12. By "conforms" (or "conformable"), it is meant that surface layer 14 repeats or replicates the embossed pattern carried by base layer 12 while maintaining a substantially uniform thickness, preferably a thickness substantially equal to its thickness before embossing, as noted above. While it will be appreciated that surface layer 14 necessarily must stretch somewhat during embossing, its thickness remains substantially uniform without experiencing local thinning or thickening on a macroscopic scale.

Surface layer 14 may be provided by a variety of polymeric materials, including those which display a softening temperature when measured by the thermomechanical analysis procedure described above. Such polymers are typically uncrosslinked or lightly crosslinked. Also useful are polymers which are not conventionally regarded as displaying a softening temperature by thermomechanical analysis. Most desirably, surface layer 14 comprises a polyurethane-based material.

Polyurethane-based surface layers comprise the reaction product of a polyisocyanate and an active hydrogen containing material. Aliphatic and aromatic polyisocyanates may be used although the former are preferred, especially if the embossed film is intended for exterior applications. Useful aromatic polyisocyanates include diphenylmethane-4, 4'-diisocyanate, toluene diisocyanate, p-tetramethylxylene diisocyanate, and naphthalene diisocyanate. Suitable aliphatic diisocyanates may be selected from isophorone diisocyanate, 1,6-hexamethylene diisocyanate, bis-(4-isocyanato cyclohexyl)methane, and 1,4-cyclohexyl diisocyanate.

Useful active hydrogen containing compounds include polyether polyols, and, for more demanding exterior applications, polyester polyols, polycarbonate polyols and polyacrylic polyols, as well as blends of any of these materials. Of course, surface layer materials suitable for outdoor use may also be used for interior applications.

Two-part, solvent-based polyurethanes provide useful surface layers. Conventional solvent systems include those which use xylene, methyl isobutyl ketone, methyl ethyl ketone, glycol ethers such as propylene glycol monomethylether acetate and diethylene glycol ethylether acetate, as well as blends and mixtures of the foregoing materials.

However, aqueous-based polyurethane dispersions are preferred because they are more environmentally

compatible than their solvent-based counterparts. Aqueous-based polyurethane dispersions may contain small amounts of organic cosolvents. It will be understood that the reactive system which provides the polyisocyanate/active hydrogen material "reaction product" for an aqueous polyurethane dispersion may include small amounts of short chain diols (e.g., 1,4-butane diol) and short chain diamines (e.g. ethylene diamine) as chain extenders for modifying the properties of the surface layer. Such components are encompassed by the reaction product concept.

Polyurethane-based surface layers having utility in the invention (whether for interior or exterior applications) include polyurethane/acrylic resin dispersion blends and polyurethane/aqueous epoxy blends. In these blends, the polyurethane component predominates and provides a continuous phase in which are dispersed islands or microdomains of the acrylic or epoxy component. The acrylic or epoxy component typically provides no more than about 25% to 30% of the blended surface layer.

The polyurethane surface layer may be uncrosslinked, lightly crosslinked or highly crosslinked. In general, as the degree of crosslinking increases, the softening temperature of the surface layer material correspondingly increases, eventually achieving a state where the material is not conventionally considered to have a softening temperature by thermomechanical analysis. The curve labeled "II" in FIG. 2 shows the thermomechanical analysis (using the procedure described above for the base layer materials) of the aqueous-based, lightly crosslinked polyurethane surface layer of example 3. This surface layer material has a softening temperature of about 205° C. based on the intersection of the tangential extensions labeled, respectively, "c" and "d". On the other hand, curve "III" in FIG. 3 illustrates the thermomechancial analysis of the highly crosslinked, two-part solvent-based polyurethane surface layer of example 1 which does not display a conventional softening temperature.

Another surface layer material useful for exterior applications is a blend of poly(vinylidene fluoride) (PVDF) and poly(methylmethacrylate) (PMMA) comprising 80% by weight PVDF and 20% by weight PMMA.

Preferably, surface layer 14 is transparent and optically clear so as to enhance the visibility of the underlying base layer as well as any decorative color layers which may be included, as discussed more fully hereinbelow. However, surface layer 14 may be pigmented in the manner described for base layer 12. Surface layer 14 may also incorporate various heat stabilizers, ultraviolet radiation stabilizers, antioxidants and the like, all as discussed above with regard to base layer 12. Surface layer 14 may further include various flow control agents and other processing aids to facilitate the coating of surface layer 14 on base layer 12, if such be the method of application. In some instances, a low gloss surface layer may be aesthetically desirable. In such constructions, a flattening agent such as a silica may be incorporated surface layer 14.

With continuing reference to FIG. 1, embossed multilayer film 10 may further and optionally comprise one or more color layers 20 and 22. Color layers 20 and 22 may be used singly, together or not at all. Furthermore, while color layers 20 and 22 are each illustrated as comprising a single layer, such layers may in fact comprise multiple layers each of which may be continuous or discontinuous thereby providing an almost limitless variety of aesthetically pleasing decorative effects. The color layers may be applied in virtually any pattern, shape or design including alpha-numeric characters.

Typically, each color layer comprises a color agent dispersed in a suitable vehicle or binder which may be solvent-based or, preferably for environmental, health, energy consumption and manufacturing reasons, aqueous-based. Useful color agents are widely varying and include organic and inorganic pigments, metallic flakes, pearlescent materials and dyes as well as combinations of these. In one particularly preferred embodiment, the color layer comprises an ink in which a pigment is dispersed in an aqueous binder.

Color layers 20 and 22 may be compositionally similar although this is not required. If a color layer is positioned between base layer 12 and surface layer 14 (such as color layer 20 in FIG. 1), it may need to be capable of being re-embossed in the same manner as base layer 12. Moreover, this color layer should retain a uniform color appearance subsequent to embossing. On the other hand, a color layer which is positioned base layer 12 and which is not embossed (such as color layer 22 in FIG. 1) may be more rigid.

Color layers 20 and 22 may vary in thickness over a wide range so long as the flexibility and conformability of film 10 to a surface is not materially adversely affected. Within these guidelines, the color layers may have a dry thickness in excess of about 75 microns although a dry thickness of about 5 to 30 microns is more preferred. Color layers 20 and 22 may be applied by many techniques including screen printing, direct coating, transfer lamination and the like.

Film 10 may also include a decorative layer 23 on base layer 12. Decorative layer 23 may be similar to color layers 20 and 22 or may comprise a thin metal (for example, aluminum) foil or a retroreflective material.

Again with reference to FIG. 1, embossed multilayer film 10 may further comprise an adhesive 24 for facilitating application of the film to a substrate (not shown separately in the drawing) such as the surface of a motor vehicle. Adhesive 24 may be provided by any of a wide variety of adhesives conventionally employed to bond graphic articles to a surface. Heat activated and pressure sensitive adhesives are particularly useful in this regard. Pressure sensitive adhesives based on acrylates, natural rubbers, styrene-isoprene-styrene block copolymers, and silicone-based adhesives such as polydimethylsiloxane and polymethlyphenlysiloxane may be used. Adhesives useful in the invention may incorporate additives such as ground glass, titanium dioxide, silica, glass beads, waxes, tackifiers, low molecular weight thermoplastics, oligomeric species, plasticizers, pigments, metallic flakes, metallic powders, etc. so long as they are provided in an amount that does not materially adversely effect the ability of the adhesive to bond film 10 to a surface. Typical adhesive thicknesses range from 25 to 50 microns. The adhesive may be repositionable.

Furthermore, although not shown separately in the drawings, embossed multilayer film 10 may further include one or more tie layers between otherwise adjacent layers of the construction. Tie layers may be incorporated to enhance adhesion between the otherwise adjacent layers in the event that there is insufficient adhesion therebetween. Tie layer materials may be coated onto previously formed or provided layers which comprise film 10 or may be coextruded therewith depending on the particular means of manufactur-

ing the film. Suitable tie layer materials include maleic anhydrides grafted on polypropylenes, ethylene acrylic acid copolymers, polyurethanes, ethylene/vinyl alcohol copolymers, and melamine acrylics. Alternatively, adhesion between adjacent layers of film 10 may be promoted through various oxygenating treatments such as corona discharge and plasma exposure. In such instances, the further inclusion of tie layers may be unnecessary.

In a typical manufacturing process, base layer 12 of suitable materials and dimension is cast, blown, extruded or calendared. Tie layers may be provided on one or both major surfaces of base layer 12 if desired. Alternatively or in combination with the tie layers, oxygenating treatments may be applied to one or both surfaces of base layer 12. Subsequently, one or more continuous or discontinuous color layers may be provided on one or both major surfaces of base layer 12 depending on the decorative effects which are desired. The color layers may be applied by coating, screen printing, transfer lamination and other similar techniques. Other decorative layers may be added as desired. Adhesive 24 may then be applied to base layer 12 (or color layer 22 or decorative layer 23 if such be included) by coating, transfer lamination and the like. (Tie layers and/or oxygenating treatments may be utilized as needed.) Typically, the exposed surface of adhesive 24 is protected by a release liner (not shown separately in the drawings) such as a silicone-coated paper or polymer film. Protective surface layer 14 is coated, transfer laminated or otherwise applied to base layer 12 (or color layer 20 if such be included) using any suitable tie layers as necessary. The surface layer is polymerized before embossing. The order in which the various layers is assembled may be varied.

Following the application of protective surface layer 14, film 10 may be embossed to provide virtually any decorative pattern which is desired. Thermomechanical and high frequency embossing techniques may be used to impart, smooth, raised, recessed, matte, or glossy finishes in a virtually unlimited multitude of patterns such as a parchment paper like, brushed, sandblasted, simulated leather, pebbled, grained or lined looks. In addition, legends, logos and informational messages comprising any arrangement of alpha-numeric characters may be embossed into a base layer that has been previously provided with an overall embossed background pattern or which has not been previously embossed.

More specifically, multilayer film 10 is embossed at a temperature which reflects the individual thermomechanical and chemical properties of base layer 12 and surface layer 14. Thus, the embossing temperature should be greater than the softening temperature of the material which comprises base layer 12 (so as to provide the base layer with an acceptable embossed pattern) but less than the decomposition or degradation temperature of base layer 12 (so as to preserve the integrity of the material). Importantly, the embossing temperature should also be less than the softening temperature of the material which comprises surface layer 14 so as to permit the surface layer to conform to the pattern embossed in base layer 12 without undergoing any substantial change in thickness. As noted above, however, some surface layer materials useful in the invention do not display a softening temperature. For such materials, the embossing temperature should be less than the decomposition or degradation temperature.

Thus, as explained more fully hereinabove, surface layer 14, while repeating or replicating the embossed pattern carried by base layer 12, retains a substantially uniform thickness thereover and is itself not embossed. Since surface layer 14 has a substantially equal thickness, it uniformly protects underlying base layer 12 from abrasion, chemical exposure and environmental weathering.

Advantageously, base layer 12 can be reversibly softened. Consequently, after the performance of a first embossing step, film 10 may be re-embossed so as to provide, for example, a hot-stamped legend or logo on a portion of film 10, the subsequently applied legend or logo being surrounded by an overall embossed background pattern which was provided during the first embossing step. In a more extreme situation, the originally applied emboss could be removed by heating film 10 to the embossing temperature thereby causing base layer 12 to soften and release the embossed pattern.

While it will be understood that the particular embossing temperature depends substantially on the physical and chemical characteristics of the various layers which comprise film 10, it has been found that a temperature of about 160° C. is particularly useful. With reference to the base layer/surface layer combination shown in FIG. 2, the embossing temperature (i.e., the temperature at the surface of the film) should ideally be between about 95° C. and 205° C., more preferably between about 140° C. and 165° C. With reference to the base layer/surface layer combination shown in FIG. 3, the embossing temperature should be greater than 95° C. but less than the decomposition temperature of the base layer material.

In general, higher temperatures promote easier embossing. In this regard, the presence of surface layer 14 is particularly advantageous. Surface layer 14 protects underlying base layer 12 during embossing and permits the embossing to be carried out at a higher temperature than might otherwise be possible if base layer 12 was provided alone.

Once film 10 has been provided with the desired embossed pattern(s), further decorative features may be incorporated such as by securing a jewel like badge or emblem of the type shown in U.S. Pat. No. Re. 33,175 (Waugh) to surface layer 14. At this point, the film is ready for application to a substrate.

The substrate may be flat or have a compound, contoured surface in three dimensions. For application to these latter complex surfaces, film 10 needs to be sufficiently flexible to conform thereto without delaminating or lifting off. The actual requisite flexibility will depend in large part on the nature of the substrate surface. Some common surfaces encountered in the automotive industry include bumper facia, pillar posts, rocker panels, wheel covers, door panels, trunk and hood lids, mirror housings, dashboards, floormats, door sills, etc. Film 10 typically includes adhesive layer 24 which is conventionally protected by a removable release liner. Film 10 is applied to the substrate, preferably in a single continuous motion by simultaneously removing the release liner and applying film 10 in a smooth, flat manner. Film 10 may be squeegeed flat to remove any entrapped air and to provide a good adhesive bond with the underlying substrate.

Embossed films according to the invention may be applied to a wide variety of articles including automobiles, trucks, motorcycles, trains, airplanes, marine vehicles and snowmobiles. However, the film is not limited

to vehicular settings and may be used anywhere an embossed decorative, functional or informational graphic article is desirable, including both indoor and outdoor environments.

For indoor uses, protective surface layer 4 may be formulated to impart interior surface protection properties to the multilayer film. As noted above, polyurethane-based materials comprising the reaction product of aromatic diisocyanates and polyether polyols are useful in this regard. "Interior surface protection properties" means mar resistance and that the film will not appreciably change in appearance or adhesion when subjected to interior cleaning solutions, food, cosmetics, grease, oil and plasticizers.

With the proper formulation of surface layer **14**, film **10** is particularly suited for use in outdoor environments. Such articles are exposed to a wide variety of harsh, deteriorative conditions such as environmental weathering, chemicals and abrasion. Polyurethane-based surface layers which comprise the reaction product of aliphatic diioscyanates and either polyester polyols, polycarbonate polyols or polyacrylic polyols are useful in this regard because of their ability to provide weathering, chemical and abrasion resistance while remaining flexible.

Consequently, base layer materials which heretofore were largely excluded from exterior applications because of their limited resistance to environmental weathering, chemical exposure and abrasion may now be successfully used in such settings. Furthermore, previous exterior grade films were often limited to vertical applications (for example, pillar posts) because of the reduced weathering exposure faced by these surfaces. Such films may now be successfully used in horizontal applications such as hood and deck lids.

The following tests may be used to evaluate the utility of embossed multilayer films according to the invention in outdoor environments, especially in conjunction with motor vehicles. These tests are analogous to many which have been adopted or developed by major automobile manufacturers. However, a film which fails to pass every test may still be suitable for outdoor use depending on the requirements for a given application and the standards which have been established by a particular end user. Unless alternative criteria are noted below, an embossed multilayer film is considered to have passed a particular test if it shows no objectionable effects including surface deterioration, excessive shrinkage, delamination, edge lifting, gloss or color change, adhesion loss, and cracking or crazing. Necessarily the results of these tests are somewhat subjective but such tests have long been used in the automotive industry to characterize exterior durability and observations should be consistent with those standards which have come to be recognized.

In each test, the embossed multilayer film includes a pressure sensitive adhesive (typically about 25 to 51 $\mu m$ thick) for bonding a sample of the embossed multilayer film to a test substrate. The nature of the test substrate (its material of construction, whether it is painted, primed, etc.) is typically specified by the end user of the multilayer film, although any test substrate specified by an automobile manufacturer may be used. Conventionally, the test substrates are about 30.5 cm×10.2 cm in size with the sample of the embossed multilayer film being 8.9 cm×8.9 cm, except as noted below. Once the sample has been firmly applied to the test substrate, the resulting panel is preconditioned for 24 hours under ambient conditions (23° C.±2° C., 50%± 5% relative humidity (R.H.)). All tests are performed under ambient conditions unless noted otherwise. Furthermore, all panels are subjected to a 24 hour ambient condition recovery period at the conclusion of the test and before recording observations.

The following tests are not listed in any particular order.

### Heat Aging

Panels are exposed for 168 hours at 80°±2° C. in an air-circulating oven.

### Dimensional Stability

A film sample may exhibit a shrinkage of no more than 1.0% (more preferably, a shrinkage of no more than 0.5%) in the longitudinal direction following exposure for 30 minutes at 120°±2° C. in a mechanical convection oven. The sample dimensions are measured prior to and after exposure with the initial sample having dimensions of 2.54 cm×20 cm.

### Moisture Resistance

A panel is exposed for 168 hours at 38°±2° C. and 99±1% R.H.

### Thermal/Environmental Cycling

A panel is exposed to 2 consecutive cycles each cycle consisting of: (i) 72 hours at 80° C., (ii) 24 hours at 38° C. and 99%±1% R.H., (iii) 7 hours at −30° C., (iv) 17 hours at 38° C. and 99%±1% R.H., (v) 7 hours at 80° C., (vi) 24 hours at 38° C. and 99%±1% R.H., and (vii) 17 hours at −30° C.

### Gravel Resistance

A panel, once having completed the thermal/environmental cycle described above, is tested in accordance with SAE J400, January, 1985 ("Test for Chip Resistance of Surface Coatings") and evaluated using the SAE J400 rating scale. There shall be no evidence of film cut-thru to the test substrate.

### Impact Resistance

1. Ambient Conditions

A panel, once having completed the thermal/environmental cycle described above, and without additional preconditioning, is impacted at 2.7 Joules with a Gardner Impact Tester.

2. −30° C.

A panel is conditioned at −30° C. for 4 hours and then is impacted at 2.7 Joules with a Gardner Impact Tester.

### Accelerated Weathering

Resistance to environmental weathering (i.e., whether an embossed multilayer film is "weatherable" as that term is used herein) may be measured in accordance with SAE J1960 June, 89 (G-26, Type BH) "Accelerated Exposure of Automotive Exterior Materials Using a Controlled Irradience Water Cooled Xenon Arc Apparatus" which provides for 2,000 hours of accelerated xenon exposure weathering. The test uses 2640 kiloJoules/square meter of energy exposure at 340 nm.

### Abrasion Resistance

"Resistance to abrasion" (or "abrasion resistance") as those terms are used herein may be evaluated by sub-

jecting the embossed multilayer film to a Teledyne Taber Abraset (Teledyne, Inc.) fitted with a CS-17 abrading wheel carrying a load of 500 grams per head in accordance with SAE J1847. Preferably, the film does not exhibit any wear-thru to the test substrate after 200 cycles.

An embossed multilayer film of the invention may be regarded as "resistant to chemical exposure" (i.e., as having "chemical resistance") as those terms are used herein if it passes the salt spray, fuel resistance, acid resistance, solvent resistance and wax/dewax resistance tests described below.

Salt Spray

Resistance to a harsh salt spray is determined by spraying a panel with a 5% salt solution at 35° C. for 168 hours.

Fuel Resistance

1. Immersion Test

A panel is submerged 10 times for 10 second durations with a 20 second evaporation period between submersions in both diesel fuel and unleaded gasoline.

2. Soft Abrasion Test

A panel (embossed film sample size 5.1 cm×12.7 cm) is mounted in an American Association of Textile Chemists and Colorists (A.A.T.C.C.) crockmeter (see A.A.T.C.C. Test Method 8-1972) and exposed separately to both diesel fuel and unleaded gasoline. A cotton-based testing fabric (specified in the A.A.T.C.C. test) used to rub the film sample is soaked in the test fluid before beginning the evaluation. The test uses a total of 6 rub cycles and a 900 gram load.

Acid Resistance

3 drops of 0.1N HCl is placed on the sample, covered with a watch glass, and heated for 30 minutes at 38° C. in an air-circulating oven. The panel is allowed to cool and then rinsed. The panel is compared to an unacidified and unheated control panel.

Solvent Resistance

A sample of the embossed film (5.1 cm×12.7 cm) is mounted in an A.A.T.C.C. crockmeter and exposed separately to each of the following fluids: (i) windshield washer solvent (isopropanol/water 1:1 volume:volume), (ii) antifreeze (e.g. ethylene glycol), (iii) car wash detergent (e.g., 1% Pril), (iv) oil (SAE 20), and (v) #2 diesel fuel. After a 60 second penetration period, the panel is rubbed for 25 cycles according to A.A.T.C.C. Test Method 8-1972, Wet Crocking Test.

Wax/Dewax Resistance

An automotive wax is applied to the sample which is then stored for 72 hours at ambient conditions. The wax is removed using a dewaxing agent and a sponge after allowing the dewaxing agent to penetrate the sample surface for approximately 5 to 10 minutes. The sample is then rinsed with warm deionized water and rubbed dry with a soft cloth.

The invention will be more fully appreciated with reference to the following nonlimiting examples in which all parts refer to parts by weight.

EXAMPLE 1

A surface layer derived from a two-part, solvent-based, crosslinked, polyurethane was prepared according to the formulation shown below in Table 1. 100 parts of the Table 1 formulation were subsequently mixed with 40 parts of an aliphatic diisocyanate (Desmodur TM N-75 from Miles) and 30 parts carbitol acetate. This surface layer formulation was then coated at a substantially uniform dry thickness of about 11 microns onto a 254 micron thick transparent base layer provided by an extruded Surlyn TM-1855 ethylene methacrylic acid copolymer ionomer resin (DuPont). The base layer included the manufacturer's recommended ultraviolet radiation stabilization package. A 51 micron thick acrylate pressure sensitive adhesive layer was coated onto a paper release liner and transfer laminated to the exposed surface of the base layer by passing the two between a pair of nip rollers. A release liner was added to protect the adhesive layer. Both major surfaces of the exposed base layer had been corona treated prior to the application of the surface layer and the adhesive layer with a net power of 325 Joules/second and a line speed of 10 centimeters/second. The film was high frequency embossed using a 6 kilowatt Thermatron press with a 95% power setting, a pressure of 70 pounds per square inch (psi), a 7 second forming time, and a 7 second cooling time. An approximately 254 micron thick, PVC-based, high frequency responsive, thermal transfer sheet was placed beneath the release liner to facilitate embossing. An unembossed sample of the film was then evaluated according to the tests described above with the results shown below in Table 5.

TABLE 1

| Component | Parts |
|---|---|
| Polyester polyol (available from Miles as Desmophen TM 670) | 47.5 |
| Acrylic polyol (Acryloid TM AU608S, available from Rohm & Haas) | 26.4 |
| Ultraviolet radiation absorber (Uvinul TM-N539 UVA (available from BASF AG) | 1.4 |
| Ultraviolet radiation stabilizer (Tinuvin TM 292 available from Ciba Geigy) | 0.9 |
| Fluorocarbon surfactant (FC TM-430, available from 3M Company). | 0.3 |
| Cellulose acetate butyrate (CAB TM 381-0.1, available from Eastman Chemicals) | 2.0 |
| Solvent (Carbitol acetate) | 19.7 |
| Flow modifier (Multiflow TM from Monsanto) | 1.8 |

EXAMPLE 2

A lightly crosslinked aqueous polyurethane/acrylic dispersion useful as a low gloss surface layer in the films of the invention was prepared according to the formulation shown below in Table 2. This formulation was coated at a substantially uniform dry thickness of 10 microns onto a 318 micron thick extruded Surlyn TM-1705 ethylene methacrylic acid copolymer ionomer resin (DuPont) base layer. The base layer was pigmented black by including 0.6 percent by weight carbon black in the ionomer resin. An ultraviolet radiation stabilizer package similar to that recommended by the base layer resin manufacturer and comprising a pair of ultraviolet radiation absorbers, a hindered amine light stabilizer, and an antioxidant was included. The exposed surface of the base layer was corona discharge treated to a total energy exposure of 0.5 Joules/square centimeter and a 25 micron thick acrylic pressure sensitive adhesive was laminated thereto using a pair of heated nip rolls.

TABLE 2

| Component | Parts |
|---|---|
| Aqueous polyurethane dispersion (Neorez TM XR-9679, available from ICI) | 57.6 |
| Aqueous acrylic emulsion (Neocryl TM A-601, available from ICI) | 16.6 |
| Ultraviolet radiation absorber (Uvinul TM N539 UVA) | 0.8 |
| Ultraviolet radiation stabilizer (Tinuvin TM 123, available from Ciba-Geigy) | 0.3 |
| Silica flattening agent (OK TM-412, available from Degussa, AG) | 3.0 |
| Crosslinking agent (Neocryl TM CX-100, available from ICI) | 0.9 |
| Solvent (Butyl carbitol) | 20.8 |

The multilayer film was thermomechanically embossed at a temperature of 155° C. and at a pressure of about 100 to 300 bars. The film was then evaluated for its utility in exterior applications according to the procedures described above and with the results shown below in Table 5. However, after exposure to natural weather conditions, the film displayed an undesirable white powdery material on its surface. The white powder could be readily brushed off.

## EXAMPLE 3

Example 3 illustrates the preparation of an embossed multilayer film according to the invention and further comprising a color layer interposed between the base layer and the surface layer. The color layer was a blue pearlescent ink prepared according to the formulation shown below in Table 3. An unpigmented version of the base layer of example 2 was corona discharge treated to an exposure of 0.5 Joules/cm$^2$ and was provided with a 51 micron thick acrylate pressure sensitive adhesive that was laminated thereto. The color layer was coated at a substantially uniform dry thickness of about 25 microns onto the base layer surface not having adhesive. A lightly crosslinked aqueous polyurethane dispersion useful as a surface layer in the invention was prepared according to the formulation shown below in Table 4. The surface layer was coated onto the color layer at a substantially uniform dry thickness of about 16 microns.

The film of example 3 was then thermomechanically embossed at a temperature of 151° C. and at a pressure of 100 bars. The embossed film was then heated to a temperature of 135° C., which resulted in softening of the film and loss of the embossed pattern. The same film was then high frequency embossed using the conditions of example 1 thereby demonstrating that the embossed multilayer films of the invention are re-embossable. The re-embossable feature of the inventive films was also demonstrated by thermomechanically embossing the film of example 3 at a temperature of 151° C. and at a pressure of 100 bars to provide a first embossed pattern. The embossed film was then high frequency re-embossed as described above to provide the film with simultaneous first and second embossed patterns that were different.

The first thermomechanically embossed film was then tested for its exterior durability according to the tests described above and with the results shown below in Table 5.

TABLE 3

| Component | Parts |
|---|---|
| Aqueous pigment binder (Adcote TM-50T4983 from Morton International) | 65.3 |
| Crosslinking agent (Bacote TM-20 from Magnesium Elektron, Inc.) | 1.6 |
| Surfactant (Surfynol TM-104PA from Air Products) | 1.3 |
| Solvent (Butyl cellosolve) | 1.0 |
| Solvent (Butyl carbitol) | 0.5 |
| Texanol TM (a solvent available from Eastman Chemical) | 1.3 |
| Ultraviolet radiation stabilizer (Tinuvin TM-123) | 0.1 |
| Ultraviolet radiation absorber (Tinuvin TM-1130) (Ciba Geigy) | 0.3 |
| Defoamer (Byk TM-024 from BYK Chemie) | 0.6 |
| Blue pigment (Aqualour TM UB-17 blue from Penn Color) | 22.0 |
| Pearlescent material (Mearlin TM 139V from Mearl Co.) | 2.0 |
| Deionized water | 4.0 |

TABLE 4

| Component | Parts |
|---|---|
| Aqueous polyurethane dispersion (Neorez TM X-9679) | 81.0 |
| Ultraviolet radiation absorber (Uvinul TM N539 UVA) | 0.9 |
| Ultraviolet radiation stabilizer (Tinuvin TM 123) | 0.3 |
| Solvent (Butyl carbitol) | 8.4 |
| Flow agent (Triton TM GR-7M from Union Carbide) | 0.3 |
| Defoamer (Byk TM-025 from BYK Chemie) | 0.3 |
| Crosslinking agent (Neocryl TM CX-100) | 1.2 |
| Deionized water | 7.6 |

TABLE 5

| | Example | | |
|---|---|---|---|
| Test | 1 | 2 | 3 |
| Heat Aging | PASS | PASS | PASS |
| Dimensional Stability | PASS | PASS | NA |
| Moisture Resistance | PASS | PASS | PASS |
| Thermal/Environmental Cycling | PASS | PASS | PASS |
| Gravel Resistance | PASS | PASS | NA |
| Impact | | | |
| −30° C. | NT | PASS | NA |
| Ambient Conditions | NT | PASS | NA |
| Salt Spray | PASS | PASS | PASS |
| Fuel Resistance | PASS | PASS | PASS |
| Accelerated Weathering | NT | 600 Hours * | NA |
| Acid Resistance | PASS | PASS | NA |
| Solvent Resistance | NT | PASS | NA |
| Abrasion Resistance | NT | PASS | PASS |
| Wax/Dewax Resistance | NT | PASS | NA |

N.A. = Data not available
N.T. = Not tested
* = Data not available beyond approximately 600 hours of testing. After 600 hours of testing, the film had not failed.

## EXAMPLE 4

The surface layer formulation of example 1 was coated at a substantially uniform dry thickness of about 35 microns onto a 350 micron thick black pigmented poly(vinyl chloride) base film commercially available from Beneke (Hanover, Germany) under their product designation 4835. A 35 micron thick acrylate pressure sensitive adhesive was heat laminated to the exposed surface of the base film. The film was high frequency embossed as described in example 1 but without the use of the PVC sheet.

EXAMPLE 5

A highly preferred embossed multilayer film according to the invention comprises the surface layer of example 4 coated onto a base layer comprising a Novolen TM rubber modified ethlyene-propylene random block copolymer. The surface layer was coated at a substantially uniform dry thickness of about 20 microns onto a 300 micron thick base layer that had been pigmented black by including 2 percent by weight carbon black. A 35 micron thick acrylate pressure sensitive adhesive was laminated to the exposed surface of the base layer. The film of this example was hot stamp embossed, and a separate sample of the film was high frequency embossed.

Various modifications may be made within the foregoing specification and drawings without departing from the scope of the invention which is defined in the accompanying claims.

The embodiments for which an exclusive property or privilege is claimed are defined as follows:

1. An embossed multilayer film comprising:
(a) an embossed base layer provided by a material selected from the group consisting of polyolefins, alkyl acrylate modified polyolefins, acid based ionomers, thermoplastic olefins, ethylene/vinyl acetate copolymers, acrylonitrile-butadiene-styrene terpolymer, ethylene-propylene-diene monomer terpolymer, and suitable blends and mixtures of any of the foregoing; and
(b) a conformable, protective surface layer that has a substantially uniform thickness that does not vary by more than about 20% and which overlies the base layer;
wherein, the base layer can be either thermomechanically or high frequency re-embossed.

2. An embossed multilayer film according to claim 1 wherein the embossed base film has an embossed pattern that is stable at a temperature of at least 80° C.

3. An embossed multilayer film according to claim 2 wherein the embossed pattern is stable at a temperature of at least 90° C.

4. An embossed multilayer film according to claim 3 wherein the embossed pattern is stable at a temperature of at least 120° C.

5. An embossed multilayer film according to claim 1 wherein the embossed base layer has a first embossed pattern and a second embossed pattern different from the first embossed pattern.

6. An embossed multilayer film according to claim 1 wherein the base layer has a softening temperature greater than 90° C.

7. An embossed multilayer film according to claim 6 wherein the base layer has a softening temperature greater than 120° C.

8. An embossed multilayer film according to claim 1 wherein the base layer is an ionomer of ethylene/acrylic acid copolymer with a metal cation or an ionomer of ethylene/methacrylic acid copolymer with a metal cation.

9. An embossed multilayer film according to claim 8 wherein the metal cation is a zinc cation.

10. An embossed multilayer film according to claim 1 wherein the base layer is a rubber modified ethylene-propylene copolymer.

11. An embossed multilayer film according to claim 1 wherein the protective surface layer has a thickness that does not vary by more than about 20%.



12. An embossed multilayer film according to claim 1 wherein the protective surface layer renders the embossed multilayer film weatherable.

13. An embossed multilayer film according to claim 1 wherein the protective surface layer renders the embossed multilayer film resistant to chemical exposure.

14. An embossed multilayer film according to claim 1 wherein the protective surface layer provides the embossed multilayer film with interior surface protection properties.

15. An embossed multilayer film according to claim 1 wherein the protective surface layer is uncrosslinked.

16. An embossed multilayer film according to claim 1 wherein the protective surface layer is crosslinked.

17. An embossed multilayer film according to claim 1 wherein the protective surface layer is a polyurethane-based material.

18. An embossed multilayer film according to claim 17 wherein the polyurethane-based material comprises the reaction product of an aliphatic diisocyanate and either a polyester polyol, a polycarbonate polyol, a polyacrylic polyol or blends thereof.

19. An embossed multilayer film according to claim 17 wherein the polyurethane-based material is blended with either an acrylic material or an epoxy material.

20. An embossed multilayer film according to claim 1 further comprising at least one color layer beneath the protective surface layer.

21. An embossed multilayer film according to claim 1 further comprising an adhesive layer for bonding the multilayer embossed film to a surface.

22. An embossed multilayer film according to claim 1 wherein the surface layer has a substantially uniform thickness that does not vary by more than about 15%.

23. An embossed multilayer film comprising:
(a) an embossed base layer selected from the group consisting of rubber modified ethylene-propylene copolymers and acid based ionomers; and
(b) a conformable, polyurethane-based surface layer that has a substantially uniform thickness that does not vary by more than about 20% and which overlies the base layer.

24. An embossed multilayer film according to claim 23 wherein the protective surface layer renders the embossed multilayer film weatherable.

25. An embossed multilayer film according to claim 23 wherein the protective surface layer renders the embossed multilayer film resistant to chemical exposure.

26. An embossed multilayer film according to claim 23 wherein the protective surface layer provides the embossed multilayer film with interior surface protection properties.

27. An embossed multilayer film according to claim 23 wherein the polyurethane-based material comprises the reaction product of an aliphatic diisocyanate and either a polyester polyol, a polycarbonate polyol, a polyacrylic polyol or blends thereof.

28. An embossed multilayer film according to claim 23 wherein the polyurethane based material is blended with either an acrylic material or an epoxy material.

29. An embossed multilayer film according to claim 23 wherein the embossed pattern is stable at a temperature of at least 90° C.

30. An embossed multilayer film according to claim 23 further comprising at least one color layer beneath the protective surface layer.

31. An embossed multilayer film according to claim 23 wherein the surface layer has a substantially uniform thickness that does not vary by more than about 15%.

32. An embossed multilayer film according to claim 23 wherein the acid based ionomer is an ionomer of ethylene/acrylic acid copolymer with a metal cation or an ionomer of ethylene/methacrylic acid copolymer with a metal cation.

33. An embossed multilayer film according to claim 32 wherein the metal cation is a zinc cation.

* * * * *

US005141790A

# United States Patent [19]

Calhoun et al.

[11] Patent Number: 5,141,790

[45] Date of Patent: Aug. 25, 1992

[54] REPOSITIONABLE PRESSURE-SENSITIVE ADHESIVE TAPE

[75] Inventors: Clyde D. Calhoun; David C. Koskenmaki, both of St. Paul, Minn.

[73] Assignee: Minnesota Mining and Manufacturing Company, Saint Paul, Minn.

[21] Appl. No.: 439,444

[22] Filed: Nov. 20, 1989

[51] Int. Cl.[5] .......... C09J 7/02; B32B 3/08

[52] U.S. Cl. .......... 428/40; 428/143; 428/147; 428/148; 428/343; 428/354

[58] Field of Search .......... 428/343, 354, 355, 356, 428/143, 147, 148

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,301,741 | 1/1967 | Henrickson | 428/343 |
| 3,314,838 | 4/1967 | Erwin | 428/343 |
| 3,331,729 | 7/1967 | Danielson | 428/331 |
| 3,514,326 | 5/1970 | Stow | 428/343 |
| 3,554,835 | 1/1971 | Morgan | 428/352 |
| 4,054,697 | 10/1977 | Reed | 428/354 |
| 4,376,151 | 3/1983 | Parrotta | 428/343 |
| 4,548,862 | 10/1985 | Hartman | 428/323 |
| 4,556,595 | 12/1985 | Ochi | 428/343 |
| 4,737,112 | 4/1988 | Jin | 428/356 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0330452 | 8/1989 | European Pat. Off. | 428/343 |
| 0010153 | 2/1982 | Japan | 428/343 |

*Primary Examiner*—Jenna L. Davis

*Attorney, Agent, or Firm*—Gary L. Griswold; Walter N. Kirn; Carolyn V. Peters

[57] ABSTRACT

A pressure-sensitive adhesive tape or sheet is reliably repositionable by having a plurality of spaced clumps of particles uniformly distributed over at least one surface of the pressure-sensitive adhesive layer with the tips of the clumps of particles being substantially free from adhesive layer is about 25 µm. Each clump preferably of the pressure-sensitive adhesive layer. Preferred particles are glass beads which may be from 5 to 15 µm in diameter when the thickness of the pressure-sensitive adhesive layer is about 26 µm. Each clump preferably contains from 5 to about 100 particles. The pressure-sensitive adhesive layer can be covered with a carrier web which has a low adhesion surface that is formed with depressions that protect the clumps of particles.

16 Claims, 4 Drawing Sheets






FIG. 1




FIG. 2




FIG. 3




FIG. 4


46
44
59
51
45
45
45
44
45
59
43
46
45
59
42
47
47A
50

FIG. 5


74
78
75
76
62
74
65
64
60

FIG. 7




FIG. 6

# REPOSITIONABLE PRESSURE-SENSITIVE ADHESIVE TAPE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention concerns repositionable pressure-sensitive adhesive tapes or sheets such as are used in making road signs and for application to vehicles for purpose of information and/or decoration.

2. Description of the Related Art

U.S Pat. Nos. 3,331,729 and 3,413,168 (Danielson et al) describe that a large pressure-sensitive adhesive tape or sheet can be made repositionable by partially embedding into the adhesive layer a large number of tiny hollow microspheres, there called "microballoons". The Danielson tape is made by randomly attracting microballoons to a polyethylene-coated paper liner, partially pressing the microballoons into the polyethylene while it is being softened by heat, applying a pressure-sensitive adhesive over the microballoons, and covering the exposed surface of the adhesive with a decorative film. Then after stripping off the paper liner, the protruding microballoons permit the adhesive-bearing decorative film to be slid along the surface of a substrate until it is precisely positioned, whereupon hand pressure is applied to crush the microballoons, thus allowing the adhesive to contact and to become bonded to the substrate.

Large-scale manufacture of the Danielson article requires considerable skill to ensure that the microballoons are uniformly distributed in order to keep every part of the pressure-sensitive adhesive layer from contacting and sticking prematurely to the substrate. Manufacture also requires a special release liner into which the microballoons can be partially embedded.

U.S Pat. No. 3,314,838 (Erwin) describes a repositionable pressure-sensitive adhesive sheet which is similar to those of the Danielson patents except being made by dispersing microballoons into a spreadable liquid from which the pressure-sensitive adhesive is to be coated. The microballoons "show a tendency to appear at the exposed surface" of the resulting pressure-sensitive adhesive layer, thus giving it a pebbled surface that is said to make the sheet repositionable until the microballoons are crushed (col. 2, lines 56-68).

U.S. Pat. No. 4,376,151 (Parrotta) shows a pressure-sensitive adhesive sheet which, like that of Erwin, has hollow microspheres or microballoons at the surface of its pressure-sensitive adhesive layer, but its adhesive has substantially no adhesive tack except upon application of a threshold pressure. The Parrotta sheet is said to differ from that of Erwin because the latter is activated by very low pressure and is somewhat tacky to the fingers, thus making it unsuitable for the business-form use for which Parrotta sheet is intended.

U.S. Pat. No. 3,301,741 (Henrickson et al.) makes a pressure-sensitive adhesive sheet repositionable by shaping its surface into a pebbly contour of small protrusions that are covered by non-adhesive, continuous, fragile protective caps. Those caps had been formed by embossing polyethylene-coated paper to form a uniform array of depressions, filling the depressions with non-adhesive material such as a solution of polymethylmethacrylate, and wiping the solution off the areas between the depressions. After the sheet has been positioned, pressure is applied, shattering the caps and causing the adhesive to flow around the fragments into intimate



contact with a substrate to which the sheet is being applied.

U.S. Pat. No. 4,556,595 (Ochi) makes a pressure-sensitive adhesive sheet repositionable by the random application of tiny solid particles over the adhesive surface. After the sheet has been positioned over a substrate, pressure is applied to force the particles into the adhesive, thus allowing the adhesive to contact and become bonded to the substrate. The Ochi patent preferably employs a "release paper in order to prevent intrusion and dispersion of the non-adhesive solid particles in the adhesive which may occur by application of some pressure during storage" (col. 9, lines 2-7). However, it does not explain how that release paper can prevent the particles from being pushed into the adhesive layer to destroy their utility. Neither does it mention that even if protected from pressure, the particles might migrate into the adhesive during prolonged storage.

In U.S. Pat. No. 3,554,835 (Morgan), the face of a pressure-sensitive adhesive sheet is provided with dots of release material that permit the sheet to be slid over a substrate until pressure is applied to force the adhesive into contact with the substrate.

In U.S. Pat. No. 4,054,697 (Reed et al.), the face of a pressure-sensitive adhesive sheet is provided with a coating of a discontinuous layer of resilient, non-adhesive, solid particles that permit repositioning on a substrate until the particles are deformed under pressure to such an extent as to bring the adhesive and the substrate into fuller contact.

Common to the background discussed above is that when particles are used to make a pressure-sensitive adhesive sheet repositionable, they have always been randomly distributed. Hence, if sufficient particles have been employed to ensure that every portion of the pressure-sensitive adhesive layer is safely kept out of contact with the substrate to which it is being applied, the particles may have such high density as to interfere with the bonding strength. In other words, if high bonding strength is required, it may be necessary to reduce the amount of particles even though some pieces of the pressure-sensitive adhesive sheet might become prematurely bonded to a substrate and thus need to be destroyed.

When the repositionable sheet has a decorative backing such as a thin vinyl film, it can involve the problem that after pressure has been applied to force its pressure-sensitive adhesive into bonding contact with a substrate, the particles or particle fragments that are forced into the adhesive layer can produce a disfiguring pimpling of the decorative backing.

## SUMMARY OF THE INVENTION

The invention provides a pressure-sensitive adhesive tape or sheet (here usually called a "tape") that is reliably repositionable and yet can develop bonds to substrates that are virtually as strong as could be obtained in the absence of any repositioning means.

Briefly, the novel pressure-sensitive adhesive tape is made repositionable by having a plurality of spaced clumps of particles substantially uniformly distributed over and protruding from one face of the pressure-sensitive adhesive layer, the tips of the clumps of particles being substantially free from the pressure-sensitive adhesive. Preferably the individual particles are smaller than the thickness of the pressure-sensitive adhesive

layer, and substantially every clump extends to a height above the surface of the pressure-sensitive adhesive layer that exceeds the average size of the particles.

As used herein, the term "tape" encompasses broad sheets as well as narrow strips and also other configurations such as alphanumeric characters which can be individually repositionable or, when releasably supported by a carrier in a desired pattern, collectively repositionable. The novel tape can be marketed in long rolls or in individual sheets.

By "substantially uniformly distributed" over one face is meant that the clumps of particles are substantially uniformly distributed over as much of the face of the pressure-sensitive adhesive layer as is necessary to make that layer repositionable. For example, the clumps may be uniformly distributed along only one edge of a wide tape of the invention to allow precise repositioning of that edge, after which the rest of the tape inherently falls into place and hence needs no particles; or the clumps may be uniformly and closely positioned together at the edges of the adhesive layer and progressively further apart toward the center of the layer.

Preferably, the particles have a low coefficient of friction with ordinary substrates such as glass, wood, and steel, thus permitting the novel tape to be slid across the substrate for easy repositioning. The particles preferably are substantially spherical in order to improve the slidability of the tape. Particularly useful are glass beads, being economical to produce at substantially uniform size. Also useful and economical are ceramic, metallic, and polymeric particles. Electrically conductive particles can also be used. The particles can be slightly tacky as long as they do not form permanent bonds upon contacting ordinary substrates, but when they are slightly tacky, it might be necessary to lift the novel tape to reposition it. For example, the particles can be microspheres of adhesive such as those disclosed in U.S. Pat. No. 3,691,140 (Silver).

When the novel repositionable pressure-sensitive adhesive tape is used for decorative purposes, the particles preferably are substantially smaller than the thickness of the pressure-sensitive adhesive layer of the novel tape so that after being pressed into the adhesive layer, they do not mar the exposed face of the tape backing. For example, when the adhesive layer of the novel pressure-sensitive adhesive tape is about 25 μm in thickness, each of the particles is preferably less than 20μm in diameter, more preferably from 5 to 15 μm in diameter. Particles smaller than about 5 μm may be more difficult and expensive to use than larger particles.

In nondecorative uses such as masking tape, the particles can exceed the thickness of the adhesive.

For most uses, the pressure-sensitive adhesive layer of the novel tape should be at least 25 μm in thickness in order to conform to irregularities in substrates to which it may be applied.

Two methods of making the novel repositionable pressure-sensitive adhesive tape are preferred. The first makes use of a flexible carrier web having a low-adhesion face and depressions that preferably are uniformly distributed across that face, each of which depressions preferably is large enough to receive a plurality of the particles. This method includes the steps of

a) filling the depressions of the carrier web with the particles, then
b) applying a pressure-sensitive adhesive layer over that face of the carrier web, and



c) causing the pressure-sensitive adhesive to flow into intimate contact with one or more particles in each depression without flowing completely around each of the contacted particles,

which pressure-sensitive adhesive layer, when separated from the carrier web, is repositionable by virtue of the particles that adhere to the pressure-sensitive adhesive layer.

When in step b) the pressure-sensitive adhesive layer is applied over the face of the carrier web as a solution or emulsion or as a photopolymerizable liquid, it inherently wets at least one of the particles in each of the depressions and develops adhesion to the wetted particles upon converting the coating to a pressure-sensitive adhesive state. When in step b), a preformed pressure-sensitive adhesive layer is applied over the face, the adhesive layer should be softened (e.g., by heating) to cause it to flow into contact with particles so that those particles remain adhered to the adhesive when it is stripped from the carrier web. Whichever technique is employed, the pressure-sensitive adhesive should not be allowed to flow completely around every particle in a depression, because the tips of the adhered particles or clumps of particles, after the stripping, should be substantially free from the pressure-sensitive adhesive and thus able to provide repositioning.

The second preferred method of making the novel repositionable pressure-sensitive adhesive tape uses a moving medium, such as a rotating drum, having a low-adhesion face and depressions uniformly distributed across that face, each of which depressions preferably is large enough to receive a plurality of the particles. This method includes the sequential steps of

a) filling the depressions of the moving medium with the particles,
b) continuously contacting the medium with a pressure-sensitive adhesive layer which is sufficiently soft (e.g., by heating) to cause it to flow into intimate contact with one or more particles in each depression without flowing completely around each of the contacted particles, and
c) continuously separating the adhesive layer from the moving medium to provide a pressure-sensitive adhesive tape that is repositionable by virtue of clumps of the particles that adhere to the pressure-sensitive adhesive layer.

In step a) of each of the first and second preferred methods, each of the depressions may be only partially filled with the particles, whereupon the particle-bearing face of the pressure-sensitive adhesive layer is formed with tiny mounds of pressure-sensitive adhesive, each of which is capped with particles.

Each of the first and second preferred methods can be used to produce the novel repositionable tape in a variety of forms, four of which are illustrated in the drawing.

## THE DRAWING

In the drawing, each figure of which is schematic,

FIG. 1 is a cross-section through a first repositionable pressure-sensitive adhesive tape of the invention which has a permanent backing wherein the aforementioned carrier web serves as a disposable liner;

FIG. 2 is a cross-section through a precursor of another repositionable pressure-sensitive adhesive tape of the invention wherein the carrier web serves as a permanent backing;

FIG. 3 is a cross-section through a repositionable pressure-sensitive adhesive transfer tape of the invention, one surface of which is repositionable, the carrier web serving as a disposable liner;

FIG. 4 is a cross-section through a precursor of another repositionable pressure-sensitive adhesive transfer tape of the invention, each surface of which is repositionable, the carrier web again serving as a disposable liner.

FIG. 5 is a cross-section through a repositionable pressure-sensitive adhesive transfer tape produced from the precursor of FIG. 4;

FIG. 6 illustrates the manufacture of a pressure-sensitive adhesive transfer tape of the invention, each surface of which is repositionable; and

FIG. 7 is a cross-section through the pressure-sensitive adhesive transfer tape produced as shown in FIG. 6, after it has been unwound.

The repositionable pressure-sensitive adhesive tape 10 of FIG. 1 has a carrier web 12, one face 13 of which exhibits low adhesion and is formed with a plurality of hemispherical depressions or dimples 14. Each of the dimples contains a large number of tiny particles 15, such as glass beads. Covering the low adhesion face 13 is a pressure-sensitive adhesive layer 17, the opposite surface of which is permanently bonded to a flexible backing 18 that may be a decorative plasticized vinyl film. In making the tape 10, the pressure-sensitive adhesive has flowed into intimate contact with a plurality of the particles in each depression without flowing completely around all of the particles in the depression. Hence, upon stripping off the carrier web 12 as shown in FIG. 1, clumps 19 of particles 15 protrude from pressure-sensitive adhesive layer 17, and a few of the particles are carried away with the carrier web. The clumps 19 permit a piece of the adhesive tape, when applied to a substrate (not shown), to be repositionable, after which pressure applied to flexible backing 18 forces particles 15 into the adhesive layer and allows the adhesive to become strongly bonded to the substrate.

FIG. 2 shows a precursor 20 of a repositionable pressure-sensitive adhesive tape using a carrier web 22, one surface 23 of which exhibits low adhesion and has been formed with a plurality of hemispherical depressions or dimples 24. Each of the dimples contains a large number of tiny particles 25. Covering low adhesion surface 23 of carrier web 22 is a pressure-sensitive adhesive layer 27. The adhesive has flowed into intimate contact with some of particles 25 to form clumps that will protrude from the surface of pressure-sensitive adhesive layer 27 after the illustrated structure has been wound upon itself into a roll (not shown) and then unwound to separate adhesive layer 27 from carrier web 22 at its low adhesion surface 23 while adhesive layer 27 remains permanently bonded to the other surface 26 of carrier web 22, thus its permanent backing.

In FIG. 3, a repositionable pressure-sensitive adhesive transfer tape 30 has a carrier web 32, one surface 33 of which is formed with a plurality of depressions or dimples 34 shaped like truncated cones. During manufacture, a large number of tiny particles 35 are deposited into each of the dimples, and the dimpled surface 33 is then covered with a pressure-sensitive adhesive layer 37 which is allowed to flow into intimate contact with some of the particles in each of the dimples. This is then wound up into a roll (not shown). Each of surfaces 33 and 36 of carrier web 32 exhibits low adhesion, and the pressure-sensitive adhesive layer 37 adheres better to surface 36 than to dimpled face 33. Hence, after being unwound from the roll, the particles 35 that have been wet with the adhesive form clumps 39 that protrude from the exposed surface of pressure-sensitive adhesive layer 37. After the clump-bearing adhesive surface of resulting transfer tape 30 has been positioned on and pressed into contact with a substrate 38 (shown in phantom line), carrier web 32 can be stripped away to expose surface 37A of the adhesive layer 37 to permit it to bond an object such as a decorative film (not shown), to substrate 38.

FIG. 4 shows a precursor 40 of a repositionable pressure-sensitive adhesive tape using a carrier web 42, each surface 43 and 46 of which is formed with a plurality of hemispherical depressions or dimples 44. During manufacture, a large number of tiny particles 45 are deposited into each of the dimples, and each dimpled surface 43 and 46 is then covered with a pressure-sensitive adhesive layer 47 and 47A, respectively, and the adhesive is allowed to flow into intimate contact with some of the particles in each of the dimples. When this is wound into a roll (not shown), the two adhesive layers 47 and 47A become interbonded to form a single layer. Each of dimpled surfaces 43 and 46 of the carrier web 42 exhibit low adhesion, but the single pressure-sensitive adhesive layers 47, 47A adhere better to the face 46 so that when the roll is unwound, the pressure-sensitive adhesive transfer tape 50 shown in FIG. 5 is obtained. From the exposed surface of the tape 50 protrude clumps 59 of particles 45. After that clump-bearing surface of the adhesive 47 has been positioned and pressed into contact with a substrate 51, carrier web 42 can be stripped away as shown to expose the other surface of combined adhesive layer 47, 47A and its clumps 59 of particles that make that surface also repositionable.

FIG. 6 illustrates manufacture of a repositionable pressure-sensitive adhesive tape by the second of the above-outlined methods, starting with a double-coated tape 60 having a central scrim 62 and pressure-sensitive adhesive layers 64 and 65 at each face of the scrim. The double coated tape 60 is continuously fed into the nip between a pair of heated rolls 66 and 67, each having a low adhesion surface in which is formed a uniform array of hemispherical depressions 68 and 69, respectively. The depressions are filled with tiny particles 70 and 71 from applicators 72 and 73, respectively, which also wipe the low adhesion surfaces clean of excess particles. The double coated tape 60 is heated by rolls 66 and 67 to cause pressure-sensitive adhesive layers 64 and 65 to flow into intimate contact with some of the particles in each depression so that clumps 74 and 75 of particles 70 and 71, respectively, protrude from each surface of the double-coated tape 60. Upon emerging from the rolls, one surface of the clump-bearing tape is continuously contacted by a flexible carrier web 76, made by embossing a polymeric plastic film to provide a cross-hatched pattern of ridges 78 at each surface outlining rectangular recesses. Ridges 78 have low adhesion surfaces, thus permitting the tape to be wound upon itself into a roll for storage and shipment. Although ridges 78 may depress some of the particles into the adhesive layer, enough of the particles are undisturbed so that after the carrier web is removed, both surfaces of the tape are repositionable. When unwound, one surface of tape 60 and its clumps 74 are exposed as shown in FIG. 7. Then after applying pressure to bond that surface to a substrate (not shown), cross-hatched carrier web 76 can be removed, exposing the other set

of clumps 75, over which an object such as a decorative film can be repositioned and then permanently bonded by adhesive layers 64, 65 to the substrate.

## DETAILED DISCLOSURE

A preferred carrier web for a repositionable tape of the invention is a low adhesion surfaced polymeric plastic film. When the novel tape is made by the first of the above-outlined methods, the plastic film can be embossed to form the depressions. The embossable plastic film can be self-supporting, but a preferred carrier web is kraft paper, one surface of which has a thin, embossable polyethylene coating which is covered by a silicone release coating. Useful self-supporting plastic films include plasticized poly(vinyl chloride) and biaxially oriented poly(ethylene terephthalate) and polypropylene, all of which are economical and have good strength, toughness, and dimensional stability.

Preferred depression shapes are a truncated cone and a partial hemisphere, each allowing easy transfer of particles to the pressure-sensitive adhesive layer. Other depression shapes are useful, such as a grid of intersecting grooves that can provide elongated clumps of particles.

Instead of using an embossable polymeric plastic film, the carrier web for the first of the above-outlined methods can be any material, such as paper which has a release coating (e.g., silicone), that leaves a plurality of pores at the surface of the paper, each of such pores serving as a depression large enough to receive one or more of the particles. The same material, when used as a moving medium in the second of the above-outlined methods, would also provide a suitable temporary receptacle for the particles.

In each of the two above-outlined methods, each of the depressions preferably is large enough to hold from 5 to about 100 or more particles. At a size less than about 5 particles, the resulting clumps might not have adequate height to keep the pressure-sensitive adhesive safely above the surface of a substrate to which the repositionable tape is to be bonded, assuming that the particles themselves are small compared to the adhesive thickness. However, the particles can be larger than the thickness of the adhesive in certain instances. For example, when there is no need to keep the particles from marring the exposed surface of the backing, they can be larger.

In both of the above-outlined methods, the particles with which the depressions are filled can either be individual particles or clumps of particles. For example, a large number of particles can be adhesively bonded together into a mass that can be broken up into clumps, each preferably large enough to substantially fill one depression. This permits a preformed pressure-sensitive adhesive layer to be pressed against the clumps without any need to soften the adhesive, because adhesive has already flowed into intimate contact with a plurality of the particles during formation of the clumps. The adhesive so used in making such preformed clumps of particles should be nontacky, or nearly so.

In a repositionable tape of the invention, the spacing between adjacent clumps should exceed their average breadth but should not be so great that the pressure-sensitive adhesive between clumps might contact the surface of a substrate to which the novel repositionable pressure-sensitive adhesive tape may be applied. While the maximum spacing between adjacent clumps depends on factors such as the height of the clumps and stiffness of the backing of the novel tape, good repositioning has generally been attained when the spacing between centers of adjacent clumps has been within the range of 0.1 to 0.5 mm (preferably from 0.2 to 0.4 mm). A spacing of substantially less than 0.1 mm might result in inferior bonding strengths.

Preliminary studies indicate that the novel repositionable pressure-sensitive adhesive tape forms bonds that are substantially equal in strength to bonds formed by tapes that are identical except being free from the particles.

The novel repositionable adhesive tape may employ any pressure-sensitive adhesive, preferably one that is aggressively tacky and so forms strong bonds on contact with substrates such as signboards and printed circuit panels. The pressure-sensitive adhesive may be substantially nontacky at room temperature if it becomes tacky at an elevated temperature at which it is to be used. Especially strong bonds are provided by siloxane pressure-sensitive adhesives such as poly(dimethylsiloxane) (Dow Corning DC 284) and phenyl-containing siloxane (GE 6574).

Because silicone adhesives are coated from solution or emulsion, it is difficult to obtain uniform coatings greater than about 50 μm in thickness. Where thicker pressure-sensitive adhesive coatings are desired, it may be desirable either to apply multiple layers of the adhesive or to photopolymerize an adhesive in situ. For example, monomeric mixtures of alkyl acrylates and copolymerizable monomers such as acrylic acid can be copolymerized by exposure to ultraviolet radiation to a pressure-sensitive adhesive state.

Uses to which the novel repositionable pressure-sensitive tape can be put include the application of decorative and informative markings on aircraft and automotive and railway vehicles; photographic and other layouts for purposes of display and/or reproduction; masking for paint spraying; and accurate positioning of any sheet material such as flexible printed circuitry.

### Slidability Value

A horizontal glass plate is heated to about 40° C. and cleaned with methylethylketone. A 15 cm by 23 cm piece of pressure-sensitive adhesive tape to be tested is placed on the glass plate with the adhesive side up. After one minute, the sample is turned over so that the adhesive contacts the glass plate, and an aluminum plate is placed on the sample. The aluminum plate is 13 cm by 20 cm and 0.635 mm thick weighing about 45 grams. Adhered to the side of the aluminum plate contacting the sample are five 3.8 cm-square foam pads, one at each corner and one at the center of the plate. The sample is grasped by the edge and pulled across the glass surface making sure that the sample contacted the glass in all places. An arbitrary rating of 1 to 4 is assigned to the ease of sliding the sample:

1: slides easily with no grabbing
2: slides but with slight grabbing
3: cannot be slid but the sample does not stick to the glass and can easily be picked back up
4: adheres to the glass.

### 180° Peel Value

A 2.54-cm wide piece of tape is placed with its adhesive layer against an aluminum panel and pressed into place with a plastic squeegee. After aging for 24 hours under ambient conditions, the 180° Peel Value is deter-

mined by 180° peelback with an Instron tester using a crosshead speed of 30.5 cm/min.

The appropriate combination of slidability and peel adhesion is necessary to ascertain effectiveness of our repositionable tape. For example, a tape may have a repositionability of 1 but a peel adhesion of minimum value, clearly predicting that a proper tape was not formed. An optimum combination would be a slidability value of 1 and a peel adhesion approaching that of the adhesive without particles present.

In the following examples, all parts are given by weight.

## EXAMPLE 1

A carrier web was made by coating kraft paper 0.155 mm thick with 0.025 mm of polyethylene and overcoating with just enough silicone release material to give complete coverage. About 1000 hemispherical depressions per $cm^2$ were formed in the polyethylene layer in a random array. Their diameters were from about 10 μm to 70 μm.

The depression-bearing surface of the carrier web was flood coated with 6 μm to 15 μm toner powder (made of magnetite, wax, carbon black, and thermoplastic resin). The surface then was wiped with a tissue in an attempt to remove the toner powder between the hemispherical depressions. A pressure-sensitive adhesive tape having a poly(vinylchloride) film backing of 50 μm thickness and a layer of 25 μm of acrylic pressure-sensitive adhesive was placed with its adhesive layer against the depression-bearing surface. The vinyl backing was heated with a hand-held heat gun and then quickly rolled with a hand-held roller. After being allowed to cool to room temperature, the pressure-sensitive adhesive tape was peeled off. Examination of its pressure-sensitive adhesive surface with an optical microscope revealed projections about 25 μm high with several toner particles in a clump on each projection. The adhesive side of the tape could be slid on a glass plate, but occasionally small regions of the tape would stick to the glass, perhaps because the random distribution of the depressions of the starting polyethylene-coated kraft paper had resulted in a random distribution of the clumps of particles. When this tape was pressed against the glass plate using finger pressure and rubbed with a plastic squeegee, the resulting bond appeared to be as strong as one formed in the same way except with a tape that had no toner particles. The surface of the poly(-vinylchloride) remained smooth and was indistinguishable in appearance from that of the tape that had no toner particles.

## EXAMPLE 2

The polyethylene layer of a carrier web made as in Example 1 was embossed to provide 1120 depressions per $cm^2$ equally spaced from each other in lengthwise and crosswise rows. Each depression was an inverted truncated cone with a depth equal to the thickness of the polyethylene, i.e., 0.025 mm. The bottom of each depression was 0.05 mm and the top was 0.07 mm in diameter.

The embossed surface was flood coated with glass beads ranging from 5 μm to 20 μm in diameter. The excess glass beads were both wiped from the surface with a paper towel and then brushed off with a paint brush. A silicone-coated fabric belt was laid on the depression-containing surface, and the back of the silicone belt was rolled with a hand-held roller. This transferred most of the remaining excess particles from the depression-containing surface to the silicone belt.

The adhesive layer of a pressure-sensitive tape as described in Example 1 was then laminated to the depression-containing surface of the kraft paper. The laminator consisted of a heated steel roll and a rubber-coated roll of 75 to 80 durometer, both rolls being 15 cm in diameter. The metal roll was heated to 70° C. and ran in contact with the rubber roll so as to heat it to about 70° C. The laminate was passed thru the rolls at 30 cm/min. under a force of about 10 N/m. The vinyl backing contacted the steel roll, and the kraft paper contacted the rubber roll during lamination.

After peeling the kraft paper from the tape, its pressure-sensitive adhesive layer had protrusions of adhesive that were filled, as well as covered on their tips, with glass beads. There were about 15 glass beads per protrusion. Pieces of this material had Slidability Values from 1 to 1.5. An identical tape that had no glass beads had a Slidability Value of 4.

A piece of tape of this example had a 180° Peel Value of 1366 N/m, compared to a control tape without particles, 1471 N/m. After bonding the tape to a glass plate using a plastic squeegee and considerable hand pressure, the surface of its backing remained smooth, and its appearance was indistinguishable from that of the particle-free control tape.

## EXAMPLE 3

The polyethylene layer of a carrier web made as in Example 1 was embossed to form hemispherical depressions in a uniform square array on 0.3-mm centers (about 1120 depressions per $cm^2$). As in Example 1, the hemispherical depressions were filled with 10-μm alumina particles which were transferred to a pressure-sensitive adhesive tape having a thin poly(vinylchloride) backing. The transferred clumps of alumina particles enabled the tape to be slid on a glass plate and then bonded thereto with the application of finger pressure and a plastic squeegee. After doing so, the poly(vinylchloride) backing was smooth and gave no indication of the underlying alumina particles.

When examined in a scanning electron microscope, the face of the pressure-sensitive adhesive layer had protrusions which were covered with alumina particles, and each of the depressions of the carrier web still contained some alumina particles. This indicated that during hot lamination, the pressure-sensitive adhesive wet some particles in each depression but did not completely engulf all of the particles. A few alumina particles were adhered to the pressure-sensitive adhesive layer between the protrusions, indicating incomplete removal during the wiping step.

The particle-bearing tape of this example had a Slidability Value of 1 and a 180° Peel Value of 700 N/m.

## EXAMPLE 4

A 0.150 mm-thick carrier web of polypropylene filled with 46-weight-percent calcium carbonate was coated on one side with enough silicone to give complete coverage. The silicone coated side of the carrier web was embossed as described in Example 2. The inverted truncated conical depressions were about 10 μm larger in both depth and width than in Example 2. The particles, the filling of the depressions, lamination, and testing were as described in Example 2. The resulting particle-bearing pressure-sensitive adhesive tape had a Slidability Value of 2 and a 180° Peel Value of 1243 N/m. After

bonding to a glass plate as described in Example 2, the poly(vinylchloride) surface of the tape remained smooth.

## EXAMPLE 5

Used in this example was a transfer tape consisting of two coatings of tackified elastomer on either side of a 45-μm thick scrim ("Crystex" tissue scrim) and supported by paper release liner. The elastomer was a triblock copolymer of polystyrene and polybutadiene.

Glass beads 10 μm to 35 μm in diameter were coated into the depressions of an embossed carrier web of Example 4 using the procedures of Example 2. To the bead-containing surface of the carrier web was laminated the exposed face of the adhesive layer of the transfer tape. The carrier web was then stripped off, leaving clumps of glass beads on the underlying adhesive layer. After positioning the clump-bearing face of the adhesive layer on a substrate and pressing this into adherent contact, the paper liner was stripped off to permit the transfer tape to bond an object to the substrate.

Instead, the paper liner could be removed first, allowing the underlying adhesive surface to be bonded to a substrate, followed by removal of the carrier web. The resulting clumps of glass beads would permit an object to be repositioned before being pressed to become securely bonded to the substrate by the transfer tape.

## EXAMPLE 6

Example 5 was repeated except that after the first lamination of the transfer tape to the embossed polypropylene carrier web, the paper release liner was removed and saved. The adhesive-coated carrier web was then wrapped upon itself in roll form so that the adhesive contacted the untreated backside of the carrier web and bonded to it. Upon unwinding, the adhesive debonded from the embossed side of the carrier web and had clumps of particles protruding from its surface to provide a linerless repositionable tape. This tape had a Slidability Value of 1.5 and a 180° Peel Value of 1401 N/m. This compared to a control transfer tape without particles that had a Slidability Value of 4 and a 180° Peel Value of 1664 N/m.

## EXAMPLE 7

The embossed carrier web of Example 2 was coated with a slurry of acrylate copolymer microspheres of U.S. Pat. No. 3,691,140 (Silver), from 20 μm to 70 μm in diameter. The slurry had been made by mixing 4 parts of a stock solution of 20-weight-percent microspheres in water to 1 part of a solution of 25 percent methanol in water. An excess of this slurry was poured onto the embossed carrier web, and a hand-held squeegee was used to wipe off most of the excess. After drying, the coated surface of the embossed carrier web was examined with a light microscope. Clusters of microspheres of the acrylate copolymer were observed to be preferentially located in the embossed depressions.

An acrylic pressure-sensitive adhesive tape of Example 1 was laminated to the microsphere-containing side of the carrier web using a hand-held roller at room temperature. The carrier web and adhesive tape were peeled apart, and the adhesive surface of the tape was examined with a light microscope, revealing a regular array of clusters or clumps of the microspheres. This microsphere-bearing tape was applied to a glass plate using low finger pressure, then lifted off and readily



repositioned again and again. By applying greater finger pressure or using a plastic squeegee, an aggressive bond was formed and the easy repositioning feature was lost.

## EXAMPLE 8

Example 7 was repeated except that the slurry was 0.5 percent hydroxypropyl methylcellulose ("Methocel" K15MS Dow Chemical) in water with 20-weight-percent expandable beads ("Expancel" 551DU from Nobel Industries, Sweden) of 5 μm to 30 μm diameter and 5 percent isopropyl alcohol. After drying the slurry coating, the Expancel beads were primarily located within the depressions in the embossed liner. The clusters of Expancel beads on the surface of the acrylic pressure-sensitive adhesive after lamination and peeling apart were held together by the hydroxypropyl methylcellulose. The resulting pressure-sensitive adhesive tape could be slid on a glass plate at low application pressure and then bonded to the glass with the application of a greater amount of finger pressure.

## EXAMPLE 9

Example 2 was repeated except that a platen press was used for lamination of the particle-bearing carrier web to the adhesive-coated poly(vinylchloride). The conditions were 689.5 kilopascals at 80° C. for 5 min. A sample of the resulting tape was studied for electronic cutting of letters. Letters were cut on a GSP Sprint No. 2 letter cutting machine (Gerber Scientific Products; Part No. P28133A) down to 0.5 cm without movement of the cut letter relative to the carrier web. The peel force for removing the adhesive-coated poly(vinylchloride) from the embossed carrier web of this example was 13.3 N/m. This example demonstrated that a repositionable film can be made per this invention that has stability of cut letters and a peel force from the release liner or carrier web compared to the same acrylic pressure sensitive adhesive coated poly(vinylchloride) film that is not repositionable.

## EXAMPLE 10

Example 1 was repeated except that the carrier web was 70-μm uncoated, calendered, bleached kraft paper, and 10-μm alumina was substituted for the toner powder. The paper web had a random array of surface micropores resulting from the paper making process. These micropores were irregular in shape and depth. This paper was coated with a silicone solution to provide a low-energy surface without filling the surface micropores in the paper, many of which were large enough to accept a large number of the alumina particles. The poly(vinylchloride) tape was peeled from the carrier web, and the surface of the exposed pressure-sensitive adhesive layer was examined under a microscope which showed randomly spaced clumps of the alumina particles, thus verifying that the alumina particles had transferred from the paper micropores to the adhesive surface. These clumps of particles permitted the tape to be slid on a glass plate at light pressure and bonded to the glass plate at higher pressure. The ease of slide was not as desirable as the tape of Example 3 but did demonstrate that an unembossed paper could be used as the carrier web to make a repositionable adhesive tape of this invention. After the tape was bonded to a glass plate using a plastic squeegee, the surface of the poly(vinylchloride) remained smooth.

## EXAMPLE 11

Whatman No. 54 hardened filter paper (W & R Balston Ltd., England) was coated by spraying with RAM

mold release No. 225 (Whittaker Corp.) and dried in an oven at 120° C. for 30 min. The paper was then coated with hollow glass microbubbles in the size range of 50 μm to 70 μm. The surface was brushed with a paint brush in an attempt to leave glass bubbles only in depressions in the surface of the porous paper. The bubble-coated paper was then laminated to the adhesive coated poly(vinylchloride) film of Example 1 using a hand held roller. Upon being peeled from the porous paper carrier web, the surface of the pressure-sensitive adhesive tape carried a random array of single and clumps of glass microbubbles. Microscopic examination revealed that almost the full diameter of each of the microbubbles protruded beyond the surface of the adhesive layer. This tape could be slid on a glass plate and then, once positioned, it could be bonded using a plastic squeegee that fractured the glass microbubbles.

What is claimed is:

1. Repositionable adhesive tape comprising a pressure-sensitive adhesive layer and a large number of spaced projections comprising pressure-sensitive adhesive and clumps of particles substantially uniformly distributed over and protruding from at least one surface of said adhesive layer, at least the tips of the clumps of particles of the projections being substantially free from said pressure-sensitive adhesive.

2. The repositionable tape of claim 1 wherein the individual particles are smaller than the thickness of the pressure-sensitive adhesive layer.

3. The repositionable tape of claim 1 wherein the height of substantially every projected clump above the surface of the adhesive layer exceeds the average size of said particles.

4. The repositionable tape of claim 1 further comprising a carrier web having a low adhesion surface which is formed with depressions that protect said projections.

5. The repositionable tape of claim 4 wherein each of said depressions protects a single projections.

6. The repositionable tape of claim 5 wherein each of said projection substantially fills a depression.



7. The repositionable tape of claim 4 wherein each depression is significantly larger than the projection it protects.

8. The repositionable tape of claim 1 wherein a plurality of spaced projections comprising clumps of said particles are uniformly distributed over each surface of said pressure-sensitive adhesive layer.

9. The repositionable tape of claim 1 wherein the spacing between centers of adjacent projection of said particles exceeds their average breadth.

10. The repositionable tape of claim 1 wherein each of said particles is a tiny ball of adhesive.

11. The repositionable tape of claim 1 wherein each of said particles is electrically conductive.

12. A tape according to claim 8 wrapped upon itself in roll form and including a carrier web interposed between windings wherein said carrier web has at least one low adhesion surface with depressions in register with said projections.

13. A tape according to claim 12 wherein both major surfaces of said carrier web have said low adhesion surfaces and said depressions, and wherein said adhesive preferentially adheres to one of said low adhesion surfaces, whereby said carrier web acts as a strippable, protective layer when said row is unwound and said tape is adhered to a substrate.

14. A tape according to claim 1 wrapped upon itself in roll form and including a carrier web interposed between windings and wherein only one major surface of said carrier web has said low adhesion surface and wherein said adhesive preferentially adheres to the opposite major surface of said carrier web thereby forming a permanently adhered backing for said tape when said roll is unwound,

15. A repositionable adhesive tape according to claim 1 wherein said projections cover about 5% of the surface area of the adhesive.

16. A repositionable adhesive tape according to claim 1 wherein said projections irreversible collapse wit the application of hand pressure to said tape.

* * * * *

US005362516A

**United States Patent** [19]

**Wilson et al.**

[11] **Patent Number: 5,362,516**

[45] **Date of Patent: Nov. 8, 1994**

[54] **METHOD OF PREPARING AN ADHESIVE ARTICLE**

[75] Inventors: **Kenneth D. Wilson**, Stillwater, Minn.; **Larry A. Meixner**, St. Croix Falls; **Sharon R. Bemis**, Osceola, both of Wis.; **Clyde D. Calhoun**; **Buren R. Ree**, both of Stillwater, both of Minn.

[73] Assignee: **Minnesota Mining and Manufacturing Company**, St. Paul, Minn.

[21] Appl. No.: **163,090**

[22] Filed: **Dec. 7, 1993**

**Related U.S. Application Data**

[62] Division of Ser. No. 959,456, Oct. 9, 1992, Pat. No. 5,296,277.

[51] **Int. Cl.**[5] .......... **B05D 5/10**

[52] **U.S. Cl.** .......... **427/207.1**; 427/208.6; 427/208.8; 427/264; 427/265; 427/270; 427/271; 427/322; 427/327; 427/371; 427/385.5; 427/409; 427/411; 427/412; 427/435

[58] **Field of Search** .......... 427/207.1, 181, 203, 427/407.1, 208.6, 208.8, 264, 265, 270, 271, 322, 327, 371, 385.5, 409, 411, 412, 435

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| Re. 24,906 | 12/1960 | Ulrich | 206/59 |
| 2,652,351 | 9/1953 | Gerhardt | 154/53.5 |
| 3,299,010 | 1/1967 | Samour | 260/78 |
| 3,301,741 | 1/1967 | Henrickson et al. | 161/119 |
| 3,314,838 | 4/1967 | Erwin | 156/71 |
| 3,331,279 | 7/1967 | Aldrin et al. | 89/1.802 |
| 3,554,835 | 1/1971 | Morgan | 156/234 |
| 3,691,140 | 9/1972 | Silver | 260/78.5 |
| 3,701,758 | 10/1972 | Maska | 260/78.5 R |
| 3,740,466 | 6/1973 | Sanderson et al. | 260/29.6 |
| 3,770,708 | 11/1973 | Knoepfel et al. | 260/80.73 |
| 3,922,464 | 11/1975 | Silver et al. | 428/355 |
| 3,931,087 | 1/1976 | Baatz et al. | 428/474 |
| 4,012,560 | 3/1977 | Baatz et al. | 428/474 |
| 4,023,570 | 5/1977 | Chimal et al. | 128/290 R |
| 4,054,697 | 10/1977 | Reed et al. | 428/40 |
| 4,077,926 | 3/1978 | Sanderson et al. | 260/29.6 |
| 4,151,319 | 4/1979 | Sackoff et al. | 428/40 |
| 4,166,152 | 8/1979 | Baker et al. | 428/522 |
| 4,374,883 | 2/1983 | Winslow | 428/40 |
| 4,376,151 | 3/1983 | Parrotta | 428/323 |
| 4,387,172 | 6/1983 | Agarwal et al. | 524/60 |
| 4,418,120 | 11/1983 | Kealy et al. | 428/343 |
| 4,556,595 | 12/1985 | Ochi | 428/143 |
| 4,629,663 | 12/1986 | Brown et al. | 428/343 |
| 4,735,837 | 4/1988 | Miyasaka et al. | 428/40 |
| 5,087,494 | 2/1992 | Calhoun et al. | 428/40 |
| 5,141,790 | 9/1992 | Calhoun et al. | 428/40 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0257984A3 | 3/1988 | European Pat. Off. . |
| 0279579A1 | 8/1988 | European Pat. Off. . |
| 0429269A1 | 5/1991 | European Pat. Off. . |
| 053417746A1 | 11/1985 | Germany . |
| 1514311 | 2/1979 | United Kingdom . |
| WO91/13752 | 3/1990 | WIPO . |

OTHER PUBLICATIONS

"Handbook of Pressure Sensitive Adhesive Technology", 2nd Ed., Donatas Satas, (1989) (no month available).

"Adhesion and Adhesives", vol. 1, 2nd Ed., R. Houwink and G. Salomon, Jan. 1965.

"Treatise On Adhesion and Adhesive", vol. 2: Materials, Robert L. Patrick (1969) (no month available).

"Principles of Polymerization", 3rd Ed., George Odian, Jul. 1992, pp. iii–vxii.


*Primary Examiner*—Bernard Pianalto

*Attorney, Agent, or Firm*—Gary L. Griswold; Walter N. Kirn; Carolyn V. Peters

[57] **ABSTRACT**

Method of preparing an adhesive sheet comprising (1) a backing, and (2) an adhesive layer having at least one topologically microstructured surface comprising a plurality of pegs, optionally containing one or more beads, substantially uniformly distributed and protruding outwardly from the adhesive layer, wherein the pegs have essentially flat tops that comprise less than 25% of the total surface contact area of the adhesive layer, and have a height of at least 15 μm.

**5 Claims, 4 Drawing Sheets**

