


Fig. 1




Fig. 6




Fig. 7




Fig. 2




Fig. 3
PRIOR ART




Fig. 4 PRIOR ART




Fig. 5




Fig. 8

# METHOD OF PREPARING AN ADHESIVE ARTICLE

This is a division of application Ser. No. 07/959,456 filed Oct. 9, 1992, U.S. Pat. No. 5,296,277.

## TECHNICAL FIELD

The invention relates to adhesive articles having positionable and repositionable bonding properties and in particular to adhesive articles having at least one microstructured adhesive surface.

## BACKGROUND OF THE INVENTION

Pressure sensitive adhesive (PSA) sheets, rims and tapes are often difficult to apply to a substrate in a precise location and without air entrapment, primarily due to preadhesion or "quick stick" behavior of the PSA. This is particularly true for "aggressive" PSAs that have high bond strengths and/or low temperature tack properties. Several methods and configurations have been developed to make application of PSA films and tapes easier.

For example, application aids such as detergent and water are commonly used to eliminate preadhesion. Formulations vary, but typically include water, a surfactant or lubricant, and a solvent (generally an alcohol) that speeds bond formation and drying. The liquids tend to form a film between the adhesive and substrate, thus preventing contact and preadhesion. Unfortunately, the liquid is difficult to remove and removal of the liquid is seldom complete. Additionally, most application aids affect the adhesive properties and prevent rapid formation of a strong bond between adhesive and substrate. The application aids may also mar or stain substrate surfaces.

Dry application aids, such as particles, powders or talcs are also useful in preventing preadhesion (See, e.g., U.S. Pat. Nos. 4,376,151 and 4,556,595). While these techniques make application very easy and provide for easy positioning and repositioning, formation of a strong adhesive bond to the substrate is slow, typically requiring contact of 1 to 7 days.

Discontinuous coatings of nontacky materials projecting from the adhesive surface have also been used to prevent preadhesion of the PSA during application. Although these articles can be placed against a substrate and freely moved over the substrate surface, the articles lack any means for weakly and temporarily bonding the adhesive to the substrate prior to permanently bonding the article to the substrate. These adhesive films and tapes have no adhesion when placed lightly against the substrate surface. Such coatings include patterned polymer coatings, particles, and films (See, e.g., U.S. Pat. Nos. 3,554,835; 4,023,570; 4,054,697; 4,151,319; and U.K. Patent No. 1,541,311).

CONTROLTAC brand adhesives use a random distribution of hollow glass microspheres partially embedded in the adhesive as a means to prevent contact and preadhesion (See U.S. Pat. No. 3,331,279). Alternatively, U.S. Pat. No. 3,314,838 describes a similar configuration in which the tops of the hollow microspheres protruding from the adhesive surface are coated by a thin layer of PSA. Pressure application crushes the microspheres permitting the adhesive to contact the substrate and form a strong bond instantly.

Other methods of dealing with preadhesion include formation of brittle plastic projections on a PSA surface



(See U.S. Pat. No. 3,301,741), or small discrete clumps of particles protruding from the adhesive surface (See EPO 0 429 269 A1). In the last example, the particles could be tacky adhesive microspheres, thus providing weak bonding to a substrate when applied using light pressure and strong bonding when applied using higher pressures. However, this multi-adhesive construction is generally more difficult to prepare.

Microsphere and patterned adhesives have also been reported that exhibit repositionable properties (See U.S. Pat. Nos. 3,691,140 and 4,166,152). Deformable microspheres, such as described in U.S. Pat. No. 4,735,837 impart a rough or pebble-like surface and repositionable bond. In all these cases, the adhesive films readily form weak, repositionable bonds to a substrate, but do not form a strong, permanent bond.

Topologically structured adhesives have also been described. For example, relatively large scale embossing of an adhesive has been described to permanently reduce the PSA/substrate contact area and hence the bonding strength of the PSA (See EPO 0 279 579). Various adhesive layer topologies include concave and convex v-grooves or hemispheres, and other three dimensional shapes. In general, these topologies provide adhesive sheets, films and tapes with lower peel adhesion values in comparison with smooth surfaced adhesives. In many cases, the topologically structured adhesives also display a change in adhesion with increasing contact time.

The adhesive articles described herein above exhibit various types of positionable and repositionable behavior. Particles added to or applied over an adhesive to change its surface properties tend to alter the bulk adhesive properties. The articles generally suffer from problems of poor release liner attachment, poor aging, handling and bonding characteristics. In sign graphic applications, they tend to be difficult to print without destroying the positionable behavior of the construction. Furthermore, when adhesive articles are prepared using clear rims and applied to clear substrates, particles (when pressed against the substrate) are large enough to be seen and result in visual imperfection, particularly, in backlit sign graphic applications.

## SUMMARY OF THE INVENTION

Briefly, in one aspect of the present invention an adhesive sheet is provided, having a backing and at least one topologically microstructuredadhesive surface. The microstructured adhesive surface comprises a uniform distribution of adhesive pegs over the functional portion of an adhesive surface and protruding outward from the adhesive surface. The adhesive-only pegs typically comprise the same adhesive material as the underlying adhesive layer. The pegs have essentially flat tops that generally have a contact area of 1–25% of the total adhesive area. The pegs have an average height of at least 15 μm. A feature of the microstructured adhesive surface permits weak adherence of the sheet to a substrate, thus affording easy repositionability and in specific instances, positionability.

Advantageously, the microstructured adhesive surface also makes it possible to apply an adhesive sheet, such that a strong, permanent bond to the substrate is quickly established. The strength of the adhesive bond is controlled by the application pressure used to mount the adhesive sheet to the substrate.

In another aspect of the present invention, the pegs are a composite of adhesive and one or more beads,

with the bead being substantially covered by adhesive. Preferably, the pegs are a composite of adhesive and a plurality of beads. Advantageously, the pegs and the bonding behavior of the adhesive are stable to aging. The beads can be organic or inorganic particles, including but not limited to polymers, glass, ceramics, adhesive beads, or metals. The beads do not have to completely fill the pegs or be present in all of the pegs.

In another aspect, the composite pegs provide improved optical properties of the adhesive sheet, particularly when used in backlit situations, such as sign fascia. The beads in the composite pegs are selected so as to closely match the refractive index of the adhesive. Such matching of the refractive index of the beads with the adhesive results in improved transparency and reduced haze of an applied backlit sign or window marking film.

In yet another aspect, the topologically microstructured surface comprises a uniform distribution of adhesive-only and composite pegs. Any construction contemplated using the adhesive-only pegs or the composite pegs are suitable for use with a mixture of pegs, that is the adhesive-only and composite pegs.

Advantageously, adhesive articles of the present invention, when provided with a protective liner, are sufficiently durable to withstand the rigors of various printing and convening operations, such as cutting, coating, drying, and lamination. The adhesive article is positionable or repositionable, yet exhibits cling adhesion, depending on the particular adhesive and topological microstructure chosen, that is, composite pegs or adhesive-only pegs. As a result, the adhesive articles can be easily and cleanly applied to a variety of surfaces, including corrugation and rivets typical of commercial vehicles.

In this application:

"adhesive" refers to the adhesive composition, and may also refer to the adhesive layer of an adhesive article;

"bead" refers to particles that may be spherical, cubic, irregularly shaped, solid, porous, hollow, elastic, inelastic, adhesive or nonadhesive;

"film" means a thin, flexible plastic sheet and is also referred to as a backing or carrier web;

"pegs" when used alone encompasses adhesive-only pegs, composite pegs, or combinations thereof;

"positionable" means an adhesive or pressure sensitive adhesive surface can be placed against a substrate surface and easily slid over the surface into proper position without preadhering to the substrate; pressure is generally required to adhere the adhesive article to the substrate;

"removable" means an adhesive or pressure sensitive adhesive surface can be adhered to a substrate surface and the adhesive and backing can be simultaneously removed from a substrate without ply failure, "two-bond" failure, adhesive transfer, or backing disintegration;

"repositionable" means an adhesive or pressure sensitive adhesive surface can be applied and adhered to a substrate and then removed (generally within 24 hours) and reapplied without distorting, defacing, or destroying the backing, adhesive, or substrate; repositionable adhesives need not be positionable or vice versa;

"sheet" means thin, large surface area articles which can be rectangular shapes or in other configurations such as alphanumeric characters; the latter can be individually repositionable or, when releasably supported by a carrier in a desired pattern, collectively repositionable, furthermore the adhesive articles can be marketed in long rolls or in individual sheets;

"substantially uniformly distributed" means the unit avenge density of pegs on the functional portion of the adhesive surface is uniform over the whole adhesive surface in a regular or random pattern as is necessary to make that adhesive surface positionable and/or repositionable;

"substrate" means the surface upon which an adhesive article is applied; and

"tack" means instant contact adhesion between the adhesive and the substrate, and the tack may be substrate specific.

## BRIEF DESCRIPTION OF THE DRAWING

In the drawing, each figure of which is schematic,

FIG. 1 is a planar cross section schematic of an adhesive article of the present invention;

FIG. 2 is an electron micrograph taken with a scanning electron microscope (SEM) and is a planar view of adhesive pegs of the present invention arranged in a regular pattern over an adhesive layer;

FIG. 3 is an electron micrograph taken with a SEM of a particle clump illustrating an embodiment of the prior art;

FIG. 4 is an electron micrograph enlargement taken with a SEM of the surface of the particle clump illustrated in FIG. 3;

FIG. 5 is an electron micrograph taken with a SEM of a single composite peg of the present invention comprising adhesive and beads;

FIG. 6 is a cross section of the composite peg illustrated in FIG. 5 at 6—6;

FIG. 7 is a cross section of an adhesive peg illustrated in FIG. 2 at 7—7; and

FIG. 8 is an electron micrograph enlargement taken with a SEM of the surface of the composite peg illustrated in FIG. 5.

## DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

The present invention is an adhesive sheet having at least one topologically microstructured adhesive surface and a backing. The microstructured adhesive surface comprises a uniform distribution of adhesive pegs, protruding outward from the adhesive surface. The pegs generally comprise the same adhesive material as the underlying adhesive layer. The pegs have essentially flat tops that generally have a contact area of 1–25% of the total adhesive area. The pegs have an average height of at least 15 μm. The microstructured adhesive surface permits weak adherence of the sheet to a substrate, thus permitting easy repositioning as needed.

Advantageously, the microstructured adhesive surface also makes it possible to apply the sheet, such that a strong, permanent bond to the substrate is quickly established. The pegs provide repositionable adhesion with a light pressing on the adhesive sheet. Stronger adhesion can be made by compressing the pegs and contacting the underlying adhesive layer to the substrate. Advantageously, the microstructured adhesive surface of the present invention does not affect the aging characteristics of the adhesive or the backing, nor does it den-act from the fully developed permanent bond.

Several embodiments of the present invention can be Illustrated by reference to FIGS. 1–2 and 5–8. In con-

trast to the present invention, a prior art particle clump is illustrated in FIGS. 3 and 4.

Referring to FIGS. 1 and 2, an adhesive sheet 10 is illustrated comprising a backing 12, attached to an adhesive layer 14, wherein adhesive layer 14 comprises uniformly spaced topologically microstructured pegs 16 protruding above adhesive layer surface 17. Adhesive layer 14 is further overlaid with a liner 18. Liner 18 comprises uniformly spaced depressions 20. Typically, during fabrication of adhesive sheet 10, adhesive layer 14 is coated onto liner 18, wherein the adhesive mixture is allowed to flow into peg depressions 20. Backing 12 is then laminated to the planar surface 13 of adhesive layer 14. Although backing 12 is illustrated as a single ply, backing 12 can be comprised of multiple plies of thermoplastic materials, additional adhesive layers, primer layers, protective coatings, barrier layers, and any other structures and combination of structures known to those skilled in the art, such as sign sheeting, transfer or release liners, transfer tapes, adhesive-coated film foams, woven and non-woven sheets, paper, and metal foils. When backing 12 is a liner, suitable liners are the same as identified for liner 18 (below).

Although FIG. 1 illustrates pegs 16 as protruding outward from adhesive layer surface 17, that is opposite to backing 12, it is contemplated that pegs 16 could protrude our, yard from the adhesive surface towards interface 13, that is into backing 12. Such a construction is useful as a transfer tape of adhesive. Additionally, adhesive surface 17 may be microstructured, that is comprise a plurality of pegs 16, in addition to interface 13 being microstructured.

For most uses, adhesive layer 14 of the adhesive sheet 10 should be at least 25 μm in thickness in order to conform to irregularities in substrates to which it may be applied.

Referring again to FIGS. 1 and 2, pegs 16 may be substantially uniformly distributed on the functional portion of adhesive layer surface 17, for example, along only one edge of a wide sheet or tape of the invention to allow precise repositioning of that edge, after which the rest of the sheet inherently falls into place and hence needs no adhesive. It is also within the scope of the present invention to have a peg-density gradient from top to bottom, side to side, convergent or divergent to the center of the adhesive article, etc.

Adhesive pegs 16 can be shaped such that the cross section of a peg taken in a plane parallel to the adhesive layer may be oval, circular, polygonal, rectangular, star-shaped, annular, irregular, and any combination thereof. Referring to FIG. 7, pegs 16 have essentially fiat tops, preferably less than 5 μm average surface irregularity. The inside angle (α) between the top and the sides of a peg is preferably no greater than 150°, more preferably between 80° and 135°. The angle between the base of the peg 16 and the adhesive surface 17 is not as critical as the upper inside angle and can be radiused.

The average height of an array of pegs over the adhesive surface should be at least 15 μm. The pegs generally have a maximum height of 200 μm, preferably 150 μm, and more preferably 50μ. The height may vary, but the height variation is preferably random, that is, it is undesirable to have a number of shorter pegs grouped together. In addition, the average height (h) of adhesive peg 16 is approximately 15 μm, thus taking into account height variations within the individual peg. However, the height (h) and the inside angle (α) is, in pan, a func-



tion of the adhesive composition selected for use in practicing the present invention. Preferably, peg heights are uniform, however, it is within the scope of the present invention to have a plurality of pegs having fabrication height variances. It is also within the scope of the invention to have a plurality of pegs having a predetermined height variance, advantageously further controlling positionability and/or repositionability. For example, an array of pegs could have heights of 15 μm and 25 μm providing three levels of adhesion, light pressure to contact the 25 μm pegs, more pressure to contact 15 μm, and then full pressure to provide the permanent adhesive bond provided by the adhesive surface.

When the pegs are too short, the pegs tend to collapse at the peel front, thereby initiating a stronger, permanent bond. It is useful to note, the height (h) and inside angle (α) considerations are less stringent for composite pegs 28 (described below in reference to FIGS. 5-7) than for the adhesive-only pegs. However, for convenience and economy of resources, the same configured liner could be useful for composite pegs 28, as well as the adhesive pegs 16. Beads 34 in the composite pegs 28 have a tendency to reduce the criticality of the height and angle of the composite pegs 28.

With reference to FIGS. 5-8, an adhesive sheet has a topologically microstructured adhesive surface and a backing (not shown), wherein the microstructured adhesive surface comprises a uniform distribution of composite pegs 28, protruding from the adhesive surface 30. Pegs 28 are a composite of adhesive and beads 34, with beads 34 being substantially covered by adhesive. While it is preferred beads 34 be completely covered or encompassed by the adhesive, it is within the scope of the present invention that a small portion of the beads may be above or below the surface and not covered by the adhesive, provided the overall surface of the peg provides an adhesive surface. Advantageously, composite pegs 28 of the present invention provide an adhesive surface that is both positionable and repositionable.

Referring specifically to FIGS. 6 and 8, beads 34 are encompassed within peg 28. This is schematically illustrated in FIG. 6. Although FIG. 6 illustrates peg 28 as being filled with beads 34, it is also possible to have pegs that are only partially filled with beads. As further illustrated in FIG. 8, beads 34 appear as muted shapes (because the beads are covered with adhesive) in the adhesive surface 32, in sharp contrast to the clear, focussed shapes (the beads are not covered with adhesive) illustrated in FIG. 4 (prior art).

In contrast and referring to FIGS. 3 and 4, a particle clump as described in EPO 0 429 269 A1 is illustrated. A particle clump 160 protrudes from an adhesive surface 170. Particle clump 160 is comprised of adhesive and a plurality of beads 150. Beads 150 form a non-tacky surface on the particle clump 160.

When the adhesive sheet of the present invention is used for decorative purposes, the beads preferably are substantially smaller than the thickness of the adhesive layer so that after being pressed into the adhesive layer, the beads do not mar the exposed face of the backing. For example, when the adhesive layer is approximately 20-40 μm thick, each of the beads is preferably less than 20 μm in average diameter, preferably from 1 to 15 μm in average diameter, and more preferably from 1 to 10 μm in average diameter. Note, the beads are typically a mixture of sizes. Beads smaller than approximately 0.5 μm may be more difficult and expensive to use than

larger particles. In nondecorative uses such as masking tape, the beads can exceed the thickness of the adhesive. It is also possible to prepare composite pegs, by first coating an embossed liner with a latex resin to partially fill the depressions, wiping the surface of the liner and allowing to resin to dry or coalesce. The dried or coalesced resin is then overcoated with an adhesive solution. Such a procedure forms the "beads" in situ.

Typically, the pegs can be formed by direct coating an adhesive onto a microstructured liner. In the case of composite pegs, the pegs can be formed by direct coating of adhesive onto a microstructured liner, in which small depressions have been previously filled with beads and optionally, a functionally sufficient amount of polymeric binder. Alternatively, the composite pegs can be formed with a first pass coating of an adhesive/bead slurry, followed by an adhesive only coating. The second, adhesive only coating could be a chemically different adhesive provided the second adhesive is sufficiently compatible with the first pass coating adhesive. This is generally necessary to keep the pegs on the adhesive (second coat, g) surface after the liner is removed during application.

A method for preparing the adhesive articles comprising composite pegs, comprises the steps: (a) preparing a slurry of beads; (b) coating the slurry onto an embossed liner to fill depressions in the embossed liner; (c) wiping the embossed liner to remove excess slurry; and (d) coating the filled embossed liner with an adhesive solution and; (e) allowing the adhesive solution to adsorb into and around the beads before drying. The adhesive solution can be a latex adhesive solution or a solution containing reactive monomers, that is polymerizable monomers as a diluent.

A preferred liner for an adhesive article of the invention is a low adhesion surfaced polymeric plastic film. The liners can be protective liners, release liners, and the like. When the adhesive article is made by the first of the above-outlined methods, the plastic film can be embossed to form the depressions. The embossable plastic film can be self-supporting, but a preferred liner is kraft paper, one or more surfaces of which has a thin, embossable polyethylene coating that is covered by a silicone release coating. Useful self-supporting plastic films include but are not limited to plasticized poly(vinyl chloride) and biaxially oriented poly(ethylene terephthalate) and polypropylene, all of which are economical and have good strength, toughness, and dimensional stability. Preferably, depression shapes within the embossed liner are typically a truncated cone having an essentially flat bottom.

Nonlimiting examples of backings useful for the present invention may be thin or thick plastic (synthetic or natural), reflective sheeting, fabrics (woven or nonwoven), papers, metal foils, composite release liners and the like. The backing may be constructed such that the resulting article is a graphic article, a transfer tape, a double-sided tape, an awning, and the like. Furthermore, the backing may include additional functional and decorative layers, such as clear coats, decorative graphics, dirt and weather resistant coatings, art known adhesive layers, screen printable inks, barrier layers, adhesion promoters, multilayers of translucent films and the like. Such functional and decorative layers are known in the art and may be used, applied or laminated according to techniques known to those skilled in the art.



Specific but nonlimiting examples of adhesive articles comprising at least one topologically microstructured surface include (1) in sequence, an embossed liner, a microstructured adhesive surface, and a flexible thermoplastic backing, (2) in sequence, an embossed liner, a microstructured adhesive layer, a thermoplastic layer, a microstructured adhesive layer, and an embossed liner; (3) in sequence, an embossed liner, a double-sided microstructured adhesive layer, an embossed liner; (4) in sequence, an embossed liner, a microstructured adhesive layer, a thermoplastic layer, an art known adhesive layer, a poly(vinyl)chloride film, an art known adhesive layer, and a clear coat layer; and (5) in sequence, an embossed liner, a microstructured adhesive layer, an adhesion promoter, a microstructured adhesive layer, an embossed liner. While several examples are cited to illustrate various multi-layered constructions of articles, any adhesive article having at least one microstructured adhesive surface is within the scope of the present invention. In cases where more than one microstructured adhesive layer is used, the adhesive systems for the layers need not be the same.

The spacing between adjacent pegs formed from the depressions in the liner may affect the adhesive or positionable properties of the adhesive sheet. Preferably, the spacing of the pegs is such that the contact surface of the adhesive-only, flat-topped pegs comprises 1–25 % of the total surface area, more preferably the contact surface of the pegs comprise 1–10% of the total surface area of the adhesive layer. Spacing between adjacent pegs can be dependent on factors such as the height, diameter, shape of the pegs, composition of the adhesive, and stiffness of the backing of the adhesive article. Further, the spacing between the pegs, that is, the planar adhesive surface contiguous with the base of the pegs and between the pegs is greater than 30% of the total adhesive layer. For example, (referring to FIG. 1) good repositioning of the adhesive surface has generally been attained when the spacing between centers (d2) of adjacent pegs 16 has been within the range of 0.1 to 0.5 mm (preferably from 0.2 to 0.4 mm) and is greater than the diameter (d1) of pegs 16. A spacing of substantially less than 0.1 mm (in this instance) might result in contact surface area of the pegs covering more than 25% of the adhesive surface and reduced bonding strengths. The composite pegs, where the shape and size are not as critical as for adhesive-only pegs, the total contact area is generally 25% or less of the total adhesive surface.

The adhesive sheet may employ any an known pressure-sensitive adhesives, preferably one that is aggressively tacky and forms strong bonds on contact with substrates such as signboards. The adhesive composition is preferably a pressure-sensitive adhesive. The benefit of a pressure-sensitive adhesive is its natural flexibility and elongation properties. As a class, these types of adhesives tend to perform well in the practice of the present invention.

Pressure-sensitive adhesives are an recognized as a standard class of materials. These are adhesives, which in dry (substantially solvent free except for residual solvent) form are aggressively and permanently tacky at room temperature (e.g., 15° to 25° C.) and firmly adhere to a variety of dissimilar surfaces upon mere contact without the need for more than manual pressure. The adhesives require no activation by water, solvent or heat in order to exert a strong adhesive holding force towards such materials as paper, cellophane, glass, plas-

tic, wood and metals. The adhesives have a sufficiently cohesive holding and elastic nature such that, despite their aggressive tackiness, they can be handled with the fingers and removed from smooth surfaces without leaving a substantial residue (cf. Test Methods for Pressure-Sensitive Tapes, 6th Ed., Pressure Sensitive Tape Council, 1953). Pressure-sensitive adhesives and tapes are well known, and the wide range and balance of properties desired in such adhesives has been well analyzed (cf. U.S. Pat. No. 4,374,883; and "Pressure-Sensitive Adhesives" in *Treatise on Adhesion and Adhesives* Vol. 2, "Materials," R.I. Patrick, Ed., Marcel Dekker, Inc., N.Y., 1969). The various materials and compositions useful as pressure-sensitive adhesives are available commercially and are thoroughly discussed in the literature (e.g., Houwink and Salomon, *Adhesion and Adhesives*, Elsevier Publ. Co., Amsterdam, Netherlands, 1967; Handbook of Pressure-Sensitive Adhesive Technology, Donates Satas, Ed., VanNostrand Reinhold Co., N.Y., 1982).

Pressure-sensitive adhesives are generally chemically composed of rubber-resin materials, acrylic resins, polyurethane resins, silicone resins, and the like. Amongst the various patent literature describing compositions and improvements in pressure-sensitive adhesive formulations are U.S. Pat. Nos. RE24,906; 2,652,351; 3,740,366; 3,299,010; 3,770,708; 3,701,758; 3,922,464; 3,931,087; 4,012,560; 4,077,926; 4,387,172; 4,418,120; 4,629,663; and the like. These classes of rubber resin, acrylic, silicone, and polyurethane pressure-sensitive adhesives as well as any other pressure-sensitive adhesives are generally useful in the present invention. Preferred classes of low tack pressure-sensitive adhesives are particularly described in U.S. patent applications Ser. Nos. 07/513,679 (filed Apr. 24, 1990) and 07/513,680 (filed Apr. 24, 1990) and such description is incorporated herein by reference.

Non-pressure-sensitive adhesives, thermally-activated or solvent-activated adhesives may be used if they can display required elastic elongation properties (i.e., at least 120%). They are, however, less preferred embodiments than pressure-sensitive adhesives because of their more difficult application and greater tendency to entrap air during application.

The adhesive may be substantially nontacky at room temperature if it becomes tacky at an elevated temperature at which it is to be used. Alternatively, the adhesive may be nontacky to the touch but aggressively tacky to other substrates. These adhesives are substrate specific and provides an appropriate adhesive bond between the substrate and the adhesive sheet.

Where thicker pressure-sensitive adhesive coatings are desired, it may be desirable either to apply multiple layers of the adhesive or to photopolymerize an adhesive in situ. For example, mixtures of monomeric alkyl acrylates, copolymerizable monomers, such as acrylic acid and optionally, polymers can be copolymerized by exposure to ultraviolet radiation to a pressure-sensitive adhesive state.

The adhesive article is useful for a variety of applications, such nonlimiting examples include decorative and informative markings on vehicles; signage; buildings; fascia; awnings; tapes, such as, transfer tapes, double-sided tapes, photographic and other layout tapes; masking for paint spraying; wallpaper; and the like.

Objects and advantages of this invention are further illustrated by the following examples, but the particular materials and mounts thereof recited in these examples, as well as other conditions and details, should not be construed to unduly limit this invention. All materials am commercially available except where stated or otherwise made apparent.

## EXAMPLES

The adhesive resins used to prepare the adhesive solutions 1-3 and 5 contained acrylic copolymers that were prepared by free radical polymerization of isooctylacrylate and acrylic acid according to free radical polymerization techniques known to those skilled in the art, such as described in Odian, *Principles of Polymerization*, 3rd ed. John Wiley and Sons, New York, 1991. In the following examples, all parts are given by weight. Each of the adhesive solutions 1, 2 and 5 were coated within 24 hours of preparation.

The 180° peel back data provide a comparison of adhesive strength and ease of removal at 22° C. The slide rating data for ease of sliding and repositioning provided a comparison of contact adhesion and ease of positioning and repositioning at 40° to 43° C. The % wet out area data provided a comparison for the amount of static contact between the adhesive layer and a substrate under the given application conditions.

### Adhesive solution 1

Isooctylacrylate-acrylic acid (93:7) copolymer (100 parts) and 1,1'-(1,3-phenylenedicarbonyl) bis (2-methylaziridine), (0.01 pans, herein after referred to as "bis amide") crosslinker were combined in ethyl acetate at a solids content of 10-25 %.

### Adhesive solution 2

Isooctylacrylate-acrylic acid (90: 10) copolymer (100 parts) and bis amide (0.02 parts) crosslinker were combined in ethyl acetate at a solids content of 1045 %.

### Adhesive solution 3

Isooctylacrylate-acrylic acid 05.5:4.5) copolymer (73 parts), NEWPORT S resin (17 parts and available from Arizona Chemical Co.) and UNITAC 72M70 resin (10 parts and available from Union Camp Corp.) were combined in isopropanol and heptane at a solids content of 25–30%.

### Adhesive solution 4

A partially polymerized mixture of isooctylacrylate (90 pans) and acrylic acid (10 parts) was blended with Irgacure 651 (0.1 pain, 2,2-dimethoxy-2-phenylacetophenone from Ciba Geigy) and XL-353 (0.2 pans, 2,4-bis(trichloromethyl)-6-(3,4-dimethoxyphenyl)-1,3,5-triazine from 3M), as described in U.S. Pat. No. 4,330,590, Examples 1, and 5-7, and such descriptions are incorporated herein by reference.

### Adhesive solution 5

Isooctylacrylate-acrylic acid (93:7) copolymer (100 parts) and bis amide (0.04 parts) crosslinker were combined in ethyl acetate at a solids content of 40–45%.

### Embossed release liners

Release liners used in the Examples were polyethylene coated papers with commercial silicone release coatings. Embossed release liners were prepared by thermal embossing such as described in U.S. Pat. No. 3,301,741, and such description is incorporated herein by reference. The surface area covered by the embossed depressions for examples 1-4, 5-12, 13-15, 20-40, C3,

C11 and C12 varied from 2 to 11%, with most samples between 3 and 6%. The liners for Examples 16-19 have larger surface areas covered by the embossed depressions.

In the following Table, depressions/in$^2$ is convened to the corresponding peg density of lines per inch (lpi).

TABLE I

| Depressions/in$^2$ | Lines per inch (lpi) |
|---|---|
| 1250 | 35 |
| 1600 | 40 |
| 2500 | 50 |
| 4225 | 65 |
| 7225 | 85 |

Preparation of particle filled, embossed release liners

The depressions in the embossed release liners were selectively filled with beads or particles by applying an excess coating of beads to the liner (dry or preferably dispersed in a liquid) then wiping off the excess coating with a rubber, plastic or metal blade, such as described in EPO 0 429 269 A1.

Backings

The backing used to prepare the Examples was either a 60 μm thick plasticized, white vinyl film identical to that used in 3M number180-10 films with CONTROL-TAC brand adhesive, or a clear 60 μm thick PET film identical to that used for 3M number 639 SCOTCH-CAL brand film.

Peel adhesion testing

Adhesion tests conducted were a modification of ASTM method D 3330 (1992) and Pressure Sensitive Tape Council method PSTC-1 (1989). Samples of microstructured adhesive and film on release liner were laminated with 3M SCOTCHCAL 3650 adhesive film as a backing. The backing film prevented the sample films and adhesive from excessively stretching during peel back testing. The samples were equilibrated in a constant temperature and humidity room at 22° C., 50% relative humidity for at least 24 hours prior to application. The backed tape samples were cut into 2.54 centimeter wide strips. DuPont "PrepSol was used to clean the surface of chromate treated aluminum test panels. The release liner was removed and the adhesive strips were applied to the aluminum panels using either a 180 gram or 2 kilogram roll down wheel at a speed of 2.54 centimeter/second (2 roll down passes per sample). Peel adhesion was measured about 5 minutes after application (unless otherwise stated) as a 180peel back at a crosshead speed of 30.5 cm/min using a Lloyd tensile tester. In several cases a peel adhesion value of "<0.01 " kg/cm is reported. This value indicates that the peel force was finite but smaller than the measuring range of the peel tester and is referred to in the text as "*cling adhesion*".

Testing and rating ease Of sliding and repositioning

A horizontal glass plate or aluminum plate was heated to 40°-43° C. and cleaned with methylethylketone (MEK). A piece of the pressure-sensitive adhesive sheet to be tested, approximately 15 cm by 23 cm, was placed on the glass plate with the adhesive side up to warm for approximately 15 to 60 seconds. The sheet was removed and immediately laid adhesive side down on the heated plate and allowed to rest for at least 10 seconds. The edge of the sheet was lifted and the sheet pulled lateraly. If it slid freely it was rated a "1 ". If the sheet slid with resistance, but could be easily lifted off the surface it was rated 2". If the sheet did not slide but could be lifted and reposifioned without damage, it was rated a "3". If the sheet stuck to the plate and could not be reposifioned without damage, it was rated a "4".

Wet out area measurement

Samples were applied to cleaned glass plates as described above in the section on peel adhesion testing. The glass slides were illuminated from the edges and the adhesive viewed from above using a video camera equipped with a macro lens (4810 Series solid-state CCD camera, Cohu, Inc., San Diego, CA). Where the adhesive contacts the glass, a bright image was observed, non-contact areas were dark. Images of approximately 1 square inch were sampled using a computer-based image capture and analysis system (JAVA software from Jandel Scientific and PCVision digifixing computer/video interface card). The contact or % wet out areas were calculated as the ratio of bright image/-total image. Values reported for % wet out area are the mean values of 4 sampling locations. The standard deviations for these values are approximately 2 % of total area.

Samples were also prepared as above and adhesive wet out areas estimated from optical microscopy photos using the measured images from above for visual comparison. Reflective lighting was used and the glass to adhesive contact areas were darker. These estimated contact values are shown as "~% " wet out in the data tables.

EXAMPLES 1-12 AND C1-C2

The examples 1-12 and C1-C2 showed that adhesive films having the microstructured adhesive surface comprised of adhesive pegs could be temporarily applied and easily repositioned until a more permanent bond was desired. The permanent bond was rapidly obtained by using more pressure to apply the adhesive film.

The examples were prepared according to the following general procedure. Adhesive solution I was coated onto a release liner embossed with a square array pattern of depressions (the dimensions and frequency are given in Table ID to provide an adhesive layer that had a dry thickness of 30-40 μm. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film. The liner was removed and the adhesive surface examined under a microscope. Electron micrographs were used to verify the size and shape of the adhesive pegs. Each sample showed an adhesive surface that substantially replicated the surface of the release liner.

The peg density (in pegs per square cm) and avenge height, as well as peel adhesion and % wet out area for each Example are summarized in Table II. Examples 1-12 showed better repositionability when the pegs were >15 μm tall. Samples applied using a force of 2 kilograms gave peel back adhesion values of approximately the same strength as were obtained for samples having a smooth adhesive surface (see Examples C1 and C2). Although, it has been suggested in the art that reduction of the adhesive contact or wet out area would lead to substantially reduced adhesion and repositionable behavior, it was observed that the adhesive contact area was only one factor contributing to the effective-

ness of the present invention. It was observed that samples of Examples 4, 7 and 12, (having 15 μm pegs) had wet out areas similar to samples of Examples 1–3, 5, 6, and 8–11 when applied using an application force of 180 grams, but these short peg samples had only slightly reduced adhesion values and were not easily repositionable.

Referring to Table II, please note the following variations from the general preparation and testing procedures:

Example 1: microscopic examination of the sample applied to a glass plate using a 180 gram force and partially peeled back showed that adhesive wet out of the glass at the peel front was not substantially changed;

Example 4: microscopic examination of the sample applied to a glass plate using a 180 gram force and partially peeled back showed that nearly complete adhesive wet out of the glass occurred at the peel front;

Example C1: the Liner used was not embossed but had a 1 μm avenge roughness;

Example C2: the liner used was not embossed but had a 3 μm avenge roughness; and

Example 8: fully applied samples showed slight telegraphing of the adhesive pattern through the film.

EXAMPLES 13–19 AND C3–C5

Examples C3 and C4 illustrate how repositionable adhesive behavior was adversely affected by the shape of the pegs. Example 13 showed that heat aging or baking the adhesive on its protective liner did not adversely affect repositionable behavior. In contrast, Example 14 showed that heat aging of the crosslinked adhesive from Example C5 in contact with an embossed liner did not afford a repositionable adhesive film. Example 15 showed that bonding behavior did not significantly change with increased contact times at room temperature. When samples of Example 15 were applied using a 180 g roll down weight, nearly identical peel adhesion values and repositionable behavior were observed after 5 minutes and 24 hours of contact. When samples of Example 15 were applied using a 2 kg roll down weight, nearly identical peel adhesion values and permanent bonding were observed after 5 minutes and 24 hours of contact. Examples 16–19 showed the effect of larger pegs that cover more surface area. These Examples were also repositionable and quickly form a more permanent bond but a greater application force was generally required to obtain the stronger bond. The results are summarized in Table III.

EXAMPLE C3

Adhesive solution 1 was coated onto an embossed release liner (the dimensions and depression density are given in Table IH), rapidly dried, and then laminated as described in Example 1. Microscopic inspection of the adhesive surface showed a pattern of partially formed adhesive pegs that proraided above a smooth adhesive surface. The adhesive pegs did not replicate the liner surface due to entrapment of air bubbles. The adhesive wet out area on glass (180 grams application force) was substantially less than in Example 2 yet nearly complete wet out was observed at the peel front as described in Example 4.

EXAMPLE C4

Adhesive solution 1 was coated onto a release liner removed from 3M 180-10 CONTROLTAC brand adhesive film, dried and laminated as described in Example 1. The liner had a randomly distributed pattern of hemispherical depressions an average of approximately 25 μm deep and 50 μm diameter, covering approximately 3% of the surface. Microscopic inspection of the adhesive surface showed a corresponding random pattern of hemispherical shaped adhesive projections protruding approximately 25 μm above a smooth adhesive surface. The adhesive projections substantially replicated the liner surface. The initial contact (no application force) wet out area on glass was low (~10–15%) and consisteft of small round spots. The wet out area increased to greater than 50% within 10 minutes after application (no additional application force was used).

EXAMPLES 13–19 AND C5

Examples 13–19 and C5 were prepared according to the following general procedure. Adhesive solution 1 was coated onto a release liner embossed with a square array pattern of depressions (the dimensions and density are given in Table HI) to provide an adhesive layer that had a dry thickness of 30–40 μm. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film. The liner was removed and the adhesive surface examined under a microscope. Each sample showed an adhesive surface that substantially replicated the surface of the release liner. Adhesion and wet out values obtained for these examples are shown in Table III.

EXAMPLE 13

SCOTCHCAL brand, 3650 adhesive film was laminated to the film side of a sample from Example 3 and this composite was cut into 2.54 cm ×20 cm strips. The strips were aged (=baked") in the oven at 65° C. under a 370 gram weight. Microscopic inspection of the aged adhesive surface showed a pattern of adhesive pegs protruding approximately 20 μm above a smooth adhesive surface. The adhesive pegs substantially replicated the liner surface. The adhesive surface and adhesion behavior were like Example 3.

EXAMPLE C5

SCOTCHCAL brand, 3650 adhesive film was laminated to the film side of a sample from Example C1 and this composite was cut into 2.54 cm×20 cm strips. The strips were aged (baked) in the oven at 65° C. under a 370 gram weight. Microscopic inspection of the aged adhesive surface showed a smooth surface. The adhesive surface and adhesion behavior were like Example C 1.

EXAMPLE 14

The release liner from a sample of Example C1 was removed and a sample of the embossed release liner from Example 3 was laminated in its place. SCOTCHCAL brand, 3650 adhesive film was then laminated to the film side of the above sample and this composite was cut into 2.54 cm×20 cm strips. The strips were aged ("baked") in the oven at 65° C. under a 370 gram weight to impart a microstructure to the adhesive surface. Microscopic inspection of the adhesive surface showed a pattern of panially formed adhesive pegs protruding above a smooth adhesive surface. The wet out pattern on glass was similar to Example 13 but the bonding behavior was like Example C5.

## EXAMPLE 15

### Contact Aging Test

Samples of the adhesive film from Example 3 were prepared for peel adhesion testing and applied to cleaned anodized aluminum panels, as described in Example 1. The 180° peel back adhesion was measured after contact times of about 5 minutes and 24 hours at 22° C. The samples removed after 24 hours contact were examined under a microscope. The machined surface pattern of the aluminum test plates was clearly visible on the surface of the adhesive after peel back tests (24 hour contact aging). For samples applied using 180 grams force, the pattern was visible only on the tops of the adhesive pegs. For samples applied using 2 kg force, the pattern covered the entire adhesive surface.

## EXAMPLES 16-19

Examples 16-19 illustrated that the size of the adhesive pegs could affect the amount of application force required to form a more permanent adhesive bond and to some extent the adhesion value obtained. Examples 16, 18 and 19 remained repositionable even when applied using a force of 2 kg. A squeegee had to be used to apply these films for a more permanent adhesive bond. The adhesion values obtained were slightly lower than in Examples 1-12, but the adhesives were still functional.

## EXAMPLES 20-26 AND C6-C10

Examples 20-26 and C6-C10 illustrated the effect of varying the composition of the adhesive used, such as a harder, "drier" adhesive (adhesive solution 2), a more highly crosslinked adhesive (adhesive solution 5) and soft, very tacky, non-crosslinked adhesive (adhesive solution 3). Only the softer adhesive (Examples 22-24) required pegs >20 μm tall for good repositionable behavior. Additional crosslinking of the adhesive made the sample more repositionable when it was applied using low application force (Example 26 versus Example 3). Adhesion and wet out values obtained for these examples are summarized in Table IV.

## EXAMPLES 20-22 AND C6-C7

Examples 20-22 and C6-C7 were prepared according to the following general procedure. Adhesive solution 2 was coated onto a release liner (for Examples 20-22, the liner was embossed with a square array pattern of depressions with the dimensions and frequency given in Table IV) to provide an adhesive layer that had a dry thickness of 30-40 μm. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film. The liner was removed and the adhesive surface examined under a microscope. Each sample showed an adhesive surface that substantially replicated the surface of the release liner.

## EXAMPLE 23-25 AND C8-C9

Examples 23-25 and C8-C9 were prepared according to the following general procedure. Adhesive solution 3 was coated onto a release liner (for Examples 23-25, the liner was embossed with a square array pattern of depressions with the dimensions and frequency given in Table IV) to provide an adhesive layer that had a dry thickness of 30-40 μm. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film. The liner was removed and the adhesive surface examined under a microscope. Each sample showed an adhesive surface that substantially replicated the surface of the release liner.

## EXAMPLE 26 AND C10

Examples 26 and C10 were prepared according to the following general procedure. Adhesive solution 5 was coated onto a release liner (for Example 26, the liner was embossed with a square array pattern of depressions with the dimensions and frequency given in Table IV) to provide an adhesive layer that had a dry thickness of 30-40 μm. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film. The liner was removed and the adhesive surface examined under a microscope. Each sample showed an adhesive surface that substantially replicated the surface of the release liner.

## EXAMPLES 27-34 AND C11-C13

Examples 27-29 illustrated that filling the adhesive pegs with glass beads gave a slidably positionable adhesive film that clung to a substrate. This combination of cling adhesion* and positioning behavior made it particularly easy to apply large sheets of adhesive films in precise registration. By contrast, Example C11 which had pegs that were composed of glass bead clusters with little or no adhesive between the beads, was positionable but did not exhibit cling adhesion.

Example 29 showed that good positionable and repositionable behavior was observed even when the composite pegs were substantially shorter than pegs composed only of adhesive (Example 4). Example 30 showed that the peg shape was also less critical for the composite pegs than for the all adhesive pegs (Example C4). Comparison of Example 31 and Example C12 showed that when the examples were prepared using liner with only partially bead filled depressions, adhesive having composite pegs (Example 31) afforded superior positionable behavior compared to adhesive having particle clump pegs (Example C12). In Example 31 the adhesive replaced the missing glass beads to afford an adhesive surface having composite pegs that substantially replicated the embossed liner surface. By comparison, Example C12 had only partial transfer of the small, poorly formed, glass bead clusters to the adhesive surface. The adhesion values obtained for Examples 27-31 following application with a 2 kg application force, were similar to those for Examples 3-6 and C2. This indicated that the composite pegs did not adversely affect bond strength.

Examples 32-34 showed that the beads need not be glass and matching the refractive index of the adhesive and beads improved the optical properties of applied adhesive films. The clear film Examples 32-34 were indistinguishable for application and bonding characteristics from Example 27. When applied to a polycarbonate plate using a 2 kg roll down weight and illuminated either (a) from the back or Co) from the plate edges, Example 33 was optically clear under all illumination conditions, Example 32 was optically clear under back illumination and slightly hazy under edge illumination and Example 34 was hazy under all illumination conditions.

Example C13 showed filling an adhesive with glass beads significantly smaller than the adhesive coating thickness greatly reduced the adhesive tack and bond strength.

EXAMPLES 27-29 AND 31-32

Examples 27-29, 31 and 32 were prepared according to the following general procedure. Adhesive solution 1 was coated onto a release liner to provide an adhesive layer that had a dry thickness of 30-40 μm. The liner had a square array pattern of depressions containing Potters 5000 SPHERIGLASS beads (from Potters Industries, Inc., Parisippany, h3), the dimensions and frequency of the depressions for each sample are given in Table V. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film for Examples 27-29 and 31 . A 60 μm thick clear PET film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film for Examples 32-34. The liner was removed and the adhesive surface examined under a microscope. Each sample showed an adhesive surface that substantially replicated the surface of the release liner. The pegs substantially replicated the liner surface depressions and were composed of glass beads in adhesive.

Electron micrographs of the adhesive surface showed composite pegs of glass beads in an adhesive matrix and the adhesive surface between the composite pegs was substantially free of beads.

When samples from Examples 27-29 and 31 were laid on or lightly pressed against a horizontal aluminum test plate, the sheet could be easily and repeatedly slid across or lifted off the surface. When the panel was held in a vertical position, the adhesive sheet clung, yet was easily slid across or lifted off the surface. Samples were lightly pressed against a glass plate and the wet out pattern examined under a microscope. It was observed that wet out occurred only at the tips of the "pegs" and that each circular wet out spot was approximately 75 μm in diameter and 30 to 90% wet out inside this spot. Adhesion and wet out values obtained for these examples are shown in Table V.

EXAMPLE 30

The release liner from a sample of 3M 180-10 CONTROLTAC brand adhesive film was removed and the depressions were filled with Potters 5000 SPHERIGLASS beads. Adhesive solution 1 was coated onto this bead filled release liner to provide an adhesive layer that had a dry thickness of 30-40 μm. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film. Microscopic inspection of the adhesive surface showed a pattern of hemispherical shaped projections covering approximately 3% of the surface. The projections were approximately 25 μm tall and 50 μm in diameter and protruded above a smooth adhesive surface. The projections substantially replicated the liner surface depressions and are composed of glass beads in adhesive. Electron micrographs of the adhesive surface showed the projecting hemispheres consisted of glass beads in an adhesive matrix and the adhesive surface between the glass bead clusters was substantially free of buds. The initial contact (180 gram application force) wet out area on glass was low ( about 4% ) and consisted of small round spots. The wet out area did not increase significantly (180 gram application force) with prolonged contact (6 hours at 22° C.). This sample could be laid on a glass plate at 22C and freely slid over the surface, but did not freely slide when rolled down with a 180 gram force or when laid on a 40° C. glass plate. Although the sample was not positionable, it was readily repositionable under these latter application conditions. Adhesion and wet out values obtained for Example 30 are shown in Table V.

EXAMPLE C11

The smooth release liner was removed from a sample of Example C2 then a sample of embossed, release liner containing Potter's 5000 SPHERIGLASS beads was laminated to the adhesive (the same liner was used to prepare Example 27). The liner was removed and the sample laid on a horizontal aluminum test plate at 40° C. The sample sheet had no adhesion to the test plate and was easily slid across and lifted off the surface. The sample adhesive sheet fell off a vertical surface when an application force of 180 grams or less was used. The sample showed good adhesion when applied using a 2 kg application force. Adhesion and wet out values obtained for this Example is summarized in Table V. Electron micrographs of the projecting glass bead clusters showed they are substantially free of adhesive and the adhesive surface between the glass bead clusters was substantially free of beads.

EXAMPLE 31

The liner used for this example had depressions that were partially (about 25% of capacity) filled with Potters 5000 SPHERIGLASS beads. The film was prepared as described for Examples 27-29. Electron micrographs of the adhesive surface showed that the projecting composite pegs substantially replicated the liner surface and contain glass beads around the upper edges of the pegs. The beads in the pegs were covered by the adhesive and the adhesive surface between the pegs was substantially free of beads.

EXAMPLE C12

The smooth release liner was removed from a sample of Example C2 and a sample of embossed, release liner partially filled with Potter's 5000 SPHERIGLASS beads was laminated to the adhesive (the same liner was used to prepare Example 31). Microscopic analysis of the adhesive surface and liner showed only partial transfer of the glass bead clusters to the adhesive surface (approximately 75%) and many of the transferred clusters were partially formed. The sample sheet was very difficult to slide across a glass surface and tended to preadhere. The sample showed good adhesion when applied using a 2 kg application force. Adhesion and wet out values obtained for this Example is summarized in Table V.

EXAMPLE 32

Adhesive solution 1, having a dried refractive index of 1.47, was coated onto an embossed release liner containing MR-7G plastic beads (7 μm avenge diameter crosslinked polymethyl methacrylate beads having a refractive index of 1.49, from Soken Chemical and Engineering Co., Tokyo, Japan) in the depressions, as described in Example 27. The adhesive coated liner was dried and clear polyester film was laminated to the adhesive to give a self adhesive film on a release liner. Microscopic examination of the adhesive surface showed that bead filled adhesive pegs substantially replicated the liner surface. When laid on or lightly pressed against a horizontal polycarbonate test plate, the sheet was easily and repeatedly slid across or lifted off the surface. When the panel was held in a vertical position, the adhesive sheet clung, yet was easily slid across or

lifted off the surface. The sample bonded tightly when applied to the polycarbonate plate using a 2 kg application force and displayed ply failure when removed. Example 32 was optically clear under back illumination and slightly hazy under edge illumination when mounted on a clear polycarbonate plate.

## EXAMPLE 33

Plastic beads (3 μm avenge diameter crosslinked methyl methacrylate-vinyl acetate copolymer beads having a refractive index of 1.47, from 3M) were used to prepare a clear self adhesive film as in Example 32. Microscopic examination of the adhesive surface showed that adhesive pegs substantially replicated the liner surface. The beads were not visible using optical microscopy. Example 33 was optically clear under all illumination conditions when mounted on a polycarbonate plate.

## EXAMPLE 34

Potter's 5000 SPHERIGLASS beads (7 μm average diameter glass beds having a refractive index of 1.51 ) were used to prepare a clear serf adhesive film as in Example 32. Example 34 was hazy under all illumination conditions when applied to a clear polycarbonate plate.

## EXAMPLE C13

Adhesive solution 1 (30 parts) was mixed with Potter's 5000 SPHERIGLASS beads (70 parts) in ethyl acetate (140 parts) and then coated onto a smooth release liner to give an adhesive layer having a dry thickness of 30–40 μm. 60 μm thick vinyl film was laminate to the adhesive on the liner to give a pressure sensitive adhesive film. Electron micrographs of the adhesive surface showed the adhesive layer covered the glass beads like the composite pegs in Examples 27–30. When laid on a horizontal aluminum test plate, the sheet was easily slid over or lifted off the surface. When the panel was held in a vertical position, the adhesive sheet clung. Adhesion did not substantially increase with longer contact times, higher application pressure or heating.

## EXAMPLE 35–40 AND C14

Examples 35–37 and C13 showed that other adhesives could be used to make the repositionable/permanent adhesive films. Example 37, like Example 8, showed noticeable telegraphing of the adhesive peg pattern through the film after application using 2 kg force. Examples 38–40 showed large plastic beads could be used and provided some control over the strength of the repositionable adhesive bond obtained.

## EXAMPLE 35–37 AND C14

Adhesive solution 4 was coated onto release liner (for Examples 35–37, the liner was embossed with a square army pattern of depressions with the dimensions and frequency given in Table VI and containing Potter's 5000 SPHERICLASS beads in the depressions), and cured under UV light irradiation in an inert atmosphere. 60 μm thick vinyl film was laminated to the adhesive layer on the liner to give a pressure sensitive adhesive film. The liner was removed and the adhesive surface examined under a microscope. Each sample showed an adhesive surface that substantially replicated the surface of the release liner in each case. The projections substantially replicated the liner surface depressions and were composed of glass beads in adhesive. Application behavior was similar to Examples 27–29. Adhesion and wet out values obtained for these examples are shown in Table VI.

## EXAMPLE 38

A solution of soft acrylic resin, NeoCryl A-1044 (Polyvinyl Chemicals Inc.), was coated onto release liner embossed with a square array pattern of 1120 depressions/cm$^2$, 20 μm deep, and the excess liquid was wiped from surface leaving material deposited in the depressions. The coated liner was dried. Microscopic inspection of the liner showed that each of the depressions was only partially filled (less than 20% by volume) with an irregular shaped bead of plastic. The plastic beads were typically oriented to one side of the depression.

Adhesive solution 5 was then coated onto the bead containing release liner to give an adhesive layer having a dry thickness of 30–40 μm. 60 μm thick vinyl film was laminated to the adhesive on the liner to give a pressure sensitive adhesive film. Electron micrographs of the adhesive surface showed substantially complete replication of the release liner surface and substantial coverage of the plastic bead.

## EXAMPLE 39

NeoCryl A-1Cu. 4 latex resin (Polyvinyl Chemicals Inc.) was coated onto embossed release liner as described in Example 38. After drying, the coating process was repeated twice. Microscopic inspection of the liner showed each of the depressions was partially filled (approximately 50% by volume) with an irregular shaped bead of plastic. The plastic beads were typically oriented to one side of the depression.

A pressure sensitive adhesive film was prepared using this liner as described in Example 38. Electron micrographs of the adhesive surface showed the release liner surface was substantially replicated and the plastic bead was substantially covered with a thin layer of adhesive.

## EXAMPLE 40

A hard but resilient latex resin, NeoCryl A-612 (Polyvinyl Chemicals Inc.), was coated onto embossed release liner and excess resin was wiped from surface as described in Example 38. Microscopic inspection of the liner showed each of the depressions was partially filled (less than 20% by volume) with an irregular shaped bead of plastic. The plastic beads were typically oriented to one side of the depression.

A pressure sensitive adhesive film was prepared using this liner as described in Example 38. Electron micrographs of the adhesive surface showed the release liner surface was substantially replicated and the plastic bead was substantially covered with a thin layer of adhesive.

## EXAMPLE 41

This example showed an improvement in electronic cutter performance for adhesive films having the microstructured adhesive and liners. Upper and lower case letters were cut from samples of 3M 180-10 film with CONTROLTAG brand adhesive, and from films prepared according to Examples 3 and 27 using an electronically driven knife cutter (Gerber Scientific Products, Inc.). The minimum letter size which could be cut before "pop off" occurred was determined to be 2.8, 1.3, and 1.3 cm tall, for each film respectively. Liner adhesion for each sample was measured as 180° peel back at 230 cm/min. The values obtained were 8.7, 8.1 and 7.7 g/cm respectively.

Various modifications and alterations of this invention will become apparent to those skilled in the art without departing from the scope and spirit of this invention, and it should be understood that this invention is not to be unduly limited to the illustrative embodiments set forth herein.

TABLE II

| Sample | Slide Rating | Peg Dimension density/height lpi/μm | Peel Adhesion 180 g Roll Down kg/cm | Peel Adhesion 2 kg Roll Down kg/cm | Wet Out on Glass 180 g Roll Down % | Wet Out on Glass 2 kg Roll Down % |
|---|---|---|---|---|---|---|
| 1 | 3 | 85/30 | 0.5 | 1.3 | 7 | 94 |
| 2 | 3 | 85/24 | 0.6 | 1.3 | 10 | 98 |
| 3 | 3 | 85/20 | 0.6 | 1.3 | 11 | 100 |
| 4 | 4 | 85/15 | 0.9 | 1.3 | 4 | 96 |
| C1 | 4 | 0/3 | 1.2 | 1.3 | 94 | 98 |
| C2 | 4 | 0/1 | 1.4 | 1.4 | 95 | 99 |
| 5 | 3 | 65/30 | 0.6 | 1.3 | 2 | 98 |
| 6 | 3 | 65/20 | 0.5 | 1.3 | 3 | 100 |
| 7 | 4 | 65/15 | 1.0 | 1.4 | 4 | 95 |
| 8 | 3 | 40/36 | 0.5 | 1.3 | 7 | 93 |
| 9 | 3 | 40/25 | 0.6 | 1.2 | 4 | 96 |
| 10 | 3 | 40/20 | 0.5 | 1.2 | 6 | 89 |
| 11 | 3 | 40/17 | 0.5 | 0.9 | 3 | 86 |
| 12 | 4 | 40/13 | 0.8 | 0.9 | 6 | 88 |

TABLE III

| Sample | Slide Rating | Peg Dimension density/height lpi/μm | Peel Adhesion 180 g Roll Down kg/cm | Peel Adhesion 2 kg Roll Down kg/cm | Wet Out on Glass 180 g Roll Down % | Wet Out on Glass 2 kg Roll Down % |
|---|---|---|---|---|---|---|
| C3 | 4 | 65/26 | 1.1 | 1.3 | ~2 | ~98 |
| C4 | 4 | 180 liner | 1.0 | 1.2 | ~15 | ~98 |
| 13 (baked) | 3 | 85/20 | 0.5 | — | ~6 | — |
| C5 (baked) | 4 | 0/3 | 1.0 | — | ~90 | — |
| 14 | 4 | 85/20 | 0.9 | — | ~10 | — |
| 15 | 3 | 85/20 | 0.2 | 1.3 | — | — |
| | 3 | (sample 3) | 0.3 | 1.3 | — | — |
| 16 | 2 | 35/50 (125 μm dia.) | 0.5 | 0.6* | — | — |
| 17 | 2 | 50/50 (125 μm/dia.) | 0.4 | 1.1 | — | — |
| 18 | 1 | 50/125 (250 μm dia.) | <0.04 | 0.8 | — | — |
| 19 | 2 | 50/125 (250 μm dia.) | 0.4 | 0.8 | — | — |

5 minute contact before peel test; 24 hours contact before peel test; *1.1 kg/cm with squeegee application; 1.2 kg/cm with squeegee application

TABLE IV

| Sample (Adhesive) | Slide Rating | Peg Dimension density/height lpi/μm | Peel Adhesion 180 g Roll Down kg/cm | Peel Adhesion 2 kg Roll Down kg/cm | Wet Out on Glass 180 g Roll Down % | Wet Out on Glass 2 kg Roll Down % |
|---|---|---|---|---|---|---|
| 20(2) | 2 | 65/30 | 0.4 | 1.2 | ~6 | ~98 |
| 21(2) | 3 | 65/20 | 0.6 | 1.2 | ~5 | ~99 |
| 22(2) | 4 | 65/15 | 1.1 | 1.3 | ~5 | ~98 |
| C6(2) | 4 | 0/1 | 1.2 | 1.4 | ~70 | ~95 |
| C7(2) | 4 | 0/3 | 1.0 | 1.3 | ~75 | ~95 |
| 23(3) | 3 | 65/30 | 0.7 | 1.4 | 6 | 97 |
| 24(3) | 4 | 65/20 | 1.1 | 1.4 | 6 | 99 |
| 25(3) | 4 | 65/15 | 1.2 | 1.4 | — | — |
| C8(3) | 4 | 0/3 | 1.4 | 1.4 | ~95 | ~98 |
| C9(3) | 4 | 0/1 | 1.3 | 1.4 | ~90 | ~97 |
| 26(5) | 2 | 85/20 | 0.3 | 0.9 | ~8 | ~99 |
| C10(5) | 4 | 0/3 | 0.5 | 0.9 | ~90 | ~95 |

TABLE V

| Sample (Adhesive) | Slide Rating | Peg Dimension density/height lpi/μm | Peel Adhesion 180 g Roll Down kg/cm | Peel Adhesion 2 kg Roll Down kg/cm | Wet Out on Glass 180 g Roll Down % | Wet Out on Glass 2 kg Roll Down % |
|---|---|---|---|---|---|---|
| 27(1) | 1 | 85/20 | <0.01 | 1.3 | ~2 | ~98 |
| 28(1) | 1 | 85/16 | <0.01 | 1.2 | ~2 | ~97 |

TABLE V-continued

| Sample (Adhesive) | Slide Rating | Peg Dimension density/height lpi/μm | Peel Adhesion 180 g Roll Down kg/cm | Peel Adhesion 2 kg Roll Down kg/cm | Wet Out on Glass 180 g Roll Down % | Wet Out on Glass 2 kg Roll Down % |
|---|---|---|---|---|---|---|
| 29(1) | 2 | 85/12 | <0.01 | 1.1 | 3 | 97 |
| C11(1) | 1 | 85/20 | 0.0 | 1.2 | ~0 | ~95 |
| 31(1) | 1 | 85/17 | <0.01 | 1.2 | ~1 | ~98 |
| C2(1) | 4 | 0/1 | see example C2 | | | |
| C12(1) | 3 | 85/17 | 0.3 | 1.4 | ~2 | ~98 |
| 30(1) | 2 | (180 liner) | 0.3 | 1.2 | ~4 | ~98 |
| 32(1) | — | 85/20 | Refractive index matching of beads and PSA improved | | | |
| 33(1) | — | 85/20 | optical properties. Peel adhesion and positonability | | | |
| 34(1) | — | 85/20 | qualitatively were the same as glass bead examples. | | | |

TABLE VI

| Sample (Adhesive) | Slide Rating | Peg Dimension density/height lpi/μm | Peel Adhesion 180 g Roll Down kg/cm | Peel Adhesion 2 kg Roll Down kg/cm | Wet Out on Glass 180 g Roll Down % | Wet Out on Glass 2 kg Roll Down % |
|---|---|---|---|---|---|---|
| 35(4) | 1 | 65/40 | <0.01 | 0.7 | — | — |
| 36(4) | 1 | 65/27 | <0.01 | 0.7 | ~4 | ~95 |
| 37(4) | 2 | 65/16 | 0.03 | 0.7 | — | — |
| C14(4) | 4 | 0/1 | 0.7 | 0.7 | — | — |
| 38(5) | 2 | 85/20 | 0.2 | 1.0 | ~5 | ~97 |
| 39(5) | 2 | 85/20 | 0.1 | 0.9 | ~3 | ~97 |
| 40(5) | 2 | 85/20 | 0.3 | 0.8 | ~5 | ~98 |
| 26(5) | 2 | 85/20 | 0.3 | 0.9 | ~8 | ~99 |
| C10(5) | 4 | 0/3 | 0.5 | 0.9 | ~90 | ~95 |

We claim:

1. A method of preparing an adhesive article comprising the steps:

(a) preparing a slurry of beads;

(b) coating the slurry onto an embossed liner to fill depressions in the embossed liner;

(c) wiping the embossed liner to remove excess slurry;

(d) coating the filled embossed liner with an adhesive solution; and

(e) allowing the adhesive solution to absorb into and around the beads before drying.

2. The method of preparing an adhesive article according to claim 1 wherein the adhesive solution is a latex adhesive solution.

3. The method of preparing an adhesive article according to claim 1, comprising the steps:

(a) preparing a slurry of beads;

(b) coating the slurry onto an embossed liner to fill depressions in the embossed liner;

(c) wiping the embossed liner to remove excess slurry;

(d) wherein the adhesive solution contains a diluent and the diluent is a reactive monomer

4. A method of preparing an adhesive article, comprising the steps:

(a) coating a latex resin onto an embossed liner to partially fill the liner;

(b) wiping the embossed liner to remove excess latex resin;

(c) drying the resin to partially dry or coalesce the latex resin;

(d) coating the partially filled embossed liner with an adhesive solution; and

(e) allowing the adhesive solution to adsorb into and around the partially dried or coalesced latex resin before drying.

5. The method of preparing an adhesive article according to claim 4, comprising the steps:

(a) coating a latex resin onto an embossed liner to partially fill the liner;

(b) wiping the embossed liner to remove excess latex resin;

(c) drying the resin to partially dry or coalesce the latex resin;

(d) wherein the adhesive solution is a latex adhesive solution.

* * * * *

Jan. 31, 1967 C. H. HENRICKSON ET AL 3,301,741

ADHESIVE SHEET AND METHOD OF MAKING

Filed Sept. 11, 1963




INVENTORS
CHARLES H. HENRICKSON
ALTON J. DANIELSON
JAMES V. ERWIN
BY
Carpenter, Abbott, Coulter & Kinney
ATTORNEYS

United States Patent Office

3,301,741
Patented Jan. 31, 1967

1

3,301,741

# ADHESIVE SHEET AND METHOD OF MAKING

Charles H. Henrickson, Newport, Alton J. Danielson, Stillwater, and James V. Erwin, North St. Paul, Minn., assignors to Minnesota Mining and Manufacturing Company, St. Paul, Minn., a corporation of Delaware

Filed Sept. 11, 1963, Ser. No. 308,167
10 Claims. (Cl. 161—119)

This invention relates to articles, particularly sheet materials, made from or coated with adhesives, and to methods of making and using the same; and is particularly, although not exclusively, concerned with adhesive films and coatings wherein the adhesive material is normally tacky and pressure-sensitive.

Pressure-sensitive adhesives as employed on masking tape products and the like are characterized by a "quick-grab" property which permits the tape to adhere on mere contact with adhesive-receptive surfaces to which applied. Once the adhesive tape or sheet contacts the surface it can no longer be moved about without being first stripped from the surface. The application of pressure-sensitive adhesive sheet materials in larger sections to specific surface areas is thereby made unduly difficult. The problem is still more severe where the pressure-sensitive adhesive forms a strong permanent bond with the surface, or where the carrier sheet is easily wrinkled or torn or otherwise distorted.

As an example of the difficulties involved, large sheets of figured or patterned paper or fabric wall-coverings coated with pressure-sensitive adhesive have heretofore been virtually impossible to apply because of the difficulty of matching the pattern while preventing the coated surface from becoming tightly bonded to the wall, and the tendency of the adhesive surface to cohere permanently to itself when once placed in contact. The difficulty has previously been overcome primarily by providing the coated sheet with a removable cover-sheet or liner which may be progressively stripped from the adhesive surface just prior to pressing the latter against the wall. The tension required to remove the liner frequently causes dislocation or wrinkling of previously applied areas, or distortion of the coated covering. Wall coverings accordingly have not ordinarily been bonded in place with pressure-sensitive adhesives.

Even with coverings of much smaller areas, much difficulty has been encountered where extremely accurate positioning or registering of the adhesive-coated covering is required. The locating on a flat sheet-metal base of numbers of small oddly shaped segments of differently colored plastic films or beaded reflex-reflective sheet materials in close-fitting patterns is often required in the manufacture of sign-boards and markers. Precise placing of the segments is difficult when they are adherent on contact. Coating the base surface with a liquid adhesive which for a time permits removal and relocation of the segments has not been found fully effective since the adhesive contains volatile solvents which must first be removed and the dried layer soon cures to a state in which it no longer forms an adherent bond to the film or sheet.

Medallions, labels, face-plates, printed circuit components and other attachments are frequently desired on metal or other substrates. Adhesives containing volatile solvents or vehicles in many instances cannot be used for such purposes because of the difficulty of removing the solvent after the vapor-impermeable covering is in place. Coatings of normally nontacky heat-activatible adhesives or of fusible solder or other metallic bonding agents permit precise positioning of the coated coverings but are not satisfactory on bulky metal substrates having high heat capacity or on substrates which are not sufficiently heat-

2

resistant. Pressure-sensitive adhesives, even though providing ample bonding power and ease of application, have not heretofore been found desirable for these applications because of their "quick-grab" properties which prevent repositioning of the member when once tentatively applied.

The present invention overcomes these and other deficiencies and disadvantages. In a preferred form of the invention there is provided an adhesive coating which is pressure-sensitive and capable of forming a strong adhesive bond with a substrate surface on being pressed thereagainst under moderate hand pressure, but which on light contact with said surface remains unbonded thereto and which may therefore be moved around over the surface and slide into position as desired. Neither drying nor heating of the assembly is required. A firm bond is attained directly, and merely by localized application of pressure.

The invention provides a method of making the slidably positionable adhesive sheet material in a continuous operation using well-known and economically advantageous equipment, materials and unit operations.

The invention also provides a method of making coated slidably positionable adhesive sheet materials in a form in which the coating is effectively protected from pressure-activation even against severe localized application of pressure.

These and other unique and advantageous properties and results are obtained, in accordance with the present invention, by creating at the adhesive surface a uniformly pebbly contour of raised adhesive masses or protrusions separated by intervening planar areas, the exposed tips of the protrusions being rendered non-adhesive. The number and height of the protrusions is just sufficient to prevent contact of the intervening planar adhesive surfaces with the adhesive-receptive surface on which the sheet material is to be slidably positioned. The application of pressure then disrupts the non-adhesive tips, displaces the protrusions, and permits adhesive bonding between the adhesive surfaces and the receptive surface. Surprisingly, the adhesion attained is substantially equal to that attainable in the absence of the separating protrusions.

In the drawing:

FIGURE 1 is a schematic representation of a presently preferred method of making the product;

FIGURE 2 represents the several steps in the process in terms of a typical cross-section of the product;

FIGURE 3 is a cross-sectional representation, and FIGURE 4 is a plan view, of a portion of the slidable adhesive coated sheet material; and

FIGURE 5 is an enlarged detail view, primarily in cross-section, of one form of the product of this invention.

As indicated in FIGURE 1, a carrier 10 from supply roll 11 is first lightly coated at coating station 12 with a solution 13 of nonadhesive coating material, wiped clean at the surface by means of a felt wiper 14, and dried over a source of heat 15. A layer of adhesive solution 16 is next applied at coating station 17 and the product is again dried over a heat source 18. A thin backing member 19 from supply roll 20 is brought into pressure-contact with the adhesive-coated carrier between pressure rollers 21 and 22, and the composite product 23 is wound up into storage roll 24 from which it may be removed as desired.

As shown in FIGURE 2, the carrier 10 includes a paper-like support 25 having on one surface a plastic coating 26 which has been embossed or otherwise provided with a pattern of small indents or depressions 27, here indicated for convenience as approximately hemispherical. These depressions are filled with the coating solution 13 which, on drying, provides a thin deposit 28 in each of the depressions 27. The dried adhesive deposit 29 fills the remainder of the depressions and forms

a continuous coating over the carrier surface. The film-like backing 19 covers and is adhesively held by the adhesive layer 29.

Separation of the carrier 10 from the adhesive-coated film product 31 is easily accomplished by hand stripping. The adhesive layer thus exposed has a pattern of raised protrusions 32 each capped with a non-adhesive deposit 28, and intervening flat or planar adhesive surfaces 33, as more clearly illustrated in FIGURES 3 and 4.

The structure is illustrated in more detail in FIGURE 5. The cap-like non-adhesive deposit 28, shown here in partial cross-section, is seen to be cup-shaped, to cover the tip of the raised adhesive protrusion 32, and to extend upwardly along the surface of the protrusion, in this instance for about one-half the height thereof. The plastic coating 26 is seen to be depressed into the paper carrier 25 and to provide a slightly raised rim around the edge of the depression 27. In a preferred embodiment the dimensions are approximately in the proportions indicated, the depression 27 being about four mils in depth and about five mils in diameter at the rim.

Polyethylene-coated paper is a particularly effective carrier material. The paper provides adequate strength, flexibility, heat-resistance, and dimensional stability. The polyethylene coating is adequately heat-resistant yet capable of being suitably permanently embossed, is solvent-resistant, and provides a good release surface from which the adhesive and the thin caps or deposits 28 are readily detached. If necessary, the surface of the polyethylene may be rendered still less retentive of such materials by a thin coating of a release agent, such as polymethylsilicone, applied thereover. A specific exemplary carrier material which has given superior results consists of a 65 lb./ream flat paper stock coated with 18 lb./ream of polyethylene which is overcoated with a thin continuous coating of silicone release agent.

The polyethylene coating is conveniently embossed between a hard rubber backup roller and a metal embossing roller. Typically, the rubber roller has a surface durometer reading of 75–90. The embossing roller has a zinc surface which has been etched through a protective resist pattern to a depth of 5 to 6 mils over approximately four-fifths of the total area, leaving a uniform distribution of some 6000 to 8000 extended tips or projections per square inch of surface. These tips or projections may be in the form of flat-topped cones or somewhat irregular hemispheres as generally indicated by the shape of the depression 27 of FIGURE 5, or in any other appropriate shape as will later appear. Embossing is accomplished with the metal roller at 265–275° F. and the rubber roller at 180° F., under a pressure of about 125 lbs./sq. in. and at a lineal speed of five feet per minute.

The dimensions just given represent preferred values but may be widely varied. In general, the number of protrusions per unit area will be greater in the case of very small protrusions. The distance between protrusions, i.e. the area of the planar adhesive surface, may be increased as the height and diameter of the protrusions increased. The height of the protrusions should not be less than 15 microns. The distance between protrusions should be not less than about one-fourth the maximum diameter of the protrusions. Within these general restrictions, specific quantities and dimensions are selected to provide in each case and adhesive sheet material which is capable of being slid into position on an adhesive-receptive work-surface without adhering thereto and of then being adhesively attached to said surface by simple application of pressure.

Polymethylmethacrylate is a preferred material for the nonadhesive caps 28. A 24 percent solution of this polymer in Cellosolve acetate penetrates the tiny depressions of the embossed carrier, and the surplus is easily wiped off. The solvent does not attack the polyethylene or silicone and is easily evaporated at moderately elevated temperature without causing bubbling or blistering. The dried residue remains on the inner surface of the depression and completely covers the closed end thereof, as indicated in FIGURE 5.



These residual non-adhesive cap members are easily detachable from the carrier, and are thin and fragile when so removed. Other film-forming polymers, resins, or other materials having equivalent properties are also useful; thus, vinyl polymers, epoxy resins, alkyd resins, polyethylmethacrylate, copolymers of methacrylates and styrene are all useful although less desirable than the polymethylmethacrylate. Sodium silicate and other inorganic film-forming materials are similarly useful where flow properties, drying rates and other characteristics are or may be rendered suitable. Materials which are rapidly hardenable by simple evaporation of volatile solvent, such as the polymethyl methacrylate, are preferred, those requiring chemical reaction or curing being less desirable for practical commercial operation.

The protective cap 28 covers the tip of the adhesive protrusion and extends along the sides for a distance equal to at least about one-fourth but less than all of its height, as illustrated in FIGURE 5. Smaller caps do not adequately protect the adhesive surface as the sheet is slid over the work-surface. The desired coverage is most easily attained by applying the cap material from solution in a volatile solvent at an appropriate concentration, generally within the range of about 20 to about 35 percent. Hence the material used must be capable of forming solutions having sufficient fluidity at the concentration indicated to permit coating on the carrier and penetration of the indents, as well as being capable of removal in hardened form from the indented plastic carrier by stripping of the adhesive coating.

A particularly desirable pressure-sensitive adhesive composition consists of a copolymer of 95 parts by weight of fusel oil acrylate and 5 parts of acrylic acid, applied at a concentration of about 20 to 25 percent in a mixture of commercial heptane and ethyl acetate. Such adhesives have been described in Ulrich Reissue Patent No. 24,906. Another useful adhesive contains 566 parts of a copolymer of three parts of 2-ethylbutyl acrylate and one part of ethyl acrylate, 141 parts of compatible heat-advancing phenol-aldehyde resin, 28 parts of salicylic acid, and 85 parts of "Zirex" zinc resinate, in 6690 parts of heptane and 226 parts of alcohol.

The adhesive mixture is applied in a smooth uniform layer by coating with a knife or bar coater. A coating orifice of about 15 mils, i.e., sufficient to provide a dry adhesive deposit having a weight of about 14 grains per 24 sq. in. test sample, has been found effective in the specific structure described. The coating is dried by heating for about 10 minutes in an oven at 150° F. The amount of adhesive may be varied. It should be sufficient to provide an adequate reservoir of adhesive beneath the protrusions for flowing around the fragmented or folded nonadhesive caps under pressure but need not be uneconomically excessive.

The ability of these pressure-sensitive adhesives to undergo plastic flow under stress is illustrated by an alternative coating procedure in which the adhesive solution is initially coated on the smooth-surface film-like backing and is there dried. The sheet is placed with the adhesive surface in contact with the previously prepared embossed surface of the carrier sheet and the two webs are then forced together e.g. at 180–200° F. and under strong squeeze roll pressure. The solvent-free but still flowable adhesive is forced into the depressions of the embossed surface and into permanent adherent contact with the cup-like nonadhesive tips 28 contained therein.

A biaxially oriented polystyrene film of three mils nominal thickness serves as a preferred backing and in the procedure first described is pressed against the exposed adhesive surface and firmly bonded thereby. Other plastic films, foils, plates or sheet materials, e.g. vinyl resin films, aluminum foil, thin copper plate, or various

coated or printed fabric or paper-like webs, may be used. The surface in contact with the adhesive may where desirable be treated, or precoated or primed with an adhesive primer composition, in order to increase the strength of the adhesive bond thereto. Very thin coatings of the same adhesive solution serve as one form of useful primers.

The completed product in the form of stock roll 24 or in stacks of cut sheets is capable of prolonged storage without deterioration despite the tendency of the adhesive to flow under stress. The temporary carrier 10 protects the adhesive surface, more particularly the protrusions 32, by accurately conforming to their surface contours. The structure is capable of withstanding surprisingly severe pressures without in any way deteriorating in ability to be subsequently separated and the adhesive-coated portion applied to a receptive surface.

It will be understood that the backing member 19 may be printed, embossed, colored, reflectorized, or otherwise decorated or supplied with functional surface elements either prior or subsequent to its incorporation in the sheet structure. The pressure-resistance of the composite is particularly significant in permitting surface treatment of the backing after it has been combined with the adhesive as shown in FIGURE 1. Cutting or stamping of the sheet material into desired sizes and shapes is also facilitated.

In use, the adhesive-coated backing and the supporting carrier are stripped apart, and the former is placed with the adhesive surface toward the adhesive-receptive work-surface which is to be covered. The protective caps 28 covering the adhesive protrusions 32, being nonadhesive, do not adhere to the work-surface but instead permit the sheet to be slid around thereon and into the desired position, for example into abutting edge contact and into registry with other segments previously applied. With the segment in place, adhesive contact is obtained by simply applying pressure on the upper surface, for example with the finger-tips or with a blunt-edged scraper bar or small hard roller. The caps 28 are thereby cracked, shattered or folded, the fargments are forced into the adhesive layer, the adhesive protrusions are flattened and caused to flow around the fragments, and the planar adhesive surfaces between and surrounding the protrusions are forced into adhesive contact with the work-surface. The segment is adhesively bonded in place and can no longer be moved about over the surface of the work-piece.

It is to be understood that the number of protrusions per unit area, the diameter and height of the protrusions, the thickness and depth of the non-adhesive cap, and perhaps other specific quantities may vary widely within the approximate limits hereinbefore noted, depending, for example, on the softness or firmness of the adhesive, the thickness of the adhesive layer, the flexibility or stiffness of the backing material, the pressures available or acceptable to the particular structures involved, as well as the contour and nature of the adhesive-receptive surface of the work-piece to which the adhesive-coated sheet material is to be applied. However in most instances, and particularly in such products as thin decorative or protective films or foils which are to be adhered to smooth glass, steel, aluminum or enameled work-pieces, the protrusions will be not less than about one mil or more than about ten mils, and preferably between about one and about six mils, in either diameter or height, and will account for from about one-tenth or about one-third, or preferably about one-fifth to about one-fourth, of the total adhesive area. Similarly the nonadhesive cup-like caps covering the tips of the adhesive protrusions will extend for at least about one-fourth the height of the protrusion. Although hemispherical or truncated conical protrusions are specifically mentioned, it will be understood that other shapes, such as elongate ridges,



cubes, triangles, cylinders, cones and the like may alternatively be employed.

The invention will be seen to provide convenient means for directly adhesively applying various decorative, protective, or otherwise useful films, sheets, foils and other objects in desired registry on adhesive-receptive substrates. It will be apparent that the adhesive layer itself may separately be thus applied in desired position by substituting for the permanent backing member a removable temporary carrier, so that articles not themselves carrying an adhesive coating may subsequently be adhesively attached thereto. Various other modifications and combinations will likewise be apparent in view of the foregoing description.

What is claimed is as follows:

1. The method of making an adhesive sheet material capable of being slid into position on an adhesive-receptive work-surface and of then being adhesively anchored in said position by simple application of pressure, said method comprising shaping a pressure-sensitive adhesive surface into a pebbly contour having a uniform pattern of small protrusions and intervening planar surfaces, said protrusions accounting for about one-tenth to about one-third of the total surface area, and capping said protrusions with non-adhesive continuous fragile protective caps extending over at least about one-fourth the height of said protrusions.

2. The method of making an adhesive sheet material capable of being slid into position on an adhesive-receptive work-surface and of then being adhesively anchored in said position by simple application of pressure, said method comprising adhesively bonding to a backing a thin continuous layer of a pressure-sensitive adhesive, shaping the opposite surface of said layer into a pebbly contour having a uniform pattern of small protrusions and intervening planar surfaces, said protrusions accounting for about one-tenth to about one-third of the total surface area, and capping said protrusions with nonadhesive continuous fragile protective caps extending over at least about one-fourth the height of said protrusions.

3. The method of making an adhesive sheet material capable of being slid into position on an adhesive-receptive work-surface and of then being adhesively anchored in said position by simple application of pressure, said method comprising: applying to a temporary carrier having a regularly smoothly pitted adhesive release surface a fluid coating composition in amount just sufficient to provide in each pit or depression in said carrier surface a fragile hardened coating extending over at least about one-quarter but less than all of the inner surface of the said depression; hardening the said composition; and covering the surface of the carrier and filling the said depressions with a thin continuous layer of pressure-sensitive adhesive.

4. An adhesive sheet material capable of being slid into position on an adhesive-receptive work-surface and of then being adhesively anchored in said position by simple application of pressure, said sheet material including a thin continuous layer of pressure-sensitive adhesive having a pebbly contour provided by a uniform pattern of small protrusions of said adhesive separated by intervening planar adhesive surfaces, said protrusions being individually capped with continuous non-adhesive fragile protective coverings extending over at least about one-fourth the height of said protrusions.

5. The adhesive sheet material of claim 4 in which the protrusions extend for about one to about ten mils above the adhesive surfaces and the area covered by the protrusions is about one-tenth to about one-third the total surface area of the adhesive layer.

6. A pressure-sensitive adhesive sheet material capable of being slid into position on an adhesive-receptive surface and of then being adherently bonded to said surface by hand pressure and comprising a backing member

having on one surface a layer of pressure-sensitive adhesive with raised protrusions of said adhesive in a uniform pattern and separated by intervening planar adhesive surfaces, said protrusions being individually capped with fragile nonadhesive protective coverings extending over at least about one-fourth the height of said protrusions; and, associated with said sheet material as a coextensive adhesive-protecting removable support member, a sheet material having an adhesive release surface closely conforming to said capped protrusions and planar adhesive surfaces.

7. The product of claim 6 in which the protrusions extend for about one to about ten mils above the adhesive surfaces and the area covered by the protrusions is about one-tenth to about one-third the total surface area of the adhesive layer.

8. An adhesive sheet material comprising a backing coated on one surface with a layer of pressure-sensitive adhesive, the adhesive surface having a pebbly contour of uniformly spaced protrusions separated by intervening planar areas, said protrusions being individually capped with fragile protective nonadhesive polymeric protective coverings extending over at least about one-fourth the height of said protrusions.

9. The product of claim 8 in which the protective coverings comprise a methacrylate resin.

10. The method of making an adhesive sheet material capable of being placed in contact with an adhesive-receptive work-surface and slid into position thereon and of then being adhesively anchored in said position by simple application of pressure, said method comprising:



coating a flexible temporary carrier sheet, having a uniform pattern of surface depressions, with a dilute fluid solution of a hard film-forming nonadhesive material in a volatile vehicle; removing all surplus solution from the planar surfaces of said carrier between said depressions; drying the residual material within the said depressions to form in each said depression a thin cup-shaped removable cap member of said film-forming material; applying over the carrier surface and into the depressions therein a continuous coating of pressure-sensitive adhesive; and adherently bonding the exposed surface of said coating to a permanent backing member.

References Cited by the Examiner

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| Re. 20,694 | 4/1938 | Miller | 161—406 X |
| Re. 24,120 | 2/1956 | Brown | 161—123 X |
| 2,383,884 | 8/1945 | Palmquist | 161—406 X |
| 2,537,126 | 1/1951 | Francis | 161—119 |
| 2,587,594 | 3/1952 | Chavannes et al. | 156—247 |
| 2,638,430 | 5/1953 | Mann | 161—406 X |
| 3,036,945 | 5/1962 | Souza | 161—406 X |
| 3,047,443 | 7/1962 | Anderson | 161—406 X |
| 3,061,500 | 10/1962 | Kreier | 156—245 |
| 3,083,133 | 3/1963 | Hansen et al. | 156—247 X |


MORRIS SUSSMAN, *Primary Examiner.*

E. M. BERGERT, *Examiner.*

12/16/00 10:31 AM

(19)

(11) Publication number: **59078285 A**

Generated Document.

# PATENT ABSTRACTS OF JAPAN


(21) Application number: 57188228

(51) Intl. Cl.: C09J 7/02

(22) Application date: 28.10.82

| | |
|---|---|
| (30) Priority: | (71) Applicant: MITSUI TOATSU CHEM INC |
| (43) Date of application publication: 07.05.84 | (72) Inventor: FUJIO JUNICHI<br>HOSONUMA MAKOTO<br>MAKIGUCHI HIROSHI |
| (84) Designated contracting states: | (74) Representative: |


## (54) SELF-ADHESIVE FILM


(57) Abstract:

PURPOSE: To provide a self-adhesive film which reduces entrapment of air in bonding operation, has good self-adhesive property and is suitable for optical applications, prepared by using as release film a synthetic resin film embossed to have continuous projecting lines.

CONSTITUTION: The self-adhesive film consists of a release film, an adhesive layer and a base film. Used as release film is a synthetic resin film embossed to have continuous projecting lines in the height of 1W15μm. When the height of the projecting line is less than 1μm, no effect is obtained, while when it exceeds 15μm, it tends to give rise to problems in optical applications. The base film includes ultraviolet ray shielding film, thermic ray shielding film, color changeable film, polarized film, etc.


COPYRIGHT: (C)1984,JPO&Japio

⑲ 日本国特許庁（JP） ⑪ 特許出願公開
⑫ 公開特許公報（A） 昭59―78285

| ⑤Int. Cl.³ | 識別記号 | 庁内整理番号 | |
|---|---|---|---|
| C 09 J 7/02 | 1 0 3 | 6770―4 J | ④公開 昭和59年(1984) 5 月 7 日 |

発明の数 1
審査請求 未請求

（全 3 頁）

⑤粘着フイルム

②特 願 昭57―188228
②出 願 昭57(1982)10月28日
⑦発 明 者 藤生順一
名古屋市南区滝春町5番地
⑦発 明 者 細沼信
名古屋市緑区有松町大字桶狭間字生山49―2
⑦発 明 者 巻口浩
茅ケ崎市堤124―15Ｆ―14―5
⑪出 願 人 三井東圧化学株式会社
東京都千代田区霞が関3丁目2番5号

明 細 書

1. 発明の名称

粘着フイルム

2 特許請求の範囲

剥離フイルム、粘着剤層および基材フイルムからなる粘着フイルムであつて、該剥離フイルムが高さ1～15 µm の連続した凸線状にエンボス加工されている合成樹脂フイルムであることを特徴とする粘着フイルム。

3 発明の詳細な説明

本発明は粘着フイルム特に光学用途に適する粘着フイルムに関する。

従来から光学用途に用いられる粘着フイルムは、基材フイルム、粘着剤層および剥離フイルムからなり、その使用にあたつては粘着フイルムを所望の形状に切り取り、剥離フイルムを剥離してから被着物に貼り付けられる。その剥離フイルムとして通常表面が平滑な合成樹脂フイルムが用いられ、粘着剤層の接着面が平滑になるため被着物にぴつたりと貼り付けば光学的に良好な接着面が得られる。しかし、多くの場合、貼り付け条件をよほど適切にしないと接着面に空気を巻き込む欠点があり、一度貼り付けたものからこの空気を除くのは非常に困難である。

本発明者らは粘着フイルムを被着材に貼り付ける際に空気を巻き込まない方法につき鋭意検討したところ、従来の粘着フイルムでは余りにも粘着面が平滑すぎる点に問題があることを見い出し、更に研究を重ね遂に本発明を完成するに至つた。

即ち、本発明は、剥離フイルム、粘着剤層および基材フイルムからなる粘着フイルムであつて、剥離フイルムが高さ1～15 µm の連続した凸線状にエンボス加工されている合成樹脂フイルムであることを特徴とする粘着フイルムを提供するものである。

本発明に用いる剥離フイルムとしては通常剥離フイルムとして用いられる合成樹脂フイルムでよく、剥離面がシリコン処理されているもの

が好ましい。本発明においては、この剥離面に高さ1～15 μm、好ましくは2～10 μmの連続した凸線状に全面がエンボス加工されていることが必須である。この連続した凸線が粘着剤層の粘着面（被着材との接着面）に転写され、連続した凹線を形成する。この凹線（溝）があることにより貼りつけに際し、空気の巻込みを防止し、また巻き込まれた空気の除去が容易に行なえるのである。この凸線状の高さが1 μm以下であるとその効果はなく、15 μmを越えると粘着（接着）面に空気が残るとともに粘着剤層に歪みが生じ、光学用途に用いると問題が生じる。エンボスの形状については、連続した凸線状が形成されればよく、その具体的な例を第1図～第3図に示す。図中の斜線部が凸状になったところである。

本発明に用いる粘着剤としては、通常用いられる粘着剤ならばその組成を問わないが、その光学的特性からアクリル系のものが好ましい。

本発明の粘着フイルムは、粘着剤を剥離フイルム又は基材フイルムの上に塗布あるいはラミネートし、次いで基材フイルム又は剥離フイルムをその上に圧着することにより得られる。その際、粘着剤層に気泡が残存あるいは後から発生しないように、100℃で2時間加熱した時その加熱減量が1%以下好ましくは0.5%以下になるように充分乾燥されていることが望ましい。又、その厚みは用途、エンボスの高さにより異なるが通常10～50 μmで十分である。

本発明の粘着フイルムはその貼りつけ時に空気の巻き込みがないため粘着（接着）面が良好であり、特に光学分野に用いられる場合には好ましいものである。

光学分野に用いられる基材フイルムについて例示すると、紫外線カットフイルム、熱線カットフイルム、可変色フイルム、偏光フイルム等種々あり、これらから作られた粘着フイルムはその用途に応じて適当に切断され、サングラス、防眩ガラス、紫外線フイルター、等に用いられる。また、偏光フイルムにおいては、液晶セルとの組み合せで液晶表示装置とされ非常に有用なものである。

また、本発明の粘着フイルムは高温、高圧にさらされる用途に使用されても気泡の発生の心配がなく、特に有利なものである。

以下、実施例により本発明を説明する。

参考例1.（エンボス加工剥離紙の製造）

市販の二軸延伸ポリプロピレンフイルム（厚み100 μm）を用い、第1図に示すようなエンボス模様が現出するエンボスロールを用いて、約80℃でエンボス加工した。更に、この上にシリコン樹脂系剥離剤を塗布、焼付けして山と谷の高さが平均8 μmの剥離フイルムAを得た。

一方、厚み50 μmの二軸延伸ポリエチレンテレフタレートフイルムを用い、第3図に示すようなエンボス模様となるようにエンボス加工し（約120℃）、前述のシリコン処理を施し、山と谷の高さが平均3 μmの剥離フイルムBを得た。なお、山と谷の高さは、触針型表面あらさ計を用い測定したものである。

実施例1

剥離フイルムAのエンボス加工面に、アクリル系粘着剤（ニチバン製"ダイアボンドDA-672"（商標）、硬化剤5%添加）をロールコーターを用いて塗布し、90℃に設定した乾燥炉で約15分乾燥した。乾燥后の塗布厚みは平均20 μで、100℃×2時間での加熱減量は0.7%であった。この粘着剤層を介して市販の偏光フイルム（三立電機製ポラライトL-82-18）を約4 Kg/cmの押圧力を有するラミネートローラーで貼り合せ、粘着性偏光フイルムを得た。

この粘着性フイルムより剥離フイルムを剥離し、市販の液晶セル（表面ガラス板）に粘着層を介して、50℃の加熱押圧ロールで接着した。この接着界面には全く気泡が認められず、また80℃で約1ヶ月放置した後も気泡の発生を認めなかった。

実施例2

剥離シートBを用いて、アクリル系粘着剤（

ヨガワケミカル製"ダイアボンドDA-3294"（商標）、硬化剤2%添加）をロールコーターで塗布し、120℃で約10分乾燥した。乾燥后の塗布厚みは平均30μmで、100℃×2時間の加熱減量は0.3%であった。この粘着層側に、実施例1と同じ市販の偏光フイルムを約5kg/cm²の押圧ロールでラミネートし、粘着性偏光フイルムを作成した。

この粘着フイルムより剥離フイルムを剥した後、市販の液晶セルに押圧ロールで接着したところ、同界面には全く気泡が存在せず、80℃で約1ケ月放置後も気泡の発生を認めなかった。

比較例1

市販の二軸延伸PETフイルムを剥離フイルムとして用い、表面が平滑なままで実施例1と同様に同粘着剤を塗布、乾燥した後、同偏光フイルムをラミネートし粘着性偏光フイルムを作成した。

この粘着フイルムから剥離フイルムを剥し、同様に液晶セルに接着したところこの接着面には気泡が多数残っていた。また、液晶装置に組込んだ場合像が不鮮明であった。

4. 図面の簡単な説明

第1図～第3図は剥離フイルムのエンボス加工の例を示す部分拡大図である。図中の線のところが凸状になっていることを示す。

特許出願人　三井東圧化学株式会社

第1図



第2図



第3図



**Japanese Laid-open Patent Publication No. 59-78285**

SPECIFICATION

1. Title of the Invention:

Adhesive films

2. What is claimed is:

An adhesive film consisting of a release film, an adhesive layer, and a base film, wherein said release film is a synthetic resin film embossed in the form of continuous convex lines at a height of 1 to 15μ.

3. Detailed Description of the Invention:

The present invention relates to adhesive films, particularly adhesive films suitable for optical applications.

Conventionally, an adhesive film used for optical applications consists of a base film, an adhesive layer, and a release film, and in its use, the adhesive film is cut off in the desired shape, and affixed to an adherend after peeling off the release film. A synthetic resin film having a smooth surface is ordinarily used as the release film, and thus the adhesive layer can be affixed in a perfect fit to the adherend to provide an optically suitable adherend surface due to the smoothness of its adhesive surface. However, in many causes, there is such a shortcoming that air may be entangled onto the adhered surface unless the adhering conditions are optimized, and it is difficult to eliminate the air from the adhered having the adhesive film affixed thereto.

The present inventors have devoted considerable efforts on techniques for preventing air from being entangled in affixing

an adhesive film to an adherend, and found that there is such a problem in the conventional adhesive films that the adhesive surface is too smooth, and with this knowledge, the present invention was completed.

That is, the present invention provides an adhesive film consisting of a release film, an adhesive layer, and a base film, wherein said release film is a synthetic resin film embossed in the form of continuous convex lines at a height of 1 to 15μ.

The release films that can be used in the present invention include ordinarily used synthetic resin release films, with those having a silicon-treated surface being more preferred. According to the present invention, it is essential that the entire release surface be embossed in the form of continuous convex lines at a height of 1 to 15μ, preferably 2 to 10μ. These continuous convex lines are transcribed into the adhesive surface (the surface to be affixed to the adherend) of the adhesive layer to form continuous concave lines. The presence of these concave lines (grooves) will prevent air from being entangled during the affixing procedure, and also prevent air from being entangled and/or facilitate the elimination of the entangled air. The convex lines having a height of less than 1μ provide no effects, and those having a height of more than 15μ allow air to be remained on the adhesive surface as well as produce strain in the adhesive layer, which causes some problems for optical applications. The shapes of the embossed portions are any of those which provide continuous convex lines, and the representative examples of these are illustrated in Figures 1-3. The lines in the figures indicate the

convex portions.

The adhesives that can be used in the present invention include any ordinarily used adhesives, regardless of their compositions, but those of acrylic types are preferred due to their optical characteristics.

The adhesive film of the present invention is made by applying or laminating an adhesive onto the release film or the base film, and then attaching the base film or the release film under pressure, respectively. At that time, it would be desirable that the film be fully dried so that when it is heated at 100°C for 2 hours, its heating loss can be 1% or less, preferably 0.5% or less, in order to prevent air bubbles from remaining or later generating in the adhesive layer. Also, its thickness is usually 10 to 50μ, depending upon the height of the embossed portions.

The adhesive film of the present invention provides a good adhesive surface because of the lack of the entangled air during the affixing procedure, and is especially suitable for optical applications.

Examples of the base films that can be used for optical applications include ultraviolet ray-blocking films, heat-blocking films, discoloring films, polarizing films, and the like. The adhesive films made of these base films are suitably cut off in accordance with their applications, and then used as sunglasses, anti-glaring glasses, ultraviolet ray filters, and the like. Also, the polarizing films in combination with liquid crystal cells are useful for the fabrication of liquid crystal displays.

Also, advantageously, the adhesive film of the present in-

vention will not generate air bubbles, even when it is utilized for applications that are subjected to high temperature and high humidity.

The following examples illustrate the present invention.

Reference Example 1 (Preparation of an embossed release paper)

A commercially available biaxially oriented polypropylene film (having a thickness of 100μ) was embossed at about 80°C using an embossing roll which provides embossed patterns shown in Figure 1. Further, a silicon resin-type releasing agent was applied thereto, and baked to form release film A having an average height between the peak portion and the valley portion of 8μ.

On the other hand, a biaxially oriented polyethylene terephthalate film having a thickness of 50μ was embossed (at about 120°C) so that it has embossed patterns shown in Figure 3, and subjected to the foregoing silicon treatment to form release film B having an average height between the peak portion and the valley portion of 3μ. In addition, the height between the peak portion and the valley portion was measured using a stylus-type surface roughness meter.

Example 1

An acrylic-type adhesive (Diabond DA-672" (trade mark) manufactured from Nogawa Chemical; 5% of a curing agent added) was applied to the embossed surface of release film A using a roll coater, and dried at 90°C for about 15 minutes in a drying furnace (oven). The application thickness after drying was an average of 20μ, and the heating loss at 100°C for 2 hours was 0.7%. Through the resulting adhesive layer, commercially available polarizing films (Barilight L-82-18 manufactured

from Sanritus Electric) were affixed together using a laminate roller having a pressing pressure of about 4kg/cm[CQ] to create an adhesive polarizing film.

The release film was peeled off from the adhesive film, and the adhesive layer was affixed to a commercially available liquid crystal cell (a surface glass plate) using a heating press roll at 50°C. Air bubbles were neither observed on the adhesive interface, nor generated after allowing the adhesive film to stand at 80°C in (for) about one month.

Example 2

An acrylic-type adhesive (Diabond DA-3294" (trade mark) manufactured from Nogawa Chemical; 2% of a curing agent added) was applied to release film B using a roll coater, and dried at 120°C for about 10 minutes. The application thickness after drying was an average of 30µ, and the heating loss at 100°C for 2 hours was 0.3%. Onto the resulting adhesive layer side, the same commercially available polarizing film as in Example 1 was laminated using a press roller at about 5kg/cm[CQ] to create an adhesive polarizing film.

The release film was peeled off from the adhesive film, and the adhesive layer was affixed to a commercially available liquid crystal cell using a press roll. Air bubbles were neither observed on the adhesive interface, nor generated after allowing the adhesive film to stand at 80°C in (for) about one month.

Comparative Example 1

The same adhesive as in Example 1 was applied to a commercially available biaxially oriented PET release film having a smooth surface, and dried, and thereafter affixed onto the

same polarizing films in the same manner as in Example 1 to create an adhesive polarizing film.

The release film was peeled off from the adhesive film, and the adhesive layer was affixed to the same liquid crystal cell, but a number of air bubbles remained on the adhesive surface. Also, a liquid crystal display having the adhesive film incorporated therein provided indistinct images.

4. Brief Description of the Drawings:

Figures 1-3 are partially expanded views showing the embossed portions of the release films. The lines in the figures indicate convex portions.

Applicant: Mitsui Toatsu Chemical, Inc.

Figure 1 Figure 2 Figure 3

(zie pagina 735)

# PATENT SPECIFICATION

(11) 1 511 060

1 511 060

(21) Application No. 40186/75 (22) Filed 1 Oct. 1975
(31) Convention Application No. 49/118 946
(32) Filed 16 Oct. 1974 in
(33) Japan (JP)
(44) Complete Specification published 17 May 1978
(51) INT CL² B32B 3/30, 7/06, 7/12; C09J 7/04
(52) Index at acceptance
B5N 0330 0706 0712
B2E 23Y 388 398 436 43Y 519 537 53Y

(19) THE PATENT OFFICE LONDON

## (54) A HEAT-AND PRESSURE-SENSITIVE ADHESIVE SHEET AND METHOD OF PRODUCING THE SAME

(71) We, UNITIKA LIMITED, of 50, Higashi Hommachi, 1-chome, Amagasaki-shi, Hyogo-ken, Japan and UNITIKA SPARKLITE CO. LTD., of 22, Hatchomae Ogawa, Chiyokawa-cho, Kameoka-shi, Kyoto-fu, Japan, both Japanese companies do hereby declare the invention, for which we pray that a patent may be granted to us, and the method by which it is to be performed, to be particularly described in and by the following statement:—

The present invention relates to an air-impermeable heat-and pressure-sensitive adhesive sheet constructed so that it will offer superior effects when bonded to an object.

Conventionally, when a heat and pressure-sensitive adhesive sheet (hereinafter abbreviated to sheet) having a heat-and pressure-sensitive adhesive layer used for a mark, signboard, retro-reflecting traffic sign or the like, is bonded to a backing object, a vacuum applicator is generally used. Thus, with the sheet closely contacted with the object, evacuation by the applicator causes a diaphragm to press the sheet against the object and while the resulting air bubbles between the surfaces of the object and adhesive layer are being removed, the sheet is bonded to the object by the application of heat and pressure. In this case, some of the air bubbles are left behind between the bonded surfaces while a very small amount of solvent contained in the adhesive is gasified to form small bubbles which then remain between the bonded surfaces.

To provide improvements in this respect, an arrangement has been suggested in which a number of tiny air passage holes are provided which extend through all layers of the sheet so that the air bubbles and solvent vapor bubbles can be removed therethrough during the application of heat and pressure. With these known arrangements, however, the provision of tiny air passage holes results in a new problem. That is, since such tiny air passage holes are formed by punching the sheet so that they extend through the sheet from the surface to the back thereof, the peripheries of the tiny air passage holes on the back of the sheet present convexed surfaces while their peripheries on the surface of the sheet present concaved surfaces having a diameter 3—5 times as large as that of the holes. Therefore, the more densely the tiny air passage holes are punched, the higher is the tendency of said concaved surfaces to trap ink during printing operations, blocking up the tiny air passage holes to impair their merits and deteriorate the quality of the printing. In particular, when the sheet is a retro-reflecting sheet, the sheet has a glass bead layer or other reflecting layer as its surface layer or intermediate layer, so that the punching of tiny air passage holes extending through all layers results in the retro-reflectivity being greatly decreased and the printed surface being deteriorated by many dense tiny air passage holes and released beads. Further, if the sheet formed with tiny air passage holes is bonded to a sharply curved object, it is greatly elongated along the curved surface, with the presence of the tiny air passage holes causing the sheet to crack starting at the holes, thus detracting from the commercial value.

The present invention has been accomplished as a result of our intensive researches to improve the mechanism for degassing from between the bonded surfaces of the conventional sheet as described above.

According to the present invention there is provided an air impermeable heat-and pressure-sensitive adhesive sheet provided on its back surface with a heat-and pressure-sensitive adhesive layer, wherein the surface of said adhesive layer is provided with one or more elongate ridges or recesses and wherein at least one end of such ridge or recess intersects the end edge of the sheet.

The present invention will now be

described with reference to the accompanying drawing, in which:

Figures 1 and 2 are sections of different embodiments of heat-and pressure-sensitive sheets according to the invention;

Figures 3—1, 3—2, 4—1 and 4—2 are sections of embodiments, showing sheets before and after being bonded; and

Figures 5—1—3 show the surfaces of different embodiments.

A sheet according to the invention comprises an air-impermeable plastics sheet 1 and a heat-and pressure-sensitive adhesive layer 2 which is applied to the back of said sheet 1 and which has almost no stickiness and has a suitable hardness at ordinary temperature but which will melt at 60°C—150°C. The surface of the adhesive layer 2 is provided with a series of recesses of any suitable cross-section such as an arc *3a*, triangle *3b* or rectangle *3c*, as shown in Figure 1, or ridges 4 of any suitable cross-section such as an arc *4a*, triangle *4b*, or rectangle *4c*, as shown in Figure 2, spaced at predetermined intervals. At least one of the respective ends of such recesses or ridges intersects the lateral edge of the sheet 1.

When a vacuum applicator is used for bonding the heat-and pressure-sensitive adhesive sheet to an object, within said applicator (not shown), the sheet 1 is placed on an object 5 with its adhesive layer 2 contacted with the sheet receiving surface 6 of the object, whereupon the applicator is evacuated with the diaphragm thereof covering said sheet 1. As a result, the diaphragm presses the sheet 1 against the object 5. When the interior of the applicator is heated to a temperature above the melting point of the adhesive layer 2 in such condition, the adhesive layer 2, which is pressed between the sheet 1 and the object, melts. After the lapse of a suitable period of time, the heating is stopped to allow the adhesive layer 2 to set fused to the sheet receiving surface 6, whereby the sheet 1 is strongly bonded to the object 5 (as for the time when the evacuated space is allowed to resume its atmospheric pressure condition, it may be simultaneous with or a suitable period of time after the stoppage of the heating). In the sheet 1 according to the present invention, while bonding it to the object 5 by the conventional heat and pressure method as described above the following merits will be obtained.

Thus, Figure 3—1 shows the sheet 1 of the invention provided with recesses *3a* of arcuate cross-section. When it is brought into abutment against the object 5 from the Figure 3—1 to the Figure 3—2 condition, the recesses *3a* define passageways 7 between the sheet receiving surface 6 and the adhesive layer 2. Further, Figure 4—1 shows the sheet of the invention provided with ridges *4a* of arcuate cross-section. When it is brought into pressure contact with the object 5 from the Figure 4—1 to the Figure 4—2 condition, adjacent ridges *4a* cooperate with an intervening adhesive layer bulging deformed portion *2d* to define passageways *7a* and *7b* between the sheet receiving surface 6 and the adhesive layer 2. In addition, if the distance between adjacent ridges is short, only a single passageway will be defined therebetween, since no deformed portion *2d* abutting against the sheet receiving surface 6 is formed. Each of the passageways 7, *7a* and *7b* is continuous, with its ends opening to the outside at the end edges of the sheet or to the evacuated chamber of the applicator if the sheet is set therewithin. Thus, when the heating and pressing operation is performed in the manner described above, any air bubbles produced between the abutting surfaces of the sheet receiving surface 6 of the object and the adhesive layer 2 and the solvent gas bubbles produced from within the adhesive layer owing to the heating will pass through the passageways 7, *7a* and *7b* until they are removed through the ends of the passageways from between the sheet 1 and the object 5. Until about the time when the adhesive layer 1 reaches its melting point and begins to melt as the heating continues, the degassing action is maintained in order to retain the passageways 7, *7a* and *7b*. As the melting of the adhesive layer 2 continues, the passageways 7, *7a* and *7b* slowly disappear as a result of the degassing action and pressing action due to the diaphragm sheet without leaving air bubbles behind, and the adhesive layer 2 becomes a molten layer of substantially uniform thickness filling the clearance between the sheet 1 and the sheet receiving surface 6 of the object. The surface of the sheet 1 after being bonded under heat and pressure, therefore, is smooth, with possible unevenness due to the previous presence of the passageways 7, *7a* and *7b* not manifesting itself.

The tiny recesses or ridges to be provided on the surface of the adhesive layer of the sheet according to the present invention are in the form of parallel straight lines as shown in Figure 5—1, parallel curves such as parallel waves as shown in Figure 5—2 or a grid network as shown in Figure 5—3. Such recesses and ridges may be provided in combination, and they are parallelly spaced at desired intervals. If one or both ends of each recess or ridge intersect the lines along which the sheet is cut when used, the degassing effect will be obtained. The width *w*, depth R and pitch *DL* of the recesses shown in Figure 3—1 and the width

$w$, height R and pitch DL of the ridges shown in Figure 4—1 depend upon the properties, especially melting point of a heat-and pressure-sensitive adhesive agent to be used for the sheet. In addition, the provision of recesses or ridges on the surface of the adhesive layer is achieved by providing in advance such ridges or recesses of predetermined width and height or depth to a release sheet of paper or synthetic resin generally used for protection of the adhesive layer surface, applying said release sheet to a sheet coated with a heat-and-pressure-sensitive adhesive agent with said ridges or recesses contacted with the surface of said adhesive layer and bonding them together under heat and pressure, or coating the ridged or recessed surface of the release sheet with a heat-and pressure-sensitive adhesive agent and applying it to the back of the sheet for transfer. In either case, the release sheet will subsequently be stripped from the adhesive layer.

Shown below are experimental examples in which air impermeable sheets each formed with an adhesive layer provided with ridges or recesses of particular cross-sectional shape, depth, width and pitch, were prepared by applying thereto a rubber type heat- and pressure-sensitive adhesive agent (melting point: 70°C—80°C) and such sheet was bonded to a melamine-resin coated iron plate under heat and pressure at 90°C within a vacuum applicator in the usual manner.

Example 1.

With a fixed ridge height R of 45μ, six different ridge widths $w$ of 50μ, 90μ, 130μ, 260μ, 500μ, and 1000μ, and four different pitches DL of 2 cm, 4 cm, 6 cm and 8 cm for each of said widths, 24 release sheets having ridges of arcuate cross-section were prepared. Each of said release sheets was pressed under heat against a heat-and pressure-sensitive adhesive sheet coated with a heat-and pressure-sensitive adhesive agent having a dry film thickness of 50μ in such a manner that the ridged surface of said release sheet was contacted with the adhesive layer, thereby preparing 24 air impermeable heat-and pressure-sensitive sheets having arcuate recesses on the surface of said adhesive layer. These 24 experimental samples were bonded to objects under heat and pressure and the presence of visible air bubbles on the sheet receiving surfaces was observed and judged, the results of which are shown in Table 1.

| Width (w) | Pitch (DL) 2 cm | 4 cm | 6 cm | 8 cm |
|---|---|---|---|---|
| 50 | x | x | x | x |
| 90 | Δ | x | x | x |
| 130 | 0 | 0 | Δ | x |
| 260 | 0 | 0 | 0 | Δ |
| 500 | 0 | 0 | 0 | Δ |
| 1000 | 0 | 0 | 0 | Δ |

(Notes) x . . . . . Large air bubbles

Δ . . . . . Trace amount of air bubbles

0 . . . . . Completely degassed

As seen in Table 1, it has been found that in the case where the height of the ridges of arcuate cross-section on the release sheet is 45μ, i.e., the depth of the recesses in the surface of the adhesive layer is 45μ, complete degassing is possible provided

that the pitch DL is 6 cm or below and the width *w* is greater than 130μ. When the width *w* was 1000μ, however, the recesses were visible from the surface of the sheet after the sheet was bonded, this being undesirable.

Example 2.

With a fixed pitch (DL) of 4 cm, five different recess depths R of 20μ, 40μ, 60μ, 80μ, and 100μ, four different widths (w) of 100μ, 200μ, 500μ and 1000μ for each of said depths, totalling 20 combinations, and three different cross-sectional shapes of recesses, arc, triangle and square, 60 release sheets having parallel recesses were prepared. The recessed surfaces of these release sheets were coated with the adhesive agent used in Experimental Example 1. The adhesive layers were applied to the backs of adhesive sheets for transfer to prepare 60 different air impermeable heat-and pressure-sensitive adhesive sheets having parallel ridges on their adhesive layers surfaces. They were bonded under heat and pressure to objects, the results of observation being shown in Table 2.

TABLE 2

| Height (R) | Width (w) | Cross-sectional shape of ridges on adhesive layer | | |
|---|---|---|---|---|
| | | Arc | Triangle | Square |
| 20μ | 100μ | x | x | x |
| | 200 ,, | x | x | x |
| | 500 ,, | x | x | x |
| | 1000 ,, | x | x | x |
| 40μ | 100μ | Δ | Δ | 0 |
| | 200 ,, | Δ | x | 0 |
| | 500 ,, | x | x | Δ |
| | 1000 ,, | x | x | Δ |
| 60μ | 100μ | 0 | 0 | 0 |
| | 200 ,, | 0 | Δ | 0 |
| | 500 ,, | Δ | x | 0 |
| | 1000 ,, | x | x | 0 |
| 80μ | 100μ | 0 | 0 | 0 |
| | 200 ,, | 0 | 0 | 0 |
| | 500 ,, | 0 | Δ | 0 |
| | 1000 ,, | Δ | x | 0 |
| 100μ | 100μ | 0 | 0 | 0 |
| | 200 ,, | 0 | 0 | 0 |
| | 500 ,, | 0 | 0 | 0 |
| | 1000 ,, | Δ | Δ | 0 |

The results given in Table 2 show that in the case of sheets provided with parallel ridges spaced at intervals of 4 cm, there is substantially no difference in the results when the cross-section of the ridges is an arc whose height is 60$\mu$ or above and whose width is below 500$\mu$, when it is a triangle whose height is 80$\mu$ or above and whose width is below 500$\mu$; and when it is a square whose height is 40$\mu$ or above regardless of its width.

The air impermeable heat-and pressure-sensitive adhesive sheets of the present invention are constructed in the manner described above. They will not cause any trouble to the print on their surfaces. If they are provided on their adhesive layer surfaces with recesses having a depth, width and pitch or ridges having a height, width and pitch agreeing with the melting point of the heat-and pressure-sensitive adhesive agent used, there will be no possibility of air bubbles being trapped between the surface of the object and the adhesive layer surface when the sheets are bonded to the surfaces of objects under heat and pressure. Further, the surfaces of the sheets bonded are smooth and beautiful. In the case of reflecting sheets, there will be no loss of reflecting effect. Thus, the sheets are decidedly superior.

Embodiments of sheets of the present invention will now be described:

Embodiment 1:

A reflex-reflecting sheet having on the back thereof an air impermeable heat-and pressure-sensitive adhesive layer provided on its surface with arcuate recesses having a depth of 45$\mu$, a width of 20$\mu$ and a pitch of 4 cm, the recesses intersecting an end edge of the sheet, was printed with a circle-contoured traffic sign designating "no parking". The sheet, which was circular, was bonded to a 60 cm diameter melamine resin coated plate under heat and pressure at 90°C using a vacuum applicator, thereby providing a traffic sign board. The printed surface of the sheet was more beautiful than that of a traffic sign board formed of a reflecting sheet having tiny holes separately prepared for comparison purposes, and the bonded surface was found to have been completely degassed, having no air bubbles noticeable.

Embodiment 2:

The surface of an air impermeable heat-and pressure-sensitive adhesive layer on the back of a reflex-reflecting sheet similar to the one used in Embodiment 1 was provided with parallel square ridges having a height of 60$\mu$, a width of 150$\mu$ and a pitch of 4 cm, the ridges intersecting an end edge of the sheet, and a traffic sign board was obtained as in Embodiment 1. In this case also, the result was as satisfactory as in Embodiment 1.

WHAT WE CLAIM IS:—

1. An air impermeable heat-and pressure-sensitive adhesive sheet provided on its back surface with a heat-and pressure-sensitive adhesive layer, wherein the surface of said adhesive layer is provided with one or more elongate ridges or recesses and wherein at least one end of such ridge or recess intersects the end edge of the sheet.

2. A sheet as claimed in Claim 1, wherein said ridges or recesses are arranged in paralled and straight lines.

3. A sheet as claimed in Claim 1, wherein said ridges or recesses are arranged in parallel waves.

4. A sheet as claimed in Claim 1, wherein said ridges or recesses are arranged in a grid formation.

5. A sheet as claimed in any preceding Claim, wherein recesses of arcuate cross-section having a depth of 45$\mu$ and a width of 130$\mu$—1000$\mu$ are arranged in parallel at intervals of up to 6 cm.

6. A sheet as claimed in any of Claims 1 to 4 wherein ridges of arcuate cross-section having a height of 60$\mu$—100$\mu$ and a width of up to 500$\mu$ are arranged in parallel at intervals of 4 cm.

7. A sheet as claimed in any of claims 1 to 4, wherein ridges of triangular cross-section having a height of 80$\mu$—100$\mu$ and a width of up to 500$\mu$ are arranged in parallel at intervals of 4 cm.

8. A sheet as claimed in any of Claims 1 to 4, wherein ridges of rectangular cross-section having a height of 40$\mu$—100$\mu$ and a width of 100$\mu$—1000$\mu$ are arranged in parallel at intervals of 4 cm.

9. A sheet as claimed in any preceding Claim, wherein said adhesive layer consists of a rubber type heat-and pressure-sensitive adhesive agent having a melting point of 70—80°C.

10. A method of producing a heat-and pressure-sensitive sheet as claimed in any preceding claim comprising providing a release sheet of paper or synthetic resin on one surface thereof with elongate ridges or recesses in advance, bonding under heat and pressure said release sheet to an air impermeable sheet provided on its back with a heat-and pressure-sensitive adhesive agent, in such a manner that the ridged or recessed surface of said release sheet is opposed to the adhesive layer, said release sheet being subsequently stripped from the adhesive layer.

11. A method of producing a heat-and pressure-sensitive adhesive sheet as claimed in any of Claims 1—9, comprising providing

a release sheet of paper or synthetic resin on one surface thereof with elongate ridges or recesses in advance, coating the ridged or recessed surface of said release sheet with a heat-and pressure-sensitive adhesive agent, applying said release sheet to the back of an air impermeable sheet with its adhesive layer opposed to the sheet to thereby transfer said adhesive layer to said sheet, said release sheet subsequently being stripped from the adhesive layer.

12. An air impermeable heat-and pressure-sensitive adhesive sheet substantially as herein described and illustrated.

13. A method of producing an air impermeable heat-and pressure-sensitive adhesive sheet substantially as herein described and illustrated.

JENSEN & SON,
Agents for the Applicants,
8, Fulwood Place,
High Holborn, London WC1V 6HG.
Chartered Patent Agents.

Printed for Her Majesty's Stationery Office by the Courier Press, Leamington Spa, 1978.
Published by the Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

1511060 COMPLETE SPECIFICATION

1 SHEET *This drawing is a reproduction of the Original on a reduced scale*



Fig. 1



Fig. 2



Fig. 3-1



Fig. 3-2



Fig. 4-1



Fig. 4-2


Fig 5-1


Fig. 5-2


Fig. 5-3

(19)日本国特許庁（ＪＰ）　(12) 実用新案登録公報（Ｙ２）　(11)実用新案登録番号
第2587198号

(45)発行日　平成10年(1998)12月14日　(24)登録日　平成10年(1998)10月９日

| (51)Int.Cl.⁶ | 識別記号 | ＦＩ |
| --- | --- | --- |
| Ｂ３２Ｂ　7/06 | | Ｂ３２Ｂ　7/06 |
| 3/30 | | 3/30 |
| 7/14 | | 7/14 |

請求項の数１（全　４　頁）

(21)出願番号　実願平7－7684
(62)分割の表示　実願平4－28976の分割
(22)出願日　平成４年(1992)４月３日
(65)公開番号　実開平8－30
(43)公開日　平成８年(1996)１月19日
審査請求日　平成７年(1995)６月30日

前置審査

(73)実用新案権者　000226091
日栄化工株式会社
大阪府東大阪市若江東町６丁目１番33号
(72)考案者　大池　哲夫
東大阪市若江東町６丁目１番33号　日栄化工株式会社内
(72)考案者　田中　章
東大阪市若江東町６丁目１番33号　日栄化工株式会社内
(74)代理人　弁理士　中谷　武嗣

審査官　加藤　志麻子

最終頁に続く

(54)【考案の名称】　粘着加工シート

(57)【実用新案登録請求の範囲】
【請求項１】　表面シート体１と、独立した多数の小凸部２…を有する粘着層３と、この多数の小凸部２…に対応して密着する独立した多数の小凹部４…を剥離処理面Ａ側に有する剥離紙５と、から構成し、かつ、上記粘着層３の小凸部２…を夫々四角錐台状として形成すると共に、上記粘着層３の粘着面を他の物体にかるく貼り付けた状態に於て、該粘着面と他の物体の表面との間の上記小凸部２…を除く部分に、縦横に連通すると共に外部に連通する隙間が生ずるように、上記小凸部２…を縦横に所定間隔毎に相互に独立して配設したことを特徴とする粘着加工シート。

【考案の詳細な説明】

【０００１】
【産業上の利用分野】本考案は、粘着加工シートに関する。

【０００２】
【従来の技術】従来の粘着加工シートは、一般に、表面シート体に粘着剤を平坦に塗布して形成された粘着シート体と、その平坦な粘着剤塗布面に貼設された剥離紙と、から構成されていた。また、剥離紙の剥離処理面は平坦面とされていた。そして、使用の際には、剥離紙を剥がして後、粘着シート体を貼りたい物体の表面に貼る場合に手作業にて行なうことが多かった。

【０００３】
【考案が解決しようとする課題】しかし、上述のような従来の粘着加工シートでは、粘着シート体とそれを貼り付ける物体の表面との間に空気が貼り込まれてしまうことが多く、空気が貼り込まれた部分がいわゆる「ふくれ」となって貼り付けた粘着シート体の表面側に膨出

Case 0:01-cv-01781-JRT-FLN Document 412-14 Filed 01/16/2007 Page 44 of 44



は平滑面である。

【0025】次に、この粘着加工シートの製造方法を製造工程順に説明する。

【0026】先ず、剥離紙5の剥離処理面Aに、エンボスや印刷等にて、独立した多数の小凹部4…を形成する。

【0027】上記印刷にて小凹部4…を形成する場合は、剥離処理面Aの小凹部4…を形成する箇所以外の部分に印刷によって凸隆部を形成することにより、小凹部4…を形成するのである。

【0028】そして、小凹部4…を形成した面にシリコン樹脂を塗布して、剥離処理面Aとする。

【0029】次に、シリコン樹脂を塗布した剥離処理面Aに粘着剤を塗布する。すると、塗布した粘着剤の一部は剥離紙5の小凹部4…内に充填される。

【0030】さらに、この粘着剤を乾燥させて粘着層3を形成する。

【0031】こうして、小凹部4…内の粘着剤は、小凹部4…内部の形状と略同一形状に固まって、独立した小凸部2…となる。

【0032】次に、粘着層3の剥離紙5側とは反対の面に表面シート体1の一面側を密着させる。

【0033】これにより、粘着層3と剥離紙5は、相互に強固に密着し、粘着シート本体6となる。

【0034】以上のようにして、本考案の粘着加工シートを製造する。

【0035】このようにして製造される本考案の粘着加工シートは、剥離紙5のみを容易に剥離除去することができ、粘着シート本体6の粘着層3側の面からは小凸部2…が突出する。

【0036】しかして、（図示省略したが）粘着シート本体6を他の物体にかるく貼り付けると、小凸部2…の先端部のみが他の物体の表面に密着すると共に、粘着層3と他の物体の表面との間の小凸部2…を除く部分に外部に連通する隙間が生じる。つまり、粘着層3の基準平坦面3aは他の物体の表面との間に当初は隙間を生じている。

【0037】そして、この隙間から、空気が外部に抜け＊るため、空気を貼り込んでも外部に容易に抜くことができる。

【0038】また、粘着シート本体6をかるく貼り付けた場合、粘着層3の密着面積が小となり、貼り付ける場所を間違えても、再び剥がして貼り直すことが容易にできる。

【0039】さらに、貼り付けて後、所定時間経過すると、粘着層3の小凸部2…が塑性変形して密着面積が増加し、強固な粘着力が発生する。

【0040】

【考案の効果】本考案は、上述の如く構成されるので、次に記載する効果を奏する。

【0041】粘着層3の粘着面を他の物体にかるく貼り付けた状態に於て、粘着面と他の物体の表面との間の小凸部2…を除く部分に、縦横に連通すると共に外部に連通する隙間が生ずるので、粘着層3と他の物体との間の空気を容易かつ確実に外部へ抜くことができ、空気を張り込むことが無く、いわゆる「ふくれ」が生じない。従って、手作業にて容易かつ迅速に貼り付け作業をすることができる。

【0042】しかも、かるく貼り付けた状態では、密着面積が小となり、貼り付ける場所を間違えても、再び剥がして貼り直すことが容易にできる。

【0043】また、粘着層3とそれを貼り付けた他の物体との間に何らかの要因でガスが発生した場合でも、粘着面と他の物体の表面との間の隙間から、そのガスが外部に自然に抜けて、「ふくれ」が生じない。

【図面の簡単な説明】

【図1】本考案の粘着加工シートの一実施例を示す拡大要部断面図である。

【図2】要部を説明する斜視図である。

【符号の説明】

1 表面シート体
2 小凸部
3 粘着層
4 小凹部
5 剥離紙
A 剥離処理面

【図1】




【図2】

