フロントページの続き

(56)参考文献
特開 昭60−83829（ＪＰ，Ａ）
特開 昭59−78285（ＪＰ，Ａ）
日本粘着テープ工業会粘着ハンドブック編集委員会編「粘着ハンドブック」日本粘着テープ工業会（昭和60年3月2日）第420頁

(58)調査した分野(Int.Cl.$^6$，ＤＢ名)
B32B 1/00 − 35/00

JAPANESE PATENT OFFICE (JP)

EXAMINED UTILITY MODEL PUBLICATION (Y2)

UTILITY MODEL APPLICATION NO. 2587198

Technical Indication Section

| | | |
|---|---|---|
| Int. Cl.[6]: | B 32 B | 7/06<br>3/30<br>7/14 |
| | B 32 B | 7/06<br>3/30<br>7/14 |
| Identification code: | | |
| Sequence Nos. for Office Use: | FI | |
| Filing No.: | Hei 7-7684<br>[Division of Hei-28976] | |
| Filing Date: | April 3, 1992 | |
| Kokai No: | Hei 8-30 (U) | |
| Laid-Open Date: | January 19, 1996 | |
| Registration Date: | October 9, 1998 | |
| Publication Date: | December 14, 1998 | |
| No. of Designs: | 1 (Total of 4 pages in the [foreign] document) | |

PRESSURE-SENSITIVE ADHESIVE SHEET

[*Nen'chaku kakoh shihto*]



RESTRICTED CONFIDENTIAL -- COUNSEL ONLY 

UTILITY MODEL APPLICATION NO. 2557198

| | |
|---|---|
| Designer(s): | Tetsuo Ohike<br>c/o Nichiei Kako Co., Ltd.<br>6-1-33 Higashi-cho<br>Wakae, Higashi<br>Osaka-shi |
| [Designer(s)]: | Hajime Tanaka<br>c/o Nichiei Kako Co., Ltd.<br>6-1-33 Higashi-cho<br>Wakae, Higashi<br>Osaka-shi |
| Applicant(s): | Nichiei Kako Co., Ltd.<br>6-1-33 Higashi-cho<br>Wakae, Higashi<br>Osaka-shi |
| Agent(s): | Takeshi Nakatani<br>Patent attorney |
| Examiner: | Shimako Katoh |
| Reference Cited: | Sho 60-83829 (JP, A)<br>Sho 59-78285 (JP, A) |

*[There are no amendments to this publication.]*

*[Translator's note: The source document may have been altered from the original Japanese to accommodate machine translation.]*



ESTRICTED CONFIDENTIAL -- COUNSEL ONLY 

UTILITY MODEL APPLICATION NO. 2587193

Specification

[Title of the design]

Pressure-sensitive adhesive sheet

[Claim for registration of Utility Model]

[Claim 1] A pressure-sensitive adhesive sheet structure comprising surface sheet 1, pressure-sensitive adhesive layer 3 having many small independent projections 2..., and release sheet 5 having many small independent recessed areas 4... that correspond to the above-mentioned many small independent projections 2... on release-treated side A, wherein the small projections on the above-mentioned pressure-sensitive adhesive layer 3 are in the form of square truncated pyramids, and the above-mentioned small projections 2... are independently arranged along the two axes at specific intervals so that spaces occurring in the axial directions lead to the outside as well when the pressure-sensitive adhesive surface of the above-mentioned pressure-sensitive adhesive layer 3 is lightly applied to an object.

[Detailed description of the design]

[0001]

[Field of industrial application] The present utility model pertains to a pressure-sensitive adhesive sheet.

[0002]

[Prior art] In general, conventional pressure-sensitive adhesive sheet has a structure comprising a pressure-sensitive adhesive sheet produced by coating a pressure-sensitive adhesive on a surface



ESTRICTED CONFIDENTIAL -- COUNSEL ONLY 

sheet, and a release sheet is applied to the adhesive-coated surface. Furthermore, the release-treated surface of the release sheet is a flat surface. Upon application of the pressure-sensitive adhesive sheet, the release sheet is removed and the pressure-sensitive adhesive sheet is manually applied to the surface of the bonding object, in many cases.

[0003]

[Problems to be solved by the design] However, in most cases, air is likely to be trapped between the pressure-sensitive adhesive sheet and the surface of the bonding object, and the area where the air is trapped forms a "blister" that shows up on the surface. The above-mentioned problem becomes more obvious when the area of the pressure-sensitive adhesive sheet is large (for example, 10 cm$^2$ or greater).

[0004] Furthermore, when the above-mentioned pressure-sensitive adhesive sheet is applied to certain types of plastic (for example, polycarbonate, acrylic, etc.), release of gases from the plastic occurs and "blisters" are produced, at times.

[0005] In addition, when the above-mentioned pressure-sensitive adhesive sheet is applied in the wrong place, re-application is required, but the pressure-sensitive adhesive sheet once applied exhibits very strong adhesion, and removal of the pressure-sensitive adhesive sheet and re-application are made very difficult due to rupturing of the sheet or wrinkles formed in the sheet.

[0006] The purpose of the present utility model is to eliminate the above-mentioned existing problems and to produce a pressure-sensitive adhesive sheet with an absence of "blisters" whereby re-application is made easy.

[0007]

[Means to solve the problem] In order to achieved the above-mentioned objective, the present utility model is a pressure-sensitive adhesive sheet comprising surface sheet 1, pressure-sensitive adhesive layer 3 having many small independent projections 2..., and release sheet 5 having many small independent recessed areas 4... that correspond to the above-mentioned many small independent projections 2... on the release treated side A, wherein the small projections on the above-mentioned pressure-sensitive adhesive layer 3 are formed into square truncated pyramids, and the above-mentioned small projections 2... are independently arranged in two axial directions at specific intervals so that spaces are formed in the two directions that lead to the outside when the pressure-sensitive adhesive surface of the above-mentioned pressure-sensitive adhesive layer 3 is applied lightly to an object.

[0008]

[Work of the design] When the release sheet is removed from the pressure-sensitive adhesive sheet of the present utility model and the adhesive surface is lightly bonded to the bonding object, the end member of each independent many small projections on the pressure-sensitive adhesive layer are bonded to the surface of the bonding object and at the same time, spaces connecting to the exterior are formed between the flat surface of the pressure-sensitive adhesive layer and the bonding object. Air can be easily removed from the above-mentioned space, and bonding can be achieved without formation of "blisters".

[0009] Furthermore, when the above-mentioned pressure-sensitive adhesive sheet is lightly bonded to the bonding object, the end member of the small projections alone are in contact with the bonding object; thus, the contact area is small. Therefore, when the sheet is applied in the



ESTRICTED CONFIDENTIAL – COUNSEL ONLY 

wrong place and removal and re-application are required, removal and re-application can be done easily. .

[0010] Furthermore, when coating of a pressure-sensitive adhesive is done on a release-treated surface having many independent recessed members on the release sheet, a pressure-sensitive adhesive layer having many small projections can be easily produced.

[0011]

[Application Examples] In the following, the present utility model is explained in further detail with application examples.

[0012] Fig. 1 and Fig. 2 are application examples of pressure-sensitive adhesive sheet of concern in the present utility model, and the pressure-sensitive adhesive sheet is widely used for a variety of displays and decorations, and is a structure comprising surface sheet 1, pressure-sensitive adhesive layer 3 having many small independent projections 2..., and release sheet 5 many small independent recessed areas 4... that correspond to the above-mentioned many small independent projections 2... on release-treated side A.

[0013] In other words, the pressure-sensitive adhesive sheet main unit 6 where the surface of the pressure-sensitive adhesive layer is a pressure-sensitive adhesive surface comprising surface sheet 1 and pressure-sensitive adhesive layer 3, and the pressure-sensitive adhesive surface of the above-mentioned pressure-sensitive adhesive sheet main unit 6 is covered with release sheet 5 and comprises a pressure-sensitive adhesive sheet of the present utility model. Furthermore, many small projections 2... are formed on the flat base surface 3a of the pressure-sensitive adhesive layer 3.



ESTRICTED CONFIDENTIAL – COUNSEL ONLY 

[0014] In the above-mentioned application example, the small projections 2... on the pressure-sensitive adhesive layer each form square truncated pyramids in both directions at specific intervals (lattice pattern).

[0015] Fig. 1 shows an enlarged view in the thickness direction of the above-mentioned pressure-sensitive adhesive sheet.

[0016] It should be noted that a variety of shapes and sizes can be used for the pressure-sensitive adhesive sheet main unit and characters, codes, patterns, and combinations thereof as well as different colors can be formed on the opposite side from the adhesive surface.

[0017] In this case, for the material of surface sheet 1, paper or a plastic film can be used.

[0018] For the type of paper in this case, a variety of papers can be used, and a high quality paper with a basis of 50 $g/m^2$ to 200 $g/m^2$ can be used effectively.

[0019] Furthermore, for the type of plastic film used, polyester films, vinyl chloride films, etc. can be mentioned, and other plastics can be used as well. The thickness of the film is not especially limited, and in general, 20 μm to 200 μm is suitable.

[0020] For the material used for the pressure-sensitive adhesive layer, an adequate viscosity capable of forming small projections 2... is required, and a variety of pressure-sensitive adhesives can be used.

[0021] Furthermore, it is desirable when height H of the small projections 2... formed on the pressure-sensitive adhesive layer are in the range of 3 μm to 50 μm, and in the range of 15 μm to 25 μm is especially desirable.

[0022] For the material used for release sheet 5, paper, plastic film, etc. can be mentioned, but, when paper is used, the release-treated side A is laminated with a plastic such as polyethylene.



ESTRICTED CONFIDENTIAL – COUNSEL ONLY

The thickness of the above-mentioned laminate is in the range of 5 μm to 100 μm, and in the range of 30 μm to 50 μm is preferable.

[0023] In addition, when a plastic film is used as the release sheet, films such as polyester, polypropylene, and polyethylene can be used.

[0024] In this case, the depth of the small recessed members 4 formed on the release sheet is the same as the height H of the small projections of the pressure-sensitive adhesive layer (approximately, 3 μm to 50 μm, preferably, 15 μm to 25 μm). Furthermore, as shown in Fig. 1, the other side B of release sheet 5 is a flat, smooth surface.

[0025] In the following, the method of producing the pressure-sensitive adhesive sheet of the present utility model is explained.

[0026] First, many small independent recessed areas are formed on the release-treated side A of the release sheet by means of embossing or printing.

[0027] When the above-mentioned small recess members 4... are produced by a printing process, small projections are formed by printing in the areas other than the areas where the above-mentioned small recessed members are to be formed.

[0028] Subsequently, a silicon resin is coated on the surface where the small recess members are formed to produce release-treated side A.

[0029] Furthermore, a pressure-sensitive adhesive is coated on the release-treated side A coated with the silicon resin. In this case, a portion of the pressure-sensitive adhesive coated fills the small recessed members of the release sheet.

[0030] When the above-mentioned pressure-sensitive adhesive is dried, pressure-sensitive adhesive layer 3 is formed.



ESTRICTED CONFIDENTIAL -- COUNSEL ONLY

[0031] In this case, the pressure-sensitive adhesive inside the small recessed members solidifies in a form that has a shape that nearly matches the shape of the small recessed members and small independent projections can be produced.

[0032] Surface sheet 1 is brought into contact with the pressure-sensitive adhesive layer on the opposite side from the release sheet side.

[0033] In this manner, pressure-sensitive adhesive layer 3 and release sheet 5 are firmly bonded and pressure-sensitive adhesive main unit 6 is produced.

[0034] The pressure-sensitive adhesive sheet of the present utility model is produced as described above.

[0035] The release sheet alone can be easily removed from the pressure-sensitive adhesive sheet of the present utility model produced as explained above, and the pressure-sensitive adhesive layer of the pressure-sensitive adhesive sheet main unit has many small projections.

[0036] When the above-mentioned pressure-sensitive adhesive sheet main unit is lightly applied to a bonding object (not shown in the figure), the end member of the small projections alone are brought into contact with the surface of the bonding object, and spaces are formed between the pressure-sensitive adhesive layer and the surface of the bonding object in the areas other than the small projections. In other words, initially, spaces are formed between flat base 3a of the pressure-sensitive adhesive layer 3 and the surface of the bonding object.

[0037] Since air escapes from the above-mentioned space, entrapped air can be easily removed.

[0038] Furthermore, when the above-mentioned pressure-sensitive adhesive sheet main unit is applied lightly to the bonding object, the contact area of the pressure-sensitive adhesive layer is small, thus, when applied by mistake, removal can be easily accomplished and re-application can



ESTRICTED CONFIDENTIAL -- COUNSEL ONLY 

be done easily.

[0039] In this case, the small projections of the pressure-sensitive adhesive layer undergo plastic deformation a certain time after application, and the contact area is increased, and firm bonding can be achieved.

[0040]

[Effect of the design] The features below can be achieved from the present utility model having the above-mentioned structure.

[0041] Spaces that lead to the outside are formed in all directions between the pressure-sensitive adhesive surface and the surface of the bonding object with the exception of the small projections when the pressure-sensitive adhesive surface of the pressure-sensitive adhesive layer is applied lightly to the bonding object, entrapped air between the pressure-sensitive adhesive layer and the bonding object can be easily and surely removed, and formation of "blisters" can be avoided. As a result, manual application of the pressure-sensitive adhesive sheet can be done easily and rapidly.

[0042] Furthermore, when lightly applied, the contact area is small, and when the sheet is applied by mistake, removal and re-application can be done easily.

[0043] Furthermore, when gas formation occurs between the pressure-sensitive adhesive sheet and bonding object for some reason, the gas generated can be easily removed from the space formed between the adhesive surface and the surface of the bonding object and formation of "blisters" can be avoided in this case as well.

[Brief description of figures]

[Fig. 1] The figure is an enlarged view in the thickness direction of the above-mentioned pressure-sensitive adhesive sheet.

[Fig. 2] A perspective view used for explanation of the principle areas.

[Explanation of codes]

1 Top sheet

2 Small projections

3 Pressure-sensitive adhesive layer

4 Small recessed areas

5 Release sheet

A Release-treated surface



ESTRICTED CONFIDENTIAL -- COUNSEL ONLY 3M 018127

[Fig. 1]




[Fig. 2]






RESTRICTED CONFIDENTIAL – COUNSEL ONLY 3M 018128

⑲ 日本国特許庁 (JP)　　⑪特許出願公開
⑫ 公開特許公報 (A)　　昭59—53787

| ⑤Int. Cl.³ | 識別記号 | 庁内整理番号 | |
|---|---|---|---|
| D 06 N 5/00 | | 6617—4 F | ④公開 昭和59年(1984) 3 月28日 |
| E 04 D 5/10 | | 7121—2 E | 発明の数 1 |
| //C 09 J 7/02 | 1 0 3 | 6770—4 J | 審査請求 有 |

(全 3 頁)

④感圧接着防水シート

②特　　願　昭57—162634
②出　　願　昭57(1982) 9 月17日
⑫発　明　者　西徳光信
　茨木市下穂積 1 丁目 1 番 2 号日東電気工業株式会社内
⑪出　願　人　日東電気工業株式会社
　茨木市下穂積 1 丁目 1 番 2 号
⑭代　理　人　弁理士　清水実

明　　細　　書

発明の名称

1 考案の名称

感圧接着防水シート

2 特許請求の範囲

(1) 未，非加硫のゴムシート、又は感圧接着層を有する合成高分子シートなどの感圧接着能を有するシートの接着面に、エンボス加工を施した剥離保護シートを、該エンボスの凸面を前記接着面に嵌入させて仮着して成ることを特徴とする感圧接着防水シート。

3 発明の詳細な説明

この発明は感圧接着防水シートに関し、詳しくはルーフィングシートなどの感圧接着により下地材などに貼り付けられる防水シートに関する。

従来、防水施工の必要な箇所には防水シートがまず敷設され、次いで、その上に必要な上部保護層を形成していくことが行なわれ、上記防水シートとして、未，非加硫のゴムシート、あるいは感圧接着層を設けた合成高分子シートなどが一般に良く使用されている。

これら感圧接着防水シートは、ジョイントの水密性，下地に対する密着性を有し、防水シートとして優れた機能を発揮するのであるが、下地面が平滑面でありかつ、広面積である場合、施工時の展開時に、下地面と防水シートとの間に空気を噛み込んだり、あるいは太陽熱により生じた下地からの蒸気に原因していわゆるフクレが生じ、これをスムースに外部に排気出来ない結果、下地面から剥離してしまうことがあるといった問題があった。

このような問題を解決するため、上述のような感圧接着防水シートの感圧接着面に長く連続する溝を多数設け、この溝を介して内包した空気を排出するようにすることが提案されかつ、試みられているが、一般に感圧接着層は、柔軟性を有し、可塑性を有するから、例え製造時に溝を形成してもこの溝は経時的に消失してしまい、使用に供されるまでの保管中に溝が自然消滅して、使用時には全く役が立たなくなっていることが多いといった問題があった。

この発明は、上記した問題に鑑み、シート敷設時に下地面との間に空気が内包されても、これをスムースに排出する溝が、長期保管しても消失することのない感圧接着防水シートを提供することを目的としてなされたものであって、未，非加硫のゴムシート，又は感圧接着層を有する合成高分子シートなどの、感圧接着能を有するシートの接着面にエンボス加工を施した剥離保護シートを、該エンボスの凸面を前記接着面に嵌入させて仮着して成ることを特徴とするものである。

以下、この発明を実施例により説明する。

第1図はこの発明の実施例の要部拡大断面図である。

この発明の感圧接着防水シートAは、未，非加硫のゴムシート1A又は、感圧接着層を有する高分子シート1Bなどの感圧接着能を有するシート1の接着面2に、エンボス加工を施した剥離保護シート3を、該エンボスの凸面3Aを接着面2側に対面させ、かつ、この凸面3Aを接着面2に嵌入させて仮着して構成されている。

上記剥離保護シート3のエンボス加工の状態としては第1図に示したように剥離保護シート3の厚さ方向全体にわたり凹凸を設けたもののほか、第2図に示したように片面のみに凹凸3B，3Aを設けたものであっても良い。

また、エンボス加工による凹凸3B，3Aの状態は第3図に示すように、出来るだけシート1の全幅，又は全長にわたって連続したものが望ましく、図示のような格子目状に設けられるほか、アトランダム様に設けられる。

そして、この発明の感圧接着防水シートAは、製造時において感圧接着面2に溝2Bがプレスなどにより成形され、予めエンボス加工した剥離保護シート3の凹凸面3B，3Aを溝2Bに嵌合するように張り合わされるほか、接着面2に剥離保護シート3を張り合わせ、この状態でプレス加工することによって接着面2及び剥離保護シート3の両者に同時に凹凸加工することが行なわれる。

さらに、第2図に示したように保護剥離紙3が片面のみに凹凸3B，3Aを有したものにあっては、接着面2に重ね合わせ剥離紙をプレスローラなどにより圧着することにより溝2Bを形成すると同時に剥離保護シート3が仮着される。

この発明は、感圧接着面に対し、凹凸面を有する剥離保護シートを張り合わせた構成であるから、長期保存状態下においても感圧接着面に形成した空気排出用溝が消失することがなく、使用時に、剥離保護シートを剥せば明瞭な形状で溝があらわれ、シート敷設時下地面との間にくみ込まれた空気をスムースに排出することができ、より完全な防水シートの感圧接着が可能となるのである。

図面の簡単な説明

第1図は、この考案の実施例の断面図，第2図は他の実施例の断面図，第3図は実施例の斜視図である。

A…感圧接着防水シート，1…感圧接着能を有するシート，1A…未，非加硫のゴムシート，1B…高分子シート，2…接着面，3…剥離保護シート，3A…凸面。

代理人　弁理士　清水　男


第1図
第2図
第3図
1
2
3
3A
3B
2B

Japanese Laid-open Patent Publication No. 59-53787

SPECIFICATION

1. Title of the Invention:

Pressure sensitive adhesive waterproof sheets

2. What is claimed is:

(1) A pressure sensitive adhesive waterproof sheet, comprising a pressure sensitive adhesive sheet such as an unvulcanized or nonvulcanized rubber sheet, or a synthetic polymer sheet having a pressure sensitive adhesive layer, or the like; and an embossed protective release sheet temporarily attached to the adhesive surface of said pressure sensitive adhesive sheet, wherein the convex surface of said embossing is embedded into said adhesive surface.

3. Detailed Description of the Invention

This invention relates to pressure sensitive adhesive waterproof sheets, and more specifically it relates to waterproof sheets which are affixed to base materials through pressure sensitive adhesion, such as roofing sheets, and the like.

Previously, a waterproof sheet is first laid on a surface to be waterproof, and then an upper structure is formed thereon. The above-described waterproof sheets that are commonly used include unvulcanized or nonvulcanized rubber sheets, and synthetic polymer sheets having a pressure sensitive adhesive layer, and the like.

Such a pressure sensitive adhesive waterproof sheet is watertight to the joint with the close contact with the base

material, and exhibits excellent features as a waterproof sheet. However, where the base material surface is smooth with a large area, air may be entrapped between the base material surface and the waterproof sheet upon the deployment of the sheet during its installment, or blister may occur due to the steam generated from the base material with heat. Since these are not smoothly discharged outside, the sheet may undesirably be peeled off from the base material surface.

In order to overcome such problems, the formation of a series of many elongated grooves on the pressure sensitive adhesive surface of the above-discussed pressure sensitive adhesive waterproof sheet has been proposed so as to discharge the entrapped air through the grooves. However, because a pressure sensitive adhesive layer is generally soft and flexible, even the grooves formed during its manufacture disappear over time, and are naturally extinguished during storage prior to its use, they may often be totally useless when needed.

In view of the above-described problems, this invention is intended to provide a pressure sensitive adhesive waterproof sheet having grooves which will never disappear even after storing for a long period of time, wherein the grooves discharge the entrapped air between the sheet and the base material surface upon the deployment of the sheet. It is characterized as a pressure sensitive adhesive waterproof sheet, comprising a pressure sensitive adhesive sheet such as an unvulcanized or nonvulcanized rubber sheet, or a synthetic polymer sheet having a pressure sensitive adhesive layer, or the like; and an embossed protective release sheet temporar-

ily attached to the adhesive surface of said pressure sensitive adhesive sheet, wherein the convex surface of said embossing is embedded into said adhesive surface.

The following examples illustrate the present invention.

Figure 1 is an enlarged sectional view of the critical parts of this invention.

The pressure sensitive adhesive waterproof sheet A according to the present invention comprises a pressure sensitive adhesive sheet 1 such as an unvulcanized or nonvulcanized rubber sheet 1A, or a synthetic polymer sheet 1B having a pressure sensitive adhesive layer, or the like; and an embossed protective release sheet 3 temporarily attached to the adhesive surface 2 of said pressure sensitive adhesive sheet 1, wherein the convex surface 3A of said embossed portion is opposed to the adhesive surface 2 side, and embedded into said adhesive surface 2.

The embossed condition of the above-described protective release sheet 3 may be such that the recesses and protrusions are formed in the entire thickness direction of the protective release sheet 3, as shown in Figure 1, or such that the recesses and protrusions 3B, 3A are formed only on the one side, as shown in Figure 2.

Also, the embossed recesses and protrusions 3B, 3A are desirably as continuous as possible over the entire width or length of the sheet 1, as shown in Figure 3. They may be formed in checker as illustrated, or at random.

Then, the grooves 2B are molded on the pressure sensitive adhesive surface 2 by pressing the pressure sensitive adhesive waterproof sheet A according to this invention during

its manufacture, and then the recesses and protrusions 3B, 3A of the previously embossed protective release sheet 3 are fixed into the grooves 2B. Alternatively, the protective release sheet 3 is affixed to the adhesive surface 2, and then pressed at this state to simultaneously emboss both the adhesive surface 2 and the protective release sheet 3.

Further, a protective release paper 3 having recesses and protrusions 3B, 3A formed only on its one surface as shown in Figure 2 is superposed over the adhesive surface 2, and pressure-bonded by a press roll, etc., to form grooves 2B. At the same time, the protective release paper 3 is temporarily attached thereto.

Since this invention comprises a protective release sheet having recesses and protrusions that is affixed to the pressure sensitive adhesive surface, the air discharging grooves formed on the pressure sensitive adhesive surface do not disappear even after storing for a long period of time. When the protective release sheet is peeled off in its use, the grooves having clear contours will emerge, which allow the air entrapped between the sheet and the base material surface upon the deployment of the sheet to be smoothly discharged, and to provide the more complete pressure sensitive adhesion of the waterproof sheet.

4. Brief Description of the Drawings

Figure 1 is a sectional view of one example according to this invention; Figure 2 is a sectional view of another example; Figure 3 is a perspective view of the example.

A ... pressure sensitive adhesive waterproof sheet, 1 ... pressure sensitive adhesive sheet, 1A ... unvulcanized or nonvulcanized rubber sheet, 1B ... polymer sheet, 2 ... adhesive surface, 3 ... protective release sheet, 3A ... protrusion surface.

Agent, Patent Attorney, Minoru Shimizu


Figure 1
Figure 2
Figure 3
1
2
3
3A
3B
2B

**United States Patent** [19]
**Lewicki, Jr.**

[11] **3,887,678**
[45] **June 3, 1975**

[54] **MECHANICALLY EMBOSSED RESILIENT LAMINAR FLOOR MATERIAL**

[75] Inventor: Walter J. Lewicki, Jr., Lancaster, Pa.

[73] Assignee: Armstrong Cork Company, Lancaster, Pa.

[22] Filed: **Feb. 15, 1974**

[21] Appl. No.: **442,770**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 315,522, Dec. 15, 1972, abandoned.

[52] **U.S. Cl.** ................ **264/284**; 161/119; 161/160; 161/161; 161/DIG. 3; 156/209; 156/220; 101/32; 264/321; 117/10

[51] **Int. Cl.** ........................................... **B29c 15/00**

[58] **Field of Search** ........... 161/116, 159, 160, 161, 161/DIG. 3, 119; 117/10; 264/45, 47, 321, 54, DIG.60, 234, 327, 284; 156/79, 78, 220, 209, 219; 101/32

[56] **References Cited**

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 3,104,192 | 9/1963 | Hacklander | 156/209 |
| 3,196,030 | 7/1965 | Petry | 156/209 |
| 3,196,062 | 7/1965 | Kristal | 264/17 |
| 3,305,419 | 2/1967 | Voelker | 161/119 |
| 3,608,006 | 9/1971 | Hosoda et al. | 264/47 |
| 3,741,851 | 6/1973 | Erb et al. | 156/220 |

*Primary Examiner*—George F. Lesmes
*Assistant Examiner*—Stanley S. Silverman

[57] **ABSTRACT**

A process for forming an embossed surface on a laminar floor material which has at least one foam layer. A floor material is formed consisting of a wear layer joined with an expanded foam cushion backing. The floor material is heated rapidly by a high temperature, hot air heater so that primarily the wear layer is heated with very little heating of the cushion backing. The floor material passes between an embossing roll and a back-up roll where the embossing roll engages the surface of the heated vinyl wear layer in proper registration with a printed pattern therebelow. The floor material is cooled and the resultant product has an embossed wear layer with the cushion backing thereunder retaining a substantial portion of its original resiliency.

**2 Claims, 2 Drawing Figures**



PATENTED JUN 3 1975 3,887,678




Fig. I

Fig. II



# MECHANICALLY EMBOSSED RESILIENT LAMINAR FLOOR MATERIAL

This application is a continuation-in-part of Ser. No. 315,522, filed Dec. 15, 1972 and now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to a floor material and, more particularly, to an embossed floor material made with a resilient foam backing.

2. Description of the Prior Art

Typically, floor covering material has been embossed in the manner set forth in U.S. Pat. No. 3,196,030. Herein a foam flooring is provided with a wear layer, and the resultant flooring is provided with an embossed pattern. No attempts were made to secure registration between a printed pattern on the wear layer and the embossed pattern which is applied to the wear layer.

U.S. Pat. No. 3,365,353 discloses a current commercial technique for securing foam floor material with registration between the embossed pattern and the printed pattern on the floor material. The actual embossing is not carried out by a mechanical embossing, but is carried out by a chemical embossing operation.

U.S. Pat. No. 3,655,312 is one of the first attempts at carrying out a mechanical embossing process wherein there is secured a good degree of registration between the embossing and printing comparable to that set forth in U.S. Pat. No. 3,365,353. Embossing is carried out on a heated floor material and registration is maintained between the embossing and a printed pattern on the floor material. The problem with the technique of the latter-mentioned patent is that the embossing is carried out in such a manner that the foam backing has its resiliency destroyed in the embossed areas and also the embossing is carried out without the bottoming out of the embossing roll. This means that the raised areas of the embossed product are without surface design indentations and textures or finishes caused by the embossing roll.

The inventive process herein is designed to overcome the deficiencies of U.S. Pat. No. 3,655,312 while at the same time improving the registration between a printed pattern and embossing. This improved registration is secured because the inventive process herein has the backing at a much lower operational temperature than the process of U.S. Pat. No. 3,655,312 where the backing material is at about the same temperature as the material to be embossed. The difference in backing temperature means that the backing containing the higher temperature may elongate under varying line tensions to a much greater degree and cause more registration problems.

## SUMMARY OF THE INVENTION

A strip of floor covering material is formed with a vinyl or like wear layer and a layer of an expanded foam cushion material. This composite material is unrolled from a roll and passed through an appropriate slack take-up structure to a guider structure which guides the strip of floor covering material in a transverse direction relative to its path of travel. The floor material strip then passes on to a high temperature, hot air heater which heats the wear layer surface to a temperature approximately 100° F. greater than that of the foam cushion backing material. The heated strip immediately passes to an embossing roll. The embossing roll



has a pattern which is approximately the same repeat length as a pattern which has been printed on the strip floor material. By visual or automatic control, an operator maintains the embossed pattern in register with the printed pattern on the wear layer. The embossing roll completely bottoms out on the wear layer and the material is actually wrapped partly around the embossing roll to cool the wear layer and set the embossed pattern. The strip of floor material then passes around another slack take-up mechanism and through other cooling apparatus until it is finally rewound on a rewinder roll.

The product formed thereby is provided with an embossed surface which is in registration with the printed pattern adjacent the wear layer. In addition, the embossing in the wear layer has been carried out with some indenting of the foam backing, but without the rupture of the cells of the underlying foam backing so that the foam backing will still maintain its resiliency in the areas of the embossment.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. I is a schematic view of the process for carrying out the inventive technique herein; and

FIG. II is a cross-sectional view of a flooring material formed by utilizing the inventive process herein.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

The sheet floor material to be embossed contains normally a wear layer surface, an intermediate foam layer and a backing. The floor material is formed from the same materials and in the same manner as set forth in U.S. Pat. No. 3,365,353 except for the fact that the ink which places the printed design on the sheet does not contain a polymerization catalyst and the foam does not contain a polymerizable monomer. Consequently, when this catalyst and monomer are omitted from the materials of the above-mentioned patent, there will be formed a fully foamed product with no depressed, unfoamed regions. This material will then be utilized in the inventive process herein and will be embossed by the technique below-defined.

### EXAMPLE 1

The following plastisol was prepared by thoroughly mixing the following ingredients:

Formula 1A

| Ingredients | Parts by Wgt. |
|---|---|
| Poly(vinyl chloride) | 100 |
| Dioctyl Phthalate (Plasticizer) | 49.55 |
| Octyl Epoxy Tallate (Stabilizer) | 5.0 |
| Titanium Dioxide | 3.6 |
| Azodicarbonamide (Blowing Agent) | 2.3 |
| Talc. | 0.6 |
| Zinc Octoate (Blowing Agent Activator) | 1.95 |

The above plastisol was applied on a coated beater-saturated asbestos sheet having a thickness of 0.303 inch. The plastisol was applied with a reverse roll coater in a wet thickness of 10 mils. The plastisol-coated backing was gelled in a hot-air oven for one minute to an exit temperature of 270° F.

Inks were prepared by thoroughly mixing the following ingredients:

Formula 1B

| Ingredients | Parts by Wgt. |
|---|---|
| Vinyl Binder | 33.0 |
| Pigment | 12.8 |
| Cellosolve Acetate | 1.6 |
| 2-Nitropropane | 50.0 |
| Isopropyl Acetate | 1.0 |
| Alkyl alcohol aryl polyether, Triton X-100 nonionic (Wetting Agent) | 1.0 |

Inks of various colors based on this formula were applied to the gelled plastisol sheet described above utilizing the printing cylinders of a conventional rotogravure printing press. The printing cylinders were run in a normal manner producing a design that was printed-in-register. The inks were dried by subjecting the printed sheet to warm air impingement supplied by the enclosed drying zones of the press.

A plastisol wear layer having the following formula was prepared:

Formula 1C

| Ingredients | Parts by Wgt. |
|---|---|
| Poly(vinyl chloride) | 100 |
| Dioctyl Phthalate (Plasticizer) | 12 |
| 2,2-4-Trimethyl-1,3-Pentadiol Monoisobutyrate, Nuoplaz 1046, Nuodex Inc. (Nonstaining Plasticizer) | 27 |
| Barium-Cadmium-Zinc Phosphite (Stabilizer) | 3 |
| 2,2,4-Trimethyl-1,3-Pentadiol Diisobutyrate | 5 |
| Optical Brightener | 0.005 |

The above plastisol was applied as a final coat to the printed sheet at a wet film thickness of 10 mils. This final coated sheet was fused and the 10 mil printed gel (Formula 1A) chemically expanded to a uniform thickness of 0.035 inch consisting of a homogeneous cellular structure. Fusion and foam expansion were carried out in a hot-air oven maintained at 425° F. for one minute. The fused and expanded structure was cooled to room temperature and rerolled.

Referring now to FIG. 1, there is shown a schematic view of the process for embossing the above-described sheet material 2 to place an embossed pattern thereon in registry with the printed design on the sheet. The sheet material 2 is removed from an appropriate unwind roll 4 and fed past a pinch roll structure 6, which is nothing more than the feed structure for pulling the sheet material off the unwind roll and pushing it partly through the processing operation. The sheet material then passes through a dancer roll structure 8 which is conventional in the art and simply functions to take up slack in the feed of the sheet material 2 and aids in tension control. The sheet material 2 then passes around an appropriate guider structure 10, which simply maintains the registry of the sheet material in a direction transverse to the direction of sheet movement. The transverse guiding of the sheet could be carried out with a structure as simple as a guide edge or could even be carried out with a "Kamberoller" which is a commercially available structure involving an angled guide roll on a carriage mounted for transverse movement. Registry along the machine direction or in the direction longitudinally of the sheet movement is maintained in the same manner as set forth in U.S. Pat. No. 3,655,312, column 5, line 53, to column 6, line 43. The technique of U.S. Pat. No. 3,694,634 can be adopted herein for machine direction registry. Finally, registry can be secured using Model R-500 Digital Control and Model R-425-1 Feathering Drive Control System of Registron Division of Bobst Champlain, Inc.

The sheet material then passes by a high temperature heater 12 which will rapidly heat the surface of the sheet material 2, but not heat the total sheet thickness to a uniform temperature. A particularly useful heater is the "Blu-Surf" burner, which is sold by the Blu-Surf Division of Hayes-Albion Corporation of Parma, Michigan. This is a burner structure which operates with a very short flame coming off an air-gas manifold. The hot gases from the flame are directed by a nozzle structure towards the wear layer of the sheet material 2. The sheet material is moved at approximately 200 feet per minute past two heaters which are spaced approximately 12 inches from the wear layer surface. The length of the enclosed heating area is only about 40 inches, and the heaters put out approximately 10,000–14,000 Btu's per square inch per hour. During the short time (approximately 1 second) that the sheet material 2 passes by the heaters, the surface of the wear layer facing the heaters is heated to about 320° F. It is known that the above heating can be carried out at a temperature range of 250° to 350° F. for a time span of about 0.6 to 6 seconds to secure the desired results. The wear layer is approximately 10 mils thick. At the interface between the wear layer and the intermediate foam layer, the temperature is only about 220° F. At the interface between the intermediate foam layer and the backing, the temperature is approximately 150° to 170° F. The foam layer is approximately 35 mils thick. The backing is approximately 30 mils thick, and on the back side of the backing at the point farthest from the heaters, the temperature is only about 150° F. The sheet material 2 is moved from the heaters 12 directly to a rubber back-up roll 14 of the embossing structure 16. The embossing roll 18 is a steel roll with the appropriate embossing pattern thereon. Both the rubber back-up roll and the embossing roll are approximately 36 to 40 inches in circumference. The embossing roll is a cooled roll, and when in operation with the sheet material 2 thereagainst, it is operated at a surface temperature of about 120°F. or below. The nip between the embossing roll and the back-up roll ranges from zero to 10 plus mils. This distance is measured from the raised area of the embossing roll to the surface of the rubber roll. The important point is that "bottoming out" is secured with the nip setting used. With the embossing roll being provided with an embossed pattern of 25 to 30 mils depth, it is possible to provide an embossed pattern in the vinyl wear layer of about 10 to 12 mils in depth. The heated sheet material 2 moves directly from the heaters into the nip of the embossing roll and its back-up roll. The embossed surface of the embossing roll engages the wear layer surface of the sheet material. The embossing roll completely bottoms out against the wear layer surface. That is, not only the raised areas, but also the depressed areas of the embossed pattern on the embossing roll engage the wear layer of the sheet material. Consequently, not only do the raised areas of the embossing roll provide a pattern effect on the wear layer, but the depressed areas of the embossing roll are also capable of providing a pattern effect to the wear layer of the sheet material. The sheet material passes around approximately 180° of the circumfer-

ence of the embossing roll. By the time the sheet material 2 is able to leave the embossing roll, it has cooled to about 220°F. on the surface of the vinyl wear layer. The sheet material is then passed around a second cooled roll 20 and by additional cooling means 21 which further cool the sheet material.

The material then passes on to a dancer structure 22 which takes up any slack in the process line. At about this point, the sheet material has been cooled to approximately 75°–100°F. The sheet material is then rewound on an appropriate rewind structure 24.

As a result of passing the sheet material 2 through the abovedescribed process, there is formed a floor covering material with a cross section such as that shown in FIG. II. Therein is shown the wear layer 26, the intermediate foam layer 28 and the backing layer 30. As was indicated above, these structures are exactly the same as that shown for the foamed regions of U.S. Pat. No. 3,365,353. In the middle of the FIG. II cross-sectional view, there is shown a region 31 which has been deeply mechanically embossed. It will be noted that the wear layer has been depressed in that area below the normal plane of the wear layer surface. In the region below the depressed wear layer surface, the foam material still retains its cellular structure. However, the cell structure has been somewhat compressed and reduced in size. The backing layer appears to be unaffected by the embossing operation. Should this particular sheet material be heated again, the stress in the wear layer as a result of the mechanical embossing will be relieved. The foam cells will have sufficient resiliency so that they will cause the sheet material to return to its regular configuration. That is, heating of the foam material will cause the depressed areas of the sheet to raise up back to their normal position, and consequently, the sheet material will appear as an unembossed flooring material. This is not possible with the mechanical embossing technique set forth in the above-mentioned U.S. Pat. No. 3,655,312 or the chemical embossing technique set forth in above-mentioned U.S. Pat. No. 3,365,353. This is a clear indication that the foam material under the embossed regions made by the inventive technique herein has had the foam regions unaffected or virtually undamaged by the embossing operation. Consequently, these regions still have a substantial degree of resiliency. Due to the fact that the embossing roll is able to completely bottom out during the embossing operation, it is possible to perform a surface texturing 32 to the raised areas to the extent of anywhere from zero to 7 mils while the embossed areas 31 could be in the region of 10 to 12 mils in depth. Also, a matte finish and/or other minute textures can be applied to portions of the embossed material, such as texturing 34 in area 31. It is obvious that other backing materials, foams and wear layer materials can be used.

## EXAMPLE 2

Example 1 was repeated with the application of plastisol Formula 1A at separate thicknesses of 16 and 25 mils. Material coated at each thickness was gelled, cooled, and printed in similar manner. Twelve mils of Formula 1C was applied to the 16 mil gelled layer and fused, with subsequent chemical blowing of the gel to 0.060 inch. Fourteen mils of Formula 1C was applied to the 25 mil gelled layer and fused, with the simultaneous expansion of this gel to 0.090 inch. After cooling, rolls of both materials were processed under conditions of Example 1, with the nip between the embossing roll and the back-up roll set at 15 plus mils. Complete "bottoming out" was secured with this nip setting used. The final products contained wear layers which were embossed with surface textures and mortar line areas that were similar to the results of Example 1.



## EXAMPLE 3

An organosol having the following formula was prepared:

| Ingredients | Parts by Wgt. |
|---|---|
| Poly(vinyl chloride) | 100 |
| Dioctyl Phthalate | 25 |
| Epoxidized Soya Oil | 4.5 |
| Barium-Cadmium Phosphite and Calcium-Zinc Soaps | 3 |
| Polyethylene Glycol Monolaurate | 2 |
| Mineral Spirits: Aliphatic Hydrocarbon Fraction (Solvesso 150), 3:1 | 12 |

The organosol was applied at 7 mils thickness as a final coat to a sheet printed as in Example 1. Expansion was carried out in the same manner as in Example 1. An embossed sheet completely in-register with the print and having a high gloss wear layer resulted as with the poly(vinyl chloride) wear layer of Example 1.

## EXAMPLE 4

Example 1 was repeated wherein a clear 2 mil (dry) coating of a curable polyurethane was applied to the 10-mil fused plastisol wear layer. The coating was applied from a 55:45 xylene/resin solution containing catalyst, which in combination with 270°F. heat, cured the polyurethane in 3 minutes time.

A co-embossed sheet resulted as with the poly(vinyl chloride) wear layer of Example 1, having differential gloss features and an improved wear surface

## EXAMPLE 5

A mechanically frothed foam having the following formula was prepared:

| Ingredients | Parts |
|---|---|
| Poly(vinyl chloride) Dispersion Grade | 47 |
| Poly(vinyl chloride) Blending Grade | 26 |
| Dioctyl Phthalate | 50 |
| Tin Maleate (Stabilizer) | 5 |
| GE 4254 Silicone (frothing agent) | 3 |

Example 1 was repeated wherein the vinyl froth foam prepared in an Oakes foamer was applied to the coated web by a knife blade coater. The 0.035 inch foam was fused. The inks were printed and dried in the conventional manner. After cooling, the plastisol wear layer (Formula 1C) was applied at 10 mils and fused according to Example 1. Following similar mechanical embossing procedures of Example 1, a multilevel embossed wear layer was produced in-register with the print.

## EXAMPLE 6

Example 5 was repeated wherein the vinyl froth foam was applied at 0.045 inch thickness on to a high temperature binder saturated nonwoven carrier. The carrier had an original thickness of 0.020 inch and consisted mainly of inorganic fibers. An embossed sheet

resulted, having embossing depth and detail comparable to the material made utilizing the coated beater saturated asbestos sheet backing of Examples 5 and 1.

All of the above cited examples were processed continuously from 100–200 lineal yard rolls of material under conditions similar to those listed in Example 1. It was firmly established that primarily the wear layer surface is heated with very little heating of the intermediate cushion layer or backing. The process herein was found to be independent of the type of vinyl foam (chemical and mechanical), its thickness, and the backing to which it was applied. Since the wear layer and foam layer interface do not approach a temperature that would activate residual blowing agent or would melt the resinous cellular structure of the foams, this invention was also found to be applicable to foams based on resins other than poly(vinyl chloride).

In order to demonstrate this capability, hand samples of various embossed vinyl and foam wear layer combinations were made utilizing process conditions that simulate the continuous manufacturing process described in Example 1.

## EXAMPLE 7

A vinyl latex froth foam having the following formula was prepared:

| Ingredients | Parts by Wgt. |
|---|---|
| Poly(vinyl chloride) Suspension Type | 180 |
| Alkyl Imidazolinium Monocarboxylate (Na Salt) Wetting Agent | 4 |
| Dioctyl Phthalate, Plasticizer | 70 |
| Aluminum Trihydrate, Fire Retardant and Filler | 150 |
| Ethylene Glycol, Drying Agent | 6 |
| Nonionic Water-Soluble Hydroxy Ethylcellulose | 8 |

The above ingredients were mixed thoroughly and frothed in an Oakes foamer. This foam was applied to a beater saturated asbestos backing utilizing a knife coater to a foam thickness of 0.090 inch. The foam was fused in a hot-air oven maintained at 275°F. for a period of five minutes. This material was cooled, printed, and reheated to dry the inks. A 10-mil wet coating consisting of Formula 1C was applied to the sheet, fused, and cooled to room temperature. The vinyl wear layer surface was heated rapidly to 320°F. and embossed immediately with a cold steel 14 inch × 14 inch embossing plate in a flatbed press against 10-mil shims. The asbestos backing was kept below 150°F. The resulting sample had mortar line and surface texture embossing that was similar in depth and detail to those materials made under conditions of Example 1.

## EXAMPLE 8

The following rubber latex foam formula was prepared by thoroughly mixing the following ingredients.

| Ingredients | Parts (wet) by Wgt. |
|---|---|
| Styrene-Butadiene Rubber (68% solids) | 147.0 |
| Potassium Pyrophosphate | 2.5 |
| Potassium Oleate | 2.5 |
| Ammonium Hydroxide | 0.9 |
| Aluminum Trihydrate | 75.0 |

-Continued

| Ingredients | Parts (wet) by Wgt. |
|---|---|
| Calcium Carbonate | 75.0 |
| Cure Dispersion, ZnO, Ethyl Zionate, Sulfur (Wingstay L) | 9.6 |
| Octadecyl-Sulfo-Succinamate (Lubricant) | 5.0 |
| Pigments | 1.6 |

The above mixed formula was frothed in an Oakes foamer and applied to a beater saturated asbestos carrier using a knife coater to a thickness of 0.125 inch. The foam was fused in a hot-air oven maintained at 275°F. for a period of 6–7 minutes. The printing methods, application of 10 mils of vinyl wear layer, fusing, and embossing were carried out as in Example 7. A 14 inch × 14 inch hand sample was made having an embossed surface comparable to that made in Example 7.

## EXAMPLE 9

A 60–80 pores per inch flexible polyester polyurethane foam having a thickness of 0.125 inch was adhered to a 0.028 inch stable coated beater-saturated asbestos backing. The foam is similar to those foams made under U.S. Pat. No. 3,025,200 and U.S. Pat. No. 3,425,890. In this particular case, a reticulated polyurethane foam was adhered to the backing using a thin coating of a 25 percent solid solution of a thermoplastic urethane adhesive. A 10-mil vinyl layer (Formula 1C) was applied to the opposite side of the foam, the foam becoming the intermediate layer. The face of the 14 inch × 14 inch hand sample was heated rapidly to 320°F. and embossed under the conditions of Example 7.

The resulting sample had a mortar line embossing depth of 0.010 inch and a surface texture embossing depth of 0.005 – 0.007 inches.

What is claimed is:

1. A process for mechanically embossing a floor covering material consisting of the steps of:

a. passing a flexible sheet material having a printed pattern thereon by a heater structure which applies heat to only the upper side of the flexible sheet material, said sheet material being formed of a backing layer, an intermediate layer of a flexible foamed material and an upper thinner embossable layer of a wear resistant material,

b. heating the sheet material for a short time to a very high temperature on its upper layer, while maintaining approximately a 100°–200° F temperature differential at the point of embossing between the upper layer heated side of the sheet material which faces the heater structure and the flexible foamed side of the sheet material facing away from the heaters,

c. immediately feeding the heated sheet material into an embossing structure having a back-up roll and an embossing roll in engagement with the upper layer surface of the sheet material which had faced the heater, and completely bottoming out the embossing roll against the sheet material without the collapse of all or part of the foam structure intermediate layer underlying the embossed heated upper layer, and

d. providing the embossing roll with cooling means and wrapping the sheet material around approxi-

mately one-half of the circumference of the embossing roll to cool the sheet material after the embossed pattern has been placed thereon to provide a product having a substantially undamaged foam cell structure in the intermediate layer under the embossed areas which is capable, upon reheating of the sheet material, of exerting sufficient stress upon the upper layer to restore the upper layer to its unembossed state, the sheet material being guided in a direction transverse of its direction of



movement and the peripheral speed of the embossing roll being controlled so that the embossed pattern is placed on the sheet material in registry with the printed pattern thereon.

2. The process for mechanically embossing a floor covering material as set forth in claim 1 and further including the wrapping of the sheet material around approximately one-quarter of the circumference of the back-up roll.

* * * * *

(19) Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) Publication number: 0 313 766 A2

(12) EUROPEAN PATENT APPLICATION

(21) Application number: 88114390.3

(22) Date of filing: 02.09.88

(51) Int. Cl.4: A41B 13/02 , A61F 13/16 , B32B 5/02 , B32B 27/12

(30) Priority: 03.09.87 US 92862

(43) Date of publication of application: 03.05.89 Bulletin 89/18

(84) Designated Contracting States: AT BE CH DE ES FR GB GR IT LI LU NL SE

(71) Applicant: CHICOPEE
317 George Street
New Brunswick New Jersey 08903(US)

(72) Inventor: Cabe, Alex W., Jr.
3 Mulerfield Lane
Labanon, N.J. 08833(US)
Inventor: Sampson, Arthur J.
R.D. 1, Blackwell Mills Rd.
Belle Meade, N.J. 08502(US)
Inventor: Saffel, Robert W.
124 Dey Street
Hightstown, N.J. 08520(US)

(74) Representative: Strehl, Schübel-Hopf, Groening, Schulz
Maximilianstrasse 54 Postfach 22 14 55
D-8000 München 22(DE)

# (54) Method and apparatus for preparing textured apertured film.

(57) Apertured polymeric films for use as a liquid permeable facing material on absorbent products such as diapers and sanitary napkins is textured by a dual embossing process. The film is preferably embossed first with a pronounced, textile-like pattern, then embossed with a finely engraved finish roll to produce a thin, smooth film with a matte finish while retaining the appearance of the previously embossed pattern. The twice embossed film is soft, conformable, and more comfortable against the skin. The embossing sequence may be reversed for some applications.

EP 0 313 766 A2

# METHOD AND APPARATUS FOR PREPARING TEXTURED APERTURED FILM

## Field of the Invention

This invention relates to apertured plastic films for use in absorbent products and, more specifically, to a method and apparatus for imparting a desirable appearance and texture to such film.

## Background

Absorbent products such as diapers, sanitary napkins and the like generally include a liquid permeable cover on one surface which may be fabric or apertured film. The purpose of the cover is to structurally contain the loosely packed absorbent material which comprises the bulk of the absorbent product, and to protect the body from direct contact with the absorbent material. The cover is preferably nonabsorbent so that the surface of the cover maintains a dry feel while fluids pass through the cover into the absorbent core. Since the cover material is in direct contact with the body, it should be smooth, soft and comfortable to the touch. Certain visual characteristics such as color, lustre, and texture are also important to consumer acceptance and satisfaction.

Apertured films of polypropylene and polyethylene have been widely used as cover materials for absorbent products since these films are inexpensive, nonabsorbent and readily produced. A particularly preferred material for use as a cover is a coextruded film of polyethylene and ethylene vinyl acetate (EVA) as described in U.S. Patent No.4,690,679. The polyethylene side of the film which is used as the body contact side, has a higher melting point than the EVA side of the film which permits the film to be thermally bonded while maintaining structural integrity. The outer polyethylene component of the film may be delustred with calcium carbonate while the EVA component may be pigmented with $TiO_2$ to increase the opacity of the film.

The polyethylene, coextruded polyethylene/EVA or other polymeric film is impervious to liquids as produced, and must be perforated or otherwise apertured for use as a liquid permeable cover material. The film may be perforated by known methods such as needle punching, pin perforating, embossing and stretching, or roll forming as disclosed in U.S. Patent No. 4,690,679. Alternatively the film may be extruded with a solid particulate component which is subsequently removed from the film by stretching and/or mechanical or chemical means. These and other methods may be utilized to produce an apertured, liquid permeable film for use as a cover material on absorbent products.

Apertured films as produced by the aforementioned methods have the desired liquid permeability and other functional properties, but are often lacking in aesthetics. In particular, these films may retain the "plastic" feel characteristic of polymeric films, and may be sticky or uncomfortable in contact with the skin of the user. Moreover, some methods of perforation may impart a certain degree of roughness to the surface of the film which further decreases comfort and consumer acceptance. In this regard, certain nonabsorbent but liquid permeable woven and nonwoven fabrics have superior softness and comfort as compared to apertured films.

It is accordingly an object of the present invention to provide a film having improved softness and hand with certain textile like properties. It is a further object of this invention to provide an apertured film having improved comfort and consumer acceptance when used as the liquid permeable cover on absorbent products. It is a yet further object of this invention to provide a method and apparatus for modifying apertured film in order to enhance the texture and physical properties thereof These and other objects of this invention will be apparent from the ensuing description and claims.

## Summary

In accordance with the preferred method of the present invention, apertured film for use as a cover material for absorbent products is subjected to a dual embossing process wherein the film is first macro embossed to expand the film out of the plane of the film in the thickness or Z-direction and impart a pronounced pattern to the surface of the film, and thereafter micro embossed with a finely engraved finish roll to flatten the structure into a thin, smooth film and impart a matte finish to the film while retaining the textile imprint of the macro embossing. The resulting product is a substantially two dimensional film having a smooth textured surface, low gloss and improved hand and softness.

In an alternate embodiment, the order of embossing may be reversed wherein the apertured film is first embossed with the micro embossing roll followed by macro embossing. The resulting product retains the micro embossed matte finish, but is highly expanded in the Z-direction following the macro embossing. The film accordingly has considerably greater loft or bulk than the macro-micro

embossed film and may be preferred for certain end use applications

The doubly embossed film retains its structural integrity and can be processed and assembled on absorbent products using conventional methods and equipment. The embossing reduces average hole size but increases hole size distribution which may be advantageous for certain applications. The processed film has improved hand, appears softer and less "plastic" by subjective tests and is more comfortable in contact with the body.

## Description of Drawings

Figure 1 schematically illustrates the dual embossing process of the present invention.

Figures 2, 3 and 4 are enlarged plan views of various embossing patterns which may be utilized on a macro roll.

Figures 5, 6 and 7 are enlarged plan views of various embossing patterns which may be utilized on the micro embossing roll.

Figure 8 is an enlarged photograph of the surface of a preferred apertured film before embossing.

Figure 9 is an enlarged photograph of the surface of the same apertured film after embossing.

## Description of the Invention

In accordance with a preferred method of the present invention, a supply of apertured film, preferably in the form of rolled goods, is processed through a dual embossing station, substantially as illustrated in Figure 1. Apertured film 10, such as that obtained by the process of U.S. Patent No. 4,690,679, is fed from roll 11, over idler roll 12, to the first embossing station comprising macro embossing roll 13 and rubber coated anvil roll 14. Embossing roll 13 is a steel roll having a pronounced embossing pattern such as the textile-like patterns illustrated in Figures 2-4, where Figure 2 illustrates a cross-dash pattern, Figure 3 illustrates a basket-weave pattern, and Figure 4 illustrates a herringbone pattern. Anvil roll 14 is a steel roll having a rubber sleeve to provide a resilient backing surface for the embossing roll. Rolls 13 and 14 are individually driven at synchronized speeds to draw film 10 off roll 11. Embossing roll 13 is heated and forced against anvil roll 14 under controlled pressure, the optimum temperature and pressure being dependent upon the thickness and composition of the film and the embossing speed. Specific operating conditions are best determined experimentally for each particular film. If embossing conditions are too mild, i.e. temperature and/or pressure too low, the film will be insufficiently embossed and the desired deformation and pattern definition will not be obtained. If conditions are too severe, i.e. temperature and/or pressure too high, there will be excessive plastic flow resulting in extreme thinness and possibly holes in the land areas of the embossed film. In general, an embossing temperature greater than about 150°F will be used for polyolefin films.

While the macro embossing rolls preferably have a textile-like pattern, it will be understood that any macro embossing pattern comprising a multiplicity of projections in a regular or random pattern may be utilized according to the desired appearance of the final product. Each projection preferably has a face comprising a planer area, referred to herein as a "land", and the projections may comprise two or more contiguous lands forming, for example, a chevron, right-angle or grid-type configuration. Since the film is stretched in the Z-direction during the embossing process, sufficient free area between lands must be provided to avoid overstressing and rupturing the film. While the minimum required free area will depend to some extent on the thickness and composition of the film, as well as on the height of the projections, in most cases the free area should comprise from 0.5 to 10 times the land area, and most preferably from 1 to 7 times the land area. Greater proportions of free area can be provided of course, but the embossing is less effective if the land area is substantially less than 10 percent of the total surface area of the roll.

Apertured polymeric film for use as a cover material for absorbent products generally has a thickness of from about 1 to 30 mils, and most preferably from about 3 to 10 mils. The projections on the macro embossing roll preferably have a height of at least 0.3 mm, and most preferably from 0.5 to 1.0 mm. The projections are preferably tapered inwardly from the base to the land in order to reduce stress on the film during the embossing process. In this regard, the macro embossing rolls of the present invention conform to conventional practice for rolls intended to emboss plastic film.

Film leaving the macro embossing station is preferably passed through a chiller and around tensioning rolls before moving on to the micro embossing station. The chiller, illustrated schematically in Figure 1, may consist of cooled rolls or a cool air stream and preferably reduces the film temperature to less than about 100°F before the film contacts idler roll 16. The cooled film passes around tensioning roll 17 and idler roll 18 before feeding into the micro embossing station comprising embossing roll 19 and anvil roll 20. Rolls 19 and 20 are independently driven by synchronous

means which respond to the position of tensioning roll 17 in order to assure constant tension with uniform feed between the two embossing stations. The micro embossing roll 19 is a steel roll engraved with a fine pattern such as that illustrated in Figures 5-7. Anvil roll 20 is a steel roll with a nylon sleeve which forms a firm backing surface for the micro embossing roll. Embossing roll 19 is heated and forced against the anvil roll at a temperature and pressure determined by the thickness and composition of the film, the nature of the pattern imparted by the macro embossing station, and the speed of the operation. Optimum processing conditions are best determined experimentally for each operation.

The micro embossing rolls are provided with a finely engraved or otherwise suitably prepared surface to impart a matte finish to the film. As illustrated in Figure 5, one suitable embossing pattern comprises a series of parallel lines angled to the major axis of the roll with from about 2 to 20 lines per millimeter and each line cut to a depth of about 0.03 mm, this pattern being known in the art as a Schreiner pattern. Figure 6 illustrates a cross-cut pattern of intersecting lines at a 45° angle, and similar patterns of intersecting lines forming angles of 15° to 75° with the major axis of the roll may be used. Figure 7 illustrates a granular surface which may have regular or random projections and indentations formed by mechanical, chemical or electrochemical processing. In all these rolls, the desired effect is obtained if the surface texture of the roll is sufficient to impart a matte finish to the film during the micro embossing process.

Upon leaving the micro embossing station, the film passes through chiller 21, over idler roll 22, around tensioning roll 23, and onto windup 24. Chiller 21 preferably comprises refrigerated steel rolls to cool the film to about room temperature before the film is collected on windup 24.

The process of the present invention is further illustrated by the following example wherein the starting material was a coextruded apertured film comprising polyethylene and ethylene vinyl acetate as disclosed in U.S. Patent No. 4,690,679. The film had an average open area of about 42%, a thickness of about 4.5 mils, and a weight of about 1 oz. per sq. yard. The apertures had an average equivalent circular diameter of about 0.016 inches and an average center-to-center spacing of about 0.028 inches. The apertured film was fed to the macro embossing station with the polyethylene side facing the steel embossing roll and the EVA side against the anvil roll. The speed of the macro embossing rolls was set at about 60 yds. per minute (ypm) and roll nip pressure was about 225 lbs. per linear inch (pli). The embossing roll had a cross-dash pattern corresponding to that illustrated in Figure 2 with a projection height of 0.7 mm. The ratio of free area to land area was about 4:1. The roll was heated to a temperature of about 170° F. The anvil roll was covered with 1/2 inch smooth rubber having a hardness value of about 60° on the Shore A scale. During operation, the anvil roll was not cooled and the surface temperature of this roll increased to about 115° F.

After macro embossing, the film was cooled to room temperature and rewound. The film was subsequently processed through the micro embossing station at a speed of 95 ypm under a nip pressure of 500 pli. The micro embossing roll was engraved with the linear pattern illustrated in Figure 3 cut to a depth of 0.03 millimeters, and was heated to 170° F. The anvil roll was covered with a smooth, 1 inch nylon sleeve having a hardness of about 100° on the Shore A scale. During operation, the anvil roll was not cooled and reached a surface temperature of about 97° F. The resulting film was subsequently cooled to room temperature and collected on a rewind roll.

The apertured film which formed the starting material in the above example is illustrated in Figure 8 which is a photograph of the film surface enlarged 5x. The product resulting from the above example is illustrated in Figure 9 which is also a surface photograph illustrated 5x. The change in film texture which is readily visible in the photographs translates into a significant improvement in hand, appearance, softness, comfort against the skin, and consumer acceptance when used as a cover material for absorbent products.

The preceding description and examples are directed to a preferred embodiment of the present invention, and many variations therein are possible and within the scope of the invention. For example, a variety of embossing patterns may be utilized on the macro embossing roll other than those illustrated in Figures 2-4. Any embossing roll which imparts a pronounced pattern to the film without rupturing the film can be used with good results, the important consideration being that the macro embossing process should expand the film at least about 2x in the Z-direction and impart a distinct and visually pleasing pattern.

The micro embossing roll may likewise comprise patterns other than those illustrated in Figure 5-7, the important consideration being that the micro embossing roll has a pattern which imparts a low sheen matte finish to the plastic film, thereby enhancing its smoothness and visual appearance. In a less preferred embodiment, micro embossing roll 19 may be a smooth roll, although this results in a higher gloss and diminished textile-like appearance in the finished product.

These and other variations will be apparent to

those skilled in the art, and the present invention is accordingly not limited except by the claims appended hereto.

## Claims

1. A process for imparting surface texture and smoothness to an apertured polymeric film comprising:
   a. macro embossing an apertured film having a unit thickness in the Z-direction at an elevated temperature and pressure to expand the film in the Z-direction and impart a pronounced pattern to said film, and
   b. micro embossing said macro embossed film to reduce the thickness of the film in the Z-direction to substantially its original unit thickness while retaining the macro embossed pattern therein.

2. The process of claim 1 wherein said film is expanded in the Z-direction to at least twice its original unit thickness by said macro embossing.

3. A process of claim 1 wherein said apertured film is selected from the group consisting of polypropylene, polyethylene and bicomponent polyethylene/ethylene vinyl acetate.

4. A process of claim 1 wherein said apertured film has an original unit thickness of from 1 to about 30 mils.

5. A process of claim 1 wherein said apertured film has an original unit thickness of from about 3 to 10 mils.

6. A process of claim 1 wherein said film comprises polyethylene and said macro embossing temperature is greater than about 150°F.

7. A process of claim 6 wherein said film is cooled to less than about 100°F after macro embossing and before micro embossing.

8. A process of claim 6 wherein said film is coextruded polyethylene/ethylene vinyl acetate having a thickness of about 4.5 mils and an average open area of about 40%.

9. The process of claim 1 wherein said pronounced pattern is a textile-like pattern selected from the group consisting of cross-dash, herringbone and basket weave patterns.

10. The process of claim 1 wherein said micro embossing roll comprises an engraved linear pattern.

EP 0 313 766 A2

Neu eingereicht / Newly filed
Nouvellement déposé




FIG-1

POOR QUALITY

EP 0 313 766 A2

Neu eingereicht / Newly filed
Nouvellement déposé

FIG-2




FIG-3



FIG-4



FIG-5




FIG-6



FIG-7



Neu eingereicht / Newly filed
Nouvellement déposé



FIG-8



FIG-9






FIG. 5




Detail Fig. 5


10
18(1)
18(2)
X
14
16(1)
16(2)
12
20
23
22
24

01/20/98 TUE 15:48 FAX 8087885717 R D ATRIUM 001

Patent

Docket No.: 52773USA5A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: Clyde D. Calhoun, David C. Koskenmaki | |
| Serial No.: 08/775,736 | Group Art Unit: 1815 |
| Filed: December 31, 1996 | Examiner: Danny Lee |
| For: MULTIPLE EMBOSSED WEBS | VIA FAX: 703-305-3014 |

Please charge to Deposit Account 13-3723 any fees for any extension of time under 37 CFR 1.136(a) that may be necessary. To the extent any such extension should become necessary it is hereby requested.

## RESPONSE

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Office Action mailed October 20, 1997, Applicants present amendments and remarks and request reconsideration of their application as amended.

IN THE SPECIFICATION:

On page 5, line 7; page 6, line 16 and page 7, line 18, please replace "__________" with --08/775,844--.

IN THE CLAIMS:

Please amend Claim 1 as follows:

I hereby certify that this paper is being facsimile transmitted to the United States Patent and Trademark Office on the date shown below:

20 January 1998 Signed [signature]
Date John H. Hornickel, Reg. No. 29,393

EXHIBIT 2

01/20/98 TUE 15:54 [TX/RX NO 7305] 001

G.A.U. 1815, Danny Lee
Serial No. 08/775,736
Page 2

1. (Amended) A carrier web, comprising:

at least one surface that has a multiple embossed pattern having a first embossed pattern and a second embossed pattern, [is multiple, sequentially embossed with a pattern,] wherein depressions of [created from] the first embossed [prior embossing] pattern are [pattern(s) are substantially preserved during] in the second [subsequent embossing pattern(s)] embossed pattern [even though the subsequent embossing pattern(s) are superimposed on the depressions from the prior embossing patterns(s)].

Please cancel Claim 2 without bias or prejudice.

Please amend Claim 7 as follows:

7. (Amended) The web according to Claim 1, further comprising [wherein] ridges on the surface between [form from material moved from] depressions [during embossing(s)].

Please cancel Claim 9 without bias or prejudice.

In Claim 10, line 1, please replace "9" with --8--.

Please cancel Claim 16 without bias or prejudice.

Please amend Claim 17 as follows:

12 17. (Amended) A method of using a web of Claim 1 as a release liner for a pressure sensitive adhesive, comprising the step of filling the multiple embossed pattern with a pressure sensitive adhesive.

[Please amend Claim 18 as follows:]

49

G.A.U. 1815, Danny Lee
Serial No. 08/775,736
Page 3

a3

18. (Amended) A method of using a web of Claim 1 as a final article for storage of another material comprising the step of filling the multiple embossed pattern with a liquid.

## REMARKS

Applicants request reconsideration of their application as amended. Applicants address the numerous rejections made by the Office to place their application in condition for allowance.

§112 Rejection

Applicants have appreciated the renumbering of the claims 12-18 by the Office. Applicants have amended Claim 1 to recite defined terms: "multiple embossed" and "pattern" (Page 2, lines 18-23) and added text from Claim 8 to identify a first pattern and a second pattern, removing any reference to "prior", "subsequent" etc. that could be unclear. Applicants have canceled Claims 2, 9, and 16 without bias or prejudice. Applicants have amended Claims 7 and 15 to emphasize the web of Claim 1 and the method of Claim 8 further comprise ridges, without seeking to identify the formation of such ridges. Claims 17 and 18 have been amended to recite positive steps: from Claim 10 for Claim 17 and from Page 3, line 12 for Claim 18. Applicants have overcome the §112 rejection.

Obviousness-Type Double Patenting

Applicants traverse the rejection for obviousness-type double patenting of Claim 1 (Claim 2 being canceled) applying Claim 1 of U.S. Pat. No. 5,585,178 (Calhoun et al.) claiming an adhesive tape. Applicants' Claim 1 now clearly claims a surface with a multiple embossed pattern with two different sets of depressions. There are no adhesives claimed in Applicants' Claim 1, just as there are no multiple embossed patterns in Claim 1 of Patent '178. There is nothing in Claim 1 of Patent '178 that render obvious a multiple embossed web that "creates a complex pattern of differing depths of

embossing". (Page 2, lines 22-24 where the definition of "multiple embossed" resides in Applicants' specification). Claim 1 is patentable over Claim 1 of Patent '178.

§102 Rejection Applying U.S. Pat. No. 5,344,681 (Calhoun et al.)

Applicants traverse the rejection of Claims 1, 8, 10-11 because Patent '681 does not disclose the creation of a multiple embossed pattern having a first embossed pattern and a second embossed pattern where depressions of the first embossed pattern are in the second embossed pattern. The Office has correctly stated that two different adhesives are possible according to the teachings of Patent '681. That is true. But Applicants here are claiming two different embossed patterns where the first embossed pattern survives the embossing of the second pattern. See Fig. 2, for an illustration of this patentable point. In Patent '681, there is only one embossed pattern, that can be filled with the same or different adhesives. There are not two embossed patterns as Applicants require in Claims 1 and 8. Therefore, Claims 1, 8, 10-11 are novel over Patent '681.

§102 Rejection Applying U.S. Pat. No. 5,462,765 (Calhoun et al.)

Applicants' Claims 1, 3-8, 10, 13-15, 17 and 18 are also novel over Patent '765. Again, Applicants are claiming a multiple embossed pattern, whereas Patent '765 discloses only a single embossed pattern, regardless of how many different materials occupy different levels of that single embossed pattern. There is nothing in Patent '765 that teaches that one can have two different embossed patterns, where the first pattern survives the embossing of the second pattern to create a complex pattern of differing depths of embossing.

§102 Rejection Applying U.S. Pat. No. 5,449,540 (Calhoun et al.)

Claim 18 is also novel over Patent '540. Claim 18 relies on Claim 1 to provide the structure of the multiple embossed patterns of the surface of the web and provides a method of using where that complex pattern of differing depths of embossing is used by filling such depressions with a liquid. Nothing in Patent '540 (which shares

the same parent specification as Patent '681) discloses multiple embossed patterns in a web.

§103 Rejection Applying Patent '765 and Patent '540 in view of Patent '681

As stated above, Patent '540 and Patent '681 share the same specification because the former is a division of, and the latter is a continuation of Application Serial No. 758,744 filed Sept. 12, 1991, now abandoned. Therefore, Applicants have understood this rejection to be Patent '765 in view of Patent '681.

Neither Patent '765 nor Patent '681 disclose or suggest the construction of a web that has multiple embossed patterns, where the first embossed pattern is in the second embossed pattern, nor the unexpected benefits that result from the ability to form two different sets of depressions. These prior disclosures of inventor Calhoun with others are single-embossed products, even though one or more materials can occupy depressions formed from the single embossing.

This invention unexpectedly has found that the depressions formed during the first embossing step are not lost when the second embossing step is performed. The specification is filled with a variety of possibilities, features, and advantages that result from this unexpected combination of embossed patterns. There are three examples provided beginning at page 12 to rebut any prima facie case of obviousness, which Applicants traverse has been met by citation of single-embossed pattern prior art.

Finally, the Office is invited to review Fig. 3, described on page 7 of the specification and in the Examples, to see how Applicants provide both a pattern 24 of interconnected embossings and a second pattern 26 of embossings. Applicants' invention as claimed in Claims 1, 3-8, 10-15, 17 and 18 are patentable over the combination of Patent '765 and Patent '540 in view of Patent '681.

Applicants have submitted an Information Disclosure Statement as of October 8, 1997 and would appreciate an initialed copy of the cited references in the next mailing to the undersigned.

Applicants have placed their application in condition for allowance.

Applicants request a Notice of Allowance for Claims 1, 3-8, 10-15, 17 and 18.

Respectfully submitted by:

20 January 1998
Date

John H. Hornickel
Registration No. 29,393

3M Office of Intellectual Property Counsel
P.O. Box 33427
St. Paul, Minnesota 55133-3427
Telephone: (612) 733-4998

Graphics Division

## EZ Incoming liner




- Raw Material Specs:
  - 928-85 (branded 90#)
  - 929-11 (unbranded 90#)

AVERY DENNISON

Graphics Division

# EZ Manufacturing Process
## Print & Emboss Liner




AVERY DENNISON

# 3-Dimensional Interactive Display

Date: 02/23/2006

Time: 10:23:55

**Surface Stats:**

Ra: 829.25 nm

Rq: 1.21 um

Rt: 11.04 um

**Measurement Info:**

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




**Title: MCR# 064095**

**Note: Trinity Printed Liner**

Graphics Division

# Stages of EZ Manufacturing Process

UV-cured ink flexo printed on surface of liner




Printed liner embossed / ink embedded




Adhesive coated + facestock laminated




AVERY DENNISON

# 3-Dimensional Interactive Display

Date: 02/23/2006

Time: 10:35:03

Surface Stats:

Ra: 2.68 um

Rq: 3.78 um

Rt: 28.04 um

Measurement Info:

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




**Title: 064095**

**Note: F4 Trinity embossed liner surface**

# 3-Dimensional Interactive Display

**Date: 07/28/2005**
**Time: 13:13:27**

**Surface Stats:**

Ra: 2.05 um

Rq: 2.88 um

Rt: 27.02 um

**Measurement Info:**

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




Title: MCR#054437

Note: CF12305 Liner Side