Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 24

SOLV.


Avery Dennison Homepage - Microsoft Internet Explorer
Address http://www.averydennison.com/
Home | Site Map
AVERY DENNISON
Quick Search
Advanced Search
avery.com
Templates / Software
Avery Products
Special Offers
Avery Print
Great Results
Ideas
Rebates
Divisional Web Sites
Links Page
what's new
Avery Dennison Reports Third Quarter Earnings
find a solution
Product solutions
Guide to our businesses
Worldwide locations
quick links
Avery® products home page
Stock Quote
Vision and Values
Frequently asked questions
Avery Dennison RFID technology
Submit a product idea
Annual Reports
China operations overview (English)
HOME | ABOUT US | NEWSROOM | INVESTORS | CAREERS
SEARCH | SITE MAP | CONTACT US
© 1996-2006 Avery Dennison Corporation. All rights reserved. Legal Notice Privacy Statement
Internet
Start
Avery Dennison Hom...
17:21


Office Supplies - Office Products | Avery Official Website - Microsoft Internet Explorer
Address http://www.avery.com/
Great results begin with Avery!
Home | Site Map
Products
Software/Templates
Avery Print
Office Products
Receive Tips & Offers
View Cart
Improved Quick Search
All Topics
Points of Interest
Sign Kits
Quick Peel Label Peeler
Photo ID System
Great Results
Business Resource Center
Home Corner
Visit the NEW Avery Mailing Solution Center
Avery Wizard 3.0
Download Free!
Product Catalog
Labels
Dividers
Cards
Binders & Accessories
Highlighters
Signs
Photo ID
Media Labels
Printable Crafts
View More
Special Offers
Play the Avery Easy Peel N Win Game
View More
Easy Peel 'N Win
Software & Templates
Free Avery Wizard software
Get pre-designed templates
HOME | PRODUCTS | IDEAS | SOFTWARE | PRINT | CONTACT US | ORDER FAQS | SHOPPING CART
SEARCH | SITE MAP | ABOUT US | HELP | INVESTOR RELATIONS | AVERYDENNISON.COM |
© 1998-2005 Avery Dennison Corporation. All Rights Reserved. Legal & Privacy Notices.
Internet
Start
Office Supplies - Offic...
17:22