Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 25

SOLV.

3M US : Products and Services - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address http://solutions.3m.com/en_US/Products/ Go Links

3M

Search 3M.com:

United States [Change]

Products & Services | Brands | Technologies | Our Company | Partners & Suppliers

United States > Products & Services

# Products & Services

Our inspiration comes from listening to customers and creating new products and solutions for the challenges and opportunities you face.




## Displays and Graphics
- Display Films (Vikuiti™)
- Large Format Graphics (Scotchprint™)
- Precision Optics
- Touch Screen Systems
- Traffic Safety Systems
- Wall Displays & Projectors

## Electronics, Electrical & Communications
- Communication Technologies
- Electrical
- Electronics Design & Manufacturing

## Health Care
- Animal Care
- Dental (3M ESPE)
- Drug Delivery Systems
- Health Information Systems
- Infection Prevention
- Medical Device & Diagnostic Fabrication
- Medical Specialties & OEM
- Microbiology

## Safety, Security, and Protection
- Emergency Exit Markings
- Facilities Cleaning & Care
- File Tracking (RFID)
- Fire Protection
- Food Supplies & Services
- Information & Materials Security
- Occupational Health & Environmental Safety
- Personal Safety
- Traffic Safety Systems
- Window Safety

## Transportation Industry
- Aerospace
- Automotive
- Fuel Cell Components
- Marine
- Specialty Vehicle
- Traffic Safety Systems

## Manufacturing & Industry
- Abrasives & Sandpaper

## Office
- Ergonomics & Workstation Accessories
- Home Office
- Meetings & Presentations
- Mounting, Adhesives, & Tapes
- Packaging & Mailing
- Post-it® Custom Printed Products
- Post-it® Products

## Home and Leisure
- Air Cleaning Filters (Filtrete™)
- Automobile & Boat Care
- Cleaning & Protecting
- Computer Accessories
- First Aid (Nexcare™)
- Fly Fishing (Scientific Anglers™)
- Health & Personal Care
- Home Improvement & Repair
- Home Office
- Hooks & Mounting (Command™ Adhesives)
- Moving & Packing Solutions
- Personal Safety & Comfort
- Pet Care

Contact 3M

**Browse By**

A-Z Product Index

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

**Related Links**

Where to Buy

Events

Technologies

Government Solutions

**Product Documentation**

Material Safety Data Sheets Search

**Did you know...?**

Done Internet

Start Microsoft Word 3M US : Products and ... 17:23