Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 26

SOLV.





