Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 27

SOLV

EPA/EPO/OEB
D-80298 München
☎ +49 89 2399-0
TX 523 656 epmu d
FAX +49 89 2399-4465

Europäisches Patentamt
Generaldirektion 2

European Patent Office
Directorate General 2

Office européen des brevets
Direction Générale 2

VOSSIUS & PARTNER
Siebertstrasse 4
81675 München
ALLEMAGNE

**Telephone Numbers:**

Primary Examiner (substantive examination) +49 89 2399-2695

Formalities Officer / Assistant (Formalities and other matters) +49 89 2399-8221

| Application No. | Ref. | Date |
|---|---|---|
| 97 927 979.1-2307 | D 1763 EP | 20.09.2001 |

Applicant
MINNESOTA MINING AND MANUFACTURING COMPANY

**Communication pursuant to Article 96(2) EPC**

The examination of the above-identified application has revealed that it does not meet the requirements of the European Patent Convention for the reasons enclosed herewith. If the deficiencies indicated are not rectified the application may be refused pursuant to Article 97(1) EPC.

You are invited to file your observations and insofar as the deficiencies are such as to be rectifiable, to correct the indicated deficiencies within a period

**of 4 months**

from the notification of this communication, this period being computed in accordance with Rules 78(2) and 83(2) and (4) EPC.

Amendments to the description, claims and drawings are to be filed where appropriate within the said period in **three copies** on separate sheets (Rule 36(1) EPC).

**Failure to comply with this invitation in due time will result in the application being deemed to be withdrawn (Article 96(3) EPC).**

EUROPÄISCHES PATENTAMT · EUROPEAN PATENT OFFICE · OFFICE EUROPÉEN DES BREVETS

MILITZER E G
Primary Examiner
for the Examining Division

Enclosure(s): 2 page/s reasons (Form 2906)

**Registered Letter**

| Bescheid/Protokoll (Anlage) | Communication/Minutes (Annex) | Notification/Procès-verbal (Annexe) |
|---|---|---|
| Datum / Date / Date: 20.09.2001 | Blatt / Sheet / Feuille: 2 | Anmelde-Nr.: / Application No.: / Demande n°: 97 927 979.1 |

## II. BASIS OF THE COMMUNICATION:

Description, pages: 1-14 as published
Claims, No.: 1-9 as received on 16.6.99 with letter of 16.6.99
Drawings, sheets: 1/2, 2/2 as published

## III. REASONS FOR THE OBJECTIONS AND DEFICIENCIES:

An international preliminary examination report has already been drawn up for the present application in accordance with the PCT. The deficiencies mentioned in that report give rise to objections under the corresponding provisions of the EPC.

The objections are:
- lack of clarity of claim 1 (Article 84 EPC) because the features "superimposed" and "preserved" have been deleted;
- claims not in the two-part form, Rule 29(1) EPC;
- no reference signs in the claims, Rule 29(7) EPC;
- relevant background art not mentioned in the description;
- PCT applications mentioned in the description are not the publication numbers.

## IV. FURTHER PROSECUTION:

The applicant is requested to effect the amendments by filing replacement pages for only those pages which have been amended. Unnecessary recasting of the description should be avoided. An amended abstract is not required. The applicant should also take account of the requirements of Rule 36(1) EPC. If handwritten amendments are submitted, they should be clearly legible for the printer. In particular, fair copies of the amended pages should be filed in triplicate. Replacement pages containing handwritten amendments should also be filed in triplicate.

| Bescheid/Protokoll (Anlage) | Communication/Minutes (Annex) | Notification/Procès-verbal (Annexe) |
| --- | --- | --- |
| Datum / Date / Date 20.09.2001 | Blatt / Sheet / Feuille 1 | Anmelde-Nr.: / Application No.: / Demande n°: 97 927 979.1 |

## I. OBJECTIONS AND DEFICIENCIES:

- ■ preliminary PCT examination already done
- ■ lack of clarity (Article 84)
  - ☐ essential feature missing in claim
  - ☐ claimed feature missing from description
  - ☐ claims unclear because of description (e.g. "spirit" of the invention)
  - ☐ too many independent claims
  - ☐ claims drafted in functional terms
  - ☐ use of vague and indefinite terms
  - ☐ embodiment does not fall within scope of claim
  - ☐ no support in the description (broad scope)
  - ☐ no support in the description (definition in terms of function)
  - ☐ use of relative terms
  - ■ miscellaneous
- ☐ lack of novelty (Articles 52(1), 54)
  - ☐ objection under Article 54(3)
  - ☐ objection under Article 54(3) where the citation is a published PCT application
- ☐ lack of inventive step (Articles 52(1), 56)
  - ☐ combination of features known from two documents is obvious; normal design option
  - ☐ mere choice among obvious possibilities
  - ☐ replacing a feature by an equivalent
  - ☐ alleged commercial advantage
  - ☐ long-felt want
  - ☐ new use of known material
  - ☐ obvious selection
  - ☐ omission of feature is obvious
  - ☐ miscellaneous
- ☐ lack of unity, Article 82
  - ☐ agreement with DG1's objection; reasons for objection
  - ☐ objection to lack of unity (no DG1 objection) reasons for objection
- ☐ added subject-matter, Article 123(2) EPC
- ■ two-part form should be used, Rule 29(1) EPC
- ☐ specific features in the incorrect part of claim, Rule 29(1) EPC
- ☐ references to drawings in claims, Rule 29(6) EPC
- ■ use reference signs in claims, Rule 29(7) EPC
- ☐ inconsistent use of reference signs, Rule 32(2)(i) EPC
- ☐ units/symbols/formula not internationally recognized, Rule 35(12) EPC
- ☐ inconsistent terminology, Rule 35(13) EPC
- ■ acknowledge prior art; indicate features of independent claim(s) known from this document
- ☐ prior art described but no document referred to
- ☐ adapt description to new claims to be filed or to allowable claims already filed
- ☐ registered trade mark used in description and/or the claims
- ☐ full examination not possible
- ■ miscellaneous

99927999.1

PATENT COOPERATION TREATY

RECEIVED 14 JAN 1999
WIPO PCT

# PCT

## INTERNATIONAL PRELIMINARY EXAMINATION REPORT

(PCT Article 36 and Rule 70)

| | | |
|---|---|---|
| Applicant's or agent's file reference: 52773PCT3A | FOR FURTHER ACTION | See Notification of Transmittal of International Preliminary Examination Report (PCT/IPEA/416) |
| International application No.: PCT/US97/09711 | International filing date (day/month/year): 03/06/1997 | Priority date (day/month/year): 31/12/1996 |
| International Patent Classification (IPC) or national classification and IPC: B29C59/02 | | |
| Applicant: MINNESOTA MINING AND MANUFACTURING COMPANY | | |

1. This international preliminary examination report has been prepared by this International Preliminary Examining Authority and is transmitted to the applicant according to Article 36.

2. This REPORT consists of a total of 5 sheets, including this cover sheet.

☒ This report is also accompanied by ANNEXES, i.e., sheets of the description, claims and/or drawings which have been amended and are the basis for this report and/or sheets containing rectifications made before this Authority (see Rule 70.16 and Section 607 of the Administrative Instructions under the PCT).

These annexes consist of a total of 2 sheets.

3. This report contains indications relating to the following items:

- I ☒ Basis of the report
- II ☐ Priority
- III ☐ Non-establishment of opinion with regard to novelty, inventive step and industrial applicability
- IV ☐ Lack of unity of invention
- V ☒ Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement
- VI ☐ Certain documents cited
- VII ☒ Certain defects in the international application
- VIII ☒ Certain observations on the international application

| | |
|---|---|
| Date of submission of the demand: 17/06/1996 | Date of completion of this report: 12.01.99 |
| Name and mailing address of the IPEA/: European Patent Office, D-80298 Munich, Tel. (+49-89) 2399-0, Tx: 523656 epmu d, Fax: (+49-89) 2399-4465 | Authorized officer: Mätzer, E; Telephone No. (+49-89) 2399-2395 |

Form PCT/IPEA/409 (Cover sheet) (January 1994)

INTERNATIONAL PRELIMINARY EXAMINATION REPORT

International application No. PCT/US97/09711

I. Basis of the report

1. This report has been drawn on the basis of (*substitute sheets which have been furnished to the receiving Office in response to an invitation under Article 14 are referred to in this report as "originally filed" and are not annexed to the report since they do not contain amendments*):

Description, pages:

1-14 as originally filed

Claims, No.:

1-9 with telefax of 10/12/1998

Drawings, sheets:

1/2,2/2 as originally filed

2. The amendments have resulted in the cancellation of:

- ☐ the description, pages:
- ☐ the claims, Nos.:
- ☐ the drawings, sheets:

3. ☐ This report has been established as if (some of) the amendments had not been made, since they have been considered to go beyond the disclosure as filed (Rule 70.2(c)):

4. Additional observations, if necessary:

Form PCT/IPEA/409 (Boxes I-VIII, Sheet 1) (January 1994)

INTERNATIONAL PRELIMINARY EXAMINATION REPORT — International application No. PCT/US97/09711

**V. Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

1. Statement

| | | |
|---|---|---|
| Novelty (N) | Yes: Claims 1-9 | No: Claims |
| Inventive step (IS) | Yes: Claims 1-9 | No: Claims |
| Industrial applicability (IA) | Yes: Claims 1-9 | No: Claims |

2. Citations and explanations

see separate sheet

**VII. Certain defects in the international application**

The following defects in the form or contents of the international application have been noted:

see separate sheet

**VIII. Certain observations on the international application**

The following observations on the clarity of the claims, description, and drawings or on the question whether the claims are fully supported by the description, are made:

see separate sheet



INTERNATIONAL PRELIMINARY EXAMINATION REPORT - SEPARATE SHEET — International application No. PCT/US97/09711

Re Item V

**Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement.**

1. Novelty, Article 33(2) PCT and inventive step, Article 33(3) PCT:

   The subject matter of claims independent 1 and 4 is new since no prior art document describes the provision of a second embossed pattern having lands and ridges as identified in these claims. These differing features are also not suggested by the prior art documents. Thus, both independent claims 1 and 4 involve also an inventive step. The use of the carrier web as defined in independent claims 8 and 9 is also not described or rendered obvious by the prior art documents. The features of dependent claims 2, 3, 5 to 7 represent further improvements of the carrier web and the method which meet also the requirements of the PCT regulations.

2. The subject matter of claims 1 to 9 is industrially applicable (Article 33(4) PCT for instance in the technical field of pressure sensitive adhesives, SATT, scouring pads etc...

Re Item VII

**Certain defects in the international application**

1. The independent claims 1 and 4 are not in the two-part form in accordance with Rule 6.3(b) PCT, which in the present case would be appropriate, with those features known in combination from the prior art documents (see statement on novelty) being placed in a preamble (Rule 6.3(b)(i) PCT) and with the remaining features being included in a characterising part (Rule 6.3(b)(ii) PCT).

2. The features of the claims are not provided with reference signs placed in parentheses (Rule 6.2(b) PCT).

3. Contrary to the requirements of Rule 5.1(a)(ii) PCT, the relevant background art disclosed in the prior art documents is not mentioned in the description, nor are these documents (or the most relevant one) identified therein.

4. The reference to PCT application 52771 on page 5, lines 5,6, page 6, lines 14,15, page 7, lines 16,17 is incomplete and should be replaced by the appropriate (published in time) publication number.

**Re Item VIII**

**Certain observations on the international application**

Some particular structural features of the carrier web have been deleted in claim 1. The features are "superimposed" and "preserved", both giving a structural definition of the pattern provided in the carrier web. For reason of clarity (Article 6 PCT) it is therefore suggested to introduce again both features in claim 1. For instance claim 1 could be drafted as follows:

A carrier web .... (line 5) embossed pattern and a second **superimposed** pattern, wherein the first embossed pattern ....... (followed by line 6) - (line 7) embossed pattern are in the second embossed pattern **and are preserved by the superimposed second embossed pattern**, wherein the second .... (followed by lines 8 and 9).