Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 31

SOLV.

# 3-Dimensional Interactive Display

**Date: 09/15/2005**
**Time: 13:33:36**

**Surface Stats:**

Ra: 3.67 um

Rq: 4.95 um

Rt: 33.11 um

**Measurement Info:**

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




**Title: MCR#054522**

**Note: CF1352 End west**

# 3-Dimensional Interactive Display

Date: 07/28/2005
Time: 13:13:27

**Surface Stats:**

Ra: 2.05 um

Rq: 2.88 um

Rt: 27.02 um

**Measurement Info:**

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




Title: MCR#054437

Note: CF12305 Liner Side

# 3-Dimensional Interactive Display

**Date: 07/28/2005**
**Time: 16:07:04**

**Surface Stats:**

Ra: 2.03 um

Rq: 2.85 um

Rt: 22.95 um

**Measurement Info:**

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




Title: MCR#054437

Note: CF12305 Adhesive