Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 32

SOLV

# 3-Dimensional Interactive Display

Date: 08/01/2005
Time: 12:19:56

**Surface Stats:**

Ra: 4.35 um

Rq: 6.22 um

Rt: 35.90 um

**Measurement Info:**

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




Title: MCR#054438

Note: 3M Comply Adhesive Side

# 3-Dimensional Interactive Display

**Date: 07/28/2005**
**Time: 14:45:27**

**Surface Stats:**

Ra: 5.12 um

Rq: 7.34 um

Rt: 36.15 um

**Measurement Info:**

Magnification: 5.22

Measurement Mode: VSI

Sampling: 1.61 um

Array Size: 736 X 480




Title: MCR#054438

Note: 3M Comply Liner Side