Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 33

SOLV.

Avery Dennison
t.a.v. mevrouw Lydia van Leeuwen
Postbus 28
2300 AA LEIDEN

datum: 24 oktober 2005 declaratie: 05.1291

**160.001 - Avery Dennison/ 3M** 20051024.01291

| | | |
|---|---|---|
| Voorschot | € | 20.000,00 |
| BTW | € | 3.800,00 + |
| Totaal declaratie | € | **23.800,00** |

Wij verzoeken u het totaal verschuldigde bedrag vóór 7 november 2005 over te maken op ons rekeningnummer 25.61.13.912, ten name van SOLV Advocaten, onder vermelding van het declaratienummer 05.1291.

IBAN: NL38 FTSB 0256 1139 12
BIC: FTSBNL2R

**BTW Specificatie** Ons BTW Nummer: NL.8093.11.008.B.01

| Tarief | BTW Bedrag | Bedrag |
|---|---|---|
| Hoog (19,00%) | € 3.800,00 | € 20.000,00 |

Avery Dennison
t.a.v. mevrouw Lydia van Leeuwen
Postbus 28
2300 AA LEIDEN

datum: 16 januari 2006

declaratie: 06.0096

**160.001 - Avery Dennison/ 3M** 20050116.00096

| | | |
|---|---|---|
| Honorarium | € | 7.889,00 |
| Kantoorkosten | € | 473,34 |
| Verrekend met voorschotten | € | -8.362,34 |
| | | + |
| | € | 0,00 |
| BTW | € | 0,00 |
| | | + |
| Totaal declaratie | € | **0,00** |

IBAN: NL38 FTSB 0256 1139 12
BIC: FTSBNL2R

**BTW Specificatie**

Ons BTW Nummer: NL.8093.11.008.B.01

| **Tarief** | **BTW Bedrag** | **Bedrag** |
|---|---|---|
| Hoog (19,00%) | € 0,00 | € 0,00 |

# 160.001 - Avery Dennison/ 3M

Avery Dennison

## Werkzaamheden en Declaraties

| Datum | Wie | Eenheden | Tarief | Subtotaal | Kantoor | Totaal | BTW |
|---|---|---|---|---|---|---|---|
| 06-10-2005 | DJB | 3,00 Uur | € 230,00 | € 690,00 | 6,00% | € 731,40 | 19,00% |
| 07-10-2005 | DJB | 0,70 Uur | € 230,00 | € 161,00 | 6,00% | € 170,66 | 19,00% |
| | DJB | 3,00 Uur | € 230,00 | € 690,00 | 6,00% | € 731,40 | 19,00% |
| 09-10-2005 | DJB | 4,00 Uur | € 230,00 | € 920,00 | 6,00% | € 975,20 | 19,00% |
| 10-10-2005 | DJB | 1,50 Uur | € 230,00 | € 345,00 | 6,00% | € 365,70 | 19,00% |
| | DJB | 2,00 Uur | € 230,00 | € 460,00 | 6,00% | € 487,60 | 19,00% |
| 13-10-2005 | DJB | 5,00 Uur | € 230,00 | € 1.150,00 | 6,00% | € 1.219,00 | 19,00% |
| 14-10-2005 | DJB | 3,00 Uur | € 230,00 | € 690,00 | 6,00% | € 731,40 | 19,00% |
| 15-10-2005 | DJB | 2,00 Uur | € 230,00 | € 460,00 | 6,00% | € 487,60 | 19,00% |
| 16-10-2005 | DJB | 1,00 Uur | € 230,00 | € 230,00 | 6,00% | € 243,80 | 19,00% |
| 17-10-2005 | DJB | 0,30 Uur | € 230,00 | € 69,00 | 6,00% | € 73,14 | 19,00% |
| 27-10-2005 | DJB | 1,00 Uur | € 230,00 | € 230,00 | 6,00% | € 243,80 | 19,00% |
| | DJB | 4,00 Uur | € 230,00 | € 920,00 | 6,00% | € 975,20 | 19,00% |
| 28-10-2005 | DJB | 0,40 Uur | € 230,00 | € 92,00 | 6,00% | € 97,52 | 19,00% |
| | DJB | 0,10 Uur | € 230,00 | € 23,00 | 6,00% | € 24,38 | 19,00% |
| 11-11-2005 | DJB | 0,10 Uur | € 230,00 | € 23,00 | 6,00% | € 24,38 | 19,00% |
| 01-12-2005 | DJB | 1,80 Uur | € 230,00 | € 414,00 | 6,00% | € 438,84 | 19,00% |
| | DJB | 1,20 Uur | € 230,00 | € 276,00 | 6,00% | € 292,56 | 19,00% |
| 02-12-2005 | DJB | 0,20 Uur | € 230,00 | € 46,00 | 6,00% | € 48,76 | 19,00% |
| | | | **Totaal Werkzaamheden en Declaraties:** | **€ 7.889,00** | **€ 473,34** | **€ 8.362,34** | |

Avery Dennison
t.a.v. mevrouw Lydia van Leeuwen
Postbus 28
2300 AA LEIDEN

datum: 12 april 2006

declaratie: 06.0540

**160.001 - Avery Dennison/ 3M**

20060412.00540

| | | | | |
|---|---|---|---|---|
| Honorarium | € 31.801,50 | | | |
| Korting | € 2.116,50 | -/- | € | 29.685,00 |
| Belaste Verschotten | | | € | 552,00 |
| Verrekend met voorschotten | | | € | -11.637,66 |
| | | | € | 18.599,34 |
| BTW | | | € | 3.533,87 |
| Onbelaste verschotten | | | € | 757,54 |
| **Totaal declaratie** | | | € | **22.890,75** |

Wij verzoeken u het totaal verschuldigde bedrag vóór 26 april 2006 over te maken op ons rekeningnummer 25.61.13.912, ten name van SOLV Advocaten, onder vermelding van het declaratienummer 06.0540.

IBAN: NL38 FTSB 0256 1139 12
BIC: FTSBNL2R

**BTW Specificatie**

Ons BTW Nummer: NL.8093.11.008.B.01

| Tarief | BTW Bedrag | Bedrag |
|---|---|---|
| Nul (0,00%) | € 0,00 | € 757,54 |
| Hoog (19,00%) | € 3.533,87 | € 18.599,34 |

# 160.001 - Avery Dennison/ 3M

Avery Dennison

## Werkzaamheden en Declaraties

| Datum | Wie | Eenheden | Tarief | Subtotaal | Korting | Totaal | BTW |
|---|---|---|---|---|---|---|---|
| 04-01-2006 | DJB | 0,10 Uur | € 255,00 | € 25,50 | | € 25,50 | 19,00% |
| 06-01-2006 | DJB | 0,40 Uur | € 255,00 | € 102,00 | | € 102,00 | 19,00% |
| 09-01-2006 | DJB | 0,30 Uur | € 255,00 | € 76,50 | | € 76,50 | 19,00% |
| 10-01-2006 | DJB | 0,10 Uur | € 255,00 | € 25,50 | | € 25,50 | 19,00% |
| 19-01-2006 | DJB | 1,00 Uur | € 255,00 | € 255,00 | | € 255,00 | 19,00% |
| 26-01-2006 | DJB | 3,50 Uur | € 255,00 | € 892,50 | | € 892,50 | 19,00% |
| | DJB | 3,50 Uur | € 255,00 | € 892,50 | 100,00% | € 0,00 | 19,00% |
| 27-01-2006 | DJB | 0,10 Uur | € 255,00 | € 25,50 | | € 25,50 | 19,00% |
| | DJB | 1,10 Uur | € 255,00 | € 280,50 | | € 280,50 | 19,00% |
| 01-02-2006 | DJB | 0,20 Uur | € 255,00 | € 51,00 | | € 51,00 | 19,00% |
| | DJB | 0,20 Uur | € 255,00 | € 51,00 | | € 51,00 | 19,00% |
| | DJB | 0,40 Uur | € 255,00 | € 102,00 | | € 102,00 | 19,00% |
| | MBE | 0,30 Uur | € 180,00 | € 54,00 | | € 54,00 | 19,00% |
| | DJB | 0,50 Uur | € 255,00 | € 127,50 | | € 127,50 | 19,00% |
| 03-02-2006 | DJB | 8,00 Uur | € 255,00 | € 2.040,00 | | € 2.040,00 | 19,00% |
| 12-02-2006 | DJB | 4,00 Uur | € 255,00 | € 1.020,00 | | € 1.020,00 | 19,00% |
| 13-02-2006 | DJB | 9,00 Uur | € 255,00 | € 2.295,00 | | € 2.295,00 | 19,00% |
| 14-02-2006 | DJB | 9,00 Uur | € 255,00 | € 2.295,00 | | € 2.295,00 | 19,00% |
| 15-02-2006 | DJB | 9,00 Uur | € 255,00 | € 2.295,00 | | € 2.295,00 | 19,00% |
| 16-02-2006 | DJB | 9,00 Uur | € 255,00 | € 2.295,00 | | € 2.295,00 | 19,00% |

# 160.001 - Avery Dennison/ 3M

Avery Dennison

## Werkzaamheden en Declaraties

| Datum | Wie | Eenheden | Tarief | Subtotaal | Korting | Totaal | BTW |
|---|---|---|---|---|---|---|---|
| 20-02-2006 | DJB | 0,20 Uur | € 255,00 | € 51,00 | | € 51,00 | 19,00% |
| | DJB | 4,00 Uur | € 255,00 | € 1.020,00 | | € 1.020,00 | 19,00% |
| | DJB | 1,00 Uur | € 255,00 | € 255,00 | | € 255,00 | 19,00% |
| 21-02-2006 | DJB | 0,30 Uur | € 255,00 | € 76,50 | | € 76,50 | 19,00% |
| | DJB | 6,00 Uur | € 255,00 | € 1.530,00 | | € 1.530,00 | 19,00% |
| 22-02-2006 | DJB | 0,60 Uur | € 255,00 | € 153,00 | | € 153,00 | 19,00% |
| | DJB | 4,00 Uur | € 255,00 | € 1.020,00 | | € 1.020,00 | 19,00% |
| 23-02-2006 | DJB | 0,50 Uur | € 255,00 | € 127,50 | | € 127,50 | 19,00% |
| | DJB | 4,00 Uur | € 255,00 | € 1.020,00 | | € 1.020,00 | 19,00% |
| 28-02-2006 | DJB | 0,40 Uur | € 255,00 | € 102,00 | | € 102,00 | 19,00% |
| | DJB | 0,50 Uur | € 255,00 | € 127,50 | | € 127,50 | 19,00% |
| | DJB | 3,50 Uur | € 255,00 | € 892,50 | | € 892,50 | 19,00% |
| 02-03-2006 | DJB | 12,00 Uur | € 255,00 | € 3.060,00 | | € 3.060,00 | 19,00% |
| | DJB | 2,80 Uur | € 255,00 | € 714,00 | 100,00% | € 0,00 | 19,00% |
| 05-03-2006 | DJB | 4,00 Uur | € 255,00 | € 1.020,00 | | € 1.020,00 | 19,00% |
| 06-03-2006 | DJB | 0,50 Uur | € 255,00 | € 127,50 | | € 127,50 | 19,00% |
| | DJB | 3,50 Uur | € 255,00 | € 892,50 | | € 892,50 | 19,00% |
| 07-03-2006 | DJB | 12,00 Uur | € 255,00 | € 3.060,00 | | € 3.060,00 | 19,00% |
| 08-03-2006 | DJB | 2,00 Uur | € 255,00 | € 510,00 | 100,00% | € 0,00 | 19,00% |
| 21-03-2006 | DJB | 2,50 Uur | € 255,00 | € 637,50 | | € 637,50 | 19,00% |
| 23-03-2006 | DJB | 0,20 Uur | € 255,00 | € 51,00 | | € 51,00 | 19,00% |

# 160.001 - Avery Dennison/ 3M

Avery Dennison

## Werkzaamheden en Declaraties

| Datum | Wie | Omschrijving / Specificatie | Eenheden | Tarief | Subtotaal | Korting | Totaal | BTW |
|---|---|---|---|---|---|---|---|---|
| 24-03-2006 | DJB | 025 - Conference call<br>RB, AF and DB Q&A and letter to customers whatabout 1007? | 0,60 Uur | € 255,00 | € 153,00 | | € 153,00 | 19,00% |
| | | | Totaal Werkzaamheden en Declaraties: | | € 31.801,50 | € 2.116,50 | € 29.685,00 | |

## Verschotten

| Datum | Wie | Eenheden | Bedrag | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 02-12-2005 | DJB | 1,00 Nota | | € 0,00 | € 244,00 | 0,00% |
| 03-02-2006 | DJB | 1,00 Nota | | € 0,00 | € 19,60 | 0,00% |
| 05-02-2006 | DJB | 1,00 Nota | | € 0,00 | € 192,00 | 19,00% |
| 15-02-2006 | DJB | 1,00 Nota | | € 0,00 | € 286,95 | 0,00% |
| 16-02-2006 | DJB | 1,00 Nota | | € 0,00 | € 184,79 | 0,00% |
| 02-03-2006 | DJB | 1,00 Nota | | € 0,00 | € 22,20 | 0,00% |
| 20-03-2006 | DJB | 1,00 Nota | | € 0,00 | € 360,00 | 19,00% |
| | | Totaal Verschotten: | | € 0,00 | € 1.309,54 | |

Avery Dennison
t.a.v. mevrouw Lydia van Leeuwen
Postbus 28
2300 AA LEIDEN

datum: 8 mei 2006

declaratie: 06.0673

**160.001 - Avery Dennison/ 3M**

20060508.00673

| | | |
|---|---|---|
| Honorarium | € | 433,50 |
| BTW | € | 82,36 + |
| Totaal declaratie | € | **515,86** |

Wij verzoeken u het totaal verschuldigde bedrag vóór 22 mei 2006 over te maken op ons rekeningnummer 25.61.13.912, ten name van SOLV Advocaten, onder vermelding van het declaratienummer 06.0673.

IBAN: NL38 FTSB 0256 1139 12
BIC: FTSBNL2R

**BTW Specificatie**

Ons BTW Nummer: NL.8093.11.008.B.01

| Tarief | BTW Bedrag | Bedrag |
|---|---|---|
| Hoog (19,00%) | € 82,36 | € 433,50 |

Specificatie bij declaratie: 06.0673 / 20060508.00673    8 mei 2006    SOLV Advocaten

Avery Dennison

## 160.001 - Avery Dennison/ 3M

**Werkzaamheden en Declaraties**

| Datum | Wie | Eenheden | Tarief | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 25-04-2006 | DJB | 0,50 Uur | € 255,00 | € 127,50 | € 127,50 | 19,00% |
| | DJB | 0,20 Uur | € 255,00 | € 51,00 | € 51,00 | 19,00% |
| | DJB | 1,00 Uur | € 255,00 | € 255,00 | € 255,00 | 19,00% |
| | | **taal Werkzaamheden en Declaraties:** | | **€ 433,50** | **€ 433,50** | |

Avery Dennison
t.a.v. mevrouw Lydia van Leeuwen
Postbus 28
2300 AA LEIDEN

datum: 8 augustus 2006

declaratie: 06.1138

**160.001 - Avery Dennison/ 3M**

20060808.01138

| | | | | | |
|---|---|---|---|---|---|
| Honorarium | € | 797,50 | | | |
| Korting | € | 797,50 | -/- | € | 0,00 |
| Belaste Verschotten | | | | € | 1.900,98 |
| | | | | € | 1.900,98 |
| BTW | | | | € | 361,19 |
| Totaal declaratie | | | | € | **2.262,17** |

Wij verzoeken u het totaal verschuldigde bedrag vóór 22 augustus 2006 over te maken op ons rekeningnummer 25.61.13.912, ten name van SOLV Advocaten, onder vermelding van het declaratienummer 06.1138.

IBAN: NL38 FTSB 0256 1139 12
BIC: FTSBNL2R

**BTW Specificatie**

Ons BTW Nummer: NL.8093.11.008.B.01

| Tarief | BTW Bedrag | Bedrag |
|---|---|---|
| Hoog (19,00%) | € 361,19 | € 1.900,98 |

Specificatie bij declaratie: 06.1138 / 20060808.01138 8 augustus 2006 SOLV Advocaten

# 160.001 - Avery Dennison/ 3M

Avery Dennison

## Werkzaamheden en Declaraties

| Datum | Wie | Eenheden | Tarief | Subtotaal | Korting | Totaal | BTW |
|---|---|---|---|---|---|---|---|
| 19-06-2006 | CAT | 1,60 Uur | € 275,00 | € 440,00 | 100,00% | € 0,00 | 19,00% |
| | CAT | 1,30 Uur | € 275,00 | € 357,50 | 100,00% | € 0,00 | 19,00% |
| | | ıtaal Werkzaamheden en Declaraties: | | **€ 797,50** | **€ 797,50** | **€ 0,00** | |

## Verschotten

| Datum | Wie | Eenheden | Bedrag | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 20-07-2006 | CAT | 1,00 Nota | | € 0,00 | € 1.900,98 | 19,00% |
| | | **Totaal Verschotten:** | | **€ 0,00** | **€ 1.900,98** | |

Avery Dennison
t.a.v. mevrouw Lydia van Leeuwen
Postbus 28
2300 AA LEIDEN

datum: 25 oktober 2006

declaratie: 06.1516

**160.001 - Avery Dennison/ 3M**

20061025.01516

| | | |
|---|---|---|
| Honorarium | € | 19.894,50 |
| Belaste Verschotten | € | 1.845,90 |
| | | + |
| | € | 21.740,40 |
| BTW | € | 4.130,68 |
| | | + |
| Totaal declaratie | € | **25.871,08** |

Wij verzoeken u het totaal verschuldigde bedrag vóór 8 november 2006 over te maken op ons rekeningnummer 25.61.13.912, ten name van SOLV Advocaten, onder vermelding van het declaratienummer 06.1516.

IBAN: NL38 FTSB 0256 1139 12
BIC: FTSBNL2R

**BTW Specificatie**

Ons BTW Nummer: NL.8093.11.008.B.01

| **Tarief** | **BTW Bedrag** | **Bedrag** |
|---|---|---|
| Hoog (19,00%) | € 4.130,68 | € 21.740,40 |

Specificatie bij declaratie: 06.1516 / 20061025.01516 25 oktober 2006 SOLV Advocaten

# 160.001 - Avery Dennison/ 3M

Avery Dennison

**Werkzaamheden en Declaraties**

| Datum | Wie | Eenheden | Tarief | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 14-08-2006 | VAZ | 2,20 Uur | € 170,00 | € 374,00 | € 374,00 | 19,00% |
| | VAZ | 0,30 Uur | € 170,00 | € 51,00 | € 51,00 | 19,00% |
| 18-08-2006 | VAZ | 0,70 Uur | € 170,00 | € 119,00 | € 119,00 | 19,00% |
| | CAT | 1,30 Uur | € 275,00 | € 357,50 | € 357,50 | 19,00% |
| | VAZ | 2,00 Uur | € 170,00 | € 340,00 | € 340,00 | 19,00% |
| | AHE | 0,20 Uur | € 160,00 | € 32,00 | € 32,00 | 19,00% |
| | VAZ | 1,20 Uur | € 170,00 | € 204,00 | € 204,00 | 19,00% |
| | VAZ | 1,50 Uur | € 170,00 | € 255,00 | € 255,00 | 19,00% |
| | VAZ | 1,30 Uur | € 170,00 | € 221,00 | € 221,00 | 19,00% |
| | CAT | 1,20 Uur | € 275,00 | € 330,00 | € 330,00 | 19,00% |
| | CAT | 1,00 Uur | € 275,00 | € 275,00 | € 275,00 | 19,00% |
| | CAT | 2,00 Uur | € 275,00 | € 550,00 | € 550,00 | 19,00% |
| | AHE | 0,40 Uur | € 160,00 | € 64,00 | € 64,00 | 19,00% |
| 31-08-2006 | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 0,30 Uur | € 170,00 | € 51,00 | € 51,00 | 19,00% |
| 20-09-2006 | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | VAZ | 1,30 Uur | € 170,00 | € 221,00 | € 221,00 | 19,00% |
| | VAZ | 3,50 Uur | € 170,00 | € 595,00 | € 595,00 | 19,00% |
| 21-09-2006 | CAT | 0,20 Uur | € 275,00 | € 55,00 | € 55,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | CAT | 0,30 Uur | € 275,00 | € 82,50 | € 82,50 | 19,00% |
| | CAT | 0,30 Uur | € 275,00 | € 82,50 | € 82,50 | 19,00% |
| | VAZ | 1,00 Uur | € 170,00 | € 170,00 | € 170,00 | 19,00% |
| | VAZ | 0,60 Uur | € 170,00 | € 102,00 | € 102,00 | 19,00% |
| | VAZ | 1,20 Uur | € 170,00 | € 204,00 | € 204,00 | 19,00% |
| | VAZ | 1,50 Uur | € 170,00 | € 255,00 | € 255,00 | 19,00% |
| 22-09-2006 | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | VAZ | 2,00 Uur | € 170,00 | € 340,00 | € 340,00 | 19,00% |
| | VAZ | 0,40 Uur | € 170,00 | € 68,00 | € 68,00 | 19,00% |
| | VAZ | 1,50 Uur | € 170,00 | € 255,00 | € 255,00 | 19,00% |

## 160.001 - Avery Dennison/ 3M

Avery Dennison

**Werkzaamheden en Declaraties**

| Datum | Wie | Eenheden | Tarief | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 22-09-2006 | VAZ | 0,70 Uur | € 170,00 | € 119,00 | € 119,00 | 19,00% |
| 25-09-2006 | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 1,00 Uur | € 170,00 | € 170,00 | € 170,00 | 19,00% |
| | VAZ | 0,40 Uur | € 170,00 | € 68,00 | € 68,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | VAZ | 0,70 Uur | € 170,00 | € 119,00 | € 119,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 2,50 Uur | € 170,00 | € 425,00 | € 425,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| 26-09-2006 | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 2,80 Uur | € 170,00 | € 476,00 | € 476,00 | 19,00% |
| | VAZ | 2,50 Uur | € 170,00 | € 425,00 | € 425,00 | 19,00% |
| | CAT | 3,30 Uur | € 275,00 | € 907,50 | € 907,50 | 19,00% |
| 27-09-2006 | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | CAT | 1,20 Uur | € 275,00 | € 330,00 | € 330,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 1,40 Uur | € 170,00 | € 238,00 | € 238,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | CAT | 3,30 Uur | € 275,00 | € 907,50 | € 907,50 | 19,00% |
| | CAT | 2,80 Uur | € 275,00 | € 770,00 | € 770,00 | 19,00% |
| 28-09-2006 | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |

# 160.001 - Avery Dennison/ 3M

Avery Dennison

**Werkzaamheden en Declaraties**

| Datum | Wie | Eenheden | Tarief | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 28-09-2006 | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | CAT | 0,40 Uur | € 275,00 | € 110,00 | € 110,00 | 19,00% |
| | VAZ | 1,00 Uur | € 170,00 | € 170,00 | € 170,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 0,80 Uur | € 170,00 | € 136,00 | € 136,00 | 19,00% |
| | VAZ | 0,90 Uur | € 170,00 | € 153,00 | € 153,00 | 19,00% |
| | VAZ | 1,50 Uur | € 170,00 | € 255,00 | € 255,00 | 19,00% |
| | VAZ | 2,20 Uur | € 170,00 | € 374,00 | € 374,00 | 19,00% |
| 29-09-2006 | VAZ | 0,90 Uur | € 170,00 | € 153,00 | € 153,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 3,00 Uur | € 170,00 | € 510,00 | € 510,00 | 19,00% |
| | CAT | 3,00 Uur | € 275,00 | € 825,00 | € 825,00 | 19,00% |
| | VAZ | 0,30 Uur | € 170,00 | € 51,00 | € 51,00 | 19,00% |
| | VAZ | 2,20 Uur | € 170,00 | € 374,00 | € 374,00 | 19,00% |
| | CAT | 2,20 Uur | € 275,00 | € 605,00 | € 605,00 | 19,00% |
| 02-10-2006 | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 0,40 Uur | € 170,00 | € 68,00 | € 68,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| 04-10-2006 | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | VAZ | 0,80 Uur | € 170,00 | € 136,00 | € 136,00 | 19,00% |
| 05-10-2006 | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | VAZ | 1,00 Uur | € 170,00 | € 170,00 | € 170,00 | 19,00% |
| | CAT | 2,30 Uur | € 275,00 | € 632,50 | € 632,50 | 19,00% |
| | VAZ | 2,30 Uur | € 170,00 | € 391,00 | € 391,00 | 19,00% |
| | CAT | 1,20 Uur | € 275,00 | € 330,00 | € 330,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| 09-10-2006 | VAZ | 0,90 Uur | € 170,00 | € 153,00 | € 153,00 | 19,00% |

# 160.001 - Avery Dennison/ 3M

Avery Dennison

## Werkzaamheden en Declaraties

| Datum | Wie | Eenheden | Tarief | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 12-10-2006 | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| 13-10-2006 | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| 16-10-2006 | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | CAT | 0,20 Uur | € 275,00 | € 55,00 | € 55,00 | 19,00% |
| | VAZ | 0,40 Uur | € 170,00 | € 68,00 | € 68,00 | 19,00% |
| 17-10-2006 | VAZ | 2,50 Uur | € 170,00 | € 425,00 | € 425,00 | 19,00% |
| | VAZ | 1,70 Uur | € 170,00 | € 289,00 | € 289,00 | 19,00% |
| 18-10-2006 | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | VAZ | 0,10 Uur | € 170,00 | € 17,00 | € 17,00 | 19,00% |
| | VAZ | 1,00 Uur | € 170,00 | € 170,00 | € 170,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| 19-10-2006 | VAZ | 0,30 Uur | € 170,00 | € 51,00 | € 51,00 | 19,00% |
| 20-10-2006 | VAZ | 0,60 Uur | € 170,00 | € 102,00 | € 102,00 | 19,00% |
| | VAZ | 0,50 Uur | € 170,00 | € 85,00 | € 85,00 | 19,00% |
| | VAZ | 0,60 Uur | € 170,00 | € 102,00 | € 102,00 | 19,00% |
| | VAZ | 1,60 Uur | € 170,00 | € 272,00 | € 272,00 | 19,00% |
| 23-10-2006 | VAZ | 0,30 Uur | € 170,00 | € 51,00 | € 51,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | CAT | 0,10 Uur | € 275,00 | € 27,50 | € 27,50 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | VAZ | 0,20 Uur | € 170,00 | € 34,00 | € 34,00 | 19,00% |
| | VAZ | 1,70 Uur | € 170,00 | € 289,00 | € 289,00 | 19,00% |
| | CAT | 0,20 Uur | € 275,00 | € 55,00 | € 55,00 | 19,00% |

## 160.001 - Avery Dennison/ 3M

Avery Dennison

**Totaal Werkzaamheden en Declaraties:** **€ 19.894,50** **€ 19.894,50**

### Verschotten

| Datum | Wie | Eenheden | Bedrag | Subtotaal | Totaal | BTW |
|---|---|---|---|---|---|---|
| 02-10-2006 | CAT | 1,00 Nota | | € 0,00 | € 1.845,90 | 19,00% |
| | | **Totaal Verschotten:** | | **€ 0,00** | **€ 1.845,90** | |