# Urenstaat

Datum: 25-10-2006

| Datum | Cliënt | Soort | Gebruiker | Eigen code | Eenheden | Uren | Tarief | Kosten | Totaal | A |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-07-2006 | Avery | | ROGIER | | | 01:00 | 275,00 | 0,00 | 275,00 | N |
| 20-07-2006 | AVERY | | ROGIER | | | 01:00 | 275,00 | 0,00 | 275,00 | N |
| 18-08-2006 | Avery | | ROGIER | | | 08:00 | 275,00 | 0,00 | 2.200,00 | N |
| 21-08-2006 | Avery | | ROGIER | | | 01:00 | 275,00 | 0,00 | 275,00 | N |
| 22-09-2006 | Avery | | ROGIER | | | 08:00 | 275,00 | 0,00 | 2.200,00 | N |
| 24-09-2006 | Avery | | ROGIER | | | 06:00 | 275,00 | 0,00 | 1.650,00 | N |
| 25-09-2006 | Avery | | ROGIER | | | 07:00 | 275,00 | 0,00 | 1.925,00 | N |
| 28-09-2006 | Avery | | ROGIER | | | 02:00 | 275,00 | 0,00 | 550,00 | N |
| 29-09-2006 | Avery | | ROGIER | | | 06:00 | 275,00 | 40,40 | 1.690,40 | N |
| 19-10-2006 | Avery | | ROGIER | | | 00:30 | 275,00 | 0,00 | 137,50 | N |
| 23-10-2006 | Avery | | ROGIER | | | 01:00 | 275,00 | 0,00 | 275,00 | N |
| 24-10-2006 | Avery | | ROGIER | | | 02:00 | 275,00 | 0,00 | 550,00 | N |
| 23-01-2006 | Avery dennison | | ROGIER | | | 02:00 | 275,00 | 0,00 | 550,00 | J |
| 25-01-2006 | Avery dennison | | ROGIER | | | 05:00 | 275,00 | 0,00 | 1.375,00 | J |
| 26-01-2006 | Avery dennison | | ROGIER | | | 05:00 | 275,00 | 0,00 | 1.375,00 | J |
| 27-01-2006 | Avery dennison | | ROGIER | | | 01:00 | 275,00 | 0,00 | 275,00 | J |
| 30-01-2006 | Avery dennison | | ROGIER | | | 00:40 | 275,00 | 0,00 | 183,33 | J |
| 30-01-2006 | Avery dennison | | WILMA | | | 02:50 | 160,00 | 0,00 | 453,33 | J |
| 30-01-2006 | Avery dennison | | ROGIER | | | 04:00 | 275,00 | 0,00 | 1.100,00 | J |
| 01-02-2006 | Avery dennison | | ROGIER | | | 05:00 | 275,00 | 0,00 | 1.375,00 | J |
| | | | Totalen | | 0 | 69:00 | | 40,40 | 18.089,57 | |

# Urenstaat

Datum: 25-10-2006

| Datum | Cliënt | Soort | Gebruiker | Eigen code | Eenheden | Uren | Tarief | Kosten | Totaal | A |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-02-2006 | Avery dennison | | ROGIER | | | 04:00 | 275,00 | 0,00 | 1.100,00 | J |
| 03-02-2006 | Avery dennison | | HEIN | | | 01:00 | 275,00 | 50,00 | 325,00 | J |
| 03-02-2006 | Avery dennison | | ROGIER | | | 05:00 | 275,00 | 0,00 | 1.375,00 | J |
| 06-02-2006 | Avery dennison | | ROGIER | | | 00:45 | 275,00 | 0,00 | 206,25 | J |
| 13-02-2006 | Avery dennison | | ROGIER | | | 06:00 | 275,00 | 0,00 | 1.650,00 | J |
| 13-02-2006 | Avery dennison | | ROGIER | | | 08:00 | 275,00 | 0,00 | 2.200,00 | J |
| 13-02-2006 | Avery dennison | | ROGIER | | | 06:00 | 275,00 | 0,00 | 1.650,00 | J |
| 13-02-2006 | Avery dennison | | ROGIER | | | 08:00 | 275,00 | 0,00 | 2.200,00 | J |
| 17-02-2006 | Avery dennison | | ROGIER | | 0 | | 275,00 | 840,00 | 840,00 | J |
| 22-02-2006 | Avery dennison | | ROGIER | | | 03:00 | 275,00 | 0,00 | 825,00 | J |
| 24-02-2006 | Avery dennison | | WILMA | | | 01:15 | 160,00 | 0,00 | 200,00 | J |
| 27-02-2006 | Avery dennison | | ROGIER | | | 02:00 | 275,00 | 0,00 | 550,00 | J |
| 01-03-2006 | Avery dennison | | ROGIER | | | 05:00 | 275,00 | 0,00 | 1.375,00 | J |
| 02-03-2006 | Avery dennison | | ROGIER | | | 07:00 | 275,00 | 0,00 | 1.925,00 | J |
| 03-03-2006 | Avery dennison | | ROGIER | | | 03:00 | 275,00 | 0,00 | 825,00 | J |
| 06-03-2006 | Avery dennison | | ROGIER | | | 05:00 | 275,00 | 0,00 | 1.375,00 | J |
| 13-04-2006 | Avery dennison | | BART | | | 02:00 | 150,00 | 0,00 | 300,00 | N |
| 17-05-2006 | Avery dennison | | ROGIER | | | 01:00 | 275,00 | 0,00 | 275,00 | N |
| 19-08-2006 | Avery dennison | | ROGIER | | | 01:00 | 275,00 | 0,00 | 275,00 | N |
| 08-09-2006 | Avery dennison | | ROGIER | | | 00:30 | 275,00 | 0,00 | 137,50 | N |
| | | | Totalen | | 0 | 138:30 | | 830,40 | 38.298,32 | |

# Urenstaat

Datum: **25-10-2006**

| Datum | Cliënt | Soort | Gebruiker | Eigen code | Eenheden | Uren | Tarief | Kosten | Totaal | A |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-09-2006 | Avery dennison | | ROGIER | | | 08:00 | 275,00 | 250,50 | 2.450,50 | N |
| 05-10-2006 | Avery dennison | | ROGIER | | | 08:00 | 275,00 | 20,00 | 1.670,00 | N |
| 08-10-2006 | Avery dennison | | ROGIER | | | 02:00 | 275,00 | 0,00 | 550,00 | N |
| 13-10-2006 | Avery dennison | | ROGIER | | | 02:00 | 275,00 | 0,00 | 550,00 | N |
| | | | Totalen | | 0 | 158:30 | | 1.200,00 | 43.518,82 | |