UDINK & DE JONG
ADVOCATEN EN BELASTINGADVISEURS

SOLV Advocaten
mr K. Stet
Postbus 75538
1070 AM AMSTERDAM

**PER TELEFAX: +31 20 5300170**

26 oktober 2006

| | |
|---|---|
| Van | R.J. Marshall, , Juridische Administratie |
| Tel | +31 70 311 07 17 (N. Vukovic) |
| Fax | +31 70 311 07 02 |
| Email | bmarshall@ujlaw.nl |

| | |
|---|---|
| Betreft | AVERY/3 M |
| Dossier | 770561 |

Geachte mevrouw Stet,

Ingevolge Uw telefonisch verzoek kan ik U melden dat onze kosten tot op heden € 450,00 te verhogen met btw bedragen, waarbij ik even in herinnering roep dat hier ook de tijd bij zit voor het bezorgen in de zitting en aan de wederpartij van de conclusie van antwoord.

Met vriendelijke groet,

R.J. Marshall

Ex. 32

Ex. 33

Ex. 34