Rechtbank 's-Gravenhage
Zitting 10 november 2006
Rolnummer 2005/3435

# PRODUCTIE 34

SOLV.

3M

# Product Bulletin 160-60 *Plus*

Dated November, 1994

[redacted]

## 3M™Controltac™ *Plus* 160-60 Film

[redacted]

Application of film to glass or plastic can be difficult. Static electricity causes the substrate to attract the marking which may result in preadhesion and difficulties repositioning it. 160-60 film has CONTROLTAC *Plus* adhesive which reduces the chances of preadhesion and allows for easy repositioning of the marking.

**Glass as a Application Surface**
All glass has a tendency to absorb heat when exposed to sunlight. The degree of absorption across the glass can vary due to a variety of circumstances such as partial shading, heating and cooling vents, and the insulating characteristics of the frame. The temperature difference across the glass, if great enough can produce stresses which may cause glass breakage. The ability of glass to resist breakage due to temperature stress is affected by size, thickness, quality of cut, edge treatment, tinting of the glass, and the frame design. *3M therefore accepts no liability for glass breakage.*

| CAUTION: To avoid glass breakage very dark colors must not be used in window applications for other than narrow striping or narrow stroke letters. Large areas of dark "opaque" colors could greatly increase the risk of glass breakage. |
|---|

Commercial Graphics Division products are not tested against automotive manufacturers' specifications and are therefore not warranted for use in fabricating graphics for automotive OEM's.

**Health and Safety**
Refer to the can label and the Material Safety Data Sheet for health, safety and handling information on the 3M products referenced in this bulletin. If necessary, you may contact the 3M Corporate Emergency telephone number, 612-733-1110, and ask for operator 55.

**Effective Performance Life**
When printed and applied in accordance with 3M recommended procedures, the following performance may be expected. Performance statements are based upon experience obtained from testing throughout the United States. Performance can be affected by substrate preparation, exposure conditions and maintenance of the marking.

[redacted]

**Fabrication**
This bulletin does not contain Material Safety Data Sheet information or detailed printing, processing or application procedures for the subject products. The appropriate Instruction Bulletin(s) may be obtained by contacting your 3M sales representative.

[redacted]

## Premasking/Prespacing

[illegible]

## Chemical and Physical Properties

Values given are typical and are not for use in specifications. If a specification is desired, a custom specification will be prepared. Any requests for a specification should be submitted through your sales representative or distributor. The data given below are for unprinted film. Actual test methods will be supplied to anyone submitting a written request to 3M at the address given in this bulletin.

### Physical Properties

| Property | Results English Units | Metric Units |
|---|---|---|
| Thickness mm | .004"-.005" | 0.10 mm - 0.13 |
| Tensile Strength | 13 lb/in min. at 73°F | 2.3 kg/cm min. at 23°C |
| Elongation | 100% min. at 73°F | 100% min. at 23°C |
| Dimensional Stability | .032" | 0.8 mm |
| Temperature Range | -30°F to +200°F | -34°C to +93°C |
| Impact Resistance | at 73°F (23°C) | No Cracking* |
| | at -20°F (-29°C) | No Cracking* |

*(except film printed with 6600I Series Inks and 6620I Overprint Clear which has moderate cracking)

### Adhesion

| | English Units | Metric Units |
|---|---|---|
| Glass | 1.5 - 2.0 (lb/in) | .26 - .36 (kg/cm) |

### Chemical Resistance

| Chemical Agent | Exposure Time | Results |
|---|---|---|
| Water | 24 hours | No effect |
| 10% Ammonium Hydroxide | 10 minutes | No effect |

Unprinted or printed films with overprint clear are not affected by normal window cleaning solutions. Cleaning solutions containing high concentrations of alcohol may attack or cause whitening of markings processed with Series 6600I inks.

[illegible]

3M

Commercial Graphics Division
3M Center Building 220-6W-06
St. Paul, MN 55144-1000

## Related Literature

Listed below is related 3M Technical Literature which may be of some interest.

| Conditions | Product Bulletin | Instruction Bulletin(s) |
|---|---|---|
| Design of Markings | | 2.1 |
| SCOTCHCAL Series 3900 Inks | | 3.1 |
| SCOTCHCAL Series 6600I Inks | | 3.2 |
| SCOTCHCAL Series 9700 UV | 9700 | 3.4 |
| Scoring and Cutting | | 4.1 |
| Premasking and Prespacing | | 4.3 |
| Surface Preparation | | 5.1, 5.2 |
| Application | | 5.6 |
| Storage, Maintenance, and Removal | | 6.4 |
| Warranty of Products Bulletin | | - |

## Warranty and Limited Remedy

*The following is made in lieu of all other express or implied warranties, including any implied warranty of merchantability or fitness for a particular purpose:* CONTROLTAC *Plus* Films are warranted to be free of defects in materials and manufacture and to meet the specifications for the effective performance life stated in 3M's Product Bulletin. 3M will replace or refund the price of any 3M materials that do not meet this warranty within the specified time periods. Certain CONTROLTAC *Plus* Films have additional warranties or limited remedies. *See 3M's Warranty of Products Bulletin, which explain these, and the details of 3M's Matched Component System Warranty.*

These remedies are exclusive. In no case shall 3M be liable for any other direct or indirect damages or loss, including without limitation any incidental, special, or consequential damages, or any labor charges incident to the removal or replacement of finished graphic or product.

## Technical Assistance

For help on specific questions relating to 3M Commercial Graphics Division Products in the United States and Canada, call Technical Service at 800-328-3908 or write to:

**3M Commercial Graphics Division**
Technical Service
3M Center Bldg. 207-1W-22
St. Paul, MN 55144-1000

In Canada write to:

**3M Canada Inc.**
**Commercial Graphics Division**
P.O. Box 5757
London, Ontario
N6A 4T1

*Recycled Paper*
*40% Pre-consumer*
*10 % Post-Consumer*

Printed in USA
© 3M 1994

75-5100-0230-8

3M

# Product Bulletin 160-80 *Plus*

Dated November, 1994

[illegible]

## 3M™ Controltac™ *Plus* 160-80 Film



This bulletin does not contain printing or application procedures for the subject product. The appropriate Instruction Bulletin(s) may be obtained by submitting the form supplied with the product or contacting your local 3M sales representative.

Commercial Graphics Division products are not tested against automotive manufacturers' specifications and are therefore not warranted for use in fabricating graphics for automotive OEM's.

### Effective Performance Life

When printed and applied in accordance with 3M recommended procedures, the following performance may be expected. Performance statements are based upon field experience and exposure tests conducted throughout the United States; however actual durability will depend on substrate selection and preparation, exposure conditions and maintenance of the marking.

| Film | 160-80 |
|---|---|
| Unprinted | 4 yrs |
| Printed | |
| 3900 Series Screen Printing Inks with | |
| Overprint Clear 3920 | 4 yrs |
| Overprint Clear 3930 | 2 yrs |

Exceptions to the above are:

1. Desert Southwest which includes all of Arizona and New Mexico, and the desert areas of California, Nevada, Utah, and Texas. A detailed map by county is available on request.
2. 160-80 Film which has been printed with Screen Printing Ink Gold Color 3919 with 3920 overprint clear can be expected to perform for three years.
3. The warranty applies to films that are exposed at a vertical angle (defined as 90 ± 10°). A significant decrease in durability may be experienced if films are exposed other than vertically. Such non-vertical applications must be on a test and approval basis to determine acceptability. 3M does not warrant non-vertical exposures.

### Fabrication

**Screen Printing**
3M™ Scotchcal™ Screen Printing Inks Series 3900

**Offset Printing**
Vinyl Inks (test and customer approval basis)

**Overprint Clear**
For stated durability, markings printed with 3900 Series Inks must be clear coated as follows:

SCOTCHCAL Overprint Clear-Gloss 3920
SCOTCHCAL Overprint Clear-Matte 3930
For recommendations on clear coating of markings printed with other manufacturers' inks and enamels, contact the ink supplier.

**Premasking/Prespacing**

| Types of use | 3M Application Tapes |
|---|---|
| General Premasking | SCPM-3 (normally not necessary, but may be used at customer's option) |
| General Prespacing | SCPS-2 |

### Chemical and Physical Properties

Values given are typical and are not for use in specifications. If a specification is desired, a custom specification will be prepared. Any requests for a specification should be submitted through your sales representative or distributor. Actual test methods will be supplied to anyone submitting a written request to 3M at the address given in this bulletin. The data given are for unprinted film or film printed with 3900 Series Inks and Overprint Clear.

**Physical Properties**

| Property | English Units | Metric Units |
|---|---|---|
| Thickness | .004"-.005" | 0.10 mm-0.13 mm |
| Tensile Strength | 13 lb/in min at 73°F | 2.3 kg/cm min at 23°C |
| Elongation | 100% min at 73°F | 100% min at 23°C |
| Dimensional Stability | .032" | 0.8 mm |
| Temperature Range | -30°F to +200°F | -34°C to +93°C |
| Impact Resistance | at 73°F(23°C) | No Cracking |
| | at -20°F(-29°C) | No Cracking |

**Adhesion**

| | English Units | Metric Units |
|---|---|---|
| Etched Aluminum | 2.5 lbs/in | 0.5kg/cm |
| Anodized Aluminum | 2.5 | 0.5 |
| Chrome | 2.0 | 0.4 |
| ABS | 2.0 | 0.4 |
| Fruehauf Paint | 2.0 | 0.4 |

**Chemical Resistance**

| Chemical Agent | Exposure Time | Results |
|---|---|---|
| Water | 24 hours | No effect |
| 50/50 Ethylene Glycol/Water | 24 hours | No effect |
| Reference Fuel (85% Mineral Spirits/15% Xylol) | 1 hour | Slight edge attack |
| SAE 20 Motor Oil | 24 hours | No effect |
| #1 Diesel Fuel | 1 hour | Edge puckering |
| 10% Hydrochloric Acid | 10 minutes | No effect |
| 10% Ammonium Hydroxide | 10 minutes | No effect |
| VM&P Naphtha | 10 minutes | No effect |
| Mineral Spirits | 10 minutes | No effect |
| Methyl Alcohol | 10 minutes | No effect |

[redacted]

**Related Literature**

Listed below is related 3M Technical Literature which may be of some interest.

| Subject | Instruction Bulletin(s) |
|---|---|
| Design of Markings | 2.1 |
| SCOTCHCAL Series 3900 Inks | 3.1 |
| Scoring and Cutting | 4.1 |
| Premasking and Prespacing | 4.3 |
| Application | 5.6 |
| Storage, Maintenance, and Removal | 6.5 |
| Warranty of Products Bulletin | - |

**Warranty and Limited Remedy**

*The following is made in lieu of all other express or implied warranties, including any implied warranty of merchantability or fitness for a particular purpose:* CONTROLTAC *Plus* Films are warranted to be free of defects in materials and manufacture and to meet the specifications for the effective performance life stated in 3M's Product Bulletin. 3M will replace or refund the price of any 3M materials that do not meet this warranty within the specified time periods. Certain CONTROLTAC *Plus* Films have additional warranties or limited remedies. *See 3M's Warranty of Products Bulletin, which explain these, and the details of 3M's Matched Component System Warranty.*

These remedies are exclusive. In no case shall 3M be liable for any other direct or indirect damages or loss, including without limitation any incidental, special, or consequential damages, or any labor charges incident to the removal or replacement of finished graphic or product.

**Technical Assistance**

For help on specific questions relating to 3M Commercial Graphics Division Products in the United States and Canada, call Technical Service at 800-328-3908 or write to:

**3M Commercial Graphics Division**
Technical Service
3M Center Bldg. 207-1W-22
St. Paul, MN 55144-1000

In Canada write to:
**3M Canada Inc.**
**Commercial Graphics Division**
P.O. Box 5757
London, Ontario
N6A 4T1



*Recycled Paper*
*40% Pre-consumer*
*10 % Post-Consumer*

Printed in USA
© 3M 1994
75-3455-9086-5

3M

# Product Bulletin 181 *Plus*

Dated March, 1994
Text shaded gray indicates hange.

## Controltac™ *Plus* 181-10 Film for Use on Stainless Steel

**Description**
3M™ CONTROLTAC *Plus* 181-10 is highly durable film designed to be used in the production of attractive multicolored vehicle markings for use on flat, flat with rivets, and corrugated and riveted stainless steel.

| | |
|---|---|
| Color | 181-10 White |
| Adhesive | Pressure Activated Gray Pigmented Adhesive - Positionable/Repositionable |
| Liner | 94# Premium Performance Liner |
| Minimum Application Temp. | Flat surfaces 40°F(4°C)<br>Flat Surfaces with Rivets or Corrugated/ Riveted Surfaces 50°F(10°C) |
| Maximum Application Temp. | 100°F(38°C) |

The warranty for the durability of CONTROLTAC *Plus* 181-10 for commercial vehicles as stated herein does not extend to OEM automotive or personal vehicle applications which have to conform to OEM specifications.

**Expected Effective Performance Life**
When fabricated and applied in accordance with 3M recommended procedures, and exposed vertically or within ± 10° from vertical, the following performance may be expected. Performance is based upon field experience and exposure tests conducted throughout the United States. Performance can be affected by substrate selection and preparation, exposure conditions and maintenance of the marking. 181-10 film must be cut completely around rivets.

**Vertical Exposure**

| Product | 181-10 |
|---|---|
| Unprinted | 3 yrs |
| Printed 3900 Series Screen Printing Inks with Overprint Clears 3920 or 9720 UV | 3 yrs |
| Printed 7000 Series 4-Color Inks with Overprint Clear 7089 LS | 3 yrs |
| Printed 9700 Series UV Screen Printing Inks with Overprint Clear 9720 | 3 yrs |

Exceptions to the above are:
1. Film coated with Overprint Clear, Matte 3930 can be expected to perform for two years, although some hazing may be evident.
2. The warranty applies to films that are exposed at a vertical angle (defined as 90± 10 degrees). A significant decrease in durability may be experienced if films are exposed other than vertical. Such non-vertical applications must be as a test and approval basis to determine acceptability. 3M does not warrant non-vertical exposures.
3. Unprinted white film 181-10 has a tendency to chalk upon exterior exposure. Film intended for use on signs where cleaning is not practical must be printed with SCOTCHCAL Overprint Clear 3920 or SCOTCHCAL Overprint Clear 9720.
4. For applications to stainless steel flat with rivets or corrugated and riveted substrates, the film must be cut around rivets.

**Fabrication**
This bulletin does not contain detailed printing, processing or application procedures for the subject products. The appropriate Instruction Bulletin(s) may be obtained by contacting your 3M sales representative.

**Screen Printing Inks and Overprint Clears**

| | |
|---|---|
| SCOTCHCAL 3900 | SCOTCHCAL 3920, 3930 |
| | SCOTCHCAL 9720 |
| SCOTCHCAL 9700 | SCOTCHCAL 9720 |
| SCOTCHCAL 7000 LS | SCOTCHCAL 7089 LS |

NOTE: Product should not be used in areas of gasoline spillage.

**Premasking/Prespacing**

| Conditions | 3M Application Tapes |
|---|---|
| General Premasking | BPM-1 or SCPM-3 |
| General Prespacing | SCPS-2 |
| Series 3900 Inks | |
| General Premasking | BPM-1 or SCPM-3 |
| General Prespacing | SCPS-2 |
| Series 9700 UV Inks | |
| General Premasking | SCPM-44X |
| General Prespacing | SCPS-53X |
| Series 7000 LS 4-Color Inks | |
| General Premasking | SCPM-3/SCPM-44X |
| General Prespacing | SCPS-2/SCPS-53X |

**Chemical and Physical Properties**
Values given are typical and are not for use as specifications. If a specification is desired, a custom specification will be prepared. Any requests for a specification should be submitted through your local 3M sales representative. Actual test methods will be supplied to anyone submitting a written request to 3M at the address given in this bulletin.

The data given below is for unprinted film or film which has been printed and clearcoated.

Physical Properties

| Property | English Units | Metric Units |
|---|---|---|
| Thickness | 0.003"-0.004" | 0.08 mm-0.10 mm |
| Tensile Strength | 5 lb/in min. at 73°F | 0.9 kg/cm min. at 23°C |
| Dimensional Stability | 1/64" | 0.4 mm |
| Temperature Range | -40°F to +200°F | -40°C to +93°C |
| Reverse Impact Resistance | At 73°F(23°C) | No effect |
| | At 40°F(4°C) | No effect |

## Adhesion

| Substrate | English Units | Metric Units |
|---|---|---|
| Stainless Steel Surfaces | 6.0 lb/in | 1.1 kg/cm |

## Chemical Resistance

| Chemical Agent | Exposure Time | Results |
|---|---|---|
| Water | 24 hours | No effect |
| Reference Fuel (85% Mineral Spirits/15% Xylol) | 1 hour | No effect |
| SAE 20 Motor Oil | 24 hours | Slight film softening |
| 50/50 Ethylene Glycol/Water | 24 hours | No effect |
| 10% Hydrochloric Acid | 10 minutes | No effect |
| 10% Ammonium Hydroxide | 10 minutes | No effect |
| VM&P Naphtha | 10 minutes | No effect |
| Mineral Spirits | 10 minutes | No effect |
| Methyl Alcohol | 10 minutes | No effect |

## Application

Application to stainless steel substrate requires several specific application measures not used for other substrates. Refer to Instruction Bulletin 5.2 and Instruction Bulletin 5.15.

## Shelf Life

The shelf life of the film is 2 years and should be applied within 2 years of the receipt of film if unprocessed. Processed film should be applied within 1 year of processing and within 2 years of receipt of the film.

## Related 3M Literature

Listed below is related 3M Technical Literature which may be of interest.

| Subject | Product Bulletin | Instruction Bulletin(s) |
|---|---|---|
| Design of Marking | | 2.1 |
| SCOTCHCAL Series 3900 Inks | | 3.1 |
| SCOTCHCAL Series 7000 LS | 7000 | 3.10 |
| SCOTCHCAL Series 9700 UV Inks | 9700 | 3.4 |
| Scoring and Cutting | | 4.1 |
| Premasking and Prespacing | | 4.3 |
| Surface Preparation | | 5.1, 5.2 |
| Application | | 5.6 |
| Application to Stainless Steel | | 5.15 |
| Storage, Maintenance, and Removal | | 6.4 |
| Warranty of Products | | - |

## Technical Assistance

For help on specific questions relating to 3M Commercial Graphics Division Products, call Technical Service at 800-328-3908 or write to:

**3M Commercial Graphics Division**
Technical Service
3M Center Bldg. 207-1W-22
St. Paul, MN 55144-1000

In Canada call 519-452-6046 or write to:

**3M Canada**
**Commercial Graphics Division**
P.O. Box 5757
London, Ontario
N6A 4T1

**Important Notice To Purchaser**

A complete statement of the limited warranty and limited remedy covering the products described in this publication is contained in the "Warranty of Products" Bulletin, which is included in this publication by reference. A copy of the "Warranty of Products" Bulletin will be provided upon request.

**A. Limitation of Warranty and Limited Remedy**

3M warrants that the products described in this publication will perform as stated in applicable sections of the "Warranty of Products" Bulletin. If any product is proven to be defective in material or manufacture at the time of shipment or fails to perform for the warranted period, 3M's entire liability and Purchaser's exclusive remedy will be, at 3M's option, either: (a) refund of the purchase price paid by Purchaser, or (b) replacement of 3M products which were consumed in the manufacture of the graphics on a prorated basis as specified in the "Warranty of Products" Bulletin. THIS WARRANTY IS MADE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ANY IMPLIED WARRANTY ARISING OUT OF A COURSE OF DEALING OR OF PERFORMANCE, CUSTOM OR USAGE OF TRADE, EXCEPT OF TITLE AND AGAINST PATENT INFRINGEMENT.

**B. Limitation of Liability**

3M does not assume liability for any additional costs such as labor involved in the remaking of the graphics, cost for removal or reapplication of graphics, nor for replacement of non-3M materials unless specifically stated in the "Warranty of Products" Bulletin. NEITHER PARTY, UNDER ANY CIRCUMSTANCES, WILL BE LIABLE TO THE OTHER FOR DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION, NOT-SPECIFIED DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, REVENUE OR BUSINESS) RESULTING FROM OR IN ANY WAY RELATED TO THE PRODUCTS OR TO THIS WARRANTY. This limitation applies regardless of whether the damages are sought based on breach of warranty, breach of contract, negligence, strict liability in tort, or any other legal theory. If purchaser offers to its customer express or implied warranties or remedies which differ from those stated above Purchaser agrees to assume full responsibility for all liability, loss, cost, and expense arising out of, or in connection with, the different warranties and/or remedies offered by Purchaser. No statement or recommendation not contained herein shall have any force or effect unless contained in an agreement signed by officers of purchaser and 3M.

3M

**Commercial Graphics Division**
3M Center, Building 220-6W-06
St. Paul, MN 55144-1000

*Recycled Paper*
*40% Pre-consumer*
*10 % Post-Consumer*

Printed in USA
© 3M 1994
75-5100-0399-1

3M

# Product Bulletin 190

Dated March, 1994

## Controltac™ *Plus* 190 Curtain-Sided Vehicle Film

**Description**
3M™ CONTROLTAC *Plus* Series 190 Curtain-Sided Vehicle (CSV) Film is part of a Matched Component System (MCS℠) for providing attractive graphics, markings, and stripes for application to a variety of 3M approved PVC curtain material. The film is screen printable with 3M™ Scotchcal™ Series 1900 Screen printing Inks and has a positionable, permanent pressure activated adhesive. The graphics are opaque, durable, glossy, conformable, dimensionally stable, dirt resistant, and has superior flexibility properties. Both printed and unprinted film must be clear coated prior to application. This product is not warranted for awning, banner or flexible sign applications.

All customers are recommended to receive application training from 3M prior to applying the CONTROLTAC 190 film onto a curtain sided vehicle.

NOTE: This product has an adhesive which appears to be non-tacky. It is substrate specific and adheres well to PVC curtain material. It is not intended for use on other surfaces.

**Health and Safety**
Refer to the container label and the Material Safety Data Sheet for health, safety and handling information on the products referenced in this bulletin. For 3M products you may contact the 3M Corporate Emergency telephone number, 612-733-1110, and ask for operator 55.

| Product Description | |
|---|---|
| Film | 190-10 White |
| Adhesive | Positionable Permanent Pressure Adhesive |
| Liner | 94# Premium Performance Liner |
| Min. Application Temperature | 40°F (4°C) |
| Max. Application Temperature | 100°F (38°C) |

Application Tape: SCOTCHCAL SCPM-19 is recommended for CONTROLTAC *Plus* 190 CSV film for both prespacing and premasking. The use of a Heat Lamp Vacuum Applicator is not recommended.

**Expected Effective Performance Life & Warranty (Fleet only)**
When cut and applied in accordance with 3M recommended procedures to 3M approved substrates the CONTROLTAC *Plus* 190 CSV Film processed with SCOTCHCAL 1900 Inks and Overprint Clear is warranted for 5 years in exterior vertical (or within 10° of vertical) exposures.

This warranty covers failures due to edge lifting, peeling, swelling, wrinkling or cracking caused by plasticizer migration or severe flexing.

3M also warrants that the CONTROLTAC *Plus* 190 CSV Film can be fabricated, cleaned, and applied by the methods described in the Instruction Bulletin 3.11, 3.12 and 5.12.

Performance statements are based upon representative values obtained from testing. Actual performance will be determined by the degree of maintenance and the extremes of exposure conditions. Changes in appearance caused by bird deposits, insect secretions, and dirt are not covered under this warranty. Horizontal application is not recommended or warranted.

**Fabrication**
This bulletin does not contain detailed printing, processing or application procedures for the subject products. Please see summary of related, literature on the next page. The appropriate Instruction Bulletin(s) may be obtained by contacting your 3M sales or technical service representative.

**Screen Printing Inks**
SCOTCHCAL Screen Printing Inks Series 1900

**Overprint Clear**
SCOTCHCAL Overprint Clear Gloss 1920DR

**Shipping**
When shipping the CONTROLTAC *Plus* 190, the material should be rolled film side out on a 3 inch (7.5 cm) diameter core.

**Chemical and Physical Properties**
Values given are typical and are not for use as specifications. If a specification is desired, a custom specification will be prepared. Any requests for a specification should be submitted through your local sales representative. Actual test methods will be supplied to anyone submitting a written request to 3M at the address given in this bulletin. The data given below is for clearcoated film.

**Physical Properties - Screen Printed and Clear Coated Graphic**

| Property | English Units | Metric Units |
|---|---|---|
| Thickness | 0.003"-0.004" | 0.08 mm-0.1 mm |
| Temperature Range | -22°F to + 194°F | -30°C to +90°C |
| Impact Resistance | -22°F No effect | -30°C No effect |

**Adhesion***

Adhesion to cleaned PVC coated canvas (Duraskin-Complan)

| | English | Metric | |
|---|---|---|---|
| | lb/in | N/cm | (kg/cm) |
| After 24 hours at 73°F(23°C) | 2.0 | 3.6 | 0.35 |
| After 168 hours at 73°F(23°C) | 2.2 | 4.0 | 0.39 |

*Adhesion testing to flexible substrates differs significantly from that done on rigid surfaces

**Chemical Resistance**

| Chemical Agent | Exposure Time | Results |
|---|---|---|
| Water | 24 hours | No effect |
| Isopropanol | 3 hour | No effect |
| Isopropanol/water 1:1 | 3 hour | No effect |
| 10% NH40H solution | 20 hours | No effect |
| 10% HCL solution | 24 hours | No effect |
| Motor Oil | 24 hours | No effect |
| Diesel Reference Fuel | | |
| 85% benzol 15% xylol | 1 hour | No effect |
| 85% diesel 15% xylol | 20 hours | No effect |

**Maintenance**

**Cleaning**

Note: Markings damaged by improper cleaning are not covered by 3M warranty.

A wet, non-abrasive cleaner of the type suitable for high quality painted surfaces is recommended for use on emblems or markings fabricated with CONTROLTAC 190 CSV Film. The cleaner chosen must be:

1. Non-abrasive.
2. Must have a pH value between 4 and 10. (Neither strongly acidic or alkaline).
3. Free of strong solvents or alcohol.

Monthly cleaning is recommended to maximize the dirt resistant properties of the CONTROLTAC 190 CSV Film. More frequent cleaning may be required where dictated by local conditions.

For more cleaning recommendations, please refer to the CONTROLTAC *Plus* 190 CSV Film in Instruction Bulletin 5.12.

**Shelf Life**

Processed film should be applied within 1 year of processing and within 2 years of receipt of the film from 3M.

**Storage**

Film, sheeting and markings must be stored in a clean area, free from excessive moisture and direct sunlight, with ambient temperatures of 100°F (38°C) or less.

**Related 3M Literature**

Listed below is related 3M Technical Literature which may be of interest.

| Subject | Product Bulletin | Instruction Bulletin(s) |
|---|---|---|
| Design of Marking | | 2.1 |
| SCOTCHCAL Series 1900 Inks | 1900 | 3.11, 3.12 |
| Scoring and Cutting | | 4.1 |
| Premasking and Prespacing | | 4.3 |
| Surface Preparation | | 5.12 |
| Warranty of Products | | - |

**Technical Assistance**

For help on specific questions relating to 3M Commercial Graphics Division Products, call Technical Service at 800-328-3908 or write to:

**3M Commercial Graphics Division**
Technical Service
3M Center Bldg. 207-1W-22
St. Paul, MN 55144-1000

In Canada call 519-452-6046 or write to:

**3M Canada Inc.**
**Commercial Graphics Division**
P.O. Box 5757
London, Ontario
N6A 4T1

**Important Notice To Purchaser**

A complete statement of the limited warranty and limited remedy covering the products described in this publication is contained in the "Warranty of Products" Bulletin, which is included in this publication by reference. A copy of the "Warranty of Products" Bulletin will be provided upon request.

**A. Limitation of Warranty and Limited Remedy**

3M warrants that the products described in this publication will perform as stated in applicable sections of the "Warranty of Products" Bulletin. If any product is proven to be defective in material or manufacture at the time of shipment or fails to perform for the warranted period, 3M's entire liability and Purchaser's exclusive remedy will be, at 3M's option, either: (a) refund of the purchase price paid by Purchaser, or (b) replacement of 3M products which were consumed in the manufacture of the graphics on a prorated basis as specified in the "Warranty of Products" Bulletin. THIS WARRANTY IS MADE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ANY IMPLIED WARRANTY ARISING OUT OF A COURSE OF DEALING OR OF PERFORMANCE, CUSTOM OR USAGE OF TRADE, EXCEPT OF TITLE AND AGAINST PATENT INFRINGEMENT.

**B. Limitation of Liability**

3M does not assume liability for any additional costs such as labor involved in the remaking of the graphics, cost for removal or reapplication of graphics, nor for replacement of non-3M materials unless specifically stated in the "Warranty of Products" Bulletin. NEITHER PARTY, UNDER ANY CIRCUMSTANCES, WILL BE LIABLE TO THE OTHER FOR DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION, NOT-SPECIFIED DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, REVENUE OR BUSINESS) RESULTING FROM OR IN ANY WAY RELATED TO THE PRODUCTS OR TO THIS WARRANTY. This limitation applies regardless of whether the damages are sought based on breach of warranty, breach of contract, negligence, strict liability in tort, or any other legal theory. If purchaser offers to its customer express or implied warranties or remedies which differ from those stated above Purchaser agrees to assume full responsibility for all liability, loss, cost, and expense arising out of, or in connection with, the different warranties and/or remedies offered by Purchaser. No statement or recommendation not contained herein shall have any force or effect unless contained in an agreement signed by officers of purchaser and 3M.

**3M**

**Commercial Graphics Division**
3M Center Building 220-6W-06
St. Paul, MN 55144-1000

*Recycled Paper*
*40% Pre-consumer*
*10 % Post-Consumer*

Printed in USA
© 3M 1994
75-5100-0377-7

3M

# Product Bulletin 210

Dated June, 1994
Text shaded gray indicates a change.

## 3M™ Scotchcal™ 210 Special Effects Film

[redacted]

SCOTCHCAL Series 210 Fluorescent Films are dimensionally stable, glossy opaque films. They are intended for the production of electronically cut graphics which will withstand most weather conditions in applications as highly visible markings. These films are intended for use on flat and flat-with-rivet substrates. Applications to corrugated/riveted surfaces are not recommended nor warranted.

| 210 Films | Dusted Crystal | Frosted Crystal | Fluorescent |
|---|---|---|---|
| | 314 Dusted Crystal | 323 Frosted Rose | 404 Yellow Orange |
| | | 324 Frosted Crystal | 405 Yellow |
| | | 326 Frosted Green | 406 Green |
| | | 327 Frosted Blue Mint | 407 Blue |
| | | 331 Frosted Gold | 413 Fuchsia |
| | | | 414 Red Orange |
| Adhesive | Clear Pressure Sensitive (Except fluorescent which is white) | | |
| Minimum Application Temperature | 40°F(4°C) | | |
| Liner | 78# White Kraft Liner (Except 314 and 324 which have black liners) | | |

These films are activated by exposure to near-ultraviolet visible light, but do not fluoresce under "Black Light" sources, and should not be used where "Black Light" fluorescence is required.

**Special features of these films are:**
SCOTCHCAL 210-314 Dusted Crystal Film gives the uniform appearance of etched glass.
SCOTCHCAL 210-323, 324, 326, 327 and 331 Frosted Crystal Films give the uniform appearance of sand-blasted glass.
SCOTCHCAL 210-404, 405, 406, 407, 413 and 414 Fluorescent Films are extremely conspicuous under all daylight conditions and provide the high attention value desired under conditions of poor visibility, particularly at dawn or dusk.
SCOTCHCAL 210 Films may be applied to either exterior or interior surfaces but are not designed for use where they may be subject to petrochemical spillage.

**Expected Effective Performance Life**
Performance is based upon field experience and exposure tests conducted throughout the United States. Performance can be affected by substrate selection and preparation, exposure conditions and maintenance of the marking. When fabricated and applied in accordance with 3M recommended procedures, and exposed vertically, the following performance may be expected.

[redacted]

2. The warranty applies to films that are exposed at a vertical angle (defined as 90 +/- 10 degrees). A significant decrease in durability may be experienced if films are exposed other than vertical. Such non-vertical applications must be on a test and approval basis to determine acceptability. 3M does not warrant non-vertical exposures.

3. Horizontal exposure is not recommended.

**Fabrication**
This bulletin does not contain detailed processing or application procedures for the subject products. The appropriate Instruction Bulletin(s) referenced may be obtained by contacting your local 3M sales representative or distributor.

**Minimum Cutting Heights**
The minimum height recommended for text is 0.375 inches for dusted and frosted crystal and 0.5 inches for fluorescent. This is based on cutting and weeding evaluation using upper case Helvetica Medium copy. Users are encouraged to do their own evaluation for the specific heights required for a particular job. The variable characteristics of electronically controlled cutting equipment warrant that users verify their specific requirements.

Factors which affect cutting quality and capability that the user needs to take into consideration are:

1. Sharpness of knife blade: dull blades create a serrated look on the edge of the cut film.

2. Weight on knife blade:
   A. Ideal weight will result in a slight scoring of the liner.
   B. Too light a weight will cause incomplete cutting through film and adhesive.
   C. Excessive weight results in cut liner, blade dragging (which will accelerate blade wear), and a serrated cut edge on the film.

3. Temperature and relative humidity are minor considerations, but extremes, as well as rapid fluctuations, are to be avoided.
4. Stock film should be stored in the same environment as the cutting equipment.
5. Stroke width of characters, style of serifs or extensions, and small details of scanned or digitized artwork.
6. Minimum recommended stroke width is 0.040" (1.0 mm) when film is exposed to cleaning or other physical stress.

**Weeding**
It is recommended that 210 series films have the excess film weeded (removed) as soon after cutting is practical. This is to minimize the effect of possible adhesive flow occurring 24 or more hours after cutting.

**Premasking/Prespacing**



**Chemical and Physical Properties**
Values given are typical and are not for use in specifications. If a custom specification is desired, a request should be submitted through your sales representative. Actual test methods will be supplied to anyone submitting a written request to 3M at the address given in this bulletin. The data given in the chart below are for unprinted film.

**Physical Properties**

| Property | English Units | Metric Units |
|---|---|---|
| Thickness | .003"-.005" | 0.08mm-0.12mm |
| Tensile Strength | | |
| Dusted and Fluorescent | 5 lb/in min. | 0.9 kg/cm min. |
| Frosted | 3.5 lb/in min. at 73°F | 0.6 kg/cm min. at 23°C |
| Elongation | | |
| Dusted and Fluorescent | 50% at 73°F | 50% at 23°C |
| Frosted | 40% at 73°F | 40% at 23°C |
| Dimensional Stability | 0.015" | 0.3mm |
| Temperature Range | -20°F to +175°F | -29°C to +80°C |

**Adhesion**

| | | |
|---|---|---|
| Acrylic plastic sheet | 4.0 lb./in. | 0.7 kg/cm |

**Chemical Resistance**

| Chemical Agent | Exposure Time | Results |
|---|---|---|
| Water | 24 hours | No effect |
| Mild Soap and Water | 24 hours | No effect |
| 20% Isopropyl Alcohol/ 80% Water | 10 minutes | No effect |
| 10% Hydrochloric Acid | 10 minutes | No effect |
| 10% Ammonium Hydroxide | 10 minutes | No effect |

**Shelf Life**
The shelf life of the film is 2 years and the film should be applied within 2 years of the receipt of the film if unprocessed. Processing not recommended.

**Storage**
Film, sheeting and markings must be stored in a clean area, free from excessive moisture and direct sunlight, with ambient temperatures of 100°F (38°C) or less.

**Related 3M Literature**
Listed below is related 3M Technical Literature which may be of interest.

| Subject | Instruction Bulletin(s) |
|---|---|
| Premasking | 4.3 |
| Surface Preparation | 5.1 |
| Application | 5.7, 5.8 |
| Storage, Maintenance, and Removal | 6.5 |
| Warranty of Products | - |

**Technical Assistance**
For help on specific questions relating to 3M Commercial Graphics Division Products in the United States and Canada, call Technical Service at 800-328-3908 or write to:

**3M Commercial Graphics Division**
Technical Service
3M Center Bldg. 207-1W-22
St. Paul, MN 55144-1000

In Canada write to:

**3M Canada Inc.**
**Commercial Graphics Division**
P.O. Box 5757
London, Ontario
N6A 4T1

**Important Notice To Purchaser**

A complete statement of the limited warranty and limited remedy covering the products described in this publication is contained in the "Warranty of Products" Bulletin, which is included in this publication by reference. A copy of the "Warranty of Products" Bulletin will be provided upon request.

**A. Limitation of Warranty and Limited Remedy**

3M warrants that the products described in this publication will perform as stated in applicable sections of the "Warranty of Products" Bulletin. If any product is proven to be defective in material or manufacture at the time of shipment or fails to perform for the warranted period, 3M's entire liability and Purchaser's exclusive remedy will be, at 3M's option, either:
(a) refund of the purchase price paid by Purchaser, or
(b) replacement of 3M products which were consumed in the manufacture of the graphics on a prorated basis as specified in the "Warranty of Products" Bulletin. THIS WARRANTY IS MADE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ANY IMPLIED WARRANTY ARISING OUT OF A COURSE OF DEALING OR OF PERFORMANCE, CUSTOM OR USAGE OF TRADE, EXCEPT OF TITLE AND AGAINST PATENT INFRINGEMENT.

**B. Limitation of Liability**

3M does not assume liability for any additional costs such as labor involved in the remaking of the graphics, cost for removal or reapplication of graphics, nor for replacement of non-3M materials unless specifically stated in the "Warranty of Products" Bulletin. NEITHER PARTY, UNDER ANY CIRCUMSTANCES, WILL BE LIABLE TO THE OTHER FOR DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION, NOT-SPECIFIED DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, REVENUE OR BUSINESS) RESULTING FROM OR IN ANY WAY RELATED TO THE PRODUCTS OR TO THIS WARRANTY. This limitation applies regardless of whether the damages are sought based on breach of warranty, breach of contract, negligence, strict liability in tort, or any other legal theory. If purchaser offers to its customer express or implied warranties or remedies which differ from those stated above Purchaser agrees to assume full responsibility for all liability, loss, cost, and expense arising out of, or in connection with, the different warranties and/or remedies offered by Purchaser. No statement or recommendation not contained herein shall have any force or effect unless contained in an agreement signed by officers of purchaser and 3M.

**3M**

**Commercial Graphics Division**
3M Center Building 220-6W-06
St. Paul, MN 55144-1000

*Recycled Paper*
*40% Pre-consumer*
*10 % Post-Consumer*

Printed in USA
© 3M 1994
75-3455-9229-1