IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | |
| Plaintiffs, | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | |
| AVERY-DENNISON CORPORATION, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

On January 16, 2007, I served a copy of the within documents described as

**(1) AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE THE PARTIES' DAMAGES AGREEMENT AND FOR JUDGMENT IN THE AMOUNT OF $5,897,062.00;**

**(2) DECLARATION OF JOHN W. CORNELL IN SUPPORT OF OPPOSITION TO MOTION TO ENFORCE PARTIES' DAMAGES AGREEMENT; and**

**(3) WORD COUNT COMPLIANCE LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE THE PARTIES' DAMAGES AGREEMENT AND FOR JUDGMENT IN THE AMOUNT OF $5,897,062.00**

By transmitting via United States District Court for the District of Minnesota

Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

Jonathan E. Singer
John C. Adkisson
Katherine A. Moerke
Fish & Richardson, P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley

589584\v1