UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

Civil Action No. 01-1781 JRT/FLN

v.

AVERY DENNISON CORPORATION,

Defendant.

---

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO ENFORCE PARTIES' DAMAGES AGREEMENT AND FOR JUDGMENT IN THE AMOUNT OF $5,897,062.00**

I, John C. Adkisson, certify that Plaintiffs' Reply Memorandum of Law in Support of Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00 complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 3,687 words.

Dated: January 24, 2007

s/John C. Adkisson
Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Sara Cotton (#386426)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY

60405349.doc