UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**DECLARATION OF SARA COTTON**

1. I am an attorney with the law firm of Fish & Richardson, P.C., which represents Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "3M") in the above-captioned litigation.

2. Attached as Exhibit 1 is a true and correct copy of 3M's First Set of Interrogatories [Nos. 1-15]; and

3. Attached as Exhibit 2 is a true and correct copy of Avery Dennison's 2005 Annual Report.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2007

s/Sara Cotton
Sara Cotton

60405345.doc