

# This is Innovation

Annual Report 2005

AVERY DENNISON



Inside front cover photo: Ron North, Steve Raskin and Mabel Ugarte (left to right) represent several Office Products North America Horizons teams. In 2005, more than 600 Horizon 1 projects were launched across the Company to develop and market new products, services or applications.

## Financial Overview

| (Dollars in millions, except per share amounts) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net sales from continuing operations | $5,473.5 | $5,317.0 | $4,736.8 |
| Net income from continuing operations | $ 291.8 | $ 281.0 | $ 245.1 |
| Net income from continuing operations as a percent of sales | 5.3 | 5.3 | 5.2 |
| Net income from continuing operations per common share, assuming dilution | $ 2.90 | $ 2.79 | $ 2.45 |
| Net income | $ 226.4 | $ 279.7 | $ 267.9 |
| Net income, as a percent of sales | 4.1 | 5.3 | 5.7 |
| Net income per common share, assuming dilution | $ 2.25 | $ 2.78 | $ 2.68 |
| Dividends per common share | 1.53 | 1.49 | 1.45 |
| Capital expenditures | 171.6 | 205.7 | 203.6 |
| Return on average shareholders' equity (percent) | 14.6 | 19.9 | 22.3 |

## This is Avery Dennison

Creating innovative new products, applications and services is one way we meet our commitment to long-term, top-line growth.

# Dear Fellow Shareholders:

2005 was a challenging year, due primarily to intense raw material cost inflation that drove soft demand in some of our businesses. After an admittedly rough start, we made significant progress against our strategic priorities this past year:

> We successfully implemented pricing actions across most of our businesses, which offset more than $100 million of additional raw material and energy-related costs. > We continued to capture the rapid growth of emerging markets, and we achieved a major milestone in our RFID business by commercializing our high-speed, high-volume manufacturing process. > We increased productivity, bringing the year to a close with a much improved operating margin and with significant actions under way to drive continued margin expansion over the next few years.

**Highlights of our financial results for the year**

- Reported sales from continuing operations grew to $5.5 billion in 2005 — a 3 percent increase compared with 2004.
- Diluted earnings per share were $2.25, compared with $2.78 per share in 2004.
- Adjusted earnings per share on a diluted basis were $3.46, compared with $3.06 per share in 2004, reflecting growth of 13 percent. Adjusted earnings per share exclude restructuring, asset impairment, lease cancellation and divestiture-related charges and transition costs, as well as the incremental tax expense associated with the repatriation of earnings from certain foreign subsidiaries, expense accrual related to a patent lawsuit and gain on sale of assets.

**Focus on continued margin improvement**

During the fourth quarter of 2005, we took actions across most of our businesses to accelerate productivity. While these actions negatively impacted 2005 earnings, we expect these steps will yield approximately $80 million to $90 million in annualized cost savings over the next two years.

In 2006, we will maintain our focus on improving margins as we continue to increase prices to offset additional raw material cost increases. Margins will also improve as we focus on growing higher margin product categories, such as our Avery-brand printable media products, and as we exit product lines which have little competitive advantage. We began that process in 2005 with the planned divestiture of certain European office filing products and our raised reflective highway marker businesses.

During 2005, we also embarked on a significant program to streamline and simplify our operations. Our businesses will continue to be organized globally with operations, commercial functions and R&D remaining decentralized and focused on our customers. Support



**Dean A. Scarborough**
President and Chief Executive Officer



**Kent Kresa**
Chairman of the Board of Directors

functions, such as human resources, information technology and accounting, will be more centralized to provide services to our business units more efficiently and effectively. The result will be businesses that have fewer layers, are more responsive to customers and ultimately more cost-effective.

**Sales growth a key priority**

Profitable top-line growth is a top priority. Revenue growth was less than expected in 2005, due to slower market conditions in North America and some higher than expected market share loss as we raised prices. We expect sales growth to improve in 2006 as market conditions stabilize.

The emerging markets of Asia, Eastern Europe and Latin America continue to be our most important growth driver. Sales in these markets, which have grown consistently at solid double-digit rates, reached nearly $1.2 billion in 2005, comprising more than 20 percent of our total revenue. We are accelerating our investments to capture additional growth in these markets — particularly in China and India where we will expand the manufacturing base for our pressure-sensitive materials and retail information services businesses.

**Major progress in RFID**

RFID technology is the hottest development in supply chain management since the invention of the now ubiquitous bar code. Capturing a major share of the emerging RFID market continues to be a key priority.

Like the bar code, the ideal method for affixing an RFID chip and antenna to virtually any item is to use a pressure-sensitive label. Spurred by supplier requirements of leading global retailers, including Wal-Mart, Target, Metro and Tesco, as well as the U.S. Department of Defense, businesses around the world are beginning to enhance the performance of their supply chains to utilize RFID technology.

2005 was a year of solid progress. We commercialized our high-speed manufacturing process, and we introduced the industry's first high-volume Gen 2 RFID inlays at a highly competitive price. In addition, we signed an intellectual property licensing agreement with Intermec Corporation that provides us with access to certain portfolios of patented RFID technology, including applications for RFID-enabled tags and printers.

**"RFID technology is the hottest development in supply chain management since the invention of the now ubiquitous bar code. Capturing a major share of the emerging RFID market continues to be a key priority."**

Our competitive advantages in this market are our low-cost, high-speed, high-yield inlay manufacturing process; superior technical design to achieve excellent read rates; and our close relationship with label converters. We believe that RFID "smart labels" and related Avery Dennison Intelligent Label Technology applications will be a large growth engine for our Company in years to come.

#### New markets, new products, new services

Demand for pressure-sensitive label materials continues to grow as the technology begins to penetrate new markets — particularly the food and beverage segment. Sales for pressure-sensitive materials for beer label applications were approximately $35 million globally in 2005 and are growing rapidly. New materials for electronic products and other durable goods are also growing at double-digit rates. Our graphics and reflective materials businesses are showing strong growth in emerging markets.

Our Avery-brand office products continue to rank among the industry's most distinguished and recognizable brand names. Avery-brand products enjoy a reputation for quality, reliability and convenience. We are sharpening our focus in this business by deemphasizing low-margin product lines while expanding our high-margin, printable media business through targeted marketing programs to drive sales.

Our retail information services business continues to serve major apparel manufacturers and retailers, growing through geographic expansion and the development of new products — such as our new heat-transfer label that is applied directly to apparel fabric.

#### Values and business ethics reinforced

Avery Dennison has a seven-decade tradition of operating with a solid set of values and business ethics. To reinforce the importance of these deeply rooted principles, we have implemented a global employee education program on our values, business ethics and code of conduct. This program provides training in local languages to help ensure that our employees are informed on proper business procedures.

#### Transitions

As planned, Philip M. Neal retired from the positions of chief executive officer and chairman of the board of directors in 2005. We thank Phil for his many contributions during his 32-year career at Avery Dennison. He played a vital role in building Avery Dennison's solid foundation for future growth.

**"We are optimistic about 2006 and beyond. Avery Dennison has market-leading positions in pressure-sensitive materials, office products and retail information services."**

Upon Phil's retirement from the board, Kent Kresa was elected to the position of non-executive chairman. Kent has served on our board for more than seven years, and is chairman emeritus of Northrop Grumman Corporation where he worked for 28 years in a variety of positions, including chairman and chief executive officer for 13 years.

We also welcomed Patrick Siewert, senior advisor with Coca-Cola International, as a new addition to our board in 2005. His extensive marketing and operational management experience, particularly in Asian markets, will provide valuable insight to our Company.

#### Confidence in our future

We are optimistic about 2006 and beyond. Avery Dennison has market-leading positions in pressure-sensitive materials, office products and retail information services. Each of these businesses has solid competitive advantages in growing markets. Emerging markets and RFID also offer excellent opportunities for future growth.

Our productivity will accelerate as we streamline and simplify our organizational structure. We have the tools — including our Horizons growth program and Enterprise Lean Sigma continuous improvement initiative — as well as an impressive, highly dedicated workforce to achieve our aggressive goals.

We thank our talented employees around the world for their hard work in 2005. Our accomplishments last year — from our successful cost reduction efforts to the introduction of a variety of new products and services — could not have been achieved without their commitment.

We thank you, our shareholders, for your support throughout the year. We look forward to achieving significant progress in 2006.

Sincerely,

Dean A. Scarborough
President and
Chief Executive Officer

Kent Kresa
Chairman of the Board
of Directors

March 10, 2006

# This is Branding

How do you communicate a product's brand image more effectively? With eye-catching labels made with clear, pressure-sensitive Fasson-brand films.





# This is A Brand New Market

China's Kingway Brewery Co. Ltd. is just one of a growing number of beer producers that use Avery Dennison's clear-on-clear label material to market their premium brands in restaurants and pubs.

## New Applications for Untapped Markets

Growth opportunities for pressure-sensitive materials are virtually limitless, as consumer product manufacturers continue to discover the advantages that self-adhesive labels provide. Beer and beverage companies are shifting from glue-based paper labels to pressure-sensitive labels for the enhanced shelf appeal and improved functionality they offer in environments where humidity levels and temperatures vary.

We continue to identify new applications for pressure-sensitive label materials and to work closely with consumer product manufacturers to develop materials that have the exact performance attributes they need. The result? A new image for their brand, and an entirely new market for our materials.



**Christian Simcic**
Group Vice President
Roll Materials Worldwide

# This is Now

Avery Dennison's introduction of the first high-volume, low-cost, Gen 2 RFID inlay is making possible remarkable new efficiencies in product tracking and distribution.





# This is The Future

Avery Dennison's industry-leading manufacturing capacity for RFID inlays ensures that we will meet the expected surge in demand for RFID labels.

## Positioned to Meet Demand

RFID is no longer a "technology of the future" — it is here now. Retailers around the world are leading the way in adopting RFID technology into their supply chain systems and in requiring their suppliers to ship goods with RFID-enabled labels.

At Avery Dennison, we are ready. Our extensive RFID research and development has enabled us to create high-performance, cost-efficient inlays that are ideal for supply chain use. Our Intelligent Label Technology combined with our years of experience uniquely position us to build upon our close working relationships with label converters as they convert RFID inlays into finished labels.

**Robert Malchione**
Senior Vice President
Corporate Strategy
and Technology

# This is Image

Avery-brand Clean-Edge Business Cards enable small businesses to create a customized, professional look.





# This is Impact

By helping business owners succeed, we succeed. Our print-enabled office products allow business owners to create polished images that inspire customer confidence in their businesses.

## Creativity Flourishes

Avery-brand products offer a variety of consumer and office solutions that enable small businesses to create virtually any promotional material that a large business can — including customized address labels, signage, business cards, banners, T-shirts, greeting cards, dividers, CD and DVD labels and even magnets.

Avery software products are designed to print with ease in virtually all desktop printer models on the market today. No wonder the Avery brand is synonymous with quality and convenience.



**Tim Clyde**
Group Vice President
Office Products Worldwide

# This is Fashion

No more scratchy labels—thanks to Avery Dennison heat-transfer labels that apply information directly to fabric for maximum comfort.






# This is A Perfect Fit

Reebok International came to us for its new line of sportswear because our proprietary heat-transfer label technology could meet its extremely stringent requirements.

## Serving our Customers

Leading apparel manufacturers and retailers select Avery Dennison to supply brand identification tags, tickets and labels to bring added impact and convenience to their merchandise.

But that's not all. They also count on us to provide comprehensive data management systems and supply chain services. By positioning our ticketing sites close to our customers around the world, we ensure that the products they ship from their manufacturing facilities are accurately tagged and ready to go directly onto the retail floor for immediate merchandising.

**Simon Coulson**
Group Vice President
Retail Information Services
Worldwide

# This is Navigation

When it comes to making road signs easy to understand anytime, anywhere, our proprietary reflective technology is as different as night and day.





# This is The Right Direction

The Avery Dennison technology that makes road signs highly visible also makes them remarkably durable. These strengths make our reflective business the partner of choice in growing markets worldwide.

## Pointing the Way

As developing countries continue to expand their highway systems, their demand for reflective signage is driving growth in our reflective materials business.

To provide the highway safety and vehicle marking markets with products that clearly meet their needs, we leverage our manufacturing expertise in glass-beaded and prismatic retroreflective films.

**Sandra Beach Lin**
Group Vice President
Specialty Materials and
Converting Worldwide




## This is a World of Possibilities

From high-quality shipping labels to vibrant labels on consumer products… from convenient self-adhesive postage stamps to clear labels on premium beverage bottles… from garment tags that identify size by color coding to innovative office labels that are printable on desktop printers and are quick to peel… when it comes to growth opportunities for Avery Dennison, the possibilities are endless.

2005 Sales
by Business

# Our Businesses At a Glance

**57%**



### Pressure-sensitive Materials

Pressure-sensitive Materials consists of Fasson-brand roll materials, graphics and reflective materials, performance polymers and engineered films. Roll materials are used in brand identity, barcode labeling systems, product identification and other applications by label converters and consumer products package designers and manufacturers. Graphics and reflective materials are used in wide-format digital printing, sign-making, traditional screen printing and offset printing to serve the graphic arts, vehicle marking, transportation and highway-safety industries. Performance polymers are an extensive line of water-based and solvent-based pressure-sensitive adhesives used in film and paper labels, graphic films, specialty automotive and industrial tapes, and protective films for windows and consumer goods. Locations: North America, Europe, Latin America, Asia Pacific and South Africa.

**21%**



### Office and Consumer Products

Office and Consumer Products manufactures a wide range of products for office, home and school including Avery-brand self-adhesive labels, content and template software, binders, sheet protectors, dividers and index makers, writing instruments, cell phone labels, T-shirt transfers, security badge systems and do-it-yourself business cards. Locations: North America, Europe, Latin America and Asia Pacific.

**12%**



### Retail Information Services

Retail Information Services designs, manufactures and sells a variety of price marking and brand identification products for retailers, apparel manufacturers, distributors and industrial customers worldwide. These include woven and printed labels, heat transfers, graphic tags, patches, integrated tags, price tickets, custom hard and soft goods packaging, RFID carton and item tags, barcode printers, software solutions, molded plastic fastening and application devices, as well as service bureau printing applications for supply chain and security management. Locations: North America, Europe, Latin America, Asia Pacific and South Africa.

**10%**



### Other Specialty Converting Businesses

This group consists of several different businesses. The Specialty Tapes business produces technically advanced pressure-sensitive tapes that are used by industrial fabricators, original equipment manufacturers, medical device manufacturers and in disposable diaper products. The Industrial and Automotive Products business manufactures high-quality converted materials such as decorative automotive interior films and long-life paint replacement films. The Security Printing business manufactures self-adhesive postage stamps and battery labels. The RFID business produces RFID inlays for label converters who supply pressure-sensitive labels to diverse end-user markets. Locations: North America, Europe, Latin America and Asia Pacific.

# Five-Year Summary

| (Dollars in millions, except per share amounts) | 5-Year Compound Growth Rate | 2005(1) Dollars | % | 2004(2) Dollars | % | 2003(3) Dollars | % | 2002(4) Dollars | % | 2001(5) Dollars | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **For the Year(6)** | | | | | | | | | | | |
| Net sales | 7.6% | $ 5,473.5 | 100.0 | $ 5,317.0 | 100.0 | $ 4,736.8 | 100.0 | $ 4,127.5 | 100.0 | $ 3,720.0 | 100.0 |
| Gross profit | 4.5 | 1,621.1 | 29.6 | 1,575.0 | 29.6 | 1,453.9 | 30.7 | 1,328.4 | 32.2 | 1,211.6 | 32.6 |
| Marketing, general and administrative expense | 6.4 | 1,132.8 | 20.7 | 1,105.8 | 20.8 | 1,026.3 | 21.7 | 894.8 | 21.7 | 811.8 | 21.8 |
| Interest expense | .4 | 57.9 | 1.1 | 58.7 | 1.1 | 58.6 | 1.2 | 44.7 | 1.1 | 51.0 | 1.4 |
| Income from continuing operations before taxes | (2.2) | 366.8 | 6.7 | 375.3 | 7.1 | 338.5 | 7.1 | 361.1 | 8.7 | 349.1 | 9.4 |
| Taxes on income | (11.2) | 75.0 | 1.4 | 94.3 | 1.8 | 93.4 | 2.0 | 106.9 | 2.6 | 111.9 | 3.0 |
| Income from continuing operations | 1.3 | 291.8 | 5.3 | 281.0 | 5.3 | 245.1 | 5.2 | 254.2 | 6.2 | 237.0 | 6.4 |
| Income (loss) from discontinued operations, net of tax | N/A | (65.4) | N/A | (1.3) | N/A | 22.8 | N/A | 3.0 | N/A | 6.2 | N/A |
| Net income | (4.4) | 226.4 | 4.1 | 279.7 | 5.3 | 267.9 | 5.7 | 257.2 | 6.2 | 243.2 | 6.5 |

| | 5-Year Compound Growth Rate | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|
| **Per Share Information** | | | | | | |
| Income per common share from continuing operations | .8% | $ 2.91 | $ 2.81 | $ 2.47 | $ 2.58 | $ 2.42 |
| Income per common share from continuing operations, assuming dilution | 1.1 | 2.90 | 2.79 | 2.45 | 2.56 | 2.40 |
| Net income per common share | (4.7) | 2.26 | 2.80 | 2.70 | 2.61 | 2.49 |
| Net income per common share, assuming dilution | (4.6) | 2.25 | 2.78 | 2.68 | 2.59 | 2.47 |
| Dividends per common share | 6.6 | 1.53 | 1.49 | 1.45 | 1.35 | 1.23 |
| Average common shares outstanding | .4 | 100.1 | 99.9 | 99.4 | 98.5 | 97.8 |
| Average common shares outstanding, assuming dilution | .1 | 100.5 | 100.5 | 100.0 | 99.4 | 98.6 |
| Book value at fiscal year end | 12.3 | $ 15.16 | $ 15.47 | $ 13.24 | $ 10.64 | $ 9.49 |
| Market price at fiscal year end | .1 | 55.27 | 59.97 | 54.71 | 59.05 | 56.20 |
| Market price range | | 50.30 to 62.53 | 54.90 to 65.78 | 47.75 to 63.51 | 52.86 to 69.49 | 44.39 to 60.24 |
| **At Year End(6)** | | | | | | |
| Working capital(7) | | $ 31.0 | $ 151.8 | $ (56.8) | $ (92.4) | $ 21.2 |
| Property, plant and equipment, net(7) | | 1,295.7 | 1,374.4 | 1,287.1 | 1,178.1 | 1,047.6 |
| Total assets | | 4,203.9 | 4,399.3 | 4,118.1 | 3,656.3 | 2,915.0 |
| Long-term debt | | 723.0 | 1,007.2 | 887.7 | 837.2 | 626.6 |
| Total debt | | 1,087.7 | 1,211.7 | 1,180.3 | 1,144.2 | 849.3 |
| Shareholders' equity | | 1,511.9 | 1,548.7 | 1,318.7 | 1,056.4 | 929.4 |
| Number of employees | | 22,600 | 21,400 | 20,300 | 20,500 | 17,300 |
| **Other Information(6)** | | | | | | |
| Depreciation expense(7) | | $ 154.2 | $ 145.8 | $ 141.9 | $ 122.5 | $ 119.9 |
| Research and development expense(7) | | 85.4 | 81.8 | 74.3 | 74.0 | 69.0 |
| Effective tax rate(7) | | 20.4% | 25.1% | 27.6% | 29.6% | 32.1% |
| Total debt as a percent of total capital | | 41.8 | 43.9 | 47.2 | 52.0 | 47.8 |
| Return on average shareholders' equity (percent) | | 14.6 | 19.9 | 22.3 | 25.7 | 27.4 |
| Return on average total capital (percent) | | 10.1 | 12.1 | 12.4 | 13.9 | 15.0 |

(1) Results for 2005 include a net pretax charge of $63.6 for restructuring costs, asset impairment and lease cancellation charges and legal accrual related to a patent lawsuit, partially offset by gain on sale of assets. Additionally, results for 2005 include impairment charges for goodwill and intangible assets of $74.4 associated with the expected divestiture of a business.

(2) Results for 2004 include a pretax charge of $35.2 for restructuring costs, asset impairment and lease cancellation charges. Results for 2004 reflect a 53-week period.

(3) Results for 2003 include a net pretax charge of $30.5 for restructuring costs, asset impairment and lease cancellation charges and net losses associated with several product line divestitures, partially offset by a gain from the settlement of a lawsuit. Additionally, results for 2003 included a pretax gain on sale of discontinued operations of $25.5.

(4) Results for 2002 include a pretax charge for asset impairment and lease cancellation charges of $21.4, as well as a pretax charge of $10.7 related to severance.

(5) Results for 2001 include a pretax gain of $20.2 on the sale of the Company's specialty coatings business and a pretax cost reduction charge of $19.9.

(6) Certain amounts for prior years were reclassified to conform with the current year presentation.

(7) Amounts related to continuing operations.

# Management's Discussion and Analysis of Results of Operations and Financial Condition

## ORGANIZATION OF INFORMATION

Management's Discussion and Analysis provides a narrative concerning our financial performance and condition that should be read in conjunction with the accompanying financial statements. It includes the following sections:


- Overview and Outlook .... 19
- Analysis of Results of Operations .... 23
- Results of Operations by Segment .... 25
- Financial Condition .... 27
- Related Party Transactions .... 32
- Critical Accounting Policies and Estimates .... 32
- Recent Accounting Requirements .... 34
- Risk Factors (Safe Harbor Statement) .... 34
- Market-Sensitive Instruments and Risk Management .... 35


## OVERVIEW AND OUTLOOK

### *Overview*

*Sales*

Our sales from continuing operations increased 3% in 2005 compared to 12% growth in 2004, reflecting the factors summarized in the following table.

| Estimated change in sales due to: | 2005 | 2004 | 2003 |
|---|---|---|---|
| Core unit volume* | (1)% | 8% | 4% |
| Pricing & product mix | 2 | (1) | (2) |
| Foreign currency translation | 2 | 5 | 7 |
| Acquisitions | – | – | 6 |
| | 3% | 12% | 15% |

*Core unit volume is a measure of sales performance that excludes the estimated impact of acquisitions, divestitures, changes in product mix and pricing, and currency translation. We use this measure to evaluate underlying demand for our products and services, and to assess sales trends over time.

The decrease in core unit volume in 2005 reflects the following factors:

- Loss of market share in our North American roll materials business following our implementation of selling price increases to offset higher raw material costs
- The impact of an extra week in the 2004 fiscal year
- Accelerated purchases by Office and Consumer Products customers in advance of our 2005 selling price increases, which contributed to higher growth in 2004

In addition to the factors noted above for 2004, core unit volume also benefited in that year from additional sales in the Retail Information Services segment as a result of customer preparation for increased exports from China following the elimination of apparel manufacturing quotas in January 2005.

The improvement in pricing and product mix in 2005 was primarily due to the impact of selling price increases implemented to offset higher raw material costs.

*Cost Reduction Actions*

In 2005, we initiated company-wide cost reduction efforts which are expected to improve our global operating efficiencies. These actions include reductions in headcount, which impact most businesses and geographic regions and expected divestitures of low-margin businesses and product lines. In connection with these actions, we recorded cash and non-cash charges related to severance and other employee-related costs, as well as asset impairments. The charges are detailed in "Cost Reduction Actions" below.

*As a result of our expected sale of a business in 2006 that manufactures raised reflective pavement markers and the divestiture of our package label converting business in Europe in October 2003 (discussed below in "Acquisitions and Divestitures"), the discussions which follow generally reflect summary results from our continuing operations unless otherwise noted. However, the net income and net income per share discussions include the impact of discontinued operations.*

*Net Income*

Net income decreased $53.3 million or 19% in 2005 compared to 2004.

Negative factors affecting the change in net income included:

- Restructuring and asset impairment charges in 2005, which exceeded charges taken in 2004
- Incremental spending on growth initiatives, including the development of our radio frequency identification ("RFID") business
- Higher pension and medical costs
- Write-off of inventories, primarily related to a product launch

Positive factors affecting the change in net income included:

- Higher sales
- Cost savings from productivity improvement initiatives, including actions taken in 2005 and the closure of two European plants during the first six months of 2004
- Benefit of a lower effective tax rate

***Summary Results by Segment***

| | Net Sales | | Operating Income[1] | |
|---|---|---|---|---|
| (In millions) | 2005 | 2004 | 2005 | 2004 |
| Pressure-sensitive Materials | $ 3,114.5 | $ 2,984.6 | $ 259.6 | $ 221.4 |
| Office and Consumer Products | 1,136.1 | 1,172.5 | 168.0 | 186.4 |
| Retail Information Services | 674.8 | 636.1 | 42.7 | 47.8 |
| Other specialty converting businesses | 548.1 | 523.8 | 9.5 | 35.5 |
| Corporate expense | – | – | (55.1) | (57.1) |
| Interest expense | – | – | (57.9) | (58.7) |
| Total from continuing operations | $ 5,473.5 | $ 5,317.0 | $ 366.8 | $ 375.3 |

(1) Operating income refers to income before taxes; segment operating income refers to income before interest and taxes

*Pressure-sensitive Materials (57% of net sales)*

Our Pressure-sensitive Materials segment reported a 4% increase in sales in 2005 compared to 2004. Approximately 60% of the incremental sales was due to the positive impact of changes in pricing and product mix, reflecting increased selling prices implemented to offset higher raw material costs. This benefit was partially offset by a decrease in core unit volume due in part to the impact of the extra week in 2004. A decline in core unit volume in North America, which reflected market share loss (related to price increases), was partially offset by growth from international sales. Foreign currency translation also contributed to sales growth for this segment.

Operating income for this segment increased $38 million or 17% in 2005, reflecting cost savings from productivity improvement initiatives, including the closure of two European plants during the first six months of 2004. Operating income for this segment included charges related to restructuring costs and asset impairment in both 2005 and 2004. The impact of higher raw material costs was offset by selling price increases.

*Office and Consumer Products (21% of net sales)*

Our Office and Consumer Products segment reported a 3% decrease in sales in 2005 compared to 2004. The decrease in sales was primarily due to the impact of accelerated purchases in 2004 by customers in advance of our 2005 selling price increases, and the impact of an extra week in 2004. The decrease in core unit volume was partially offset by a positive impact of changes in pricing and product mix and the favorable impact of foreign currency translation.

Operating income for this segment decreased $18 million or 10%, reflecting lower sales volume and the write-off of inventories and equipment, primarily due to a product launch. Operating income for this segment included a charge related to restructuring costs and asset impairment charges in 2005. These decreases were partially offset by cost savings from productivity improvement initiatives. The 2005 selling price increases offset the cumulative effect of raw material inflation since the beginning of 2004.

*Retail Information Services (12% of net sales)*

The Retail Information Services segment reported a 6% increase in sales in 2005 compared to 2004. Approximately 40% of the increase was due to core unit volume growth, reflecting continued growth of the business in Asia and Latin America. The benefit to core unit volume was partially offset by additional sales in 2004 as a result of customer preparation for increased exports from China following the elimination of apparel manufacturing quotas in January 2005. The balance of the growth reflected incremental sales from acquisitions and the favorable impact of foreign currency translation.

Operating income for this segment decreased $5 million or 11% due to charges for restructuring and asset impairments in 2005 and higher spending associated with growth initiatives. Partially offsetting these factors was the benefit of productivity improvement actions, including the ongoing migration of production from Hong Kong to lower cost facilities in mainland China.

*Other specialty converting businesses (10% of net sales)*

Other specialty converting businesses reported a 5% increase in sales in 2005 compared to 2004 due to core unit volume growth, as well as the favorable impact of foreign currency translation. Operating income for these businesses decreased $26 million or 73% reflecting costs related to the development of the RFID business and charges related to restructuring costs and asset impairments in 2005. In 2005, due to the commercialization of our RFID business, we have included RFID in this group of businesses. Financial results of this group have been restated for years presented herein to reflect this change.

***Sales Growth by Region***

Excluding the impact of acquisitions, divestitures, and foreign currency translation, we estimate sales growth (decline) in major regions of operation as follows:

| | 2005 | 2004 | 2003 |
|---|---|---|---|
| U.S. | (3)% | 5% | 1% |
| Europe | 3% | 5% | 4% |
| Asia | 13% | 26% | 15% |
| Latin America | 4% | 19% | 15% |

In the U.S., the decrease in 2005 was partially due to market share loss and a slow market in Pressure-sensitive Materials, as well as accelerated purchases in 2004 by Office and Consumer Products customers in advance of our 2005 selling price increases.

These negative factors were partially offset by selling price increases. Weaker demand in the U.S. also reflected a practice among end users of our products to move manufacturing outside the U.S. This shift is offset by growth in emerging markets, where manufacturing has moved.

In Asia, the pace of growth in 2005 moderated throughout the region, including China. The comparison to 2004 was also affected by additional sales in the Retail Information Services segment in 2004 as a result of customer preparation for increased exports from China following the elimination of apparel manufacturing quotas in January 2005.

In Latin America, the roll materials business was affected by market share loss as a result of selling price increases, although there was a benefit from higher selling prices.

In addition to the factors above, the impact of the extra week in 2004 also affected comparisons of growth between 2005 and 2004 for all regions.

***Cost Reduction Actions and Other Expense***

| (In millions, pretax) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Restructuring costs | $ 37.5 | $ 23.6 | $ 22.0 |
| Asset impairment & lease cancellation charges | 28.1 | 11.6 | 8.2 |
| Losses from product line divestitures | – | – | 4.1 |
| Other | (2.0) | – | (3.8) |
| Other expense, net | $ 63.6 | $ 35.2 | $ 30.5 |

During the fourth quarter of 2005, we announced cost reduction actions related to restructuring and anticipated product line divestitures (discussed in “Acquisitions and Divestitures” below). We recorded charges related to severance and related costs and non-cash charges for asset impairments, included in the table above. These actions impact most businesses and geographic regions and are expected to be completed by the end of 2006. The restructuring actions, including anticipated charges in early 2006, are expected to result in annualized pretax savings of $80 million to $90 million when completed. We expect to reinvest some of the savings into future growth opportunities. In addition to the fourth quarter charges, other charges were recorded earlier in 2005 including the closure of our Gainesville, Georgia label converting plant, which was completed during the third quarter of 2005.

Also included in “Other Expense” in 2005 was an accrual for legal expenses related to a patent lawsuit, offset by gains on the sale of assets.

The restructuring charges associated with severance and asset impairments recorded during 2004 were related to the completion of the integration of the 2002 acquisition of Jackstädt into our other existing businesses. We closed a manufacturing facility in France during the first quarter of 2004 and a manufacturing facility in Italy during the second quarter of 2004.

In 2003, the restructuring charges related to the integration of Jackstädt and other productivity improvement initiatives.

See also Note 10 “Components of Other Income and Expense,” to the Consolidated Financial Statements for further detail.

***Effective Rate of Taxes on Income***

The effective tax rate was 20.4% for the full year 2005 compared to 25.1% for the full year 2004. Our 2005 tax rate included benefits from:

- Changes in the geographic mix of income
- Continued improvements in our global tax structure
- Several favorable global tax audit settlements

These benefits were partially offset by incremental expense associated with the repatriation of accumulated foreign earnings under the American Jobs Creation Act of 2004.

The effective tax rate for 2004 included the benefits from changes in the geographic mix of income, continued improvements in our global tax structure and several favorable global tax audit settlements.

***Free Cash Flow***

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net cash provided by operating activities | $ 441.6 | $ 516.9 | $ 348.3 |
| Purchase of property, plant and equipment | (162.5) | (178.9) | (203.6) |
| Purchase of software and other deferred charges | (25.8) | (21.8) | (22.8) |
| Free cash flow | $ 253.3 | $ 316.2 | $ 121.9 |

Free cash flow for 2005 decreased $63 million, due primarily to lower net income. The changes in assets and liabilities were partially offset by lower cash spending on capital in 2005. See “Analysis of Results of Operations” and “Liquidity” below for more information. Free cash flow refers to cash flow from operating activities less spending on property, plant and equipment, and software. We use free cash flow as a measurement tool to assess the cash flow available for other corporate purposes, such as dividends, debt service and repurchase of common stock.

***Acquisitions and Divestitures***

In December 2005, we announced our plan to sell a business consisting of raised reflective pavement markers, with sales of approximately $23 million in 2005. Based on the estimated value of this business, we concluded that associated goodwill and intangible assets from our acquisition of this business were impaired,

resulting in a pretax charge of approximately $74 million. The results of this business have been accounted for as discontinued operations for the years presented herein. This business was previously included in the Pressure-sensitive Materials segment.

In December 2005, we also announced the expected divestiture of two low-margin product lines. One of these divestitures, which impacts the Office and Consumer Products segment, was completed in February 2006. This product line had estimated sales of $60 million in 2005, and minimal impact on income. The expected divestiture of the second product line would reduce annual sales by approximately $10 million, with minimal impact to income from operations. As part of these expected divestitures, we recorded charges of approximately $6 million for severance and other employee-related costs, and asset impairments of approximately $9 million, which are included in the "Other Expense" line of our Consolidated Statement of Income.

During the third quarter of 2004, we acquired Rinke Etiketten ("Rinke"), a privately held company in Germany. The incremental impact of this acquisition on our net sales was approximately $9 million during 2004, with an additional impact of approximately $18 million in 2005. This business is reported in our Retail Information Services segment.

In October 2003, we completed the sale of our package label converting business in Europe, which consisted of two package label converting facilities in Denmark and a package label converting facility in France, which combined, represented approximately $30 million in sales in the first nine months of 2003. The results from this business have been accounted for as discontinued operations for 2003.

***Investigations***

In April 2003, we were notified by the U.S. Department of Justice's Antitrust Division ("DOJ") that it had initiated a criminal investigation into competitive practices in the label stock industry, and on August 15, 2003, the DOJ issued a subpoena to us in connection with the investigation. In May 2004, the European Commission ("EC") initiated inspections and obtained documents from our pressure-sensitive materials facilities in the Netherlands and Germany, seeking evidence of unlawful anticompetitive activities. In July 2004, we were notified by the Competition Law Division of the Department of Justice of Canada that it was seeking information in connection with a label stock investigation. In August 2005, we were notified by the Australian Competition and Consumer Commission that it was seeking information in connection with a label stock investigation. We are cooperating with these investigations. We are a named defendant in purported class actions in the U.S. seeking treble damages and other relief for alleged unlawful competitive practices, which were filed after the announcement of the DOJ investigation. We are also a named defendant in purported class actions in the U.S. seeking damages and other relief for alleged disclosure and fiduciary duty violations pertaining to alleged unlawful competitive practices. We have discovered instances of improper conduct by certain employees in our European operations that constituted an infringement of EC competition law. Accordingly, we expect that the EC will impose a fine on us when its investigation is completed. We have discovered instances of conduct by certain employees in China that potentially violate the U.S. Foreign Corrupt Practices Act, and we have reported that conduct to authorities in the U.S. Accordingly, we expect that fines or other penalties may be incurred. We are unable to predict the effect of these matters at this time, although the effect could well be adverse and material. These matters are reported in Note 8 "Contingencies," to the Consolidated Financial Statements.

***Outlook***

In 2006, we anticipate unit volume growth in the range of 2% to 3%. This outlook is based on expected underlying growth of approximately 4% to 5%, partially offset by the impact of product line divestitures and withdrawal from some low-margin private label business. We expect the positive impact from price and mix to be offset by a negative effect of foreign currency translation. These expectations are subject to changes in economic and market conditions. Price increases in early 2006 are expected to offset raw material inflation incurred at the end of 2005 and early 2006.

We expect our restructuring and business realignment efforts will reduce costs by $80 million to $90 million when completed. We estimate that 60% to 70% of these savings will be achieved in 2006. However, we expect to reinvest some of the savings into growth opportunities across the company. In addition, we anticipate transitional costs related to our productivity improvement actions to be approximately $15 million to $20 million, which will be incurred in 2006. Transitional costs include accelerated depreciation on assets expected to be retired by the end of 2006, costs of moving equipment and other related costs.

To comply with the provisions of the reissued Statement of Financial Accounting Standards ("SFAS") No. 123(R), "Share-Based Payment," we will begin recognizing expense for stock options in 2006. We expect this pretax expense to be approximately $17 million in 2006 based on unvested stock options outstanding at year end 2005, which will have an estimated $.12 per share impact on earnings after tax.

We expect an increase in pretax expenses related to our pension plans of approximately $7 million, due to changes in actuarial assumptions for our U.S. and international plans.

We expect continued improvement in marketing, general and administrative expenses as a percent of sales. Additionally, in 2006, we will be classifying shipping and handling costs as an element of cost of goods sold for all businesses, to align our

businesses around a standard methodology. In 2005, several of our businesses included these costs in marketing, general and administrative expenses, totaling approximately $145 million. Refer to the Shipping and Handling Costs section in Note 1 "Summary of Significant Accounting Policies" to the Consolidated Financial Statements for further information.

The pretax loss from our RFID business in 2006 is expected to be approximately $2 million to $7 million lower than in 2005 due to an increase in revenue and reduced spending.

We estimate that pretax interest expense will be between $55 million to $60 million for 2006, assuming expected interest rate increases will be offset by expected reductions in debt.

We anticipate an annual effective tax rate in the range of 20% to 23% for 2006, subject to changes in the geographic mix of income, with potentially wide variances from quarter to quarter.

We expect free cash flow after capital spending and purchases of software to be approximately $300 million to $350 million for 2006.

We expect capital expenditures for 2006 to be approximately $175 million to $200 million, funded through operating cash flow. Major projects in 2006 include new investments for expansion in China and India, serving both our materials and retail information services businesses, as well as spending for a new films coater in the U.S.

## ANALYSIS OF RESULTS OF OPERATIONS

**Income from Continuing Operations Before Taxes:**

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net sales | $ 5,473.5 | $ 5,317.0 | $ 4,736.8 |
| Cost of products sold | 3,852.4 | 3,742.0 | 3,282.9 |
| Gross profit | 1,621.1 | 1,575.0 | 1,453.9 |
| Marketing, general and administrative expense | 1,132.8 | 1,105.8 | 1,026.3 |
| Interest expense | 57.9 | 58.7 | 58.6 |
| Other expense, net | 63.6 | 35.2 | 30.5 |
| Income from continuing operations before taxes | $ 366.8 | $ 375.3 | $ 338.5 |

| As a Percent of Sales: | % | % | % |
|---|---|---|---|
| Gross profit (margin) | 29.6 | 29.6 | 30.7 |
| Marketing, general and administrative expense | 20.7 | 20.8 | 21.7 |
| Income from continuing operations before taxes | 6.7 | 7.1 | 7.1 |

### *Sales*

Sales increased 3% in 2005 compared to an increase of 12% in 2004. A decrease in core unit volume in 2005 partially reflected the loss of market share in our North American roll materials business following our implementation of selling price increases to offset higher raw material costs. The 2005 volume decline also reflected the impact of an extra week in the 2004 fiscal year and accelerated purchases by Office and Consumer Products customers in advance of our 2005 selling price increases, both of which contributed to higher growth in 2004. Combined, the accelerated purchases and extra week in 2004 represented an estimated $60 million to $70 million of the change in sales between the two years.

We realized selling price increases in 2005 of an estimated $100 million related to higher raw material costs. However, we experienced some related share loss in our North American roll materials business, as previously described.

In 2004, core unit volume also benefited from higher sales in the Retail Information Services segment as a result of customer preparation for increased exports from China following the January 2005 elimination of apparel manufacturing quotas. These benefits were partially offset by the impact of share loss with one major customer in the Office and Consumer Products segment in late 2003 (estimated to be $30 million).

Foreign currency translation had a favorable impact on the change in sales of approximately $77 million in 2005 and approximately $207 million in 2004.

Incremental sales from acquisitions, net of product line divestitures, contributed approximately $19 million in 2005. In 2004, product line divestitures more than offset incremental sales from acquisitions; the net impact reduced sales by approximately $33 million.

### *Gross Profit*

Gross profit margin in both 2005 and 2004 benefited from our ongoing productivity improvement initiatives, including the completion of the integration of the Jackstädt business in mid-2004, and cost reduction actions in 2005. Unfavorable segment mix (faster growth in segments with lower gross profit margin as a percent of sales) and raw material inflation partially offset these benefits in both years.

In 2005, gross profit margin was also negatively impacted by:

- Write-off of inventories (approximately $12 million), approximately half related to a product launch
- Costs related to our RFID business (approximately $9 million)

In 2004, gross profit margin was also negatively impacted by declining selling prices during the first half of the year (estimated to be $38 million).

***Marketing, General and Administrative Expenses***

Marketing, general and administrative expense as a percent of sales in 2005 and 2004 reflected the benefit of productivity improvement initiatives and cost reduction actions.

Offsetting the benefit of these productivity improvements, marketing, general and administrative expenses increased in 2005 due to:

- Higher pension and medical expenses (approximately $14 million)
- Impact of foreign currency translation (approximately $11 million)
- Additional spending on the development of our RFID business (approximately $8 million), as well as other long-term growth initiatives
- Additional spending associated with acquisitions (approximately $6 million)

In 2004, marketing, general and administrative expenses increased due to the same factors which impacted 2005, as well as higher insurance costs.

***Interest Expense***

Interest expense decreased slightly in 2005 and was unchanged in 2004. The decrease in 2005 was due to a reduction in total debt outstanding, partially offset by an increase in interest rates.

***Other Expense (Restructuring and Cost Reduction Actions)***

In 2005, other expense consisted of charges for cost reduction actions and restructuring associated with several expected product line divestitures, as well as other items:

- Severance and other employee-related costs (approximately $38 million)
- Asset impairment and lease cancellation costs (approximately $28 million)
- Gain on the sale of assets, partially offset by costs for a legal accrual (net gain of approximately $2 million)

In 2004, other expense consisted of charges for productivity improvement actions, primarily related to the completion of the Jackstädt integration actions:

- Severance and employee-related costs (approximately $24 million)
- Impairment of assets (approximately $12 million)

In 2003, other expense consisted of charges for restructuring related to the integration of Jackstädt, productivity improvement initiatives and net losses associated with several product line divestitures, as well as other items:

- Severance and employee-related costs (approximately $22 million)
- Impairment and planned disposition of property, plant and equipment, and lease cancellation costs (approximately $8 million)
- Net losses associated with several product line divestitures and other associated costs (approximately $4 million)
- Gain from settlement of a lawsuit, partially offset by net losses from disposition of fixed assets and costs associated with a plant closure (net gain of approximately $4 million)

Refer to Note 10 "Components of Other Income and Expense," to the Consolidated Financial Statements for more information.

**Net Income:**

| (In millions, except per share) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Income from continuing operations before taxes | $ 366.8 | $ 375.3 | $ 338.5 |
| Taxes on income | 75.0 | 94.3 | 93.4 |
| Income from continuing operations | 291.8 | 281.0 | 245.1 |
| Income (loss) from discontinued operations, net of tax | (65.4) | (1.3) | 22.8 |
| Net income | $ 226.4 | $ 279.7 | $ 267.9 |
| Net income per common share | $ 2.26 | $ 2.80 | $ 2.70 |
| Net income per common share, assuming dilution | $ 2.25 | $ 2.78 | $ 2.68 |

***Taxes on Income***

| | 2005 | 2004 | 2003 |
|---|---|---|---|
| Effective tax rate | 20.4% | 25.1% | 27.6% |

Our 2005 tax rate included the benefit of changes in the geographic mix of income and continued improvements in our global tax structure, and a $9 million benefit from several favorable global tax audit settlements. These benefits were partially offset by the incremental expense of $13.5 million associated with the repatriation of accumulated foreign earnings under the American Jobs Creation Act of 2004.

Our 2004 effective tax rate included the benefit from changes in the geographic mix of income, continued improvements in our global tax structure and several favorable global tax audit settlements, which reduced tax expense by approximately $8 million.

***Income (Loss) from Discontinued Operations***

Income (loss) from discontinued operations includes our raised reflective pavement markers business in 2005, 2004 and 2003, as well as our package label converting business in Europe in 2003.

Based on the estimated value of the raised reflective pavement markers business that we are expecting to sell in 2006, we concluded

that associated goodwill and intangible assets from our acquisition of this business were impaired. The resulting pretax impairment charge was approximately $74 million in 2005.

Income from discontinued operations included net sales of approximately $23 million in 2005 and approximately $24 million in 2004. Net income from discontinued operations in 2003 included a gain on sale of business of $19.7 million, net of tax of $5.8 million. Income from all discontinued operations included net sales of approximately $70 million in 2003.

Refer to the Discontinued Operations section of Note 1 "Summary of Significant Accounting Policies," to the Consolidated Financial Statements for more information.

**Change in Net Income and Earnings Per Share:**

| | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net income as a percent of sales | 4.1% | 5.3% | 5.7% |
| *Percent change in:* | | | |
| Net income | (19.1)% | 4.4% | 4.2% |
| Net income per common share | (19.3) | 3.7 | 3.4 |
| Net income per common share, assuming dilution | (19.1) | 3.7 | 3.5 |

RESULTS OF OPERATIONS BY SEGMENT

***Pressure-sensitive Materials Segment***

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net sales including intersegment sales | $ 3,277.2 | $ 3,153.5 | $ 2,721.9 |
| Less intersegment sales | (162.7) | (168.9) | (175.1) |
| Net sales | $ 3,114.5 | $ 2,984.6 | $ 2,546.8 |
| Operating income(1) | 259.6 | 221.4 | 180.2 |
| (1) Includes cost reduction, restructuring, asset impairment & lease cancellation charges, net of gain on sale of assets | $23.0 | $34.4 | $13.6 |

*Net Sales*

Sales in our Pressure-sensitive Materials segment increased 4% in 2005 compared to 17% in 2004. A decline in core unit volume in 2005 reflected the loss of market share in North America following our implementation of selling price increases, partially offset by growth internationally. The benefit to core unit volume growth in 2004 resulting from an extra week in the fiscal year partially contributed to slower growth in 2005. Sales growth in 2005 was also affected by slow market conditions in North America.

Sales growth in 2005 reflected the positive impact of pricing and product mix, resulting from increased selling prices implemented to offset higher raw material costs.

Increased sales in our roll materials business (approximately $112 million) reflected increased selling prices, partially offset by a decline in core unit volume. Our North American roll materials business experienced a decline in sales of approximately 3%, due to share loss related to higher selling prices. Our roll materials business in Europe experienced sales growth of approximately 7% in local currency resulting from volume growth in the region, with stronger growth in the emerging markets of Eastern Europe. Market expansion contributed to sales growth for the roll materials business in Asia, although the pace of growth moderated in this region compared to the prior year. In Latin America, loss of market share from selling price increases and loss of sales with a large customer affected growth, partially offset by selling price increases. Sales for the graphics and reflective business were comparable to 2004.

In 2004, increased sales in our roll materials business (approximately $365 million) reflected core unit volume growth, including the extra week in the fiscal year. In North America, strong growth in new film products and selling price increases contributed to sales growth of approximately 9%. In Europe, strong growth in the emerging markets of Eastern Europe and the benefit of selling price increases contributed to sales growth of approximately 9% in local currency. Strong market growth and share gain contributed to sales growth in local currency in Asia and Latin America.

Sales growth in 2004 in our graphics and reflective business (approximately $63 million) reflected market growth, new applications and customers, and geographic expansion.

Included in these increases was the favorable impact of foreign currency translation of approximately $58 million in 2005 and approximately $146 million in 2004.

*Operating Income*

Increased operating income in both years reflected higher sales and cost savings from productivity improvement initiatives, including two plant closures related to the Jackstädt integration in the first half of 2004. Also reflected in operating income were charges related to restructuring, asset impairments and lease cancellations in 2005 and 2004.

In 2004, this segment experienced rising raw material costs throughout the year. While selling price increases partially offset these increased costs, the net impact reduced operating income for the year. In contrast, in 2005 the impact of higher raw material costs was offset through selling price increases.

***Office and Consumer Products Segment***

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net sales including intersegment sales | $ 1,138.1 | $ 1,174.7 | $ 1,170.4 |
| Less intersegment sales | (2.0) | (2.2) | (2.3) |
| Net sales | $ 1,136.1 | $ 1,172.5 | $ 1,168.1 |
| Operating income(1) | 168.0 | 186.4 | 188.5 |
| (1) Includes cost reduction, restructuring, asset impairment & lease cancellation charges | $21.8 | $.5 | $12.5 |

*Net Sales*

Sales in our Office and Consumer Products segment decreased 3% in 2005, while sales increased by less than 1% in 2004. In 2004, higher than usual volume in the fourth quarter was due in part to customers' accelerated purchases in advance of selling price increases effective January 1, 2005, as well as the benefit from an extra week in the 2004 fiscal year. The shift in volume to late 2004 contributed to a decline in core unit volume in 2005, as customers depleted related inventories.

In 2005, the positive impact of selling price increases partially offset the decrease in core unit volume. Selling prices were increased to offset higher raw material costs.

In 2004, increased volume resulting from accelerated purchases and the extra week was offset by share loss with one major customer in late 2003 (estimated $30 million impact in 2004), loss of sales from a discontinued product line (approximately $14 million), reduced prices, and the continued erosion in market share of our Avery-brand products, in favor of private label brands.

Foreign currency translation had a favorable impact on the change in sales of approximately $8 million in 2005 and approximately $35 million in 2004.

*Operating Income*

Operating income reflected charges related to restructuring, asset impairment and net losses associated with product line divestitures in 2005 and 2003. While 2004 operating income was negatively affected by lower selling prices and rising raw material costs, the 2005 selling price increases offset the cumulative effect of raw material inflation over the two-year period. The changes in operating income reflected the benefit from continued cost reduction efforts, as well as the write-off of inventories (approximately $9 million) and equipment, primarily related to a product launch.

***Retail Information Services Segment***

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net sales including intersegment sales | $ 682.6 | $ 644.9 | $ 560.2 |
| Less intersegment sales | (7.8) | (8.8) | (7.5) |
| Net sales | $ 674.8 | $ 636.1 | $ 552.7 |
| Operating income(1) | 42.7 | 47.8 | 24.2 |
| (1) Includes cost reduction, restructuring, asset impairment & lease cancellation charges | $7.5 | $.3 | $7.0 |

*Net Sales*

Sales in our Retail Information Services segment increased 6% in 2005 compared to 15% in 2004. The increase in both years was a result of core unit volume growth and incremental sales from acquisitions. Volume growth reflected continued growth of the business in Asia and Latin America and new product introductions. Sales in 2004 also reflected relatively weak results in 2003 (related to slow industry conditions), the impact of the extra week in the 2004 fiscal year and higher sales as a result of customer preparation for increased exports from China following the January 2005 elimination of apparel manufacturing quotas.

The impact of acquisitions, net of product line divestitures, was approximately $21 million in 2005. In 2004, incremental sales from acquisitions were offset by the loss of sales from product line divestitures.

Foreign currency translation contributed to the increase in sales by approximately $7 million in 2005 and approximately $12 million in 2004.

*Operating Income*

Operating income reflected charges related to restructuring, asset impairment and lease cancellation in 2005 and 2003. In 2005, operating income benefited from productivity improvement actions, including the ongoing migration of production from Hong Kong to lower cost facilities in mainland China, partially offset by higher costs associated with growth initiatives. The increase in 2004 also reflected sales growth and the successful integration of the 2002 acquisitions.

***Other specialty converting businesses***

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net sales including intersegment sales | $ 562.7 | $ 540.6 | $ 483.7 |
| Less intersegment sales | (14.6) | (16.8) | (14.5) |
| Net sales | $ 548.1 | $ 523.8 | $ 469.2 |
| Operating income(1) | 9.5 | 35.5 | 43.7 |
| (1) Includes cost reduction, restructuring, asset impairment & lease cancellation charges | $6.2 | – | $ 2.5 |

*Net Sales*

Sales in our other specialty converting businesses increased 5% in 2005 compared to 12% in 2004. The benefit to core unit volume growth in 2004 resulting from an extra week in the fiscal year partially contributed to slower growth in 2005. Growth in 2004 was partially offset by the loss of sales from divested product lines (approximately $15 million).

Foreign currency translation had a favorable impact on the change in sales of approximately $4 million in 2005 and approximately $14 million in 2004.

*Operating Income*

The decreases in operating income in both 2005 and 2004 primarily reflect incremental costs related to the development of the RFID business. Operating income also reflects charges related to restructuring and asset impairment in 2005 and 2003.

## FINANCIAL CONDITION

***Liquidity***

**Cash Flow Provided by Operating Activities:**

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net income | $ 226.4 | $ 279.7 | $ 267.9 |
| Depreciation and amortization | 201.5 | 188.2 | 181.5 |
| Income taxes (deferred and accrued) | (44.5) | 31.2 | (18.4) |
| Asset impairment and net (gain) loss on sale of assets | 108.1 | 12.4 | (12.0) |
| Trade accounts receivable | (43.9) | (1.4) | (44.2) |
| Inventories | (11.7) | (1.2) | (37.9) |
| Accounts payable and accrued liabilities | 30.4 | 26.9 | 51.7 |
| Long-term retirement benefits and other liabilities | (12.9) | (27.6) | (33.9) |
| Other, net | (11.8) | 8.7 | (6.4) |
| Net cash provided by operating activities | $ 441.6 | $ 516.9 | $ 348.3 |

For cash flow purposes, changes in assets and liabilities exclude the impact of foreign currency translation and the impact of acquisitions and divestitures and certain non-cash transactions (discussed in the "Analysis of Selected Balance Sheet Accounts" section below).

*2005*

Cash flow provided by operating activities for 2005 was negatively impacted by changes in working capital, as shown below:

*Uses of cash*

- Accounts receivable reflected higher sales and the timing of collections, partially offset by a decrease in the average days sales outstanding
- Income taxes reflected the timing of payments made, as well as the current year tax accrual
- Long-term retirement benefits and other liabilities reflected contributions of approximately $46 million to our pension and postretirement health benefit plans during 2005, partially offset by benefit payments
- Inventory reflected higher raw material purchases to support growth and business expansion

*Sources of cash*

- Accounts payable and accrued liabilities reflected the timing of payments and accruals, as well as the accrual for restructuring charges in 2005

*2004*

Cash flow provided by operating activities was negatively impacted by changes in working capital, as shown below:

*Uses of cash*

- Long-term retirement benefits and other liabilities reflected contributions of approximately $36 million to our pension and postretirement health benefit plans during 2004

*Sources of cash*

- Income taxes reflected the timing of refunds received, as well as the current year tax accrual
- Accounts payable and accrued liabilities reflected the timing of payments and increased activity to support higher sales in the Pressure-sensitive Materials and Retail Information Services segments

**Cash Flow Used in Investing Activities:**

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Purchase of property, plant and equipment | $ (162.5) | $ (178.9) | $ (203.6) |
| Purchase of software and other deferred charges | (25.8) | (21.8) | (22.8) |
| Proceeds from sale of businesses | – | – | 58.8 |
| Other, net | 20.7 | (16.2) | (.2) |
| Net cash used in investing activities | $ (167.6) | $ (216.9) | $ (167.8) |

*Capital Spending*

Our major capital projects in 2005 included investments for growth in Asia and Latin America, equipment and other investments for our RFID business, and productivity and growth projects in our North American roll materials operations, including development work related to the addition of capacity to meet growing demand for beverage labels.

*Proceeds from Sale of Businesses*

Proceeds from sale of business were related to the sale of our package label converting business in Europe during 2003.

**Cash Flow Used in Financing Activities:**

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net change of borrowings and payments of debt | $ (80.5) | $ (119.1) | $ (41.0) |
| Dividends paid | (168.7) | (164.6) | (160.2) |
| Purchase of treasury stock | (40.9) | (.7) | (.3) |
| Proceeds from exercise of stock options | 11.1 | 19.1 | 5.5 |
| Other | 18.5 | 18.2 | 18.1 |
| Net cash used in financing activities | $ (260.5) | $ (247.1) | $ (177.9) |

*Borrowings and Repayment of Debt*

At year end 2005, our borrowings outstanding under foreign short-term lines of credit were $108.3 million with a weighted-average interest rate of 6.6% compared to $70.8 million at year end 2004.

The $60 million one-year callable commercial notes issued in January 2004 were paid at maturity in 2005. In June 2005, we issued $75 million of one-year callable commercial notes at a variable rate of 3.5%, and then called and paid the notes in November 2005.

We had medium-term notes of $160 million and $233 million outstanding at year end 2005 and 2004, respectively. Decreases are a result of payments on maturity. Medium-term notes have maturities from 2007 through 2025 and accrue interest at fixed rates ranging from 5.9% to 7.5%.

In August 2004, we issued $150 million in floating rate senior notes due in 2007 under our 2001 shelf registration statement filed with the Securities and Exchange Commission ("SEC"). These notes are callable at par.

In February 2004, we paid the obligation related to the 1999 transaction with Steinbeis Holding GmbH ("Steinbeis") for approximately $106 million. This obligation was a result of the combination of our office products business in Europe with Zweckform Büro-Produkte GmbH.

*Shareholders' Equity*

Our shareholders' equity was $1.51 billion at year end 2005, compared to $1.55 billion at year end 2004. Our annual dividend per share increased to $1.53 in 2005 from $1.49 in 2004.

In the fourth quarter of 2005, we repurchased 698,505 shares for $41 million under an agreement related to the L&E Packaging ("L&E") acquisition and recorded such amount to treasury stock. (See the Other section of "Contractual Obligations, Commitments and Off-Balance Sheet Arrangements" below for further details.) As of year end 2005, a cumulative 37.9 million shares of our common stock had been repurchased since 1991, and 2.5 million shares remain available for repurchase under the Board of Directors' authorization.

***Analysis of Selected Balance Sheet Accounts***

*Long-lived Assets*

Goodwill decreased $38 million during 2005 due to foreign currency translation (approximately $36 million), purchase price allocation adjustments associated with the acquisition of Rinke and the settlement of claims associated with the acquisition of RVL Packaging, Inc., partially offset by goodwill related to an acquisition in 2005 (approximately $1 million).

Net other intangibles resulting from business acquisitions decreased $17 million during 2005 due to amortization expense recorded during 2005 (approximately $12 million) and the impact of foreign currency translation (approximately $8 million), partially offset by purchase price allocation adjustments associated with the acquisition of Rinke (approximately $3 million).

Other assets decreased approximately $78 million during 2005 due primarily to the impairment of goodwill and other intangibles in a business held for sale. Refer to the "Discontinued Operations" section of Note 1 to the Consolidated Financial Statements.

*Other Shareholders' Equity Accounts*

Our employee stock benefit trusts decreased $67 million, due to a decrease in the market value of shares held in the trust of $48 million during 2005, as well as issuance of shares under our stock and incentive plans for 2005 of approximately $19 million.

***Effect of Foreign Currency***

International operations generate approximately 55% of our net sales. Our future results are subject to changes in political and economic conditions and the impact of fluctuations in foreign currency exchange and interest rates. To reduce our income statement exposure to transactions in foreign currencies, we enter into foreign exchange forward, option and swap contracts, where available and appropriate.

**Impact of Foreign Currency Translation:**

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Change in net sales | $ 77 | $ 207 | $ 235 |
| Change in net income | 2 | 8 | 14 |

While there was a benefit from foreign currency translation in 2005, this decreased significantly in 2005 compared to prior years, due to strengthening of the U.S. dollar. The benefit in 2005 reflected the strength of the Euro, Brazilian real, Canadian dollar and Korean won, against the U.S. dollar. The impact of foreign currency fluctuations on net income is smaller than the impact on net sales, because our products are generally sourced in the currencies in which they are sold. As a result, the impact of foreign exchange rates on sales is matched with a partially offsetting impact on reported expenses, thereby reducing the impact of foreign currency fluctuations on net income.

Translation gains and losses for operations in hyperinflationary economies were included in our net income. Operations are treated as being in a hyperinflationary economy for accounting purposes, based on the cumulative inflation rate over the past three years. Operations in hyperinflationary economies consist of our operations in Turkey and the Dominican Republic. These operations were not significant to our consolidated financial position or results of operations.

***Analysis of Selected Financial Ratios***

We utilize certain financial ratios to assess our financial condition and operating performance, as discussed in detail below.

*Working Capital Ratio*

Working capital (current assets minus current liabilities), as a percent of net sales, decreased in 2005 primarily due to an increase in short-term debt. Working capital from continuing operations, as a percent of net sales, is shown below. We use this non-GAAP measure as a tool to assess our working capital requirements, because it excludes the impact of fluctuations due to our financing activities. The timing of financing activities is not necessarily related to our current operations and would tend to distort the working capital ratio from period to period. Our objective is to minimize our investment in working capital from operations by reducing this ratio, to maximize cash flow and return on investment.

**Working capital from continuing operations:**

| (In millions) | 2005 | 2004 |
|---|---|---|
| (A) Working capital (current assets minus current liabilities) | $ 31.0 | $ 151.8 |
| Reconciling item: | | |
| Short-term and current portion of long-term debt | 364.7 | 204.5 |
| (B) Working capital from continuing operations | $ 395.7 | $ 356.3 |
| (C) Net sales | $ 5,473.5 | $ 5,317.0 |
| Working capital, as a percent of net sales (A) ÷ (C) | .6% | 2.9% |
| Working capital from continuing operations as a percent of net sales (B) ÷ (C) | 7.2% | 6.7% |

In 2005, the increase in working capital from continuing operations, as a percent of sales, was primarily due to changes in accounts payable, income taxes payable, cash and cash equivalents and refundable income taxes, partially offset by the change in other accrued liabilities and trade accounts receivable. These changes included the impact of currency.

*Accounts Receivable Ratio*

The average number of days sales outstanding was 58 days in 2005 compared to 60 days in 2004, calculated using a four-quarter average accounts receivable balance. This decrease reflects improved collections efforts across the businesses.

*Inventory Ratio*

Average inventory turnover was 8.5 in both 2005 and 2004, calculated using a four-quarter average inventory balance. For purposes of comparability, the ratio was calculated using a 52-week year for 2004.

*Debt Ratios*

| | | Year End | |
|---|---|---|---|
| | Requirement | 2005 | 2004 |
| Total debt to total capital | | 41.8% | 43.9% |
| *Debt covenant ratios*: | | | |
| Total debt to earnings before other expense, interest, taxes, depreciation and amortization | Not to exceed 3.5:1.0 | 1.6:1.0 | 1.8:1.0 |
| Earnings before other expense, interest and taxes to interest | At least 3.5:1.0 | 8.4:1.0 | 8.0:1.0 |

The decrease in total debt to total capital was due to a decrease in total debt outstanding.

Our various loan agreements in effect at year end require that we maintain specified ratios of consolidated debt and consolidated interest expense in relation to certain measures of income. We were in compliance with these covenants as shown in the table above.

The fair value of our debt is estimated based on the discounted amount of the related cash flows using the current rates offered to us for debt of the same remaining maturities. At year end 2005 and 2004, the fair value of our total debt, including short-term borrowings, was $1.1 billion and $1.32 billion, respectively.

*Shareholders' Equity Ratios*

| | 2005 | 2004 | 2003 |
|---|---|---|---|
| Return on average shareholders' equity | 14.6% | 19.9% | 22.3% |
| Return on average total capital | 10.1 | 12.1 | 12.4 |

Decreases in these returns in 2005 compared to 2004 were primarily due to lower net income. These ratios are computed using actual net income and a five-quarter average denominator for equity and total debt accounts.

***Capital Resources***

Capital resources include cash flows from operations and debt financing. We maintain adequate financing arrangements at competitive rates. These financing arrangements consist of our commercial paper programs in the U.S. and Europe, committed and uncommitted bank lines of credit in the countries where we operate, callable commercial notes and long-term debt, including medium-term notes.

*Capital from Debt*

Our total debt decreased approximately $124 million in 2005 to $1.09 billion compared to $1.21 billion at year end 2004, reflecting payments of debt and the effect of foreign currency translation.

In July 2004, we entered into a revolving credit agreement with ten domestic and foreign banks for a total commitment of $525 million, expiring July 16, 2009. We use the financing available under this agreement as a commercial paper back-up facility and to finance other corporate requirements. There was no debt outstanding under this agreement as of year end 2005.

In addition, we have a 364-day revolving credit facility with a foreign bank to provide up to Euro 30 million ($35.6 million) in borrowings through July 19, 2006. We may extend the revolving period and due date with the approval of the bank, on an annual basis. Our intention is to renegotiate an extension of this facility in 2006. Financing under this agreement is used to finance cash requirements of our European operations. As of year end 2005, $15.4 million was outstanding under this agreement.

We had standby letters of credit outstanding of $81.2 million and $81 million at the end of 2005 and 2004, respectively.

Our uncommitted lines of credit were approximately $409 million at year end 2005. Our uncommitted lines of credit do not have a commitment expiration date, and may be cancelled by the banks or us at any time.

In the fourth quarter of 2004, we filed a shelf registration statement with the SEC to permit the issuance of up to $500 million in debt and equity securities. Proceeds from the shelf offering may be used for general corporate purposes, including repaying, redeeming or repurchasing existing debt, and for working capital, capital expenditures and acquisitions. As of December 31, 2005, no securities had been issued under the 2004 registration statement.

Credit ratings are a significant factor in our ability to raise short-term and long-term financing. When determining a credit rating, the rating agencies place significant weight on our competitive position, business outlook, consistency of cash flows, debt level and liquidity, geographic dispersion and management team.

The credit ratings assigned to us also impact the interest rates on our commercial paper and other borrowings.

**Our credit ratings as of year end 2005:**

| | Short-term | Long-term | Outlook |
|---|---|---|---|
| Standard & Poor's Rating Service | A-2 | A– | Negative |
| Moody's Investors Service | P2 | A3 | Stable |

***Contractual Obligations, Commitments and Off-balance Sheet Arrangements***

**Contractual Obligations at Year End 2005:**

| | | Payments Due by Period | | | | | |
|---|---|---|---|---|---|---|---|
| (In millions) | Total | 2006 | 2007 | 2008 | 2009 | 2010 | Thereafter |
| Short-term lines of credit | $ 363.6 | $ 363.6 | – | – | – | – | – |
| Long-term debt and capital leases | 724.1 | 1.1 | $ 211.9 | $ 51.5 | $ 1.5 | $ 1.2 | $ 456.9 |
| Interest on long-term debt(1) | 438.6 | 38.6 | 35.4 | 27.3 | 24.6 | 24.6 | 288.1 |
| Operating leases | 205.1 | 49.3 | 39.2 | 28.5 | 20.3 | 16.6 | 51.2 |
| Pension and postretirement benefit contributions | 13.3 | 13.3 | – | – | – | – | – |
| Total contractual obligations | $ 1,744.7 | $ 465.9 | $ 286.5 | $ 107.3 | $ 46.4 | $ 42.4 | $ 796.2 |

(1) Interest on floating rate debt was estimated using the index rate in effect as of December 31, 2005.

We enter into operating leases primarily for office and warehouse space and equipment for electronic data processing and transportation. The terms of our leases do not impose significant restrictions or unusual obligations, except for the facility in Mentor, Ohio as noted below. The table above includes minimum annual rental commitments on operating leases having initial or remaining noncancellable lease terms of one year or more.

We did not include purchase obligations or open purchase orders at year end 2005 in the table of contractual obligations above, because it is impracticable for us to either obtain such information or provide a reasonable estimate due to the decentralized nature of our purchasing systems.

In January 2006, we contributed $25 million to our domestic pension plan, which is more than the amount required by U.S. governmental agencies for 2006.

*Industry Investigations*

In April 2003, we were notified by the DOJ that it had initiated a criminal investigation into competitive practices in the label stock industry, and on August 15, 2003, the DOJ issued a subpoena to us in connection with the investigation. In May 2004, the EC initiated inspections and obtained documents from our pressure-sensitive materials facilities in the Netherlands and Germany, seeking evidence of unlawful anticompetitive activities. In July 2004, we were notified by the Competition Law Division of the Department of Justice of Canada that it was seeking information in connection with a label stock investigation. In August 2005, we were notified by the Australian Competition and Consumer Commission that it was seeking information in connection with a label stock investigation. We are cooperating with these investigations. We are a named defendant in purported class actions in the U.S. seeking treble damages and other relief for alleged unlawful competitive

practices, which were filed after the announcement of the DOJ investigation. We are also a named defendant in purported class actions in the U.S. seeking damages and other relief for alleged disclosure and fiduciary duty violations pertaining to alleged unlawful competitive practices. We have discovered instances of improper conduct by certain employees in our European operations that constituted an infringement of EC competition law. We accordingly expect that the EC will impose a fine on us when its investigation is completed. We are unable to predict the effect of these matters at this time, although the effect could well be adverse and material. These matters are reported in Note 8 "Contingencies," to the Consolidated Financial Statements.

*Environmental*

We have been designated by the U.S. Environmental Protection Agency ("EPA") and/or other responsible state agencies as a potentially responsible party ("PRP") at fourteen waste disposal or waste recycling sites, which are the subject of separate investigations or proceedings concerning alleged soil and/or groundwater contamination and for which no settlement of our liability has been agreed upon. We are participating with other PRPs at such sites, and anticipate that our share of cleanup costs will be determined pursuant to remedial agreements to be entered into in the normal course of negotiations with the EPA or other governmental authorities.

We have accrued liabilities for such sites, including sites in which governmental agencies have designated us as a PRP, where it is probable that a loss will be incurred and the cost or amount of loss can be reasonably estimated. However, because of the uncertainties associated with environmental assessment and remediation activities, future expense to remediate the currently identified sites and any sites which could be identified in the future for cleanup could be higher than the liability currently accrued. Amounts currently accrued are not significant to our consolidated financial position, and based upon current information, we believe that it is unlikely that the final resolution of these matters will significantly impact our consolidated financial position, results of operations or cash flows.

*Other*

We have contacted relevant authorities in the U.S. and reported the results of an internal investigation of potential violations of the U.S. Foreign Corrupt Practices Act. The transactions at issue were carried out by a small number of employees of our reflectives business in China, and involved, among other things, impermissible payments or attempted impermissible payments. The payments or attempted payments and the contracts associated with them appear to have been relatively minor in amount and of limited duration. Corrective and disciplinary actions have been taken. Sales of our reflectives business in China in 2005 were approximately $7 million. Based on findings to date, no changes to our previously filed financial statements are warranted as a result of these matters. However, we expect that fines or other penalties may be incurred. While we are unable to predict the financial or operating impact of any such fines or penalties, we believe that our behavior in detecting, investigating, responding to and voluntarily disclosing these matters to authorities should be viewed favorably.

We and our subsidiaries are involved in various other lawsuits, claims and inquiries, most of which are routine to the nature of the business. Based upon current information, we believe that the resolution of these other matters will not materially affect us.

We provide for an estimate of costs that may be incurred under our basic limited warranty at the time product revenue is recognized. These costs primarily include materials and labor associated with the service or sale of products. Factors that affect our warranty liability include the number of units installed or sold, historical and anticipated rate of warranty claims on those units, cost per claim to satisfy our warranty obligation and availability of insurance coverage. As these factors are impacted by actual experience and future expectations, we assess the adequacy of the recorded warranty liability and adjust the amounts as necessary.

On September 9, 2005, we completed the lease financing for a commercial facility to be located in Mentor, Ohio. This facility will be the new headquarters for our roll materials worldwide division, and will consist generally of land, buildings, equipment and office furnishings and equipment (the "Facility"). We will lease the Facility under an operating lease arrangement, which contains a residual value guarantee of $33.4 million. We do not expect the residual value of the Facility to be less than the amount guaranteed.

We participate in receivable financing programs, both domestically and internationally, with several financial institutions whereby we may request advances from these financial institutions. At December 31, 2005, we guaranteed approximately $19 million of these advances.

We guaranteed up to approximately $21 million of certain of our foreign subsidiaries' obligations to their suppliers as of December 31, 2005.

In connection with the L&E acquisition in 2002, we issued 743,108 shares at $63.08 per share. We also entered into an agreement with L&E whereby in the event the value of our common shares fell below the price of the shares that were issued to L&E (adjusted for dividends received), during the period from January 1, 2005 through December 31, 2007, L&E had the option to exercise a true-up right. Upon exercise of this true-up right, we had the option to (1) pay the difference in value to L&E, in the form of (a) cash or (b) common shares, or (2) repurchase the shares at the issued share price, adjusted for dividends paid. The true-up obligation was reduced by any shares sold by L&E to third parties. During 2005, L&E sold 44,603 shares to third parties. On October 20, 2005, L&E notified us that it was exercising its true-up right under the agreement for the remaining 698,505 shares. We repurchased the remaining shares under the agreement for $41 million in the fourth quarter of 2005.

## RELATED PARTY TRANSACTIONS

From time to time, we enter into transactions in the normal course of business with related parties. We believe that such transactions are at arm's-length and for terms that would have been obtained from unaffiliated third parties. One of our directors, Peter W. Mullin is the chairman, chief executive officer and a director of MC Insurance Services, Inc. ("MC"), Mullin Insurance Services, Inc. ("MINC"), and PWM Insurance Services, Inc. ("PWM"), executive compensation and benefit consultants and insurance agents. Mr. Mullin is also the majority stockholder of MC, MINC and PWM (collectively referred to as the "Mullin Companies"). We paid premiums to insurance carriers for life insurance placed by the Mullin Companies in connection with several of our employee benefit plans. The Mullin Companies have advised us that they earned commissions from such insurance carriers for the placement and renewal of this insurance. The majority of these commissions were allocated to and used by MC Insurance Agency Services, LLC (an affiliate of MC) to administer benefit plans and provide benefit statements to participants under several of our employee benefit plans. The Mullin Companies own a minority interest in M Financial Holdings, Inc. ("MFH"). Substantially all of the life insurance policies, which we placed through the Mullin Companies in 2005 and prior years, are issued by insurance carriers that participate in reinsurance agreements entered into between these insurance carriers and M Life Insurance Company ("M Life"), a wholly-owned subsidiary of MFH. Reinsurance returns earned by M Life are determined annually by the insurance carriers and can be negative or positive, depending upon the results of M Life's aggregate reinsurance pool, which consists of the insured lives reinsured by M Life. The Mullin Companies have advised us that they participated in net reinsurance gains of M Life. None of these transactions were significant to our financial position or results of operations.

**Summary of Related Party Activity:**

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Mullin Companies commissions on our insurance premiums | $ .9 | $ 1.1 | $ 1.1 |
| Mr. Mullin's direct & indirect interest in these commissions | .7 | .8 | .7 |
| Mullin Companies reinsurance gains (without risk of forfeiture) ascribed by M Life to our life insurance policies | .2 | .2 | – |
| Mr. Mullin's direct & indirect interest in reinsurance gains (without risk of forfeiture) | .1 | .2 | – |
| Mullin Companies reinsurance gains (subject to risk of forfeiture) ascribed by M Life to our life insurance policies | 1.5 | – | – |
| Mr. Mullin's direct & indirect interest in reinsurance gains (subject to risk of forfeiture) | 1.1 | – | – |

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions for the reporting period and as of the financial statement date. These estimates and assumptions affect the reported amounts of assets and liabilities, the disclosure of contingent liabilities and the reported amounts of revenue and expense. Actual results could differ from those estimates.

Critical accounting policies are those that are important to the portrayal of our financial condition and results, and which require us to make difficult, subjective and/or complex judgments. Critical accounting policies cover accounting matters that are inherently uncertain because the future resolution of such matters is unknown. We believe that critical accounting policies include accounting for revenue recognition, sales returns and allowances, accounts receivable allowances, inventory reserves, long-lived asset impairments, pensions and postretirement benefits, income taxes, restructuring and severance costs and litigation.

### *Revenue Recognition*

Sales are recognized when persuasive evidence of an arrangement exists, product delivery has occurred, pricing is fixed or determinable, and collection is reasonably assured. Sales, provisions for estimated sales returns, and the cost of products sold are recorded at the time title transfers to customers. Actual product returns are charged against estimated sales return allowances.

Sales rebates and discounts are common practice in the industries in which we operate. Volume, promotional, price, cash and other discounts and customer incentives are accounted for as a reduction to gross sales. Rebates and discounts are recorded based upon estimates at the time products are sold. These estimates are based upon historical experience for similar programs and products. We review such rebates and discounts on an ongoing basis and accruals for rebates and discounts are adjusted, if necessary, as additional information becomes available.

### *Sales Returns and Allowances*

Sales returns and allowances represent credits we grant to our customers (both affiliated and non-affiliated) for the return of unsatisfactory product or a negotiated allowance in lieu of return. We accrue for returns and allowances based upon the gross price of the products sold and historical experience for such products. We record these allowances based on the following factors: (i) customer specific allowances; and (ii) an estimated amount, based on our historical experience, for issues not yet identified.

### *Accounts Receivable Allowances*

We are required to make judgments as to the collectibility of accounts receivable based on established aging policy, historical experience and future expectations. The allowances for doubtful

accounts represent allowances for customer trade accounts receivable that are estimated to be partially or entirely uncollectible. These allowances are used to reduce gross trade receivables to their net realizable value. We record these allowances based on estimates related to the following factors: (i) customer specific allowances; (ii) amounts based upon an aging schedule; and (iii) an estimated amount, based on our historical experience, for issues not yet identified. No single customer represented 10% or more of our net sales or trade receivables at year end 2005 and 2004. However, our ten largest customers at year end 2005 represented approximately 20% of trade accounts receivable and consisted of six customers of our Office and Consumer Products segment, three customers of our Pressure-sensitive Materials segment and one customer of both these segments. The financial position and operations of these customers are monitored on an ongoing basis.

***Inventory Reserves***

Inventories are stated at the lower of cost or market value and are categorized as raw materials, work-in-progress or finished goods. Inventory reserves are recorded for damaged, obsolete, excess and slow-moving inventory. We use estimates to record these reserves. Slow-moving inventory is reviewed by category and may be partially or fully reserved for depending on the type of product and the length of time the product has been included in inventory.

***Long-lived Asset Impairments***

We record impairment charges when the carrying amounts of long-lived assets are determined not to be recoverable. Impairment is measured by assessing the usefulness of an asset or by comparing the carrying value of an asset to its fair value. Fair value is typically determined using quoted market prices, if available, or an estimate of undiscounted future cash flows expected to result from the use of the asset and its eventual disposition. The amount of impairment loss is calculated as the excess of the carrying value over the fair value. Changes in market conditions and management strategy have historically caused us to reassess the carrying amount of our long-lived assets.

***Pensions and Postretirement Benefits***

Assumptions used in determining projected benefit obligations and the fair value of plan assets for our pension plan and other postretirement benefits plans are evaluated by management in consultation with outside actuaries who are relied upon as experts. In the event we determine that changes are warranted in the assumptions used, such as the discount rate, expected long term rate of return, or health care costs, future pension and postretirement benefit expenses could increase or decrease. Due to changing market conditions or changes in the participant population, the actuarial assumptions we use may differ from actual results, which could have a significant impact on our pension and postretirement liability and related cost.

*Discount Rate*

We, in consultation with our actuaries, annually review and determine the discount rates to be used in connection with our postretirement obligations. The assumed discount rate for each pension plan reflects market rates for high quality corporate bonds currently available. In the U.S., our discount rate was determined by evaluating several yield curves consisting of large populations of high quality corporate bonds. The projected pension benefit payment streams were then matched with the bond portfolios to determine a rate that reflected the liability duration unique to our plans.

*Long-term Return on Assets*

We determine the long-term rate of return assumption for plan assets by reviewing the historical and expected returns of both the equity and fixed income markets, taking into consideration that assets with higher volatility typically generate a greater return over the long run. Additionally, current market conditions, such as interest rates, are evaluated and peer data is reviewed to check for reasonability and appropriateness.

*Healthcare Cost Trend Rate*

Our practice is to fund the cost of the postretirement benefits on a cash basis. For measurement purposes, an 8% annual rate of increase in the per capita cost of covered health care benefits was assumed for 2006. This rate is expected to decrease to approximately 5% by 2009.

***Income Taxes***

Deferred tax liabilities or assets reflect temporary differences between the amounts of assets and liabilities for financial and tax reporting purposes. Such amounts are adjusted, as appropriate, to reflect changes in tax rates expected to be in effect when the temporary differences reverse. A valuation allowance is recorded to reduce our deferred tax assets to the amount that is more likely than not to be realized.

When establishing a valuation allowance, we consider future sources of income such as forecasted earnings, the mix of earnings in the jurisdictions in which we operate, and prudent and feasible tax planning. In the event we determine that we would not be able to realize our deferred tax assets in the future, the valuation adjustment to the deferred tax assets is charged to earnings in the period in which we make such a determination. Likewise, if later it is determined that it is more likely than not that the deferred tax assets would be realized, we would reverse the previously provided valuation allowance.

We calculate current and deferred tax provisions based on estimates and assumptions that could differ from the actual results reflected in income tax returns filed during the following year. Adjustments based on filed returns are recorded when identified in the subsequent year.

The amount of income taxes we pay is subject to ongoing audits by federal, state and foreign tax authorities. Our estimate of the potential outcome of any uncertain tax issue is subject to management's assessment of relevant risks, facts, and circumstances existing at that time. We believe that we have adequately provided for reasonably foreseeable outcomes related to these matters. However, our future results may include favorable or unfavorable adjustments to our estimated tax liabilities in the period the assessments are made or resolved, which may impact our effective tax rate on a quarterly basis.

***Restructuring and Severance Costs***

We account for restructuring costs including severance and other costs associated with exit or disposal activities following the guidance provided in SFAS No. 112, "Accounting for Postemployment Benefits," and SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities." In the U.S., we have a severance pay plan ("Pay Plan"), which provides eligible employees with severance payments in the event of an involuntary termination due to qualifying cost reduction actions. We calculate severance pay using the severance benefits formula under the Pay Plan. Accordingly, we record provisions for such amounts and other related exit costs when they are probable and estimable as set forth under SFAS No. 112. In the absence of a Pay Plan, liability for severance and other employee-related costs are recognized when the liability is incurred and follow the guidance of SFAS No. 146.

***Litigation***

We are currently involved in various lawsuits, claims and inquiries, most of which are routine to the nature of the business, and in accordance with SFAS No. 5, "Accounting for Contingencies," we accrue estimates of the probable and estimable losses for the resolution of these claims. The ultimate resolution of these claims could affect our future results of operations for any particular quarterly or annual period should our exposure be materially different from our earlier estimates or should liabilities be incurred that were not previously accrued.

## RECENT ACCOUNTING REQUIREMENTS

During 2005, we adopted several accounting and financial disclosure requirements by the Financial Accounting Standards Board ("FASB"), Emerging Issues Task Force ("EITF") and Financial Interpretations by the FASB, none of which has had a significant impact on our financial results of operations and financial position. (Refer to Note 1 "Summary of Significant Accounting Policies," to the Consolidated Financial Statements for more information).

In January 2006, we adopted the recognition provisions of SFAS 123(R), "Share-Based Payment," following the guidance under modified prospective application and expect that the associated expense will be approximately $17 million in 2006 based on unvested stock options outstanding at year end 2005. Such expense will have an estimated $.12 per share impact on earnings after tax.

## RISK FACTORS (SAFE HARBOR STATEMENT)

The matters discussed in this Management's Discussion and Analysis of Financial Condition and Results of Operations and other sections of this Annual Report contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements, which are not statements of historical fact, may contain estimates, assumptions, projections and/or expectations regarding future events, which may or may not occur. Words such as "aim," "anticipate," "assume," "believe," "continue," "could," "estimate," "expect," "guidance," "intend," "may," "objective," "plan," "potential," "project," "seek," "shall," "should," "target," "will," "would," or variations thereof and other expressions, which refer to future events and trends, identify forward-looking statements. Such forward-looking statements, and financial or other business targets, are subject to certain risks and uncertainties, which could cause actual results to differ materially from expected results, performance or achievements of the Company expressed or implied by such forward-looking statements.

Certain of such risks and uncertainties are discussed in more detail in Part 1, Item 1A, "Risk Factors," to the Company's Annual Report on Form 10-K for the year ended December 31, 2005, and include, but are not limited to, risks and uncertainties relating to investment in development activities and new production facilities, timely development and successful market acceptance of new products, fluctuations in cost and availability of raw materials, ability of the Company to achieve and sustain targeted cost reductions, impact of competitive products and pricing, business mix shift, credit risks, ability to obtain adequate financing arrangements, fluctuations in pension, insurance and employee benefit costs, successful integration of acquisitions, successful implementation of new manufacturing technologies and installation of manufacturing equipment, customer and supplier concentrations, financial condition and inventory strategies of customers, changes in customer order patterns, loss of significant contract(s) or customer(s), legal proceedings, including the DOJ criminal investigation, as well as the European Commission ("EC"), Canadian Department of Justice, and Australian Competition and Consumer Commission investigations, into industry competitive practices and any related proceedings or lawsuits pertaining to these investigations or to the subject matter thereof (including purported class actions seeking treble damages for alleged unlawful competitive practices, and purported class actions related to alleged disclosure and fiduciary duty violations pertaining to alleged unlawful competitive practices, which were filed after the announcement of the DOJ investigation, as well as a likely fine by the EC in respect of certain employee misconduct in Europe), impact of potential violations of the U.S. Foreign Corrupt Practices Act based on issues in China, changes in governmental regulations, fluctuations in interest rates, fluctuations in foreign currency exchange rates and other risks associated with foreign operations, changes in economic or political conditions, acts of war, terrorism,