UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**CERTIFICATE OF SERVICE**

I certify that on January 24, 2007, I have caused the following documents:

1. Place holder for Plaintiffs' Reply Memorandum of Law in Support of Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00;
2. LR 7.1(c) Word Count Compliance Certificate Regarding Plaintiffs' Reply Memorandum of Law in Support of Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00;
3. Declaration of Sara Cotton; and
4. Certificate of Service;

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley | hadley@hbdlaywers.com |

Hennigan, Bennett & Dorman

and I certify that I have caused a copy of the following:

1. Plaintiffs' Reply Memorandum of Law in Support of Motion to Enforce Parties' Damages Agreement and for Judgment in the Amount of $5,897,062.00;

to be filed conventionally under seal with the Clerk of Court and to be forwarded as noted to the following:

| | |
|---|---|
| Lawrence M. Hadley, Esq.<br>Hennigan, Bennett & Dorman<br>856 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 | VIA FEDERAL EXPRESS |
| David P. Pearson<br>Winthrop & Weinstine<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 | VIA HAND DELIVERY |

Dated: January 24, 2007

By: s/Sara Cotton
Sara Cotton