✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

3M Innovative Properties Company, and
Minnesota Mining and Manufacturing Company

V.

Avery-Dennison Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1781 JRT/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. 3M's Motion to Enforce the Parties' Damages Agreement and for Judgment in the Amount of $5,897,062 is **GRANTED IN PART** and **DENIED IN PART**. The Court determines that Avery must pay 3M a sum in the amount of $4,228,521. This sum reflects the parties' agreed upon 20 percent royalty rate applied to the Court's finding of Avery's total sales in the amount of $21,142,607. Post-judgment interest on the damages award shall begin to accrue upon entry of a money judgment by the Clerk of Court.
2. The Clerk is directed to **ENTER JUDGMENT** against defendant Avery and in favor of plaintiffs 3M in the amount of $4,228,521.

April 24, 2007
Date

RICHARD D. SLETTEN, CLERK

s/Amy Linner
(By) Amy Linner, Deputy Clerk