UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2007, I have caused the following documents:

1. Notice of Appeal; and

4. Certificate of Service;

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlawyers.com |
| Roderick G. Dorman<br>Hennigan, Bennet & Dorman | dormanr@hbdlawyers.com |

Dated: May 1, 2007

By: s/Sara Cotton
Sara Cotton

60426064.doc