Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641012826
Cashier ID: llewis
Transaction Date: 05/02/2007
Payer Name: FISH RICHARDSON

---

NOTICE OF APPEAL/DOCKETING FEE
For: FISH RICHARDSON
Case/Party: D-MNX-0-01-CV-001781-001
Amount: $455.00

---

CHECK
Check/Money Order Num: 8406
Amt Tendered: $455.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

APPEAL FEE 01CV1781 JRT/FLN

SCANNED
MAY 02 2007
U.S. DISTRICT COURT MPLS