IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**[PROPOSED] ORDER STAYING EXECUTION OF JUDGMENT**
**FED. R. CIV. P. 62(d)**

This matter came before the undersigned on the motion of Defendant Avery Dennison Corporation (“Avery”) under Fed. R. Civ. P. 62(d) for a stay of execution of the Judgment against Avery in the amount of $4,228,521 [DOC # 417] pending exhaustion of appeals in this action.

Based on the submissions of the parties and the entire record of this case, IT IS HEREBY ORDERED that:

1. Pursuant to Fed. Rule Civ. P. 62(d), any and all proceedings to enforce or execute upon the Judgment of this Court in favor of 3M in the amount of $4,228,521.00 are hereby STAYED subject to the paragraphs below.

2. Upon exhaustion of all appeals, provided the judgment has not been reversed, remanded, or otherwise set aside, 3M may commence enforcement proceedings without further order of this Court, unless Avery, within 20 days of the exhaustion of all

such appeals, has satisfied the full judgment amount plus statutory interest and costs then accrued.

[3. Avery shall not be required to post a supersedeas bond.]

[4. The Court hereby approves the supersedeas bond that Avery has filed concurrently in the amount of $4,643,521.30.]

Dated: ______________________________________

John R. Tunheim
United States District Judge

Respectfully Submitted:

DATED: May 4, 2007

By /S/ Lawrence M. Hadley
Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile