IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

On May 4, 2007, I served a copy of the within documents described below by transmitting via United States District Court for the District of Minnesota Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth below.

1. AVERY'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF JUDGMENT FED. R. CIV. P. 62(d);
2. AVERY'S NOTICE OF FILING SUPERSEDEAS BOND FED. R. CIV. P. 62(D);
3. AVERY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT FED. R. CIV. P. 62(d);
4. DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF AVERY'S MOTION TO STAY ENFORCEMENT OF JUDGMENT;
5. [PROPOSED] ORDER STAYING EXECUTION OF JUDGMENT FED. R. CIV. P. 62(d); and
6. LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY DENNISON CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY EXECUTION OF JUDGMENT

Jonathan E. Singer
John C. Adkisson
Katherine A. Moerke
Fish & Richardson, P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

Juanita R. Books
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, California 92130-2081

/S/ Lawrence M. Hadley
Lawrence M. Hadley