**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AVERY-DENNISON CORPORATION,<br><br>Defendant. | : | Civil Action No. 01-CV-1781 (JRT/FLN) |

**DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF AVERY'S MOTION TO STAY ENFORCEMENT OF JUDGMENT**

I, Lawrence M. Hadley, declare and state as follows:

1. I am an attorney with the law firm of Hennigan, Bennett & Dorman, counsel for Avery Dennison Corporation ("Avery") in this matter. I make this Declaration in support of Avery's Motion to Stay Enforcement of Judgment under Fed. R. Civ. P. 62(d). I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify as to these facts.

2. Attached as Exhibit 1 is a true and correct copy of Avery's most recent annual report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of May, 2007 at Los Angeles, California.

/S/ Lawrence M. Hadley
Lawrence M. Hadley

607914\v1