





# A DEMONSTRABLE DIFFERENCE



Annual Report 2006

AVERY DENNISON



## FINANCIAL OVERVIEW

| (Dollars in millions, except per share amounts) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales from continuing operations | $5,575.9 | $5,473.5 | $5,317.0 |
| Net income from continuing operations | $ 352.5 | $ 291.8 | $ 281.0 |
| Net income from continuing operations, as a percent of sales | 6.3 | 5.3 | 5.3 |
| Net income from continuing operations per common share, assuming dilution | $ 3.51 | $ 2.90 | $ 2.79 |
| Net income | $ 367.2 | $ 226.4 | $ 279.7 |
| Net income, as a percent of sales | 6.6 | 4.1 | 5.3 |
| Net income per common share, assuming dilution | $ 3.66 | $ 2.25 | $ 2.78 |
| Dividends per common share | 1.57 | 1.53 | 1.49 |
| Capital expenditures | 153.2 | 171.6 | 205.7 |
| Return on average shareholders' equity (percent) | 22.5 | 14.6 | 19.9 |

## FRONT COVER

Front




1 Fasson® clear pressure-sensitive label materials, manufactured by Fasson Roll North America, are taking beverage labeling to new levels of sophistication.

2 Jet aircraft light up the skies when decorated with Avery Graphics™ Aircraft film, manufactured by Graphics and Reflective Products.

3 Ready to make a statement? Avery® T-Shirt Transfer products—manufactured by Office and Consumer Products—have a unique image transfer system that enables consumers to personalize clothing and other fabrics.

4 From inventory tracking to supply chain management, Avery Dennison™ RFID inlays make it possible to find the right item at the right place and time.

## BACK COVER

Back




1 Fasson® pressure-sensitive papers, manufactured by Materials South America, provide a premium look and labeling versatility for Argentine wines.

2 U.S. mail is functional—and fun—thanks to self-adhesive stamps such as *DC® Comics Super Heroes*, produced by Security Printing.

3 Fasson® clear pressure-sensitive label materials, manufactured by Roll Materials Asia Pacific, help attract consumers to health and beauty products.

4 Retail Information Services' eco-friendly jacquard woven labels offer natural labeling alternatives in either a blend of natural and conventional yarns or 100% natural yarn fibers.

5 France's postal service decorates many of its vehicles with Avery Graphics™ transparent films, manufactured by Graphics and Reflective Products.

6 Fasson Roll North America's new resealable film helps satisfy the appetite of customers such as KRAFT® Foods for innovative packaging solutions.

7 Manufactured by Performance Polymers, Avery Dennison's clear in-mold label film with its unique "no-label" look gives consumer products added shelf appeal.

8 Peeling and applying professional-looking labels is easy, thanks to Avery® Easy Peel Mailing Labels from Office and Consumer Products.

SERVICE. EXCELLENCE.
INNOVATION. TEAMWORK.
COMMUNITY. INTEGRITY.
IN 2006, OUR EMPLOYEES EXEMPLIFIED THESE VALUES AND MADE A DEMONSTRABLE DIFFERENCE IN THE BUSINESSES OF OUR CUSTOMERS.
OUR PRODUCTS AND SERVICES ENABLED OUR CUSTOMERS TO SERVE THEIR CLIENTS AND GROW THEIR BUSINESSES IN EVERY CORNER OF THE WORLD.



Kent Kresa
Chairman of the Board

Dean A. Scarborough
President and Chief Executive Officer

# DEAR FELLOW SHAREHOLDERS:

**WE ARE PLEASED TO REPORT THAT 2006 WAS ANOTHER SUCCESSFUL YEAR FOR AVERY DENNISON. WE MADE SUBSTANTIAL PROGRESS IN ACHIEVING OUR VISION OF BEING RECOGNIZED AS THE BEST COATING AND CONVERTING COMPANY IN THE WORLD BY HELPING OUR CUSTOMERS GROW THEIR BUSINESSES.**

We continued to expand our presence in emerging markets, where high demand for our products drove significant growth. We began to regain some market share in our North American pressure-sensitive materials business in the second half of the year, although soft market demand negatively impacted our revenue growth.

Sales of our high-margin printable media products in the Office and Consumer Products segment grew in 2006, as a direct result of increased marketing and product renovation programs. This is a solid improvement from the slow decline we experienced in the previous year.

Our Retail Information Services (RIS) business also delivered solid top-line growth from new products such as heat transfer, as well as solid expansion in Asia.

We undertook a major business realignment in 2006 that spanned all geographies and businesses with the goal of simplifying processes and improving efficiencies. We met our objectives, achieving close to $100 million of annualized savings, while reshaping our organizations to be more responsive to customers.

We were pleased with the conclusion of the investigations by the Department of Justice and the European Commission into competitive practices in the label stock industry. Both of these investigations were closed with no action.

**FINANCIAL HIGHLIGHTS**

- Reported sales from continuing operations grew 2 percent to $5.6 billion in 2006
- Net income from continuing operations grew 21 percent to $352.5 million in 2006

MOVING FORWARD

Last year set the foundation for our Company to focus more on top-line growth, as well as executing our margin improvement programs.

**WE UNDERTOOK A MAJOR BUSINESS REALIGNMENT IN 2006 THAT SPANNED ALL GEOGRAPHIES AND BUSINESSES WITH THE GOAL OF SIMPLIFYING PROCESSES AND IMPROVING EFFICIENCIES.**

We continue to invest aggressively in emerging markets. The developing economies of Asia, Latin America and Eastern Europe represent approximately 25 percent of our sales, which have grown in the mid-teens. In 2007, we will open several new facilities in China and India. Growth is accelerating in India, where we will add facilities for both Retail Information Services and Pressure-sensitive Materials. Every Avery Dennison business will have a footprint in India by the end of the year.

In addition, we recently opened the Philip M. Neal Asia Pacific Research Center in China. This state-of-the-art facility is focused on helping our customers grow even faster in this region.

We added to our RFID capability with the purchase of an important technology to produce customized RFID products in smaller volumes. RFID sales began to increase in the fourth quarter of 2006. We will continue our investment program, expanding our geographic reach and our new products capability in this promising new market. Our channel access and manufacturing platforms are strong advantages in this market.

Retail Information Services is poised to deliver solid growth. RIS has benefited from strategic competitive advantages, including fulfillment and consistency of brand image and data for retailers and branded apparel manufacturers. We will add new facilities in Asia and introduce several new products for interior labeling.

**WE CONTINUE TO INVEST AGGRESSIVELY IN EMERGING MARKETS... EVERY AVERY DENNISON BUSINESS WILL HAVE A FOOTPRINT IN INDIA BY THE END OF THE YEAR.**

EMERGING MARKET SALES
(DOLLARS IN MILLIONS)




2006 REVENUE BY REGION
(BEFORE INTERGEOGRAPHIC ELIMINATIONS)




*Includes Canada, Australia, and South Africa

We are investing in a new clear-on-clear coating line in our Pressure-sensitive Materials business to support the rapidly growing demand for clear film-based beer labels. Our share gain program is set to deliver moderate top-line growth in pressure-sensitive materials during 2007. Our service and new product platforms are enhanced by scale as we leverage our market-leading share position.

Our Specialty Tape business is introducing many new product platforms, ranging from new elastic side panels for disposable diapers to new materials that adhere to low-surface-energy substrates and products that minimize noise and vibrations. These platforms were developed under our successful Horizons growth program—most of these innovations produced in our Avery Research Center.

#### CONTINUED MARGIN EXPANSION

We will continue to create a number of programs to reach our long-term goal of an 11 percent operating margin. Our Enterprise Lean Sigma initiative is at the core of our efforts, as employees continually find ways to simplify and streamline processes, while improving quality and service for our customers. During the fourth quarter of 2006, we announced another round of productivity measures to deliver $11 million to $13 million in savings in 2008.

### OUR SERVICE AND NEW PRODUCT PLATFORMS ARE ENHANCED BY SCALE AS WE LEVERAGE OUR MARKET-LEADING SHARE POSITION.

#### LOOKING AHEAD WITH CONFIDENCE

As a $5.6 billion global company, Avery Dennison is an industry leader with clear competitive advantages in developed and emerging markets. Our strengths include: global scale; a strong share position for our core roll materials business; a strong Avery brand and consumer awareness in the office supply category; and an advantageous position in the Retail Information Services business. Our service and delivery platforms,

**EARNINGS PER SHARE**
(DOLLARS)




**31 CONSECUTIVE YEARS OF DIVIDEND INCREASES**
(DOLLARS)
12.8% compound annual growth rate




coupled with our size and worldwide reach, make us the fastest provider of innovative products in our relevant markets.

We have an experienced team of leaders who are guided by our vision, values and operating principles. With more than half of our top senior management team born outside the U.S., we know how to operate in the 49 countries in which we do business. Knowing how to operate locally, while leveraging our worldwide values and resources, is a key advantage for us in markets outside the U.S.

The year 2007 marks the 100th birthday of the Company's founder, R. Stanton Avery. From the inception of Avery Dennison in 1935, Stan emphasized the importance of providing innovative products and services, and operating our business in an honest and forthright manner. Those of us who had the privilege of working with Stan know how much emphasis he placed on being a good corporate citizen and an excellent employer. Avery Dennison has implemented a number of programs to help employees understand the importance of the values and vision that guide all of us in this Company.

To our shareholders, we appreciate your support of the Company over the past year. To our employees, we offer our deepest thanks for your hard work in demonstrating the Avery Dennison difference through a year of change, renewal and progress.

Sincerely,

**DEAN A. SCARBOROUGH**
President and Chief Executive Officer

**KENT KRESA**
Chairman of the Board

March 1, 2007














## SERVICE

From pre-season collaboration to rigorous testing to unique retail information solutions, Avery Dennison helps Carter's turn the process of appealing to consumers into child's play.





## THE DIFFERENCE:

# CUSTOMER FOCUS

## RETAIL INFORMATION SERVICES + CARTER'S

Quality. Comfort. Innovation. Trust. These traits have made Carter's the number one baby and children's clothing brand in the U.S. today.

Avery Dennison Retail Information Services focuses on these same attributes to help make Carter's products stand out in stores.

Key to the successful 15-year relationship has been close collaboration to develop brand identification solutions that properly convey the benefits of Carter's products.

One example is Avery Dennison™ ComfortTag™ labels that are literally part of the fabric. This proprietary solution enabled Carter's to offer not only one of the first—but also the softest—tagless label on the market, an important feature for parents with infants and toddlers.

"Working with Avery Dennison gives us creative freedom to explore new ideas," says Robin Polsley, vice president of creative marketing. "No matter what we come up with, we're confident that Avery Dennison will listen and deliver."










## EXCELLENCE

Avery Dennison worked closely with two European design firms to provide compelling graphic solutions that would attract attention to ABN AMRO's winning entry in the highly competitive Volvo Ocean Race.

THE DIFFERENCE:

# BRAND ENHANCEMENT

## GRAPHIC AND REFLECTIVE PRODUCTS + STUDIO BAS VAN DER HEIDE/KUBIK EUROPE

The prestigious offshore Volvo Ocean Race brings fame to its victor and visibility to its sponsors.

So when Dutch bank ABN AMRO wanted world-class graphics to attract attention to its entry, it hired two Dutch firms that worked closely with Avery Dennison to make sure that executing their designs would be smooth sailing.

The bank commissioned Studio Bas van der Heide to create a striking sail design that magazines would want to feature on their covers. To determine the boat design that would communicate the bank's brand most effectively, the studio thoroughly researched camera angles from sea and air. Studio Bas van der Heide then turned to Avery Dennison to supply Avery Graphics™ films, knowing they would be cost-effective, easy to color-match, fast to apply and simple to correct as needed, no matter what the weather conditions.

In addition, ABN AMRO selected Kubik Europe to develop brand-enhancing designs for its corporate pavilion in each port. Kubik Europe worked closely with Avery Dennison to navigate potential challenges in delivering consistent, high-quality graphics in a variety of harsh marine settings.

"Avery Dennison was able to produce the right product for every idea we came up with," says Hajo Reinders, managing director, Kubik Europe. "During the campaign, we needed everything from small stickers and large graphics for ABN AMRO's head office to applications for branding offices and restaurants."