THE DIFFERENCE:

# LIMITLESS THINKING

## RFID DIVISION + KIMBERLY-CLARK

Kimberly-Clark has been a pioneer in radio frequency identification (RFID) since April 2004 when it became the first U.S. company to ship RFID-tagged products to Wal-Mart.

The company recognized that RFID technology could help it ship the right product in the right amount to the right customer at the right time.

But Kimberly-Clark also knew it needed to find the right supplier to provide the sophisticated inlays that are at the heart of RFID tags.

The company selected Avery Dennison—not only for the reliability and quality of its inlays, but also for its wide range of RFID resources and technical skills.

Those resources proved particularly helpful in the development and operation of Kimberly-Clark's RFID research lab—one of the most rigorous in the industry for testing RFID product performance. Avery Dennison not only supplied equipment, but also technical advice and support for the center.

"RFID is an evolving technology," says Mike O'Shea, director, Auto-ID Sensing Technology, Global Sciences and Technology. "Successful implementation requires a strong relationship with partners like Avery Dennison, who can contribute to the process and develop new solutions as we move forward."




## INNOVATION

Together, Avery Dennison and Kimberly-Clark have been pioneers in developing and using sophisticated RFID tags to track products and make sure they are delivered to the right place at the right time.












**TEAMWORK**

Leveraging their complementary capabilities and global scale has enabled Brady Corporation and Avery Dennison to develop and supply standard labelling solutions that meet the needs of local customers in highly specialized markets around the world.





## THE DIFFERENCE:

# GLOBAL SCALE

### ROLL MATERIALS + BRADY CORPORATION

Brady Corporation spans the world. With 55 plants worldwide, this leading industrial label manufacturer is close to its customers, wherever they are. To meet the high-performance needs of the industrial, electronics, electrical, safety and other specialized markets, Brady wants suppliers that can be there right beside it.

Avery Dennison fits the bill. The two companies began working together a number of years ago because Brady wanted high-quality roll materials that would complement its coating capabilities and be readily available to its facilities around the world.

That win-win relationship continues today. For example, Avery Dennison and Brady recently co-developed materials that meet new European compliance standards for waste and use of hazardous substances in electronic and electrical equipment. This has allowed Brady to have standard products supplied locally for use in different regions.

Avery Dennison also provides high-intensity prismatic reflective material that Brady's utility business converts to multilingual signs. These signs warn people in their own language about danger zones such as power lines and excavation projects.

"Avery Dennison's size, scope and global reach—coupled with our in-house technology—help us to take advantage of global market opportunities and meet the needs of various niche markets," says Matt Williamson, president, Brady Americas.

THE DIFFERENCE:

# PRODUCTIVE PARTNERSHIPS

## OFFICE PRODUCTS NORTH AMERICA + LC INDUSTRIES

LC Industries has a unique vision: to provide meaningful jobs for the blind. Established in 1936, this $200 million, non-profit company is today the largest U.S. employer of the blind.

LC Industries sells more than 800 items it manufactures or distributes in centers on military bases and in other locations across the U.S. One of its best-selling products is Avery-brand heavyweight document protectors.

This item exemplifies Avery Dennison's commitment to provide products that meet LC Industries' unique needs. In 2006, LC Industries employed eight blind people in its Louisville facility to package the easy-to-separate Avery-brand bulk document protectors into 425,000 co-branded boxes.

Avery Dennison also ships new Avery-brand products to LC Industries early so that its customers can be among the first to benefit from the latest print-enabling products and tools.

"The blind suffer from an unemployment rate of nearly 70 percent," says William Hudson, president, LC Industries. "Avery Dennison has always respected and understood our vision, and worked hard to develop solutions that help our employees prosper and our company grow."






## COMMUNITY

Avery Dennison's close partnership with LC Industries, the largest employer of the blind in the U.S., produces visible results for both companies. Demand for Avery-brand products on military bases across the U.S. creates job opportunities and sales for LC Industries and growth for Avery Dennison.



THE DIFFERENCE:

# THE AVERY DENNISON DIFFERENCE

For more than 70 years, we have strived to provide unique products, outstanding service and strategic advantage for our customers. That tradition continued in 2006 as we worked to leverage our global scale, expertise and limitless thinking to help our customers grow their businesses.

We also began a journey to make our business simpler and more responsive. Our goal? To achieve the best of both worlds—decentralized and close to our customers on the front end and more efficient and centralized in our support functions—so that we can provide even greater value for our customers, employees and shareholders in 2007 and beyond.

Our focus will remain on demonstrating new ways to make a meaningful difference to our customers. Our objective will be, as it always has been, to anticipate their needs and create innovative solutions to fulfill them. Because when they succeed, we succeed.