2006 Sales
by Business

# OUR BUSINESSES AT A GLANCE




**Pressure-sensitive Materials**

Pressure-sensitive Materials consists of Fasson-brand roll materials, graphics and reflective materials, performance polymers and engineered films. Roll materials are used in brand identity, barcode labeling systems, product identification and other applications by label converters and consumer products package designers and manufacturers. Graphics and reflective materials are used in wide-format digital printing, sign-making, traditional screen printing and offset printing to serve the graphic arts, vehicle marking, transportation and highway-safety industries. Performance polymers are an extensive line of water-based and solvent-based pressure-sensitive adhesives used in film and paper labels, graphic films, specialty automotive and industrial tapes, and protective films for windows and consumer goods. Locations: North America, Europe, Latin America, Asia Pacific and South Africa.




**Office and Consumer Products**

Office and Consumer Products manufactures a wide range of products for office, home and school including Avery-brand self-adhesive labels, content and template software, binders, sheet protectors, dividers and index makers, writing instruments, cell phone labels, T-shirt transfers, security badge systems and do-it-yourself business cards. Locations: North America, Europe, Latin America and Asia Pacific.




**Retail Information Services**

Retail Information Services designs, manufactures and sells a variety of price marking and brand identification products for retailers, apparel manufacturers, distributors and industrial customers worldwide. These include woven and printed labels, heat transfers, graphic tags, patches, integrated tags, price tickets, custom hard and soft goods packaging, RFID carton and item tags, electronic article surveillance (EAS) tags, barcode printers, software solutions, molded plastic fastening and application devices, as well as service bureau printing applications for supply chain and security management. Locations: North America, Europe, Latin America, Asia Pacific and South Africa.




**Other Specialty Converting Businesses**

This group consists of several different businesses. The Specialty Tape business produces technically advanced pressure-sensitive tapes that are used by industrial fabricators, original equipment manufacturers, medical device manufacturers and in disposable diaper products. The Industrial and Automotive Products business manufactures high-quality materials such as decorative automotive interior films and long-life paint replacement films. The Security Printing business manufactures self-adhesive postage stamps and battery labels. The RFID business provides sophisticated RFID label inlays to converters who supply pressure-sensitive RFID labels for diverse end-user markets. Locations: North America, Europe, Latin America and Asia Pacific.

# FIVE-YEAR SUMMARY

| (Dollars in millions, except per share amounts) | 5-Year Compound Growth Rate | 2006[1] | | 2005[2] | | 2004[3] | | 2003[4] | | 2002[5] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollars | % | Dollars | % | Dollars | % | Dollars | % | Dollars | % |
| **For the Year[6]** | | | | | | | | | | | |
| Net sales | 5.4% | $ 5,575.9 | 100.0 | $ 5,473.5 | 100.0 | $ 5,317.0 | 100.0 | $ 4,736.8 | 100.0 | $ 4,127.5 | 100.0 |
| Gross profit | 6.7 | 1,528.4 | 27.4 | 1,476.2 | 27.0 | 1,426.6 | 26.8 | 1,319.2 | 27.9 | 1,209.1 | 29.3 |
| Marketing, general and administrative expense | 7.4 | 1,011.1 | 18.1 | 957.9 | 18.0 | 957.4 | 18.0 | 891.6 | 18.8 | 775.5 | 18.8 |
| Interest expense | 1.7 | 55.5 | 1.0 | 57.9 | 1.1 | 58.7 | 1.1 | 58.6 | 1.2 | 44.7 | 1.1 |
| Income from continuing operations before taxes | 4.0 | 425.6 | 7.6 | 366.8 | 6.7 | 375.3 | 7.1 | 338.5 | 7.1 | 361.1 | 8.7 |
| Taxes on income | (6.2) | 73.1 | 1.3 | 75.0 | 1.4 | 94.3 | 1.8 | 93.4 | 2.0 | 106.9 | 2.6 |
| Income from continuing operations | 6.3 | 352.5 | 6.3 | 291.8 | 5.3 | 281.0 | 5.3 | 245.1 | 5.2 | 254.2 | 6.2 |
| Income (loss) from discontinued operations, net of tax | N/A | 14.7 | N/A | (65.4) | N/A | (1.3) | N/A | 22.8 | N/A | 3.0 | N/A |
| Net income | 8.6 | 367.2 | 6.6 | 226.4 | 4.1 | 279.7 | 5.3 | 267.9 | 5.7 | 257.2 | 6.2 |

| | 5-Year Compound Growth Rate | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|
| **Per Share Information** | | | | | | |
| Income per common share from continuing operations | 7.5% | $ 3.53 | $ 2.91 | $ 2.81 | $ 2.47 | $ 2.59 |
| Income per common share from continuing operations, assuming dilution | 7.9 | 3.51 | 2.90 | 2.79 | 2.45 | 2.56 |
| Net income per common share | 5.1 | 3.68 | 2.26 | 2.80 | 2.70 | 2.61 |
| Net income per common share, assuming dilution | 5.2 | 3.66 | 2.25 | 2.78 | 2.68 | 2.59 |
| Dividends per common share | 5.0 | 1.57 | 1.53 | 1.49 | 1.45 | 1.35 |
| Average common shares outstanding | .4 | 99.8 | 100.1 | 99.9 | 99.4 | 98.5 |
| Average common shares outstanding, assuming dilution | .4 | 100.4 | 100.5 | 100.5 | 100.0 | 99.4 |
| Book value at fiscal year end | 12.5 | $ 17.10 | $ 15.16 | $ 15.47 | $ 13.24 | $ 10.64 |
| Market price at fiscal year end | 3.9 | 67.93 | 55.27 | 59.97 | 54.71 | 59.05 |
| Market price range | | 56.09 to 69.11 | 50.30 to 62.53 | 54.90 to 65.75 | 47.75 to 63.51 | 52.86 to 69.49 |
| **At Year End** | | | | | | |
| Working capital | | $ (43.4) | $ 31.0 | $ 151.9 | $ (56.8) | $ (92.4) |
| Property, plant and equipment, net | | 1,309.4 | 1,295.7 | 1,374.4 | 1,287.1 | 1,178.1 |
| Total assets | | 4,293.6 | 4,203.9 | 4,399.3 | 4,115.1 | 3,656.3 |
| Long-term debt | | 501.6 | 723.0 | 1,007.2 | 887.7 | 837.2 |
| Total debt | | 968.0 | 1,057.7 | 1,211.7 | 1,180.3 | 1,144.2 |
| Shareholders' equity | | 1,680.5 | 1,511.9 | 1,548.7 | 1,318.7 | 1,056.4 |
| Number of employees | | 22,700 | 22,600 | 21,400 | 20,300 | 20,500 |
| **Other Information** | | | | | | |
| Depreciation expense[7] | | $ 153.5 | $ 154.2 | $ 145.8 | $ 141.9 | $ 122.5 |
| Research and development expense[7] | | 87.9 | 85.4 | 81.8 | 74.3 | 74.0 |
| Effective tax rate[7] | | 17.2% | 20.4% | 25.1% | 27.6% | 29.6% |
| Total debt as a percent of total capital | | 36.5 | 41.8 | 43.9 | 47.2 | 52.0 |
| Return on average shareholders' equity (percent) | | 22.5 | 14.6 | 19.9 | 22.3 | 25.7 |
| Return on average total capital (percent) | | 15.6 | 10.1 | 12.1 | 12.4 | 13.9 |

(1) Results for 2006 include net pretax charges of $36.2 for restructuring costs, asset impairment and lease cancellation charges, environmental remediation and other items, partially offset by gain on sale of investment and assets. Additionally, results for 2006 include a tax benefit of $14.9 due to capital losses arising from the sale of discontinued operations and a pretax gain on the sale of discontinued operations of $1.3.

(2) Results for 2005 include a net pretax charge of $63.6 for restructuring costs, asset impairment and lease cancellation charges and legal accrual related to a patent lawsuit, partially offset by gain on sale of assets. Additionally, results for 2005 include impairment charges for goodwill and intangible assets of $74.4 associated with the expected divestiture of a business.

(3) Results for 2004 include a pretax charge of $35.2 for restructuring costs, asset impairment and lease cancellation charges. Results for 2004 reflect a 53-week period.

(4) Results for 2003 include a net pretax charge of $30.5 for restructuring costs, asset impairment and lease cancellation charges and net losses associated with several product line divestitures, partially offset by a gain from the settlement of a lawsuit. Additionally, results for 2003 include a pretax gain on sale of discontinued operations of $25.5.

(5) Results for 2002 include a pretax charge for asset impairment and lease cancellation charges of $21.4, as well as a pretax charge of $10.7 related to severance.

(6) Certain amounts for prior years were reclassified to conform with the current year presentation.

(7) Amounts related to continuing operations.

# MANAGEMENT'S DISCUSSION AND ANALYSIS OF RESULTS OF OPERATIONS AND FINANCIAL CONDITION

## ORGANIZATION OF INFORMATION

Management's Discussion and Analysis provides a narrative concerning our financial performance and condition that should be read in conjunction with the accompanying financial statements. It includes the following sections:


- Definition of Terms ........ 19
- Overview and Outlook ........ 19
- Analysis of Results of Operations ........ 22
- Results of Operations by Segment ........ 24
- Financial Condition ........ 26
- Uses and Limitations of Non-GAAP Measures ........ 31
- Related Party Transactions ........ 31
- Critical Accounting Policies and Estimates ........ 31
- Recent Accounting Requirements ........ 34
- Safe Harbor Statement ........ 34
- Market-Sensitive Instruments and Risk Management ........ 35


## DEFINITION OF TERMS

Our discussion of financial results includes several non-GAAP measures to provide additional information concerning Avery Dennison Corporation's ("the Company's") performance. These non-GAAP financial measures are not in accordance with, nor are they a substitute for, GAAP financial measures. The non-GAAP financial measures are intended to supplement the presentation of our financial results that are prepared in accordance with GAAP. (Refer to "Uses and Limitations of Non-GAAP Measures.")

We use the following terms:

- *Organic sales growth* refers to the change in sales excluding the estimated impact of currency translation, acquisitions and divestitures;
- *Core unit volume* refers to a measure of sales performance that excludes the estimated impact of currency translation, acquisitions and divestitures, as well as changes in product mix and pricing;
- *Segment operating income* refers to income before interest and taxes;
- *Free cash flow* refers to cash flow from operations, less payments for capital expenditures, software and other deferred charges; and
- *Working capital from continuing operations* refers to working capital excluding short-term debt, current assets and current liabilities of held-for-sale businesses.

While our segment structure remained the same as reported in the prior year, in 2006, we transferred our business media division from the Retail Information Services segment into other specialty converting businesses, to align with a change in our internal reporting structure. Prior year amounts included herein have been reclassified to conform to the current year presentation.

*As a result of the sale of our raised reflective pavement marker business during 2006 (discussed below in "Acquisitions and Divestitures"), the discussions which follow generally reflect summary results from our continuing operations unless otherwise noted. However, the net income and net income per share discussions include the impact of discontinued operations.*

## OVERVIEW AND OUTLOOK

### *Overview*

*Sales*

Our sales from continuing operations increased 2% in 2006 compared to growth of 3% in 2005, reflecting the factors summarized in the following table.

| Estimated change in sales due to: | 2006 | 2005 | 2004 |
|---|---|---|---|
| Core unit volume | 2% | (1)% | 8% |
| Pricing & product mix | 1 | 2 | (1) |
| Organic sales growth | 3% | 1% | 7% |
| Foreign currency translation | – | 2 | 5 |
| Divestitures, net of acquisitions | (1) | – | – |
| Reported sales growth | 2% | 3% | 12% |

Organic sales growth in 2006 reflected increases in most of our businesses outside of the U.S., particularly in the emerging markets of Asia, Eastern Europe and Latin America.

In the U.S., sales were approximately even with the prior year. In our North American roll materials business, reduced market share during the first quarter of 2006 (reflecting share loss related to price increases implemented in 2005 and early 2006, to offset higher raw material costs), as well as generally slow market conditions, were offset by some share gain during the second half of 2006. The benefit from growth of Avery-brand products and a strong back-to-school season in our Office and Consumer Products segment in the U.S. was offset by the loss of sales from exiting certain low-margin private label business in that segment.

Organic sales growth in 2005 reflected favorable changes in pricing and product mix, primarily due to the impact of selling price increases implemented to offset higher raw material costs. This benefit was partially offset by a decrease in core unit volume in 2005, reflecting the following factors:

- Loss of market share in our North American roll materials business following our implementation of selling price increases during 2005, to offset higher raw material costs
- The impact of an extra week in the 2004 fiscal year

- Accelerated purchases by Office and Consumer Products customers in advance of our 2005 selling price increases, which shifted sales into the fourth quarter of 2004.

*Net Income*

Net income increased $141 million in 2006 compared to 2005.

Positive factors affecting the change in net income included:

- Higher sales
- Reduced restructuring and asset impairment charges in 2006 compared to 2005 (which included asset impairment charges related to discontinued operations)
- Cost savings from productivity improvement initiatives across all segments and corporate, including restructuring actions taken in 2006 and late 2005
- Tax benefit and gain on divestiture of a business
- Benefit of a lower effective tax rate on continuing operations

Negative factors affecting the change in net income included:

- Stock-based compensation and other employee-related costs
- Transition costs associated with 2006 restructuring actions
- Increased investment in information technology and marketing
- Accrual for environmental remediation costs

**Summary Results by Segment**

| | Net Sales | | Operating Income | |
|---|---|---|---|---|
| (In millions) | 2006 | 2005 | 2006 | 2005 |
| Pressure-sensitive Materials | $ 3,236.3 | $ 3,114.5 | $ 301.2 | $ 255.1 |
| Office and Consumer Products | 1,072.0 | 1,136.1 | 179.0 | 168.0 |
| Retail Information Services | 667.7 | 630.4 | 45.0 | 37.7 |
| Other specialty converting businesses | 599.9 | 592.5 | 17.2 | 14.1 |
| Corporate expense | – | – | (61.3) | (53.2) |
| Interest expense | – | – | (55.5) | (57.9) |
| Total from continuing operations | $ 5,575.9 | $ 5,473.5 | $ 425.6 | $ 366.8 |

*Pressure-sensitive Materials (58% of net sales)*

Our Pressure-sensitive Materials segment reported a 4% increase in sales in 2006 compared to 2005. Organic sales growth was approximately 3%, reflecting growth in our roll materials and graphics and reflective businesses in Asia, Europe and Latin America.

Operating income for this segment increased 17% in 2006, reflecting higher sales and cost savings from restructuring and productivity improvement initiatives. Operating income for this segment included restructuring costs and asset impairments in both 2006 and 2005 and transition costs in 2006.

*Office and Consumer Products (19% of net sales)*

Our Office and Consumer Products segment reported a 6% decrease in sales in 2006 compared to 2005. On an organic basis, sales declined approximately 1%, reflecting the loss of sales from exiting certain low-margin private label business and decreased volume in Europe. These declines were partially offset by growth in North America for Avery-brand products, a strong back-to-school season, and accelerated purchases by customers in advance of our 2007 selling price increases for certain product lines.

Operating income for this segment increased 7% in 2006, including the benefit from cost savings from productivity improvement and restructuring initiatives. Operating income for this segment included restructuring costs, asset impairments and transition costs in both 2006 and 2005.

*Retail Information Services (12% of net sales)*

The Retail Information Services segment reported a 6% increase in sales in 2006 compared to 2005. Organic sales growth was approximately 5%, reflecting continued growth of the business in Asia, Latin America and Europe.

Operating income for this segment increased 19% in 2006, reflecting higher sales and cost savings from restructuring and productivity improvement initiatives. Operating income for this segment included restructuring costs, asset impairments and transition costs in 2006 and 2005.

*Other specialty converting businesses (11% of net sales)*

Other specialty converting businesses reported a 1% increase in sales in 2006 compared to 2005. Organic sales growth was approximately 2%, reflecting solid growth in our specialty tape business, partially offset by weakness in other businesses.

Operating income for these businesses increased 22% in 2006, reflecting sales growth and cost savings from restructuring and productivity improvement initiatives. Operating income for these businesses included restructuring costs and asset impairments in both 2006 and 2005.

**Organic Sales Growth by Region**

We estimate organic sales growth (decline) in major regions of operation as follows:

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| U.S. | – | (3)% | 5% |
| Europe | 3% | 3% | 5% |
| Asia | 13% | 13% | 26% |
| Latin America | 11% | 4% | 19% |

As discussed above, sales in the U.S. were approximately even with the prior year, due to slow market conditions in our Pressure-sensitive Materials segment, the impact of prior year share loss in our roll materials business, and loss of sales from exiting low-margin private label business in our Office and Consumer Products segment.

Organic growth in Europe reflected strong growth in the east and modest growth in the west.

Growth in our Asian and Latin American businesses was due to continued market expansion.

### *Cost Reduction Actions*

| (Dollars in millions) | Accrued Expenses | Headcount Reduction |
|---|---|---|
| Q4 2005 restructuring | $ 41.1 | 700 |
| 2006 restructuring | 23.5 | 450 |
| Total Q4 2005–2006 restructuring actions | $ 64.6 | 1,150 |
| Q4 2006 charges related to 2007 actions | $ 5.1 | 140 |

During late 2005 and 2006, we implemented cost reduction actions related to restructuring, which have improved our global operating efficiencies and are expected to result in annualized pretax savings of $90 million to $100 million. We estimate that approximately $50 million of these savings (net of transition costs) were achieved in 2006, with the balance to benefit 2007. These restructuring actions resulted in headcount reductions of approximately 1,150 positions, which impacted all of our segments and geographic regions and were completed in 2006. We are reinvesting some of the savings in future growth opportunities.

Additional restructuring actions were identified during the fourth quarter of 2006. These actions are expected to be completed during 2007, with savings expected to benefit 2008.

In 2005, we also incurred charges related to the planned divestitures of several low-margin businesses and product lines, as discussed in "Divestitures and Acquisitions."

Restructuring charges associated with severance and asset impairments recorded during 2004 were related to the completion of the integration of the 2002 acquisition of Jackstadt into our other existing businesses. We closed a manufacturing facility in France during the first quarter of 2004 and a manufacturing facility in Italy during the second quarter of 2004.

Refer to Note 10, "Cost Reduction Actions," to the Consolidated Financial Statements for further detail.

### *Effective Rate of Taxes on Income*

The effective tax rate was 17.2% for the full year 2006 compared with 20.4% for the full year 2005.

Our effective tax rate in both years included benefits from:

- Changes in the geographic mix of income
- Continued improvements in our global tax structure
- Several favorable global tax audit settlements and the closure of certain tax years
- Release of certain valuation allowances

In 2005, these benefits were partially offset by incremental expense associated with the repatriation of accumulated foreign earnings under the American Jobs Creation Act of 2004.

### *Free Cash Flow*

Free cash flow, which is a non-GAAP measure, is used as a measure of funds available for other corporate purposes, such as dividends, debt reduction, acquisitions, and repurchase of common stock. Refer to "Uses and Limitations of Non-GAAP Measures."

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net cash provided by operating activities | $ 510.8 | $ 441.6 | $ 516.9 |
| Purchase of property, plant and equipment | (161.9) | (162.5) | (178.9) |
| Purchase of software and other deferred charges | (33.4) | (25.8) | (21.8) |
| Free cash flow | $ 315.5 | $ 253.3 | $ 316.2 |

The increase in free cash flow in 2006 of $62 million reflects changes in assets and liabilities and higher net income compared to 2005. See "Analysis of Results of Operations" and "Liquidity" below for more information.

### *Divestitures and Acquisitions*

In December 2005, we announced our plan to sell our raised reflective pavement marker business, which had sales of approximately $23 million in 2005. The divestiture of this business was completed during the second quarter of 2006 and resulted in a tax benefit due to capital losses arising from the sale of the business. The results of this business have been accounted for as discontinued operations for the years presented herein. This business was previously included in the Pressure-sensitive Materials segment.

In December 2005, we also announced the divestiture of two product lines. These divestitures were completed in the first quarter of 2006. The first product line, which was included in the Office and Consumer Products segment, had estimated sales of $60 million in 2005, with minimal impact to income from operations. The second product line, which was included in other specialty converting businesses, had annual sales of approximately $10 million in 2005, with minimal impact to income from operations. As part of these divestitures, in 2005, we recorded severance and other employee-related charges of approximately $6 million and asset impairments of approximately $9 million. These charges were included in the "Other Expense, net" line of our Consolidated Statement of Income, as noted in "Cost Reduction Actions" above.

During the third quarter of 2004, we acquired Rinke Etiketten ("Rinke"), a privately held company in Germany. The incremental impact of this acquisition on our net sales was approximately $9 million during 2004, with an additional impact of approximately $15 million in 2005. This business is included in our Retail Information Services segment.

### *Investigations and Legal Proceedings*

On October 19, 2006, we were notified by the U.S. Department of Justice's Antitrust Division ("DOJ") that the DOJ had decided to close its criminal investigation (initiated in April 2003) into competitive practices in the label stock industry without further action.

On November 15, 2006, we announced that we had been notified by the European Commission ("EC") that the EC had closed its investigation (initiated in May 2004) into competitive activities in the label stock industry with no action.

In July 2004, we were notified by the Competition Law Division of the Department of Justice of Canada that it was seeking information in connection with a label stock investigation. In August 2005, we were notified by the Australian Competition and Consumer Commission that it was seeking information in connection with a label stock investigation. We are cooperating with these investigations.

We are a named defendant in purported class actions in the U.S. seeking treble damages and other relief for alleged unlawful competitive practices, which were filed after the announcement of the DOJ investigation. We are also a named defendant in a purported class action in the U.S. seeking damages and other relief for alleged disclosure and fiduciary duty violations pertaining to alleged unlawful competitive practices. We have discovered instances of conduct by certain employees in China that potentially violate the U.S. Foreign Corrupt Practices Act and we have reported that conduct to authorities in the U.S. Accordingly, we expect that fines or other penalties may be incurred.

We are unable to predict the effect of these matters at this time, although the effect could be adverse and material. These and other matters are reported in Note 8, "Contingencies," to the Consolidated Financial Statements.

### *Outlook*

In 2007, we expect low to mid single-digit revenue growth, including a modest positive effect from foreign currency translation. Our revenue expectations are subject to changes in economic and market conditions.

We anticipate continued benefit from our productivity improvement initiatives. In particular, we estimate that our restructuring and business realignment efforts will reduce costs by an additional $45 million compared to 2006. However, we plan to reinvest some of the savings from these productivity improvements in growth initiatives. This reinvestment includes incremental spending of approximately $12 million to $15 million related to investments in information technology.

We estimate that pretax interest expense will be approximately even with 2006, subject to changes in average debt outstanding.

We expect total restructuring and asset impairment charges in 2007 will be lower than the charges taken in 2006.

We anticipate an increase in our annual effective tax rate for 2007, subject to changes in tax laws and the geographic mix of income, with potentially wide variances from quarter to quarter.

Reflecting these assumptions, we expect an increase in annual earnings and free cash flow in comparison with 2006. Additionally, the effect of share repurchase will benefit earnings per share in 2007.

We expect capital expenditures in 2007 to be approximately $160 million to $165 million, or approximately $210 million to $225 million including software investments, funded through operating cash flows. Major capital projects in 2007 include expansion in China and India, serving both our materials and retail information services businesses. Major software investments relate to customer service and standardization initiatives.

## ANALYSIS OF RESULTS OF OPERATIONS

**Income from Continuing Operations Before Taxes:**

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales | $ 5,575.9 | $ 5,473.5 | $ 5,317.0 |
| Cost of products sold | 4,047.5 | 3,997.3 | 3,890.4 |
| Gross profit | 1,528.4 | 1,476.2 | 1,426.6 |
| Marketing, general and administrative expense | 1,011.1 | 987.9 | 957.4 |
| Interest expense | 55.5 | 57.9 | 55.7 |
| Other expense, net | 36.2 | 63.6 | 38.2 |
| Income from continuing operations before taxes | $ 425.6 | $ 366.8 | $ 375.3 |

| As a Percent of Sales: | % | % | % |
|---|---|---|---|
| Gross profit (margin) | 27.4 | 27.0 | 26.8 |
| Marketing, general and administrative expense | 18.1 | 18.0 | 18.0 |
| Income from continuing operations before taxes | 7.6 | 6.7 | 7.1 |

### *Sales*

Sales increased 2% in 2006 compared to an increase of 3% in 2005. Organic sales growth was approximately 3% in 2006 compared to approximately 1% in 2005. Organic sales growth in 2006 reflected increases in most of our businesses in Asia, Europe and Latin America. Organic growth in Europe reflected strong growth in the east and modest growth in the west. Growth in our Asian and Latin American businesses was due to continued market expansion.

On an organic basis, sales in the U.S. were approximately even in 2006, compared to a decrease of approximately 3% in 2005. In our North American roll materials business, reduced market share during the first quarter of 2006 (reflecting share loss related to price increases implemented in 2005 and early 2006 to offset higher raw material costs), as well as generally slow market conditions, were offset by some share gain during the second half of 2006. The benefit from growth of Avery-brand products and a strong back-to-school season in our Office and Consumer Products segment in the U.S. was offset by the loss of sales from exiting certain low-margin private label business (approximate impact of $22 million) in that segment.

Sales growth in 2005 was negatively impacted by an extra week in the 2004 fiscal year and accelerated purchases by Office and

Consumer Products customers in advance of 2005 selling price increases, both of which contributed to higher growth in 2004. Combined, the accelerated purchases and extra week in 2004 represented an estimated $60 million to $70 million of the change in sales between 2005 and 2004. The loss of market share in our North American roll materials business also affected sales growth in 2005.

Foreign currency translation had a favorable impact on the change in sales of approximately $21 million in 2006 compared to approximately $77 million in 2005.

Product line divestitures, net of incremental sales from acquisitions, reduced sales by approximately $54 million in 2006. Incremental sales from acquisitions, net of divestitures, contributed approximately $19 million in 2005.

### Gross Profit

Gross profit margin in both 2006 and 2005 benefited from our ongoing productivity improvement and cost reduction actions.

In 2006, these benefits were partially offset by:

- Unfavorable segment mix (faster growth in segments with lower gross profit margin as a percent of sales)
- Energy-related cost inflation (approximately $9 million)
- Change in the last-in, first-out ("LIFO") inventory reserves (approximately $9 million); refer to "Critical Accounting Policies and Estimates"
- Transition costs associated with restructuring (approximately $9 million)

In 2005, these benefits were partially offset by:

- Unfavorable segment mix
- Raw material inflation in excess of selling price increases
- Higher costs related to our radio frequency identification ("RFID") business (approximately $9 million)

In 2006, we reclassified shipping and handling costs to "Cost of products sold" to align our businesses around a standard accounting policy. In 2005, several of our businesses included these costs in marketing, general and administrative expenses (approximately $143 million for 2006, $145 million for 2005 and $148 million for 2004); previous results included herein have been reclassified for comparability to the current year.

### Marketing, General and Administrative Expenses

Marketing, general and administrative expense as a percent of sales in 2006 and 2005 reflected the benefit of productivity improvement initiatives and cost reduction actions.

In 2006, these benefits were offset by:

- Recognition of stock option expense (approximately $21 million)
- Increased spending on information systems and marketing (approximately $19 million)
- Increase in pension, medical and other employee-related costs (approximately $12 million)

In 2005, these benefits were offset by:

- Higher pension and medical expenses (approximately $14 million)
- Impact of foreign currency translation (approximately $11 million)
- Additional spending on the development of our RFID business (approximately $8 million), as well as other long-term growth initiatives
- Additional spending associated with acquisitions (approximately $6 million)

### Interest Expense

Interest expense decreased in 2006 and 2005. The decreases were due to a reduction in debt outstanding, partially offset by an increase in interest rates.

### Other Expense

| (In millions, pretax) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Restructuring costs | $ 21.1 | $ 37.5 | $ 23.6 |
| Asset impairment & lease cancellation charges | 8.7 | 28.1 | 11.6 |
| Other | 6.4 | (2.0) | – |
| Other expense, net | $ 36.2 | $ 63.6 | $ 35.2 |

In 2006 and 2005, "Other expense, net," consisted of charges for restructuring, including severance and other employee-related costs and asset impairment charges related to cost reduction actions and divestitures, as well as other items discussed below.

During late 2005 and 2006, we implemented cost reduction actions related to restructuring which have improved our global operating efficiencies and are expected to result in annualized pretax savings of $90 million to $100 million. We estimate that approximately $50 million of these savings (net of transition costs) have been achieved in 2006. These restructuring actions resulted in a headcount reduction of approximately 1,150 positions, which impacted all of our segments and geographic regions, and were completed in 2006. We are reinvesting some of the savings in future growth opportunities. Refer to Note 10, "Cost Reduction Actions," to the Consolidated Financial Statements for more information.

The other items included in "Other expense, net," in 2006 included:

- Accrual for environmental remediation costs ($13 million); refer to the Environmental section of "Financial Condition" below
- Costs related to a patent lawsuit and a divestiture ($.8 million)
- Gain on sale of assets ($5.3 million)
- Gain on curtailment and settlement of a pension obligation ($1.6 million)
- Gain on sale of an investment ($10.5 million), partially offset by a charitable contribution to the Avery Dennison Foundation ($10 million)

In 2006, other items included in "Other expense, net," consisted of the gain on the sale of assets, partially offset by costs related to a patent lawsuit.

In 2004, "Other expense, net," consisted of charges for productivity improvement actions, primarily related to the completion of the Jackstadt integration actions.

**Net Income:**

| (in millions, except per share amounts) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Income from continuing operations before taxes | $ 425.6 | $ 366.5 | $ 375.3 |
| Taxes on income | 73.1 | 75.0 | 94.3 |
| Income from continuing operations | 352.5 | 291.5 | 281.0 |
| Income (loss) from discontinued operations, net of tax | 14.7 | (65.4) | (1.3) |
| Net income | $ 367.2 | $ 226.4 | $ 279.7 |
| Net income per common share | $ 3.68 | $ 2.26 | $ 2.80 |
| Net income per common share, assuming dilution | $ 3.66 | $ 2.25 | $ 2.78 |
| Net income as a percent of sales | 6.6% | 4.1% | 5.3% |
| Effective tax rate from continuing operations | 17.2% | 20.4% | 25.1% |

***Taxes on Income***

Our 2006 effective tax rate included the benefit of changes in the geographic mix of income and continued improvements in our global tax structure, as well as the following:

- Net benefit from several favorable global tax audit settlements (approximately $5.1 million)
- Release of certain valuation allowances (approximately $5.2 million)

Our 2005 effective tax rate included the benefit of changes in the geographic mix of income and continued improvements in our global tax structure, as well as the following:

- Release of certain valuation allowances (approximately $15.6 million)
- Net benefit from several favorable global tax audit settlements (approximately $9 million)

In 2005, these benefits were partially offset by the incremental expense of $13.5 million associated with the repatriation of accumulated foreign earnings under the American Jobs Creation Act of 2004.

***Income (Loss) from Discontinued Operations***

Income (loss) from discontinued operations includes the divestiture of our raised reflective pavement markers business as noted in the Overview section above. The divestiture of this business was completed during 2006 and resulted in a tax benefit ($14.9 million) due to capital losses arising from the sale of the business and a gain on sale of $1.3 million.

Based on our estimated value of the raised reflective pavement markers business in 2005, we concluded that associated goodwill and intangible assets from our acquisition of this business were impaired. The resulting pretax impairment charge was approximately $74 million in 2005.

Income from discontinued operations included net sales of approximately $7 million in 2006, $23 million in 2005 and $24 million in 2004.

Refer to the Discontinued Operations section of Note 1, "Summary of Significant Accounting Policies," to the Consolidated Financial Statements for more information.

## RESULTS OF OPERATIONS BY SEGMENT

***Pressure-sensitive Materials Segment***

| (in millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales including intersegment sales | $ 3,397.8 | $ 3,277.7 | $ 3,154.1 |
| Less intersegment sales | (161.5) | (163.2) | (169.3) |
| Net sales | $ 3,236.3 | $ 3,114.5 | $ 2,984.8 |
| Operating income(1) | 301.2 | 255.1 | 221.4 |
| (1) Includes restructuring, asset impairment & lease cancellation charges and accrual for patent lawsuit, net of gain on sales of assets | $ 9.3 | $ 23.0 | $ 34.4 |

*Net Sales*

Sales in our Pressure-sensitive Materials segment increased 4% in both 2006 and 2005. Organic sales growth was approximately 3% in 2006 and 2% in 2005.

Organic sales growth in 2006 reflected growth in our roll materials and graphics and reflective businesses in Asia, Latin America, and Europe. Organic growth in 2005 reflected the positive impact of pricing and product mix, resulting from increased selling prices implemented to offset higher raw material costs. The extra week in the 2004 fiscal year contributed to slower growth in 2005.

In our North American roll materials business, 2005 sales declined on an organic basis at a low single-digit rate, while 2006 sales were even with the prior year. The loss of market share following our implementation of selling price increases in 2005 and early 2006 contributed to this decline. Both years were also affected by generally slow market conditions. Some share gain during the second half of 2006 offset these factors.

Our roll materials business in Europe experienced low single-digit organic sales growth in 2006, reflecting strong growth in the east. In 2005, this business experienced high single-digit organic sales growth reflecting solid growth in the west and stronger growth in the east.

Market expansion contributed to double-digit organic sales growth in the roll materials business in Asia in both 2006 and 2005. The roll materials business in Latin America experienced high single-digit organic sales growth in 2006, resulting from market expansion. In 2005, this region experienced low single-digit organic sales growth due to market expansion and selling price increases.

partially offset by loss of market share from selling price increases and loss of sales with a large customer.

Our graphics and reflective business experienced mid single-digit organic sales growth in 2006, as strong international growth was partially offset by a decline in the U.S. On an organic basis, sales in this business were unchanged in 2005.

The changes in reported sales for the segment included a favorable impact of foreign currency translation of approximately $15 million in 2006 and approximately $55 million in 2005.

*Operating Income*

Increased operating income in 2006 and 2005 reflected higher sales and cost savings from restructuring and productivity improvement initiatives. Operating income for all years reflected restructuring, asset impairment and lease cancellation charges. In 2006, operating income was also impacted by transition costs associated with restructuring and stock option expense.

***Office and Consumer Products Segment***

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales including | | | |
| intersegment sales | $ 1,073.5 | $ 1,138.1 | $ 1,174.7 |
| Less intersegment sales | (1.5) | (2.0) | (2.2) |
| Net sales | $ 1,072.0 | $ 1,136.1 | $ 1,172.5 |
| Operating income(1) | 179.0 | 168.0 | 156.4 |
| (1) Includes restructuring and asset impairment charges and net gain from product line divestiture | $ (2.3) | $ 21.6 | $ .5 |

*Net Sales*

Sales in our Office and Consumer Products segment decreased 6% in 2006, while sales decreased 3% in 2005. The decline in reported sales in 2006 reflected the impact of a product line divestiture in Europe (approximately $51 million). Foreign currency translation had a favorable impact on the change in reported sales of approximately $1 million in 2006 and $5 million in 2005.

On an organic basis, sales declined approximately 1% in 2006. The decline reflected the loss of sales from exiting certain low-margin private label business at the end of 2005 (approximately $22 million), partially offset by growth in Avery-brand products, a strong back-to-school season in North America, and accelerated purchases by customers in late 2006 in advance of our 2007 selling price increases for certain product lines.

In 2005, sales on an organic basis declined 4%, reflecting a shift in volume to late 2004 (due to customers' accelerated purchases in advance of selling price increases effective January 1, 2005), as well as the benefit from an extra week in the 2004 fiscal year. Declines in core unit volume in 2005 were partially offset by increased selling prices, implemented to offset higher raw material costs.

*Operating Income*

Operating income in 2006 reflected cost savings from productivity improvement and restructuring actions, partially offset by associated transition costs, higher raw material and energy-related costs, increased marketing costs, an increase in the LIFO reserve, and stock option expense.

Operating income in 2005 reflected charges related to restructuring, asset impairment and net losses associated with product line divestitures, partially offset by cost savings from restructuring and productivity initiatives. The selling price increases in 2005 offset the cumulative effect of raw material inflation over the 2004 to 2005 period.

***Retail Information Services Segment***

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales including | | | |
| intersegment sales | $ 671.1 | $ 637.1 | $ 599.5 |
| Less intersegment sales | (3.4) | (6.7) | (6.8) |
| Net sales | $ 667.7 | $ 630.4 | $ 592.7 |
| Operating income(1) | 45.0 | 37.7 | 43.4 |
| (1) Includes restructuring, asset impairment & lease cancellation charges | $ 11.2 | $ 7.5 | $ .3 |

*Net Sales*

Sales in our Retail Information Services segment increased 6% in both 2006 and 2005. The increase in both years reflected continued growth of the business in Asia, Latin America and Europe, as well as incremental sales from acquisitions, net of product line divestitures. Organic sales growth was approximately 5% in 2006 and 2% in 2005.

The impact of acquisitions, net of product line divestitures, was approximately $3 million in 2006 and $21 million in 2005. Foreign currency translation contributed to the increase in sales by approximately $3 million in 2006 and $7 million in 2005.

*Operating Income*

Operating income in 2006 and 2005 benefited from productivity improvement actions, including the migration of production from Hong Kong to lower cost facilities in mainland China. Benefits from productivity initiatives were offset by increased spending for information systems, stock option expense and other incremental employee-related costs in 2006, and higher costs associated with growth initiatives in 2005. Operating income in both years included charges for restructuring, asset impairment, and lease cancellation.

***Other specialty converting businesses***

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales including | | | |
| intersegment sales | $ 614.3 | $ 607.7 | $ 583.5 |
| Less intersegment sales | (14.4) | (15.2) | (16.5) |
| Net sales | $ 599.9 | $ 592.5 | $ 567.0 |
| Operating income(1) | 17.2 | 14.1 | 39.9 |
| (1) Includes restructuring and asset impairment charges | $ 3.7 | $ 6.2 | $ – |

*Net Sales*

Sales in our other specialty converting businesses increased 1% in 2006 and 4% in 2005. A product line divestiture reduced reported sales by approximately $7 million in 2006. Organic sales

growth was approximately 2% in 2006, reflecting solid growth in our specialty tape business, partially offset by weakness in other businesses. In 2005, organic sales growth of 4% reflected growth in most businesses.

Foreign currency translation had a favorable impact on the change in sales of approximately $1 million in 2006 and $4 million in 2005.

*Operating Income*

Operating income for these businesses increased in 2006, reflecting cost savings from restructuring and productivity improvement initiatives, partially offset by stock option expense. Operating income in both years included charges for restructuring and asset impairment.

The change in operating income in 2005 primarily reflected incremental costs related to the development of the RFID business.

## FINANCIAL CONDITION

### Liquidity

**Cash Flow Provided by Operating Activities:**

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net income | $ 367.2 | $ 226.4 | $ 279.7 |
| Depreciation and amortization | 197.9 | 201.5 | 188.2 |
| Income taxes (deferred and accrued) | 1.8 | (44.5) | 31.2 |
| Net (gain) loss on sale of assets and asset impairment | (7.5) | 108.1 | 12.4 |
| Trade accounts receivable | (2.3) | (43.9) | (1.4) |
| Other current assets | (45.6) | (4.3) | 9.2 |
| Inventories | (15.1) | (11.7) | (1.2) |
| Accounts payable and accrued liabilities | 6.9 | 30.4 | 26.9 |
| Long-term retirement benefits and other liabilities | (11.8) | (12.9) | (27.6) |
| Stock-based compensation | 24.1 | – | – |
| Other non-cash items, net | (6.5) | (7.5) | (.5) |
| Net cash provided by operating activities | $ 510.8 | $ 441.6 | $ 516.9 |

For cash flow purposes, changes in assets and liabilities exclude the impact of foreign currency translation and the impact of acquisitions and divestitures and certain non-cash transactions (discussed in "Analysis of Selected Balance Sheet Accounts" below).

In 2006, cash flow provided by operating activities was negatively impacted by changes in working capital, as shown below:

*Uses of cash*

- Other current assets primarily reflected the timing of collection of value-added tax receivables in Europe
- Inventories reflected increased purchases to support higher sales and customer service initiatives
- Long-term retirement benefits and other liabilities reflected benefit payments partially offset by contributions of approximately $39 million to our pension and postretirement health benefit plans

*Sources of cash*

- Accounts payable and accrued liabilities reflected the timing of payments and increased inventory

In 2005, cash flow provided by operating activities was negatively impacted by changes in working capital, as shown below:

*Uses of cash*

- Accounts receivable reflected higher sales and the timing of collections, partially offset by a decrease in the average days sales outstanding
- Income taxes reflected the timing of payments made, as well as the current year tax accrual
- Long-term retirement benefits and other liabilities reflected contributions of approximately $46 million to our pension and postretirement health benefit plans, partially offset by benefit payments
- Inventory reflected higher raw material purchases to support growth and business expansion

*Sources of cash*

- Accounts payable and accrued liabilities reflected the timing of payments and accruals, including accrual for restructuring charges

**Cash Flow Used in Investing Activities:**

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Purchase of property, plant and equipment | $ (161.9) | $ (162.5) | $ (178.9) |
| Purchase of software and other deferred charges | (33.4) | (25.8) | (21.8) |
| Proceeds from sale of businesses and investments | 35.4 | – | – |
| Other, net | 5.0 | 20.7 | (16.2) |
| Net cash used in investing activities | $ (154.9) | $ (167.6) | $ (216.9) |

*Capital Spending*

Our major capital projects in 2006 included investments for expansion in China and India serving both our materials and retail information services businesses, as well as spending related to our new films coater in the U.S. Our major information technology projects in 2006 included system improvements for our Retail Information Services segment and our materials businesses.

*Proceeds from Sale of Businesses and Investments*

In 2006, we sold a long-term investment and divested both a product line in Europe and the raised reflective pavement marker business.

**Cash Flow Used in Financing Activities:**

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net change of borrowings and payments of debt | $ (140.1) | $ (80.5) | $ (119.1) |
| Dividends paid | (171.5) | (168.7) | (164.6) |
| Purchase of treasury stock | (157.7) | (40.9) | (.7) |
| Proceeds from exercise of stock options, net | 54.1 | 11.1 | 19.1 |
| Other | 17.7 | 18.5 | 18.2 |
| Net cash used in financing activities | $ (397.5) | $ (280.5) | $ (247.1) |

*Borrowings and Repayment of Debt*

At year end 2006, our borrowings outstanding under foreign short-term lines of credit were $101.5 million (weighted-average interest rate of 9.6%), compared to $109.3 million at year end 2005 (weighted-average interest rate of 6.6%).

Short-term variable rate commercial paper borrowings were $164.4 million at December 30, 2006 (weighted-average interest rate of 5.0%) compared to $255.3 million at December 31, 2005 (weighted-average interest rate of 2.3%).

We had medium-term notes of $160 million outstanding at year end 2006 and 2005. In 2005, medium-term notes of $73 million were paid on maturity. Outstanding medium-term notes have maturities from 2007 through 2025 and accrue interest at fixed rates ranging from 5.9% to 7.5%.

In August 2004, we issued $150 million in floating rate senior notes due in 2007 under our 2001 shelf registration statement filed with the Securities and Exchange Commission ("SEC"). These notes are callable at par.

*Shareholders' Equity*

Our shareholders' equity was $1.68 billion at year end 2006, compared to $1.51 billion at year end 2005. Our annual dividend per share increased to $1.57 in 2006 from $1.53 in 2005.

*Share Repurchases*

On October 26, 2006, the Board of Directors authorized an additional 5 million shares of the Company's stock for our repurchase program, resulting in a total authorization of approximately 7.4 million shares of the Company's stock at that date. During the fourth quarter of 2006, we repurchased approximately 2.5 million shares. As of December 30, 2006, approximately 4.9 million shares were available for repurchase under the Board of Directors' authorization.

In the fourth quarter of 2005, we repurchased approximately .7 million shares under an agreement related to the L&E Packaging ("L&E") acquisition and recorded such amount to treasury stock. (See the Other section of "Contractual Obligations, Commitments and Off-Balance Sheet Arrangements" below for further details.)

***Analysis of Selected Balance Sheet Accounts***

*Long-lived Assets*

Goodwill increased $43 million during 2006 primarily due to foreign currency translation (approximately $32 million) and goodwill associated with an acquisition (approximately $10 million).

Other intangibles resulting from business acquisitions decreased $3 million during 2006 due to amortization expense recorded during 2006 (approximately $11 million) partially offset by the impact of foreign currency translation (approximately $6 million) and acquired intangibles associated with an acquisition (approximately $2 million).

Other assets decreased approximately $64 million during 2006 due primarily to a decrease in assets related to pension and postretirement benefits (approximately $65 million). Refer to Note 6, "Pensions and Other Postretirement Benefits," to the Consolidated Financial Statements for more information on the change in accounting for pension and postretirement benefits as a result of the adoption of Statement of Financial Accounting Standards ("SFAS") No. 158.

*Other Shareholders' Equity Accounts*

The value of our employee stock benefit trusts increased $51 million in 2006, due to an increase in the market value of shares held in the trusts (approximately $122 million), partially offset by the issuance of shares under our stock and incentive plans (approximately $71 million).

Accumulated other comprehensive loss increased by approximately $39 million, due to foreign currency translation, partially offset by the after-tax impact of the adoption of SFAS No. 158 (approximately $57 million). Refer to Note 6, "Pensions and Other Postretirement Benefits," to the Consolidated Financial Statements.

***Effect of Foreign Currency***

International operations generate approximately 55% of our net sales. Our future results are subject to changes in political and economic conditions and the impact of fluctuations in foreign currency exchange and interest rates. To reduce our income statement exposure to transactions in foreign currencies, we enter into foreign exchange forward, option and swap contracts, where available and appropriate.

**Impact of Foreign Currency Translation:**

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Change in net sales | $ 21 | $ 77 | $ 207 |
| Change in net income | 2 | 2 | 5 |

While there was a benefit from foreign currency translation in 2006, this benefit was lower compared to prior years. The benefit to sales in 2006 primarily reflected a benefit from currencies in Canada, Brazil, Korea and China, partially offset by a negative impact of the Euro and currencies in South Africa and Australia. The impact of foreign currency fluctuations on net income is smaller than the impact on net sales, because our products are generally sourced in the currencies in which they are sold. As a

result, the impact of foreign exchange rates on sales is matched with a partially offsetting impact on reported expenses, thereby reducing the impact of foreign currency fluctuations on net income.

Our net income for 2005 and 2004 included translation gains and losses for operations in hyperinflationary economies, which included Turkey. For accounting purposes, operations are treated as being in a hyperinflationary economy, based on the cumulative inflation rate over the past three years. Operations in hyperinflationary economies consist of our operations in the Dominican Republic, which use the U.S. dollar as the functional currency. These operations were not significant to our consolidated financial position or results of operations. In 2006, Turkey was removed from hyperinflationary status.

### Analysis of Selected Financial Ratios

We utilize certain financial ratios to assess our financial condition and operating performance, as discussed below.

*Working Capital Ratio*

Working capital (current assets minus current liabilities, excluding working capital of held-for-sale business), as a percent of net sales, decreased in 2006 primarily due to an increase in short-term debt. Working capital from continuing operations, as a percent of net sales, is shown below. We use this non-GAAP measure as a tool to assess our working capital requirements because it excludes the impact of fluctuations due to our financing activities. (Refer to "Uses and Limitations of Non-GAAP Measures.") The timing of financing activities is not necessarily related to our current operations and would tend to distort the working capital ratio from period to period. Our objective is to minimize our investment in working capital from operations by reducing this ratio, to maximize cash flow and return on investment.

**Working capital from continuing operations:**

| (In millions) | 2006 | 2005 |
|---|---|---|
| (A) Working capital (current assets minus current liabilities; excludes working capital of held-for-sale businesses) | $ (43.4) | $ 31.0 |
| Reconciling item: | | |
| Short-term and current portion of long-term debt | 466.4 | 364.7 |
| (B) Working capital from continuing operations | $ 423.0 | $ 395.7 |
| (C) Net sales | $ 5,575.9 | $ 5,473.5 |
| Working capital, as a percent of net sales (A) ÷ (C) | (.8)% | .6% |
| Working capital from continuing operations, as a percent of net sales (B) ÷ (C) | 7.6% | 7.2% |

As a percent of sales, working capital from continuing operations in 2006 weakened compared to 2005. In 2006, the change primarily reflected a decrease in cash and cash equivalents and income taxes payable. Working capital changes included the impact of currency.

*Accounts Receivable Ratio*

The average number of days sales outstanding was 58 days in 2006 and 2005, calculated using a four-quarter average accounts receivable balance divided by the average daily sales for the year.

*Inventory Ratio*

Average inventory turnover was 8.5 in 2006 compared to 8.8 in 2005, calculated using the annual cost of sales divided by a four-quarter average inventory balance. The decrease is due to higher average inventory levels, primarily to support customer service initiatives.

*Debt Ratios*

| | | Year End | |
|---|---|---|---|
| | Requirement | 2006 | 2005 |
| Total debt to total capital | | 36.5% | 41.5% |
| *Debt covenant ratios:* | | | |
| Total debt to earnings before other expense, interest, taxes, depreciation and amortization | Not to exceed 3.5:1.0 | 1.4:1.0 | 1.6:1.0 |
| Earnings before other expense, interest and taxes to interest | At least 3.5:1.0 | 9.3:1.0 | 8.4:1.0 |

The decrease in the total debt to total capital ratio in 2006 was due to a decrease in total debt outstanding and an increase in shareholders' equity.

Our various loan agreements in effect at year end require that we maintain specified ratios of consolidated debt and consolidated interest expense in relation to certain measures of income. We were in compliance with these covenants as shown in the table above.

The fair value of our debt is estimated based on the discounted amount of the related cash flows using the current rates offered to us for debt of the same remaining maturities. At year end, the fair value of our total debt, including short-term borrowings, was $963 million in 2006 and $1.1 billion in 2005.

*Shareholders' Equity Ratios*

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Return on average shareholders' equity | 22.5% | 14.6% | 19.9% |
| Return on average total capital | 15.6 | 10.1 | 12.1 |

Increases in these ratios in 2006 compared to 2005 were primarily due to higher net income. These ratios are computed using actual net income and a five-quarter average denominator for equity and total debt accounts.

### Capital Resources

Capital resources include cash flows from operations and debt financing. We maintain adequate financing arrangements at competitive rates. These financing arrangements consist of our commercial paper programs in the U.S. and Europe, committed and uncommitted bank lines of credit in the countries where we operate, callable commercial notes, and long-term debt, including medium-term notes.

*Capital from Debt*

Our total debt decreased approximately $120 million in 2006 to $965 million compared to year end 2005, reflecting payments of debt, partially offset by the impact of foreign currency translation.

In July 2004, we entered into a revolving credit agreement with ten domestic and foreign banks for a total commitment of $525 million, expiring July 16, 2009. We use the financing available under this agreement as a commercial paper back-up facility and to finance other corporate requirements. There was no debt outstanding under this agreement as of year end 2006 and 2005.

In addition, we have a 364-day revolving credit facility with a foreign bank to provide up to Euro 30 million ($39.6 million) in borrowings through July 31, 2007. With the approval of the bank, we may extend the revolving period and due date on an annual basis. Our intention is to negotiate an extension of this facility in 2007. Financing under this agreement is used to finance cash requirements of our European operations. As of year end 2006, $26.3 million was outstanding under this agreement.

We had standby letters of credit outstanding of $77.1 million and $81.2 million at the end of 2006 and 2005, respectively.

Our uncommitted lines of credit were approximately $359 million at year end 2006. Our uncommitted lines of credit do not have a commitment expiration date and may be cancelled by the banks or us at any time.

In the fourth quarter of 2004, we filed a shelf registration statement with the SEC to permit the issuance of up to $500 million in debt and equity securities. Proceeds from the shelf offering may be used for general corporate purposes, including repaying, redeeming or repurchasing existing debt, and for working capital, capital expenditures and acquisitions. As of December 30, 2006, no securities had been issued under this registration statement.

Credit ratings are a significant factor in our ability to raise short-term and long-term financing. The credit ratings assigned to us also impact the interest rates on our commercial paper and other borrowings. When determining a credit rating, the rating agencies place significant weight on our competitive position, business outlook, consistency of cash flows, debt level and liquidity, geographic dispersion and management team.

**Our credit ratings as of year end 2006:**

| | Short-term | Long-term | Outlook |
|---|---|---|---|
| Standard & Poor's Rating Service | A-2 | A– | Negative |
| Moody's Investors Service | P2 | A3 | Stable |

***Contractual Obligations, Commitments and Off-balance Sheet Arrangements***

**Contractual Obligations at Year End 2006:**

| | | Payments Due by Period | | | | | |
|---|---|---|---|---|---|---|---|
| (In millions) | Total | 2007 | 2008 | 2009 | 2010 | 2011 | Thereafter |
| Short-term lines of credit | $ 255.9 | $ 255.9 | – | – | – | – | – |
| Long-term debt and capital leases | 712.1 | 210.5 | $ 50.5 | $ .5 | $ .5 | $ .1 | $ 450.0 |
| Interest on long-term debt[1] | 400.1 | 35.6 | 27.3 | 24.6 | 24.6 | 24.6 | 263.4 |
| Operating leases | 201.3 | 50.8 | 41.5 | 27.1 | 18.6 | 15.7 | 47.6 |
| Pension and postretirement benefit contributions | 14.1 | 14.1 | – | – | – | – | – |
| Total contractual obligations | $ 1,583.5 | $ 566.9 | $ 119.3 | $ 52.2 | $ 43.7 | $ 40.4 | $ 761.0 |

(1) Interest on floating rate debt was estimated using the index rate in effect as of December 30, 2006.

We enter into operating leases primarily for office and warehouse space and equipment for electronic data processing and transportation. The terms of our leases do not impose significant restrictions or unusual obligations, except for the facility in Mentor, Ohio as noted below. The table above includes minimum annual rental commitments on operating leases having initial or remaining non-cancelable lease terms of one year or more.

On September 9, 2005, we completed the lease financing for a commercial facility (the "Facility") located in Mentor, Ohio, used primarily for the new headquarters and research center for our roll materials division. The Facility consists generally of land, buildings, equipment and office furnishings. We have leased the Facility under an operating lease arrangement, which contains a residual value guarantee of $33.4 million. We do not expect the residual value of the Facility to be less than the amount guaranteed.

We did not include purchase obligations or open purchase orders at year end 2006 in the table of contractual obligations above, because it is impracticable for us to either obtain such information or provide a reasonable estimate due to the decentralized nature of our purchasing systems.

*Investigations and Legal Proceedings*

On October 19, 2006, we were notified by the DOJ that the DOJ had decided to close its criminal investigation (initiated in April 2003) into competitive practices in the label stock industry without further action.

On November 15, 2006, we announced that we had been notified by the EC that the EC had closed its investigation (initiated in May 2004) into the Company's competitive activities in the label stock industry, with no action.

In July 2004, we were notified by the Competition Law Division of the Department of Justice of Canada that it was seeking information in connection with a label stock investigation. In August 2005, we were notified by the Australian Competition and Consumer Commission that it was seeking information in connection with a label stock investigation. We are cooperating with these investigations.

We are a named defendant in purported class actions in the U.S. seeking treble damages and other relief for alleged unlawful competitive practices, which were filed after the announcement of the DOJ investigation. We are also a named defendant in a purported class action in the U.S. seeking damages and other relief for alleged disclosure and fiduciary duty violations pertaining to alleged unlawful competitive practices.

We are unable to predict the effect of these matters at this time, although the effect could be adverse and material. These matters are reported in Note 8, "Contingencies," to the Consolidated Financial Statements.

*Environmental*

We have been designated by the U.S. Environmental Protection Agency ("EPA") and/or other responsible state agencies as a potentially responsible party ("PRP") at fourteen waste disposal or waste recycling sites, which are the subject of separate investigations or proceedings concerning alleged soil and/or groundwater contamination and for which no settlement of our liability has been agreed upon. We are participating with other PRPs at such sites, and anticipate that our share of cleanup costs will be determined pursuant to remedial agreements to be entered into in the normal course of negotiations with the EPA or other governmental authorities.

We have accrued liabilities for these and certain other sites, including sites in which governmental agencies have designated us as a PRP, where it is probable that a loss will be incurred and the cost or amount of loss can be reasonably estimated. However, because of the uncertainties associated with environmental assessment and remediation activities, future expense to remediate the currently identified sites and any sites which could be identified in the future for cleanup could be higher than the liability currently accrued.

During the third quarter of 2006, we recognized an additional liability of $13 million for estimated environmental remediation costs for a former operating facility, for which $2 million had been accrued in the second quarter of 2006. The amount accrued represents the lower end of the current estimated range of $15 million to $17 million for costs expected to be incurred. We considered additional information provided by outside consultants in revising our previous estimates of expected costs. This estimate could change depending on various factors such as modification of currently planned remedial actions, change in site conditions, change in the estimated time to complete remediation, change in laws and regulations affecting remediation requirements and other factors.

Other amounts currently accrued are not significant to our consolidated financial position, and based upon current information, we believe that it is unlikely that the final resolution of these matters will significantly impact our consolidated financial position, results of operations or cash flows.

*Other*

In 2005, we contacted relevant authorities in the U.S. and reported the results of an internal investigation of potential violations of the U.S. Foreign Corrupt Practices Act. The transactions at issue were carried out by a small number of employees of our reflectives business in China, and involved, among other things, impermissible payments or attempted impermissible payments. The payments or attempted payments and the contracts associated with them appear to have been relatively minor in amount and of limited duration. Corrective and disciplinary actions have been taken. Sales of our reflectives business in China in 2005 were approximately $7 million. Based on findings to date, no changes to our previously filed financial statements are warranted as a result of these matters. However, we expect that fines or other penalties may be incurred. While we are unable to predict the financial or operating impact of any such fines or penalties, we believe that our behavior in detecting, investigating, responding to and voluntarily disclosing these matters to authorities should be viewed favorably.

We and our subsidiaries are involved in various other lawsuits, claims and inquiries, most of which are routine to the nature of our business. Based upon current information, we believe that the resolution of these other matters will not materially affect us.

We provide for an estimate of costs that may be incurred under our basic limited warranty at the time product revenue is recognized. These costs primarily include materials and labor associated with the service or sale of products. Factors that affect our warranty liability include the number of units installed or sold, historical and anticipated rate of warranty claims on those units, cost per claim to satisfy our warranty obligation and availability of insurance coverage. As these factors are impacted by actual experience and future expectations, we assess the adequacy of the recorded warranty liability and adjust the amounts as necessary.

We participate in receivable financing programs, both domestically and internationally, with several financial institutions whereby we may request advances from these financial institutions. At December 30, 2006, we guaranteed approximately $22 million of these advances.

We also guaranteed up to approximately $22 million of certain of our foreign subsidiaries' obligations to their suppliers as of December 30, 2006.

In connection with the L&E acquisition in 2002, we issued approximately .7 million shares at $63.08 per share. We also entered into an agreement with L&E whereby in the event the value of our common shares fell below the price of the shares that were issued to L&E (adjusted for dividends received), during the period

from January 1, 2005 through December 31, 2007, L&E had the option to exercise a true-up right. Upon exercise of this true-up right, we had the option to (1) pay the difference in value to L&E, in the form of (a) cash or (b) common shares, or (2) repurchase the shares at the issued share price, adjusted for dividends paid. The true-up obligation was reduced by any shares sold by L&E to third parties. During 2005, L&E sold 44,603 shares to third parties. On October 20, 2005, L&E notified us that it was exercising its true-up right under the agreement for the remaining approximately .7 million shares. We repurchased the remaining shares under the agreement for $41 million in the fourth quarter of 2005.

## USES AND LIMITATIONS OF NON-GAAP MEASURES

Our presented non-GAAP financial measures exclude the impact of certain events, activities or strategic decisions. The accounting effects of these events, activities or decisions, which are included in the GAAP measures, may make it difficult to assess the underlying performance of the Company in a single period. By excluding certain accounting effects, both positive and negative (for example, divestitures and acquisitions), from certain of our GAAP measures, management believes that it is providing meaningful supplemental information to facilitate an understanding of the Company's "core" or "underlying" operating results. These non-GAAP measures are used internally to evaluate trends in our underlying business, as well as to facilitate comparison to the results of competitors for a single period.

Limitations associated with the use of our non-GAAP measures include (1) the exclusion of foreign currency translation and the impact of acquisitions and divestitures from the calculation of organic sales growth; (2) the exclusion of mandatory debt service requirements, as well as the exclusion of other uses of the cash generated by operating activities that do not directly or immediately support the underlying business (such as discretionary debt reductions, dividends, share repurchase, acquisitions, etc.) for calculation of free cash flow; and (3) the exclusion of short-term debt from the calculation of working capital ratio from continuing operations. While some of the items the Company excludes from GAAP measures recur, these items tend to be disparate in amount and timing. Based upon feedback from investors and financial analysts, we believe that supplemental non-GAAP measures provide information that is useful to the assessment of the Company's performance and operating trends.

## RELATED PARTY TRANSACTIONS

From time to time, we enter into transactions in the normal course of business with related parties. We believe that such transactions are at arm's length and for terms that would have been obtained from unaffiliated third parties.

One of our directors, Peter W. Mullin is the chairman, chief executive officer and a director of MC Insurance Services, Inc. ("MC"), Mullin Insurance Services, Inc. ("MINC"), and PWM Insurance Services, Inc. ("PWM"), executive compensation and benefit consultants and insurance agents. Mr. Mullin is also the majority stockholder of MC, MINC and PWM (collectively referred to as the "Mullin Companies"). We paid premiums to insurance carriers for life insurance placed by the Mullin Companies in connection with several of our employee benefit plans. The Mullin Companies have advised us that they earned commissions from such insurance carriers for the placement and renewal of this insurance. Approximately 50% of these commissions were allocated to and used by MC Insurance Agency Services, LLC, and MullinTBG Insurance Agency Services (affiliates of MC) to administer benefit plans and provide benefit statements to participants under several of our employee benefit plans. The Mullin Companies own a minority interest in M Financial Holdings, Inc. ("MFH"). Substantially all of the life insurance policies, which we placed through the Mullin Companies in 2006 and prior years, are issued by insurance carriers that participate in reinsurance agreements entered into between these insurance carriers and M Life Insurance Company ("M Life"), a wholly-owned subsidiary of MFH. Reinsurance returns earned by M Life are determined annually by the insurance carriers and can be negative or positive, depending upon the results of M Life's aggregate reinsurance pool, which consists of the insured lives reinsured by M Life. The Mullin Companies have advised us that they participated in net reinsurance gains of M Life. None of these transactions were significant to our financial position or results of operations.

**Summary of Related Party Activity:**

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Mullin Companies commissions on our insurance premiums | $ .5 | $ .9 | $ 1.1 |
| Mr. Mullin's direct & indirect interest in these commissions | .4 | .7 | .8 |
| Mullin Companies reinsurance gains (without risk of forfeiture) ascribed by M Life to our life insurance policies | .3 | .2 | .2 |
| Mr. Mullin's direct & indirect interest in reinsurance gains (without risk of forfeiture) | .2 | .1 | .2 |
| Mullin Companies reinsurance gains (subject to risk of forfeiture) ascribed by M Life to our life insurance policies | .6 | 1.5 | – |
| Mr. Mullin's direct & indirect interest in reinsurance gains (subject to risk of forfeiture) | .4 | 1.1 | – |

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions for the reporting period and as of the financial statement date. These estimates and assumptions affect the reported

amounts of assets and liabilities, the disclosure of contingent liabilities and the reported amounts of revenue and expense. Actual results could differ from those estimates.

Critical accounting policies are those that are important to the portrayal of our financial condition and results, and which require us to make difficult, subjective and/or complex judgments. Critical accounting policies cover accounting matters that are inherently uncertain because the future resolution of such matters is unknown. We believe that critical accounting policies include accounting for revenue recognition, sales returns and allowances, accounts receivable allowances, inventory and inventory reserves, long-lived asset impairments, pensions and postretirement benefits, income taxes, stock-based compensation, restructuring and severance costs and litigation.

*Revenue Recognition*

Sales are recognized when persuasive evidence of an arrangement exists, pricing is determinable, and collection is reasonably assured. Furthermore, sales, provisions for estimated returns, and the cost of products sold are recorded at the time title transfers to customers and when the customers assume the risks and rewards of ownership. Sales terms are generally f.o.b. (free on board) shipping point or f.o.b. destination, depending upon local business customs. For most regions in which we operate, f.o.b. shipping point terms are utilized and sales are recorded at the time of shipment, because this is when title and risk of loss are transferred. In certain regions, notably in Europe, f.o.b. destination terms are generally utilized and sales are recorded when the products are delivered to the customer's delivery site, because this is when title and risk of loss are transferred. Actual product returns are charged against estimated sales return allowances.

Sales rebates and discounts are common practice in the industries in which we operate. Volume, promotional, price, cash and other discounts and customer incentives are accounted for as a reduction to gross sales. Rebates and discounts are recorded based upon estimates at the time products are sold. These estimates are based upon historical experience for similar programs and products. We review such rebates and discounts on an ongoing basis and accruals for rebates and discounts are adjusted, if necessary, as additional information becomes available.

*Sales Returns and Allowances*

Sales returns and allowances represent credits we grant to our customers (both affiliated and non-affiliated) for the return of unsatisfactory product or a negotiated allowance in lieu of return. We accrue for returns and allowances based upon the gross price of the products sold and historical experience for such products. We record these allowances based on the following factors: (i) customer specific allowances; and (ii) an estimated amount, based on our historical experience, for issues not yet identified.

*Accounts Receivable Allowances*

We are required to make judgments as to the collectibility of accounts receivable based on established aging policy, historical experience and future expectations. The allowances for doubtful accounts represent allowances for customer trade accounts receivable that are estimated to be partially or entirely uncollectible. These allowances are used to reduce gross trade receivables to their net realizable value. We record these allowances based on estimates related to the following factors: (i) customer specific allowances; (ii) amounts based upon an aging schedule; and (iii) an estimated amount, based on our historical experience, for issues not yet identified. No single customer represented 10% or more of our net sales or trade receivables at year end 2006 and 2005. However, our ten largest customers at year end 2006 represented approximately 15% of trade accounts receivable and consisted of six customers of our Office and Consumer Products segment, three customers of our Pressure-sensitive Materials segment and one customer of both these segments. The financial position and operations of these customers are monitored on an ongoing basis.

*Inventory and Inventory Reserves*

Inventories are stated at the lower of cost or market value and are categorized as raw materials, work-in-progress or finished goods. Cost is determined using methods that approximate both the first-in, first-out ("FIFO") and last-in, first-out ("LIFO") methods. Inventories valued using the LIFO method comprised 29% and 32% of inventories before LIFO adjustment at year end 2006 and 2005, respectively. The Company's international operations are on the FIFO basis of inventory cost accounting. U.S. operations use both FIFO and LIFO. Our limited use of the LIFO valuation methodology reflects the tax-basis election in place at the time of previous acquisitions of businesses in the U.S.

Inventory reserves are recorded for damaged, obsolete, excess and slow-moving inventory. We use estimates to record these reserves. Slow-moving inventory is reviewed by category and may be partially or fully reserved for depending on the type of product and the length of time the product has been included in inventory.

*Long-lived Asset Impairments*

We record impairment charges when the carrying amounts of long-lived assets are determined not to be recoverable. Impairment is measured by assessing the usefulness of an asset or by comparing the carrying value of an asset to its fair value. Fair value is typically determined using quoted market prices, if available, or an estimate of undiscounted future cash flows expected to result from the use of the asset and its eventual disposition. The amount of impairment loss is calculated as the excess of the carrying value over the fair value. Changes in market conditions and management strategy have historically caused us to reassess the carrying amount of our long-lived assets.

*Pensions and Postretirement Benefits*

In December 2006, we adopted the provisions of SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statements No. 87, 88, 106, and 132(R)":

a) Recognition of the funded status of the Company's defined benefit and postretirement benefit plan (with a corresponding reversal of minimum pension liability under SFAS No. 87)

b) Recognition of the gains or losses, prior service costs or credits and transition assets or obligations remaining from the initial application of SFAS Nos. 87 and 106 as a component of accumulated other comprehensive income, net of tax

c) Measurement of the defined benefit plan assets and obligations as of the Company's fiscal year end

d) Disclosure of additional information about the effects of the amortization of gains or losses, prior service costs or credits, and transition assets or obligations (remaining from the initial application of SFAS Nos. 87 and 106) on net periodic benefit cost for the next fiscal year

Assumptions used in determining projected benefit obligations and the fair value of plan assets for our pension plan and other postretirement benefit plans are evaluated by management in consultation with outside actuaries. In the event we determine that changes are warranted in the assumptions used, such as the discount rate, expected long-term rate of return, or health care costs, future pension and postretirement benefit expenses could increase or decrease. Due to changing market conditions or changes in the participant population, the actuarial assumptions we use may differ from actual results, which could have a significant impact on our pension and postretirement liability and related cost.

*Discount Rate*

We, in consultation with our actuaries, annually review and determine the discount rates to be used in connection with our postretirement obligations. The assumed discount rate for each pension plan reflects market rates for high quality corporate bonds currently available. In the U.S., our discount rate is determined by evaluating several yield curves consisting of large populations of high quality corporate bonds. The projected pension benefit payment streams are then matched with the bond portfolios to determine a rate that reflects the liability duration unique to our plans.

*Long-term Return on Assets*

We determine the long-term rate of return assumption for plan assets by reviewing the historical and expected returns of both the equity and fixed income markets, taking into consideration that assets with higher volatility typically generate a greater return over the long run. Additionally, current market conditions, such as interest rates, are evaluated and peer data is reviewed to check for reasonability and appropriateness.

*Healthcare Cost Trend Rate*

Our practice is to fund the cost of postretirement benefits on a cash basis. For measurement purposes, a 9% annual rate of increase in the per capita cost of covered health care benefits was assumed for 2007. This rate is expected to decrease to approximately 5% by 2011.

*Income Taxes*

Deferred tax assets and liabilities reflect temporary differences between the amounts of assets and liabilities for financial and tax reporting purposes. Such amounts are adjusted, as appropriate, to reflect changes in tax rates expected to be in effect when the temporary differences reverse. A valuation allowance is recorded to reduce our deferred tax assets to the amount that is more likely than not to be realized.

When establishing a valuation allowance, we consider future sources of income such as forecasted earnings, the mix of earnings in the jurisdictions in which we operate, and prudent and feasible tax planning. In the event we determine that we would not be able to realize our deferred tax assets in the future, the valuation adjustment to the deferred tax assets is charged to earnings in the period in which we make such a determination. Likewise, if later it is determined that it is more likely than not that the deferred tax assets would be realized, we would release the previously provided valuation allowance.

We calculate current and deferred tax provisions based on estimates and assumptions that could differ from the actual results reflected in income tax returns filed during the following years. Adjustments based on filed returns are recorded when identified in the subsequent years.

The amount of income taxes we pay is subject to ongoing audits by federal, state and foreign tax authorities. Our estimate of the potential outcome of any uncertain tax issue is subject to management's assessment of relevant risks, facts, and circumstances existing at that time. We believe that we have adequately provided for reasonably foreseeable outcomes related to these matters. However, our future results may include favorable or unfavorable adjustments to our estimated tax liabilities in the period the assessments are made or resolved, which may impact our effective tax rate on a quarterly basis.

***Stock-Based Compensation***

Effective January 1, 2006, we began recognizing expense for stock-based compensation to comply with the provisions of the reissued SFAS No. 123(R), using the modified prospective application transition method. As permitted by this transition method, results for the prior periods have not been restated. In addition, we continued to recognize compensation cost related to outstanding unvested awards as of December 31, 2005 under the original provisions of SFAS No. 123. Stock-based compensation expense for all awards granted after December 31, 2005 was based on the grant date fair value estimated in accordance with SFAS No. 123(R).

*Valuation of Stock Options*

Our stock-based compensation expense is the estimated fair value of options granted, amortized on a straight-line basis over the requisite service period. The fair value of each of our stock option awards is estimated on the date of grant using the Black-Scholes option-pricing model. This model requires input assumptions for our expected dividend yield, expected volatility, risk-free interest rate and the expected life of the options.

Expected dividend yield was based on the current annual dividend divided by the 12-month average monthly stock price prior to grant.

Expected volatility for options granted during 2006 was based on both historical and implied volatility. Expected volatility for options granted prior to 2006 was based on historical volatility of our stock price.

Risk-free rate was based on the average of the weekly T-Bond rate over the expected option term.

Expected term was determined based on historical experience under our stock option plans.

Forfeiture rate assumption was determined based on historical data of our stock option forfeitures over the last twelve years.

Certain of the assumptions used above are based on management's estimates. As such, if factors change and such factors require us to change our assumptions and estimates, our stock-based compensation expense could be significantly different in the future.

We have not capitalized costs associated with stock-based compensation.

*Accounting for Income Taxes for Stock-based Compensation*
We elected to use the short-cut method to calculate the historical pool of windfall tax benefits related to employee stock-based compensation awards.

***Restructuring and Severance Costs***
We account for restructuring costs including severance and other costs associated with exit or disposal activities following the guidance provided in SFAS No. 112, "Accounting for Postemployment Benefits," and SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities." In the U.S., we have a severance pay plan ("Pay Plan"), which provides eligible employees with severance payments in the event of an involuntary termination due to qualifying cost reduction actions. We calculate severance pay using the severance benefit formula under the Pay Plan. Accordingly, we record provisions for such amounts and other related exit costs when they are probable and estimable as set forth under SFAS No. 112. In the absence of a Pay Plan, liability for severance and other employee-related costs are recognized when the liability is incurred and follow the guidance of SFAS No. 146.

***Litigation and Environmental***
We are currently involved in various lawsuits, claims and inquiries, most of which are routine to the nature of our business. In accordance with SFAS No. 5, "Accounting for Contingencies," we accrue estimates of the probable and estimable losses for the resolution of these claims. The ultimate resolution of these claims could affect future results of operations should our exposure be materially different from our earlier estimates or should liabilities be incurred that were not previously accrued.

## RECENT ACCOUNTING REQUIREMENTS

During 2006, we adopted several accounting and financial disclosure requirements of the Financial Accounting Standards Board ("FASB"), Emerging Issues Task Force ("EITF") and Financial Interpretations by the staff of the FASB. The requirements with the most significant impact were the reissued SFAS No. 123(R), "Share-Based Payment," and SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statements No. 87, 88, 106, and 132(R)." (Refer to Note 1, "Summary of Significant Accounting Policies," to the Consolidated Financial Statements for more information.)

## SAFE HARBOR STATEMENT

The matters discussed in this Management's Discussion and Analysis of Financial Condition and Results of Operations and other sections of this Annual Report contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements, which are not statements of historical fact, may contain estimates, assumptions, projections and/or expectations regarding future events, which may or may not occur. Words such as "aim," "anticipate," "assume," "believe," "continue," "could," "estimate," "expect," "guidance," "intend," "may," "objective," "plan," "potential," "project," "seek," "shall," "should," "target," "will," "would," or variations thereof and other expressions, which refer to future events and trends, identify forward-looking statements. Such forward-looking statements, and financial or other business targets, are subject to certain risks and uncertainties, which could cause actual results to differ materially from expected results, performance or achievements of the Company expressed or implied by such forward-looking statements.

Certain of such risks and uncertainties are discussed in more detail in Part I, Item 1A, "Risk Factors," to the Company's Annual Report on Form 10-K for the year ended December 30, 2006, and include, but are not limited to, risks and uncertainties relating to investment in development activities and new production facilities, timely development and successful market acceptance of new products, fluctuations in cost and availability of raw materials, ability of the Company to achieve and sustain targeted cost reductions, impact of competitive products and pricing, business mix shift, credit risks, ability to obtain adequate financing arrangements, fluctuations in pension, insurance and employee benefit costs, successful integration of acquisitions, successful implementation of new manufacturing technologies and installation of manufacturing equipment, customer and supplier concentrations, financial condition and inventory strategies of customers, changes in customer order patterns, loss of significant contract(s) or customer(s), legal proceedings, including the Canadian Department of Justice and Australian Competition Consumer Commission investigations into industry competitive practices and any related proceedings or lawsuits pertaining to these investigations or to the

subject matter thereof or of the recently concluded investigations by the DOJ and the EC (including purported class actions seeking treble damages for alleged unlawful competitive practices, and a purported class action related to alleged disclosure and fiduciary duty violations pertaining to alleged unlawful competitive practices, which were filed after the announcement of the DOJ investigation), impact of potential violations of the U.S. Foreign Corrupt Practices Act based on issues in China, changes in governmental regulations, fluctuations in interest rates, fluctuations in foreign currency exchange rates and other risks associated with foreign operations, changes in economic or political conditions, acts of war, terrorism, natural disasters, impact of epidemiological events on the economy, the Company's customers and suppliers, and other factors.

The Company believes that the most significant risk factors that could affect its ability to achieve its stated financial expectations in the near-term include (1) the impact of economic conditions on underlying demand for the Company's products; (2) the impact of competitor's actions, including expansion in key markets, product offerings and pricing; (3) the impact of changes in raw material and energy-related costs and associated changes in selling prices; (4) potential adverse developments in legal proceedings and/or investigations regarding competitive activities, including possible fines, penalties, judgments or settlements; and (5) the ability of the Company to achieve and sustain targeted cost reductions.

The Company's forward-looking statements represent judgment only on the dates such statements were made. By making such forward-looking statements, the Company assumes no duty to update them to reflect new, changed or unanticipated events or circumstances, other than as may be required by law.

## MARKET-SENSITIVE INSTRUMENTS AND RISK MANAGEMENT

### *Risk Management*

We are exposed to the impact of changes in interest rates and foreign currency exchange rates.

Our policy is not to purchase or hold foreign currency, interest rate or commodity contracts for trading purposes.

Our objective in managing the exposure to foreign currency changes is to reduce the risk to our earnings and cash flow associated with foreign exchange rate changes. As a result, we enter into foreign exchange forward, option and swap contracts to reduce risks associated with the value of our existing foreign currency assets, liabilities, firm commitments and anticipated foreign revenues and costs, when available and appropriate. The gains and losses on these contracts are intended to offset changes in the related exposures. We do not hedge our foreign currency exposure in a manner that would entirely eliminate the effects of changes in foreign exchange rates on our consolidated net income.

Our objective in managing our exposure to interest rate changes is to reduce the impact of interest rate changes on earnings and cash flows. To achieve our objectives, we may periodically use interest rate contracts to manage net exposure to interest rate changes related to our borrowings. In connection with the issuance of the $250 million 10-year senior notes in 2003, we settled a forward starting interest rate swap at a loss of approximately $32.5 million. The loss is currently being amortized to interest expense over 10 years, which corresponds to the term of the related debt.

Additionally, we enter into certain natural gas futures contracts to reduce the risks associated with anticipated domestic natural gas used in manufacturing and operations. These amounts are not material to our financial statements.

In the normal course of operations, we also face other risks that are either nonfinancial or nonquantifiable. Such risks principally include changes in economic or political conditions, other risks associated with foreign operations, commodity price risk and litigation risk, which are not represented in the analyses that follow.

### *Foreign Exchange Value-At-Risk*

We use a Value-At-Risk ("VAR") model to determine the estimated maximum potential one-day loss in earnings associated with both our foreign exchange positions and contracts. This approach assumes that market rates or prices for foreign exchange positions and contracts are normally distributed. The VAR model estimates were made assuming normal market conditions. Firm commitments, accounts receivable and accounts payable denominated in foreign currencies, which certain of these instruments are intended to hedge, were included in the model. Forecasted transactions, which certain of these instruments are intended to hedge, were excluded from the model. The VAR was estimated using a variance-covariance methodology based on historical volatility for each currency. The volatility and correlation used in the calculation were based on two-year historical data obtained from one of our domestic banks. A 95% confidence level was used for a one-day time horizon.

The VAR model is a risk analysis tool and does not purport to represent actual losses in fair value that could be incurred by us, nor does it consider the potential effect of favorable changes in market factors.

The estimated maximum potential one-day loss in earnings for our foreign exchange positions and contracts was approximately $.5 million at year end 2006.

### *Interest Rate Sensitivity*

An assumed 40 basis point move in interest rates (10% of our weighted-average interest rate on floating rate debt) affecting our variable-rate borrowings would have had an immaterial effect on our 2006 earnings.

# CONSOLIDATED BALANCE SHEET

| (Dollars in millions) | 2006 | 2005 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 58.5 | $ 98.5 |
| Trade accounts receivable, less allowances of $58.9 and $61.6 at year end 2006 and 2005, respectively | 910.2 | 863.2 |
| Inventories, net | 471.8 | 439.7 |
| Current deferred and refundable income taxes | 95.2 | 79.1 |
| Other current assets | 119.7 | 78.8 |
| Total current assets | 1,655.4 | 1,559.3 |
| Property, plant and equipment, net | 1,309.4 | 1,295.7 |
| Goodwill | 715.9 | 673.1 |
| Other intangibles resulting from business acquisitions, net | 95.5 | 95.7 |
| Non-current deferred and refundable income taxes | 42.7 | 39.5 |
| Other assets | 474.7 | 539.3 |
| | $ 4,293.6 | $ 4,203.9 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Short-term and current portion of long-term debt | $ 466.4 | $ 364.7 |
| Accounts payable | 630.1 | 577.9 |
| Accrued payroll and employee benefits | 179.4 | 161.7 |
| Accrued trade rebates | 142.8 | 145.9 |
| Current deferred and payable income taxes | 46.4 | 62.4 |
| Other accrued liabilities | 231.7 | 213.0 |
| Total current liabilities | 1,696.8 | 1,525.6 |
| Long-term debt | 501.6 | 723.0 |
| Long-term retirement benefits and other liabilities | 334.2 | 356.8 |
| Non-current deferred income taxes | 75.5 | 66.6 |
| Commitments and contingencies (see Notes 7 and 8) | | |
| Shareholders' equity: | | |
| Common stock, $1 par value, authorized – 400,000,000 shares at year end 2006 and 2005; issued – 124,126,624 shares at year end 2006 and 2005; outstanding – 98,313,102 shares and 99,727,160 shares at year end 2006 and 2005, respectively | 124.1 | 124.1 |
| Capital in excess of par value | 881.5 | 729.5 |
| Retained earnings | 2,139.9 | 1,945.3 |
| Cost of unallocated ESOP shares | (5.7) | (7.7) |
| Employee stock benefit trusts, 8,896,474 shares and 10,006,610 shares at year end 2006 and 2005, respectively | (602.5) | (552.0) |
| Treasury stock at cost, 16,857,048 shares and 14,362,854 shares at year end 2006 and 2005, respectively | (806.7) | (636.2) |
| Accumulated other comprehensive loss | (59.1) | (69.1) |
| Total shareholders' equity | 1,660.5 | 1,511.9 |
| | $ 4,293.6 | $ 4,203.9 |

See Notes to Consolidated Financial Statements

## CONSOLIDATED STATEMENT OF INCOME

| (In millions, except per share amounts) | 2006 | 2005 | 2004[1] |
|---|---|---|---|
| Net sales | $ 5,575.9 | $ 5,473.5 | $ 5,317.0 |
| Cost of products sold | 4,047.5 | 3,997.3 | 3,890.4 |
| Gross profit | 1,528.4 | 1,476.2 | 1,426.6 |
| Marketing, general and administrative expense | 1,011.1 | 987.9 | 957.4 |
| Interest expense | 55.5 | 57.9 | 58.7 |
| Other expense, net | 36.2 | 63.6 | 35.2 |
| Income from continuing operations before taxes | 425.6 | 366.8 | 375.3 |
| Taxes on income | 73.1 | 75.0 | 94.3 |
| Income from continuing operations | 352.5 | 291.8 | 281.0 |
| Income (loss) from discontinued operations, net of tax (including gain on disposal of $1.3 and tax benefit of $14.9 in 2006) | 14.7 | (65.4) | (1.3) |
| Net income | $ 367.2 | $ 226.4 | $ 279.7 |
| Per share amounts: | | | |
| Net income (loss) per common share: | | | |
| Continuing operations | $ 3.53 | $ 2.91 | $ 2.81 |
| Discontinued operations | .15 | (.65) | (.01) |
| Net income per common share | $ 3.68 | $ 2.26 | $ 2.80 |
| Net income (loss) per common share, assuming dilution: | | | |
| Continuing operations | $ 3.51 | $ 2.90 | $ 2.79 |
| Discontinued operations | .15 | (.65) | (.01) |
| Net income per common share, assuming dilution | $ 3.66 | $ 2.25 | $ 2.78 |
| Dividends | $ 1.57 | $ 1.53 | $ 1.49 |
| Average shares outstanding: | | | |
| Common shares | 99.8 | 100.1 | 99.9 |
| Common shares, assuming dilution | 100.4 | 100.8 | 100.5 |
| Common shares outstanding at year end | 98.3 | 99.7 | 100.1 |

(1) Results for fiscal year 2004 reflect a 53-week period.

See Notes to Consolidated Financial Statements

## CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY

| (Dollars in millions, except per share amounts) | Common stock, $1 par value | Capital in excess of par value | Retained earnings | Cost of unallocated ESOP shares | Employee stock benefit trusts | Treasury stock | Accumulated other comprehensive income (loss) | Total |
|---|---|---|---|---|---|---|---|---|
| **Fiscal year ended 2003** | $ 124.1 | $ 703.7 | $ 1,772.5 | $ (11.6) | $ (595.4) | $ (597.0) | $ (77.6) | $ 1,318.7 |
| Comprehensive income: | | | | | | | | |
| Net income | | | 279.7 | | | | | 279.7 |
| Other comprehensive income: | | | | | | | | |
| Foreign currency translation adjustment | | | | | | | 87.9 | 87.9 |
| Minimum pension liability adjustment, net of tax of $14.6 | | | | | | | (14.9) | (14.9) |
| Effective portion of gains or losses on cash flow hedges, net of tax of $2.5 | | | | | | | 1.9 | 1.9 |
| Other comprehensive income | | | | | | | 74.9 | 74.9 |
| Total comprehensive income | | | | | | | | 354.6 |
| Repurchase of 9,641 shares for treasury, net of shares issued | | | | | | (.6) | | (.6) |
| Stock issued under option plans, including $19.2 of tax and dividends paid on stock held in stock trusts | | 4.4 | | | 34.3 | | | 38.7 |
| Dividends: $1.49 per share | | | (164.6) | | | | | (164.6) |
| ESOP transactions, net | | | | 1.9 | | | | 1.9 |
| Employee stock benefit trusts market value adjustment | | 58.0 | | | (58.0) | | | – |
| **Fiscal year ended 2004** | 124.1 | 766.1 | 1,887.6 | (9.7) | (619.1) | (597.6) | (2.7) | 1,548.7 |
| Comprehensive income: | | | | | | | | |
| Net income | | | 226.4 | | | | | 226.4 |
| Other comprehensive income: | | | | | | | | |
| Foreign currency translation adjustment | | | | | | | (90.6) | (90.6) |
| Minimum pension liability adjustment, net of tax of $2.2 | | | | | | | (.9) | (.9) |
| Effective portion of gains or losses on cash flow hedges, net of tax of $(3.1) | | | | | | | 5.1 | 5.1 |
| Other comprehensive income | | | | | | | (86.4) | (86.4) |
| Total comprehensive income | | | | | | | | 140.0 |
| Repurchase of 693,005 shares for treasury, net of shares issued | | | | | | (40.6) | | (40.6) |
| Stock issued under option plans, including $18.5 of tax and dividends paid on stock held in stock trusts | | 11.3 | | | 19.2 | | | 30.5 |
| Dividends: $1.53 per share | | | (168.7) | | | | | (168.7) |
| ESOP transactions, net | | | | 2.0 | | | | 2.0 |
| Employee stock benefit trusts market value adjustment | | (47.9) | | | 47.9 | | | – |
| **Fiscal year ended 2005** | 124.1 | 729.5 | 1,945.3 | (7.7) | (552.0) | (638.2) | (89.1) | 1,511.9 |
| Comprehensive income: | | | | | | | | |
| Net income | | | 367.2 | | | | | 367.2 |
| Other comprehensive income: | | | | | | | | |
| Foreign currency translation adjustment | | | | | | | 101.0 | 101.0 |
| Effective portion of gains or losses on cash flow hedges, net of tax of $1.8 | | | | | | | (3.1) | (3.1) |
| Minimum pension liability, net of tax of $.6 | | | | | | | (2.2) | (2.2) |
| Other comprehensive income | | | | | | | 95.7 | 95.7 |
| Total comprehensive income | | | | | | | | 462.9 |
| Adjustment to initially adopt SFAS No. 158: | | | | | | | | |
| Adjustment to minimum pension liability to initially apply SFAS No. 158, net of tax of $(59.2) | | | | | | | 114.0 | 114.0 |
| Net actuarial loss, prior service cost and net transition obligation, net of tax of $62.2 | | | | | | | (170.8) | (170.8) |
| Effects of changing pension plan measurement date pursuant to SFAS No. 158: | | | | | | | | |
| Service cost, interest cost, and expected return on plan assets for December 1 – December 30, 2006, net of tax | | | (.8) | | | | | (.8) |
| Amortization of prior service cost for December 1 – December 30, 2006, net of tax | | | | | | | .1 | .1 |
| Repurchase of 2,824,194 shares for treasury, net of shares issued | | | | | | (168.5) | | (168.5) |
| Stock issued under option plans, including $22.7 of tax and dividends paid on stock held in stock trusts | | 30.4 | | | 71.1 | | | 101.5 |
| Dividends: $1.57 per share | | | (171.8) | | | | | (171.8) |
| ESOP transactions, net | | | | 2.0 | | | | 2.0 |
| Employee stock benefit trusts market value adjustment | | 121.6 | | | (121.6) | | | – |
| **Fiscal year ended 2006** | $ 124.1 | $ 881.5 | $ 2,139.9 | $ (5.7) | $ (602.5) | $ (806.7) | $ (50.1) | $ 1,680.5 |

See Notes to Consolidated Financial Statements

# CONSOLIDATED STATEMENT OF CASH FLOWS

| (In millions) | 2006 | 2005 | 2004[1] |
|---|---|---|---|
| **Operating Activities** | | | |
| Net income | $ 367.2 | $ 226.4 | $ 279.7 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation | 154.3 | 155.7 | 147.2 |
| Amortization | 43.6 | 45.8 | 41.0 |
| Deferred taxes | (10.8) | (12.6) | 93.1 |
| Asset impairment and net (gain) loss on sale of assets of $(13.9), $7 and $2.5 in 2006, 2005 and 2004, respectively | (7.8) | 105.1 | 12.4 |
| Stock-based compensation | 24.1 | – | – |
| Other non-cash items, net | (6.5) | (7.5) | (.5) |
| Changes in assets and liabilities, net of the effect of business acquisitions and divestitures: | | | |
| Trade accounts receivable | (2.3) | (43.9) | (1.4) |
| Inventories | (15.1) | (11.7) | (1.2) |
| Other current assets | (45.6) | (4.3) | 9.2 |
| Accounts payable and accrued liabilities | 5.9 | 30.4 | 26.9 |
| Taxes on income | 12.6 | (31.9) | (61.9) |
| Long-term retirement benefits and other liabilities | (11.5) | (12.9) | (27.6) |
| Net cash provided by operating activities | 510.5 | 441.6 | 516.9 |
| **Investing Activities** | | | |
| Purchase of property, plant and equipment | (161.9) | (162.5) | (178.9) |
| Purchase of software and other deferred charges | (33.4) | (25.9) | (21.8) |
| Payments for acquisitions | (13.4) | (2.9) | (15.0) |
| Proceeds from sale of assets | 15.4 | 21.5 | 8.2 |
| Proceeds from sale of businesses and investments | 35.4 | – | – |
| Other | 3.0 | 1.7 | (9.4) |
| Net cash used in investing activities | (154.9) | (167.6) | (216.9) |
| **Financing Activities** | | | |
| Net (decrease) increase in borrowings (maturities of 90 days or less) | (137.9) | 58.2 | (39.9) |
| Additional borrowings (maturities longer than 90 days) | – | 76.2 | 302.5 |
| Payments of debt (maturities longer than 90 days) | (2.3) | (214.9) | (352.0) |
| Dividends paid | (171.9) | (169.7) | (164.6) |
| Purchase of treasury stock | (157.7) | (40.9) | (.7) |
| Proceeds from exercise of stock options, net | 54.1 | 11.1 | 19.1 |
| Other | 17.7 | 18.5 | 18.2 |
| Net cash used in financing activities | (397.6) | (260.5) | (247.1) |
| Effect of foreign currency translation on cash balances | 1.9 | .2 | 2.4 |
| (Decrease) increase in cash and cash equivalents | (40.0) | 13.7 | 55.3 |
| Cash and cash equivalents, beginning of year | 98.5 | 84.8 | 29.5 |
| Cash and cash equivalents, end of year | $ 58.5 | $ 98.5 | $ 84.8 |

(1) Results for fiscal year 2004 reflect a 53-week period.

See Notes to Consolidated Financial Statements

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Nature of Operations

Avery Dennison Corporation (the "Company") is a worldwide manufacturer of pressure-sensitive materials, office products and a variety of tickets, tags and other converted products. The Company's end markets include consumer products and other retail items (including apparel), logistics and shipping, industrial and durable goods, office products, transportation, and medical/health care.

### Segment Reporting

During the fourth quarter of 2004, the Company reorganized its reporting segments to provide enhanced transparency of its operational results. The Company's segments are:

- Pressure-sensitive Materials – manufactures and sells pressure-sensitive roll label materials, films for graphic and reflective applications, performance polymers (largely adhesives used to manufacture pressure-sensitive materials), and extruded films
- Office and Consumer Products – manufactures and sells a variety of office and consumer products, including labels, binders, dividers, sheet protectors, and writing instruments
- Retail Information Services – designs, manufactures and sells a wide variety of price marking and brand identification products, including tickets, tags and labels, and related supplies and equipment

In addition to the reportable segments, the Company has other specialty converting businesses comprised of several businesses that produce specialty tapes and highly engineered labels, including radio-frequency identification labels ("RFID") and other converted products.

While the Company's segment structure remained the same as reported at year end 2005, in the second quarter of 2006, the Company transferred its business media division from the Retail Information Services segment into other specialty converting businesses, to align with a change in its internal reporting structure. Prior year amounts included herein have been reclassified to conform to the current year presentation.

In 2006, the Pressure-sensitive Materials segment contributed approximately 55% of the Company's total sales, while the Office and Consumer Products segment and the Retail Information Services segment contributed approximately 19% and 12%, respectively, of the Company's total sales. International operations generated approximately 55% of the Company's total sales in 2006. Refer to Note 12, "Segment Information," for further detail.

### Principles of Consolidation

The consolidated financial statements include the accounts of majority-owned subsidiaries. Intercompany accounts, transactions and profits are eliminated. Investments in certain affiliates (20% to 50% ownership) are accounted for by the equity method of accounting. Investments representing less than 20% ownership are accounted for by the cost method of accounting.

### Financial Presentation

Certain prior year amounts have been reclassified to conform with the current year presentation. In 2006, shipping and handling costs (approximately $143 million for 2006, approximately $145 million for 2005, and approximately $145 million for 2004), which were previously classified in "Marketing, general and administrative expense" for the Office and Consumer Products segment, Retail Information Services segment, and most businesses included in the other specialty converting businesses, were reclassified into "Cost of products sold" to align the Company's businesses around a standard accounting policy.

### Discontinued Operations

In 2006, the Company completed the sale of its raised reflective pavement markers business, which was announced in December 2005. The results for this business were accounted for as discontinued operations in the consolidated financial statements for the years presented herein. The divestiture resulted in a tax benefit ($14.9 million) due to capital losses arising from the sale of the business and a gain on sale of $1.3 million. Based on the estimated value for this business, management concluded that associated goodwill and intangible assets from the acquisition of this business were impaired, resulting in a pretax charge of $74.4 million in December 2005. This business was previously included in the Pressure-sensitive Materials segment.

Summarized, combined statement of income for discontinued operations:

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales | $ 7.2 | $ 22.5 | $ 23.9 |
| Loss before taxes | $ (1.3) | $ (76.9) | $ (1.9) |
| Taxes on income | .2 | (11.5) | (.6) |
| Loss from operations, net of tax | (1.5) | (65.4) | (1.3) |
| Gain on sale of discontinued operations | 1.3 | – | – |
| Tax benefit from sale | (14.9) | – | – |
| Income (loss) from discontinued operations, net of tax | $ 14.7 | $ (65.4) | $ (1.3) |

See also Note 11, "Taxes Based on Income."

Amortization expense on other intangible assets related to discontinued operations was $2 million in 2005 and 2004.

Summarized, combined balance sheet for discontinued operations (classified as held-for-sale):

| (In millions) | 2005 |
|---|---|
| Current assets | $ 3.9 |
| Property, plant and equipment, net | 5.1 |
| Other assets | 2.9 |
| Total non-current assets (included in "Other assets" in the Consolidated Balance Sheet) | 8.0 |
| Current liabilities | 2.2 |
| Non-current liabilities | .5 |

## Fiscal Year

The Company's 2006 and 2005 fiscal years reflected 52-week periods ending December 30, 2006 and December 31, 2005, respectively. Fiscal year 2004 reflected a 53-week period ending January 1, 2005. Normally, each fiscal year consists of 52 weeks, but every fifth or sixth fiscal year consists of 53 weeks.

## Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions for the reporting period and as of the financial statement date. These estimates and assumptions affect the reported amounts of assets and liabilities, the disclosure of contingent liabilities and the reported amounts of revenue and expense. Actual results could differ from these estimates.

## Cash and Cash Equivalents

Cash and cash equivalents include cash on hand, deposits in banks, and short-term investments with maturities of three months or less when purchased. The carrying amounts of these assets approximate fair value due to the short maturity of the instruments. Cash paid for interest and taxes was as follows:

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Interest, net of capitalized amounts | $ 52.0 | $ 55.9 | $ 59.5 |
| Income taxes, net of refunds | 60.4 | 113.1 | 63.9 |

In 2006 and 2005, non-cash activities included accruals for capital expenditures of approximately $18 million and $27 million, respectively, due to the timing of payments. In 2005, fixed assets acquired through capital lease totaled approximately $9 million. These assets were sold and leased back in 2006, under an operating lease. Additionally in 2006, non-cash activities included approximately $11 million in purchases of treasury stock, which were completed in late 2006 but not settled until January 2007.

## Accounts Receivable

The Company records trade accounts receivable at the invoiced amount. The allowance for doubtful accounts represents allowances for trade accounts receivable that are estimated to be partially or entirely uncollectible. The customer complaint reserve represents estimated sales returns and allowances. These allowances are used to reduce gross trade receivables to their net realizable values. In 2006 and 2005, the Company recorded expenses of $31.5 million and $25.2 million, respectively, related to the allowances for trade accounts receivable. The Company records these allowances based on estimates related to the following factors:

- Customer-specific allowances
- Amounts based upon an aging schedule
- An estimated amount, based on the Company's historical experience

No single customer represented 10% or more of the Company's net sales or trade receivables at year end 2006 and 2005. However, the ten largest customers at year end 2006 represented approximately 15% of trade accounts receivable and consisted of six customers of the Company's Office and Consumer Products segment, three customers of the Pressure-sensitive Materials segment and one customer of both these segments. The Company does not generally require its customers to provide collateral, but the financial position and operations of these customers are monitored on an ongoing basis.

## Inventories

Inventories are stated at the lower of cost or market value. Cost is determined using methods that approximate both the first-in, first-out ("FIFO") and last-in, first-out ("LIFO") methods. Inventories valued using the LIFO method comprised 29% and 32% of inventories before LIFO adjustment at year end 2006 and 2005, respectively. The Company's international operations are on the FIFO basis of inventory cost accounting. U.S. operations use both FIFO and LIFO. Inventories at year end were as follows:

| (In millions) | 2006 | 2005 |
|---|---|---|
| Raw materials | $ 157.6 | $ 132.8 |
| Work-in-progress | 118.4 | 101.6 |
| Finished goods | 220.9 | 220.9 |
| Inventories at lower of FIFO cost or market (approximates replacement cost) | 496.9 | 455.3 |
| Less LIFO adjustment | (25.1) | (15.6) |
| Inventory, net (on blended FIFO and LIFO basis) | $ 471.8 | $ 439.7 |

## Property, Plant and Equipment

Major classes of property, plant and equipment are stated at cost and were as follows:

| (In millions) | 2006 | 2005 |
|---|---|---|
| Land | $ 54.8 | $ 56.0 |
| Buildings and improvements | 626.8 | 623.2 |
| Machinery and equipment | 1,959.7 | 1,885.4 |
| Construction-in-progress | 134.3 | 113.5 |
| Property, plant and equipment | 2,775.6 | 2,675.1 |
| Accumulated depreciation | (1,466.2) | (1,382.4) |
| Property, plant and equipment, net | $ 1,309.4 | $ 1,295.7 |

Depreciation is generally computed using the straight-line method over the estimated useful lives of the assets ranging from five to fifty years for buildings and improvements and two to

fifteen years for machinery and equipment. Leasehold improvements are depreciated over the shorter of the useful life of the asset or the term of the associated leases. Maintenance and repair costs are expensed as incurred; renewals and betterments are capitalized. Upon the sale or retirement of assets, the accounts are relieved of the cost and the related accumulated depreciation, with any resulting gain or loss included in net income.

**Software**

The Company capitalizes software costs in accordance with American Institute of Certified Public Accountants' Statement of Position 98-1, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use," and these capitalized costs are included in "Other assets" in the Consolidated Balance Sheet. Capitalized software is amortized on a straight-line basis over the estimated useful life of the software, ranging from two to ten years. Capitalized software costs were as follows:

| (In millions) | 2006 | 2005 |
|---|---|---|
| Cost | $ 259.0 | $ 236.7 |
| Accumulated amortization | (145.8) | (126.4) |
| | $ 113.2 | $ 110.3 |

**Impairment of Long-lived Assets**

Impairment charges are recorded when the carrying amounts of long-lived assets are determined not to be recoverable. Impairment is measured by assessing the usefulness of an asset or by comparing the carrying value of an asset to its fair value. Fair value is typically determined using quoted market prices, if available, or an estimate of future cash flows expected to result from the use of the asset and its eventual disposition. Historically, changes in market conditions and management strategy have caused the Company to reassess the carrying amount of its long-lived assets. Refer to the Discontinued Operations section of this note, as well as Note 10, "Cost Reduction Actions," for details of impairment charges recorded in 2006, 2005 and 2004.

**Goodwill and Other Intangibles Resulting from Business Acquisitions**

The Company accounts for business combinations in accordance with Statement of Financial Accounting Standards ("SFAS") No. 141, "Business Combinations." Business combinations are accounted for by the purchase method, and the excess of the acquisition cost over the fair value of net tangible assets and identified intangible assets acquired is considered goodwill. As a result, the Company discloses goodwill separately from other intangible assets and has recorded no amortization of goodwill as of the beginning of fiscal 2002. Other acquisition intangibles are identified using the criteria included in this Statement, including trademarks and trade names, patented and other acquired technology, customer relationships and other intangibles.

The Company adopted SFAS No. 142, "Goodwill and Other Intangible Assets," at the beginning of fiscal 2002. The Company's reporting units for the purposes of performing the impairment tests for goodwill and other intangible assets consist of office and consumer products; retail information services; roll materials; graphics and reflective; business media; industrial products; RFID; performance polymers; specialty tapes, performance films; and security printing. For the purposes of performing the required impairment tests, a present value (discounted cash flow) method was used to determine the fair value of the reporting units with goodwill. The Company performed its annual impairment test in the fourth quarter of 2006, with an assessment that no impairment had occurred. Other intangible assets deemed to have an indefinite life are tested for impairment by comparing the fair value of the asset to its carrying amount. The Company does not have other intangible assets with an indefinite life.

The Company's reporting units are composed of either a discrete business or an aggregation of businesses with similar economic characteristics. Certain factors, including the decision to divest an individual business within a reporting unit, may result in the need to perform an impairment test prior to the annual impairment test. In the event that an individual business within a reporting group is divested, goodwill is allocated to that business based on its fair value relative to its reporting unit, which could result in a gain or loss. If a divested business within a reporting unit has not been integrated with other businesses within that reporting unit, the net book value of the goodwill associated with the business to be divested would be included in the carrying amount of the business when determining the gain or loss on disposal.

See also Note 3, "Goodwill and Other Intangibles Resulting from Business Acquisitions."

**Foreign Currency Translation**

Asset and liability accounts of international operations are translated into U.S. dollars at current rates. Revenues and expenses are translated at the weighted-average currency rate for the fiscal year. Translation gains and losses of subsidiaries operating in hyperinflationary economies are included in net income in the period incurred. Gains and losses resulting from foreign currency transactions are included in income in the period incurred. Gains and losses resulting from hedging the value of investments in certain international operations and from translation of balance sheet accounts are recorded directly as a component of other comprehensive income.

Transactions in foreign currencies and translation of financial statements of subsidiaries operating in hyperinflationary economies increased net income by $1.3 million in 2006, and decreased net income by $2.2 million in 2005 and $5.3 million in 2004. In 2005 and 2004, operations in hyperinflationary economies consisted of the Company's operations in the Dominican Republic and Turkey, for which the translation gains and losses are included in net income for Turkey. The functional currency for the Dominican Republic is the U.S. dollar, therefore, no translation gains and losses were recognized in net income. In 2006, Turkey was removed from hyperinflationary status.

**Financial Instruments**

For purposes of this section of Note 1 and Note 5, "Financial Instruments," the terms "cash flow hedge," "derivative instrument," "fair value," "fair value hedge," "financial instrument," "firm commitment," "ineffective," and "highly effective" are used as these terms are defined in SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities," as amended.

The Company enters into certain foreign exchange hedge contracts to reduce its risk from exchange rate fluctuations associated with receivables, payables, loans and firm commitments denominated in certain foreign currencies that arise primarily as a result of its operations outside the U.S. The Company enters into certain interest rate contracts to help manage its exposure to interest rate fluctuations. The Company also enters into certain natural gas futures contracts to hedge price fluctuations for a portion of its anticipated domestic purchases. The maximum length of time in which the Company hedges its exposure to the variability in future cash flows for forecasted transactions is generally 12 to 18 months.

On the date the Company enters into a derivative contract, it determines whether the derivative will be designated as a hedge. Those derivatives not designated as hedges are recorded on the balance sheet at fair value, with changes in the fair value recognized currently in earnings. Those derivatives designated as hedges are classified as either (1) a hedge of the fair value of a recognized asset or liability or an unrecognized firm commitment (a "fair value" hedge); or (2) a hedge of a forecasted transaction or the variability of cash flows that are to be received or paid in connection with a recognized asset or liability (a "cash flow" hedge). The Company generally does not purchase or hold any foreign currency, interest rate or commodity contracts for trading purposes.

The Company assesses, both at the inception of the hedge and on an ongoing basis, whether hedges are highly effective. If it is determined that a hedge is not highly effective, the Company prospectively discontinues hedge accounting. For cash flow hedges, the effective portion of the related gains and losses is recorded as a component of other comprehensive income, and the ineffective portion is reported currently in earnings. Amounts in accumulated other comprehensive income (loss) are reclassified into earnings in the same period during which the hedged forecasted transaction is consummated. In the event the anticipated transaction is no longer likely to occur, the Company recognizes the change in fair value of the instrument in current period earnings. Changes in fair value hedges are recognized in current period earnings. Changes in the fair value of underlying hedged items (such as recognized assets or liabilities) are also recognized in current period earnings and offset the changes in the fair value of the derivative.

In the Statement of Cash Flows, hedge transactions are classified in the same category as the item hedged, primarily in operating activities.

**Revenue Recognition**

Sales are recognized when persuasive evidence of an arrangement exists, pricing is determinable, and collection is reasonably assured. Furthermore, sales, provisions for estimated returns, and the cost of products sold are recorded at the time title transfers to customers and when the customers assume the risks and rewards of ownership. Sales terms are generally f.o.b. (free on board) shipping point or f.o.b. destination, depending upon local business customs. For most regions in which we operate, f.o.b. shipping point terms are utilized and sales are recorded at the time of shipment, because this is when title and risk of loss are transferred. In certain regions, notably in Europe, f.o.b. destination terms are generally utilized and sales are recorded when the products are delivered to the customer's delivery site, because this is when title and risk of loss are transferred. Actual product returns are charged against estimated sales return allowances. Volume, promotional, price, cash and other discounts and customer incentives are accounted for as a reduction to gross sales.

**Shipping and Handling Costs**

Shipping and handling costs consist primarily of transportation charges incurred to move finished goods to customers. These costs are included in "Cost of products sold." In 2006, shipping and handling costs which were previously classified in "Marketing, general and administrative expense" for the Office and Consumer Products segment, Retail Information Services segment, and most businesses included in the other specialty converting businesses, were reclassified to align the Company's businesses around a standard accounting policy (refer to the Financial Presentation section of this note).

**Advertising Costs**

Advertising costs included in "Marketing, general and administrative expense" were $16.2 million in 2006, $14.1 million in 2005, and $11.1 million in 2004. The Company's policy is to expense advertising costs as incurred.

**Research and Development**

Research and development costs are related to research, design and testing of new products and applications and are expensed as incurred. Research and development expense was $57.9 million in 2006, $65.4 million in 2005 and $61.5 million in 2004.

**Pensions and Postretirement Benefits**

Assumptions used in determining projected benefit obligations and the fair value of plan assets for the Company's pension plan and other postretirement benefit plans are evaluated by management in consultation with outside actuaries. In the event that the Company determines that changes are warranted in the assumptions used, such as the discount rate, expected long-term rate of return, or health care costs, future pension and postretirement benefit expenses could increase or decrease. Due to changing market conditions or changes in the participant population, the actuarial assumptions that the Company uses may differ from actual results, which could have a significant impact on the

Company's pension and postretirement liability and related cost. Refer to Note 6, "Pensions and Other Postretirement Benefits," for further detail on such assumptions.

**Product Warranty**

The Company provides for an estimate of costs that may be incurred under its basic limited warranty at the time product revenue is recognized. These costs primarily include materials and labor associated with the service or sale of the product. Factors that affect the Company's warranty liability include the number of units installed or sold, historical and anticipated rate of warranty claims on those units, cost per claim to satisfy the Company's warranty obligation and availability of insurance coverage. As these factors are impacted by actual experience and future expectations, the Company assesses the adequacy of its recorded warranty liability and adjusts the amounts as necessary.

Product warranty liabilities were as follows:

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Balance at beginning of year | $ 2.5 | $ 1.9 | $ 2.2 |
| Accruals for warranties issued | .7 | 1.9 | 1.9 |
| Payments | (1.3) | (1.3) | (2.2) |
| Balance at end of year | $ 1.9 | $ 2.5 | $ 1.9 |

**Stock-Based Compensation**

The terms used in this section of Note 1 and Note 9, "Shareholders' Equity and Stock-Based Compensation," including "short-cut method" and "windfall tax benefit," are as defined in SFAS No. 123(R), "Share-Based Payment."

Prior to January 1, 2006, the Company accounted for stock options in accordance with Accounting Principles Board ("APB") Opinion No. 25, "Accounting for Stock Issued to Employees," as permitted by SFAS No. 123, "Accounting for Stock-Based Compensation," as amended. Except for costs related to restricted stock units ("RSUs") and restricted stock, no stock-based compensation cost was recognized in net income prior to January 1, 2006.

Effective January 1, 2006, the Company began recognizing expense for stock options to comply with the provisions of the reissued SFAS No. 123(R), "Share-Based Payment," using the modified prospective application transition method. As permitted by this transition method, results for the prior periods have not been restated.

As of January 1, 2006, the Company elected to use the short-cut method to calculate the historical pool of windfall tax benefits related to employee stock-based compensation awards, in accordance with the provisions of SFAS No. 123(R).

*Effect of Stock Options on Net Income*

Net income for 2006 includes pretax stock option expense of $20.9 million, or $0.14 per share, assuming dilution. This expense was included in "Marketing, general and administrative expense" and was recorded in corporate expense and the Company's operating segments, as appropriate. No stock-based compensation cost was capitalized for the year ended December 30, 2006.

The provisions of SFAS No. 123(R) require that options granted to retirement-eligible employees be treated as though they were immediately vested; as a result, the pretax compensation expense related to such options (approximately $5 million) was recognized during 2006 and is included in the compensation expense noted above.

The following illustrates the effect on net income and earnings per share if the Company had applied the fair value recognition provisions of SFAS No. 123 to stock options granted under the Company's stock option plans during the 2005 and 2004 fiscal years.

| (In millions, except per share amounts) | 2005 | 2004 |
|---|---|---|
| Net income, as reported | $ 226.4 | $ 279.7 |
| Compensation expense, net of tax | (15.7) | (18.7) |
| Net income, pro forma | $ 210.7 | $ 261.0 |
| Net income per share, as reported | $ 2.26 | $ 2.80 |
| Net income per share, assuming dilution, as reported | 2.25 | 2.78 |
| Pro forma net income per share | $ 2.10 | $ 2.61 |
| Pro forma net income per share, assuming dilution | 2.09 | 2.60 |

See also Note 9, "Shareholders' Equity and Stock-Based Compensation."

**Environmental Expenditures**

Environmental expenditures are generally expensed. However, environmental expenditures for newly acquired assets and those which extend or improve the economic useful life of existing assets are capitalized and amortized over the remaining asset life. The Company reviews, on a quarterly basis, its estimates of costs of compliance with environmental laws related to remediation and cleanup of various sites, including sites in which governmental agencies have designated the Company as a potentially responsible party. When it is probable that obligations have been incurred and where a minimum cost or a reasonable estimate of the cost of compliance or remediation can be determined, the applicable amount is accrued. Potential insurance reimbursements are not offset against potential liabilities, and such liabilities are not discounted.

In December 2005, the Company adopted FASB Interpretation No. 47, "Accounting for Conditional Asset Retirement Obligations – an interpretation of FASB Statement No. 143." As a result, the Company recognized a liability for the fair value of conditional asset retirement obligations based on estimates determined through present value techniques. An asset retirement is 'conditional' when the timing and (or) method of settlement of the retirement obligation is conditional upon a future event that may or may not be within the control of the Company. Certain potential obligations have not been included in the Company's estimate, because the range of time over which the Company may settle the obligation or the method of settlement is unknown or cannot be reasonably estimated. The Company's estimated liability associated with asset retirement obligations was not significant as of December 30, 2006.

### Restructuring and Severance Costs

The Company accounts for restructuring costs including severance and other costs associated with exit or disposal activities following the guidance provided in SFAS No. 112, "Accounting for Postemployment Benefits," and SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities." In the U.S., the Company has a severance pay plan ("Pay Plan"), which provides eligible employees with severance payments in the event of an involuntary termination due to qualifying cost reduction actions. Severance pay is calculated by using a severance benefit formula under the Pay Plan. Accordingly, the provisions for such amounts and other related exit costs are recorded when they are probable and estimable as set forth under SFAS No. 112. In the absence of a Pay Plan, liability for severance and other employee-related costs are recognized when the liability is incurred and follow the guidance of SFAS No. 146. See also Note 10, "Cost Reduction Actions."

### Investment Tax Credits

Investment tax credits are accounted for in the period earned in accordance with the flow-through method.

### Taxes on Income

Deferred tax assets and liabilities reflect temporary differences between the amount of assets and liabilities for financial and tax reporting purposes. Such amounts are adjusted, as appropriate, to reflect changes in tax rates expected to be in effect when the temporary differences reverse. A valuation allowance is recorded to reduce the Company's deferred tax assets to the amount that is more likely than not to be realized.

When establishing a valuation allowance, the Company considers future sources of income such as forecasted earnings, the mix of earnings in the jurisdictions in which the Company operates, and prudent and feasible tax planning. In the event the Company determines that it would not be able to realize the deferred tax assets in the future, the valuation adjustment to the deferred tax assets is charged to earnings in the period in which the Company makes such a determination. Likewise, if later it is determined that it is more likely than not that the deferred tax assets would be realized, the Company would release the previously provided valuation allowance.

The Company calculates its current and deferred tax provision based on estimates and assumptions that could differ from the actual results reflected in income tax returns filed during the following years. Adjustments based on filed returns are recorded when identified in the subsequent years. Certain amounts have been reclassified to conform with the current year presentation.

See also Note 11, "Taxes Based on Income."

### Net Income Per Share

Net income per common share amounts were computed as follows:

| (In millions, except per share amounts) | 2006 | 2005 | 2004 |
|---|---|---|---|
| (A) Income from continuing operations | $ 352.5 | $ 291.9 | $ 281.0 |
| (B) Income (loss) from discontinued operations | 14.7 | (65.4) | (1.3) |
| (C) Net income available to common shareholders | $ 367.2 | $ 226.4 | $ 279.7 |
| (D) Weighted-average number of common shares outstanding | 99.8 | 100.1 | 99.9 |
| Dilutive shares (additional common shares issuable under employee stock options, RSUs and restricted stock, contingently issuable shares under an acquisition agreement in 2004, and nonvested shares under employee agreements in 2005 and 2004) | .6 | .4 | .6 |
| (E) Weighted-average number of common shares outstanding, assuming dilution | 100.4 | 100.5 | 100.5 |
| Income from continuing operations per common share (A) ÷ (D) | $ 3.53 | $ 2.91 | $ 2.81 |
| Income (loss) from discontinued operations per common share (B) ÷ (D) | .15 | (.65) | (.01) |
| Net income per common share (C) ÷ (D) | $ 3.68 | $ 2.26 | $ 2.80 |
| Income from continuing operations per common share, assuming dilution (A) ÷ (E) | $ 3.51 | $ 2.90 | $ 2.79 |
| Income (loss) from discontinued operations per common share, assuming dilution (B) ÷ (E) | .15 | (.65) | (.01) |
| Net income per common share, assuming dilution (C) ÷ (E) | $ 3.66 | $ 2.25 | $ 2.78 |

Certain employee stock options, RSUs and shares of restricted stock were not included in the computation of net income per common share, assuming dilution, because they would not have had a dilutive effect. The amount excluded from the computation was 4.6 million in 2006, 4.6 million in 2005, and 1.4 million in 2004. The amount excluded for 2006 reflected the impact of additional dilutive shares following the calculation of assumed proceeds under the treasury stock method, as prescribed by SFAS No. 123(R).

**Comprehensive Income**

Comprehensive income includes net income, foreign currency translation adjustments, adjustments to the minimum pension liability, net of tax, adjustments related to the implementation of SFAS No. 158, net of tax, and the gains or losses on the effective portion of cash flow and firm commitment hedges, net of tax, that are currently presented as a component of shareholders' equity. The Company's total comprehensive income was $482.9 million and $140 million for 2006 and 2005, respectively.

The components of accumulated other comprehensive loss (net of tax, except for foreign currency translation) at year end were as follows:

| (In millions) | 2006 | 2005 |
|---|---|---|
| Foreign currency translation adjustment | $ 137.6 | $ 36.6 |
| Minimum pension liability | – | (111.8) |
| Adjustment to initially apply SFAS No. 158 | (170.8) | – |
| Effect of the change in measurement date | .1 | – |
| Net loss on derivative instruments designated as cash flow and firm commitment hedges | (17.0) | (13.9) |
| Total accumulated other comprehensive loss | $ (50.1) | $ (89.1) |

As a result of the Company's adoption of SFAS No. 158 in 2006, previous amounts related to minimum pension liability were reversed. Adjustments to initially apply SFAS No. 158 are reported as a new component of accumulated other comprehensive loss. The following details the changes in accumulated other comprehensive loss related to pensions and other postretirement benefits, net of tax, for 2006:

| (In millions) | 2006 |
|---|---|
| Minimum pension liability as of December 31, 2005 | $ (111.8) |
| Minimum pension liability adjustment under SFAS No. 87 | (2.2) |
| Adjustment to minimum pension liability to initially apply SFAS No. 158 | 114.0 |
| Minimum pension liability as of December 30, 2006 | – |
| Adjustment to initially apply SFAS No. 158 | (170.8) |
| Effect of the change in measurement date | .1 |
| Ending balance | $ (170.7) |

Cash flow and firm commitment hedging instrument activity in other comprehensive income (loss), net of tax, was as follows:

| (In millions) | 2006 | 2005 |
|---|---|---|
| Beginning accumulated derivative loss | $ (13.9) | $ (19.0) |
| Net loss reclassified to earnings | 5.5 | 2.6 |
| Net change in the revaluation of hedging transactions | (8.6) | 2.5 |
| Ending accumulated derivative loss | $ (17.0) | $ (13.9) |

In connection with the issuance of the $250 million 10-year senior notes in January 2003, the Company settled a forward starting interest rate swap at a loss of approximately $32.5 million. This unrecognized loss is being amortized to interest expense over 10 years, which corresponds to the term of the related debt. The related interest expense recognized during 2006 and 2005 was approximately $2.9 million and $2.7 million, respectively. Refer to Note 4, "Debt," for further detail.

**Recent Accounting Requirements**

*SFAS No. 123(R) and Related Guidance*

In October 2006, Financial Accounting Standards Board ("FASB") issued Staff Position ("FSP") No. FAS 123(R)-6, "Amendment of FASB Staff Position FAS 123(R)-1." This guidance addresses certain technical corrections of FAS 123(R). These corrections include (a) exempting nonpublic companies from disclosing the aggregate intrinsic value of outstanding fully vested share options (or share units) and those expected to vest; (b) revising the computation of the minimum compensation cost that must be recognized to comply with paragraph 142 of Statement 123(R); (c) indicating that at the date that awards are no longer probable of vesting, any previously recognized compensation cost should be reversed; and (d) amending the definition of *short-term inducement* to exclude an offer to settle an award. This FSP is applicable in the first reporting period beginning after October 20, 2006. The adoption of this guidance has not had a significant impact on the Company's financial results of operations and financial position.

In October 2006, the FASB issued FSP No. FAS 123(R)-5, "Amendment of FASB Staff Position FAS 123(R)-1." This guidance addresses the modification of an instrument in connection with an equity restructuring. If modifications to the instrument are made solely to reflect an equity restructuring that occurs when holders are no longer employees, no change in the recognition or measurement of those instruments will occur as long as there is no increase in the fair value of the award and all holders of the same class of equity instruments are treated in the same manner. This FSP is applicable in the first reporting period beginning after October 10, 2006. The adoption of this guidance has not had a significant impact on the Company's financial results of operations and financial position.

In February 2006, the FASB issued FSP No. FAS 123(R)-4, "Classification of Options and Similar Instruments Issued as Employee Compensation that Allow for Cash Settlement upon the Occurrence of a Contingent Event." This guidance clarifies that a cash settlement feature that can be exercised only upon the occurrence of a contingent event that is outside the employee's control shall be classified as a liability only when it becomes probable that the event will occur. This guidance is not applicable to the Company.

In November 2005, the FASB issued FSP No. FAS 123(R)-3, "Transition Election Related to Accounting for the Tax Effects of Share-Based Payment Awards." This guidance allows an alternative transition method of tax treatment for initial adoption of SFAS No. 123(R). In accordance with this guidance, the Company elected

to use the short-cut method to calculate the historical pool of windfall tax benefits related to employee stock-based compensation awards as of January 1, 2006.

In October 2006, the FASB issued FSP No. FAS 123(R)-2, "Practical Accommodation to the Application of Grant Date as Defined in FASB Statement No. 123(R)," to address recent inquiries from constituents to provide guidance on the application of grant date as defined in SFAS 123 (revised 2004), "Share-Based Payment." Under this guidance, grant date occurs when a mutual understanding of the key terms and conditions of an award is presumed to exist at the date the award is approved if (a) the award is a unilateral grant; and (b) the key terms and conditions of the award are expected to be communicated to the recipient within a relatively short time period from the date of approval. The guidance in this FSP has been applied upon adoption of SFAS No. 123(R).

In August 2005, the FASB issued FSP No. FAS 123(R)-1, "Classification and Measurement of Freestanding Financial Instruments Originally Issued in Exchange for Employee Services under FASB Statement No. 123(R)." This FSP modifies the requirements of SFAS No. 123 (revised 2004), "Share-Based Payment," to include freestanding financial instruments originally subject to SFAS No. 123(R) even if the holder is no longer an employee. The guidance in this FSP has been applied upon adoption of SFAS No. 123(R).

In April 2005, the Securities and Exchange Commission ("SEC") delayed the effective date of the reissued SFAS No. 123(R), "Share-Based Payment," to the beginning of the first annual reporting period beginning after June 15, 2005. This Statement is a revision of SFAS No. 123, "Accounting for Stock-Based Compensation," and supersedes APB Opinion No. 25, "Accounting for Stock Issued to Employees." This Statement establishes standards for the accounting for transactions in which an entity exchanges its equity instruments for goods or services and requires that the cost resulting from all share-based payment transactions be recognized in the financial statements. The Company adopted the recognition provisions of this Statement in January 2006 and followed the guidance under modified prospective application. The recognition of the related stock option expense was approximately $20.9 million, pretax, in 2006. Compensation expense of approximately $3.2 million related to restricted stock units ("RSUs") and restricted stock was also recognized in 2006.

*Other Requirements*

In September 2006, the FASB issued SFAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statements No. 87, 88, 106, and 132(R)." This Statement requires (a) the recognition of funded status of a defined benefit postretirement plan in the statement of financial position and changes in the funded status through comprehensive income; (b) as a component of other comprehensive income, the recognition of actuarial gains and losses and the prior service costs and credits (net of tax) that arise during the period, but are not recognized in the income statement; (c) measurement of defined benefit plan assets and obligations as of the date of the employer's fiscal year end statement of financial position; and (d) disclosure of additional information about certain effects on net periodic benefit cost for the next fiscal year, that arise from delayed recognition of the gains and losses, prior service costs or credits, and transition assets or obligations. The provisions of this Statement are effective as of the end of fiscal years ending after December 15, 2006, except for the requirement to measure plan assets and obligations as of the date of the employer's fiscal year end statement of financial position, which is effective for fiscal years ending after December 15, 2008. The Company has adopted all provisions of SFAS No. 158, including changing the measurement date of the majority of the U.S. plans to coincide with the fiscal year end. The adoption of SFAS No. 158 has reduced total shareholders' equity by approximately $57 million, net of tax, in 2006. The adoption of SFAS No. 158 has not affected the Company's results of operations as of December 30, 2006.

In September 2006, the FASB issued SFAS No. 157, "Fair Value Measurements." This Statement establishes a framework for measuring fair value in accordance with U.S. generally accepted accounting principles, and expands disclosure about fair value measurements. This Statement is effective for financial statements issued for fiscal years beginning after November 15, 2007. The Company will adopt this Statement when applicable. The Company is currently evaluating the impact of this Statement on the financial results of operations and financial position.

In September 2006, the FASB issued FSP AUG AIR-1, "Accounting for Planned Major Maintenance Activities." This FSP prohibits the use of the accrue-in-advance method of accounting and directs that entities shall apply the same method of accounting for planned major maintenance activities in annual and interim financial reporting periods. The guidance in this FSP is effective for fiscal years beginning after December 15, 2006. The adoption of this guidance is not expected to have a significant impact on the Company's financial results of operations and financial position.

In September 2006, the SEC issued Staff Accounting Bulletin ("SAB") No. 108, "Considering the Effects of Prior Year Misstatements when Quantifying Misstatements in Current Year Financial Statements." This SAB provides guidance on approaches to considering the effects of identified unadjusted errors on financial statements, and what steps shall be taken to correct previously filed reports. The guidance in this SAB is effective for fiscal years beginning after November 15, 2006, and registrants electing not to restate financial statements for fiscal years ending on or before November 15, 2006 should reflect the effects of initially applying this guidance in their annual financial statements covering the first fiscal year ending after November 15, 2006. There was no cumulative effect at the time the Company adopted this guidance.

In July 2006, the FASB issued Financial Interpretation ("FIN") No. 48, "Accounting for Uncertainty in Income Taxes – an interpretation of FASB Statement No. 109," which is a change in accounting for income taxes. FIN No. 48 specifies how tax benefits for uncertain tax positions are to be recognized, measured, and derecognized in financial statements; requires certain disclosures of uncertain tax matters; specifies how reserves for uncertain tax positions should be classified on the balance sheet; and provides transition and interim period guidance, among other provisions. FIN No. 48 is effective for fiscal years beginning after December 15, 2006 and as a result, is effective for the Company in the first quarter of 2007. The Company is currently evaluating the impact of FIN No. 48 on the consolidated results of operations and financial position.

In October 2005, the FASB issued FSP No. FAS 13-1, "Accounting for Rental Costs Incurred during a Construction Period." This FSP clarifies that rental costs of operating leases that are incurred during a construction period should be recognized as rental expense. The guidance in this FSP was applied beginning in 2006. The adoption of this guidance has not had a significant impact on the Company's financial results of operations and financial position.

In September 2005, the consensus of the Emerging Issues Task Force ("EITF") Issue No. 04-13, "Accounting for Purchases and Sales of Inventory with the Same Counterparty," was published. An entity may sell inventory to another entity in the same line of business from which it also purchases inventory. This Issue states that inventory purchases and sales transactions with the same counterparty that are entered into in contemplation of one another should be combined for purposes of applying APB Opinion No. 29. In addition, a nonmonetary exchange, whereby an entity transfers finished goods inventory in exchange for the receipt of raw materials or work-in-process inventory within the same line of business, is not an exchange transaction to facilitate sales to customers as described in APB Opinion No. 29, and, therefore, should be recognized by the entity at fair value. Other nonmonetary exchanges of inventory within the same line of business should be recognized at the carrying amount of the inventory transferred. This Issue was effective for new arrangements entered into, or modifications or renewals of existing arrangements, beginning in the first interim or annual reporting period beginning after March 15, 2006. The adoption of this guidance has not had a significant impact on the Company's financial results of operations and financial position.

In June 2005, the consensus of EITF Issue No. 05-6, "Determining the Amortization Period for Leasehold Improvements Purchased after Lease Inception or Acquired in a Business Combination," was published and was effective for the reporting period after ratification. This Issue addresses the amortization period for leasehold improvements acquired in a business combination or placed in service after lease inception. The adoption of this Issue has not had a significant impact on the Company's financial results of operations and financial position.

In June 2005, the consensus of EITF Issue No. 05-5, "Accounting for Early Retirement or Postemployment Programs with Specific Features (Such as Terms Specified in Altersteilzeit Early Retirement Arrangements)," was published. This Issue addresses how an employer should account for the bonus feature and additional contributions into the German government pension scheme (collectively, the additional compensation) under a Type II Altersteilzeit ("ATZ") arrangement, and the government subsidy under Type I and Type II ATZ arrangements. The consensus in this Issue was applicable beginning in fiscal year 2006. The adoption of this Issue has not had a significant impact on the Company's financial results of operations and financial position.

In May 2005, the FASB issued SFAS No. 154, "Accounting Changes and Error Corrections – a replacement of APB Opinion No. 20 and FASB Statement No. 3." This Statement requires retrospective application to prior periods' financial statements of changes in accounting principle, unless it is impracticable to determine either the period-specific effects or the cumulative effect of the change. This Statement is effective for fiscal year 2006. In 2006, the Company changed its accounting treatment for shipping and handling costs as described in the Shipping and Handling Costs section of this note, and retrospectively applied this change by reclassifying shipping and handling costs for previously reported financial statements for comparability to the current period as required by SFAS No. 154. The provisions of SFAS No. 154 were not applicable to the adoption of SFAS No. 123(R) and SFAS No. 158, since there are specific transition provisions within those statements.

**Related Party Transactions**

From time to time, the Company enters into transactions in the normal course of business with related parties. Management believes that such transactions are at arm's length and for terms that would have been obtained from unaffiliated third parties. One of the Company's directors, Peter W. Mullin, is the chairman, chief executive officer and a director of MC Insurance Services, Inc. ("MC"), Mullin Insurance Services, Inc. ("MINC"), and PWM Insurance Services, Inc. ("PWM"), executive compensation and benefit consultants and insurance agents. Mr. Mullin is also the majority stockholder of MC, MINC and PWM (collectively referred to as the "Mullin Companies"). The Company paid premiums to insurance carriers for life insurance placed by the Mullin Companies in connection with several of the Company's employee

benefit plans. The Mullin Companies have advised the Company that MC, MINC and PWM earned commissions from such insurance carriers for the placement and renewal of this insurance, for which Mr. Mullin had direct and indirect interests related to these commissions. Approximately 50% of these commissions were allocated to and used by MC Insurance Agency Services, LLC and MullinTBG Insurance Agency Services (affiliates of MC) to administer benefit plans and provide benefit statements to participants under several of the Company's employee benefit plans. The Mullin Companies own a minority interest in M Financial Holdings, Inc. ("MFH"). Substantially all of the life insurance policies, which the Company placed through the Mullin Companies, are issued by insurance carriers that participate in reinsurance agreements entered into between these insurance carriers and M Life Insurance Company ("M Life"), a wholly-owned subsidiary of MFH. Reinsurance returns earned by M Life are determined annually by the insurance carriers and can be negative or positive, depending upon the results of M Life's aggregate reinsurance pool, which consists of the insured lives reinsured by M Life. The Mullin Companies have advised the Company that they participated in net reinsurance gains of M Life. None of these transactions were significant to the financial position or results of operations of the Company.

**Summary of Related Party Activity:**

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Mullin Companies commissions on the Company's insurance premiums | $ .5 | $ .9 | $ 1.1 |
| Mr. Mullin's direct & indirect interest in these commissions | .4 | .7 | .5 |
| Mullin Companies reinsurance gains (without risk of forfeiture) ascribed by M Life to the Company's life insurance policies | .3 | .2 | .2 |
| Mr. Mullin's direct & indirect interest in reinsurance gains (without risk of forfeiture) | .2 | .1 | .2 |
| Mullin Companies reinsurance gains (subject to risk of forfeiture) ascribed by M Life to the Company's life insurance policies | .6 | 1.5 | – |
| Mr. Mullin's direct & indirect interest in reinsurance gains (subject to risk of forfeiture) | .4 | 1.1 | – |

NOTE 2. ACQUISITIONS

The aggregate cost of acquired companies was approximately $13 million in 2006 and $3 million in 2005. Goodwill resulting from these business acquisitions was approximately $10 million in 2006 and $1 million in 2005. Intangibles resulting from these business acquisitions were approximately $2 million in 2006. The goodwill from these acquisitions is not expected to be deductible for U.S. tax purposes. These amounts of goodwill and intangibles do not include acquisition adjustments in the subsequent years following acquisition. Acquisitions during 2006 and 2005 were not significant to the consolidated financial position of the Company. Pro forma results for acquisitions in 2006 and 2005 are not presented, as the acquired businesses did not have a significant impact on the Company's results of operations for those years.

In 2004, the Company completed the acquisition of several small private companies, including Rinke Etiketten ("Rinke"), based in Germany, at a total cost of approximately $15 million. Goodwill recognized for these transactions amounted to $13.2 million and identified amortizable intangible assets amounted to $1.8 million. This goodwill is not expected to be deductible for U.S. tax purposes. The final allocation of identifiable intangible assets and fixed assets for Rinke was assessed by a third-party valuation expert and completed during 2005. The results of operations for these companies have been included in the Company's Retail Information Services segment as of the acquisition dates.

In connection with the L&E Packaging ("L&E") acquisition in 2002, the Company issued 743,108 shares at $63.05 per share. The Company also entered into an agreement with L&E whereby in the event the value of the Company's common shares fell below the price of the shares that were issued to L&E (adjusted for dividends received), during the period from January 1, 2005 through December 31, 2007, L&E had the option to exercise a true-up right. Upon exercise of this true-up right, the Company had the option to (1) pay the difference in value to L&E, in the form of (a) cash or (b) common shares, or (2) repurchase the shares at the issued share price, adjusted for dividends paid. The true-up obligation was reduced by any shares sold by L&E to third parties. During 2005, L&E sold 44,603 shares to third parties. On October 20, 2005, L&E notified the Company that L&E was exercising its true-up right under the agreement for the remaining 698,505 shares. The Company repurchased the remaining shares under the agreement for approximately $41 million in the fourth quarter of 2005 and recorded such amount to treasury stock.

## NOTE 3. GOODWILL AND OTHER INTANGIBLES RESULTING FROM BUSINESS ACQUISITIONS

Changes in the net carrying amount of goodwill from continuing operations for 2006 and 2005, by reportable segment, are as follows:

| (In millions) | Pressure-sensitive Materials | Office and Consumer Products | Retail Information Services | Other specialty converting businesses | Total |
|---|---|---|---|---|---|
| Balance as of January 1, 2005 | $ 334.6 | $ 170.4 | $ 205.3 | $ .3 | $ 710.6 |
| Goodwill acquired during the period | – | – | 1.1 | – | 1.1 |
| Acquisition adjustments(1) | – | – | (2.7) | – | (2.7) |
| Translation adjustments | (21.0) | (12.5) | (2.4) | – | (35.9) |
| Balance as of December 31, 2005 | 313.6 | 157.9 | 201.3 | .3 | 673.1 |
| Transfer of business(2) | – | – | (3.1) | 3.1 | – |
| Goodwill acquired during the period | | | | 10.4 | 10.4 |
| Acquisition adjustments(3) | | | .3 | | .3 |
| Translation adjustments | 18.8 | 11.2 | 2.0 | .1 | 32.1 |
| Balance as of December 30, 2006 | $ 332.4 | $ 169.1 | $ 200.5 | $ 13.9 | $ 715.9 |

(1) Acquisition adjustments in 2005 consisted of purchase price allocation of the Renke acquisition and resolution of claims associated with RVL Packaging, Inc.

(2) Transfer of business refers to the transfer of the business media division from Retail Information Services to other specialty converting businesses to align with a change in the Company's internal reporting structure.

(3) Acquisition adjustments in 2006 consisted of purchase price allocation of a small acquisition in 2005.

The following table sets forth the Company's other intangible assets resulting from business acquisitions at December 30, 2006 and December 31, 2005, which continue to be amortized:

| | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
| (In millions) | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| Amortizable other intangible assets: | | | | | | |
| Customer relationships | $ 93.0 | $ 25.1 | $ 67.9 | $ 85.7 | $ 19.0 | $ 66.7 |
| Trade names and trademarks | 43.2 | 33.6 | 9.6 | 40.1 | 25.6 | 14.5 |
| Patented and other acquired technology | 28.3 | 11.0 | 17.3 | 26.4 | 9.6 | 16.8 |
| Other intangibles | 4.8 | 4.1 | .7 | 4.4 | 3.7 | .7 |
| Total | $ 169.3 | $ 73.8 | $ 95.5 | $ 156.6 | $ 57.9 | $ 98.7 |

Amortization expense on other intangible assets resulting from business acquisitions was $11.1 million for 2006, $12 million for 2005, and $11.8 million for 2004. The weighted-average amortization periods from the date of acquisition for intangible assets resulting from business acquisitions are twenty-two years for customer relationships, twelve years for trade names and trademarks, eighteen years for patented and other acquired technology, six years for other intangibles and eighteen years in total. As of December 30, 2006, the weighted-average remaining useful life of the acquired intangible assets are sixteen years for customer relationships, six years for trade names and trademarks, eleven years for patented and other acquired technology, two years for other intangibles and twelve years in total. Based on current information, estimated amortization expense for acquired intangible assets for each of the next five fiscal years is expected to be approximately $8 million, $7 million, $6 million, $6 million and $6 million, respectively.

## NOTE 4. DEBT

Long-term debt and its respective weighted-average interest rates at December 30, 2006 consisted of the following:

| (In millions) | 2006 | 2005 |
|---|---|---|
| Medium-term notes | | |
| Series 1995 at 7.5% – due 2015 through 2025 | $ 50.0 | $ 50.0 |
| Series 1997 at 6.6% – due 2007 | 60.0 | 60.0 |
| Series 1998 at 5.9% – due 2008 | 50.0 | 50.0 |
| Senior notes due 2013 at 4.9% | 250.0 | 250.0 |
| Senior notes due 2033 at 6.0% | 150.0 | 150.0 |
| Senior notes due 2007 at a floating rate of 5.6% | 150.0 | 150.0 |
| Other long-term borrowings | 2.1 | 14.1 |
| Less amount classified as current | (210.5) | (1.1) |
| | $ 501.6 | $ 723.0 |

The Company's medium-term notes have maturities from 2007 through 2025 and accrue interest at fixed rates.

Maturities of long-term debt during the years 2007 through 2011 are $210.5 million (classified as current), $50.5 million, $.5 million, $.5 million and $.1 million, respectively, with $450 million maturing thereafter.

In the fourth quarter of 2004, the Company filed a shelf registration statement with the SEC to permit the issuance of up to $500 million in debt and equity securities. Proceeds from the shelf offering may be used for general corporate purposes, including repaying, redeeming or repurchasing existing debt, and for working capital, capital expenditures and acquisitions. As of December 30, 2006, no securities have been issued under this registration statement.

Short-term variable rate commercial paper borrowings were $154.4 million at December 30, 2006 (weighted-average interest rate of 5.0%) and $258.3 million at December 31, 2005 (weighted-average interest rate of 2.3%). The change in outstanding commercial paper was due to positive cash flow from operations.

In July 2004, the Company entered into a revolving credit agreement with 10 domestic and foreign banks for a total commitment of $525 million, expiring July 16, 2009. Financing available under the agreement is used as a commercial paper back-up facility and is also available to finance other corporate requirements. There was no debt outstanding under this agreement as of year end 2006 and 2005.

At December 30, 2006, the Company had $101.5 million of borrowings outstanding under foreign short-term lines of credit with a weighted-average interest rate of 9.6%.

Included in the borrowings at December 30, 2006 was $26.3 million outstanding under a 364-day revolving credit facility in which a foreign bank provides the Company up to Euro 30 million ($39.6 million) through July 31, 2007. The Company may annually extend the revolving period and due date with the approval of the bank. The Company intends to negotiate an extension of this facility in 2007. Financing under this agreement is used to finance cash requirements of the Company's European operations.

Uncommitted lines of credit were $355.9 million at year end 2006. The Company's uncommitted lines of credit do not have a commitment expiration date, and may be cancelled at any time by the Company or the banks.

At December 30, 2006, the Company had available short-term financing arrangements totaling $297 million.

Commitment fees relating to the financing arrangements are not significant.

The Company's total interest costs in 2006, 2005 and 2004 were $60.5 million, $62.5 million, and $61.5 million, respectively, of which $5 million, $4.9 million, and $3.1 million, respectively, were capitalized as part of the cost of assets.

The terms of various loan agreements in effect at year end require that the Company maintain specified ratios on debt and interest expense in relation to certain measures of income. Under the loan agreements, the ratio of debt to earnings before other expense (see Note 10, "Cost Reduction Actions"), interest, taxes, depreciation and amortization may not exceed 3.5 to 1.0. The Company's ratio at year end 2006 was 1.4 to 1.0. Earnings before other expense, interest and taxes, as a ratio to interest, may not be less than 3.5 to 1.0. The Company's ratio at year end 2006 was 9.3 to 1.0.

The fair value of the Company's debt is estimated based on the discounted amount of future cash flows using the current rates offered to the Company for debt of the same remaining maturities. At year end 2006 and 2005, the fair value of the Company's total debt, including short-term borrowings, was $963 million and $1.1 billion, respectively.

The Company had standby letters of credit outstanding of $77.1 million and $81.2 million at the end of 2006 and 2005, respectively. The aggregate contract amount of outstanding standby letters of credit approximated fair value.

## NOTE 5. FINANCIAL INSTRUMENTS

During 2006, the amount recognized in earnings related to cash flow hedges that were ineffective was not significant. The aggregate reclassification from other comprehensive income to earnings for settlement or ineffectiveness was a net loss of $5.5 million and $2.6 million during 2006 and 2005, respectively. A net loss of approximately $8.3 million is expected to be reclassified from other comprehensive income to earnings within the next 12 months.

In connection with the issuance of the $250 million 10-year senior notes in January 2003, the Company settled a forward starting interest rate swap at a loss of $32.5 million. This loss is being amortized to interest expense over a 10-year period, which corresponds to the term of the related debt.

The carrying value of the foreign exchange forward and natural gas futures contracts approximated the fair value, which, based on quoted market prices of comparable instruments, was a net liability of $4.9 million at December 2006 and a net asset of $2.6 million at December 2005.

The carrying value of the foreign exchange option contracts, based on quoted market prices of comparable instruments, was a net asset of $.1 million at the end of 2006 and 2005. The carrying value of the foreign exchange option contracts approximated the fair market value.

The counterparties to foreign exchange and natural gas forward, option and swap contracts consist primarily of major international financial institutions. The Company centrally monitors its positions and the financial strength of its counterparties. Therefore, although the Company may be exposed to losses in the event of nonperformance by these counterparties, it does not anticipate such losses.

## NOTE 6. PENSIONS AND OTHER POSTRETIREMENT BENEFITS

### Adoption of SFAS No. 158

In the fourth quarter of 2006, the Company adopted the following provisions of SFAS No. 158:

a) Recognition of the funded status of the Company's defined benefit and postretirement benefit plans (with a corresponding reversal of additional minimum pension liability ("AML") under SFAS No. 87)

b) Recognition as a component of accumulated other comprehensive income, net of tax, the gains or losses, prior service costs or credits and transition assets or obligations remaining from the initial application of SFAS Nos. 87 and 106

c) Measurement of the defined benefit plan assets and obligations as of the Company's fiscal year end

d) Disclosure of additional information about the effects of the amortization of gains or losses, prior service costs or credits, and transition assets or obligations (remaining from the initial application of SFAS Nos. 87 and 106) on net periodic benefit cost for the next fiscal year

The above recognition and disclosure provisions are discussed in detail below.

### Defined Benefit Plans

The Company sponsors a number of defined benefit plans (the "Plan") covering substantially all U.S. employees, employees in certain other countries and non-employee directors. It is the Company's policy to make contributions to the Plan that are sufficient to meet the minimum funding requirements of applicable laws and regulations, plus additional amounts, if any, as management determines to be appropriate. Plan assets are generally invested in diversified portfolios that consist primarily of equity and fixed income securities. Benefits payable to employees are based primarily on years of service and employees' pay during their employment with the Company. Certain benefits provided by one of the Company's U.S. defined benefit plans may be paid, in part, from an employee stock ownership plan. While the Company has not expressed any intent to terminate the Plan, the Company may do so at any time.

### Measurement Date

In accordance with the measurement date provisions of SFAS No. 158, the Company changed its measurement date for the majority of its U.S. plans from a November 30 measurement date to Company's fiscal year end, which is December 30 for 2006. The plan assets and benefit obligations were remeasured by recognizing the revised net periodic benefit cost prorated from November 30, 2006 to December 30, 2006. The impact of such remeasurement ($.7 million) affected the Company's retained earnings and accumulated other comprehensive loss.

For the Company's international plans, the Company uses a fiscal year end measurement date.

### Postretirement Health Benefits

The Company provides postretirement health benefits to certain U.S. retired employees up to the age of 65 under a cost-sharing arrangement, and provides supplemental Medicare benefits to certain U.S. retirees over the age of 65. The Company's policy is to fund the cost of the postretirement benefits on a cash basis. The Company uses a fiscal year end measurement date for its postretirement health benefit plan. While the Company has not expressed any intent to terminate postretirement health benefits, the Company may do so at any time.

### Plan Assets

Assets of the Company's U.S. plans are invested in a diversified portfolio that consists primarily of equity and fixed income securities. Furthermore, equity investments are diversified across U.S. and non-U.S. stocks, including growth, value and small and large capitalization stocks. The Company's target plan asset investment allocation in the U.S is 75% in equity securities and 25% in fixed income securities, subject to periodic fluctuations in the respective asset classes above. The Plan assets include investments in the Company's stock, which totaled approximately 630,000 shares as of December 30, 2006. This amount, however, does not include any shares that may be held in index funds.

Assets of the Company's international plans are invested in accordance with local accepted practice, with asset allocations and investments varying by country and plan. Investments utilized by the various plans include equity securities, fixed income securities, real estate and insurance contracts.

The weighted-average asset allocations for the Company's pension plans at year end 2006 and 2005, by asset category are as follows:

| | 2006 | | 2005 | |
|---|---|---|---|---|
| | U.S. | Int'l | U.S. | Int'l |
| Equity securities | 80% | 57% | 84% | 61% |
| Fixed income securities | 20 | 33 | 16 | 36 |
| Real estate and insurance contracts | – | 10 | – | 3 |
| Total | 100% | 100% | 100% | 100% |

**Plan Assumptions**

*Discount Rate*

The Company, in consultation with its actuaries, annually reviews and determines the discount rates to be used in connection with its postretirement obligations. The assumed discount rate for each pension plan reflects market rates for high quality corporate bonds currently available. In the U.S., the Company's discount rate was determined by evaluating several yield curves consisting of large populations of high quality corporate bonds. The projected pension benefit payment streams were then matched with the bond portfolios to determine a rate that reflected the liability duration unique to the Company's plans.

*Long-term Return on Assets*

The Company determines the long-term rate of return assumption for plan assets by reviewing the historical and expected returns of both the equity and fixed income markets, taking into consideration that assets with higher volatility typically generate a greater return over the long run. Additionally, current market conditions, such as interest rates, are evaluated and peer data is reviewed to check for reasonability and appropriateness.

*Healthcare Cost Trend Rate*

For measurement purposes, a 9% annual rate of increase in the per capita cost of covered health care benefits was assumed for 2007. This rate is expected to decrease to approximately 5% by 2011.

A one-percentage-point change in assumed health care cost trend rates would have the following effects:

| (In millions) | One-percentage-point increase | One-percentage-point decrease |
|---|---|---|
| Effect on total of service and interest cost components | $ .08 | $ (.09) |
| Effect on postretirement benefit obligation | .95 | (1.13) |

**Plan Balance Sheet Reconciliations**

The following provides a reconciliation of benefit obligations, plan assets and funded status of the plans:

| | Pension Benefits | | | | U.S. Postretirement Health Benefits | |
|---|---|---|---|---|---|---|
| | 2006 | | 2005 | | 2006 | 2005 |
| (In millions) | U.S. | Int'l | U.S. | Int'l | | |
| **Change in projected benefit obligation:** | | | | | | |
| Projected benefit obligation at beginning of year | $ 513.7 | $ 415.7 | $ 465.7 | $ 407.9 | $ 34.1 | $ 41.6 |
| Service cost | 18.2 | 13.3 | 19.3 | 11.6 | .9 | 1.7 |
| Interest cost | 29.7 | 19.6 | 27.6 | 18.7 | 1.7 | 2.5 |
| Participant contribution | – | 3.1 | – | 3.4 | – | – |
| Amendments | – | – | 2.8 | – | – | (14.0) |
| Actuarial loss (gain) | 24.2 | 13.9 | 20.2 | 34.1 | (.4) | 6.1 |
| Plan transfer(1) | 3.5 | – | 1.1 | – | – | – |
| Benefits paid | (33.1) | (16.1) | (26.0) | (11.4) | (3.3) | (3.5) |
| Special termination benefits | – | .1 | – | – | – | – |
| Net transfer in(2) | – | 8.5 | – | – | – | – |
| Pension curtailment | – | (1.6) | – | (.2) | – | – |
| Foreign currency translation | – | 49.9 | – | (45.3) | – | – |
| Projected benefit obligation at end of year | $ 557.2 | $ 507.2 | $ 513.7 | $ 415.7 | $ 33.0 | $ 34.1 |
| Accumulated benefit obligation at end of year | $ 523.6 | $ 475.8 | $ 504.2 | $ 390.4 | | |

(1) Plan transfer represents transfer from the Company's savings plan.

(2) Net transfer in represents valuation of additional pension plans.

| | Pension Benefits | | | | U.S. Postretirement Health Benefits | |
|---|---|---|---|---|---|---|
| | 2006 | | 2005 | | 2006 | 2005 |
| (In millions) | U.S. | Int'l | U.S. | Int'l | | |
| **Change in plan assets:** | | | | | | |
| Fair value of plan assets at beginning of year | $ 520.7 | $ 330.8 | $ 476.4 | $ 319.3 | $ – | $ – |
| Actual return on plan assets | 83.3 | 48.6 | 42.8 | 42.2 | – | – |
| Plan transfer[1] | 3.5 | – | 1.1 | – | – | – |
| Employer contribution | 27.5 | 7.9 | 26.4 | 15.6 | 3.3 | 3.8 |
| Participant contribution | – | 3.1 | – | 3.4 | – | – |
| Benefits paid | (33.1) | (15.1) | (26.0) | (11.4) | (3.3) | (3.8) |
| Net transfer in[2] | – | .4 | – | – | – | – |
| Foreign currency translation | – | 40.3 | – | (38.3) | – | – |
| Fair value of plan assets at end of year | $ 601.9 | $ 416.0 | $ 520.7 | $ 330.8 | $ – | $ – |
| **Funded status of the plans:** | | | | | | |
| Plan assets in excess of (less than) benefit obligation | $ 44.7 | $ (91.2) | $ 7.0 | $ (84.9) | $ (33.0) | $ (34.1) |

(1) Plan transfer represents transfer from the Company's savings plan.

(2) Net transfer in represents valuation of additional pension plans.

| | Pension Benefits | | | | | | U.S. Postretirement Health Benefits | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | 2005 | | 2004 | | 2006 | 2005 | 2004 |
| | U.S. | Int'l | U.S. | Int'l | U.S. | Int'l | | | |
| **Weighted-average assumptions used for determining year end obligations:** | | | | | | | | | |
| Discount rate | 5.90% | 4.67% | 5.75% | 4.49% | 6.00% | 4.91% | 5.75% | 5.50% | 5.75% |
| Rate of increase in future compensation levels | 3.59 | 2.90 | 3.59 | 2.79 | 3.61 | 2.68 | – | – | – |

The projected benefit obligation and fair value of plan assets for pension plans with projected benefit obligations in excess of plan assets for both the U.S. and international plans were $627.6 million and $471.1 million, respectively, at year end 2006 and $555.3 million and $392.9 million, respectively, at year end 2005.

The accumulated benefit obligation and fair value of plan assets for pension plans with accumulated benefit obligations in excess of plan assets for the U.S. and international plans were $298.2 million and $160.9 million, respectively, at year end 2006 and $531.9 million and $375.8 million, respectively, at year end 2005.

The pretax amounts recognized in "Accumulated Other Comprehensive Income" in the Company's balance sheet after the adoption of SFAS No. 158 consist of:

| | Pension Benefits | | U.S. Postretirement Health Benefits |
|---|---|---|---|
| | 2006 | | 2006 |
| (In millions) | U.S. | Int'l | |
| Net actuarial loss | $ 103.4 | $ 120.3 | $ 21.8 |
| Prior service cost (credit) | 8.5 | 6.1 | (24.0) |
| Net transition asset | – | (3.3) | – |
| Net amount recognized | $ 111.9 | $ 123.1 | $ (2.2) |