The following table summarizes the effects of required changes in the AML as of December 30, 2006, as well as the impact of the initial adoption of SFAS No. 158 on the Company's balance sheet:

| (In millions) | Before AML and SFAS No. 158 Adjustments | AML Adjustments | SFAS No. 158 Adjustments | After AML and SFAS No. 158 Adjustments |
|---|---|---|---|---|
| Non-current pension assets | $ 174.2 | $ (1.4) | $ (62.9) | $ 109.9 |
| Deferred income taxes | 6.6 | .6 | 2.9(1) | 10.1 |
| Total assets | $ 180.8 | $ (.8) | $ (60.0) | $ 120.0 |
| Current pension liabilities | $ – | $ – | $ 8.3 | $ 8.3 |
| Non-current pension liabilities | 190.4 | 1.4 | (10.8) | 181.0 |
| Total liabilities | $ 190.4 | $ 1.4 | $ (2.5) | $ 189.3 |
| Accumulated other comprehensive loss, net of tax | $ 111.8 | $ 2.2 | $ 56.7 | $ 170.7 |
| Retained earnings | – | – | .8 | .8 |
| Shareholders' equity | $ 111.8 | $ 2.2 | $ 57.5 | $ 171.5 |

(1) Net of valuation allowances of approximately $17.8.

The amount in non-current pension assets represents the net assets of the Company's overfunded plans, which consist of one U.S. plan and a number of international plans. The amounts in current and non-current pension liabilities represent the net obligation of the Company's underfunded plans, which consist of several U.S. plans and international plans.

**Plan Income Statement Reconciliations**

The following table sets forth the components of net periodic benefit cost (income):

| | Pension Benefits | | | | | | U.S. Postretirement Health Benefits | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | 2005 | | 2004 | | 2006 | 2005 | 2004 |
| (In millions) | U.S. | Int'l | U.S. | Int'l | U.S. | Int'l | | | |
| **Components of net periodic benefit cost (income):** | | | | | | | | | |
| Service cost | $ 19.2 | $ 13.3 | $ 19.3 | $ 11.5 | $ 16.5 | $ 10.4 | $ .9 | $ 1.7 | $ 1.4 |
| Interest cost | 29.7 | 19.6 | 27.6 | 18.7 | 25.5 | 16.2 | 1.7 | 2.5 | 2.1 |
| Expected return on plan assets | (46.5) | (19.9) | (44.0) | (20.9) | (42.4) | (21.2) | – | – | – |
| Recognized net actuarial loss (gain) | 8.0 | 6.6 | 5.2 | 3.7 | 3.5 | 2.5 | 1.4 | 1.6 | .7 |
| Amortization of prior service cost | 1.9 | .6 | 1.9 | .6 | .1 | .2 | (1.9) | (.9) | (.9) |
| Amortization of transition obligation or asset | – | (1.3) | (.3) | (1.3) | (.5) | (1.3) | – | – | – |
| Special termination benefit recognized | – | .1 | – | – | – | – | – | – | – |
| Recognized gain on curtailment and settlement of obligation(1) | – | (1.0) | – | (.1) | – | .8 | – | – | – |
| Net periodic benefit cost | $ 12.0 | $ 17.1 | $ 9.7 | $ 12.2 | $ 3.0 | $ 9.6 | $ 2.1 | $ 4.9 | $ 3.3 |

(1) Recognized gain in 2006 related to the divestiture of the Company's filing business in Europe.

| | Pension Benefits | | | | | | U.S. Postretirement Health Benefits | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | 2005 | | 2004 | | 2006 | 2005 | 2004 |
| | U.S. | Int'l | U.S. | Int'l | U.S. | Int'l | | | |
| **Weighted-average assumptions used for determining net periodic cost:** | | | | | | | | | |
| Discount rate | 5.75% | 4.49% | 6.00% | 4.91% | 6.25% | 5.31% | 5.50% | 5.75% | 6.25% |
| Expected long-term rate of return on plan assets | 8.75 | 5.77 | 8.75 | 6.32 | 9.00 | 6.45 | – | – | – |
| Rate of increase in future compensation levels | 3.59 | 2.79 | 3.61 | 2.68 | 3.62 | 2.64 | – | – | – |

### Plan Contributions

In 2007, the Company expects to contribute a minimum of $2.6 million and $8.3 million to its U.S. pension plans and international pension plans, respectively, and approximately $3.2 million to its postretirement benefit plan.

### Future Benefit Payments

Benefit payments, which reflect expected future services, are as follows:

| | Pension Benefits | | U.S. Postretirement Health Benefits |
|---|---|---|---|
| (In millions) | U.S. | Int'l | |
| 2007 | $ 31.4 | $ 16.6 | $ 3.2 |
| 2008 | 32.1 | 15.4 | 3.2 |
| 2009 | 32.9 | 17.3 | 2.9 |
| 2010 | 33.6 | 15.8 | 2.7 |
| 2011 | 34.1 | 18.9 | 2.9 |
| 2012–2015 | 178.1 | 112.7 | 13.3 |

### Estimated Amortization Amounts in Accumulated Other Comprehensive Income

The Company's estimates of fiscal year 2007 amortization of amounts included in accumulated other comprehensive income are as follows:

| | Pension Benefits | | U.S. Postretirement Health Benefits |
|---|---|---|---|
| | 2006 | | 2006 |
| (In millions) | U.S. | Int'l | |
| Net actuarial loss | $ 7.6 | $ 7.9 | $ 1.4 |
| Prior service cost (credit) | 1.9 | .7 | (1.9) |
| Net transition asset | – | (1.1) | – |
| Net amount to be recognized | $ 9.5 | $ 7.5 | $ (.5) |

### Defined Contribution Plans

The Company sponsors various defined contribution plans worldwide, with the largest plan being the Avery Dennison Corporation Employee Savings Plan ("Savings Plan" – a 401(k) savings plan covering its U.S. employees). The Company matches participant contributions to the Savings Plan based on a formula within the plan. The Savings Plan has a leveraged employee stock ownership plan ("ESOP") feature, which allows the plan to borrow funds to purchase shares of the Company's common stock at market prices. Savings Plan expense consists primarily of stock contributions from the ESOP to participant accounts.

ESOP expense is accounted for under the cost of shares allocated method. Net ESOP expense for 2006, 2005 and 2004 was $.4 million, $1.2 million, and $.7 million, respectively. Company contributions to pay interest or principal on ESOP borrowings were $2.5 million, $1.7 million, and $1.1 million in 2006, 2005 and 2004, respectively.

Interest costs incurred by the ESOP for 2006, 2005 and 2004 were $.7 million, $.6 million, and $.3 million, respectively. Dividends on unallocated ESOP shares used for debt service were $.9 million, $1.1 million, and $1.3 million for 2006, 2005 and 2004, respectively.

The cost of shares allocated to the ESOP for 2006, 2005 and 2004 was $2.2 million, $2.3 million, and $2.1 million, respectively. Of the total shares held by the ESOP, 1.8 million shares were allocated and .5 million shares were unallocated at year end 2006, and 2.5 million shares were allocated and .6 million shares were unallocated at year end 2005.

### Other Retirement Plans

The Company has deferred compensation plans which permit eligible employees and directors to defer a portion of their compensation. The deferred compensation, together with certain Company contributions, earns specified and variable rates of return. As of year end 2006 and 2005, the Company had accrued $151.0 million and $157.3 million, respectively, for its obligations under these plans. These obligations are funded by corporate-owned life insurance contracts and standby letters of credit. As of year end 2006 and 2005, these obligations were secured by standby letters of credit of $61.0 million and $64.5 million, respectively. The Company's expense, which includes Company contributions and interest expense, was $12.0 million, $6.9 million, and $13.5 million for 2006, 2005 and 2004, respectively. A portion of the interest on certain Company contributions may be forfeited by participants if employment is terminated before age 55 other than by reason of death, disability or retirement.

To assist in the funding of these plans, the Company purchases corporate-owned life insurance contracts. Proceeds from the insurance policies are payable to the Company upon the death of the participant. The cash surrender value of these policies, net of outstanding loans, included in "Other assets" in the Consolidated Balance Sheet, was $173.9 million and $160.6 million at year end 2006 and 2005, respectively.

## NOTE 7. COMMITMENTS

Minimum annual rental commitments on operating leases having initial or remaining noncancellable lease terms of one year or more are as follows:

| Year | (In millions) |
|---|---|
| 2007 | $ 50.8 |
| 2008 | 41.5 |
| 2009 | 27.1 |
| 2010 | 18.6 |
| 2011 | 15.7 |
| Thereafter | 47.6 |
| Total minimum lease payments | $ 201.3 |

Operating leases relate primarily to office and warehouse space, and equipment for electronic data processing and transportation. The terms of these leases do not impose significant restrictions or unusual obligations, except as noted below. There are no significant capital leases.

On September 9, 2005, the Company completed the lease financing for a commercial facility (the "Facility") located in Mentor, Ohio, used primarily for the new headquarters and research center for the Company's roll materials division. The Facility consists generally of land, buildings, equipment and office furnishings. The Company has leased the Facility under an operating lease arrangement, which contains a residual value guarantee of $33.4 million. The Company does not expect the residual value of the Facility to be less than the amount guaranteed.

Rent expense for 2006, 2005 and 2004 was $74 million, $74 million, and $66 million, respectively.

NOTE 8. CONTINGENCIES

**Investigations and Legal Proceedings**

On October 19, 2006, the U.S. Department of Justice notified the Company that the U.S. Department of Justice had decided to close its criminal investigation (initiated in April 2003) into competitive practices in the label stock industry without further action as described below.

On November 15, 2006, the Company announced that it had been notified that the European Commission ("EC") had closed its investigation (initiated in May 2004) into the Company's competitive activities in the label stock industry, with no action, as described below.

On April 14, 2003, the Company announced that it had been advised that the U.S. Department of Justice was challenging the proposed merger of UPM-Kymmene ("UPM") and the Morgan Adhesives ("MACtac") division of Bemis Co., Inc. ("Bemis") on the basis of its belief that in certain aspects of the label stock industry "the competitors have sought to coordinate rather than compete." The Company also announced that it had been notified that the U.S. Department of Justice had initiated a criminal investigation into competitive practices in the label stock industry.

On April 15, 2003, the U.S. Department of Justice filed a complaint in the U.S. District Court for the Northern District of Illinois seeking to enjoin the proposed merger ("DOJ Merger Complaint"). The DOJ Merger Complaint, which set forth the U.S. Department of Justice's theory of its case, included references not only to the parties to the merger, but also to an unnamed "Leading Producer" of North American label stock, which is the Company. The DOJ Merger Complaint asserted that "UPM and the Leading Producer have already attempted to limit competition between themselves, as reflected in written and oral communications to each other through high level executives regarding explicit anticompetitive understandings, although the extent to which these efforts have succeeded is not entirely clear to the United States at the present time."

In connection with the U.S. Department of Justice's investigation into the proposed merger, the Company produced documents and provided testimony by Messrs. Neal, Scarborough and Simcic (then CEO, President and Group Vice President – Roll Materials Worldwide, respectively). On July 25, 2003, the United States District Court for the Northern District of Illinois entered an order enjoining the proposed merger. UPM and Bemis thereafter agreed to terminate the merger agreement. The court's decision incorporated a stipulation by the U.S. Department of Justice that the paper label industry is competitive.

On April 24, 2003, Sentry Business Products, Inc. filed a purported class action in the United States District Court for the Northern District of Illinois against the Company, UPM, Bemis and certain of their subsidiaries seeking treble damages and other relief for alleged unlawful competitive practices, essentially repeating the underlying allegations of the DOJ Merger Complaint. Ten similar complaints were filed in various federal district courts. In November 2003, the cases were transferred to the United States District Court for the Middle District of Pennsylvania and consolidated for pretrial purposes. Plaintiffs filed a consolidated complaint on February 16, 2004, which the Company answered on March 31, 2004. On April 14, 2004, the court separated the proceedings as to class certification and merits discovery, and limited the initial phase of discovery to the issue of the appropriateness of class certification. On January 4, 2006, plaintiffs filed an amended complaint. On January 20, 2006, the Company filed an answer to the amended complaint. The Company intends to defend these matters vigorously.

On May 6, 2003, Sekuk Global Enterprises filed a purported stockholder class action in the United States District Court for the Central District of California against the Company and Messrs. Neal, O'Bryant and Skovran (then CEO, CFO and Controller, respectively) seeking damages and other relief for alleged disclosure violations pertaining to alleged unlawful competitive practices. Subsequently, another similar action was filed in the same court. On September 24, 2003, the court appointed a lead plaintiff, approved lead and liaison counsel and ordered the two actions consolidated as the "In Re Avery Dennison Corporation Securities Litigation." Pursuant to court order and the parties' stipulation, plaintiff filed a consolidated complaint in mid-February 2004. The court approved a briefing schedule for defendants' motion to dismiss the consolidated complaint, with a contemplated hearing date in June 2004. In January 2004, the parties stipulated to stay the consolidated action, including the proposed

briefing schedule, pending the outcome of the government investigation of alleged anticompetitive conduct by the Company. The court has approved the parties' stipulation to stay the consolidated actions. On January 12, 2007, the plaintiffs filed a notice of voluntary dismissal of the case without prejudice. On January 17, 2007, the Court entered an order dismissing the case.

On May 21, 2003, The Harman Press filed in the Superior Court for the County of Los Angeles, California, a purported class action on behalf of indirect purchasers of label stock against the Company, UPM and UPM's subsidiary Raflatac ("Raflatac"), seeking treble damages and other relief for alleged unlawful competitive practices, essentially repeating the underlying allegations of the DOJ Merger Complaint. Three similar complaints were filed in various California courts. In November 2003, on petition from the parties, the California Judicial Council ordered the cases be coordinated for pretrial purposes. The cases were assigned to a coordination trial judge in the Superior Court for the City and County of San Francisco on March 30, 2004. A further similar complaint was filed in the Superior Court for Maricopa County, Arizona on November 6, 2003. Plaintiffs voluntarily dismissed the Arizona complaint without prejudice on October 4, 2004. On January 21, 2005, American International Distribution Corporation filed a purported class action on behalf of indirect purchasers in the Superior Court for Chittenden County, Vermont. Similar actions were filed by Webtego on February 16, 2005, in the Court of Common Pleas for Cuyahoga County, Ohio; by D.R. Ward Construction Co. on February 17, 2005, in the Superior Court for Maricopa County, Arizona; by Richard Wrobel, on February 16, 2005, in the District Court of Johnson County, Kansas; and by Chad and Terry Muzzey, on February 16, 2005 in the District Court of Scotts Bluff County, Nebraska. On February 17, 2005, Judy Benson filed a purported multi-state class action on behalf of indirect purchasers in the Circuit Court for Cocke County, Tennessee. On October 7, 2005, Webtego voluntarily dismissed its complaint. On February 16, 2006, D.R. Ward voluntarily dismissed its complaint. The Company intends to defend the remaining matters vigorously.

On August 15, 2003, the U.S. Department of Justice issued a subpoena to the Company in connection with its criminal investigation into competitive practices in the label stock industry. The Company produced documents and provided testimony in response to the subpoena.

On May 25, 2004, officials from the EC, assisted by officials from national competition authorities, launched unannounced inspections of and obtained documents from the Company's pressure-sensitive materials facilities in the Netherlands and Germany. The investigation apparently sought evidence of unlawful anti-competitive activities affecting the European paper and forestry products sector, including the label stock market. The Company cooperated with the investigation.

Based on published press reports, certain other European producers of paper and forestry products received similar visits from European authorities. One such producer, UPM, stated that it had decided to disclose to competition authorities "any conduct that has not comported with applicable competition laws," and that it had received conditional immunity in the European Union ("EU") and Canada with respect to certain conduct it has previously disclosed to them, contingent on full cooperation. In February 2006, UPM announced that the U.S. Department of Justice had agreed not to prosecute UPM in connection with the label stock investigation, and, further, that UPM had received conditional immunity in jurisdictions in addition to the EU and Canada.

On July 9, 2004, the Competition Law Division of the Department of Justice of Canada notified the Company that it was seeking information from the Company in connection with a label stock investigation. The Company is cooperating with the investigation.

On May 18, 2005, Ronald E. Dancer filed a purported class action in the United States District Court for the Central District of California against the Company, Mr. Neal, Karyn Rodriguez (VP and Treasurer) and James Bochinski (then VP, Compensation and Benefits), for alleged breaches of fiduciary duty under the Employee Retirement Income Security Act to the Company's Employee Savings Plan and Plan participants. The plaintiff alleges, among other things, that permitting investment in and retention of Company Common Stock under the Plan was imprudent because of alleged anticompetitive activities by the Company, and that failure to disclose such activities to the Plan and participants was unlawful. Plaintiff seeks an order compelling defendants to compensate the Plan for any losses and other relief. The parties stipulated to transfer the case to the judge in the consolidated case, "In Re Avery Dennison Corporation Securities Litigation" referenced above, and the court has approved the parties' stipulation to stay the matter pending the outcome of the government investigation of alleged anticompetitive conduct by the Company. The Company intends to defend this matter vigorously.

On August 18, 2005, the Australian Competition and Consumer Commission notified two of the Company's subsidiaries, Avery Dennison Material Pty Limited and Avery Dennison Australia Pty Ltd, that it was seeking information in connection with a label stock investigation. The Company is cooperating with the investigation.

On October 19, 2006, the U.S. Department of Justice notified the Company that the U.S. Department of Justice had decided to close its criminal investigation (initiated in April 2003) into competitive practices in the label stock industry without further action.

On November 15, 2006, the Company announced that it had been notified that the European Commission ("EC") had closed its investigation (initiated in May 2004) into the Company's competitive activities in the label stock industry, with no action.

The Board of Directors created an ad hoc committee comprised of independent directors to oversee the foregoing matters.

The Company is unable to predict the effect of these matters at this time, although the effect could be adverse and material.

**Environmental**

The Company has been designated by the U.S. Environmental Protection Agency ("EPA") and/or other responsible state agencies as a potentially responsible party ("PRP") at fourteen waste disposal or waste recycling sites, which are the subject of separate investigations or proceedings concerning alleged soil and/or groundwater contamination and for which no settlement of the Company's liability has been agreed. The Company is participating with other PRPs at such sites, and anticipates that its share of cleanup costs will be determined pursuant to remedial agreements entered into in the normal course of negotiations with the EPA or other governmental authorities.

The Company has accrued liabilities for these and certain other sites, including sites in which governmental agencies have designated the Company as a PRP, where it is probable that a loss will be incurred and the cost or amount of loss can be reasonably estimated. However, because of the uncertainties associated with environmental assessment and remediation activities, future expense to remediate the currently identified sites and any sites which could be identified in the future for cleanup could be higher than the liability currently accrued.

During the third quarter of 2006, the Company recognized an additional liability of $13 million for estimated environmental remediation costs for a former operating facility, for which $2 million had been accrued in the second quarter of 2006. The amount accrued represents the lower end of the current estimated range of $15 million to $17 million for costs expected to be incurred. Management considered additional information provided by outside consultants in revising its previous estimates of expected costs. This estimate could change depending on various factors such as modification of currently planned remedial actions, changes in the site conditions, a change in the estimated time to complete remediation, changes in laws and regulations affecting remediation requirements and other factors.

Other amounts currently accrued are not significant to the consolidated financial position of the Company and, based upon current information, management believes it is unlikely that the final resolution of these matters will significantly impact the Company's consolidated financial position, results of operations or cash flows.

**Other**

In 2005, the Company contacted relevant authorities in the U.S. and reported on the results of an internal investigation of potential violations of the U.S. Foreign Corrupt Practices Act. The transactions at issue were carried out by a small number of employees of the Company's reflectives business in China, and involved, among other things, impermissible payments or attempted impermissible payments. The payments or attempted payments and the contracts associated with them appear to have been relatively minor in amount and of limited duration. Corrective and disciplinary actions have been taken. Sales of the Company's reflectives business in China in 2005 were approximately $7 million. Based on findings to date, no changes to the Company's previously filed financial statements are warranted as a result of these matters. However, the Company expects that fines or other penalties could be incurred. While the Company is unable to predict the financial or operating impact of any such fines or penalties, it believes that its behavior in detecting, investigating, responding to and voluntarily disclosing these matters to authorities should be viewed favorably.

The Company and its subsidiaries are involved in various other lawsuits, claims and inquiries, most of which are routine to the nature of the business. Based upon current information, management believes that the resolution of these other matters will not materially affect the Company's financial position.

The Company participates in receivable financing programs, both domestically and internationally, with several financial institutions whereby advances may be requested from these financial institutions. Such advances are guaranteed by the Company. At December 30, 2006, the Company had guaranteed approximately $22 million.

The Company guaranteed up to approximately $22 million of certain foreign subsidiaries' obligations to their suppliers as of December 30, 2006.

## NOTE 9. SHAREHOLDERS' EQUITY AND STOCK-BASED COMPENSATION

**Common Stock and Common Stock Repurchase Program**

The Company's Certificate of Incorporation authorizes five million shares of $1 par value preferred stock (none outstanding), with respect to which the Board of Directors may fix the series and terms of issuance, and 400 million shares of $1 par value voting common stock.

In December 1997, the Company redeemed the outstanding preferred stock purchase rights and issued new preferred stock purchase rights, declaring a dividend of one such right on each outstanding share of common stock, and since such time, the Company has issued such rights with each share of common stock that has been subsequently issued. When exercisable, each new right will entitle its holder to buy one one-hundredth of a share of Series A Junior Participating Preferred Stock at a price of $150 per one one-hundredth of a share until October 31, 2007. The rights will become exercisable if a person acquires 20% or more of the Company's common stock or makes an offer, the consummation of which will result in the person's owning 20% or more of the Company's common stock. In the event the Company is acquired in a merger, each right entitles the holder to purchase common stock of the acquiring company having a market value of twice the exercise price of the right. Likewise, if a person or group acquires 20% or more of the Company's common stock, each right entitles the holder to purchase the Company's common stock with a market value equal to twice the exercise price of the right. The rights may

be redeemed by the Company at a price of one cent per right at any time prior to a person's or group's acquiring 20% of the Company's common stock. The 20% threshold may be reduced by the Company to as low as 10% at any time prior to a person's acquiring a percent of Company stock equal to the lowered threshold.

The Board of Directors previously authorized the issuance of up to 18 million shares to be used for the issuance of stock options and the funding of other Company obligations arising from various employee benefit plans. The remaining shares available are held in the Company's Employee Stock Benefit Trust ("ESBT"). The ESBT common stock is carried at market value with changes in share price from prior reporting periods reflected as an adjustment to capital in excess of par value.

On October 26, 2006, the Board of Directors authorized the repurchase of an additional 5 million shares of the Company's outstanding common stock, resulting in a total authorization of approximately 7.4 million shares at that date. The repurchased shares may be reissued under the Company's stock option and incentive plans or used for other corporate purposes. As of December 30, 2006, approximately 4.9 million shares were available for repurchase under the Board of Directors' authorization.

**Stock Option and Incentive Plans**

The Company maintains various stock option and incentive plans. Under these plans, stock options granted to directors and employees may be granted at no less than 100% of the fair market value of the Company's common stock on the date of the grant. Options generally vest ratably over a two-year period for directors, and over a four-year period for employees. Prior to fiscal year 2006, options for certain officers may cliff-vest over a 3- to 9.75-year period based on the Company's performance. Unexercised options expire ten years from the date of grant. All stock options granted under these plans had an exercise price equal to the fair market value of the underlying common stock on the date of grant.

The Company's stock-based compensation expense is the estimated fair value of options granted, amortized on a straight-line basis over the requisite service period. The fair value of the Company's stock option awards is estimated as of the date of grant using the Black-Scholes option-pricing model. This model requires input assumptions for the Company's expected dividend yield, expected volatility, risk-free interest rate and the expected life of the options.

*Expected dividend yield* was based on the current annual dividend divided by the 12-month average monthly stock price prior to grant.

*Expected volatility* for options granted during 2006 was based on both historical and implied volatility. Expected volatility for options granted prior to 2006 was based on historical volatility of the Company's stock price.

*Risk-free rate* was based on the average of the weekly T-Bond rate over the expected option term of 5.8 years.

*Expected term* was determined based on historical experience under the Company's stock option plan.

*Forfeiture rate* assumption of 5% was determined based on historical data of the Company's stock option forfeitures during the last twelve years.

The weighted-average fair value per share of options granted during 2006 was $15.50, compared to $12.64 for the year ended 2005 and $11.18 for the year ended 2004.

The underlying assumptions used were as follows:

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Risk-free interest rate | 4.74% | 4.11% | 3.86% |
| Expected stock price volatility | 22.51 | 20.55 | 19.51 |
| Expected dividend yield | 2.58 | 2.67 | 3.01 |
| Expected option term | 5.8 years | 7 years | 7 years |

As permitted by SFAS No. 123(R), underlying assumptions used for stock options granted prior to January 1, 2006 were retained.

The following table sets forth stock option information relative to the Company's stock option plans during 2006:

| | Number of options (in thousands) | Weighted-average exercise price | Weighted-average contractual life (in years) | Aggregate intrinsic value (in millions) |
|---|---|---|---|---|
| Outstanding at December 31, 2005 | 10,653.2 | $ 56.32 | 6.90 | – |
| Granted | 1,494.1 | 67.68 | – | – |
| Exercised | (1,217.5) | 50.11 | – | – |
| Forfeited or expired | (941.4) | 59.12 | – | – |
| Outstanding at December 30, 2006 | 10,185.4 | $ 58.47 | 6.67 | $ 100.2 |
| Options vested and expected to vest at December 30, 2006 | 9,188.1 | 58.27 | 6.54 | 92.1 |
| Options exercisable at December 30, 2006 | 6,030.4 | $ 55.64 | 5.01 | $ 62.6 |

The total intrinsic value of stock options exercised during 2006 was $16.6 million and cash received by the Company from the exercise of these stock options was $64.1 million. The windfall tax benefit realized by the Company from these exercised options was $3.7 million. The intrinsic value of the stock options is based on the amount by which the market value of the underlying stock exceeds the exercise price of the option.

The following table provides a summary of the Company's stock option plans for the last three years:

| | 2006 | | 2005 | | 2004 | |
|---|---|---|---|---|---|---|
| | Number of options (in thousands) | Weighted-average exercise price | Number of options (in thousands) | Weighted-average exercise price | Number of options (in thousands) | Weighted-average exercise price |
| Outstanding at beginning of year | 10,553.2 | $ 56.32 | 9,503.7 | $ 55.15 | 7,951.9 | $ 52.66 |
| Granted | 1,494.1 | 67.65 | 1,556.9 | 59.23 | 2,381.7 | 59.22 |
| Exercised | (1,217.6) | 50.11 | (304.0) | 36.95 | (586.5) | 36.02 |
| Forfeited or expired | (941.4) | 59.12 | (203.3) | 55.79 | (243.4) | 55.35 |
| Outstanding at year end | 10,155.4 | $ 58.47 | 10,553.2 | $ 56.32 | 9,503.7 | $ 55.15 |

The following table summarizes the Company's unvested stock options during 2006:

| | Number of options (in thousands) | Weighted-average exercise price |
|---|---|---|
| Unvested options outstanding at December 31, 2005 | 5,607.0 | $ 55.99 |
| Granted | 1,494.1 | 67.65 |
| Vested | (1,065.6) | 59.55 |
| Forfeited | (877.3) | 59.96 |
| Unvested options outstanding at December 30, 2006 | 5,155.0 | $ 61.22 |

As of December 30, 2006, the Company had approximately $39 million of unrecognized compensation cost related to unvested stock option awards granted under the Company's plans. This cost is expected to be recognized over the weighted-average remaining requisite service period for these awards of approximately 4 years.

The following table summarizes information on stock options outstanding and exercisable at December 30, 2006:

| | Options outstanding | | | Options exercisable | |
|---|---|---|---|---|---|
| Range of exercise prices | Number outstanding (in thousands) | Weighted-average remaining contractual life (in years) | Weighted-average exercise price | Number exercisable (in thousands) | Weighted-average exercise price |
| $ 35.31 to 50.72 | 1,033.0 | 2.15 | $ 45.66 | 1,031.7 | $ 45.66 |
| 51.13 to 59.47 | 6,501.4 | 6.83 | 57.63 | 3,211.1 | 56.90 |
| 59.65 to 67.80 | 2,654.0 | 8.04 | 65.49 | 787.6 | 63.58 |
| $ 35.31 to 67.80 | 10,155.4 | 6.67 | $ 58.47 | 5,030.4 | $ 55.64 |

**Restricted Stock Units and Restricted Stock Grants**

In December 2005, the Compensation and Executive Personnel Committee of the Board of Directors approved the award of RSUs, which were issued under the Company's stock option and incentive plan. In 2006 and 2005, RSUs were granted to two groups of employees. These RSUs include dividend equivalents in the form of additional RSUs, which are equivalent to the amount of the dividend paid or property distributed on a single share of common stock multiplied by the number of RSUs in the employee's account. Vesting for the two groups of RSUs is as follows:

- A vesting period of 3 years provided that a certain performance objective is met at the end of the third year after the year of the award. If the performance objective is not achieved at the end of the third year, the same unvested RSUs will be subject to meeting the performance objective at the end of the fourth year, and if not achieved at the end of the fourth year, then the fifth year following the year of grant, or
- A vesting period of 2 or 3 years, provided that employment continues for 2 or 3 years after the date of the award

For both groups, if the above vesting conditions are not met, the RSUs will be forfeited.

The following table summarizes information about awarded RSUs:

| | Number of RSUs (in thousands) | Weighted-average grant-date fair value |
|---|---|---|
| Outstanding at December 31, 2005 | 93.5 | $ 59.47 |
| Granted | 67.3 | 67.59 |
| Forfeited or expired | (10.5) | 59.47 |
| Outstanding at December 30, 2006 | 170.3 | $ 63.74 |

The total compensation expense related to RSUs and restricted stock is amortized on a straight-line basis over the requisite service period.

During 2006, the pretax compensation expense related to RSUs was $2.9 million, or $.02 per share, assuming dilution.

During 2005, the Company also awarded 30,000 shares of restricted stock, which vest in two equal increments: the first in 2009; the second in 2012. Pretax compensation expense for this award was $.3 million in 2006 and $.2 million in 2005.

As of December 30, 2006, the Company has approximately $8.1 million of unrecognized compensation cost related to unvested RSUs and restricted stock. This cost is expected to be recognized over the remaining requisite service period for these awards (weighted average remaining service period of approximately 2 years for RSUs and 4 years for restricted stock).

## NOTE 10. COST REDUCTION ACTIONS

Severance charges recorded under the restructuring actions below are included in "Other accrued liabilities" in the Consolidated Balance Sheet. Severance and related costs represent cash paid or to be paid to employees terminated under these actions. Asset impairments are based on the estimated market value of the assets. Charges below are included in "Other expense, net" in the Consolidated Statement of Income.

### 2006

In 2006, the Company continued its cost reduction efforts that were initiated in late 2005 and implemented additional actions, resulting in a further headcount reduction of approximately 590 positions, as well as the impairment of certain assets. At December 30, 2006, approximately 155 employees impacted by these actions remain with the Company, and are expected to leave in 2007. Pretax charges related to these actions totaled $29.3 million, including severance and related costs of $21.1 million, impairment of fixed assets and buildings of $6.9 million and lease cancellation charges of $1.3 million. The table below details the accruals and payments related to these actions:

| (In millions) | Pressure-sensitive Materials Segment | Office and Consumer Products Segment | Retail Information Services Segment | Other specialty converting businesses | Corporate | Total |
|---|---|---|---|---|---|---|
| **Severance and other employee costs** | | | | | | |
| Accrual at April 1, 2006 | $ 2.6 | $ .8 | $ 2.0 | $ – | $ – | $ 5.4 |
| Accrual at July 1, 2006 | 2.0 | – | 2.0 | .7 | – | 4.7 |
| Accrual at September 30, 2006 | .8 | – | 3.6 | .1 | – | 4.5 |
| Accrual at December 30, 2006 | 1.9 | 1.5 | 1.8 | 1.3 | – | 6.5 |
| Total accruals for 2006 actions | 7.3 | 2.3 | 9.4 | 2.1 | – | 21.1 |
| Payments | (4.5) | (.8) | (5.3) | (1.4) | – | (12.0) |
| Balance at December 30, 2006 | $ 2.8 | $ 1.5 | $ 4.1 | $ .7 | $ – | $ 9.1 |
| **Asset Impairments** | | | | | | |
| Buildings | $ .6 | $ – | $ – | $ – | $ 1.3 | $ 1.9 |
| Machinery and equipment | 1.7 | .7 | .5 | 1.6 | .5 | 5.0 |
| **Other** | | | | | | |
| Lease cancellations | – | – | 1.3 | – | – | 1.3 |
| | $ 2.3 | $ .7 | $ 1.8 | $ 1.6 | $ 1.8 | $ 8.2 |

**Fourth Quarter 2005**

In the fourth quarter of 2005, the Company recorded a pretax charge of $55.5 million associated with restructuring actions ($41.1 million), as well as expected product line divestitures ($14.4 million). These actions were part of the Company's cost reduction efforts, which are expected to improve the Company's global operating efficiencies. The charge included severance and related costs of $32.9 million related to the elimination of approximately 550 positions worldwide. Final payments to the terminated employees will be made during 2007. At December 30, 2006, approximately 55 employees impacted by these actions remain with the Company, and are expected to leave in 2007. Also included in the charge was $22.6 million related to asset impairment, lease cancellation costs and other associated costs. The table below details the payments related to this program:

| (In millions) | Pressure-sensitive Materials Segment | Office and Consumer Products Segment | Retail Information Services Segment | Other specialty converting businesses | Corporate | Total |
|---|---|---|---|---|---|---|
| **Severance and other employee costs** | | | | | | |
| Beginning balance | $ 15.1 | $ 6.8 | $ 5.6 | $ 2.5 | $ 2.9 | $ 32.9 |
| Payments | (2.5) | (1.4) | (.4) | (1.0) | – | (5.3) |
| Balance at December 31, 2005 | 12.6 | 5.4 | 5.2 | 1.5 | 2.9 | 27.6 |
| Payments | (9.1) | (5.4) | (3.0) | (1.5) | (1.4) | (20.4) |
| Balance at December 30, 2006 | $ 3.5 | $ – | $ 2.2 | $ – | $ 1.5 | $ 7.2 |
| **Asset Impairments** | | | | | | |
| Buildings | $ 2.4 | $ – | $ – | $ – | $ .5 | $ 3.2 |
| Machinery and equipment | .1 | 10.7 | .7 | 2.9 | 1.3 | 15.7 |
| Capitalized software | – | – | – | – | 2.8 | 2.8 |
| **Other** | | | | | | |
| Lease cancellations | – | – | .5 | – | – | .5 |
| Other costs | – | – | .4 | – | – | .4 |
| | $ 2.5 | $ 10.7 | $ 1.9 | $ 2.9 | $ 4.6 | $ 22.6 |

**Second Quarter 2005**

In the second quarter of 2005, the Company recorded a pretax charge of $2.1 million relating to asset impairments ($1.4 million) and restructuring costs ($.7 million). The asset impairment charges represented impairment of a building for $.7 million in other specialty converting businesses and write-off of machinery and equipment for $.7 million in the Pressure-sensitive Materials segment.

**First Quarter 2005**

In the first quarter of 2005, the Company recorded a pretax charge of $6.7 million relating to restructuring costs and asset impairment charges, partially offset by a gain on sale of assets of $3.4 million. The charge included severance and related costs of $4 million related to the elimination of approximately 170 positions in the Office and Consumer Products segment as a result of the Company's closure of the Gainesville, Georgia label converting plant. As of December 30, 2006, all employees impacted by these actions had left the Company and final payments were made. Also included in the charge was $2.7 million related to impairment of buildings and land in the Pressure-sensitive Materials segment.

**Second Quarter 2004**

In the second quarter of 2004, the Company recorded a pretax charge of $13.5 million relating to restructuring costs, asset impairments and planned disposition of property, plant and equipment, and lease cancellation costs primarily associated with the completion of the Company's integration of the Jackstadt GmbH ("Jackstadt") acquisition in the Company's Pressure-sensitive Materials segment, as well as cost reduction actions in the Office and Consumer Products and Retail Information Services segments. The charge included severance and related costs of $7.7 million related to approximately 195 positions worldwide. All employees impacted by these actions had left the Company in 2005 and final payments were made in 2006. Also included in the charge was $6.1 million related to asset impairments and disposition of property, plant and equipment, lease cancellation costs and other associated costs in the Pressure-sensitive Materials segment.

**First Quarter 2004**

In the first quarter of 2004, the Company recorded a pretax charge of $21.4 million relating to restructuring costs and asset impairment charges as part of the Company's integration of the Jackstadt acquisition in the Company's Pressure-sensitive Materials segment. The charge included severance and related costs of $15.9 million, involving the elimination of approximately 210 positions. All employees impacted by these actions had left the Company in 2004 and final payments were made in 2006. Also included in the charge was $2.9 million related to impairment of software and $2.6 million related to impairment and planned disposition of machinery and equipment.

## NOTE 11. TAXES BASED ON INCOME

Taxes based on income were as follows:

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Current: | | | |
| U.S. federal tax | $ (4.5) | $ 33.5 | $ 35.7 |
| State taxes | 4.7 | 3.0 | 6.0 |
| International taxes | 73.8 | 29.7 | 65.0 |
| | 74.0 | 66.2 | 106.7 |
| Deferred: | | | |
| U.S. federal tax | 5.8 | (11.8) | 8.7 |
| State taxes | .8 | (5.2) | 2.7 |
| International taxes | (25.2) | 14.3 | (24.4) |
| | (18.6) | (2.7) | (13.0) |
| Taxes on income | $ 55.4 | $ 63.5 | $ 93.7 |

The principal items accounting for the difference in taxes as computed at the U.S. statutory rate, and as recorded, were as follows:

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Computed tax at 35% of income from continuing operations before taxes | $ 149.0 | $ 128.3 | $ 131.4 |
| Increase (decrease) in taxes resulting from: | | | |
| State taxes, net of federal tax benefit | 3.4 | (3.0) | 6.9 |
| Foreign earnings taxed at different rates | (54.7) | (31.4) | (41.7) |
| Valuation allowance | (5.2) | (15.6) | 15.3 |
| Jobs Act repatriation of earnings | .1 | 13.5 | – |
| Tax credits | (4.9) | (6.4) | (6.6) |
| Tax contingencies and audit settlements | (8.1) | (9.0) | (7.9) |
| Other items, net | (6.5) | (1.4) | (3.1) |
| Taxes on income from continuing operations | 73.1 | 75.0 | 94.3 |
| Taxes on income from and gain on sale of discontinued operations | (14.7) | (11.5) | (.6) |
| Taxes on income | $ 55.4 | $ 63.5 | $ 93.7 |

Consolidated income before taxes for U.S. and international operations was as follows:

| (In millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| U.S. | $ 107.4 | $ 99.5 | $ 168.3 |
| International | 318.2 | 267.3 | 207.0 |
| Income from continuing operations before taxes | 425.6 | 366.8 | 375.3 |
| Income (loss) from discontinued operations before taxes | – | (76.9) | (1.9) |
| Income before taxes | $ 425.6 | $ 289.9 | $ 373.4 |

U.S. income taxes have not been provided on certain undistributed earnings of international subsidiaries of approximately $1.16 billion and $924 million at years ended 2006 and 2005, respectively, because such earnings are considered to be reinvested indefinitely outside the U.S., except for the one-time repatriation of earnings in 2005, provided for by the American Jobs Creation Act of 2004 ("Jobs Act").

The Jobs Act, enacted on October 22, 2004, provided for a temporary 85% dividends-received deduction on certain foreign earnings repatriated before December 31, 2005. The deduction resulted in an approximate 5.25% federal tax rate on the repatriated earnings. During the third quarter of 2005, the Company's Chief Executive Officer and Board of Directors approved a domestic reinvestment plan as required by the Jobs Act to repatriate $344 million of foreign earnings in fiscal 2005. The repatriation of earnings took place in the fourth quarter of 2005, and resulted in a one-time incremental expense of $13.5 million.

The effective tax rate on continuing operations includes the benefit from the release of certain valuation allowances. The net impact of valuation allowance changes is $5.2 million and $15.6 million for years ended 2006 and 2005, respectively. Included in the effective tax rate on continuing operations is the net benefit from several favorable global tax audit settlements and closure of certain tax years, in the amount of $8.1 million and $9 million for years ended 2006 and 2005, respectively.

The income from discontinued operations in 2006 includes a $14.9 million tax benefit from the divestiture of the raised reflective pavement marker business. This tax benefit resulted from the capital loss recognized from the sale of the business, which was a stock sale. The capital loss will be offset against capital gains recognized in 2006 related to the sale of an investment, as well as carried back to capital gains recognized in previous years, as allowable.

The amount of income taxes the Company pays is subject to ongoing audits by taxing jurisdictions around the world. The Company's estimate of the potential outcome of any uncertain tax issue is subject to management's assessment of relevant risks, facts, and circumstances existing at that time. The Company believes that it has adequately provided for reasonably foreseeable outcomes related to these matters. However, the Company's future results may include favorable or unfavorable adjustments to its estimated tax liabilities in the period the assessments are made or resolved, which may impact the Company's effective tax rate. The Company is currently subject to tax examinations by federal, state and foreign tax authorities.

Deferred income taxes reflect the temporary differences between the amounts at which assets and liabilities are recorded for financial reporting purposes and the amounts utilized for tax purposes. The primary components of the temporary differences that gave rise to the Company's deferred tax assets and liabilities were as follows:

| (In millions) | 2006 | 2005 |
|---|---|---|
| Accrued expenses not currently deductible | $ 42.1 | $ 34.1 |
| Net operating losses and foreign tax credit carryforwards | 69.4 | 60.1 |
| Capital loss carryforward | 3.6 | – |
| Postretirement and postemployment benefits | 48.6 | 50.3 |
| Pension costs | 18.3 | 9.3 |
| Inventory reserves | 8.2 | 12.4 |
| Other | 4.4 | 6.1 |
| Valuation allowance | (67.5) | (53.2) |
| Total deferred tax assets | 128.1 | 119.1 |
| Depreciation and amortization | (127.7) | (134.3) |
| Total deferred tax liabilities | (127.7) | (134.3) |
| Total net deferred tax assets (liabilities) from continuing operations | $ .4 | $ (15.2) |
| Net deferred tax assets from discontinued operations | – | 2.6 |
| Total net deferred tax assets (liabilities) | $ .4 | $ (12.6) |

Operating loss carryforwards of foreign subsidiaries for 2006 and 2005 are $175 million and $143.7 million, respectively. Credit carryforwards for 2006 and 2005 related to foreign investment tax credits totaled $3.5 million and $3.1 million, respectively. California research credit carryforward for 2006 and 2005 totaled $4.2 million and $3.9 million, respectively. Net operating losses, if unused, of $19.4 million will expire by 2011, and $44.1 million will expire after 2011. Net operating losses of $111.5 million can be carried forward indefinitely. The foreign investment tax credit carryforwards begin to expire in 2013. The California research credit can be carried forward indefinitely. The Company has established a valuation allowance for the net operating loss and credit carryforwards not expected to be utilized. The valuation allowance for 2006 and 2005 is $67.5 million and $53.2 million, respectively. The increase in 2006 is primarily attributable to the $17.6 million deferred tax asset and related valuation allowance resulting from the adoption of SFAS No. 158.

The Company has been granted tax holidays in several jurisdictions including China, Thailand and Bangladesh. The tax holidays expire between 2007 and 2015. These tax holidays have reduced the Company's consolidated effective tax rate on continuing operations by less than 1% in 2006 and 2005.

In July 2006, the FASB issued Financial Interpretation ("FIN") No. 48, "Accounting for Uncertainty in Income Taxes – an interpretation of FASB Statement No. 109," which is a change in accounting for income taxes. FIN No. 48 specifies how tax benefits from uncertain tax positions are to be recognized, measured, and derecognized in financial statements; requires certain disclosures of uncertain tax matters; specifies how reserves for uncertain tax positions should be classified on the balance sheet; and provides transition and interim period guidance, among other provisions. FIN No. 48 is effective for fiscal years beginning after December 15, 2006 and as a result, is effective for the Company in the first quarter of 2007. The Company is currently evaluating the impact of FIN No. 48 on the consolidated results of operations and financial position.

## NOTE 12. SEGMENT INFORMATION

The accounting policies of the segments are described in Note 1, "Summary of Significant Accounting Policies." Intersegment sales are recorded at or near market prices and are eliminated in determining consolidated sales. The Company evaluates performance based on income from operations before interest expense and taxes. General corporate expenses are also excluded from the computation of income from operations for the segments.

The Company does not disclose total assets by operating segment since the Company does not produce and review such information internally. The Company does not disclose revenues from external customers for each product because it is impracticable to do so. As the Company's reporting structure is not organized by country, results by individual country are not provided because it is impracticable to do so.

Financial information by reportable segment and other businesses from continuing operations is set forth below:

| (in millions) | 2006[1] | 2005[2] | 2004[3] |
|---|---|---|---|
| **Net sales to unaffiliated customers:** | | | |
| Pressure-sensitive Materials | $ 3,236.3 | $ 3,114.5 | $ 2,984.8 |
| Office and Consumer Products | 1,072.0 | 1,136.1 | 1,172.5 |
| Retail Information Services | 667.7 | 630.4 | 592.7 |
| Other specialty converting businesses | 599.9 | 592.5 | 567.0 |
| Net sales to unaffiliated customers | $ 5,575.9 | $ 5,473.5 | $ 5,317.0 |
| **Intersegment sales:** | | | |
| Pressure-sensitive Materials | $ 161.5 | $ 163.2 | $ 169.3 |
| Office and Consumer Products | 1.8 | 2.0 | 2.2 |
| Retail Information Services | 3.4 | 6.7 | 6.8 |
| Other specialty converting businesses | 14.4 | 15.2 | 18.8 |
| Eliminations | (181.1) | (187.1) | (197.1) |
| Intersegment sales | $ – | $ – | $ – |
| **Income from continuing operations before taxes:** | | | |
| Pressure-sensitive Materials | $ 301.2 | $ 255.1 | $ 221.4 |
| Office and Consumer Products | 179.0 | 169.0 | 156.4 |
| Retail Information Services | 45.0 | 37.7 | 43.4 |
| Other specialty converting businesses | 17.2 | 14.1 | 39.9 |
| Corporate expense | (61.3) | (53.2) | (57.1) |
| Interest expense | (55.5) | (57.9) | (58.7) |
| Income from continuing operations before taxes | $ 425.6 | $ 366.8 | $ 375.3 |
| **Capital expenditures:** | | | |
| Pressure-sensitive Materials | $ 78.8 | $ 74.1 | $ 115.1 |
| Office and Consumer Products | 13.6 | 24.5 | 19.6 |
| Retail Information Services | 25.6 | 31.7 | 36.5 |
| Other specialty converting businesses | 36.1 | 38.5 | 31.1 |
| Corporate | 2.1 | 2.3 | 1.6 |
| Discontinued operations | – | .2 | 1.8 |
| Capital expenditures[4] | $ 153.2 | $ 171.6 | $ 205.7 |
| **Depreciation expense:** | | | |
| Pressure-sensitive Materials | $ 55.2 | $ 56.2 | $ 50.7 |
| Office and Consumer Products | 20.7 | 24.6 | 25.3 |
| Retail Information Services | 17.8 | 16.3 | 14.3 |
| Other specialty converting businesses | 23.1 | 21.1 | 18.9 |
| Corporate | 4.0 | 6.0 | 6.6 |
| Discontinued operations | .5 | 1.5 | 1.4 |
| Depreciation expense | $ 154.3 | $ 155.7 | $ 147.2 |

(1) Results for 2006 include "Other expense, net" totaling $36.2, which consists of restructuring costs, asset impairment and lease cancellation charges of $29.8, environmental remediation costs of $13, costs of $.4 related to a divestiture, accrual related to a patent lawsuit of $.4 and charitable contribution of $10 to the Avery Dennison Foundation, partially offset by gain on sale of investment of $(10.5), gain on sale of assets of $(5.3) and gain on curtailment and settlement of a pension obligation of $(1.6). Of the $36.2 total, the Pressure-sensitive Materials segment recorded $9.3, the Office and Consumer Products segment recorded $(2.3), the Retail Information Services segment recorded $11.2, the other specialty converting businesses recorded $3.7 and Corporate recorded $14.3. See Note 10, "Cost Reduction Actions," for further information.

(2) Results for 2005 include "Other expense, net" totaling $63.6, which consists of restructuring costs, asset impairment and lease cancellation charges of $65.6, legal accrual related to a patent lawsuit of $3.8, partially offset by gain on sale of assets of $(5.8). Of the $63.6 total, the Pressure-sensitive Materials segment recorded $33, the Office and Consumer Products segment recorded $21.8, the Retail Information Services segment recorded $7.5, the other specialty converting businesses recorded $6.2 and Corporate recorded $5.1. See Note 10, "Cost Reduction Actions," for further information.

(3) Results for 2004 include "Other expense" totaling $35.2, which consists of restructuring costs, asset impairment and lease cancellation charges, of which the Pressure-sensitive Materials segment recorded $34.4, the Office and Consumer Products segment recorded $.5 and the Retail Information Services segment recorded $.3. See Note 10, "Cost Reduction Actions," for further information.

(4) Capital expenditures accrued but not paid were approximately $18 million in 2006, $27 million in 2005 and $27 million in 2004. Capital expenditures refer to purchases of property, plant and equipment.

Financial information relating to the Company's continuing operations by geographic area is set forth below:

| (in millions) | 2006 | 2005 | 2004 |
|---|---|---|---|
| **Net sales to unaffiliated customers:** | | | |
| U.S. | $ 2,333.8 | $ 2,346.5 | $ 2,416.2 |
| Europe | 1,798.8 | 1,505.5 | 1,710.7 |
| Asia | 748.7 | 650.6 | 559.7 |
| Latin America | 332.4 | 255.9 | 255.0 |
| Other international | 362.2 | 351.7 | 375.4 |
| Net sales | $ 5,575.9 | $ 5,473.5 | $ 5,317.0 |
| **Property, plant and equipment, net:** | | | |
| U.S. | $ 562.5 | $ 580.6 | $ 599.6 |
| International | 746.9 | 715.1 | 774.8 |
| Property, plant and equipment, net | $ 1,309.4 | $ 1,295.7 | $ 1,374.4 |

Revenues are attributed to geographic areas based on the location to which the product is shipped. Export sales from the United States to unaffiliated customers are not a material factor in the Company's business.

NOTE 13. QUARTERLY FINANCIAL INFORMATION (UNAUDITED)

| (In millions, except per share data) | First Quarter(1) | Second Quarter(2) | Third Quarter(3) | Fourth Quarter(4) |
|---|---|---|---|---|
| **2006** | | | | |
| Net sales from continuing operations | $ 1,337.2 | $ 1,409.7 | $ 1,417.6 | $ 1,411.4 |
| Gross profit from continuing operations | 366.2 | 393.0 | 390.7 | 359.6 |
| Net income | 68.7 | 112.0 | 85.0 | 101.5 |
| Net income per common share | .69 | 1.12 | .85 | 1.02 |
| Net income per common share, assuming dilution | .69 | 1.12 | .85 | 1.01 |
| **2005** | | | | |
| Net sales from continuing operations | $ 1,342.6 | $ 1,411.7 | $ 1,355.0 | $ 1,364.0 |
| Gross profit from continuing operations | 351.9 | 365.1 | 357.6 | 375.6 |
| Net income | 57.7 | 89.4 | 56.2 | (6.9) |
| Net income per common share | .58 | .89 | .56 | (.07) |
| Net income per common share, assuming dilution | .57 | .89 | .56 | (.07) |

(1) Results in the first quarter 2006 include pretax other expense totaling $7.6 consisting of $7.2 of restructuring costs and asset impairment charges and $.4 for legal accrual related to a patent lawsuit.
Results in the first quarter 2005 include a $6.7 pretax charge for restructuring costs and asset impairment charges, partially offset by a gain on sale of assets of $3.4.

(2) Results in the second quarter 2006 include pretax net other expense totaling $4 consisting of restructuring costs and asset impairment charges of $6.1, charitable contribution of $10 to the Avery Dennison Foundation, partially offset by gain on sale of investment of $(10.5), and gain on curtailment and settlement of a pension obligation of $(1.6).
Results in the second quarter 2005 include a $2.1 pretax charge for restructuring costs and asset impairment charges.

(3) Results in the third quarter 2006 include pretax other expense of $19.5, which consists of environmental remediation costs of $13, restructuring costs and asset impairment charges of $6.1, and costs of $.4 related to a divestiture.
Results in the third quarter 2005 include a $1.3 pretax charge for asset impairment charges.

(4) Results in the fourth quarter 2006 include pretax net other expense totaling $5.1 consisting of restructuring costs, asset impairment and lease cancellation charges of $10.4, partially offset by gain on sale of assets of $(5.3).
Results in the fourth quarter 2005 include a $58.5 pretax charge for restructuring costs, asset impairment and lease cancellation charges, and legal accrual related to a patent lawsuit of $3.8, partially offset by a gain on sale of assets of $2.4.

## STATEMENT OF MANAGEMENT RESPONSIBILITY FOR FINANCIAL STATEMENTS

The consolidated financial statements and accompanying information were prepared by and are the responsibility of management. The statements were prepared in conformity with accounting principles generally accepted in the United States of America and, as such, include amounts that are based on management's best estimates and judgments.

Oversight of management's financial reporting and internal accounting control responsibilities is exercised by the Board of Directors, through an Audit Committee, which consists solely of outside directors (see page 70). The Committee meets periodically with financial management, internal auditors and the independent registered public accounting firm to obtain reasonable assurance that each is meeting its responsibilities and to discuss matters concerning auditing, internal accounting control and financial reporting. The independent registered public accounting firm and the Company's internal audit department have free access to meet with the Audit Committee without management's presence.

## MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

Management is responsible for establishing and maintaining adequate internal control over financial reporting, as such term is defined in Exchange Act Rule 13a-15(f). Under the supervision and with the participation of management, including the chief executive officer and chief financial officer, the Company conducted an evaluation of the effectiveness of internal control over financial reporting based on the framework in *Internal Control – Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on the Company's evaluation under the framework in *Internal Control – Integrated Framework*, management has concluded that internal control over financial reporting was effective as of December 30, 2006. Management's assessment of the effectiveness of internal control over financial reporting as of December 30, 2006 has been audited by PricewaterhouseCoopers LLP, an independent registered public accounting firm, as stated in their report which is included herein.

| | |
|---|---|
| Dean A. Scarborough<br>President and<br>Chief Executive Officer | Daniel R. O'Bryant<br>Executive Vice President, Finance<br>and Chief Financial Officer |

# REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholders of Avery Dennison Corporation:

We have completed integrated audits of Avery Dennison Corporation's consolidated financial statements and of its internal control over financial reporting as of December 30, 2006 in accordance with the standards of the Public Company Accounting Oversight Board (United States). Our opinions, based on our audits, are presented below.

*Consolidated financial statements*

In our opinion, the accompanying consolidated balance sheets and the related consolidated statements of income, shareholders' equity, and cash flows present fairly, in all material respects, the financial position of Avery Dennison Corporation and its subsidiaries at December 30, 2006 and December 31, 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 30, 2006 in conformity with accounting principles generally accepted in the United States of America. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits of these statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit of financial statements includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As discussed in Note 1 and Note 9, the Company changed the manner in which it accounts for stock-based compensation in 2006. As discussed in Note 6, the Company changed the manner in which it accounts for pensions and other postretirement benefits in 2006.

*Internal control over financial reporting*

Also, in our opinion, management's assessment, included in the accompanying "Management's Report on Internal Control Over Financial Reporting," that the Company maintained effective internal control over financial reporting as of December 30, 2006 based on criteria established in *Internal Control – Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"), is fairly stated, in all material respects, based on those criteria. Furthermore, in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 30, 2006, based on criteria established in *Internal Control – Integrated Framework* issued by the COSO. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express opinions on management's assessment and on the effectiveness of the Company's internal control over financial reporting based on our audit. We conducted our audit of internal control over financial reporting in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. An audit of internal control over financial reporting includes obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we consider necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

PricewaterhouseCoopers LLP

PricewaterhouseCoopers LLP
Los Angeles, California
February 22, 2007

# DIRECTORS AND OFFICERS

## BOARD OF DIRECTORS

**Kent Kresa** [2,3,4]
Chairman of the Board,
Avery Dennison Corporation
Chairman Emeritus, Northrop Grumman Corporation,
an aeronautical and defense systems manufacturer
*Board member since 1999*

**Dean A. Scarborough**
President and
Chief Executive Officer,
Avery Dennison Corporation
*Board member since 2000*

**Richard M. Ferry** [1,3,5]
Founder Chairman,
Korn/Ferry International,
an international executive search firm
*Board member since 1985*

**Peter W. Mullin** [3]
Chairman, Mullin TBG,
an executive compensation, benefit planning and corporate insurance consulting firm
*Board member since 1988*

**David E. I. Pyott** [1,5]
Chairman of the Board and
Chief Executive Officer,
Allergan, Inc.,
a global health care company
*Board member since 1999*

**Peter K. Barker** [1,2,3]
Retired Partner, Goldman Sachs & Company,
an investment banking firm
*Board member since 2003*

**Julia A. Stewart** [1,4,5]
Chairman of the Board and
Chief Executive Officer,
IHOP Corporation,
a restaurant chain
*Board member since 2003*

**John T. Cardis** [2,3,4]
Retired Partner, Deloitte & Touche USA LLP,
an audit, tax, consulting and financial advisory services firm
*Board member since 2004*

**Rolf Börjesson** [3,4,5]
Chairman, Rexam PLC,
a consumer packaging and beverage can manufacturer
*Board member since 2005*

**Patrick T. Siewert** [3,4]
Senior Advisor,
Coca-Cola Company,
a worldwide
beverage company
*Board member since 2005*

***Directors Emeriti (nonvoting)***

**Charles D. Miller**
Retired Chairman and Chief Executive Officer,
Avery Dennison Corporation

**H. Russell Smith**
Retired Chairman of the Executive Committee,
Avery Dennison Corporation

1 – Member of Compensation and Executive Personnel Committee
2 – Member of Audit Committee
3 – Member of Finance Committee
4 – Member of Ethics and Conflict of Interest Committee
5 – Member of Nominating and Governance Committee

## CORPORATE OFFICERS

**Dean A. Scarborough**
President and
Chief Executive Officer

**Robert G. van Schoonenberg**
Executive Vice President,
General Counsel and Secretary

**Daniel R. O'Bryant**
Executive Vice President,
Finance, and Chief
Financial Officer

**Christian A. Simcic**
Group Vice President,
Roll Materials

**Sandra Beach Lin**
Group Vice President,
Specialty Materials and
Converting

**Timothy S. Clyde**
Group Vice President,
Office Products

**Robert M. Malchione**
Senior Vice President,
Corporate Strategy
and Technology

**J. Terry Schuler**
Senior Vice President,
Human Resources

**Diane B. Dixon**
Senior Vice President,
Corporate Communications
and Advertising

**Stephen A. Mynott**
Vice President,
Global Operations

**Mitchell R. Butier**
Vice President and
Controller

**David N. Edwards**
Vice President and
Chief Technology Officer

**Karyn E. Rodriguez**
Vice President and
Treasurer

**Ahmed Rubaie**
Vice President,
Internal Audit and Tax

**Kenneth A. Wolinsky**
Vice President and
Chief Information Officer

DIVISION OFFICERS

*Pressure-sensitive Materials*

**John L. Collins**
Vice President, Sales,
Fasson Roll North America

**Angelo Depietri**
Vice President and
General Manager,
Materials and Office Products
South America

**Georges Gravanis**
Vice President, Sales
Roll Materials Europe

**Kamran Kian**
Vice President,
Global Operations,
Roll Materials

**Dagang Li**
Vice President and
General Manager,
Roll Materials Greater China

**David R. Martin**
Vice President and
General Manager,
Materials Australia and
New Zealand

**John C. Quinn**
Vice President and
General Manager,
Roll Materials Asia Pacific

**Donald W. Stoebe**
Vice President and
General Manager,
Roll Materials Europe

**John M. Wurzburger**
Vice President and
General Manager,
Fasson Roll North America

*Office and Consumer Products*

**Timothy G. Bond**
Vice President and
General Manager,
Office Products North America

**Andy Cooper**
Vice President and
General Manager,
Office Products Asia Pacific

**Hans-Guenther Klenk**
Vice President and
General Manager,
Office Products Europe

*Retail Information Services*

**Terrence L. Hemmelgarn**
Vice President and
General Manager,
Retail Information Services

**David E. Herring**
Vice President and
General Manager, Fastener,
Retail Information Services

**Michael S. Johansen**
Vice President and
General Manager,
Retail Information Services
Asia Pacific

**Kim P. Macaulay**
Vice President, Marketing,
Information and Brand
Management Services,
Retail Information Services

*Other Specialty Converting Businesses*

**Robert B. Cornick**
Vice President and
General Manager,
RFID

**William M. Goldsmith**
Vice President and
General Manager,
Performance Films

**Martina L. McIsaac**
Vice President and
General Manager,
Performance Polymers

**Mathew S. Mellis**
Vice President and
General Manager,
Specialty Converting

**Ferdinand R. Pranckh**
Vice President and
General Manager,
Graphics and
Reflective Products

**Helen M. Saunders**
Global Commercial
Vice President,
Graphics and
Reflective Products

**Kevin E. Young**
Vice President and
General Manager,
Specialty Tape

# CORPORATE INFORMATION

**Counsel**

Latham & Watkins LLP
Los Angeles, California

**Independent Registered Public Accounting Firm**

PricewaterhouseCoopers LLP
Los Angeles, California

**Transfer Agent – Registrar**

Computershare Trust Co., N.A.
P.O. Box 43023
Providence, RI 02940-3023
(877) 498-8861
(800) 952-9245 (hearing impaired number)
www.computershare.com

**Annual Meeting**

The Annual Meeting of Shareholders will be held at 1:30 p.m. on April 26, 2007, in the Conference Center of the Avery Dennison Miller Corporate Center, 150 North Orange Grove Boulevard, Pasadena, California.

**The DirectSERVICE™ Investment Program**

Shareholders of record may reinvest their cash dividends in additional shares of Avery Dennison common stock at market price. Investors may also invest optional cash payments of up to $12,500 per month in Avery Dennison common stock at market price. Avery Dennison investors not yet participating in the program, as well as brokers and custodians who hold Avery Dennison common stock for clients, may obtain a copy of the program by writing to The DirectSERVICE™ Investment Program, c/o Computershare (include a reference to Avery Dennison in the correspondence), P.O. Box 43081, Providence, RI 02940-3081, or calling (877) 498-8861, or logging onto their Web site at http://www.computershare.com.

**Direct Deposit of Dividends**

Avery Dennison shareholders may deposit quarterly dividend checks directly into their checking or savings accounts. For more information, call Avery Dennison's transfer agent and registrar, Computershare Trust Co., Inc., at (800) 870-2340.

**Other Information**

The Company is including, as Exhibits 31.1 and 31.2 to its Annual Report on Form 10-K for fiscal year 2006 filing with the Securities and Exchange Commission ("SEC"), certificates of the Chief Executive Officer and Chief Financial Officer of the Company pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, and the Company submitted to the New York Stock Exchange ("NYSE"), the Company's annual written affirmation on May 5, 2006, along with the Chief Executive Officer's certificate that he is not aware of any violation by the Company of NYSE's Corporate Governance listing standards.

A copy of the Company's Annual Report on Form 10-K, as filed with the SEC, will be furnished to shareholders and interested investors free of charge upon written request to the Secretary of the Corporation. Copies may also be obtained from the Company's web site, www.averydennison.com, in the "Investors" section.

**Corporate Headquarters**

Avery Dennison Corporation
Miller Corporate Center
150 North Orange Grove Boulevard
Pasadena, California 91103
Phone: (626) 304-2000
Fax: (626) 792-7312

Mailing Address:
P.O. Box 7090
Pasadena, California 91109-7090

**Stock and Dividend Data**

Common shares of Avery Dennison are listed on the NYSE.
Ticker symbol: AVY

| | 2006 | | 2005 | |
|---|---|---|---|---|
| | High | Low | High | Low |
| **Market Price** | | | | |
| First Quarter | $ 61.54 | $ 56.33 | $ 62.53 | $ 56.10 |
| Second Quarter | 63.46 | 55.09 | 61.48 | 51.35 |
| Third Quarter | 61.97 | 56.95 | 56.92 | 51.98 |
| Fourth Quarter | 69.11 | 60.10 | 59.44 | 50.30 |

Prices shown represent closing prices on the NYSE

| | 2006 | 2005 |
|---|---|---|
| **Dividends Per Common Share** | | |
| First Quarter | $ .39 | $ .38 |
| Second Quarter | .39 | .38 |
| Third Quarter | .39 | .38 |
| Fourth Quarter | .40 | .39 |
| Total | $ 1.57 | $ 1.53 |

| | | |
|---|---|---|
| Number of shareholders of record as of year end | 9,556 | 10,216 |

©2007 Avery Dennison Corporation. All rights reserved. Avery, Avery Easy Peel Mailing Labels, Avery T-Shirt Transfer, Avery Dennison, Avery Dennison Comfort Tag, Avery Graphics Aircraft film and Fasson are trademarks or service marks of Avery Dennison Corporation.

Frappuccino is a registered trademark of Starbucks Corporation. Used with permission. All rights reserved.

All other brands and product names are trademarks of their respective owners.

## MORE INFORMATION

**About Avery Dennison**
Learn more about our Company
at www.averydennison.com

**Investor Information**
Obtain stock quotes, financial releases and more
at www.investors.averydennison.com
Send inquiries via e-mail to investorcom@averydennison.com

**Fasson-brand products**
Discover why customers value our innovative materials solutions
at www.fasson.com

**Career opportunities**
See how our employees make a world of difference
and learn how to join our team
at www.averydennison.com/careers

**Avery-brand office and consumer products**
Call our Consumer Service Center at (800) 462-8379.

Explore a variety of useful products such as templates and software, plus creative solutions for virtually any task—including mailings, meetings and special events—at www.avery.com




Design by Addison www.addison.com


ALAMOS
MALBEC
USA
Rejoice
飘柔
LA POSTE
Avery Dennison Corporation
Miller Corporate Center
150 North Orange Grove Boulevard
Pasadena, California 91103
www.averydennison.com
AVERY DENNISON
Snack 'n Seal
Downy
Simple Pleasures
Clear
Mailing Labels