**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Annual Premium: $ 34,885.00

**3M Innovations Company and Minnesota Mining and Manufacturing Company,**

Plaintiffs, } Bond Number: 024025797

-vs- }

**Avery Dennison Corporation,** }

} Undertaking on Appeal

Defendants, }

WHEREAS, the defendant/appellant, Avery Dennison Corporation desires to give an undertaking with respect to its appeal of the above captioned action in the United States District Court for the District of Minnesota.

NOW, THEREFORE, Liberty Mutual Insurance Company, a Corporation organized and existing under and by virtue of the laws of the State of Massachusetts, and authorized to transact the business of Surety in the State of Minnesota (the "Surety"), hereby obligates itself in the principal sum of Four Million Six Hundred Fifty One Thousand Three Hundred Seventy Three and 10/100 Dollars ($ 4,651,373.10) as follows:

The condition of this obligation is that the Surety will pay any and all of the Judgment plus interest that the Court in the above referenced action may hereafter determine to be due and payable by Avery Dennison Corporation of the Four Million Two Hundred Twenty Eight Thousand Five Hundred Twenty One and 10/100 Dollars ($4,228,521.00) Judgment which is required to be bonded by the order rendered in the above captioned action by the United States District Court for the District of Minnesota dated April 24, 2007.

IT IS FURTHER AGREED THAT regardless of the number of years this Bond is in effect, the sum of all claims against the Surety shall not exceed the above stated maximum penal sum of Four Million Six Hundred Fifty One Thousand Three Hundred Seventy Three and 10/100 Dollars ($ 4,651,373.10)

IN TESTIMONY WHEREOF, the said Surety has caused this Undertaking to be duly executed in its name and its corporate seal to affixed hereto by its duly authorized Attorney-in-Fact at Los Angeles, California, on this 3rd day of May, 2007.

This undertaking is executed under penalty of perjury under California law on this 3rd day of May, 2007 by the undersigned, who declares that he/she is a duly authorized Attorney-in-Fact for said Surety acting under the attached unrevoked Power of Attorney.

Avery Dennison Corporation

By ______________________

By ______________________

Liberty Mutual Insurance Company

By ______________________
Brenda Wong, Attorney-in-Fact

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Los Angeles

On MAY 0 3 2007 before me, M. Gonzales, Notary Public, personally appeared Brenda Wong personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

M. GONZALES
COMM. #1605728
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires October 5, 2009

M Gonzales

M. Gonzales

2066596

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

**This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.**

**LIBERTY MUTUAL INSURANCE COMPANY**
**BOSTON, MASSACHUSETTS**
**POWER OF ATTORNEY**

**KNOW ALL PERSONS BY THESE PRESENTS:** That Liberty Mutual Insurance Company (the "Company"), a Massachusetts stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint

**E. S. ALBRECHT, JR., C. K. NAKAMURA, LISA L. THORNTON, MARIA PENA, MARINA TAPIA, EDWARD C. SPECTOR, KD CONRAD, JOYCE HERRIN, MICHAEL R. MAYBERRY, BRENDA WONG, SIMONE GERHARD, ALL OF THE CITY OF LOS ANGELES, STATE OF CALIFORNIA** ..........................................................................................................

, each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding **ONE HUNDRED MILLION AND 00/100********************** DOLLARS ($ **100,000,000.00*******) each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

Pursuant to Article XIII, Section 5 of the By-Laws, Garnet W. Elliott, Assistant Secretary of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this 21st day of December, 2006.

**LIBERTY MUTUAL INSURANCE COMPANY**

By [signature]
Garnet W. Elliott, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this 21st day of December, 2006, before me, a Notary Public, personally came Garnet W. Elliott, to me known, and acknowledged that he is an Assistant Secretary of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

TERESA PASTELLA COMMONWEALTH OF PENNSYLVANIA NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Mar. 28, 2009
Member, Pennsylvania Association of Notaries

By [signature]
Teresa Pastella, Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney is an Assistant Secretary specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article XIII, Section 5 of the By-laws of Liberty Mutual Insurance Company.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Liberty Mutual Insurance Company at a meeting duly called and held on the 12th day of March, 1980.

VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this MAY 03 2007 day of ____________, ________.

By [signature]
David M. Carey, Assistant Secretary

**Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.**

**To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.**