UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2007, I have caused the following documents:

1. Plaintiffs' Memorandum in Opposition to Avery's Motion to Stay Enforcement of Judgment Fed. R. Civ. P. 62(d); and

2. LR 7.1(c) Word Count Compliance Certificate Regarding Plaintiffs' Memorandum in Opposition to Avery's Motion to Stay Enforcement of Judgment Fed. R. Civ. P. 62(d)

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlawyers.com |
| Roderick G. Dorman<br>Hennigan, Bennet & Dorman | dormanr@hbdlawyers.com |

Dated: May 9, 2007

By: s/ Sara Cotton
Sara Cotton

60427618.doc