IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | : | |
| Plaintiffs, | : | Civil Action No. 01-CV-1781 (JRT/FLN) |
| vs. | : | |
| AVERY-DENNISON CORPORATION, | : | |
| Defendant. | : | |

**AVERY'S REPLY IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT FED. R. CIV. P. 62(d)**

Avery's motion sought (1) an order staying enforcement of the judgment against Avery, and (2) relief from the supersedeas bond requirement. 3M does not oppose Avery's request for a Rule 62(d) Order staying enforcement of the Judgment against Avery in the amount of $4,228,521, given the bond that Avery as filed with this Court. Thus, a stay should be immediately granted.

Events have temporarily mooted the need for Avery to be relieved of the bond requirement. In posting the bond with this Court, Avery incurred a non-refundable $34,000 fee, which secures the bond for a one-year period. Since the bond will be in place for one year even if the Court waives the bond requirement, Avery withdraws without prejudice its request that the Court waive posting of a supersedeas bond. At the expiration of one year, Avery will be required to pay another annual premium for the

bond. At that time, if this case is not fully resolved, Avery will re-file its motion seeking relief from the bond requirement.

DATED: May 11, 2007

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

3223826v1