UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br>Plaintiffs,<br>vs.<br>AVERY DENNISON CORPORATION<br>Defendant. | No. 01-CV-1781 (JRT/FLN) |

**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING AVERY'S REPLY IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT FED. R. CIV. P. 62(D)**

Pursuant to Local Rule 7.1(c), the undersigned hereby certifies, as counsel for Defendant, that this memorandum of law complies with the type-volume limitation as there are 169 words of proportional space type in this memorandum of law. Including the 1.339 words in Avery's Memorandum of Law in Support of Its Motion to Stay Enforcement of Judgment Fed. R. Civ. P. 62(d), the total number of words in both memoranda equals 1,508. This memorandum of law was prepared using Microsoft Word 2000. I have relied upon the word count of this word processing program and certify that it has been applied specifically to include all text, including headings, footnotes, and quotations.

DATED: May 11, 2007

Respectfully submitted,

/S/ Lawrence M. Hadley

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

3223872v1