# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

May 14, 2007

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 01-1781 JRT/FLN
Federal Circuit Case #:
Case Caption: 3M Innvovative Prop., et al v. Avery-Dennison

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

_____ Federal Circuit Appeal Information Sheet *

_X___ Notice of Appeal

_X___ Pleading(s) being appealed

_X___ Docket entries

_____ Other:

The Statutory filing fee has:

_X___ been paid. Receipt number: 4012826

_____ not been paid:

- ____ USA appealed
- ____ In Forma Pauperis
- ____ Fee wasn't included with the appeal
- ____ Motion Pending
- ____ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Amy Linner
Deputy Clerk

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

_X_ United States District Court for the District of Minnesota
___ United States Court of International Trade
___ United States Court of Federal Claims
___ United States Court of Appeals for Veterans Claims

Type of Case: Patent

3M Innovative Properties Company, Minnesota Mining and Manufacturing Company v. Avery-Dennison Corporation

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No. 416 and 417 Date of Judgment / Order 4/24/07

Cross or related appeal? no Date of Notice of Appeal 5/1/07

Appellant is: X Plaintiff ___ Defendant ___ Other: ________

FEES: Court of Appeals docket fee paid? ___ Yes ___ No

U.S. Appeal? ___ Yes ___ No

In forma pauperis? ___ Yes ___ No

Is this matter under seal? ___ Yes ___ No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Court Reporter (name and telephone): Kristine Mousseau 612-664-5106

IMPORTANT: Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.