## Plaintiff's Counsel for 01-1781 JRT/FLN:

**Frank P Porcelli**
Fish & Richardson
225 Franklin St Ste 3100
Boston, MA 02110-2804
617-521-7808
Fax: 617-542-8906

**Gregory A Madera**
Fish & Richardson PC
60 S 6th St Ste 3300
Minneapolis, MN 55402
612-335-5070
Fax: 612-288-9696

**John C Adkisson**
Fish & Richardson PC
60 S 6th St Ste 3300
Minneapolis, MN 55402
612-335-5070
Fax: 612-288-9696

**Jonathan E Singer**
Fish & Richardson PC
60 S 6th St Ste 3300
Minneapolis, MN 55402
612-335-5070
Fax: 612-288-9696

**Juanita R Brooks**
Fish & Richardson, PC
12390 El Camino Real
San Diego, CA 92130
858-678-4377
Fax: 858-678-5099

**Katherine A Moerke**
Fish & Richardson PC
60 S 6th St Ste 3300
Minneapolis, MN 55402
(612) 335-5070
Fax: (612) 288-9696

**Kevin H Rhodes**
3M Innovative Properties Company
PO Box 33427
St Paul, MN 55133-3427
651-736-4533
Fax: 651-737-2948

**Kurt L Glitzenstein**
Fish & Richardson
225 Franklin St Ste 3100
Boston, MA 02110-2804
617-542-5070