UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs,

v.

AVERY DENNISON CORPORATION,

Defendant.

Civil Action No. 01-1781 JRT/FLN

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "3M") in the above-captioned case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order on Plaintiffs' Motion to Enforce the Parties' Damages Agreement (Doc. No. 416) and the Judgment in a Civil Case (Doc. No. 417) entered in this action on April 24, 2007.

3M anticipates that this appeal will be consolidated with Avery Dennison's earlier appeal to the United States Court of Appeals for the Federal Circuit (3M v. Avery Dennison, 2007-1040, docketed on November 6, 2006), pursuant to F.R.A.P. 3(b)(2) and Practice Note 12, because this appeal and Avery's appeal are from the same trial court case. 3M requests that this appeal be treated as a cross-appeal, and that the docketing date of this appeal control the briefing schedule for the consolidated appeal in accordance with Federal Circuit Rule 31.

Dated: May 1, 2007

FISH & RICHARDSON P.C.

By: s/Sara Cotton

Jonathan E. Singer (#283459)
John C. Adkisson (#266358)
Sara Cotton (#386426)
John A. Dragseth
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Juanita R. Brooks (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

Kevin H. Rhodes (#318115)
3M Innovative Property Company
3M Center
P.O. Box 33427
St. Paul, MN 55133

Attorneys for Plaintiffs
3M INNOVATIVE PROPERTIES COMPANY AND
MINNESOTA MINING AND MANUFACTURING COMPANY