01-1781 JRT/FLN

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED BY U.S. MAIL
2007 MAY 29 AM 9:52
U.S. DIST COURT MINNEAPOLIS, MN

## NOTICE OF DOCKETING

**2007-1359 - 3M V AVERY DENNISON**

**Date of docketing**: 05/25/2007

**Appeal from**: United States District Court/ District of Minnesota
case no. 01-CV-1781 JRT/FLN

**Cross-appellant**(s): 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.

Jan Horbaly
Clerk

cc: US District Court, MN
Frank P. Porcelli
Joseph R. Re

SCANNED
MAY 31 2007
U.S. DISTRICT COURT MPLS

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: May 25, 2007

Official Caption[1]

2007-1040, -1359

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs-Cross Appellants,

v.

AVERY DENNISON CORPORATION,

Defendant-Appellant.

Appeals from the United States District Court for the District of Minnesota in case no. 01-CV-1781, Judge John R. Tunheim.

Authorized Abbreviated Caption[2]

3M v AVERY DENNISON, 2007-1040, -1359

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES DISTRICT COURT
## District of Minnesota

2007-1359

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

May 14, 2007

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 01-1781 JRT/FLN
Federal Circuit Case #:
Case Caption: 3M Innvovative Prop., et al v. Avery-Dennison

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

X Federal Circuit Appeal Information Sheet *

X Notice of Appeal

X Pleading(s) being appealed

X Docket entries

____ Other:

The Statutory filing fee has:

X been paid. Receipt number: 4012826

____ not been paid:

- ____ USA appealed
- ____ In Forma Pauperis
- ____ Fee wasn't included with the appeal
- ____ Motion Pending
- ____ Other:

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 2 5 2007
JAN HORBALY
CLERK

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Amy Linner
Deputy Clerk