**FORM 22. Transcript Purchase Order**

# United States Court of Appeals for the Federal Circuit

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY

—VERSUS—

AVERY DENNISON CORPORATION

) Appeal from ☑ U.S. Discrict Court for District of Minnesota
☐ Court of International Trade
☐ Claims Court
) TRIAL COURT NO. 01-CV-1781 (JRT/FLN)
) CIRCUIT COURT NO. __________

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

---

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:

( ) A transcripts is not needed for the appeal
( ) A transcript is already on file
( ✓ ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars): 2/5/2007 Hearing on 3M's Motion to Enforce Parties' Damages Agreement

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:

( ✓ ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED [signature] DATE 6/1/07 COUNSEL FOR 3M and Minn. Mining & Mfg. Co.
ADDRESS 3300 Dain Rauscher Plaza, 60 S. 6th St., Minneapolis, MN 55402
TELEPHONE 612-766-2005

---

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: __________
Estimated completion date: __________
Estimated number of pages: __________

I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

__________
Signature and Date

Telephone __________

---

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed. ______ volumes of transcript have been filed with the Trial Court today.

__________ Date

__________ Signature

Reset Fields