UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AVERY DENNISON CORPORATION,<br><br>Defendant. | Civil Action No. 01-1781 JRT/FLN |

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2007, I have caused the following document:

1. Transcript Purchase Order

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| David P. Pearson<br>Winthrop & Weinstine | dpearson@winthrop.com |
| Lawrence M. Hadley<br>Hennigan, Bennett & Dorman | hadley@hbdlawyers.com |
| Roderick G. Dorman<br>Hennigan, Bennet & Dorman | dormanr@hbdlawyers.com |

Dated: June 1, 2007

By: s/ Sara Cotton
Sara Cotton

60432825.doc