01-1781 JRT/FLN DCT/MN

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED BY MAIL
OCT 22 2007
CLERK US DIST COURT MINNEAPOLIS MN

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly /jlp

Jan Horbaly
Clerk

10/05/07

cc: Clerk's Office, DCT
Joseph R. Re
Frank P. Porcelli

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
OCT - 5 2007
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 10/05/07

SCANNED
OCT 22 2007
U.S. DISTRICT COURT MPLS

3M V AVERY DENNISON, 2007-1040 ,-1359
DCT - 01-CV-1781

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 10/5/07

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1040, -1359

3M INNOVATIVE PROPERTIES COMPANY
and MINNESOTA MINING AND MANUFACTURING COMPANY,

Plaintiffs-Cross Appellants,

v.

AVERY DENNISON CORPORATION,

Defendant-Appellant.

RECEIVED
BY MAIL
OCT 22 2007
CLERK US DIST COURT
MINNEAPOLIS MN

## ORDER