IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, | ) | Civil Action No. 01-CV-1781 (JRT/FLN) |
| Plaintiffs, | ) | |
| vs. | ) | |
| AVERY-DENNISON CORPORATION, | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

A judgment was entered in the above-captioned action on April 24, 2007, in favor of Plaintiffs 3M Innovative Properties Company and Minnesota Mining and Manufacturing Company (collectively "3M") against Defendant Avery-Dennison Corporation ("Avery") in the amount of $4,228,521. Avery and 3M agree and stipulate that the judgment, and all applicable interest thereon, has been fully satisfied by Avery as part of a settlement agreement between the parties. Therefore, full and complete satisfaction of the judgment is jointly acknowledged

by the parties, and the record in this matter shall so reflect.

Respectfully submitted,

Date: December 20, 2007 By: s/David P. Pearson

David P. Pearson
Matthew D. Spohn
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

Of Counsel:
Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNET & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 621-1234

ATTORNEYS FOR DEFENDANT AVERY-DENNISON CORPORATION

Date: December 19, 2007 By: s/Sara Cotton

Jonathan E. Singer
John C. Adkisson
Sara Cotton
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

ATTORNEYS FOR PLAINTIFFS 3M INNOVATIVE PROPERTIES COMPANY AND MINNESOTA MINING AND MANUFACTURING COMPANY

4421353
101607

3559260v1