**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

3M Innovative Properties Co. v. Avery-Dennison Corp.
01-1781 (JRT/FLN)

I hereby certify that on the 20th day of December, 2007, I caused the following document(s):

SATISFACTION OF JUDGMENT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| John C. Adkisson | adkisson@fr.com |
| Jonathan E. Singer | singer@fr.com |
| Juanita R. Brooks | brooks@fr.com |

DATED: December 20, 2007

Respectfully submitted,

s/ David P. Pearson

David P. Pearson
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400 - Telephone
(612) 604-6800 - Facsimile

Of Counsel:

Roderick G. Dorman
Lawrence M. Hadley
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile